IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

### AFFIDAVIT OF PROOF OF SERVICE FOR HERRING NETWORKS

　　　　Michael J. Gottlieb, counsel for the Plaintiffs, Ruby Freeman and Wandrea Moss, states that:

　　　　1.　　On January 6, 2022, copies of the Complaint, Summons and related documents were served on Defendant Herring Networks, Inc., d/b/a One American News Network at its business address at 101 Constitution Avenue, NW, Lobby, Washington DC 20001 by serving Justine Brooke Murray, Booking Assistant and Newsperson.  Attached as Exhibit A is the January 6 Affidavit of Service.

　　　　2.　　On January 6, 2022, in accordance with D.C. Code § 29-104.12, copies of the Complaint, Summons and related documents were served on Defendant Herring Networks, Inc., d/b/a One American News Network through the DC Department of Consumer and Regulatory Affairs at 1100 4th Street, SW, Washington, DC 20024 by serving Kevin Young, Designated Agent, authorized to accept on behalf of the DC Department of Consumer and Regulatory Affairs after the Defendant failed to appoint or maintain a registered agent in the District of

Columbia.  Attached as Exhibit B is the January 6 Affidavit of Service.

3. On January 11, 2022, copies of the Complaint, Summons and related documents were mailed, certified mail, return receipt requested to Defendant Herring Networks, Inc., d/b/a One American News Network, 101 Constitution Avenue, NW, Washington DC 20001.  Attached as Exhibit C is the U.S. Postal Service Certified Mail Receipt.  Attached as Exhibit D is the U.S. Postal Service tracking information, reflecting delivery on January 12, 2022.

I affirm under the penalties of perjury that the foregoing representations are true.

Dated: January 26, 2022                     Respectfully submitted,

/s/ Michael J. Gottlieb
Michael J. Gottlieb (#974960)
WILLKIE FARR & GALLAHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1442
Fax: (202) 303-2442
mgottlieb@willkie.com

## CERTIFICATE OF SERVICE

I certify that on January 26, 2022, this Motion was filed and served on counsel for all parties using the Court's ECF system.

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb
