IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>   Defendants. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**INDEX OF EXHIBITS TO PLAINTIFFS' AFFIDAVIT OF PROOF OF SERVICE FOR HERRING NETWORKS**

| Exhibit | Title |
|---|---|
| A | Affidavit of Service on Herring Networks, Inc., d/b/a One American News Network by serving Justine Brooke Murray |
| B | Affidavit of Service on Herring Networks, Inc., d/b/a One American News Network by serving Kevin Young, of DCRA |
| C | U.S. Postal Service Certified Mail Receipt for Service on Herring Networks, Inc., d/b/a One American News Network |
| D | U.S. Postal Service tracking information reflecting delivery to Herring Networks, Inc., d/b/a One American News Network |