# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

---

**Ruby Freeman, et al.**

**Plaintiff(s)**

**Case No.: 1:21-cv-03354-BAH**

*vs.*

**Herring Networks, Inc., d/b/a One American News Network, et al.**

**Defendant(s)**

---

## <u>AFFIDAVIT OF SERVICE</u>

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I am the Custodian of Records of Capitol Process Services, Inc.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, and Complaint in the above entitled case.

That on January 4, 2022 at 1:13 PM, my associate Raymond Hyson attempted to serve the defendant, Herring Newtorks, Inc. d/b/a One American News Network at its business address at 101 Constitution Avenue, NW, Washington, DC 20001. On this occasion, Mr. Hyson was told that no one was on site to receive service.

That on January 6, 2022 at 10:16 AM, I served the defendant, Herring Networks, Inc. d/b/a One American News Network at its business address at 101 Constitution Avenue, NW, Lobby, Washington, DC 20001 with the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, and Complaint by serving Justine Brooke Murray, Booking Assistant and Newsperson. On the occasion of my arrival to the building, I spoke to Security Officer Gore who dispatched Security Officer Johnson to the secure and publicly inaccessible suites of Herring Networks, Inc. d/b/a One American News Network. Subsequently, Ms. Murray of One American News Network came to the lobby and took service of the pleadings.

I declare under penalty of perjury that this information is true and correct.

1-6-22

Executed On

David S. Felter

Client Ref Number:099199/0004
Job #: 1597684

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| Ruby Freeman and Wandrea Moss | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.    21-cv-03354-BAH |
| Herring Networks, Inc., d/b/a One America News Network, Charles Herring, Robert Herring, Chanel Rion, and Rudolph W. Giuliani | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Herring Networks, Inc., d/b/a One America News Network
101 Constitution Ave. NW
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
mgottlieb@willkie.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:    12/28/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*