# EXHIBIT B

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Ruby Freeman, et al.**

**Plaintiff(s)**

**Case No.: 1:21-cv-03354-BAH**

*vs.*

**Herring Networks, Inc., d/b/a One American News Network, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, and Complaint in the above titled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 01/06/2022 at 1:41 PM, in accordance with D.C. Code § 29-104.12, I served the defendant, Herring Networks, Inc., d/b/a One American News Network through the DC Department of Consumer and Regulatory Affairs with duplicate copies of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, and Complaint in the above titled case with Form GN-6 and the statutory service fee of $150.00 for expedited service by check made payable to the DC Treasurer. Service was made upon the DC Department of Consumer and Regulatory Affairs at 1100 4th Street, SW, Washington, DC 20024 by serving Kevin Young, Designated Agent, authorized to accept on behalf of the DC Department of Consumer and Regulatory Affairs after the defendant failed to appoint or maintain a registered agent in the District of Columbia.

Kevin Young is described herein:

Gender: Male   Race/Skin: Black   Age: 45   Weight: 190   Height: 5'8"   Hair: Bald   Glasses: Yes

I declare under penalty of perjury that this information is true.

1 - 06 - 2022
_____
Executed On

_____
Ambiko Wallace

Client Ref Number:099199/0004
Job #: 1597808

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN, *et al.*,

                Plaintiffs,

        v.

HERRING NETWORKS, INC., *et al.*,

               Defendants.

Civil Action No. 1: 21-cv-03354-BAH

Chief Judge Beryl A. Howell

DCRA Corp. Div.

JAN 0 6 2022

FILE COPY

## **AFFIDAVIT OF SERVICE**

I, Ambiko Wallace, a Process Server, being duly sworn, depose and say:

1.       That I have been duly authorized to make service of the Summons and Complaint in the above titled case.

2.       That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

3.       That on January 6, 2022 at *1:41 Pm*, in accordance with D.C. Code Ann. § 29-104.12, I served the defendant, Herring Networks, Inc. d/b/a One American News Network through the D.C. Department of Consumer and Regulatory Affairs with duplicate copies of the Summons and Complaint in the above titled case with Form GN-6 and the statutory service fee of $~~100.00~~ *$150.00* by check made payable to the D.C. Treasurer.  Service was made upon the D.C. Department of Consumer and Regulatory Affairs at DCRA, 1100 4th Street, SW, Washington, D.C. 20024 by serving *Kevin Young, Paralegal* , authorized to accept on behalf of the D.C. Department of Consumer and Regulatory Affairs after the defendant failed to appoint or maintain a registered agent in the District of Columbia.

4.      That on January 4, 2022, I searched for the Registered Agent of Herring Networks, Inc. d/b/a One American News Network on the official web site of the Department of Consumer and Regulatory Affairs.  On this occasion, my search did not return any results.

5.      That on January 6, 2022, I searched for the Registered Agent of Herring Networks, Inc. d/b/a One American News Network on the official web site of the Department of Consumer and Regulatory Affairs.  On this occasion, my search did not return any results.

6.      I have concluded through due diligence that this represented entity has failed to appoint or maintain a registered agent in the District of Columbia.

7.      That because Herring Networks, Inc. d/b/a One American News Network has failed to appoint or maintain a registered agent it is unclear who functions as its authorized agent, on January 6, 2022 I served a copy in accordance with D.C. Code Ann. § 29-104.12 through the D.C. Department of Consumer and Regulatory Affairs.


I declare under penalty of perjury that the foregoing is true and correct.


Sworn to before me on


1 - 06 - 2022

Ambiko Wallace



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**MURIEL BOWSER, MAYOR**

## District of Columbia Government

### Corporations Division

### Service of Process Action Form.
#### Form GN-6, Ver. 3, April 2018.

This form can only be used to serve the defendant – domestic or foreign filing entity if plaintiff or his representative have exhausted all the means to serve domestic or foreign filing entity as prescribed under D.C. Code § 29-104.12

| ENTITY TYPE / AUTHORITY | FILING FEE |
|---|---|
| Domestic or Foreign Filing Entity: § 29–104.12. | Refer to Corporate Fee Schedule posted online; |

**Under the provisions of the Title 29 of D.C. Code (Business Organizations Act), the plaintiff identified below is serving the defending domestic or foreign filing entity and for that purpose submits the statement below.**

1. Plaintiff's Name.

Ruby Freeman and Wandrea Moss

2. Plaintiff's Address.

c/o Willkie Farr & Gallagher LLP, 1875 K Street, NW, Washington, DC 20006

*DCRA Corp. Div.*

3. Defending Domestic or Foreign Filing Entity's Name. (give file# if known)

Herring Networks, Inc. d/b/a One American News Network

*JAN 0 0 2022*

*FILE COPY*

4. Defending Domestic or Foreign Filing Entity's Address.

101 Constitution Ave., NW Washington, DC 20001

5. One of the following conditions applies. (must select one)

**☑** Represented entity failed to appoint or maintain a registered agent in the District; or

☐ A represented entity's registered agent in the District cannot with reasonable diligence be found.

**\*\*Defendant is a foreign entity not registered but operating within the District of Columbia that has failed to appoint a registered agent.**

6. Duplicate copies of the process, notice, or demand are submitted along with this form.

If you sign this form you agree that anyone who makes a false statement can be punished by criminal penalties of a fine up to $1000, imprisonment up to 180 days, or both, under DCOC § 22-2405;

| 7. Name of the Plaintiff or Authorized Person. | 7A. Signature of the Plaintiff or Authorized Person. |
|---|---|
| Michael J. Gottlieb | /s/ Michael J. Gottlieb |

**Mail all forms and required payment to:**
Department of Consumer and Regulatory Affairs
Corporations Division
PO Box 92300
Washington, DC 20090
**Phone: (202) 442-4432**

**Corporate Online Services Information:**
Many corporate filings are available by using CorpOnline Service.
Go to CorpOnline site at **https://corponline.dcra.dc.gov**, create the profile, access the online services main page and proceed. Online filers must pay by using the credit card.