# EXHIBIT D

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70143490000040733793

Your item was delivered to the front desk, reception area, or mail room at 2:20 pm on January 12, 2022 in WASHINGTON, DC 20001.

USPS Tracking Plus™ Available ∨



## Delivered, Front Desk/Reception/Mail Room

January 12, 2022 at 2:20 pm
WASHINGTON, DC 20001

Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

January 12, 2022, 2:20 pm
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
Your item was delivered to the front desk, reception area, or mail room at 2:20 pm on January 12, 2022 in WASHINGTON, DC 20001.

January 12, 2022, 6:17 am
Out for Delivery
WASHINGTON, DC 20001

**January 12, 2022, 6:06 am**
Arrived at Post Office
WASHINGTON, DC 20018

**January 12, 2022, 1:16 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**January 12, 2022, 12:27 am**
Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

**January 11, 2022, 9:40 pm**
Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER ANNEX

USPS Tracking Plus™                                            ⌄

Feedback

Product Information                                            ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**