Ruby Freeman, et al.

**Plaintiff(s)**

Case No.: 1:21-cv-03354-BAH

*vs.*

Herring Networks, Inc., d/b/a One American News Network, et al.

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Manuel Robles, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, and Complaint in the above entitled case.

That on 01/12/2022 at 8:33 AM, I served Robert Herring at 4280 Rancho Las Brisas Trail, San Diego, California 92130 with the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, and Complaint by serving Mrs. Herring, wife of Robert Herring, a person of suitable age and discretion, who stated that he/she resides therein with Robert Herring.

Mrs. Herring is described herein as:

Gender: Female   Race/Skin: White   Age: 50's   Weight: 145   Height: 5'5"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

1/21/22
Executed On

Manuel Robles

Client Ref Number: 099199/0004
Job #: 1597907

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050