UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ruby Freeman, et al.

Plaintiff(s)

Case No.: 1:21-cv-03354-BAH

vs.

Herring Networks, Inc., d/b/a One American News Network, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, David S. Felter, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, and Complaint in the above entitled case.

That on 01/07/2022 at 4:10 PM, I served Chanel Rion at 2201 Massachusetts Avenue, NW, Apartment 9, Washington, DC 20008 with the Summons, Notice of Right to Consent to Trial before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, and Complaint by serving Courtland Sykes, husband of Chanel Rion, a person of suitable age and discretion, who stated that he/she resides therein with Chanel Rion.

Courtland Sykes is described herein as:

Gender: Male   Race/Skin: White   Age: 41   Weight: 210   Height: 5'10"   Hair: Brown   Glasses: No

I declare under penalty of perjury that this information is true and correct.

1-10-22
Executed On

David S. Felter

Client Ref Number: 099199/0004
Job #: 1597878

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Ruby Freeman and Wandrea Moss <br><br> *Plaintiff(s)* <br> v. <br> Herring Networks, Inc., d/b/a One America News Network, Charles Herring, Robert Herring, Chanel Rion, and Rudolph W. Giuliani <br><br> *Defendant(s)* | Civil Action No.  21-cv-03354-BAH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chanel Rion
3211 Cherry Hill Lane NW
Washington, DC 20007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
mgottlieb@willkie.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: _____12/28/2021_____

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*