UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>               Plaintiffs,<br><br>      v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>               Defendants. | Civil Action No. 21-3354 (BAH)<br><br>Chief Judge Beryl A. Howell |

### [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND CONSOLIDATION OF DEADLINES TO RESPOND TO THE COMPLAINT

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to Respond to the Complaint and Consolidation of Deadlines to Respond to the Complaint (the "Motion"), it is hereby:

**ORDERED** that the Motion be **GRANTED**; and it is further

**ORDERED** that the deadlines to respond to the Complaint for all Defendants be consolidated into a single deadline aligning with the deadline to respond for the last Defendant served, Charles Herring. The new due date for Defendants' responses is **March 25, 2022.**

      IT IS SO ORDERED.

_____                    _____
Date                                                   Beryl A. Howell, Chief Judge
                                                       United States District Court for the District of Columbia