UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | Civil Action No. 21-3354 (BAH) <br><br> Chief Judge Beryl A. Howell |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Rudolph W. Giuliani ("Defendant Giuliani"), through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1), District of Columbia District Court Local Rule 7, and paragraphs 6 and 7 of this Court's Standing Order for Civil Cases, with the consent of counsel to Ruby Freeman and Wandrea Moss ("Plaintiffs") and Defendants Herring Networks, Inc., Charles Herring, Robert Herring, and Chanel Rion (the "OAN Defendants" and together with Defendant Giuliani, "Defendants"),[1] and for good cause as demonstrated below, hereby moves the Court for an extension of time for Defendants to respond to Plaintiffs' Complaint to enable Plaintiffs and the OAN Defendants to engage in mediation, as described below. This is Defendant Giuliani's first request to extend.

Presently, the date by which each Defendant must file an answer or otherwise respond to the Complaint is March 25, 2022. Defendant Giuliani now moves, unopposed, to extend all Defendants' time to answer or otherwise respond to the Complaint to May 16, 2022, in the interest of judicial and party economy.

---

[1] Undersigned counsel understands that all parties consent to this motion.

On December 23, 2021, Plaintiffs filed their Complaint (the "Complaint") against Defendants, alleging defamation, intentional infliction of emotional distress, civil conspiracy, and aiding and abetting for all the alleged torts. On January 26, 2022, Plaintiffs filed an unopposed motion for both the extension of time to respond to the Complaint and to consolidate Defendants' deadlines to respond. This Court granted the motion to extend time and consolidate deadlines on January 31, 2022. Following this Court's Order, Plaintiffs and the OAN Defendants began good faith settlement negotiations on February 8, 2022. On March 11, 2022, Plaintiffs and the OAN Defendants agreed to pursue mediation. On March 16, 2022, Defendant Giuliani informed Plaintiffs that he declined to participate in mediation.

Courts have discretion to extend any filing deadline for cause shown. *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 895-96 (1990). To show good cause, the moving party "must demonstrate some justification for the issuance of the extension." *United States v. All Assets Held in Acct. No. XXXXXXX*, No. CV 13-1832 (JDB), 2014 WL 12810522, at *6 (D.D.C. July 3, 2014) (citing 4B Charles Alan Wright, et al., Federal Practice and Procedure § 1165 (3d ed. West Supp. 2014)) (finding that attorneys did not have good cause to file a motion to extend where they lacked authority to represent that party to the action). A district court's decision pursuant to Rule 6(b) is reviewed for abuse of discretion. *Gov't Rels. Inc. v. Howe*, No. CIV.A. 05-1081 CKK, 2007 WL 201264, at *3 (D.D.C. Jan. 24, 2007).

Here, Defendant Giuliani moves, before the deadline has passed, to extend the deadline to respond in order to maintain a consolidated briefing schedule among the parties while Plaintiffs and the OAN Defendants pursue formal settlement discussions and mediation. Staggered response dates to the Complaint would unnecessarily complicate this Court's calendar and render moot the Court's prior order consolidating Defendants' deadlines to respond. In addition, Plaintiffs have

informed Defendants that they intend to file an amended Complaint. Accordingly, Defendant Giuliani, in agreement with Plaintiffs and the OAN Defendants, respectfully requests that the Court enter an order extending Defendants' time to respond to the forthcoming amended Complaint to May 16, 2022, in order to facilitate settlement discussions and mediation among Plaintiffs and the OAN Defendants, maintain a consolidated briefing schedule, and promote judicial and party economy.

To accommodate the mediation process and ensure that litigation proceeds efficiently thereafter, the parties further request that the Court enter an order imposing the following schedule. By April 21, 2022, and in accord with the Court's Standing Order for Civil Cases Rule 7(b), Plaintiffs shall file a status report apprising the Court about the status of settlement negotiations with the OAN Defendants and whether they intend to proceed with litigation or whether they request any additional extension of time to continue negotiations.

If Plaintiffs notify the Court by April 21, 2022, that they intend to proceed with litigation, the parties propose the following briefing schedule:

- By April 25, 2022, Plaintiffs shall file an amended Complaint;
- By May 16, 2022, Defendants shall file their answers to or otherwise respond to the amended Complaint;
- By June 6, 2022, Plaintiffs shall file their opposition(s), if any; and
- By June 17, 2022, Defendants shall file their replies, if any.

This proposed extension is made in good faith and not for purposes of delay. It will not prejudice the interests of any party, as Plaintiffs and Defendants agree to the appropriateness of the requested extension. For the reasons stated above, and for good cause shown, Defendant Giuliani respectfully requests that the Court grant this motion to further extend the deadline to

- 4 -

respond to the Complaint and modify the scheduling order as requested here.  Defendant Giuliani submits the accompanying attached Proposed Order for the Court's review.

Dated: March 21, 2022

                                          By: */s/ Joseph D. Sibley IV*

                                          CAMARA & SIBLEY L.L.P.

                                            Joseph D. Sibley IV
                                            DC Bar ID: TX0202
                                            1108 Lavaca St.
                                            Suite 110263
                                            Austin, TX 78701
                                            Telephone:  (713) 966-6789
                                            Fax:  (713) 583-1131
                                            Email:  sibley@camarasibley.com

                                      **ATTORNEYS FOR RUDOLPH W. GIULIANI**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on the 21st day of March, 2022 (and in the days prior thereto), I conferred with all counsel regarding the relief sought herein and they are unopposed.

>          */s/ Joseph D. Sibley IV*
>             Joseph D. Sibley IV

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March, 2022, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

>          */s/ Joseph D. Sibley IV*
>             Joseph D. Sibley IV