UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | Civil Action No. 21-3354 (BAH) <br><br> Chief Judge Beryl A. Howell |

### [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT TO MAY 9, 2022.

Upon consideration of Defendant Rudolph W. Giuliani's Unopposed Motion for Extension of Time to Respond to the Complaint (the "Motion"), it is hereby:

**ORDERED** that the Motion be **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall file an amended Complaint by April 25, 2022;

**ORDERED** that the new deadline to respond to the amended Complaint for all Defendants shall be May 16, 2022;

**ORDERED** that Plaintiffs shall file a status report by April 21, 2022, apprising the Court about the status of settlement negotiations with Defendants Herring Networks, Inc., Charles Herring, Robert Herring, and Chanel Rion (the "OAN Defendants") and whether they intend to proceed with litigation or whether they request any additional extension of time to continue negotiations;

**ORDERED** that if Plaintiffs and the OAN Defendants notify the Court by April 21, 2022, that they intend to proceed with litigation, all parties will be subject to the following briefing schedule:

- By April 25, 2022, Plaintiffs shall file an amended Complaint;
- By May 16, 2022, Defendants shall file their answers to or otherwise respond to the amended Complaint;
- By June 6, 2022, Plaintiffs shall file their opposition(s), if any; and
- By June 17, 2022, Defendants shall file their replies, if any.

**IT IS SO ORDERED.**

_____        _____
Date                                                      Beryl A. Howell, Chief Judge
                                                                 United States District Court for the District of Columbia