UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell<br><br>JURY TRIAL DEMANDED |

## JOINT STATUS REPORT REGARDING MEDIATION

Plaintiffs Ruby Freeman and Wandrea "Shaye" Moss (the "Plaintiffs"), with the consent of Defendants Herring Networks, Inc. ("OAN"), Charles Herring, Robert Herring, and Chanel Rion (the "OAN Defendants"), (collectively, "Participating Parties") respectfully file this joint status report pursuant to the Court's March 22, 2022 Minute Order. The Participating Parties held a successful one-day mediation on April 19, 2022, during which they agreed upon and signed a binding set of settlement terms that they anticipate memorializing in a formal settlement agreement. Once finalized and pursuant to the terms of that agreement, Plaintiffs intend to file a motion to dismiss the OAN Defendants.

Accordingly, it is the Participating Parties' understanding that they need not meet and confer or file a Joint Meet and Confer Report as required by the Court's Standing Order and the federal and local rules. Plaintiffs and Defendant Giuliani already have held that conference and intend to file the Report as required.

Dated: April 21, 2022　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Michael J. Gottlieb*
UNITED TO PROTECT DEMOCRACY, INC.　　　WILLKIE FARR & GALLAGHER LLP
John Langford*　　　　　　　　　　　　　　　　　Michael J. Gottlieb (974960)
Rachel Goodman*　　　　　　　　　　　　　　　　Meryl C. Governski (1023549)

82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Christine Kwon*
Gas Company Tower
555 West 5th Street, 35th Floor
Los Angeles, CA 90013
Tel: (202) 579-4582
christine.kwon@protectdemocracy.org

Jessica Marsden*
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
Tel: (202) 579-4582
jess.marsden@protectdemocracy.org

Brittany Williams*
Sara Chimene-Weiss*
15 Main St., Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
brittany.williams@protectdemocracy.org
sara.chimene-weiss@protectdemocracy.org

1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

DUBOSE MILLER LLC
Von A. DuBose*
75 14th Street NE
Suite 2110
Atlanta, Georgia 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

KASTORF LAW LLC
Kurt G. Kastorf (1011932)*
1387 Iverson Street NE
Suite #100
Atlanta, GA 30307
Tel: (404) 900-0330
kurt@kastorflaw.com

*Counsel for Plaintiffs*
*Pro hac vice application forthcoming*