UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, | |
| Plaintiffs, | Civil Action No. 21-3354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| HERRING NETWORKS, INC., *et al.*, | |
| Defendants. | |

**JOINT MOTION FOR ORDER APPROVING THE SCHEDULE PROPOSED IN THE CONCURRENTLY FILED JOINT MEET AND CONFER REPORT**

Plaintiffs Ruby Freeman and Wandrea "Shaye" Moss ("Plaintiffs") and Defendant Rudolph W. Giuliani ("Defendant Giuliani"), through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1), District of Columbia District Court Local Rule 7, and paragraphs 6 and 7 of this Court's Standing Order for Civil Cases, and for good cause, hereby move the Court for an order approving the parties' proposed scheduled in the concurrently filed Joint Meet and Confer Report. Plaintiffs and Defendant Giuliani separately file this motion in light of the Court's March 22, 2022 Minute Order, which granted Plaintiffs' request to file an amended complaint by April 25, 2022, to request that the Court update that schedule in light of subsequent developments.

On March 21, 2022, Defendant Giuliani, with consent of all parties to this action, filed a motion seeking an extension of time to respond to Plaintiffs' Complaint, and for a schedule permitting Plaintiffs to file an amended complaint on April 25, 2022. The Court denied Defendant Giuliani's request for an extension, but granted Plaintiffs leave to file an amended complaint on April 25, 2022. Defendant Giuliani answered Plaintiffs' Complaint on March 25. ECF No. 13.

Meanwhile, Plaintiffs and Defendants Herring Networks, Inc., Charles Herring, Robert Herring, and Chanel Rion (the "OAN Defendants") continued their settlement negotiations and, on April 19, 2022, conducted a successful mediation session. On April 21, 2022, Plaintiffs and the OAN Defendants informed the Court that they have agreed upon and signed a binding set of settlement terms that they anticipate memorializing in a formal settlement agreement. ECF No. 14 at 1. Once finalized and pursuant to the terms of that agreement, Plaintiffs intend to file a motion to dismiss the OAN Defendants. *Id.*

Since Plaintiffs and the OAN Defendants reached an agreement last week, Plaintiffs and Defendant Giuliani have engaged in good faith negotiations about how best to proceed. The Proposed Joint Scheduling Order attached to the Joint Meet and Confer Report reflects the agreed-upon proposed schedule that the parties respectfully request the Court enter. As reflected therein, that schedule contemplates Plaintiffs filing for leave to file an amended complaint on May 10, 2022, with a modified Federal Rule 12 briefing schedule, as well an extension of time for the parties to make their initial disclosures pursuant to Federal Rule of Civil Procedure 26.

This proposed extension is made in good faith and not for purposes of delay. It will not prejudice the interests of any party, as Plaintiffs and Defendant Giuliani agree to the appropriateness of the requested extension. For the reasons stated above, and for good cause shown, Plaintiffs and Defendant Giuliani respectfully requests that the Court grant this motion and enter an order reflecting the parties' concurrently filed proposed schedule.

Dated: April 25, 2022                                                                  Respectfully submitted,

By: */s/ Joseph D. Sibley IV*                                          By: */s/ Michael J. Gottlieb*
CAMARA & SIBLEY L.L.P.                                            WILLKIE FARR & GALLAGHER LLP
Joseph D. Sibley IV                                                         Michael J. Gottlieb (974960)
DC Bar ID: TX0202                                                         Meryl C. Governski (1023549)
1108 Lavaca St.                                                                1875 K Street NW
Suite 110263                                                                   Washington, DC 20006

| | |
|---|---|
| Austin, TX 78701<br>Telephone: (713) 966-6789<br>Fax: (713) 583-1131<br>Email: sibley@camarasibley.com | Tel: (202) 303-1000<br>Fax: (202) 303-2000<br>mgottlieb@willkie.com<br>mgovernski@willkie.com |

**ATTORNEYS FOR RUDOLPH W. GIULIANI**

UNITED TO PROTECT DEMOCRACY, INC.
John Langford*
Rachel Goodman*
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Christine Kwon*
Gas Company Tower
555 West 5th Street, 35th Floor
Los Angeles, CA 90013
Tel: (202) 579-4582
christine.kwon@protectdemocracy.org

Jessica Marsden*
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
Tel: (202) 579-4582
jess.marsden@protectdemocracy.org

Brittany Williams*
Sara Chimene-Weiss*
15 Main St., Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
brittany.williams@protectdemocracy.org
sara.chimene-weiss@protectdemocracy.org

DUBOSE MILLER LLC
Von A. DuBose*
75 14th Street NE
Suite 2110
Atlanta, Georgia 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

KASTORF LAW LLC
Kurt G. Kastorf (1011932)*
1387 Iverson Street NE

Suite #100
Atlanta, GA 30307
Tel: (404) 900-0330
kurt@kastorflaw.com

***Counsel for Plaintiffs***
*\*Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2022, this Motion was filed and served on counsel for all parties using the Court's ECF system.

<em>/s/ Michael J. Gottlieb</em>