UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | Civil Action No. 21-3354 (BAH) <br><br> Chief Judge Beryl A. Howell |

### [PROPOSED] JOINT SCHEDULING ORDER

IT IS HEREBY ORDERED that the following Scheduling Order is entered, subject to the rights of the parties to modify the schedule by stipulation and the right of any party to request that the Court modify the Scheduling Order for good cause shown:

| | |
|---|---|
| Amendment of pleadings and/or joinder of other parties (based on motion) | May 10, 2022 |
| Rule 26(a)(1) Initial Disclosures | May 18, 2022 |
| Rule 12 Motion | June 6, 2022 |
| Opposition to Rule 12 Motion | June 27, 2022 |
| Reply in Favor of Rule 12 Motion | July 11, 2022 |
| Close of Fact Discovery (including answers to interrogatories, document production, requests for admissions, and depositions) | November 22, 2022 |
| Opening Expert Reports | December 16, 2022 |
| Rebuttal Expert Reports | January 27, 2023 |
| Complete Expert Discovery | February 17, 2023 |
| Motion for Summary Judgment | March 10, 2023 |
| Opposition to Motion for Summary Judgment | March 31, 2023 |
| Reply in Favor of Motion for Summary Judgment | April 14, 2023 |
| Pretrial Conference | Fourteen days before trial |
| Trial | June 5, 2023 |

**IT IS SO ORDERED.**

_____    _____
Date                                                          Beryl A. Howell, Chief Judge
                                                                     United States District Court for the District of Columbia