## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, | |
| Plaintiffs, | Civil Action No. 1: 21-cv-03354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| HERRING NETWORKS, INC., *et al.*, | |
| Defendants. | |

## MOTION FOR ADMISSION OF
## ATTORNEY VON A. DUBOSE *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), attorney Von A. DuBose seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Von A. DuBose, filed herewith. As set forth in the Declaration, Mr. DuBose is admitted and an active member in good standing of the Georgia State Bar.

This motion is supported and signed by Michael J. Gottlieb, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Von DuBose to appear *pro hac vice* in this matter.

Dated this 29th day of April 2022

/s/ Michael J. Gottlieb
Michael J. Gottlieb (#974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1442
Fax: (202) 303-2442
mgottlieb@willkie.com