## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>　　　　　　Defendants. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

### DECLARATION OF VON A. DUBOSE IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Von A. DuBose hereby declare:

1. My name, office address, and telephone number are as follows:

   Von A. DuBose
   DUBOSE MILLER LLC
   75 14TH Street, NE, Suite 2110
   Atlanta, GA 30309
   Telephone: (404) 720-8111

2. I have been admitted to the following courts and bars:

   Georgia State Bar (Bar ID: 231451)

3. I am currently in good standing with all states, courts, and bars in which I am a part.  I hereby certify that I have not been disciplined by any bar.

4. Within the last two years, I have not been admitted *pro hac vice* in this Court.

5. I have not engaged in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on April 26, 2022

/s/ Von A. DuBose
Von A DuBose
DUBOSE MILLER LLC
GA Bar No 231451
75 14th Street, NE, Suite 2110
Atlanta, GA 30309
dubose@dubosemiller.com

2