**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RUBY FREEMAN, *et al.*,

     Plaintiffs,

   v.

HERRING NETWORKS, INC., *et al.*,

     Defendants.

Civil Action No. 1: 21-cv-03354 (BAH)

Chief Judge Beryl A. Howell

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF**
**ATTORNEY VON A. DUBOSE *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Von A. DuBose *pro hac vice*.

Upon consideration of the motion, the court grants attorney Von A. DuBose *pro hac vice*

admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated:

              _____

              BERYL A. HOWELL
              Chief Judge