IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>                Plaintiffs,<br><br>      v.<br><br>HERRING NETWORKS, INC., *et al.*,<br><br>                Defendants. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**MOTION FOR ADMISSION OF**
**ATTORNEY RACHEL GOODMAN *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), attorney Rachel Goodman seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Rachel Goodman, filed herewith. As set forth in the Declaration, Ms. Goodman is admitted and an active member in good standing of the following bars: New York State Bar; U.S. District Court for the Eastern District of Michigan; U.S. District Court for the Eastern District of New York; U.S. District Court for the Southern District of New York; U.S. District Court for the Western District of Wisconsin; U.S. Court of Appeals for the First Circuit; U.S. Court of Appeals for the Second Circuit; U.S. Court of Appeals for the Third Circuit; U.S. Court of Appeals for the Seventh Circuit; and U.S. Court of Appeals for the Eleventh Circuit.

This motion is supported and signed by Michael J. Gottlieb, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Rachel

Goodman to appear *pro hac vice* in this matter.

Dated this 29th day of April 2022

/s/ Michael J. Gottlieb
Michael J. Gottlieb (#974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1442
Fax: (202) 303-2442
mgottlieb@willkie.com

2