IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1: 21-cv-03354 (BAH) <br><br> Chief Judge Beryl A. Howell |

## MOTION FOR ADMISSION OF
## ATTORNEY KURT G. KASTORF *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), attorney Kurt G. Kastorf seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Kurt G. Kastorf, filed herewith. As set forth in the Declaration, Mr. Kastorf is admitted and an active member in good standing of the following bars: Georgia State Bar, District of Columbia Bar, U.S. District Court for the Northern District of Georgia, U.S. District Court for the Middle District of Georgia, U.S. District Court for the Eastern District of Michigan, Supreme Court of the State of Georgia, Court of Appeals of the State of Georgia, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the District of Columbia. Although Mr. Kastorf is a member of the D.C. Bar and has practiced in Washington, D.C. in the past, he

currently resides in and maintains his law office in the state of Georgia.

This motion is supported and signed by Michael J. Gottlieb, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Kurt G. Kastorf to appear *pro hac vice* in this matter.

| | |
|---|---|
| Dated this 29th day of April 2022 | /s/ Michael J. Gottlieb<br>Michael J. Gottlieb (#974960)<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street, N.W.<br>Washington, DC 20006-1238<br>Tel: (202) 303-1442<br>Fax: (202) 303-2442<br>mgottlieb@willkie.com |