IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN, *et al.*,

        Plaintiffs,

v.

HERRING NETWORKS, INC., *et al.*,

        Defendants.

Civil Action No. 1: 21-cv-03354 (BAH)

Chief Judge Beryl A. Howell

### DECLARATION OF KURT G. KASTORF IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Kurt G. Kastorf, hereby declare:

    1.    My name, office address, and telephone number are as follows:

Kurt G. Kastorf
KASTORF LAW LLC
1387 Iverson Street NE
Suite #100
Atlanta, GA 30307
Telephone: (400) 900-0330

    2.    I have been admitted to the following courts and bars:

Georgia State Bar (Bar ID: 315315)
District of Columbia Bar
U.S. District Court for the Northern District of Georgia
U.S. District Court for the Middle District of Georgia
U.S. District Court for the Eastern District of Michigan
Supreme Court of the State of Georgia
Court of Appeals of the State of Georgia
United States Court of Appeals for the First Circuit
United States Court of Appeals for the Fourth Circuit
United States Court of Appeals for the Fifth Circuit
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Ninth Circuit
United States Court of Appeals for the Tenth Circuit
United States Court of Appeals for the Eleventh Circuit

United States Court of Appeals for the District of Columbia

3. I am currently in good standing with all states, courts, and bars in which I am a part. I hereby certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2022

*Kurt G. Kastorf*

Kurt G. Kastorf
KASTORF LAW LLC
1387 Iverson Street NE
Suite #100
Atlanta, GA 30307
Telephone: (400) 900-0330