IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1: 21-cv-03354 (BAH) <br><br> Chief Judge Beryl A. Howell |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY KURT G. KASTORF *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney Kurt G. Kastorf *pro hac vice*. Upon consideration of the motion, the court grants attorney Kurt G. Kastorf *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated:

_____
BERYL A. HOWELL
Chief Judge