**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RUBY FREEMAN, *et al*., | |
| Plaintiffs, | Civil Action No. 1: 21-cv-03354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| HERRING NETWORKS, INC., *et al*., | |
| Defendants. | |

**DECLARATION OF JOHN LANGFORD IN SUPPORT OF MOTION FOR**
**ADMISSION OF ATTORNEY *PRO HAC VICE***

I, John Langford, hereby declare:

1.      My name, office address, and telephone number are as follows:

John Thomas Langford
UNITED TO PROTECT DEMOCRACY, INC.
82 Nassau Street, #601
New York, NY 10038
Telephone: (202) 579-4582

2.      I have been admitted to the following courts and bars:

New York State Bar (Bar ID: 5348479)
U.S. District Court for the Eastern District of New York
(Bar ID: JL-2367)
U.S. District Court for the Southern District of New York
(Bar ID: JL-2367)
U.S. Court of Appeals, Second Circuit
U.S. Court of Appeals, Ninth Circuit
U.S. Court of Appeals, Eleventh Circuit

3.      I am currently in good standing with all states, courts, and bars in which I am a

part.  I hereby certify that I have not been disciplined by any bar.

4.      Within the last two years, I have been admitted *pro hac vice* in this Court in the

following case(s):

*Wittes v. U.S. Department of Justice*, No. 1:19-cv-02823-FYP (D.D.C.)

5.     I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2022

John Langford
UNITED TO PROTECT DEMOCRACY, INC.
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
Fax: (929) 777-8428
john.langford@protectdemocracy.org