IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendants. | Civil Action No. 1: 21-cv-03354 (BAH) <br><br> Chief Judge Beryl A. Howell |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
<u>ATTORNEY JOHN LANGFORD *PRO HAC VICE*</u>**

The Court has reviewed the motion for admission of attorney John Langford *pro hac vice*. Upon consideration of the motion, the court grants attorney John Langford *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated: _____

_____
BERYL A. HOWELL
Chief Judge