UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HERRING NETWORKS, INC., *et al.*, <br><br> Defendant. | Civil Action No. 21-3354 (BAH) <br><br> Chief Judge Beryl A. Howell |

## MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL AND ENTRY OF JUDGMENT WITH RESPECT TO DEFENDANTS HERRING NETWORKS, INC., CHARLES HERRING, ROBERT HERRING, AND CHANEL RION ONLY

Pursuant to Federal Rules of Civil Procedure 41(a)(2) and 54(b), Plaintiffs Ruby Freeman and Wandrea "Shaye" Moss ("Plaintiffs"), through undersigned counsel, with the consent of counsel to Defendants Herring Networks, Inc., Charles Herring, Robert Herring, and Chanel Rion (together, the "OAN Defendants"), hereby respectfully request that the Court enter an order dismissing with prejudice the Complaint against the OAN Defendants only and entering final judgment as to the OAN Defendants only. A proposed order to this effect is enclosed with this Motion. As grounds, Plaintiffs state as follows:

Plaintiffs and the OAN Defendants have entered into a settlement agreement ("Settlement Agreement") to resolve Plaintiffs' claims against the OAN Defendants. Pursuant to the Settlement Agreement, Plaintiffs wish to dismiss, with prejudice, the OAN Defendants from the above-captioned litigation, with each of Plaintiffs and the OAN Defendants to bear their own costs and expenses, including attorneys' fees. Defendant Rudolph W. Giuliani ("Defendant Giuliani") is not party to the Settlement Agreement, and Plaintiffs wish to continue prosecuting their claims against

Defendant Giuliani. There is no reason for just delay as to entry of final judgment with respect to the OAN Defendants while the litigation proceeds as to the non-settling Defendant Giuliani.

Dated: May 10, 2022

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP** | **UNITED TO PROTECT DEMOCRACY, INC.** |
| /s/ *Michael J. Gottlieb* | John Langford (admitted *pro hac vice*) |
| Michael J. Gottlieb (974960) | NY Bar No. 5348479 |
| Meryl C. Governski (1023549) | Rachel Goodman (admitted *pro hac vice*) |
| 1875 K Street NW | NY Bar No. 4879458 |
| Washington, DC 20006 | 82 Nassau Street, #601 |
| Tel: (202) 303-1000 | New York, NY 10038 |
| Fax: (202) 303-2000 | Tel: (202) 579-4582 |
| mgottlieb@willkie.com | john.langford@protectdemocracy.org |
| mgovernski@willkie.com | rachel.goodman@protectdemocracy.org |

**DUBOSE MILLER LLC**
Von A. DuBose (admitted *pro hac vice*)
GA Bar No. 231451
75 14th Street NE
Suite 2110
Atlanta, Georgia 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

**KASTORF LAW LLC**
Kurt C. Kastorf (admitted *pro hac vice*)
GA Bar No. 315315
1387 Iverson Street NE
Suite #100
Atlanta, GA 30307
Tel: (404) 900-0330
kurt@kastorflaw.com

*Attorneys for Plaintiffs Ruby Freeman and Wandrea Moss*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, this document was filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

Dated: May 10, 2022

>*/s/ Michael J. Gottlieb*
>WILLKIE FARR & GALLAGHER LLP
>Michael J. Gottlieb (974960)
>1875 K Street NW
>Washington, DC 20006
>Tel: (202) 303-1000
>Fax: (202) 303-2000
>mgottlieb@willkie.com