## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, | |
| Plaintiffs, | Civil Action No. 21-3354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| HERRING NETWORKS, INC., *et al.*, | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL AND ENTRY OF JUDGMENT WITH RESPECT TO DEFENDANTS HERRING NETWORKS, INC., CHARLES HERRING, ROBERT HERRING, AND CHANEL RION ONLY

AND NOW, this ____ day of _____, having considered the Joint Motion for Voluntary Dismissal and Entry of Judgment with Respect to Defendants Herring Networks, Inc., Charles Herring, Robert Herring, and Chanel Rion (together, the "OAN Defendants") only, it is hereby ORDERED that the OAN Defendants are dismissed with prejudice from the above-captioned action, with each of Plaintiffs and the OAN Defendants to bear their own costs and expenses, including attorneys' fees. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds and determines that there is no just cause for delay and accordingly enters final judgment dismissing with prejudice the OAN Defendants from the above-captioned litigation. This Order does not affect the litigation as to Plaintiffs' claims against any Defendant other than the OAN Defendants, and Plaintiffs' case shall proceed against the non-settling Defendant Rudolph W. Giuliani.

- 2 -

**SO ORDERED.**

DATE:_____

                                                    _____
                                                  Beryl A. Howell, Chief Judge
                                                  United States District Court for the District of Columbia