AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| RUBY FREEMAN, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-03354 (BAH) |
| HERRING NETWORKS, INC., ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Freeman and Wandrea Moss .

Date:   05/10/2022

/s/ Meryl C. Governski
*Attorney's signature*

Meryl C. Governski (DCBN 1023549)
*Printed name and bar number*

WILLKIE FARR & GALLAGHER LLP
1875 K Street N.W.
Washington, DC 20006

*Address*

mgovernski@willkie.com
*E-mail address*

(202) 303-1016
*Telephone number*

(202) 303-2000
*FAX number*