# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| RUBY FREEMAN, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03354 (BAH) |
| HERRING NETWORKS, INC., ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Freeman and Wandrea Moss.

Date: 05/10/2022

/s/ Rachel E. Goodman
*Attorney's signature*

Rachel E. Goodman (NYBN 4879458)
*Printed name and bar number*

UNITED TO PROTECT DEMOCRACY, INC.
82 Nassau Street, #601
New York, NY 10038

*Address*

rachel.goodman@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*