AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| RUBY FREEMAN, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03354 (BAH) |
| HERRING NETWORKS, INC., ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Freeman and Wandrea Moss.

Date: 05/10/2022

/s/ John T. Langford
*Attorney's signature*

John T. Langford (NYBN 5348479)
*Printed name and bar number*

UNITED TO PROTECT DEMOCRACY, INC.
82 Nassau Street, #601
New York, NY 10038
*Address*

john.langford@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*