UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendants. | Civil Action No. 21-3354 (BAH) <br><br> Chief Judge Beryl A. Howell |

**[*PROPOSED*] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

On June 6, 2022, pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Rudolph Giuliani filed his Motion to Dismiss [Doc. ___] Plaintiff's Amended Complaint [Doc. 22].

After considering the Motion, response to the Motion, reply in support of the Motion, and the entire record, the Court GRANTS the Motion [Doc. ___] and hereby ORDERS that the Amended Complaint [Doc. 22] is hereby DISMISSED WITH PREJUDICE as to refiling same.

IT IS SO ORDERED.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

1