# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN and WANDREA MOSS, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | Civil Action No. 21-3354 (BAH) <br><br> Chief Judge Beryl A. Howell |

## [PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

On June 6, 2022, pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Rudolph W. Giuliani filed his Motion to Dismiss [Dkt. 26] Plaintiffs' Amended Complaint [Dkt. 22] (the "Motion").

Upon consideration of the Motion, Plaintiffs' opposition, the reply in support of the Motion, and the entire record it is hereby:

**ORDERED** that the Motion be **DENIED**.

**IT IS SO ORDERED.**

_____           _____
Date                                                  Beryl A. Howell, Chief Judge
                                                              United States District Court for the District of Columbia