UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>RUDOLPH W. GIULIANI,<br><br>        Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

## JOINT MOTION TO EXTEND DISCOVERY

Plaintiffs Ruby Freeman and Wandrea ArShaye ("Shaye") Moss and Defendant Rudolph W. Giuliani (together, the "Parties"), through undersigned counsel and pursuant to the Federal Rules of Civil Procedure ("FRCP"), Local Rule 7, and Honorable Chief Judge Beryl Howell's Standing Order for Civil Cases Rules 6(d) and 7(b), respectfully request that this Court modify the Scheduling Order dated April 26, 2022, for the reasons set forth herein. This is the first such motion requesting a modification of the Scheduling Order, it is being filed at least four days prior to any current deadlines in the Scheduling Order, no previous modifications of the Scheduling Order have been sought nor granted, and there is good cause to support the requested modifications of the Scheduling Order. In support, the Parties aver as follows:

1. The Parties, pursuant to FRCP 6(b)(1) and 26(f), Local Rules 7 and 16.3, and Honorable Chief Judge Beryl Howell's Standing Order for Civil Cases, filed the Rule 26(f) Joint Meet and Confer Report and the Joint Motion for Order Approving the Schedule proposed in the Concurrently Filed Joint Meet and Confer Report on April 25, 2022.

2. On April 26, 2022, this Court issued a Scheduling Order to control the timing of discovery proceedings in the above-captioned matter.

3. Pursuant to the April 26, 2022, Scheduling Order, fact discovery shall close on November 22, 2022, experts shall be designated by December 16, 2022, rebuttal experts shall be designated by January 27, 2023, and expert discovery shall close on February 17, 2023.

4. The Parties have been working cooperatively in an effort to complete both party and third-party discovery on the existing schedule.

5. On May 10, 2022, Plaintiffs filed an Amended Complaint in the above-captioned matter. On June 6, 2022, Defendant filed a Motion to Dismiss the Amended Complaint. On June 27, 2022, Plaintiffs filed an opposition to Defendant's Motion to Dismiss. Defendant did not file a reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. As of the date of this Motion, Defendant's Motion to Dismiss is ripe for resolution.

**Party Discovery**

6. Between May 20, 2022, and August 5, 2022, Plaintiffs served on Defendant 38 requests for production (the "RFPs"), 10 interrogatories (the "Interrogatories"), and 67 Requests for Admission (the "RFAs").

7. On June 28, 2022, Plaintiffs received Defendant's responses and objections to a number of RFPs and Interrogatories. Plaintiffs received a privilege log from Defendant on the same date (the "Privilege Log"). Plaintiffs received amended responses to a number of Interrogatories on August 1, 2022. The response date for Plaintiffs' outstanding discovery requests is September 6, 2022.

8. Defendant made a production of documents to Plaintiffs on July 12, 2022 (the "First Production"). The First Production is comprised of documents that Defendant has already produced in other matters and does not include documents contained on certain of Defendant's electronic devices previously seized by the Department of Justice. As of August 2022, these electronic devices previously seized by the Department of Justice have been returned to Defendant. The First Production is Defendant's only production to Plaintiffs as of the date of this Motion.

9. On August 5, 2022, Plaintiffs sent a deficiency letter to Defendant concerning Defendant's responses and objections to a number of Plaintiffs' RFPs, Interrogatories, and the Privilege Log (the "Deficiency Letter"). The Parties have been working collaboratively (via email) to address the issues raised in the Deficiency letter.

**Third-Party Discovery**

10. Plaintiffs began serving third-party document subpoenas to various third parties on July 27, 2022. Based on the information contained within Defendant's First Production, the Privilege Log, and publicly available information, Plaintiffs have reason to believe that each of these third parties has information relevant to Plaintiffs' claims.

11. As of the date of this Motion, Plaintiffs have noticed 9 third parties for subpoena. Despite dozens of attempts to serve subpoenas on these third parties, Plaintiffs have only effectuated service on 4 of the third parties.

12. As of the date of this Motion, Plaintiffs continue to make diligent attempts to effectuate service on all outstanding third-party subpoenas.

13. As of the date of this Motion, Plaintiffs have received no documents from any third parties.

14. The Parties anticipate serving several more third-party subpoenas in the coming weeks. The Parties listed 22 third parties on their Initial Disclosures as likely having discoverable information. The Parties are also in the process of identifying additional third parties as likely having discoverable information.

15. There exists good cause to extend discovery, as the Parties are working diligently to complete discovery, but anticipate that the close of fact discovery deadline of November 22, 2022, will provide inadequate time for the Parties to obtain relevant documents, respond to outstanding and future discovery requests, obtain affidavits, conduct depositions, and resolve relevant discovery issues.

16. No Party will be prejudiced by the extension of the discovery deadline.

17. The Parties conferred on August 24, 2022, and jointly agreed to the below extension of the discovery deadlines in the Scheduling Order.

18. Accordingly, the Parties jointly propose an extension of the discovery deadlines in the Scheduling Order for a period of approximately 6 months, as follows:

| Event | Original Deadline | Proposed Deadline |
| --- | --- | --- |
| Close of Fact Discovery | November 22, 2022 | May 22, 2023 |
| Designate Experts | December 16, 2022 | June 16, 2023 |
| Designate Rebuttal Experts | January 27, 2023 | July 20, 2023 |
| Close of Expert Discovery | February 17, 2023 | August 10, 2023 |

WHEREFORE, the Parties respectfully request that this Honorable Court extend the discovery deadlines in the Scheduling Order for a period of approximately 6 months.

Dated: August 31, 2022

CAMARA & SIBLEY L.L.P.
Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com

*Counsel for Defendant*

Respectfully Submitted,

By: */s/* Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
Michael J. Gottlieb (974960)
Meryl C. Governski (1023549)
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

UNITED TO PROTECT DEMOCRACY
John Langford
Rachel Goodman
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Brittany Williams
Sara Chimene-Weiss
15 Main St., Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
brittany.williams@protectdemocracy.org
sara.chimene-weiss@protectdemocracy.org

DUBOSE MILLER LLC
Von A. DuBose
75 14th Street NE
Suite 2110
Atlanta, Georgia 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

KASTORF LAW LLC
Kurt G. Kastorf (1011932)
1387 Iverson Street NE
Suite #100
Atlanta, GA 30307
Tel: (404) 900-0330
kurt@kastorflaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I certify that on August 31, 2022, this Motion was filed and served on counsel for all parties using the Court's ECF system.

                                                */s/* Michael J. Gottlieb