UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>                Plaintiffs,<br><br>       v.<br><br>RUDOLPH W. GIULIANI,<br><br>                Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

### [PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY

Upon consideration of the Joint Motion to Extend Discovery (the "Motion"), it is hereby:

**ORDERED** that the Motion be **GRANTED**; and it is further

**ORDERED** that the new discovery deadlines are as follows: fact discovery closes on May 22, 2023; experts must be designated by June 16, 2023; rebuttal experts must be designated by July 20, 2023; and expert discovery closes on August 10, 2023.

    **IT IS SO ORDERED.**

_____              _____
Date                                         Beryl A. Howell, Chief Judge
                                                     United States District Court for the District of Columbia