AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| RUBY FREEMAN, ET AL. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03354 (BAH) |
| HERRING NETWORKS, INC., ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Freeman and Wandrea Moss.

Date: 09/19/2022

/s/ Von A. DuBose
*Attorney's signature*

Von A. DuBose (GABN 231451)
*Printed name and bar number*

DUBOSE MILLER LLC
75 14th St. NE
Suite 2110
Atlanta, GA 30309
*Address*

dubose@dubosemiller.com
*E-mail address*

(404) 720-8111
*Telephone number*

(404) 921-9557
*FAX number*