UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | Civil Action No. 21-3354 (BAH) <br><br> Chief Judge Beryl A. Howell |

**ORDER**

Upon consideration of defendant's Motion to Dismiss, ECF No. 26, the legal memoranda in support and in opposition, and the exhibits attached thereto, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion to Dismiss, ECF No. 26, is **DENIED**; it is further

**ORDERED** that the parties shall file their meet and confer statement within fourteen days of this Order pursuant to the Standing Order ¶ 3a, ECF No. 4.

**SO ORDERED**.

Date: October 31, 2022

_____
BERYL A. HOWELL
CHIEF JUDGE