**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUBY FREEMAN, *et al.*, | |
| Plaintiffs, | Civil Action No. 21-3354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| Rudolph W. Giuliani, | |
| Defendant. | |

**DEFENDANT GIULIANI'S ORIGINAL ANSWER TO
PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure, Defendant Rudolph W. Giuliani ("Giuliani") hereby files his Original Answer to Plaintiffs' Amended Complaint [Doc. 22] ("Complaint") and would respectfully show the Court as follows, with each numerated paragraph below corresponding to the numbered paragraphs of the Complaint:

**ANSWER**

1. This paragraph contains rhetorical argument and opinions to which no response is required. However, to the extent the paragraph makes factual assertions regarding election workers being essential to democracy, Giuliani admits this is true and denies the remainder of the paragraph to the extent it makes any factual assertions.

2. This paragraph contains rhetorical argument containing opinions to which no response is required. However, to the extent the paragraph makes factual assertions regarding whether Plaintiffs were election workers in Georgia during the 2020 Election, Giuliani admits this is true and denies the remainder of the paragraph to the extent it makes any factual assertions.

3.  This paragraph contains rhetorical argument containing opinions to which no response is required.  However, to the extent the paragraph makes factual assertions regarding whether Plaintiffs have become the subject of vitriol, threats, and harassment, Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations and denies the remainder of the paragraph to the extent it makes any factual assertions.

4.  This paragraph contains rhetorical argument containing opinions to which no response is required.  However, to the extent the paragraph makes factual assertions, such assertions are denied.

5.  This paragraph contains rhetorical argument containing opinions to which no response is required.  However, to the extent the paragraph makes factual assertions, such assertions are denied.

6.  Admitted.

7.  This paragraph contains rhetorical argument containing opinions to which no response is required.  Giuliani admits that Georgia election officials disagreed with his opinions regarding the footage of Plaintiffs but denies the remainder of the paragraph to the extent it makes any factual assertions.

8.  This paragraph contains rhetorical argument containing opinions to which no response is required.  Giuliani admits that Georgia election officials disagreed with his opinions regarding the footage of Plaintiffs but denies the remainder of the paragraph to the extent it makes any factual assertions.

9.  This paragraph contains rhetorical argument containing opinions to which no response is required.  However, to the extent the paragraph makes factual assertions, such

assertions are denied other than the document referenced appears to contain the quoted statement.

10. This paragraph contains rhetorical argument containing opinions to which no response is required.   However, to the extent the paragraph makes factual assertions, such assertions are denied other than the document referenced appears to contain the quoted statement.

11. This paragraph contains rhetorical argument containing opinions to which no response is required.   However, to the extent the paragraph makes factual assertions, such assertions are denied other than the document referenced appears to contain the quoted statement.

12. This paragraph contains rhetorical argument containing opinions to which no response is required.   However, to the extent the paragraph makes factual assertions, such assertions are denied.

13. This paragraph contains rhetorical argument containing opinions to which no response is required.  Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiffs' private motivations and denies the remainder of the paragraph to the extent it makes any factual assertions.

14. This paragraph contains rhetorical argument containing opinions to which no response is required.  Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiffs' claims of threats and reputational damage and denies the remainder of the paragraph to the extent it makes any factual assertions.

15. This paragraph contains rhetorical argument containing opinions to which no response is required.  Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiffs' claims of threats and reputational damage and denies the remainder of the paragraph to the extent it makes any factual assertions.

16. This paragraph contains rhetorical argument containing opinions to which no response is required.  Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiffs' claims of threats and reputational damage and denies the remainder of the paragraph to the extent it makes any factual assertions.

17. This paragraph contains rhetorical argument containing opinions to which no response is required.  Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiffs' claims of threats and reputational damage and denies the remainder of the paragraph to the extent it makes any factual assertions.

18. This paragraph contains rhetorical argument containing opinions to which no response is required.  Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiffs' claims of threats and reputational damage and denies the remainder of the paragraph to the extent it makes any factual assertions.

19. Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiff Freeman's specific duties, but admits she was an election worker in the 2020 election and resides in Georgia.

20. Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding Plaintiff Moss's specific duties, but admits she was an election worker in the 2020 election and resides in Georgia.

21. Giuliani denies that he made any knowing or reckless falsifications or lies concerning Plaintiffs.  Giuliani admits that some of the statements complained of carry defamatory meaning, but denies they constitute any actionable defamation.  Giuliani admits the paragraph as to his general background but denies the remaining allegations.

