IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>RUDOLPH W. GIULIANI,<br><br>       *Defendant*. | Civil Action No. 21-cv-3354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**DECLARATION OF JOHN LANGFORD
IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ORDER APPROVING
ALTERNATIVE SERVICE OF RULE 45 SUBPOENA ON THIRD-PARTY
KATHERINE FRIESS**

I, John Langford, declare under penalty of perjury that the foregoing is true and correct:

    1.    I am counsel for Ruby Freeman and Wandrea' ArShaye ("Shaye") Moss ("Plaintiffs"). This declaration is based on my personal knowledge and upon information provided to me in my capacity as counsel to Ms. Freeman and Ms. Moss.

    2.    Attached as Exhibit 1 to this Declaration is a true and correct copy of Plaintiffs' proposed subpoena to Katherine Friess.

    3.    Attached as Exhibit 2 to this Declaration is a true and correct copy of a document produced by third-party Bernard Kerick to the United States House of Representatives Select Committee to Investigate the January 6th Attack on the United States Capitol, which Plaintiffs refer to as the "Giuliani Strategic Plan."

4. Attached as Exhibit 3 to this Declaration is a true and correct copy of the Amended Answer to Interrogatory 4 provided by defendant Rudolph Giuliani in the above-captioned action.

5. Attached as Exhibit 4 to this Declaration is a true and correct copy of the initial privilege log provided by Rudolph Giuliani in the above-captioned action.[1]

6. Attached as Exhibit 5 to this Declaration is a true and correct copy of an Affidavit from David Felter, whom Plaintiffs retained to assist them with locating Katherine Friess.

7. Attached as Exhibit 6 to this Declaration is a true and correct copy of a complaint filed by Ms. Friess on February 22, 2022, in Colorado federal district court seeking to quash the above referenced AT&T subpoena.

8. Attached as Exhibit 7 to this Declaration is a true and correct copy of a letter from AT&T to Ms. Friess, attaching a duly authorized subpoena served on AT&T Wireless by the United States House of Representatives' Select Committee to Investigate the January 6th Attack on the United States Capitol.

9. Attached as Exhibit 8 this Declaration is a true and correct copy of an Affidavit executed by Katherine Friess on February 21, 2022.

10. Attached as Exhibit 9 to this Declaration is a true and correct copy of the D.C. Bar's attorney entry for Ms. Friess.

11. Attached as Exhibit 10 to this Declaration is a true and correct copy of the Colorado Bar's attorney entry for Ms. Friess.

---

[1] The privilege log bears the word "Confidential" in the footer. But there is no protective order in place in this case, such that Defendant Giuliani could designate the log confidential. Plaintiffs' counsel's understanding is that Defendant Giuliani produced an identical log in numerous other actions—i.e., that the log was not created specifically for this matter. To the extent the log was elsewhere properly designated confidential, it is not confidential in this case.

12. Attached as Exhibit 11 to this Declaration is a true and correct copy of the Affidavit of Due Diligence executed by DeEtte Bryson of Capitol Process Services, Inc. on October 1, 2022.

13. Attached as Exhibit 12 to this Declaration is a true and correct copy of an email exchange between myself and R. Mansolillo regarding serving a Rule 45 Subpoena for Katherine Friess.

14. Attached as Exhibit 13 to this Declaration is a true and correct copy of a printout from votterecords.com listing a possible address for Ms. Friess.

15. Attached as Exhibit 14 to this Declaration is a true and correct copy of a printout from the Virginia State Corporation Commission website listing a business entity associated with Ms. Friess.

16. Attached as Exhibit 15 to this Declaration is a true and correct copy of an October 6, 2022, email I sent to four different email addresses identified as belonging to Katherine Friess at 11:27 a.m. ET, along with the subpoena I attached to that email.

17. Attached as Exhibit 16 to this Declaration is a true and correct copy of a December 1, 2022, email I sent to five different email addresses identified as belonging to Katherine Friess at 3:39 p.m. ET, along with the subpoena I attached to that email.

18. Attached as Exhibit 17 to this Declaration is a true and correct copy of a read-receipt notice that the December 1, 2022, email was opened seven times between December 1, 2022, and December 5, 2022.

19. Attached as Exhibit 18 to this Declaration is a true and correct copy of the "V Card" sent to me by Defendant Giuliani's counsel that contains contact information for Ms. Friess.

20. Attached as Exhibit 19 to this Declaration is a true and correct copy of the unpublished Order, *OAO Alfa Bank v. Ctr. For Public Integrity*, No. 1:00-cv-02208-JDB (D.D.C. Jan. 6, 2004), ECF No. 122.

21. Attached as Exhibit 20 to this Declaration is a true and correct copy of the unpublished Order, *Rich v. Butowsky*, No. 1:18-cv-00681-RJL(D.D.C. Jan. 24, 2020), ECF No. 133.

22. On December 1, 2022, I called the UPS store located at 2121 N. Frontage Rd W, Vail, CO 81657 to inquire as to whether Ms. Friess still maintained a P.O. box at that address. I was informed that Ms. Friess did have a P.O. box at that office through October but has since discontinued that service—i.e., she appears to have discontinued her use of that box after we attempted to serve her there in August and informed her of our efforts to serve her.

23. On December 1, 2022, I searched for any record of Ms. Friess or her company Seven Good Stones, LLC, owning property in Eagle County, Colorado (which includes Vail and Avon, Colorado) on the Eagle County Assessor's Office's "Property Record Search" website, located at: https://www.eaglecounty.us/assessor/propertyrecordsearch. After locating no records, I called the Eagle County Assessor's Office and spoke with an employee of the office, who also searched for such records; she also could not locate any such records.

24. On December 1, 2022, I attempted to contact Ms. Friess's counsel in her Colorado lawsuit against the January 6th Select Committee, Robert Mansolillo, at the number listed on the Colorado docket. My call went to voicemail, and I left a message asking Mr. Mansolillo to return my call. As of today, I have not received a follow-up call.

25. On December 5, 2022, I called Ms. Friess's ex-husband, Brent Yessin, who is an attorney and whose number is listed on his website. Mr. Yessin told me that the address we

4

attempted to serve in Tampa on November 21, 2022, is his address, and that Ms. Friess, his ex-wife, does not reside with him. Mr. Yessin further conveyed that he does not have an address for Ms. Friess and is not in contact with her.

26. On December 7, 2022, I called the number we received from Defendant Giuliani's "V" card for Ms. Friess. The call did not go through. Instead, an automated message relayed that the person I was trying to reach is not accepting calls at this time.

Executed: December 16, 2022

                                                    */s/ John Langford*
                                                    John Langford
                                                   UNITED TO PROTECT DEMOCRACY
                                                   NY Bar No. 5348479
                                                   82 Nassau Street, #601
                                                   New York, NY 10038
                                                   Tel: (202) 579-4582
                                                   john.langford@protectdemocracy.org