# EXHIBIT 5

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Ruby Freeman, et al.

**Plaintiff**

Case No.: 1:21-cv-03354(BAH)

*vs.*

Rudolph W. Giuliani

**Defendant**

## AFFIDAVIT OF DUE DILIGENCE

I, David S. Felter, a Private Process Server, having been duly authorized to make service of the Plaintiffs' Notice of Subpoena Duces Tecum to Katherine Friess, Subpoena Duces Tecum with Schedule A, and Exhibits in the above entitled case, hereby depose and say:

That I am a licensed private investigator with over thirty years of experience.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter. That I am the Custodian of Records of Capitol Process Services, Inc.

That after due search, careful inquiry and diligent attempt(s), we have been unable to serve Katherine Friess with the above named process.

That on August 4, 2022, my agent, DeEtte Bryson, attempted to serve Katherine Friess at 2121 North Frontage Road West, #124, Vail, Colorado 81657. On this occasion, Ms. Bryson stated that the address was a UPS store.

That on August 18, 2022 at 8:30 AM, my agent, DeEtte Bryson, attempted to serve Katherine Friess at 1265 North Frontage Road West, #3310, Vail, Colorado 81657. On this occasion, Ms. Bryson stated that she spoke to the current resident who stated that he does not know of Katherine Freiss and that she does not live there.

That on August 19, 2022 at 6:38 PM, I attempted to serve Katherine Friess at 1947 North Uhle Street, Arlington, Virginia 22201. On this occasion, I observed that Katherine Friess is not listed in the directory. In addition, I spoke to the concierge who stated that Ms. Friess was the previous tenant at the address.

That on August 23 2022 at 4:10 PM, my agent, DeEtte Bryson, attempted to serve Katherine Friess at 85 Aspen Place, Edwards, Colorado 81632. On this occasion, Ms. Bryson stated that she did not receive an answer at the door.

That on August 23, 2022 at 7:37 PM, my agent, DeEtte Bryson, attempted to serve Katherine Friess at 85 Aspen Place, Edwards, Colorado 81632. On this occasion, again, Ms. Bryson stated that she did not receive an answer at the door.

That on August 25, 2022 at 12:05 PM, my agent, DeEtte Bryson, attempted to serve Katherine Friess at 85 Aspen Place, Edwards, Colorado 81632. On this occasion, Ms. Bryson stated that she spoke to the current resident who stated that they did not know Ms. Friess and that the witness does not live there.

That I found an email address list for Ms. Friess in late September, 2022 that at one time put her at 1616 North Rhodes Street, Arlington, Virginia. I have subsequently found that the property had been purchased by Matthew and Laura Valestin and that Ms. Friess no longer resided there.

That on September 27, 2022 at 6:42 PM, I attempted to serve Katherine Friess at 1947 North Uhle Street, Unit 1016, Arlington, Virginia 22201. On this occasion, I received no answer at the door after knocking for several minutes.

That on September 28, 2022 at 5:55 PM, I attempted to serve Katherine Friess at 1947 North Uhle Street, Unit 1016, Arlington, Virginia 22201. On this occasion, I received no answer at the door. Accordingly, I spoke to the concierge who stated that their systems were down and that they could not check to see if she is listed in that unit. In addition, the desk person stated she was unfamiliar with the witness.

That on September 30, 2022 at 7:59 AM, I attempted to serve Katherine Friess at 1947 North Uhle Street, Unit 1016, Arlington, Virginia 22201. On this occasion, I spoke to Ms. Montague, concierge, who stated that Katherine Friess has been gone for more than one year.

That on September 30, 2022 at 10:42 a.m., I sent Plaintiffs' counsel three email addresses I identified as likely belonging to Katherine Friess: KFRIESS@YAHOO.COM; KATHERINE@8150CONSULTING.COM; KATHERINE_FRIESS@HOTMAIL.COM.

That on November 15, 2022 at 7:23 PM, my agent, DeEtte Bryson, attempted to serve Katherine Friess at 85 Aspen Place, Edwards, Colorado 81632. On this occasion, Ms. Bryson stated that she spoke with a male resident there who advised that Katherine Friess did rent a room there previously, but moved from that address three years ago and possibly moved to Avon, Colorado, although a specific forwarding address could not be provided.

That on November 21, 2022 at 1:59 PM, my agent, DeEtte Bryson, attempted to serve Katherine Friess at 3215 West Parkland Boulevard, Tampa, Florida 33609. On this occasion, Ms. Bryson stated that she spoke with a male resident who advised that he and Katherine Friess have been divorced for over ten years, and she does not live there with him. Furthermore, the man also stated that he did not have a forwarding address to provide for Katherine Friess, and he believes that she may be within the Vail, Colorado area.

That Capitol Process Services, Inc. has incurred $1854.50 in costs to serve Katherine Friess to date.

I am wholly confident that Ms. Friess is residing there and avoiding service so as not to answer this subpoena.

I declare under penalty of perjury that this information is true.

12-15-2022
Executed On

David S. Felter

Client Ref Number: N/A
Job #: 1610755

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050