# EXHIBIT 8

# PLAINTIFF'S EXHIBIT B

# *AFFIDAVIT OF KATHERINE FRIESS*

Katherine Friess, Plaintiff,

v.

Bennie G. Thompson, Defendants
in his official capacity
As Chairman of the House Select Committee
To Investigate the January 6th Attack on the
United States Capitol; Select Committee to
Investigate the January 6th Attack on the
United States Capitol, a committee of the
Unites States House of Representatives;
AT & T, a Delaware Corporation.

# AFFIDAVIT OF KATHERINE E. FRIESS

1. I, Katherine E. Friess, state the following under the pains and penalties of perjury, that the following statement, filed in conjunction with the attached complaint for declaratory and injunctive relief, is true.
2. I am an attorney, licensed in the State of Colorado, since 1992, and in the District of Columbia, since 1992.
3. I proudly reside in the great state of Colorado.
4. Previously serving as Counsel in the United States Senate, my work since 2001 has focused on national security issues and counter-terrorism, which requires me to take especially seriously the privacy and security of my communications, and necessitates my travel abroad, as I assist and advise allies of the United States, and U.S. corporate interests overseas.
5. I volunteered as an election integrity attorney, observing ballot counting, for the 2020 national elections.
6. I then served as a staff attorney on the personal legal team of President Donald J. Trump, from November of 2020 to January of 2021.
7. While serving as a full-time staff attorney for the President, during said time I also continued to service my clients.
8. I received an email on 9 February 2022 from the AT&T Global Legal Department stating that a subpoena had been issued to them by the January 6th Commission seeking the entirety of my personal phone records, including all metadata, from 1 November 2020 through 31 January 2021.
9. No justification has been proffered for this subpoena, and it directly violates the attorney-client privilege between not only myself and my client, the President, and his legal team, but also between myself and my existing client relationships.
10. Furthermore, it is a profound and irreversible invasion of my personal and professional privacy rights, without a scintilla of justification.
11. My personal cell phone number is my sole phone number, and I use it for all of my communications, including with an array of global clients, for whom I serve as legal counsel, as well as with family members and close friends, with whom I discuss matters personal to myself and to them, to include health issues and other highly sensitive matters.
12. Due to the various restrictions attendant to the COVID-19 pandemic, my reliance upon phone conversations and data exchange via my phone increased exponentially during this time.
13. The unlimited release of my personal data, confidential client communications, attorney-client communications, HIPPA data, and other private information, is not only completely unjustified, but it will have deleterious, blatant, and permanent ramifications on my life, personally, reputationally, and professionally. It will also directly harm my clients, colleagues, friends and family in that their personal

14. I revere our laws, and believe fervently in the moral and ethical bounds attendant to client representation, and will receive irreparable harm from the violation of the attorney-client privilege of which my clients were assured by myself, and the governing laws, upon their availing themselves of my professional legal services. Client trust is inviolable, and irreparable once broken. My very livelihood is at stake here.
15. As I have been harassed, threatened, and libeled in recent weeks – including harassing phone calls to my clients and colleagues in pursuit of my location and contact information.  These threats are even more serious due to my home, and close family, being located in a very small mountain town.
16. I am grateful to the Court for consideration of these issues, and pray for the requested relief therefrom.

*Katherine E. Friess*

Signature

Dated this 21st day of February 2022

State of Rhode Island
County of __Providence__

On this __21st__ day of __February__, 20__22__ before me, the undersigned notary public, personally appeared __Katherine E. Friess__ (name of document signer), and proved to me through satisfactory evidence of identification to be the person whose name is signed on the preceding or attached document, and acknowledged that they signed it voluntarily for its stated purpose.

_Maria Mansolillo – Notary Public # 47280_    2/21/2022

My Commission expires: __3/12/2025__

Maria Mansolillo
Notary Public, State of Rhode Island
My Commission Expires 3/12/25

(information – including private and personal phone numbers -will be publicly released without legal justification.)