# EXHIBIT 9



## Member Details

**Full Name**
Ms. Katherine E Friess

**Business Address**

**Business Email**

**Business Phone**

**DC Bar Member Status**
SUSPENDED-ADMIN (NON-PAYMENT)

**Member Type**

**Admit Date**
7/11/1994

Return