# EXHIBIT 10

Previous Page (javascript:history.go(-1);)        New Search (/Search/AttSearch.asp)

| **Name** | **License Status** | **Registration / Bar Number** |
|---|---|---|
| FRIESS, KATHERINE ELIZABETH | Inactive | 21849 |

**Business Information**        **Admission Date:** 10/15/1992

**Phone**                    **Fax**

202-330-1661

**Firm Name**

Seven Good Stones LLC

**Business Address**

2121 N. Frontage Road West178

Vail, CO 81657

**There is no public disciplinary history on file for this attorney within the state of Colorado.**