# EXHIBIT 11

## AFFIDAVIT OF NON-SERVICE

District of Columbia

Case Number: 1:21-CV-3354   Court Date: 8/25/2022 10:00 am

Plaintiff:
RUBY FREEMAN; ET AL

vs.

Defendant:
RUDOLPH W. GIULIANI

For:

Received by Capitol Process Services, Inc to be served on Katherine Friess, 85 Aspen Place, Edwards, CO 81632.

I, DeEtte Bryson, being duly sworn, depose and say that on the 25th day of August, 2022 at 12:05 pm, I:

NON-SERVED the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Schedule A; Plaintiffs' Notice of Subpoena Duces Tecum to Katherine Friess; Exhibits. After due search, careful inquiry and diligent attempts was unable to serve on Katherine Friess for the reasons detailed in the comments below.

Additional Information pertaining to this Service:
9/30/2022 9:22 am  Attempted service on 8/4/2022 at 2121 North Frontage Rd West 124 Vail, CO - This is a UPS Store. She has a postal box at this address but the server needs a home address.

Attempted service on 8/18/2022 @ 8:30 AM at 1265 N Frontage Rd W, #3310 Vail, Co 81657 - The server spoke with the current male resident who claimed that he did not know the defendant and the defendant does not live at this address.

Attempted service on 8/23/2022 @ 4:10 PM at 85 Aspen Place, Edwards, CO - No answer at the door. No activity seen or heard.

Attempted service on 8/23/2022 @ 7:37 PM at 85 Aspen Place, Edwards, CO - No answer at the door. No activity seen or heard.

Attempted service on 8/25/2022 @ 12:05 PM at 85 Aspen Place, Edwards, CO - The server spoke with the current resident who claimed that they did not know the defendant and the defendant does not live at this address.

Under penalty of perjury, I declare that I have read the foregoing Affidavit/Return of Service and that the facts stated in it are true. Also I certify that I am over the age of 18, have no interest in the above action. I certify and know that the one so served to be the same as therein mentioned, that I am not a party to the cause nor concerned in the event thereof.

Subscribed and sworn to before me on the __1__ day of _October_, _2022_ by the affiant who is personally known to me.

NOTARY PUBLIC

24 January 2025
NOTARY EXPIRATION DATE

Dustin Forrest Bryson
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID #20134001037
My Commission Expires January 24, 2025

DeEtte Bryson
Process Server

Capitol Process Services, Inc
1827 18th Street, Nw
Washington, DC 20009-5526
(202) 667-0050

Our Job Serial Number: FRS-2022007247
Ref: 1606460

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k