# EXHIBIT 12



John Langford <john.langford@protectdemocracy.org>

## Rule 45 Subpoena for Katherine Friess

**John Langford** <john.langford@protectdemocracy.org>                                      Mon, Aug 22, 2022 at 2:04 PM
To: Ray Mansolillo <rmansolillo@cox.net>

Raymond,

I just wanted to follow-up. When you have a moment, would you mind giving me a ring at (919) 619-9819?

Best,

John

> On Mon, Aug 8, 2022 at 2:07 PM John Langford <john.langford@protectdemocracy.org> wrote:
>> Thank you, Raymond. I appreciate your quick response. May I ask: are you able to provide me with any information about to whom I should direct this request instead?
>
>> On Mon, Aug 8, 2022 at 1:34 PM Ray Mansolillo <rmansolillo@cox.net> wrote:
>>> John, hello. I can not accept service on behalf of Ms. Friess as im not sure at this time that i will even be the attorney representing her in this matter. Regards, Raymond
>>>
>>> Sent from my iPhone
>>>
>>>> On Aug 8, 2022, at 2:12 PM, John Langford <john.langford@protectdemocracy.org> wrote:
>>>>
>>>> Mr. Mansolillo,
>>>>
>>>> I understand that you represent Katherine Friess in *Friess v. Thompson*, No. 22-cv-448 (D. Colo.), and am writing you in that capacity. I represent Ruby Freeman and Shaye Moss in *Freeman v. Giuliani*, No. 21-CV-3354 (D.D.C.), and we have been trying to serve Ms. Friess with the attached subpoena pursuant to Federal Rule 45 of Civil Procedure.
>>>>
>>>> Would you please advise whether you would be willing to accept service of the subpoena on behalf of Ms. Friess and, if so, if you would accept service via this email?
>>>>
>>>> We are, of course, happy to confer on the timing of Mr. Friess's production at your convenience.
>>>>
>>>> Best,
>>>>
>>>> John
>>>>
>>>> --
>>>> John Langford
>>>> Counsel, Protect Democracy
>>>> john.langford@protectdemocracy.org | (919) 619-9819
>>>>
>>>> 

--
John Langford
Counsel, Protect Democracy
john.langford@protectdemocracy.org | (919) 619-9819



--
John Langford
Counsel, Protect Democracy
john.langford@protectdemocracy.org | (919) 619-9819

