# EXHIBIT 13

SEARCH

Enter a name to search

Home (/) / Search (/voters/katherine-friess/1) / Katherine Elizabeth Friess



# Katherine Elizabeth Friess's Colorado Voter Registration

Vail, Colorado

Katherine Elizabeth Friess (born ▇) is listed at 1265 N Frontage Rd W #3310 Vail, Co 81657 (/address/1265-n_frontage_rd_w-vail-co-81657) and is affiliated with the Colorado Republican Party. She is a female registered to vote in Eagle County, Colorado.

Share

(https://www.facebook.com/sharer/sharer.php?u=https://voterrecords.com/voter/70165267/katherine-friess) (https://twitter.com/share?url=https://voterrecords.com/voter/70165267/katherine-friess)

Background Report (/btn/bg/bv-person/3/70165267)

## Overview of Katherine Elizabeth Friess

**Lives in:** Vail, Colorado
**Phone:** View phone number  (/btn/bg/bv-person/14/70165267)
**Gender:** Female

## Katherine Friess's Voter Registration

**Party Affiliation:** Colorado Republican Party
**Registered to Vote In:** Eagle County, Colorado
**Registration Date:** 02/08/2016
**Voter Status:** Inactive
**Status Reason:** Undeliverable Ballot

You are agreeing to all Terms and Conditions (/terms#a) by using this website.   X