# EXHIBIT 14

## Business Entity Search Results

| Entity ID | Entity Name | Name Type | Entity Type | Series LLC | Principal Office Address | RA Name | Status |
|---|---|---|---|---|---|---|---|
| S5009891 | SEVEN GOOD STONES, LLC | Legal Name | Limited Liability Company | No | 85 ASPEN PLACE, EDWARDS, CO, 81632 - 0000, USA | KATHERINE E FRIESS | Inactive |

Page 1 of 1, records 1 to 1 of 1    (ExportSearchResults?hgridex=3)    (ExportSearchResults?hgridex=1)    (ExportSearchResults?hgridex=5)    (ExportSearchResults?hgridex=100)

**Note:** Export limitation for Word is 5000 records, Export limitation for PDF is 15000 records

Back          Back to Login

Privacy Policy (https://www.scc.virginia.gov/privacy.aspx)   |   Contact Us (https://www.scc.virginia.gov/clk/clk_contact.aspx)