# EXHIBIT 17



John Langford <john.langford@protectdemocracy.org>

---

## Your tracked message "Subject: Freeman v. Giuliani, 1:21-cv-03354-BAH (D.D.C.) - Accepting Service of Third-Party Subpoena" was recently opened.

**Boomerang for Gmail (Baydin)** <boomerang@baydin.com>          Thu, Dec 1, 2022 at 1:33 PM
Reply-To: kef@hushmail.com, katherine_friess@hotmail.com, kfriess@protonmail.com, kfriess@yahoo.com,
katherine@8150consulting.com
To: john.langford@protectdemocracy.org

**Message Details**

Subject: Freeman v. Giuliani, 1:21-cv-03354-BAH (D.D.C.) - Accepting Service of Third-Party Subpoena

To: kef@hushmail.com katherine_friess@hotmail.com kfriess@protonmail.com kfriess@yahoo.com
katherine@8150consulting.com

Click here to see the original message.

For details, please visit your Manage Messages page.

Tell your friends how they can use Boomerang for tracking emails. Tweet

**Boomerang** for Gmail

**Tracked Messages (2)**

☐ Select All | Archive

| ☐ | To | Subject | Sent |
|---|---|---|---|
| ☐ | kef@hushmail.com katherine… | Freeman v. Giuliani; 1:21-cv-03354-BAH (D.D.C.)… | Dec 1, 2022 12:39 PM |

OPENED - 7 TIMES

FIRST  Dec 1 ~1:30 PM   Read

LAST  Dec 5 ~3:30 PM   Unclicked

Show archived messages

Prev | 1 | Next | Close