# EXHIBIT 18

**Katherine Friess**  **home** +1 (202) 330-1661

kef@hushmail.com

kfriess@protonmail.com