# EXHIBIT 20

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON RICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 18-681 (RJL) |
| ) | |
| ED BUTOWSKY, *and* ) | |
| MATTHEW COUCH, *and* ) | |
| AMERICA FIRST MEDIA, ) | |
| ) | |
| Defendants. ) | |

## ORDER
January 24th, 2020

Upon consideration of the relevant and the record, it is hereby

**ORDERED** that Plaintiff's Unopposed Motion to Serve Third Party WikiLeaks Via Twitter [Dkt. # 89] is **GRANTED**. Plaintiff is permitted to serve third-party WikiLeaks with a Rule 45 subpoena via Twitter. It is further

**ORDERED** that Plaintiff's Motion for Issuance of Letters Rogatory [Dkt. # 91] and Defendants' Motion for Issuance of Letters Rogatory [Dkt. # 100] are **DENIED**. It is further

**ORDERED** that Plaintiff's Motion to Enforce the Court's Order Requiring Defendant Couch to Produce Documents and to Remedy Defendant Couch's Refusal to Answer Questions During His Deposition [Dkt. # 95] is **GRANTED**. Defendant Couch shall produce on or before January 31, 2020 all relevant documents, including those he is

withholding on the basis of a purported reporter's privilege. Defendant Couch shall also notify Plaintiff's counsel by January 31, 2020 whether he elects to either (1) sit for three-and-a-half additional hours of deposition testimony or (2) enter a joint stipulation with Plaintiff regarding issues raised but not answered at his prior deposition. It is further

**ORDERED** that defendant Butowsky shall submit to the Court (with a copy provided to Plaintiff) within 7 days of this Order, verification of his *current* medical condition and any past, present, and future limitations on his physical and mental capacities as a result. Upon receipt, the Court will rule on whether an extension of discovery is warranted as to defendant Butowsky. It is further

**ORDERED** that Defendant Couch shall submit within 7 days of this Order a list of up to five deponents he seeks to depose, including his basis for believing those depositions are likely to lead to relevant evidence. Upon receipt of Defendant Couch's list of deponents, the Court will consider Defendant Couch's Motion to Take Five Depositions [Dkt. # 102] and whether a short extension of the discovery period is warranted as to Defendant Couch.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge