IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　*Defendant*. | Civil Action No. 21-cv-3354 (BAH)<br><br>Chief Judge Beryl A. Howell |

### [PROPOSED] ORDER APPROVING ALTERNATIVE SERVICE OF RULE 45 SUBPOENA ON THIRD-PARTY KATHERINE FRIESS

Upon consideration of the Unopposed Motion for Order Approving Alternative Service of Rule 45 Subpoena on Third-Party Katherine Friess (the "Motion"), it is hereby:

**ORDERED** that the Motion be **GRANTED**; and it is further

**ORDERED** that Plaintiffs are permitted to serve a third-party subpoena ("Subpoena") on third-party Katherine Friess by: (1) emailing a copy of this order and the subpoena to each of the email addresses Plaintiffs have for Ms. Friess, (2) sending a copy of the order and confirmatory copy of the subpoena to all of the Colorado addresses Plaintiffs have attempted to serve Ms. Friess to-date, and (3) sending a copy of the order and confirmatory copy of the subpoena to Ms. Friess's attorney in the Colorado litigation regarding the Congressional subpoena for Ms. Friess's phone records.

　　**IT IS SO ORDERED.**

_____　　　_____
Date　　　　　　　　　　　　　　　　　Beryl A. Howell, Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court for the District of Columbia