# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, | |
| Plaintiffs, | Civil Action No. 1: 21-cv-03354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| RUDOLPH W. GIULIANI, | |
| Defendant. | |

## MOTION FOR ADMISSION OF
## ATTORNEY MARIE ANNE HOUGHTON-LARSEN *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), attorney Marie Anne Houghton-Larsen seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea Moss, plaintiffs in the above-captioned action.  This motion is supported by the Declaration of Marie Anne Houghton-Larsen, filed herewith.  As set forth in the Declaration, Ms. Houghton-Larsen is admitted and an active member in good standing of the following bar and courts: New York State Bar; U.S. District Court for the Eastern District of New York; U.S. District Court for the Southern District of New York.

This motion is supported and signed by Michael J. Gottlieb, an active and sponsoring member of the Bar of this Court.  Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Marie Anne Houghton-Larsen to appear *pro hac vice* in this matter.


Dated this 16ᵗʰ day of March 2023                    /s/ Michael J. Gottlieb

Michael J. Gottlieb (#974960)
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1442
Fax: (202) 303-2442
mgottlieb@willkie.com