IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>          Plaintiffs,<br><br>      v.<br><br>RUDOLPH W. GIULIANI,<br><br>          Defendant. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

## DECLARATION OF MARIE ANNE HOUGHTON-LARSEN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Marie Anne Houghton-Larsen, hereby declare:

    1.    My name, office address, and telephone number are as follows:

    Marie Anne Houghton-Larsen
    WILLKIE FARR & GALLAGHER LLP
    787 7th Ave
    New York, NY 10019
    Telephone: (212) 728-8164

    2.    I have been admitted to the following bar and courts:

    New York State Bar (Bar ID: 5705603)
    U.S. District Court for the Eastern District of New York
    U.S. District Court for the Southern District of New York

    3.    I am currently in good standing with all states, courts, and bars in which I am a part. I hereby certify that I have not been disciplined by any bar.

    4.    I have not been admitted *pro hac vice* in this Court within the past two years.

    5.    I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/15/2023

Marie Anne Houghton-Larsen
WILLKIE FARR & GALLAGHER LLP
787 7th Ave
New York, NY 10019
Tel: (212) 728-8164
Fax: (919) 728-9164
mhoughton-larsen@willkie.com

2