IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>          Plaintiffs,<br><br>       v.<br><br>RUDOLPH W. GIULIANI,<br><br>          Defendant. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF
ATTORNEY MARIE ANNE HOUGHTON-LARSEN *PRO HAC VICE***

    The Court has reviewed the motion for admission of attorney Marie Anne Houghton-Larsen *pro hac vice*.  Upon consideration of the motion, the court grants attorney Marie Anne Houghton-Larsen *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.


Dated: _____

                                                                                                 BERYL A. HOWELL
                                                                                                 Chief Judge