UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>                   Plaintiffs,<br><br>       v.<br><br>RUDOLPH W. GIULIANI,<br><br>                   Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**ERRATA REGARDING PLAINTIFFS' RESPONSE TO THE COURT'S MINUTE ORDER SEEKING MORE INFORMATION REGARDING DISCOVERY ISSUES IN DISPUTE**

Plaintiffs Ruby Freeman and Wandrea ArShaye ("Shaye") Moss (collectively, "Plaintiffs"), respectfully submit this short errata to address two representations in Plaintiffs' Response to the Court's Minute Order Seeking More Information Regarding Discovery Issues in Dispute, ECF No. 36. Plaintiffs' submission identifies 1,269 documents that Defendant has thus far produced to Plaintiffs, and represents that Defendant has not searched for any documents responsive to Plaintiffs' requests. Plaintiffs' submission inadvertently omitted that, separate from the 1,269 documents, Defendant Giuliani also produced 194 documents, which Plaintiffs understand were based on a search of a limited set of materials dated over a four-month period (December 2020 through April 2021) collected from some number of Defendant Giuliani's devices that apparently were seized by the U.S. Government.[1] Given Mr. Giuliani's representations about the types of communications in which he participated, and the period of time in which he communicated about Plaintiffs, Plaintiffs understand that the universe of documents searched does not include all of Defendant's personal devices, emails, and accounts, and likely represents only a very small set of the universe of likely responsive materials.

/s/ *Michael J. Gottlieb*
WILLKIE FARR & GALLAGHER LLP
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
MERYL C. GOVERNSKI (D.C. Bar No. 1023549)
1875 K Street, #100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

***Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss***

---

[1] There are seventeen documents that Mr. Giuliani produced, which mostly consist of public filings in the *Dominion* matter or other litigation, that may be, but Plaintiffs are not certain, were among the documents collected from the government.

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023 a copy of the foregoing document was emailed to Defendant Rudolph W. Giuliani via his counsel Joseph D. Sibley IV at sibley@camarasibley.com.

Dated:  March 20, 2023

/s/ *Michael J. Gottlieb*
WILLKIE FARR & GALLAGHER LLP
MICHAEL J. GOTTLIEB (D.C. Bar No. 974960)
1875 K Street, #100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com