# EXHIBIT

# A



Joe Sibley <sibley@camarasibley.com>

# Freeman v. Giuliani - Giuliani Deposition

**Joe Sibley** <sibley@camarasibley.com>  Tue, Feb 28, 2023 at 5:02 PM
To: "Houghton-Larsen, M Annie" <MHoughton-Larsen@willkie.com>
Cc: "Gottlieb, Michael" <MGottlieb@willkie.com>, "Governski, Meryl Conant" <MGovernski@willkie.com>, "Knoblett, John Tyler" <JKnoblett@willkie.com>, John Langford <john.langford@protectdemocracy.org>, "MacCurdy, Maggie" <MMacCurdy@willkie.com>

Annie: Here are the names.

Jackie Pick
William Smith

Other legal assistants/paralegals and junior counsel that Giuliani cannot remember the names of.

Burt Jones

Jones associates (names not remembered).

GOP operatives (names not remembered).

Jenna Ellis

We will discuss any potential privilege issues as they arise, but I do not believe we are claiming privilege on these communications.

Thanks, Joe

> On Fri, Feb 24, 2023 at 3:51 PM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:
>
> Joe,
>
> Per your request, I am putting in writing Plaintiffs' request that you please provide in advance of Mr. Giuliani's deposition the names of all individuals that Mr. Giuliani understands were part of the Giuliani Legal Team working on allegations of fraud related to the election in Georgia and over whom Mr. Giuliani believes an attorney client privilege may apply.
>
> Thank you,
>
> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099

Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.