AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Ruby Freeman )
*Plaintiff* )
v. ) Case No. 1:21-cv-03354 (BAH)
Rudolph W. Giuliani )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Freeman and Wandrea Moss .

Date: 03/21/2023

/s/ M. Annie Houghton-Larsen
*Attorney's signature*

M. Annie Houghton-Larsen 5705603
*Printed name and bar number*
WILLKIE FARR & GALLAGHER LLP
787 7th Ave.
New York, New York 10019

*Address*

mhoughton-larsen@willkie.com
*E-mail address*

(212) 728-8164
*Telephone number*

(212) 728-9164
*FAX number*