UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RUDOLPH W. GIULIANI,<br><br>    Defendants. | Civil Action No. 21-3354 (BAH)<br><br>Chief Judge Beryl A. Howell |

### REPORT TO COURT RE MINUTE ORDER DATED MARCH 21, 2023

Per the Court's Minute Order dated March 21, 2023, Defendant Rudolph Giuliani ("Giuliani") hereby provides the following report to the Court:

**A. Documents Searched To Date.**

To date, Giuliani has searched his paper files and email files on the TrustPoint One server for the time period of September 1, 2020 to January 21, 2022 (per agreement with Plaintiffs) as per the search terms provided by Plaintiffs. The email files were identified by TrustPoint One through an extension identifier unique to emails. The TrustPoint One server contained all files that could be extracted from Giuliani's devices that existed as of the time they were taken in April 2021 all the way back (for some of the devices) to February 24, 1995. Undersigned counsel has conferred with Mr. Robert Costello (counsel in the DOJ action) as well as special master, Hon. Barbara Jones to confirm the details regarding the universe of documents on TrustPoint One.

TrustPoint One reports that the files included email files, pdfs, images, word files, as well as text and messenger files from messaging applications. Other files were included, but these were

non-user generated files (such as operating system files) that would not contain responsive data. TrustPoint One does not believe there were any social media messaging files on the server. TrustPoint One also conducted the search described in the preceding paragraph.

### B. Documents Needing To Be Searched.

Document locations still needing to be searched include (1) any responsive files from Giuliani's electronic devices obtained after the DOJ seizure in April of 2021 (emails, texts, messaging applications, etc.); (2) non-public social media messaging or other non-public communications through social media from September 2020 to the present; and (3) texts and messaging applications on the seized devices from September 2020 to the present.  Giuliani has also been provided new search terms by Plaintiffs that he will search all document locations for.

### C. RFAs/Disclosures.

Giuliani has served amended RFAs as to RFAs 82, 83, and 90.  Giuliani has also served amended disclosures to supplement information required to be disclosed by FRCP 26.

Date: March 24, 2023

Respectfully submitted,

By: /s/ Joseph D. Sibley IV

CAMARA & SIBLEY L.L.P.

Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701

        Telephone:  (713) 966-6789
        Fax:  (713) 583-1131
        Email:  sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH GIULIANI**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of March, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

        */s/ Joseph D. Sibley IV*
        Joseph D. Sibley IV