IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**DECLARATION OF MERYL C. GOVERNSKI IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY,
FOR ATTORNEYS' FEES AND COSTS, AND FOR SANCTIONS**

I, Meryl C. Governski, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above captioned case, and submit this Declaration in support of Plaintiffs' Motion to Compel Discovery, for Attorneys' Fees and Costs, and for Sanctions.

3. Pursuant to the Court's Standing Order 5b, attached is an index of the exhibits that are listed below.

4. Attached as Exhibit 1 is a chart of Plaintiffs' Requests for Production ("RFPs") and Defendant Rudolph Giuliani's Responses and Objections ("R&Os") to the same, which includes a true and correct copy of the requests contained in and responses and objections to the requests contained in Plaintiffs': (1) First Set of RFPs, served on May 20, 2022; (2) Second Set of RFPs, served on August 5, 2022; (3) Third Set of RFPs, served on November 11, 2022; and (4) Fourth Set of RFPs, served on December 7, 2022

5. On June 28, 2022, Defendant Giuliani via counsel served R&Os to *inter alia* the First

Set of RFPs, responses included a forty-nine-page privilege log. For brevity, Plaintiffs do not attach the non-substantive transmission email or attached R&Os or the privilege log.

6. Attached as Exhibit 2 is a true and correct copy of an email chain among A. Houghton-Larsen and J. Sibley, and others, titled *Freeman v. Giuliani Discovery*, dated between July 12, 2022 and August 5, 2022.

7. Attached as Exhibit 3 is a true and correct copy of an email chain among A. Houghton-Larsen and J. Sibley, and others, titled *Freeman – Discovery Deficiencies*, dated between August 5, 2022 and August 26, 2022.

8. Attached as Exhibit 4 is a true and correct copy of an email chain among A. Houghton-Larsen and J. Sibley, and others, titled *Status of Giuliani Discovery*, dated between September 30, 2022 and October 12, 2022.

9. Attached as Exhibit 5 is a true and correct copy of an email chain among A. Houghton-Larsen and J. Sibley, and others, titled *Freeman v. Giuliani - December 21, 2022 M&C*, dated between December 22, 2022 and December 27, 2022.

10. Attached as Exhibit 6 is a true and correct copy of an email from A. Houghton-Larsen to J. Sibley, and others, titled *Freeman v. Giuliani - January 9, 2023 Meet and Confer*, dated January 12, 2023.

11. Attached as Exhibit 7 is a true and accurate copy of the cited portions of the transcript of the March 1, 2023 deposition of Defendant Giuliani in New York City.

12. Attached as Exhibit 8 is a true and correct copy of an email from A. Houghton-Larsen to J. Sibley, and others, titled *Freeman v. Giuliani – Post Deposition Discovery Issues*, dated March 3, 2023.

13. Attached as Exhibit 9 is a true and correct copy of Defendant Giuliani's Amended Rule 26(a)(1) Initial Disclosures, which he served via counsel on March 23, 2023.

14. Attached as Exhibit 10 is a true and correct copy of an email between A. Houghton-

Larsen, myself, J. Sibley, and others, titled *Re: Freeman v. Giuliani - Fifth Set of Interrogatories, Third Set of RFAs*, dated March 24, 2023.

15. Attached as Exhibit 11 is a true and correct copy of an email from J. Sibley to J. Langford, and others, titled *Records from Giuliani Communications*, dated March 30, 2023, with its various attachments included. The attachments include Defendant Giuliani's Supplemental Answers to Plaintiffs' Second Set of Interrogatories, which Plaintiffs first served on August 5, 2022, and received R&Os on September 13, 2022, and Defendant Giuliani's Supplemental Answers to Plaintiffs' Third Set of Interrogatories, which Plaintiffs first served on November 11, 2022, and received R&Os on December 12, 2022. Also attached to the email and exhibit is the one-document "supplemental production."

16. Attached as Exhibit 12 is an April 4, 2023, letter from T. Ryan to J. Sibley *Re Freeman v. Giuliani, 1:21-cv-3354 (BAH)*.

17. Attached as Exhibit 13 is a true and correct copy of Defendant Giuliani's Second Amended Rule 26(a)(1) Initial Disclosures, which he served via counsel on April 4, 2023.

18. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2023.

/s/ *Meryl C. Governski*
WILLKIE FARR & GALLAGHER LLP
MERYL C. GOVERNSKI
1875 K Street, #100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com

**Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss**