IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| RUBY FREEMAN, *et al.*, | |
|---|---|
| Plaintiffs, | Case No. 1:21-cv-03354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| RUDOLPH W. GIULIANI, | |
| Defendant. | |

**INDEX OF EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL
DISCOVERY, FOR ATTORNEYS' FEES AND COSTS, AND FOR SANCTIONS**

| Exhibit | Title |
|---|---|
| 1 | Chart Summarizing Plaintiffs' Requests for Production of Documents to Defendant Rudolph W. Giuliani and Defendant's Responses and Objections |
| 2 | August 5, 2022 Email from A. Houghton-Larsen to J. Sibley re: RE: Freeman v. Giuliani – Discovery |
| 3 | August 26, 2022 Email from J. Sibley to A. Houghton-Larsen re: Re: Freeman – Discovery Deficiencies |
| 4 | October 12, 2022 Email from J. Sibley to A. Houghton-Larsen re: Re: Status of Giuliani Discovery |
| 5 | December 27, 2022 Email from J. Sibley to A. Houghton-Larsen re: Freeman v. Giuliani – December 21, 2022 M&C |
| 6 | January 12, 2023 Email from A. Houghton-Larsen to J. Sibley re: Freeman v. Giuliani – January 9, 2023 Meet and Confer |

| 7 | Excerpts from the Deposition Transcript of Rudolph W. Giuliani |
|---|---|
| 8 | March 3, 2023 Email from A. Houghton-Larsen to J. Sibley re: Freeman v. Giuliani – Post-Deposition Discovery Issues |
| 9 | Defendant's Amended Rule 26(a)(1) Initial Disclosures dated March 24, 2023 |
| 10 | March 24, 2023 Email from J. Sibley to M. Governski re: RE: Freeman v. Giuliani – Fifth Set of Interrogatories, Third Set of RFAs |
| 11 | March 30, 2023 Email from J. Sibley to J. Langford re: Re: Records from Giuliani Communications, LLC & Giuliani Partners LLC (with Attachments) |
| 12 | April 4, 2023 Deficiency Letter |
| 13 | Defendant's Second Amended Rule 26(a)(1) Initial Disclosures dated April 7, 2023 |