# EXHIBIT 1

## CHART SUMMARIZING PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT RUDOLPH W. GIULIANI AND DEFENDANT'S RESPONSES AND OBJECTIONS

| RFP | Date of Request/Set # | Request | Objection | Response |
|---|---|---|---|---|
| 1 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 1:** All Documents and Communications relating to any allegations in the Complaint in the above-captioned matter, including but not limited to (a) all Communications You have had with any person or entity named in the Complaint, including but not limited to anyone employed by or affiliated with OAN, and (b) all Communications relating to Plaintiffs (by name or otherwise) that You have had with any person or entity. | Defendant objects to this request as overly broad in that it calls for "all documents" that "relate" to the voluminous allegations in the Complaint. Defendant also objects that the Request calls for potentially voluminous amounts of privileged materials. Defendant further objects that any documents in the public domain are equally available to Plaintiffs. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 2 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 2:** All Documents upon which you relied for any Statement attributed to You in the Complaint, including but not limited to all Documents and Communications relating to any investigation into the truth or falsity of the Statement by You or anyone else. | Defendant objects to this request as overly broad in that it calls for "all documents" that Defendant may have relied on for any statements made in the Complaint. Defendant also objects that the Request calls for potentially voluminous amounts of privileged materials. Defendant further objects that any documents in the public domain are equally available to Plaintiffs. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 3 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 3:** A complete copy of all Documents relating to Plaintiffs or the results of the 2020 Presidential Election in Georgia that have at any time been posted to any websites or Social Media account under Your ownership, custody, or control. | Defendant objects that any documents in the public domain are equally available to Plaintiffs. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 4 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 4:** All Documents and Communications concerning the steps You have taken to preserve Documents and Communications relevant to the lawsuit, including the Documents and Communications responsive to these Requests. | Defendant objects that the Request calls for potentially voluminous amounts of privileged materials. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 5 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 5:** All Documents and Communications regarding the Watson Affidavit. | Defendant objects that the Request calls for potentially voluminous amounts of privileged materials. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 6 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 6:** All Documents and Communications regarding the Giuliani Communications Plan. | Defendant objects to the word "regarding" as vague. Defendant will construe the word as "relating to" the subject matter of the document referred to by the Request. Defendant objects that the Request calls for potentially voluminous amounts of privileged materials. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 7 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 7:** All Documents and Communications regarding the Georgia Bureau of Investigation's investigation and findings regarding the 2020 Presidential Election in Georgia, including Documents and Communications produced to the Georgia Bureau of Investigation. | Defendant objects that the Request calls for potentially voluminous amounts of privileged materials. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. However, Defendant cannot confirm whether or which documents may or may not have been produced to the GBI by the legal team representing the Trump Campaign. |
| 8 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 8:** All Documents and Communications regarding the United States Department of Justice's investigation and findings regarding the 2020 Presidential Election in Georgia, including Documents and Communications produced to the United State Department of Justice. | Defendant objects that the Request calls for potentially voluminous amounts of privileged materials. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. However, Defendant cannot confirm whether or which documents may or may not have been produced to the DOJ by the legal team representing the Trump Campaign. |

| RFP | Date of Request/Set # | Request | Objection | Response |
|---|---|---|---|---|
| 9 | First Set of RFPS<br>SENT: May 20, 2022<br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 9:** All documents and Communications regarding Brad Raffensperger, Secretary of State for the State of Georgia. | Defendant objects that the Request calls for potentially voluminous amounts of privileged materials. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 10 | First Set of RFPS<br>SENT: May 20, 2022<br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 10:** All Documents and Communications regarding Gabriel Sterling, Voting Implementation Manager for the State of Georgia. | Defendant objects that the Request calls for potentially voluminous amounts of privileged materials. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 11 | First Set of RFPS<br>SENT: May 20, 2022<br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 11:** All phone records sufficient to show all phone numbers and providers You used during the Relevant Time Period and all Documents, including mobile phone billing records, showing the calls You made or received during the Relevant Time Period relating to the allegations in the Complaint. | Defendant objects that the Request is overly broad, unduly burdensome, and not calculated to lead to the discovery of admissible evidence. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. However, Defendant does not believe that there are phone records in this production. |
