# EXHIBIT 3

**Governski, Meryl Conant**

| | |
|---|---|
| **From:** | Joe Sibley <sibley@camarasibley.com> |
| **Sent:** | Friday, August 26, 2022 2:38 PM |
| **To:** | Houghton-Larsen, M Annie |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; John Langford |
| **Subject:** | Re: Freeman - Discovery Deficiencies |

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie,

Further to this, I am going to need at least a couple of more weeks to address the priv log/privilege issues, as we are still gathering information and we need to see how your second requests for production affect the log/priv issues as well as the electronic devices that are being searched pursuant to your search terms.

I also hope to have any non-privileged documents responsive to the search terms you requested ready by that time as well.

Thanks,

Joe

On Fri, Aug 19, 2022 at 4:13 PM Joe Sibley <sibley@camarasibley.com> wrote:
Annie:

See below -- we will continue to work on supplementing/providing information you have requested. Mr. Giuliani, as you know, was travelling this week and I have had an illness so I am still working on gathering more information. As you know, with the number of people involved this is not a simple task. However, I will have more information for you in the next 1-2 weeks as we reassess the privilege log and determine what additional documents exist based on the return of the electronic devices. Have a nice weekend.

On Fri, Aug 12, 2022 at 2:06 PM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Mr. Sibley,
>
> Thank you very much for the update. We look forward to receiving the following by Friday August 19th:
>
> 1. A detailed explanation of how Defendant identified the documents produced in Dominion, including, but not limited to: his collection methodology; the Communications, Documents, and Social Media (as defined in the First Set of RFPs) collected and searched; the search methodology; the discovery vendor utilized; the search terms Defendant applied; all of the custodians from which the materials were produced; and how Defendant came to have access to and produce documents on which he is not a custodian;

1

The response to this inquiry will also answer many others so it will be referred to later in this email response.

Documents were not collected for any of the litigation regarding the 2020 Election until after the FBI seized Mr. Giuliani's electronic devices.  At that time, the only documents Giuliani was personally left with were paper files at his apartment in NYC.  These files were reviewed for responsiveness to discovery requests in the Dominion, and the Jan 6th committee subpoena.  All potentially responsive documents were then imaged and where they were further reviewed for responsiveness and privilege and prepared for production.  Non-privileged, responsive documents were produced.  I am attaching January 6th Subpoena to Giuliani for your review.

We also received files from Judges Kaman and Leventhal who represented Giuliani in grievance proceedings with the NY and (I believe also) DC bars (this should also answer your questions as to the nature of the privilege assertion with respect to those parties).  Non-privileged documents from those files were provided to us for inclusion in the Dominion/Jan 6th production.  They were imaged and also reviewed for responsiveness and privilege and non-privileged, responsive documents were produced to Dominion/Jan 6th committee.

In addition to these paper files that were in Giuliani's apartment, we collected documents from Christiane Allen (former PR person for Giuliani), who was subpoenaed by Dominion in its litigation with Fox News in Delaware.  She produced her communications with various news agencies regarding interview requests/responses.  They were imaged and reviewed for responsiveness/privilege.  Non-privileged, responsive documents were produced to Dominion/Jan 6th committee.  I am attaching that subpoena for your review.

Finally, we obtained documents from Christina Bobb who was a lawyer working under Giuliani during the Election litigation.  She was also subpoenaed by the Jan 6th Committee (see attached).  Her files were imaged, reviewed for privilege and responsiveness, and non-privileged, responsive documents were produced to Dominion/Jan 6th committee.

As for search terms -- we did not apply any because the electronic devices were not available to search.  Now that we have those devices, we will perform searches in accordance with the search terms you have requested.

