# EXHIBIT 5

| | |
|---|---|
| **From:** | Joe Sibley |
| **To:** | Houghton-Larsen, M Annie |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; John Langford; Knoblett, John Tyler |
| **Subject:** | Re: Freeman v. Giuliani - December 21, 2022 M&C |
| **Date:** | Tuesday, December 27, 2022 9:01:11 AM |

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie: Please see below.

On Thu, Dec 22, 2022 at 8:24 AM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> Thank you for the productive meet and confer yesterday. During our call, you acknowledged that the issues raised in our most recent deficiency letter (dated December 7) are not new and, in some instances, have been outstanding for months.
>
> Specifically you confirmed that Mr. Giuliani has made no effort to preserve or search his e-mail, computers, personal phones, social media accounts, messaging applications, or other electronic devices for documents responsive to Plaintiffs' requests.

I am not aware of his preservation efforts. I am only aware that I have not received a production from these devices.

> We again highlighted the necessity of Mr. Giuliani preserving and searching these repositories. You committed to attempting to speak with Mr. Giuliani in the coming days—which you indicated had been a challenge in the past—and to convey to him that he is obligated to comply with discovery preservation, collection, and production in this case, including to do so in advance of our scheduled deposition on January 25, 2023.

I have done so.

> We agreed to hold another meet and confer on January 6, 2023 to discuss the outcome of your conversation with Mr. Giuliani and whether Mr. Giuliani will commit to producing materials responsive to all of Plaintiff's requests ahead of his deposition. As we discussed, Plaintiffs reserve all rights, including to hold the deposition open and to seek judicial intervention, if we do not receive a complete production by January 20, 2023.

Yes. Please provide a time for a conference later on January 6th.

> Finally, we discussed holding Mr. Giuliani's deposition in Fort Lauderdale as opposed to Palm Beach not only for convenience but also for greater privacy, and you said you would discuss this with Mr. Giuliani.  Please confirm as soon as you are able to so we are able to plan accordingly.

I am confirming.  Will let you know soon.

> Thank you.  I hope you get some time to enjoy the holidays,

Thank you, yourself as well.

> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: <u>+1 212 728 8164</u> | Fax: +1 212 728 9164
> <u>mhoughton-larsen@willkie.com</u> | <u>vCard</u> | <u>www.willkie.com bio</u>
> Pronouns: she, her, hers
>
> **Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.