# EXHIBIT 6

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **To:** | "Joe Sibley" |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; Knoblett, John Tyler; MacCurdy, Maggie; "John Langford" |
| **Subject:** | Freeman v. Giuliani - January 9, 2023 Meet and Confer |
| **Date:** | Thursday, January 12, 2023 3:55:58 PM |

Joe,

Thanks again for meeting and conferring to discuss Mr. Giuliani's discovery efforts. You represented that you are not aware that Mr. Giuliani has searched his email, cell phone, or social media accounts for responsive documents and Mr. Giuliani has not yet verified many of his interrogatory responses. While we appreciated the discussion, we don't believe that filing a consent order regarding discovery deficiencies is a workable solution.

We note that there is still time for Mr. Giuliani to resolve this before his deposition on January 25th. As discussed, if Mr. Giuliani has not resolved these discovery errors before his deposition, we reserve the right to hold the deposition open and re-notice Mr. Giuliani for further deposition and to seek any judicial intervention, including moving to compel.

As discussed, we are unable to access Mr. Giuliani divorce proceedings in New York state court without his authorization. You indicated that Mr. Giuliani would provide his authorization. I will plan to bring a release letter to the deposition in Fort Lauderdale for Mr. Giuliani to execute.

I will send an email regarding deposition logistics by early next week.

Thanks,
Annie


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers