# EXHIBIT 7

Page 1

1

2            IN THE UNITED STATES DISTRICT COURT

3               FOR THE DISTRICT OF COLUMBIA

4    -------------------------------x

5    RUBY FREEMAN and

6    WANDREA MOSS,

7                    Plaintiffs,

8          v.                      Civil Action No.

9                                  21-3354 (BAH)

10   RUDOLPH W. GIULIANI,

11                    Defendant.

12   -------------------------------x

13

14           DEPOSITION OF RUDOLPH W. GIULIANI

15                   March 1, 2023

16

17

18

19   Reported by:

20   MARY F. BOWMAN, RPR, CRR

21   JOB NO. 5786854

22

23

24

25

Page 2

1

2

3

4

5                          March 1, 2023

6                          9:30 a.m.

7

8

9           Deposition of RUDOLPH W. GIULIANI,

10    held at Willkie, Farr & Gallagher, LLP, 787

11    Seventh Avenue, New York, New York, before

12    Mary F. Bowman, a Registered Professional

13    Reporter, Certified Realtime Reporter, and

14    Notary Public of the States of New Jersey

15    and New York.

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1
 2                    APPEARANCES:
 3
 4   WILLKIE FARR & GALLAGHER, LLP
 5   Attorneys for Plaintiffs
 6         1875 K Street, NW
 7         Washington DC  20006
 8   BY:  MICHAEL J. GOTTLIEB, ESQ.
 9         M. ANNIE HOUGHTON-LARSEN, ESQ.
10         MAGGIE MacCURDY, ESQ.
11         MERYL GOVERSKI, ESQ. (Via Zoom)
12         JOHN KNOBLETT, ESQ.  (Via Zoom)
13                   -and-
14   DUBOSE MILLER LLC
15         75 14th Street NE, Suite 2110
16         Atlanta, Georgia 30309
17   BY:  VON A. DUBOSE, ESQ. (Via Zoom)
18                   -and-
19   UNITED TO PROTECT DEMOCRACY, INC.
20         82 Nassau Street, #601
21         New York, NY 10038
22   BY:  JOHN LANGFORD, ESQ. (Via Zoom)
23
24
25
```

Page 4

1

2                      APPEARANCES:

3

4    CAMARA & SIBLEY

5    Attorneys for Defendant

6         1108 Lavaca Street,  Suite 110263

7         Austin, TX 78701

8    BY:  JOE SIBLEY, ESQ.

9              -and-

10   DAVIDOFF HUTCHER & CITRON LLP

11        605 Third Avenue

12        New York, New York   10158

13   BY:  ROBERT J. COSTELLO, ESQ.

14

15

16

17

18   Also Present:

19        Deverell Write, Legal Videographer

20

21

22

23

24

25

```
 1                        Giuliani
 2              THE VIDEOGRAPHER:  We are on the
 3      record at 9:36 a.m. on March 1, 2023.
 4              Please note that the microphones
 5      are sensitive and may pick up whispers
 6      and private conversations.  Audio and
 7      video recording will continue to take
 8      place unless all parties agree to go
 9      off the record.
10              This is media unit 1 of the
11      video-recorded deposition of Rudolph
12      Giuliani.  This the taken by counsel
13      for the plaintiff in the matter of Ruby
14      Freeman, et al., versus Rudolph W.
15      Giuliani.
16              This case is pending in the
17      United States District Court for the
18      District of Columbia.  We're at the
19      offices the Willkie Farr & Gallagher
20      located at 787 Seventh Avenue.
21              My name is Deverell Write from
22      Veritext Legal Solutions.  The court
23      reporter is Mary Bowman from Veritext
24      Legal Solutions.
25              At this time, will counsel please
```

Page 6

Giuliani

1
2       note their appearances.
3              (Whereupon, counsel placed their
4       appearances on the audio record.)
5              THE VIDEOGRAPHER:  Will the court
6       reporter please swear in the witness.
7  RUDOLPH W. GIULIANI,
8       called as a witness by the plaintiff,
9       having been duly sworn, testified as
10      follows:
11 EXAMINATION BY
12 MR. GOTTLIEB:
13      Q.    Good morning, Mayor Giuliani.
14      A.    Good morning.
15      Q.    Could you please state your full
16   name for the record.
17      A.    Sure.  Rudolph W. Giuliani,
18   R-U-D-O-L-P-H, W., G-I-U-L-I-A-N-I.
19      Q.    I will try to call you Mr. Mayor,
20   Mr. Giuliani during this deposition.
21              Is that all right?
22      A.    Whatever you prefer.
23      Q.    You have been deposed before?
24      A.    Yes, sir.
25      Q.    Do you know approximately how

Excerpted

Page 15

                              Giuliani

1

2       A.      He has since been pardoned and

3    he's been reinstated as an official

4    investigator.

5       Q.      Fair enough.

6               As a general matter, he is

7    somebody you believe as credible --

8       A.      Yeah, as a general matter, he is

9    as credible as anybody I know that I would

10   consider credible.

11      Q.      You say he doesn't use email

12   often, is that right?

13      A.      Yeah, he is more -- he is prone

14   to short messages, I guess, is the point

15   I'm trying to get across.

16      Q.      Understood.

17              So sometimes he provides you with

18   information in person.  Sometimes he sends

19   you a text.

20              If he has a video or an article

21   to share with you, would he typically do

22   that by text, by email?  Do you have any

23   recollection of him ever sharing videos or

24   links to news articles?

25      A.      Yeah, I should -- this particular

