# EXHIBIT 8

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **To:** | "sibley@camarasibley.com" |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; Knoblett, John Tyler; MacCurdy, Maggie; John Langford |
| **Subject:** | Freeman v. Giuliani - Post Deposition Discovery Issues |
| **Date:** | Friday, March 3, 2023 4:51:10 PM |
| **Attachments:** | 2023.03.03 Plaintiffs Fourth Set of Interrogatories.pdf |
| | 2022.12.22 Freeman v. Giuliani - December 21, 2022 M&C.pdf |
| | Freeman v. Giuliani - January 9, 2023 Meet and Confer 2.pdf |

Joe,

Hope you got back to Austin safely. I am writing to follow up on a number of items outstanding following Mr. Giuliani's deposition. I have also attached Plaintiffs' Fourth Set of Interrogatories.

1. During Mr. Giuliani's deposition, he agreed to verify his interrogatory responses that he has not yet verified. Please confirm a date certain that we will do so.
2. Please provide a date certain by which Mr. Giuliani will amend his interrogatory responses consistent with his testimony during his deposition.
3. You had previously represented that Mr. Giuliani would give us authorization to access his divorce records from Ms. Judith Giuliani. We provided Mr. Giuliani with the authorization release on Wednesday March 1, 2023. Please provide a date certain by which Mr. Giuliani will provide us with signed authorization.
4. During his deposition, Mr. Giuliani testified that information regarding his finances, specifically the money he makes from his podcasts, is contained within his tax returns since 2020. Please provide a date certain by which he will produce his tax returns since 2020.
5. Please confirm that the phone number Mr. Giuliani identified during his deposition is his true and correct phone number. Please confirm that this has been his phone number since November 2020. If he had a different number or numbers between November 2020 and now, please provide them. Please provide a date certain by which you will provide this information. This was the subject of Plaintiffs' 11th RFP served on May 20, 2022.
6. Mr. Giuliani testified that he could not recall making any efforts to search his personal devices, including his phones, social media accounts, email addresses, in response to the discovery served on him in this case. See also previous correspondence on this attached. Please provide a detailed plan of what sources Mr. Giuliani plans to search and how in order to fulfill his discovery obligations. Please provide a date certain by which Mr. Giuliani will finish production of responsive documents located during this search effort.

Please promptly provide answers to the above. We plan to file a motion to compel shortly and seek to narrow the scope of issues to bring before the court.

Finally, Mr. Giuliani left his phone charger at our offices. I am happy to have it mailed to him if you provide an address.

Thanks,
Annie

**M. Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers