# EXHIBIT 10

| | |
|---|---|
| **From:** | Joe Sibley |
| **To:** | Governski, Meryl Conant |
| **Cc:** | Houghton-Larsen, M Annie; Gottlieb, Michael; John Langford; Knoblett, John Tyler |
| **Subject:** | Re: Freeman v. Giuliani - Fifth Set of Interrogatories, Third Set of RFAs |
| **Date:** | Friday, March 24, 2023 5:15:36 PM |

**\*\*\* EXTERNAL EMAIL \*\*\***

Meryl:

The rule does not require us to disclose every person who has "relevant information". The rule requires us to disclose:

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—*that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment*;

So this requires us to disclose persons with relevant information that we may use to support its claims or defenses. It does not require us to disclose each and every person with knowledge of what we consider relevant facts. That is something you discovery through other discovery means, which you did in this case, through a deposition.

Regards,

Joe

On Fri, Mar 24, 2023 at 3:47 PM Governski, Meryl Conant <MGovernski@willkie.com> wrote:

> Thank you, Joe.
>
> While we don't have a transcript of the hearing, we understood that based on the specific objections raised about the lack of nexus between Mr. Giuliani's testimony at his deposition and the initial disclosures that Defendant Giuliani would be amending his disclosures to reflect *all* of the individuals likely to have relevant information, as is required by Rule 26. But the amended disclosures do not include a number of individuals whom he testified to have relied on or whom would have relevant information *inter alia* Christina Bobb (86:21-87:25, 89:1-94:8, 388:4–18), Katherine Friess (258:4–25); and Col. Waldron (388:4–18). The amended disclosures thus appear incomplete. Please inform us whether Mr. Giuliani intends to amend his disclosures again to accurately reflect his testimony in this case, or if these individuals are incorporated in some other way.
>
> Have a nice weekend,
>
> Meryl

**Meryl Conant Governski**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1016 | Fax: +1 202 303 2000
mgovernski@willkie.com | vCard | www.willkie.com bio

**From:** Joe Sibley <sibley@camarasibley.com>
**Sent:** Friday, March 24, 2023 3:28 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>; Knoblett, John Tyler <JKnoblett@willkie.com>
**Subject:** Re: Freeman v. Giuliani - Fifth Set of Interrogatories, Third Set of RFAs

**\*\*\* EXTERNAL EMAIL \*\*\***

Please see attached amended disclosures.

On Fri, Mar 24, 2023 at 2:19 PM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> Per the Court's Minute Order dated March 21, 2023, we ask that you supplement and provide full answers to Interrogatory Nos. 1, 3, 5, 7, 8, 10, 18, 21 (as amended in the attached document) and 22. In addition, attached are Plaintiffs' amended interrogatory 21 and additional interrogatory Nos. 23-28.
>
> I also attached additional Requests for Admission.
>
> Thank you,
>
> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.