IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY, FOR ATTORNEYS' FEES AND COSTS, AND FOR SANCTIONS**

Upon consideration of Plaintiffs' Motion to Compel Discovery, for Attorneys' Fees and Costs, and for Sanctions ("Motion"), Defendant's Opposition, Plaintiffs' Reply, and the entire record herein, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Giuliani must collect, search, and produce all materials responsive to all of Plaintiffs' Requests for Production in all locations (whether in TrustPoint or not), including a privilege log specifically tailored to the searches Defendant Giuliani performed specifically for materials responsive to Plaintiffs' Requests for Production, with the assistance of a professional vendor and within fifteen (15) days of this Order, and bear all related costs; and it is

**FURTHER ORDERED** that Defendant Giuliani must File a declaration subject to penalty of perjury requiring Defendant Giuliani to detail to the Court within five (5) days of this Order:

    a. All efforts taken to preserve, collect, and search potentially responsive data and locations that may contain such materials;

    b. A complete list of *all* "locations and data" that Defendant Giuliani used to communicate about any materials responsive to any of Plaintiffs' RFPs (including but not limited to *specific* email accounts, text messages, messaging applications, social media, devices, hardware, and any form of communication);

    c. The specific "data" located in the TrustPoint database;

    d. What searches, if any, have occurred of both of the preceding categories; and it is

**FURTHER ORDERED** that Defendant Giuliani must supplement his responses to Plaintiffs' Interrogatories 11 and 12 to provide complete answers within five (5) days of this Order; and it is

**FURTHER ORDERED** that Defendant Giuliani is precluded from relying on any evidence not provided in his initial disclosures or interrogatory responses; and it is

**FURTHER ORDERED** that Defendant Giuliani must pay Plaintiffs' attorneys' fees for the cost of the Motion, subject to a future filing detailing the same; and it is

**FURTHER ORDERED** that the following additional relief, which the Court deems appropriate, be granted:

**IT IS SO ORDERED.**

_____
Date

_____
Beryl A. Howell, Chief Judge
United States District Court for the District of Columbia