IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH GIULIANI, Defendant. | Civil Action No. 1: 21-cv-03354 (BAH) <br><br> Chief Judge Beryl A. Howell |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), attorney Sara Chimene-Weiss seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Sara Chimene-Weiss, filed herewith. As set forth in the Declaration, Ms. Chimene-Weiss is admitted and an active member in good standing of the following bars: Arizona State Bar; Massachusetts State Bar; U.S. District Court for the District of Arizona; U.S. District Court for the Western District of Wisconsin; U.S. Court of Appeals for the Seventh Circuit; U.S. Court of Appeals for the Ninth Circuit; and U.S. Court of Appeals for the Eleventh Circuit.

This motion is supported and signed by Meryl C. Governski, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Sara Chimene-Weiss to appear *pro hac vice* in this matter.

| | |
|---|---|
| Dated this 20th day of April, 2023. | /s/ *Meryl C. Governski* <br> Meryl C. Governski (#1023549) <br> WILLKIE FARR & GALLAGHER LLP <br> 1875 K Street NW <br> Washington, DC 20006 <br> Tel: (202) 303-1000 <br> Fax: (202) 303-2000 <br> mgovernski@willkie.com |