**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RUBY FREEMAN, *et al.*,

                Plaintiffs,

      v.

RUDOLPH GIULIANI, Defendant.

Civil Action No. 1: 21-cv-03354 (BAH)

Chief Judge Beryl A. Howell

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR
<u>ADMISSION OF ATTORNEY SARA CHIMENE-WEISS *PRO HAC VICE*</u>**

The Court has reviewed the motion for admission of attorney Sara Chimene-Weiss *pro hac vice*. Upon consideration of the motion, the court grants attorney Sara Chimene-Weiss *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated:

                                          _____
                                          BERYL A. HOWELL
                                          Chief Judge