IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>RUDOLPH GUILIANI, Defendant. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**ERRATA REGARDING PLAINTIFFS' MOTION FOR ADMISSION OF ATTORNEY**

***PRO HAC VICE***

　　　　Plaintiffs Ruby Freeman and Wandrea ArShaye ("Shaye") Moss (collectively, "Plaintiffs"), respectfully submit this short errata to address an e-filing mistake when filing Plaintiffs' Motion For Admission of Attorney *Pro Hac Vice* for attorney Sara Chimene-Weiss and its attachments. The e-filing was submitted using the wrong attorney's ECF account, causing it to be rightfully rejected by the Court. This new e-filing uses the correct attorney's login and password. We apologize for our error and respectfully request that the Court accept this submission.

Dated this 24th day of April, 2023.　　　　　/s/ *Meryl C. Governski*
　　　　　　　　　　　　　　　　　　　　　Meryl C. Governski (#1023549)
　　　　　　　　　　　　　　　　　　　　　WILLKIE FARR & GALLAGHER LLP
　　　　　　　　　　　　　　　　　　　　　1875 K Street NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 303-1000
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 303-2000
　　　　　　　　　　　　　　　　　　　　　mgovernski@willkie.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2023, a copy of the foregoing document was emailed to Defendant Rudolph Giuliani via his counsel Joseph D. Sibley IV at sibley@camarasibley.com.

Dated: April 24, 2023

By: /s/ *Meryl C. Governski*
Meryl C. Governski (#1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com
