IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>                  Plaintiffs,<br><br>          v.<br><br>RUDOLPH GIULIANI, Defendant. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

## DECLARATION OF SARA CHIMENE-WEISS IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Sara Chimene-Weiss, hereby declare:

1. My name, office address, and telephone number are as follows:

Sara Chimene-Weiss
United to Protect Democracy
7000 N 16th Street, Ste. 120, #430
Phoenix, AZ 85020
(202) 934-4237

2. I have been admitted to the following courts and bars:

Arizona State Bar (Bar ID: 36085)
Massachusetts State Bar (Bar ID: 691394)
U.S. District Court for the District of Arizona
U.S. District Court for the Western District of Wisconsin
U.S. Court of Appeals, Seventh Circuit
U.S. Court of Appeals, Ninth Circuit
U.S. Court of Appeals, Eleventh Circuit

3. I am currently in good standing with all states, courts, and bars in which I am a part. I hereby certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of

Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2023

*[signature]*

Sara Chimene-Weiss
UNITED TO PROTECT DEMOCRACY
7000 N 16th Street, Ste. 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
Fax: (929) 777-8428
sara.chimene-weiss@protectdemocracy.org

2