IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, | |
| Plaintiffs, | Civil Action No. 1: 21-cv-03354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| RUDOLPH GIULIANI, Defendant. | |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY SARA CHIMENE-WEISS *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Sara Chimene-Weiss *pro hac vice*. Upon consideration of the motion, the court grants attorney Sara Chimene-Weiss *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated:

_____
BERYL A. HOWELL
Chief Judge