**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**JOINT STIPULATION TO AMEND THE JOINT CONFERENCE REPORT AND DISCOVERY PLAN TO PERMIT THE PARTIES TO TAKE UP TO FOUR ADDITIONAL DEPOSITIONS**

Plaintiffs Ruby Freeman and Wandrea' ArShaye ("Shaye") Moss, and Defendant Rudolph W. Giuliani (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully request to amend the joint Local Rule 16.3(d) and Rule 26(f) Conference Report and Discovery Plan, ECF No. 16, to permit Plaintiffs to take up to four (4) additional depositions.

WHEREAS, the Parties previously agreed to adopt the limits regarding depositions to 10 depositions per side, as set forth in Federal Rule of Civil Procedure 30 and District of Columbia Local Rule 26.2;

WHEREAS, at the same time, the Parties indicated being amenable to modifying the deposition limit;

WHEREAS, following the discovery hearing on March 20, 2023, Defendant served amended initial disclosures which identify previously undisclosed individuals;

WHEREAS, in the last month, Plaintiffs have become aware of new information regarding

- 1 -

additional individuals with relevant information;

WHEREAS, the parties have conferred pursuant to Local Rule 7(m) and have agreed that allowing additional depositions will lead to the discovery of pertinent evidence that may permit the narrowing of issues for trial;

NOW THEREFORE, IT IS HEREBY STIPULATED, between the Parties, subject to this Court's approval, that: Plaintiffs may take four (4) additional depositions, resulting in a total of fourteen depositions (14).


DATED:  April 25, 2023

*/s/* Joseph D. Sibley IV
**CAMARA & SIBLEY L.L.P.**
Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com
***Counsel for Defendant***

*/s/ Meryl C. Governski*
**WILLKIE FARR & GALLAGHER LLP**
Meryl C. Governski (1023549)
Michael J. Gottlieb (974960)
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
M. Annie Houghton-Larsen
787 Seventh Avenue
New York, New York
Tel: (212) 728-8164
Fax: (212) 728-9164
mhoughton-larsen@willkie.com

**UNITED TO PROTECT DEMOCRACY**
John Langford
Rachel Goodman
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Brittany Williams
Sara Chimene-Weiss
15 Main St., Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
brittany.williams@protectdemocracy.org
sara.chimene-weiss@protectdemocracy.org

**DUBOSE MILLER LLC**
Von A. DuBose
75 14th Street NE
Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

*Attorneys for Plaintiffs Ruby Freeman and*
*Wandrea' Moss*

## **[PROPOSED] ORDER**

The above Stipulation is adopted as follows:

The Plaintiffs are hereby permitted to take four (4) depositions in addition to the ten (10) depositions authorized by Fed. R. Civ. P. 30(a)(2)(A)(i), resulting in a total of fourteen (14) depositions.

**IT IS SO ORDERED.**

Dated: April 25, 2023.

_____                    _____

Date                                                    Beryl A. Howell, Chief Judge
                                                           United States District Court for the District of Columbia

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 25, 2023, a copy of the foregoing document was emailed to Defendant

Rudolph W. Giuliani via his counsel Joseph D. Sibley IV at sibley@camarasibley.com.


Dated:  April 25, 2023


*/s/ Meryl C. Governski*
**WILLKIE FARR & GALLAGHER LLP**
Meryl C. Governski (1023549)
1875 K Street, #100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com
