IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI, Defendant. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), attorney Christine Kwon seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Christine Kwon, filed herewith. As set forth in the Declaration, Ms. Kwon is admitted and an active member in good standing of the following bars: California State Bar; and U.S. District Court for the Southern District of California.

This motion is supported and signed by Meryl C. Governski, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Christine Kwon to appear *pro hac vice* in this matter.

Dated this 28th day of April 2023

/s/ *Meryl C. Governski*
Meryl C. Governski (#1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006

Tel: (202) 303-1000  
Fax: (202) 303-2000  
mgovernski@willkie.com