IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN, *et al.*,

            Plaintiffs,

   v.

RUDOLPH W. GIULIANI, Defendant.

Civil Action No. 1: 21-cv-03354 (BAH)

Chief Judge Beryl A. Howell

## DECLARATION OF CHRISTINE KWON IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Christine Kwon, hereby declare:

1. My name, office address, and telephone number are as follows:

Christine Eunhye Kwon
UNITED TO PROTECT DEMOCRACY
Gas Company Tower
555 West 5th Street, 35th Floor
Los Angeles, CA 90013
Telephone: (202) 579-4582

2. I have been admitted to the following courts and bars:

California State Bar (Bar ID: 319384)
U.S. District Court for the Southern District of California
(Bar ID: 319384)

3. I am currently in good standing with all states, courts, and bars in which I am a part. I hereby certify that I have not been disciplined by any bar.

4. I have not been admitted pro hac vice in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2023

*/s/ Christine Kwon*
Christine Kwon
UNITED TO PROTECT DEMOCRACY
Gas Company Tower
555 West 5th Street, 35th Floor
Los Angeles, CA 90013
Tel: (202) 579-4582
Fax: (929) 777-8428
christine.kwon@protectdemocracy.org