IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI, Defendant. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**[PLAINTIFFS' PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CHRISTINE KWON *PRO HAC VICE***

The Court has reviewed the motion for admission of attorney Christine Kwon *pro hac vice*. Upon consideration of the motion, the Court grants attorney Christine Kwon *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge