AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| RUBY FREEMAN, ET AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-03354-BAH |
| RUDOLPH W. GIULIANI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Freeman and Wandrea Moss                                                                                  .

Date:      05/01/2023

/s/ John Tyler Knoblett
*Attorney's signature*

John Tyler Knoblett (DCBN 1672514)
*Printed name and bar number*

WILLKIE FARR & GALLAGHER LLP
1875 K Street N.W.
Washington, DC 20006

*Address*

jknoblett@willkie.com
*E-mail address*

(202) 303-1162
*Telephone number*

(202) 303-2000
*FAX number*