# EXHIBIT

# B



Joe Sibley <sibley@camarasibley.com>

# Freeman v. Giuliani - Fifth Set of Interrogatories, Third Set of RFAs

**Houghton-Larsen, M Annie** <MHoughton-Larsen@willkie.com>   Fri, Mar 24, 2023 at 2:19 PM
To: Joe Sibley <sibley@camarasibley.com>
Cc: "Gottlieb, Michael" <MGottlieb@willkie.com>, "Governski, Meryl Conant" <MGovernski@willkie.com>, John Langford <john.langford@protectdemocracy.org>, "Knoblett, John Tyler" <JKnoblett@willkie.com>

Joe,

Per the Court's Minute Order dated March 21, 2023, we ask that you supplement and provide full answers to Interrogatory Nos. 1, 3, 5, 7, 8, 10, 18, 21 (as amended in the attached document) and 22. In addition, attached are Plaintiffs' amended interrogatory 21 and additional interrogatory Nos. 23-28.

I also attached additional Requests for Admission.


Thank you,

Annie



**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**2 attachments**

 **2023.03.24 Plaintiffs Fifth Set of Interrogatories.pdf**
174K

 **2023.03.24 Plaintiffs Thirds Set of Requests for Admission.pdf**
163K