IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, Defendant. | Civil Action No. 1: 21-cv-03354 (BAH) <br><br> Chief Judge Beryl A. Howell |

**ERRATA REGARDING MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Plaintiffs Ruby Freeman and Wandrea' Moss (collectively, "Plaintiffs"), respectfully submit this short erratum notice to address an e-filing mistake when filing their Motion For Admission of Attorney *Pro Hac Vice* for attorney Christine Kwon and its attachments. The e-filing was erroneously submitted without a Certificate of Good Standing, pursuant to Civil Local Rule 83.2(c)(2). Plaintiffs thus submit a Certificate of Good Standing for Christine Kwon issued within the last 30 days attached as Exhibit 1. We apologize for our error and respectfully request that the Court accept this submission.

Dated this 2nd day of May, 2023

/s/ *Meryl C. Governski*
Meryl C. Governski (#1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2023, a copy of the foregoing document was emailed to Defendant Rudolph Giuliani via his counsel Joseph D. Sibley IV at sibley@camarasibley.com.

Dated: May 2, 2023

By: /s/ *Meryl C. Governski*
Meryl C. Governski (#1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com
