AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Ruby Freeman et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1: 21-cv-03354 (BAH) |
| Rudolph W. Guiliani | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ruby Freeman and Wandrea ArShaye ("Shaye") Moss.

Date:   05/05/2023

/s/ Sara Chimene-Weiss
*Attorney's signature*

Sara Chimene-Weiss (AZ #36085)
*Printed name and bar number*

c/o Protect Democracy
7000 N 16th Street Ste. 120
#430
Phoenix, AZ 85020
*Address*

sara.chimene-weiss@protectdemocracy.org
*E-mail address*

(202) 934-4237
*Telephone number*

(929) 777-8428
*FAX number*

Print   Save As...   Reset