## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al*., | |
| Plaintiffs, | Case No. 1:21-cv-03354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| RUDOLPH W. GIULIANI, | |
| Defendant. | |

## DECLARATION OF MERYL C. GOVERNSKI IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY, <u>FOR ATTORNEYS' FEES AND COSTS, AND FOR SANCTIONS</u>

I, Meryl C. Governski, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1.     I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2.     I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above captioned case, and submit this Declaration in support of the Reply in Support of Plaintiffs' Motion to Compel Discovery, for Attorneys' Fees and Costs, and for Sanctions.

3.     To date, Defendant Giuliani has produced at least 5 documents including an email address with a "@giulianipartners.com" extension.  One such document includes an email from an external sender to press@giulianipartners.com regarding the Watson Affidavit that directly refuted Defendant Giuliani's claims of fraud at State Farm Arena.

4.     Pursuant to the Court's Standing Order 5b, attached is an index of the exhibits that are listed below.

5.     Attached as Exhibit 1 is a true and correct copy of a redacted text message from Christina Bobb to Defendant Giuliani dated December 5, 2020 which was produced by Christina Bobb.

6.      Attached as Exhibit 2 is a true and correct copy of a text message chain between Christina Bobb and Defendant Giuliani dated December 4, 2020 bearing Bates No. BOBB_FM_0350 which was produced by Christina Bobb.

7.      Attached as Exhibit 3 is a true and correct copy of a redacted Instagram message between Christina Bobb and Defendant Giuliani dated August 17, 2022 which was produced by Christina Bobb.

8.      Attached as Exhibit 4 is a true and correct copy of a transcript excerpt of Defendant Giuliani's deposition transcript in this action, dated March 1, 2023.

9.      Attached as Exhibit 5 is a true and correct copy of an email from Joe Sibley to Annie Houghton-Larsen dated April 27, 2023.

10.     Attached as Exhibit 6 is an email chain dated December 13-14, 2020 regarding a draft statement to state electors including Defendant Giuliani which was produced by a third party.

11.     Attached as Exhibit 7 is a true and correct copy of an email dated December 2, 2020 between Defendant Giuliani and others regarding a meeting in Georgia bearings Bate No. BOBB_FM_0016 which was produced by Christina Bobb.

12.     Attached as Exhibit 8 is true and correct copy of a declaration of Yaniv Schiff of Consilio.

13.     Attached as Exhibit 9 is a true and correct copy of a transcript excerpt of the March 21, 2023 discovery hearing in this action.

14.     I declare under penalty of perjury that the foregoing is true and correct.


Executed on May 8, 2023.


                                        /s/ *Meryl C. Governski*
                                        WILLKIE FARR & GALLAGHER LLP
                                        MERYL C. GOVERNSKI
                                        1875 K Street, #100
                                        Washington, DC 20006

Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com

***Attorney for Plaintiffs Ruby Freeman and
Wandrea' Moss***