# EXHIBIT 1

| Direction | Source | Type | Time stamp (New York) | Text | From | To | Coordinates | Details | Attachment |
|---|---|---|---|---|---|---|---|---|---|
| Outgoing | Apple Messages | iMessage | 12/5/2020 22:18 | | Christina Bobb <+16199778100> | Rudy Giuliani <+19179513862> | N/A | | |

BOBB_FM_0006