# EXHIBIT 2

| Direction | Source | Type | Time stamp (New York) | Text | From | To | Coordinates | Details | EXIF | XMP | IPTC | Metadata | VCard | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming | Apple Messages | iMessage | 12/4/2020 13:41 | Send Bowers tape of theft. | Rudy Giuliani <+19172979169> | +13037209374, +19172979169 <iMessage;+;chat370227160746050303> | N/A | Source file: /private/var/mobile/Library/SMS/sms.db  Source file size: 325 MB  Source table: Message, Chat  Read (New York): 12/04/2020 01:42:14 PM (UTC-5)  Status: Read  Remote party: +13037209374, +19172979169 | | | | | | |
| Outgoing | Apple Messages | iMessage | 12/4/2020 13:42 | The GA suitcase tape? | Christina Bobb <+16199778100> | +13037209374, +19172979169 <iMessage;+;chat370227160746050303> | N/A | Source file: /private/var/mobile/Library/SMS/sms.db  Source file size: 325 MB  Source table: Message, Chat  Status: Unread  Remote party: +13037209374, +19172979169 | | | | | | |
| Outgoing | Apple Messages | iMessage | 12/4/2020 14:12 | I just sent it | Christina Bobb <+16199778100> | +13037209374, +19172979169 <iMessage;+;chat370227160746050303> | N/A | Source file: /private/var/mobile/Library/SMS/sms.db  Source file size: 325 MB  Source table: Message, Chat  Status: Unread  Remote party: +13037209374, +19172979169 | | | | | | |