# EXHIBIT 3

# Chats

## Private



BOBB_FM_0006