# EXHIBIT 4

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-------------------------------x

RUBY FREEMAN and

WANDREA MOSS,

        Plaintiffs,

  v.              Civil Action No.

                  21-3354 (BAH)

RUDOLPH W. GIULIANI,

        Defendant.

-------------------------------x

DEPOSITION OF RUDOLPH W. GIULIANI

March 1, 2023

Reported by:

MARY F. BOWMAN, RPR, CRR

JOB NO. 5786854

| | Page 30 | | Page 32 |
|---|---|---|---|
| 1 | Giuliani | 1 | Giuliani |
| 2 | A. I do. | 2 | Q. You own the company. |
| 3 | Q. And I believe you also have | 3 | A. Giuliani Communications LLC owns |
| 4 | different accounts on different social | 4 | it. |
| 5 | media platforms -- | 5 | Q. Giuliani Communications LLC? |
| 6 | A. Yes, sir. | 6 | A. Right. |
| 7 | Q. -- that distribute those shows, | 7 | Q. Are you the sole member of that |
| 8 | is that right? | 8 | LLC? |
| 9 | A. Yes, sir. | 9 | A. I am. |
| 10 | Q. I know you have one podcast | 10 | Q. And is there a distribution |
| 11 | called "Common Sense," is that right? | 11 | agreement that you have with any media |
| 12 | A. Yes, sir. | 12 | companies for the podcast? |
| 13 | Q. Do you have others? | 13 | A. Yes. |
| 14 | A. Well, I sort of -- you could say | 14 | Q. And is it fair to say you |
| 15 | so. | 15 | released hundreds of these podcasts at this |
| 16 |   Want me to describe them all to | 16 | point in time? |
| 17 | you? | 17 | A. Almost 300, yeah. |
| 18 | Q. Yes, please. | 18 | Q. Do you get compensated on a |
| 19 | A. I have a list. It might be | 19 | per-show basis? |
| 20 | easier. | 20 | A. For advertising. |
| 21 |   I have a podcast -- really, it's | 21 | Q. For advertisements. |
| 22 | a video podcast because it's television and | 22 |   And so the advertisers who you |
| 23 | audio, and it's done twice a week, put out | 23 | read ads from or provide ad content will |
| 24 | on a Wednesday and a Friday. And it's put | 24 | pay a fee to -- |
| 25 | out on -- if not all, most of the video -- | 25 | A. Pay -- |
| | Page 31 | | Page 33 |
| 1 | Giuliani | 1 | Giuliani |
| 2 | possibly all of the video podcasts and most | 2 | Q. Go ahead. |
| 3 | of the audio. | 3 | A. -- per-view basis, right. |
| 4 |   So that's about 12. It goes out | 4 | Q. Okay. |
| 5 | on 12 different -- so you can get it on | 5 |   Do you have any sense of the |
| 6 | YouTube. You can get it on Rumble. You | 6 | total revenue -- let's start in 2020. |
| 7 | can get it on Spike. You can get it on -- | 7 |   Do you have any sense of the |
| 8 | that's done twice a week. It's usually | 8 | total revenue that your podcast or your LLC |
| 9 | anywhere from 35 minutes to an hour, and | 9 | derived from advertisements in around 2020? |
| 10 | it's either a monologue about an issue or | 10 | A. I really would rather look and |
| 11 | two or an interview -- interview session -- | 11 | tell you rather than guess at it. |
| 12 | Q. Is it fair to say -- | 12 |   That was the year I started it. |
| 13 | A. -- about a particular issue | 13 | It was a very inconsistent year. It |
| 14 | rather than a group of things. | 14 | started very low. It became very -- I |
| 15 | Q. Okay. | 15 | mean, it ranged at the beginning from 8,000 |
| 16 |   Do you pick the issues that you | 16 | to ultimately over a million people, which |
| 17 | cover? | 17 | would reflect the revenue, of course. |
| 18 | A. Most of the time. | 18 |   I don't -- I don't recall the |
| 19 | Q. Do you have a producer? | 19 | revenue. But it's in my tax returns. |
| 20 | A. I do. | 20 | Q. Fair enough. |
| 21 | Q. Is there an agreement that -- | 21 |   But fair to say you have records |
| 22 | sorry. Withdraw that. | 22 | that would show the revenues derived from |
| 23 |   Is there a company that owns the | 23 | your podcast? |
| 24 | podcast? | 24 | A. I have records from -- for sure, |
| 25 | A. I do. | 25 | for 2020. Yeah. |

9 (Pages 30 - 33)