# EXHIBIT 5

| | |
|---|---|
| **From:** | Joe Sibley |
| **To:** | Houghton-Larsen, M Annie |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; John Langford; MacCurdy, Maggie |
| **Subject:** | Re: Freeman v Giuliani - Undisclosed Repositories |
| **Date:** | Thursday, April 27, 2023 5:04:38 PM |

*** EXTERNAL EMAIL ***

Annie, see below.

On Wed, Apr 26, 2023 at 7:30 PM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> Plaintiffs have repeatedly requested that Defendant identify all repositories of information containing information potentially responsive to Plaintiffs' requests and for all methods of communication used during the relevant time period (including applications, phone numbers and email addresses) and for Defendant to produce all documents responsive to Plaintiffs' requests, including moving to compel on this issue.   Defendant has represented that he has identified all repositories of information and all methods of communication.  However, Plaintiffs have recently received documents and information that demonstrate that Mr. Giuliani was using certain methods of communications to discuss topics relevant and responsive to Plaintiffs' RFPs.
>
> These methods of communication include the following:
>
> - 9179513862 (phone number)

Rudy reports this one one of the phones seized by the DOJ that is now inoperable.

> - 
> - 2129317301 (phone number)

This was a landline.

> - 
> - @therudygiuliani (Instagram handle)

Still checking on this.

> - 
>
> Please explain why Defendant failed to identify these methods of communication and explain whether Defendant Giuliani has searched these repositories of information and, if not, why not.

Thanks,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.