# EXHIBIT 6

| | |
|---|---|
| Message | |
| From: | Tim Murtaugh [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=198fbe1c8a85424bb44c85b85e206a13-tmurtaugh] |
| Sent: | 12/14/2020 5:23:02 PM |
| To: | Jason Miller [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=9b819ed3574043feaa8e5b60c98bad5d-jmiller]; Eric Herschmann ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Justin Clark [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=77ae30de58464c3d895e05b16de19c32-jclark] |
| Subject: | Re: [EXTERNAL]Re: Electors statement |

Any update on this?

---

**From:** Jason Miller <jmiller@donaldtrump.com>
**Sent:** Monday, December 14, 2020 10:09:55 AM
**To:** Eric Herschmann <▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Justin Clark <jclark@donaldtrump.com>; Tim Murtaugh <tmurtaugh@donaldtrump.com>
**Subject:** Fwd: [EXTERNAL]Re: Electors statement

Please see below. Statement on hold until further notice, pending Rudy's talk with the President.

Additionally, I just got this inquiry from Bloomberg, in case you didn't see Stephen Miller on Fox this AM:

"Stephen Miller said this morning on Fox that an "alternate slate of electors" will send results up to Congress. Trying to get more clarity. You all having your own electoral vote?"

Begin forwarded message:

> **From:** Boris Epshteyn <bepshteyn@donaldtrump.com>
> **Date:** December 14, 2020 at 9:55:47 AM EST
> **To:** Jason Miller <jmiller@donaldtrump.com>
> **Subject: Re: [EXTERNAL]Re: Electors statement**
>
> Hey my man - Mayor going to discuss with POTUS and if they decide it should go, thinking we'll put it out as we have other statements?
>
> Can you give me a call on something else?
>
> Best,
>
> Boris Epshteyn
>
> Strategic Advisor
>
> **Donald J. Trump for President, Inc.**
>
> Cell: ▮▮▮▮▮▮▮▮▮▮
>
> --
> Please Note: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please



advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.

On Dec 14, 2020, at 9:51 AM, Jason Miller <jmiller@donaldtrump.com> wrote:

What's your plan here?

Begin forwarded message:

> **From:** Rudolph Giuliani <███████████████>
> **Date:** December 13, 2020 at 10:09:42 PM EST
> **To:** Boris Epshteyn <bepshteyn@donaldtrump.com>
> **Cc:** Jason Miller <jmiller@donaldtrump.com>, Jenna Ellis <jenna.ellis.esq@gmail.com>, maria.ryan@giulianipartners.com
> **Subject: Re: [EXTERNAL]Re: Electors statement**
>
> Looks good to me.
>
> On Sun, Dec 13, 2020 at 9:32 PM Boris Epshteyn <bepshteyn@donaldtrump.com> wrote:
>> Good evening, Mayor - as discussed, am bumping the draft statement to the top of your inbox.
>>
>> "On December 14th, the states of Arizona, Nevada, Wisconsin, Michigan, Pennsylvania, and Georgia are appointing Democrat electors to cast their votes for Biden. Each one of these states has clearly demonstrable evidence of voter fraud significant enough to change the outcome of the election.
>>
>>   * Pennsylvania counted more than 700,000 ballots illegally and in secret.
>>   * Georgia has video evidence of 30,000 illegal ballots cast after the observers were removed.
>>   * Michigan had over 500,000 ballots cast without observation and 71% of Wayne County precincts could not reconcile their books.
>>   * Wisconsin has over 243,000 ballots cast by potential ineligible voters.
>>    * In Nevada, 40,000 people voted twice.
>>    * Arizona tallied more than 500,000 ballots without any observation.
>>
>> In addition to these basic violations of state law, the Dominion software and voting data shows mathematical impossibilities with spikes for Biden faster than the machines' ability to process.

Each of these elections were fraudulent, and irredeemably compromised because of foul play. The only honest thing we can say about the elections in these states is that they are fraudulent.

Our system requires the 50 states to participate in the Electoral College process to select our President. When at least six states intentionally break the rules, this impacts the outcome and every states' voters, and is a violation of the U.S. Constitution.

Any statement signed by Democrat electors from these six states claiming that they are properly appointed to cast a vote for Biden in the Electoral College is a false statement and Congress should not accept them. - Trump Legal Team"

Best,


Boris Epshteyn

Strategic Advisor

**Donald J. Trump for President, Inc.**

Cell: ███████████

--
Please Note: The information in this email is confidential and may be legally privileged. If you are not the intended recipient, you must not read, use or disseminate the information; please advise the sender immediately by reply email and delete this message and any attachments without retaining a copy. Although this email and any attachments are believed to be free of any virus or other defect that may affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use.

> On Dec 13, 2020, at 6:02 PM, Christina Bobb <christina@cgbstrategies.com> wrote:
>
> On December 14th, the states of Arizona, Nevada, Wisconsin, Michigan, Pennsylvania, and Georgia are appointing Democrat electors to cast their votes for Biden. Each one of these states has clearly demonstrable evidence of voter fraud significant enough to change the outcome of the election.
>
>   * Pennsylvania counted more than 700,000 ballots illegally and in secret.

XXM-0019419

   * Georgia has video evidence of 30,000 illegal ballots cast after the observers were removed.

   * Michigan had over 500,000 ballots cast without observation and 71% of Wayne County precincts could not reconcile their books.

   * Wisconsin has over 243,000 ballots cast by potential ineligible voters.

   * In Nevada, 40,000 people voted twice.

   * Arizona tallied more than 500,000 ballots without any observation.

In addition to these basic violations of state law, the Dominion software and voting data shows mathematical impossibilities with spikes for Biden faster than the machines' ability to process.

Each of these elections were fraudulent, and irredeemably compromised because of foul play. The only honest thing we can say about the elections in these states is that they are fraudulent.

Our system requires the 50 states to participate in the Electoral College process to select our President. When at least six states intentionally break the rules, this impacts the outcome and every states' voters, and is a violation of the U.S. Constitution.

Any statement signed by Democrat electors from these six states claiming that they are properly appointed to cast a vote for Biden in the Electoral College is a false statement and Congress should not accept them.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender

immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

XXM-0019421