# EXHIBIT 7

| | |
|---|---|
| Date: | Wed, 2 Dec 2020 9:43:50 PM (UTC) |
| Subject: | GA Witness List & Affidavits |
| From: | Christina Bobb <christina@cgbstrategies.com> |
| To: | Rudy Giuliani <rhelen0528@gmail.com>; Boris Epshteyn <bepshteyn@donaldtrump.com>; Jenna Ellis <jenna.ellis.esq@gmail.com>; Bernie Kerik <private@bernardkerik.com>; Katherine Friess <kfriess@protonmail.com>; |
| CC: | mirnatarraf@hotmail.com; |
| Attachments: | Dana Smith Affidavit .pdf; Susan Voyles Affidavit .pdf; Bridget Thorne Affidavit .pdf; Mark Amick Affidavit-day access.pdf; Mark Amick Affidavit-recount .pdf; Mark Amick Affidavit-tabulation process.pdf; Scott Walter.pdf |

Good afternoon, Team,
Here's the witnesses and affidavits for tomorrow's meeting in GA.  Let me know if you have questions.
Respectfully,
Christina

619.977.8100

**From:** "Ray S. Smith, III" <rsmith@smithliss.com>
**Date:** Wednesday, December 2, 2020 at 4:40 PM
**To:** Christina Bobb <christina@cgbstrategies.com>
**Subject:** Witness List


As discussed, here are the witnesses that are trying to get for tomorrow.
-Suzie Voyles
-Bridget Thorne
-Mark Amick
-Dana Smith

These people all show different violations and have different stories to tell so we can have a wide array of witnesses.

**Does not pertain to alleged election fraud occurring at the State Farm Arena.**

Ray S. Smith III
Partner

SMITH & LISS, LLC
Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Direct: (404)760.6006
Main: (404) 760.6000
Facsimile: (404) 760.0225
rsmith@smithliss.com

NOTICE: This e-mail correspondence, including any attachment, is being sent by or on behalf of an attorney, is intended exclusively for the designated recipient(s) in the "To", "Cc" and "Bcc" lines of this e-mail and may contain confidential, privileged or other legally protected information.  If you are not a designated recipient of this e-mail correspondence, you are not authorized to read, print, retain, copy, disseminate or rely upon this e-mail correspondence in whole or in part.  If you have received this e-mail correspondence in error, please notify the sender by reply e-mail and delete or destroy all copies of this message and attachments in all media.  NO DUTIES ARE INTENDED OR CREATED BY THIS COMMUNICATION.  If you have not executed a fee agreement or engagement letter, this firm does NOT represent you as your attorney.  You are encouraged to retain counsel of your choice if you desire to do so.  All rights of the sender for violations of the confidentiality and privileges

applicable to this e-mail correspondence and any attachments are expressly reserved. Pursuant to U.S. Treasury Department Circular 230, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding any tax-related penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any tax-related matter addressed herein.  Thank you.

BOBB_FM_0016.002