22. Admitted.

23. Giuliani consents to jurisdiction, however, Giuliani denies the factual allegations of the paragraph other than that he is licensed to practice law in D.C. and that he made certain of the statements at issue from D.C.

24. Giuliani consents to jurisdiction, however, Giuliani denies the factual allegations of the paragraph other than that he made certain of the statements at issue from D.C.

25. Admitted.

26. Admitted.

27. This paragraph contains rhetorical argument containing opinions to which no response is required.  However, to the extent the paragraph makes factual assertions, such assertions are denied.

28. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.

29. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.

30. Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

31. Giuliani admits Plaintiff Moss was an election worker in the 2020 election but lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

32. Giuliani admits Plaintiff Freeman was an election worker in the 2020 election but lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

33. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.

34. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.

35. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.

36. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.

37. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.

38. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.

39. Giuliani admits that he posted the material as alleged.  Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.  Giuliani denies the remainder of the paragraph.

40. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.

41. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.  Giuliani denies any conclusive "refutation" occurred.

42. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.  Giuliani denies any conclusive "refutation" occurred.

43. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a

belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

44. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

45. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

46. Giuliani admits he made the statements as indicated in the citations but denies the remainder of the paragraph.

47. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

48. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

49. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a

belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

50. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

51. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

52. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

53. Giuliani admits he made the statements as indicated in the citations but denies the remainder of the paragraph.

54. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the cited article.   Giuliani denies any conclusive "refutation" occurred.

55. Giuliani admits that quotations appear in the cited references and the cited references support the statements made but lacks knowledge or information sufficient to form a

belief about the truth of the allegations in the cited article.  Giuliani denies any conclusive "refutation" occurred.

56. Denied.

57. Giuliani admits that quotations appear in the cited references but denies the remainder of the paragraph.

58. Giuliani admits that quotations appear in the cited references but denies the remainder of the paragraph.

59. Giuliani admits that quotations appear in the cited references but denies the remainder of the paragraph.

60. Giuliani admits that quotations appear in the cited references but denies the remainder of the paragraph.

61. Giuliani admits that quotations appear in the cited references but denies the remainder of the paragraph.

62. Giuliani admits that quotations appear in the cited references but denies the remainder of the paragraph.

63. Giuliani admits that quotations appear in the cited references but denies the remainder of the paragraph.

64. Giuliani admits that quotations appear in the cited references but denies the remainder of the paragraph.

65. Denied.

66. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

67. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

68. Admitted.

69. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

70. Admitted remains on website, denied as to remainder.

71. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

72. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

73. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

74. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

75. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

76. Admitted.

77. Denied.

78. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph.

79. Denied.

80. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

81. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

82. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

83. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

84. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

85. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

86. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

87. Giuliani admits he headed the Trump Campaign legal team, denies remainder of paragraph.

88. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

89. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

90. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

91. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

92. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

93. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

94. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

95. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

96. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

97. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

98. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

99. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

100. Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

101. Admitted.

102. Denied.

103. Denied.

104. Denied.

105. Denied.

106.   Denied.

107.   Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

108.   Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

109.   Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

110.   Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

111.   Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

112.   Denied.

113.   Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

114.   Giuliani admits that the citation supports the assertion/quotations, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions and denies the veracity of the findings cited.

115.   Giuliani admits that the citation supports the assertion/quotations, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions and denies the veracity of the findings cited.

116.   Giuliani admits that the citation supports the assertion/quotations, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions and denies the veracity of the findings cited.

117.    Giuliani admits that the citation supports the assertion/quotations, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions and denies the veracity of the findings cited.

118.    Giuliani admits he learned of the decision soon after it was issued.

119.    Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

120.    Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

121.    Giuliani is without sufficient knowledge to form belief concerning the sending of the letter, denies the remainder of the paragraph.

122.    Giuliani is without sufficient knowledge to form belief concerning the sending of the letter, admits the remainder of the paragraph.

123.    Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

124.    Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

125.    Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

126.    Denied.

127.    Admitted no retraction was made, denied as to remainder.

128.    Admitted did not contact Plaintiffs, denied as to remainder.

129.    Denied.

130.    Denied.

131.   Denied.

132.   Denied.

133.   Denied.

134.   These are legal conclusions to which no response is required, but to the extent factual assertions are made, denied.