| 12 | First Set of RFPS<br>SENT: May 20, 2022<br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 12:** All Agreements, whether formal or informal, between You and OAN executed between January 1, 2013, and the date of the Requests. | N/A | Defendant will produce a joint defense agreement entered into in the Coomer litigation pending in Denver, Colorado. |
| 13 | First Set of RFPS<br>SENT: May 20, 2022<br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 13:** All Documents and Communications regarding any and all efforts that You made to promote claims of election fraud on behalf of former President J. Trump and/or the Trump Campaign as they relate to the 2020 presidential election in Georgia. | Defendant objects to this request as overly broad in that it calls for "all documents" that "regard" claims of election fraud. Defendant further objects to the term "promote" as argumentative and vague. Defendant will construe this term as "communicate". Defendant also objects that the Request calls for potentially voluminous amounts of privileged materials. Defendant further objects that any documents in the public domain are equally available to Plaintiffs. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 14 | First Set of RFPS<br>SENT: May 20, 2022<br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 14:** All Documents and Communications produced to the January 6th Committee as they relate to the 2020 Presidential Election in Georgia. | N/A | Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 15 | First Set of RFPS<br>SENT: May 20, 2022<br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 15:** All Documents and Communications of which You are aware that refute Your Statements about Plaintiffs. | Defendant objects to this request as overly broad in that it calls for "all documents" that "regard" claims of election fraud. Defendant further objects to the term "refute" as argumentative and vague. Defendant will construe this term as "expressing alternative views". Defendant further objects that any documents in the public domain are equally available to Plaintiffs. Committee and Dominion at a mutually agreeable time and place. Plaintiffs can make their own conclusions about whether any of these documents "refute" Defendant's statements about Plaintiffs. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special |
| 16 | First Set of RFPS<br>SENT: May 20, 2022<br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 16:** Documents and Communications sufficient to identify all user names, handles, aliases, or any other identifiers You have ever used on Social Media to publish information about the 2020 Presidential Election, including but not limited to information about the 2020 Presidential Election in the State Georgia and/or about Plaintiffs, by name or otherwise. | Defendant objects to this request because it calls for publicly available information that is equally available to Plaintiffs. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |

| RFP | Date of Request/Set # | Request | Objection | Response |
|---|---|---|---|---|
| 17 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 17:** All Documents and Communications demonstrating your role, official or unofficial, with the Trump Campaign and/or any engagement you had with former President Donald J. Trump, including Documents and Communications which reflect the dates as relevant to your role(s) and/or engagement(s). For clarity, this includes but is not limited to any engagement letter with the Trump Campaign and/or with former President Donald J. Trump. | Defendant objects to this request as overly broad in that it calls for "all documents" that "demonstrate" Defendant's role with his clients, which necessarily calls for potentially voluminous amounts of privileged materials. Defendant further objects that any documents in the public domain are equally available to Plaintiffs. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 18 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 18:** All Documents and Communications relating to any of Your responses to any discovery, including Interrogatories and Requests for Admission, served upon or that will be served upon You in the above-captioned matter. | Defendant objects to this request as overly broad in that it calls for "all documents" that "relate" to Defendant's discovery responses, which necessarily calls for potentially voluminous amounts of privileged materials. | Subject to and without waiving these objections, Defendant will agree to produce non-privileged documents previously produced to the January 6th Special Committee and Dominion at a mutually agreeable time and place. |
| 19 | First Set of RFPS<br><br>SENT: May 20, 2022<br><br>RESPONSE RECEIVED: June 28, 2022. | **RFP No. 19:** Documents sufficient to summarize viewer and listener metrics for All Your Statements on Social Media and your Podcast, Rudy Giuliani's Common Sense, from the date of original publication through today, including reach, count, page visits, posts, shares, time spent, impressions, and listener numbers. | Defendant objects to this request as overly broad and unduly burdensome as it calls for Defendant to create documents. | Subject to and without waiving these objections, Defendant does not have summary documents available but will supplement if and when able regarding the numbers Plaintiffs' requests. |