1.
2. A detailed explanation for how Defendant Giuliani attempted to and/or intends to comply with his discovery obligations in this case, including but not limited to: the complete list of all of the likely repositories of responsive information, including the devices, email, social media, and communications accounts; his collection methodology; his search methodology; the discovery vendor; and search terms;

 As per above, we now have the electronic devices taken.  I am attaching an inventory sheet from the DOJ showing what devices were returned.  Some of them were returned last year but they were old devices and/or not Giuliani's and did not have responsive information.  The others were recently returned and we are in the process of searching those.

1.
2. A detailed writing of the specific devices, email, social media, and communications accounts, any and all online/cloud-based accounts or back-ups, and any other materials that the DOJ seized.  At the same time, confirm that Mr. Giuliani no longer has direct access to any of these materials and, if so, please explain why that is the case.  If Mr. Giuliani has direct access to any repositories likely to contain responsive information, including but not limited to those materials seized, confirm and detail in writing (1) which repositories those

> are, (2) whether the contents of those repositories were collected, searched, and/or produced in Defendant's First Production and, if not, confirm that Mr. Giuliani will do so consistent with his discovery obligations in this case;

We are determining what we still have access to as far as icloud, email accounts, etc. we have access to that would have information from the relevant time frame.  We lost access to some of these accounts after the seizure and we will need to assess the status -- that is taking some time.  I will try and obtain another inventory sheet showing the return of the other devices similar to the one I am attaching for you.  You are aware of the publicly-known social media accounts, I do not believe there are any more, but I will verify.

> 1.
> 2. An explanation of the origins of the documents in the First Production, which Mr. Giuliani was able to access despite having had materials seized by the DOJ;

I believe I have answered this in response to question 1.

> 1.
> 2. And amended First RFP R&Os addressing the deficiencies outlined in my letter dated August 5, 2022.

I will get you a more formal amended response (I prefer doing it after I can review the electronic devices to be complete in the responses), but let me address the items you raised in the letter here.   First, there are no other agreements with OAN that Giuliani recalls.  Second, I am not aware of any documents sufficient to summarize viewer or listener metrics.  I am not saying these documents do not exist, but I am not an expert in these types of matters and neither is my client and so I am not sure what documents these would be (assuming they exist).  Whether they do or do not, I will nevertheless work on getting these documents/information for you whatever the document/format needs to be.

We will continue to work on attempting to address further issues in the letter such as privilege, etc. within the coming weeks.

Best,

Joe

> 1.

Thank you,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164

mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Joe Sibley <sibley@camarasibley.com>
**Sent:** Friday, August 12, 2022 2:52 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>
**Subject:** Re: Freeman - Discovery Deficiencies

**\*\*\* EXTERNAL EMAIL \*\*\***

I know your letter requests responses to many items today -- but there are too many issues/too much information to gather here to respond by today.

We are going to need another week to address and supply information to the issues you requested we respond to by today.  We will provide you with a full response by next Friday, August 19th.

Thanks,

Joe

On Fri, Aug 5, 2022 at 12:23 PM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> Thank you for the confirmation.  We look forward to receiving your full response.
>
> Thanks,
>
> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**

787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Joe Sibley <sibley@camarasibley.com>
**Sent:** Friday, August 5, 2022 1:19 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>
**Subject:** Re: Freeman - Discovery Deficiencies

**\*\*\* EXTERNAL EMAIL \*\*\***

We will fully respond to the issues outlined in your letter, however, out of the gate I can tell you that we produced to you all of the documents that were produced to Dominion and we did not withhold any of those documents. I don't recall exactly what I told you over the phone as far as volume, but I may have confused the number of "pages" with "documents". In any event, I can confirm you have all of the documents that were part of the Dominion production.

On Fri, Aug 5, 2022 at 8:34 AM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Mr. Sibley,
>
> Please find attached correspondence.
>
> Thank you,
>
> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers

5

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:**  This email message is intended to be received only by persons entitled to receive the confidential information it may contain.  Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged.  Please do not read, copy, forward or store this message unless you are an intended recipient of it.  If you have received this message in error, please forward it back.  Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.