```
 1                       Giuliani
 2    case, this is not a case that he worked on
 3    very heavily, or I worked on with him very
 4    heavily.  Occasional situation here and
 5    there.  So I can't -- it doesn't
 6    necessarily apply to this case.
 7               If you are asking as a general
 8    practice, the general practice is, it would
 9    depend on how sensitive the document or the
10    video was.  If it wasn't that sensitive, he
11    would send it.  I would watch it
12    electronically.  If it was sensitive, he
13    would come to my house, I would go to his
14    house, or we would meet in an office and he
15    would show it to me.
16        Q.    Okay.
17               In terms of texting, do you --
18        A.    I don't think that -- what I just
19    told you -- applies to this case.
20        Q.    Okay.  I understand.
21               In terms of texting, do you have
22    one phone, more than one phone?
23               MR. COSTELLO:  At what point in
24        time?
25        A.    Right now?
```

Page 17

1                          Giuliani
2        Q.     Let's start with right now and
3     we'll work backwards.
4        A.     Right now, I really have
5     officially one phone.  I have a bunch of
6     inoperative phones.  I was able to get one
7     of those operative and it has a single
8     phone number on it.  And I don't use it
9     other than to take calls on my radio show.
10    So it's a call-in number for a radio show.
11             But it's a single cell phone that
12    you plug in, so I can take it anywhere with
13    me.  So I really have one phone right now.
14             Typically, I had two phones.
15    That goes back to when I was mayor, almost
16    since they had phones.  And one phone, it
17    wasn't divided between business and
18    pleasure.  It was divided between good
19    people and bad people.
20             The people I wanted to talk to
21    were on one phone.  The people that I were
22    trying to avoid or have somebody else talk
23    to were on another phone, as best as I
24    could do it, so that I knew which phone had
25    the priority of answering.

```
                                        Page 18
 1                          Giuliani
 2                 And that hasn't always been the
 3       case, but when I had positions of intense
 4       hours and calls and, let's say, mostly
 5       government positions, that's what I did.
 6                 When I was in private law
 7       practice, I didn't do that.
 8           Q.    When was the last time that you
 9       had two phones that you were using?
10           A.    When the FBI took it from me.
11           Q.    When was that?
12           A.    It would be in 20 -- was it 2021,
13       Bob?
14                 MR. COSTELLO:  Do you want the
15           date?
16                 THE WITNESS:  Bob would know the
17           day.
18           Q.    I'm just interested in what you
19       remember.
20           A.    I don't remember the exact date.
21       It was about two years ago.
22           Q.    So since whatever that point in
23       time was that the FBI took your phone, you
24       had one phone?
25           A.    They kept those phones, and I
```

Page 19