135.   Denied.

136.   Denied.

137.   Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

138.   Giuliani admits that quotations appear in the cited references, Giuliani denies the remainder of the paragraph to the extent it makes any factual assertions.

139.   Denied.

140.   Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

141.   Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

142.   Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

143.   Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

144.   Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

145.    Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

146.    Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

147.    Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

148.    Denied.

149.    Denied as to being caused by any alleged defamation by Defendant, denied as to remainder.

150.    Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

151.    Denied as to being caused by any alleged defamation by Defendant, Giuliani lacks knowledge or information sufficient to form a belief about the truth of the remainder.

152.    Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

153.    Denied as to being caused by any alleged defamation by Defendant, Giuliani lacks knowledge or information sufficient to form a belief about the truth of the remainder.

154.    Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

155.    Giuliani lacks knowledge or information sufficient to form a belief about the truth of the allegations.

156.    Denied as to being caused by any alleged defamation by Defendant, Giuliani lacks knowledge or information sufficient to form a belief about the truth of the remainder.

157.    Denied as to being caused by any alleged defamation by Defendant, Giuliani lacks

knowledge or information sufficient to form a belief about the truth of the remainder.

158.    Denied as to being caused by any alleged defamation by Defendant, Giuliani lacks

knowledge or information sufficient to form a belief about the truth of the remainder.

159.    Giuliani lacks knowledge or information sufficient to form a belief about the truth

of the allegations.

160.    Giuliani lacks knowledge or information sufficient to form a belief about the truth

of the allegations.

161.    Giuliani lacks knowledge or information sufficient to form a belief about the truth

of the allegations.

162.    Denied as to being caused by any alleged defamation by Defendant, Giuliani lacks

knowledge or information sufficient to form a belief about the truth of the remainder.

163.    Admitted or denied as per above.

164.    Denied.

165.    Admitted that Defendant made certain statements that carry defamatory meaning,

denied as to remainder.

166.    Denied.

167.    Denied.

168.    Denied.

169.    Denied.

170.    Denied.

171.    Denied.

172.    Denied.

173.    Denied.

174.    Admitted that Defendant made certain statements that carry defamatory meaning,

        denied as to remainder.

175.    Denied.

176.    Denied.

177.    Denied.

178.    Admitted or denied as per above.

179.    Denied.

180.    Denied.

181.    Denied.

182.    Denied.

183.    Denied.

184.    Denied.

185.    Denied.

186.    Denied.

187.    Admitted or denied as per above.

188.    Denied.

189.    Denied.

190.    Denied.

191.    Denied.

192.    Giuliani denies all allegations in the prayer for relief.

## **AFFIRMATIVE DEFENSES**

193.    AFFIRMATIVE DEFENSE ONE:  Plaintiffs' claims are barred in whole or in part by the First Amendment.

194.    AFFIRMATIVE DEFENSE TWO:  Plaintiffs' claims are barred in whole or in part by the applicable statute of limitations (the single publication rule).

195.    AFFIRMATIVE DEFENSE THREE:  Plaintiffs' claims are barred in whole or in part by the litigation privilege and/or attorney immunity.

196.    AFFIRMATIVE DEFENSE FOUR:  Plaintiffs' claims are barred in whole or in part by the legislative proceeding privilege and/or official proceeding privilege.

197.    AFFIRMATIVE DEFENSE FIVE:  Plaintiffs' claims are barred in whole or in part because some and/or all of Giuliani's statements complained of are substantially true.

198.    AFFIRMATIVE DEFENSE SIX:  Plaintiffs' claims are barred in whole or in part because some and/or all of any alleged damages suffered by Plaintiffs were not caused by Giuliani and were, in fact, caused intervening and/or supervening causes independent of Giuliani's conduct.

199.    **PRAYER FOR RELIEF**

200.    Defendant prays that Plaintiffs take nothing, that Defendant be awarded his costs, and for all other relief to which Defendant shows himself entitled.

Dated: December 12, 2022

By: */s/ Joseph D. Sibley IV*

CAMARA & SIBLEY L.L.P.

Joseph D. Sibley IV
DC Bar ID: TX0202

- 20 -

1108 Lavaca St.
Suite 110263
Austin, TX 78701
Telephone:  (713) 966-6789
Fax:  (713) 583-1131
Email:  sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH W. GIULIANI**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2022, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Joseph D. Sibley IV*
Joseph D. Sibley IV