| 20 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 20:** All Documents and Communications that You have produced to the Fulton County District Attorney and/or any other federal or state governmental investigations about Your Claims of Election Fraud in the 2020 Presidential Election. | N/A | Defendant has previously produced documents provided to January 6th Committee. Defendant will supplement with any documents produced to Fulton County to the extent they are not the same. |
| 21 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 21:** All Documents and Communications Relating To alleged corruption and/or damage of Your devices and/or productions to the January 6 Committee, the United States Department of Justice, and/or any other entity. | N/A | Defendant currently does not have documents responsive to this request but is attempted to obtain such documents from third parties. |
| 22 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 22:** All engagement letters and invoices, and Documents otherwise sufficient to identify all of the attorneys with whom you have an attorney-client relationship in connection with any civil litigations to which You are a party and/or any civil or criminal litigation, grand jury testimony, and/or state or federal investigations Relating To Your Claims about the 2020 Presidential Election. | Defendant objects that this Request is overly broad, unduly burdensome, harassing, and not calculated to lead to the discovery of admissible evidence and even calls for privileged documents in that it calls for "all documents" sufficient to evidence an attorney-client relationship. Defendant does not have an attorneys' fees claim in this case. Therefore, Defendant will not produce any attorneys' fees statements or engagement letters or other particular documents. | Defendant will provide a list of which attorneys represented/represented him in particular actions described in the Request. |
| 23 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 23:** All engagement letters and invoices, and Documents otherwise sufficient to identify all of the individuals or entities with whom you claim to have an attorney-client relationship in connection with the 2020 Presidential Election, including, but not limited to, services (if any) provided to the Trump Campaign and Donald J. Trump in his personal capacity. | Defendant objects that this Request is overly broad, unduly burdensome, harassing, and not calculated to lead to the discovery of admissible evidence and even calls for privileged documents in that it calls for "all documents" sufficient to evidence an attorney-client relationship. | Subject to and without waiving these objections, Defendant will produce any responsive, non-privileged documents. |
| 24 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 24:** All Documents and Communications upon which you plan to rely to assert the existence of any privileges, including the attorney-client, work product, and common interest privileges asserted in the First Privilege Log. For clarity, this request includes any documents upon which you plan to rely regarding the role and relationships among Trump's Personal Lawyers (as defined in the deficiency letter and defined here). | N/A | Defendant will produce any responsive, non-privileged documents. |
| 25 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 25:** Documents sufficient to identify all of the individuals and entities who appear on the First Privilege Log in any capacity. | Defendant objects that this Request is overly broad, unduly burdensome, harassing, and not calculated to lead to the discovery of admissible evidence and even calls for privileged documents in that it calls for "all documents" sufficient to evidence an attorney-client relationship. | Subject to and without waiving these objections, Defendant will produce any responsive, non-privileged documents. |

| RFP | Date of Request/Set # | Request | Objection | Response |
|---|---|---|---|---|
| 26 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 26:** All Documents and Communications that You or any other party or third party produced, transcripts of all testimony including depositions, and written discovery requests and responses in any civil litigation that arose out of any Claims of Election Fraud in the 2020 Presidential Election, including but not limited to: *US Dominion Inc. et al v. Giuliani*, No. 1:21-cv-00213-CJN (D.D.C. 2021), *US Dominion Inc. et al v. Herring Networks, Inc. et al*, No. 1:21-cv-02130-CJN (D.D.C. 2021), *US Dominion Inc. et al v. Powell et al*, No. 1:21-cv-00040-CJN (D.D.C. 2021), *US Dominion Inc. et al v. Byrne*, No. 1:21-cv-02131-CJN (D.D.C. 2021), *US Dominion, Inc. et al v. Newsmax Media, Inc*, N21c-08-063 (Del. Sup. Ct 2021), *Coomer v. Byrne*, No. 1:22-cv-01575 (D. Colo. 2022), *Coomer v. Lindell et al*, No. 1-22-cv-01129 (D. Colo. 2022), *Coomer v. Donald J. Trump for President, Inc., et al*, 2020-cv-34319 (Colo. Den. Cty. 2020), *Khalil v. Fox Corporation et al*, 21-cv-10248 (S.D.N.Y. 2021), *Smartmatic USA Corp. et al v. Powell*, 21-cv-02995 (D.D.C. 2021), and *Freeman et al v. Hoft et al*, No. 2122-CC09815 (Mo. Cir. Ct. 2021). | Defendant objects that the Request is overly broad and unduly burdensome and not reasonably limited in scope. Defendant will not produce every production document by every party and every deposition transcript. The request is not limited even to those documents that concern Plaintiffs. | Defendant will produce documents that he has produced in said litigations, if any. |