```
 1                      Giuliani
 2     went and bought a new iPhone and I set it
 3     up, and that's been my -- that iPhone has
 4     been my only phone really until now.
 5          Q.    And what is the number for that
 6     phone number for that iPhone that you have
 7     had since the FBI took your phone?
 8          A.    347-735-0426.
 9          Q.    Okay.  Thank you.
10                And then apart from that
11     iPhone -- it is an iPhone, is that right?
12          A.    Um-hm.
13          Q.    Apart from that iPhone --
14          A.    To be absolutely precise, I would
15     have to check that number.  Because I don't
16     really remember my number.
17          Q.    All right.
18          A.    Bob could check it right this
19     minute.
20          Q.    We will ask your counsel to check
21     it and then we will come back to this
22     question.
23          A.    I don't want to --
24          Q.    Thank you for clarifying that.  I
25     appreciate it.
```

```
                                        Page 20
 1                      Giuliani
 2              So you have your iPhone.  You
 3      have the phone that you use only for
 4      call-ins to the radio show.
 5          A.    Yeah, and I had that about a
 6      month.
 7          Q.    Do you have email accounts that
 8      you use to correspond with people?
 9          A.    I do.
10          Q.    What -- can you tell us what
11      those email accounts are?
12          A.    I currently have only one email
13      account for me personally.  My businesses
14      have emails accounts, but I have one
15      personally.
16              And that -- want me to give it to
17      you?
18          Q.    Yes, please.
19          A.    It's truth, lower case, and,
20      spelled out, justice, number 4, letter U
21      @protonnow.com.
22          Q.    Is that now your principal email
23      account?
24          A.    Yeah, that's my -- it's the only
25      one that functions that I know of.
```

```
                                          Page 21

  1                        Giuliani
  2        Q.     How long have you had that?
  3        A.     Since a few days after the FBI
  4   seized my electronics.
  5        Q.     Prior to the seizure of your
  6   electronics, did you have a different email
  7   account?
  8        A.     I did.
  9        Q.     And what was that?
 10        A.     There was a main one and then
 11   several others.
 12        Q.     What is the principal email
 13   account you used?
 14        A.     The main one was -- if I can
 15   remember it.
 16               I can't remember -- the Gmail
 17   account, I would have to look it up.
 18        Q.     For present purposes, we can say
 19   you had a Gmail account?
 20        A.     It was a Gmail account and then
 21   there were several offshoot accounts, like
 22   RudyGiuliani@me.com, and I have no idea how
 23   they got set up, what they were for, but
 24   occasionally, I had about three of those
 25   like that.
```

```
 1                        Giuliani
 2              But the main account that would
 3     carry I think every significant email would
 4     be the Gmail account.
 5          Q.    Okay.  So if we are talking about
 6     the period of time around the 2020
 7     election, so call it November 2020 --
 8          A.    That would be -- that would be --
 9     that would be the account that I would be
10     using.
11          Q.    Okay.
12              So whatever the handle is on that
13     Gmail account, to the extent you were using
14     email --
15          A.    Yeah, I'll get that for you, when
16     you want me to look.
17          Q.    Okay.
18              Would you send and receive emails
19     from your phone from that Gmail account?
20          A.    Um-hm.  Yes, sir.
21          Q.    Same for your ProtonMail account
22     currently?
23          A.    Yes, sir.
24          Q.    Let's stick in the period of time
25     around the 2020 election.
```

Page 23

1                    Giuliani

2              You had social media accounts, is

3      that right?

4          A.    I did.

5          Q.    Twitter account?

6          A.    I did.

7          Q.    Did you ever receive direct

8      messages on the Twitter account?

9          A.    Probably.  I didn't use it for

10     that purpose.

11         Q.    Did you ever send any direct

12     messages from your Twitter account?

13         A.    I may have but never -- I can't

14     exclude the possibility that I did that,

15     but that wasn't a practice that I followed.

16     It would have come up because of some

17     interchange or -- I can't remember saying

18     I'm going to go to Twitter and send a

19     direct message.

20         Q.    What about did you have any

21     so-called ephemeral message platforms

22     around the time of the 2020 election, so

23     Signal, Telegram?

24         A.    I had all of those and used them

25     rarely.  I had Signal, Telegram, WhatsApp.