| 27 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 27:** All Documents and Communications Relating To the Trump Edited Video, including but not limited to how the Trump Campaign came into possession of the Trump Edited Video, any editing of the Trump Edited Video conducted by the Trump Campaign, any editing of the Trump Edited Video conducted by anyone else, and methods of dissemination of the Trump Edited Video. | Defendant objects that this Request is overly broad, unduly burdensome, harassing, and not calculated to lead to the discovery of admissible evidence and even calls for privileged documents in that it calls for "all documents relating" to how a video was allegedly edited, which calls for attorney-client work product. | Subject to and without waiving these objections, Defendant will produce any responsive, non-privileged documents. |
| 28 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 28:** All copies of the surveillance footage from the State Farm Arena on election night that You, the Trump Campaign, and/or anyone else used to create the Trump Edited Video. | N/A | None. |
| 29 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 29:** All Documents and Communications Relating To the Georgia Senate Election hearing on December 3, 2020, during which the Trump Edited Video was displayed, including but not limited to Documents and Communications Relating To Jacki Pick Deason, who narrated the display of the Trump Edited Video at the hearing. | Defendant objects that this Request is overly broad, unduly burdensome, harassing, and not calculated to lead to the discovery of admissible evidence and even calls for privileged documents in that it calls for "all documents relating" to a hearing, which calls for attorney-client work product. | Subject to and without waiving these objections, Defendant will produce any responsive, non-privileged documents. |
| 30 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 30:** All Documents and Communications with any media entities about Your Claims of Election Fraud in the 2020 Presidential Election, including but not limited to those identified as "Channels to Disseminate Messaging" in the Giuliani Strategic Communications Plan. | N/A | Any responsive documents have or will be produced. |
| 31 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 31:** All Documents and Communications Relating To the January 2, 2021 phone call between Donald J. Trump and Georgia Secretary of State Brad Raffensperger, referred to in the Amended Complaint at ¶¶ 77-86. | Defendant objects because this Request calls for privileged communications between his counsel and himself in this litigation. This makes the Request overly broad and unduly burdensome and Defendant objects to having to log communications with his counsel for the instant litigation to the extent there are written communications. | Subject to and without waiving these objections, none. |
| 32 | Second Set of RFPS<br><br>SENT: August 5, 2022<br><br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 32:** All Documents and Communications Relating To Donald J. Trump's January 6, 2021 speech on the White House Eclipse, referred to in the Amended Complaint at ¶ 88. | Defendant objects because this Request calls for privileged communications between his counsel and himself in this litigation. This makes the Request overly broad and unduly burdensome and Defendant objects to having to log communications with his counsel for the instant litigation to the extent there are written communications. | Subject to and without waiving these objections, none. |

| RFP | Date of Request/Set # | Request | Objection | Response |
|---|---|---|---|---|
| 33 | Second Set of RFPS<br>SENT: August 5, 2022<br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 33:** All Documents and Communications Relating To The Trump Campaign's "war room" located at the Willard Hotel. | Defendant objects that this Request is overly broad, unduly burdensome, harassing, and not calculated to lead to the discovery of admissible evidence and even calls for privileged documents in that it calls for "all documents relating" to a meeting room for litigation strategy, which calls for attorney-client work product. | Subject to and without waiving these objections, Defendant will produce any responsive, non-privileged documents. |
| 34 | Second Set of RFPS<br>SENT: August 5, 2022<br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 34:** Documents sufficient to show the number of online views and/or impressions of any posts on any of Your Social Media accounts, including but not limited to Your Youtube Accounts, Rumble Accounts, Twitter Accounts, and Facebook accounts. | Defendant objects to this request as overly broad in that it is not limited to posts related to Fulton County Georgia. | Subject to and without waiving these objections, any responsive documents will be produced. |
| 35 | Second Set of RFPS<br>SENT: August 5, 2022<br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 35:** Documents sufficient to show the number of online views and/or impressions of any of the Actionable Statements about Plaintiffs You made, as described in Amended Complaint at ¶¶ 57-101. | N/A | Any responsive documents will be produced. |
| 36 | Second Set of RFPS<br>SENT: August 5, 2022<br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 36:** All Documents and Communications Relating To either of the Plaintiffs that You shared with any of the persons You list in Your initial disclosures or any of Your discovery responses. | Defendant objects that this Request is overly broad, unduly burdensome, harassing, and not calculated to lead to the discovery of admissible evidence and even calls for privileged documents in that it calls for "all documents relating" to Plaintiffs that involve co-counsel and clients, which calls for attorney-client work product. | Subject to and without waiving these objections, Defendant will produce any responsive, nonprivileged documents. |