```
 1                     Giuliani
 2    Everybody telling you those are more --
 3    those are more secure than others and then
 4    other people come along and tell you they
 5    aren't.
 6             I was in the cyber security
 7    business, which I left to represent
 8    President Trump, and my view was that they
 9    were only marginally better, and if it was
10    going to be any serious inconvenience, not
11    worth it.
12       Q.    So you mentioned Signal?
13       A.    I used Signal.  I used --
14    probably WhatsApp --
15       Q.    WhatsApp?
16       A.    -- I used more often.
17             I was mostly guided by the people
18    I was communicating with.  I didn't have a
19    favorite one.  So if they said, I want to
20    communicate with you on WhatsApp.  I said,
21    Fine, let's do WhatsApp.
22             And then I would ask my staff --
23    but this is a while back when I would say
24    Go check them out, and they would say, Two
25    others are really better.  So I probably
```

```
                                      Page 25
 1                      Giuliani
 2      had about four of those.
 3           Q.    And do you still have access to
 4      any of those accounts?
 5           A.    I do, but I can't remember the
 6      last time I used it.
 7           Q.    But you -- as of today, you still
 8      are able to access, should you want to,
 9      your WhatsApp account?
10           A.    I think so, unless you have to --
11      unless you have to renew it because I don't
12      remember renewing it in a long, long time.
13           Q.    All right.  So you may have --
14      you may have access to these messaging
15      platforms, but you're not certain?
16           A.    Right.  I mean, I basically have
17      to go on my phone and see if they're still
18      active.
19           Q.    Have you done that in the course
20      of responding to discovery in this case?
21           A.    Not recently.
22           Q.    Have you ever?
23           A.    Maybe way back when we first had
24      to make requests.  I did a quick look at
25      those at one time.
```

Page 26

Giuliani

1                         Giuliani

2               I don't know if it was just this

3      case or I lumped a group of cases together

4      and went through them because I knew it

5      wouldn't contain a lot.  I didn't find

6      anything on there that related either to

7      this case or maybe let me say this group of

8      cases.

9          Q.    Okay.  Specifically with respect

10     to this case, we have served discovery

11     requests, requests for production,

12     interrogatories.

13              And my question to you, sir, is,

14     do you have any recollection, after

15     receiving the requests for production in

16     this case of having searched through your

17     devices or having had somebody else search

18     through your devices and accounts for

19     responsive documents?

20         A.    I do recall going through them.

21     I'm trying to remember when I did it

22     because I didn't have them for a long time.

23              So those were the apps that were

24     with the FBI, and I didn't know -- I didn't

25     know how to get them on my new phone.  So

```
                                        Page 27
 1                      Giuliani
 2      when I got my new phone, for the longest
 3      time, those apps were unavailable.
 4               When I got them back, I did a
 5      search of them.  One of the cases I had in
 6      mind was this one, and I didn't find
 7      anything on it.
 8          Q.    Okay.  Is there a person who
 9      assists you with IT-related issues with
10      your phone or tech issues with your phone?
11          A.    Different people at different
12      times.
13          Q.    Okay.  So since -- when you
14      restored the social media apps or messaging
15      apps to your phone, was there a specific
16      person who was assisting you?
17          A.    No.  I did that myself.
18          Q.    Do you have any recollection of
19      when that happened?
20          A.    I don't.
21          Q.    Returning to the Gmail account
22      for just a moment, is the Gmail account
23      RHelen0528@gmail.com familiar to you?
24          A.    That's it.
25          Q.    That was the Gmail account you
```

1                    Giuliani

2    used?

3         A.    That was my main Gmail account

4    of -- since I had Gmail.  And somehow

5    others were created for specific purposes,

6    but that would cover 95 percent of any

7    email I had and probably every important

8    one.

9         Q.    Do you -- have you ever gone back

10   to WhatsApp or Signal, not your apps but

11   the companies, to ask them for a pull of

12   any of your data?

13        A.    I don't remember.

14        Q.    You don't have any recollection

15   of doing that?

16        A.    I don't.

17        Q.    So you -- I want to make sure I

18   understand your testimony.

19             You believe at some point in time

20   after getting your new phone and putting

21   the messaging apps back on it, that you

22   went through some number of those apps to

23   look for responsive materials?

24        A.    Yes, sir, to see what was on

25   there in case there were things that were

Page 29