| 37 | Second Set of RFPS<br>SENT: August 5, 2022<br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 37:** All Documents and Communications Relating To Your Claims of Election Fraud that You shared or had with any of the persons You list in Your initial disclosures or any of Your discovery responses. | Defendant objects that this Request is overly broad, unduly burdensome, harassing, and not calculated to lead to the discovery of admissible evidence and even calls for privileged documents in that it calls for "all documents relating" to election fraud that involve co-counsel and clients in litigation over the election, which calls for attorney-client work product. | Subject to and without waiving these objections, Defendant will produce any responsive, non-privileged documents. |
| 38 | Second Set of RFPS<br>SENT: August 5, 2022<br>RESPONSE RECEIVED: Sept. 12, 2022 | **RFP No. 38:** All Documents and Communications Relating to Katherine Friess, including but not limited all Documents and Communications Relating To Katherine Freiss' drafting, authorship, responsibility over, and/or implementation of the Giuliani Strategic Communications Plan. | Defendant objects that this Request is overly broad, unduly burdensome, harassing, and not calculated to lead to the discovery of admissible evidence and even calls for privileged documents in that it calls for "all documents" relating to Friess, which calls for attorney-client work product. | Subject to and without waiving these objections, Defendant will produce any responsive, non-privileged documents. |
| 39 | Third Set of RFPs<br>SENT: Nov. 11, 2022<br>RESPONSE RECEIVED: Dec. 12, 2022 | **RFP No. 39:** Mobile phone records sufficient to show all phone number and providers You used between December 1, 2020 and January 31, 2021 and all Documents, including mobile phone billing records, showing the calls You made or received between December 1, 2020 and January 31, 2021 relating to Your Claims concerning Plaintiffs. | Defendant objects to this request as overly broad in that it calls for "all documents" that "relate" to certain claims regarding Plaintiffs. Defendant further objects that certain of the numbers may be confidential and will only be disclosed upon entry of a protective order. | Subject to and without waiving these objections, Defendant will produce responsive documents at a mutually agreeable time and place. |

| RFP | Date of Request/Set # | Request | Objection | Response |
|---|---|---|---|---|
| 40 | Fourth Set of RFPs<br><br>SENT: Dec. 7, 2022<br><br>RESPONSE RECEIVED: Jan. 6, 2023 | **RFP No. 40:** Documents sufficient to show Your yearly income since 2018 and Your current net worth, including but not limited to Your tax returns for the years 2018 through 2021, all periodic statements from January 1, 2018 to the present date for all Your checking accounts, and all Your other accounts, including but not limited to savings accounts, money market funds, mutual fund accounts, hedge fund accounts and certificates of deposit, regardless of whether or not the account has been closed, including those held jointly with another person or entity, all insurance policies on Your life which are presently in force whether owned by you or any corporation in which You are an officer, director or stockholder or employee, copies of all applications for credit or loans from any bank, credit union, lending institution, issuer of credit cards and any related financial statements prepared by or on Your behalf since January 2018, copies of any corporate tax returns for all corporations in which You were or are a stockholder during any part of the years 2018 through present, copies of any partnership tax returns filed by You or on Your behalf since December 2018, and financial statements. | Defendant objects to this request as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Defendant's financial condition is not relevant to any claim or defense and to the extent sought for punitive damages, must be narrowly tailored. Moreover, as to Defendant's tax returns, Plaintiffs have not shown the information sought cannot be obtained through less intrusive/alternative means. | Upon a sufficient *prima facie* showing of actual malice (assuming Plaintiffs can survive a summary judgment), then Defendant will produce a statement of net worth. *See, e.g., D'Onofrio v. Sfx Sports Grp., Inc.*, 247 F.R.D. 43, 53 (D.D.C. 2008). |
| 41 | Fourth Set of RFPs<br><br>SENT: Dec. 7, 2022<br><br>RESPONSE RECEIVED: Jan. 6, 2023 | **RFP No. 41:** All filings in *Judith S. Giuliani v. Rudolph Giuliani*, Docket No. 350019/2018 (N.Y. Sup Ct. Aug 31, 2018) and all filings related to the enforcement of the terms of the settlement agreement reached in *Judith S. Giuliani v. Rudolph Giuliani*, Docket No. 350019/2018 (N.Y. Sup Ct. Aug 31, 2018), including, but not limited to, Judith S. Giuliani's lawsuit filed in the Supreme Court of the State of New York in or around August 2022. | Defendant objects to this request as overly broad and not reasonably calculated to lead to the discovery of admissible evidence. Defendant's financial condition is not relevant to any claim or defense and to the extent sought for punitive damages, must be narrowly tailored. Moreover, as to Defendant's tax returns, Plaintiffs have not shown the information sought cannot be obtained through less intrusive/alternative means. | Upon a sufficient *prima facie* showing of actual malice (assuming Plaintiffs can survive a summary judgment), then Defendant will produce a statement of net worth. *See, e.g., D'Onofrio v. Sfx Sports Grp., Inc.*, 247 F.R.D. 43, 53 (D.D.C. 2008). Finally, all of the information sought in this request is equally accessible to Plaintiffs as public records. |