```
                              Giuliani
 1
 2      on there that I didn't remember.
 3               I mean, I didn't remember
 4      anything of significance being on there.
 5      But since I -- my memory is not anywhere
 6      near 100 percent with all the data
 7      involved.
 8               But I didn't find anything of any
 9      significance, anything relating to this
10      case or any of the others that you regard
11      in the election law case category.
12           Q.    So you didn't find anything on
13      any of those apps or your email or anything
14      else that was on your phone --
15           A.    Related to this.
16           Q.    -- related to the 2020 election
17      generally?
18           A.    Particularly this, right.
19           Q.    Okay.
20               You have a number of -- well,
21      I'll withdraw that.
22               You currently have podcasts, is
23      that right?
24           A.    I do.
25           Q.    And a radio show?
```

Excerpted

```
 1                    Giuliani
 2        A.    Only after the fact.
 3        Q.    Okay.  Let's mark this as the
 4   next exhibit, Exhibit 19.  This is
 5   Volume 1, Tab 12.
 6              (Exhibit 19, document entitled,
 7         "Strategic Communications Plan of the
 8         Giuliani Presidential Legal Defense
 9         Team," marked for identification, as of
10         this date.)
11        Q.    Do you -- as you sit here today
12   and you looked at what has been marked as
13   Exhibit 19, do you recognize this document?
14        A.    I should clarify how I recognize
15   it though.
16        Q.    Please do.
17        A.    I recognize it as something given
18   to me after this litigation began.
19        Q.    Okay.
20        A.    I hadn't seen this before.
21        Q.    So, Mr. Giuliani, you produced
22   this document to us in this litigation.  So
23   how did you receive it?
24        A.    I believe, I believe --
25              MR. SIBLEY:  Object to form.
```

Page 239

                              Giuliani
1
2          A.     -- I didn't originally produce

3      this document to you.  But I think when I

4      asked Bernie Kerik for his documents, I got

5      this document and then I produced it to

6      you.

7          Q.     Okay.

8          A.     In other words, this was in

9      Bernie's possession, not mine.

10         Q.     Bernie Kerik would know how this

11     document came about and what was done with

12     it?

13         A.     Pretty much, yeah.

14         Q.     You would trust his explanation

15     of how this document came about and what

16     was done with it?

17         A.     Yeah, I mean, having seen it now,

18     I know a little bit about how it came

19     about, but I'm telling you the document

20     itself, I didn't see at the time, don't

21     believe I originally submitted it to you,

22     and then Bernie gave it to us and we gave

23     it to you.

24         Q.     Okay.

25                You, I think, testified before

```
                                        Page 240
 1                        Giuliani
 2       the January 6 Commission.
 3                 Do you recall doing that?
 4            A.    Pardon me?
 5            Q.    You testified before the January
 6       6 Commission in Congress, is that correct?
 7            A.    Right.
 8            Q.    And I think, in that testimony,
 9       you talked about this document, is that
10       right?
11            A.    I -- yes, I did.
12            Q.    And you testified truthfully
13       before the January 6 Commission?
14            A.    I did.
15            Q.    Did you tell the January 6
16       Commission with respect to this document
17       that you were familiar with the
18       communications plan that was going to be --
19            A.    I was.
20            Q.    -- presented to the White House?
21            A.    Right.
22            Q.    And that you -- you actually, I
23       believe, had a view about this
24       communications plan, right?
25            A.    I was opposed to it.
```

Excerpted

Page 277

                                    Giuliani

1                               Giuliani

2      00 -- with 009.

3                Now, you've got Exhibit 22

4      sitting right in front of you, sir.

5           A.    Oh, it's the one with 009.

6           Q.    That's why I asked you to keep it

7      out.

8                So just have them sitting side by

9      side there.

10               And I guess what I want to ask

11     you, sir, is if you see, starting at line 3

12     there, in the transcript --

13          A.    On 009?

14               MR. COSTELLO:  No, the other one.

15          Q.    On Exhibit 15 --

16          A.    Got it.

17          Q.    -- you start with "2,560 felons

18     with uncomplete sentences were registered

19     to vote."

20               Do you see that?

21          A.    I do see that, right.

22          Q.    Do you see, now looking over at

23     page 009 of the strategic plan, the same

24     words, "2,560 felons" --

25          A.    Right.

```
 1                     Giuliani
 2        Q.    -- "with uncomplete sentences
 3    registered to vote"?
 4             And I acknowledge there are
 5    differences between the two of these, but
 6    I'm trying to identify the similarities.
 7             If you move down to line 8 on
 8    page 10 of the transcript, you see
 9    66,200 --
10        A.    Underaged, yup, I see that.
11        Q.    Do you see that same language in
12    the strategic plan?
13        A.    I've got it.
14        Q.    And then if you go down to "2,423
15    unregistered people voted" on line 11 of
16    the transcript, do you see that line in the
17    strategic plan, page 009?
18        A.    I do.
19        Q.    And am I right that these aren't
20    just the same statistics, these are the
21    same words that are --
22        A.    Yeah, this was probably -- so
23    what you are looking at here with Georgia,
24    this is a sheet that was kept up to date
25    every week or two weeks as we gathered new
```

Page 279

```
                                Giuliani
 1
 2      evidence or changed evidence with regard to
 3      states.  It was a summary sheet.
 4          Q.    Okay.
 5          A.    And everybody would rely on it.
 6                This would be the same summary
 7      sheet that Peter Navarro had.  I'm pretty
 8      sure we sent this to the White House.  They
 9      would keep them.
10                So when I went to do my podcast,
11      I probably just picked this up.  Not this,
12      (indicating), this (indicating.)
13          Q.    So we have a clear record here,
14      not the strategic --
15          A.    So we have a clear record, I
16      didn't pick up the strategic communication
17      plan --
18                MR. COSTELLO:  Exhibit what?
19          A.    -- but I picked up -- Exhibit 22.
20      But I probably picked up the enclosure in
21      there for Georgia, which is separate from
22      the plan and was available to everybody on
23      the Mayor's -- on the President's team.
24          Q.    Great.
25          A.    That was a joint enterprise of
```

                         Giuliani

1                       Giuliani

2      Navarro and my office.

3           Q.    So that part of the document, not

4      the plan, but the --

5           A.    Correct.

6           Q.    -- supporting documents --

7           A.    And so when Katherine did her

8      plan, that's what she used so that

9      everybody -- it would be something

10     everybody agreed on.

11          Q.    And all I'm trying to get at is,

12     the supporting documents part of this is a

13     document that you and your team were

14     working on and updating --

15          A.    Correct.

16          Q.    -- and sending around, I think

17     you said, Mr. Navarro's team --

18          A.    Correct.

19          Q.    -- and the White House, is that

20     right?

21          A.    Um-hm.

22          Q.    And so that is a document that

23     you were relying on in doing your podcasts

24     and in other advocacy you were doing

25     publicly at the time?

Page 281

1                        Giuliani

2              MR. COSTELLO:  Was that a

3       question?  Because he didn't answer.

4       A.      What was it?  I'm sorry.  I'm not

5       hearing this.

6       Q.      This is a document you were

7       relying on as you were doing your podcast

8       and other public advocacy at the time?

9       A.      The Georgia breakdown.

10      Q.      The Georgia breakdown --

11      A.      Correct, the Georgia breakdown --

12      Q.      -- and supporting documents?

13      A.      -- which is independent, really,

14      of the document it was appended to.  It's a

15      separate document that was kept up to date

16      every couple of weeks and was available to

17      everybody on the team.

18      Q.      Okay.  Great.

19              I want to ask you about a

20      telephone call that President Trump had

21      with Georgia Secretary of State

22      Raffensperger on January 2, 2021.

23              This is a telephone call that's

24      been much talked about in the press and

25      discussed.  I assume you were familiar in

```
                                           Page 282
 1                        Giuliani
 2      general terms with this phone call.
 3           A.    Yup.
 4           Q.    And let me start by marking the
 5      next exhibit, Exhibit 24.
 6                 MS. HOUGHTON-LARSEN:  Which is
 7           Tab 58 in Volume 2.
 8                 (Exhibit 24, document entitled
 9           "White House Presidential Call Log,
10           January 2, 2021," marked for
11           identification, as of this date.)
12           Q.    Mayor Giuliani, you have been
13      handed what has been marked as Exhibit 24.
14      This is document bearing the Bates number
15      076PR8962 ending in 001 and continuing
16      through 0010.
17                 Have you ever seen this document?
18           A.    I've never seen this.  I've seen
19      White House printouts of phone calls, but I
20      haven't seen this one.
21           Q.    So this is a printout of the
22      President's call from the White House
23      switchboard --
24           A.    Excuse me, a printout of what?
25           Q.    The President's presidential call
```

Excerpted

Page 387

Giuliani

1

2      Q.    We talked a bit today about your

3    testimony before the January 6 Commission,

4    and I realized in doing that, we did not

5    actually put this in the record.

6           So I have handed you what has

7    been marked as Exhibit 36, and if you could

8    take a look at it, and let me know whether

9    this appears to be the transcript --

10     A.    It appears to be the transcript

11   of my testimony to the January 6 committee.

12   Yes, sir.

13     Q.    Excellent.  We may come back to

14   that in the last few minutes, but you can

15   put that aside for now.

16     A.    Oh, too bad.

17     Q.    A few other things just in

18   follow-up.

19           We were talking previously about

20   the video about the alleged passing of the

21   thumb drives or USB drives.  And you gave,

22   I think, very clear testimony that you

23   believed that the video we looked at is not

24   the video that you saw in the Republican

25   committee offices in Atlanta.

Page 388

```
 1                    Giuliani
 2       A.    It sure doesn't look like it,
 3   yes.
 4       Q.    Okay.  Who would we ask to find
 5   the video that you believe you saw?
 6             I should probably rephrase that
 7   so you are not giving me advice.
 8             Who could we ask to find the
 9   video that you believe you saw?
10       A.    Well, we can start with the
11   lawyers there.  I would -- I would -- I
12   mean, I usually start these searches with
13   either Christina Bobb or Colonel Waldron.
14             They have got the  -- they have
15   got the sort of -- even though they aren't
16   involved in everything, they have the best
17   overview of where everything is.
18             Smith.
19       Q.    Sorry, Smith is who?
20       A.    What?
21             MR. COSTELLO:  The first name of
22       Smith.
23       A.    No, the lawyer.
24       Q.    The local counsel in Georgia --
25       A.    Yeah, local counsel.
```

```
                                        Page 389
 1                      Giuliani
 2      Q.     -- Mr. Smith?
 3      A.     Now, I'm not -- he was more
 4   involved in the other.
 5      Q.     Have you -- in -- since receiving
 6   discovery requests in this litigation, have
 7   you searched through or had any kind of a
 8   forensic search done of your email accounts
 9   or hard drives to locate things like this
10   video?
11             MR. SIBLEY:  Hang on, locate
12      what?
13      A.     Things like this video.
14             I mean, we have gone through the
15   whole thing with Trustpoint and with the
16   U.S. Attorney's Office.  Didn't come up
17   with this.
18      Q.     Okay.  So there was a production
19   made to the U.S. Attorney's Office --
20      A.     Of everything.
21      Q.     -- previously.
22             Apart from that, have you done
23   any searching of devices to --
24      A.     Yeah.  We have done individual --
25   I would have to go back and look at --
```

```
                                    Page 390
 1                    Giuliani
 2     yeah, we have done sporadic searches either
 3     when asked to produce something or when we
 4     needed to answer a question.
 5               So we could try something like
 6     that, I guess.
 7          Q.    Did you get your devices back
 8     from the government?
 9          A.    I did.
10          Q.    And since getting those devices
11     returned to you, have you done forensic
12     searches of those devices for the
13     purpose --
14          A.    Yeah.  They were pretty much
15     wiped out.
16          Q.    So let me just make sure I
17     understand your answer.
18               Have you had a forensic -- have
19     you had a forensic evaluation done of those
20     devices since they were returned to you by
21     the U.S. Government?
22          A.    Through the iCloud.
23          Q.    So the answer is, Yes -- so who
24     performed that search through the cloud?
25               MR. COSTELLO:  I -- can we go off
```

```
 1                    Giuliani
 2        the record for a second?
 3             I think your question is
 4        inarticulate, but only because you
 5        don't know the facts.
 6                  THE VIDEOGRAPHER:  The time on
 7        the video monitor is 6:11 p.m.  We are
 8        off the record.
 9             (Discussion off the record.)
10                  THE VIDEOGRAPHER:  Back on the
11        video record.  The time on the video
12        monitor is 6:12 p.m.
13   BY MR. GOTTLIEB:
14        Q.    Mr. Giuliani, do I understand
15   correctly that the steps that have been
16   taken to preserve and produce documents in
17   this case are steps that have been taken by
18   a third-party provider?
19        A.    Yes.  As Bob described, yeah.
20        Q.    And that third-party provider is
21   called Trustpoint?
22        A.    Yes, sir.
23        Q.    And apart from what Trustpoint
24   has done, do I understand correctly that
25   you have not yourself gone back through
```

```
                                    Page 392
 1                      Giuliani
 2      devices or accounts to search for
 3      documents?
 4           A.     Sure, I have, but it hasn't
 5      helped because what they gave back to me
 6      seems to be wiped out.  I can't get
 7      anything -- I can't get anything off it.
 8                Maybe if I had someone with more
 9      expertise, I could.  But it doesn't seem
10      that it's -- it was much easier to do it
11      the other way.
12           Q.     Have you provided your physical
13      devices to either your attorney or to
14      Trustpoint to perform searches?
15           A.     I don't think so, no.
16           Q.     So you know, we -- well, you may
17      know, you may not.  I'll ask you.
18                We have agreed in correspondence
19      with Mr. Sibley that we will be holding
20      this deposition open based on documents
21      that haven't been produced such that if
22      there are further documents produced to us
23      from searches, that we would reserve the
24      right --
25           A.     Talk a little bit louder.
```

```
 1                        Giuliani
 2        Q.    If there are further documents
 3    that would be produced after searches, we
 4    would reserve the right to recall you to be
 5    able to ask you questions about those
 6    documents.
 7              Do you understand that we have
 8    reached that agreement with Mr. Sibley?
 9        A.    I do.
10              MR. SIBLEY:  Objection to form.
11        Q.    And last sort of cleanup point on
12    this, I noticed throughout this deposition,
13    you have done some drawing and written some
14    things down.  I'm not really interested in
15    seeing -- not really interested in seeing
16    them because I understand you are just kind
17    of doodling.
18        A.    Yeah, Russia, boxes, things I
19    have to do.
20        Q.    Fair enough.
21              Here is my question for you
22    though, as you sit in meetings, do you
23    typically take notes?
24        A.    Not always.  Sometimes I do.
25    Sometimes I don't.
```

Excerpted

Page 423

```
 1                      Giuliani
 2    testified as an expert witness for us.  I
 3    think he testified before the legislature
 4    in -- in Georgia.
 5              MR. COSTELLO:  Seven hours.
 6         Q.    Do you know how to spell his
 7    name?
 8              This is my last question, do you
 9    know how to spell his name, Mr. Geels?
10         A.    I think it is G-I-L-E-L-S.
11         Q.    Is it possible it is Geels,
12    G-E-E-L-S?
13         A.    It could be Geels, yes.
14         Q.    Okay.  All right.  Thank you,
15    Mr. Giuliani.  I have exhausted my time.
16         A.    Thank you.
17              THE VIDEOGRAPHER:  We are going
18         off record at 6:45 p.m.  This concludes
19         the testimony given by Rudolph W.
20         Giuliani.
21              (Continued on next page for
22         jurat.)
23
24
25
```

Page 424

1                       Giuliani

2            The total number of media units

3       used was 6, and will be retained by

4       Veritext Legal Solutions.

5            Thank you, and we are off the

6       record.

7

8                       _____

                        RUDOLPH W. GIULIANI

9

10      Subscribed and sworn to

11      before me this      day

12      of MO          , 2023.

13

14      _____

             Notary Public

15

16

17

18

19

20

21

22

23

24

25