# EXHIBIT 9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
RUBY FREEMAN, et al.                  ) Civil Action
                 Plaintiffs,          ) No. 21-3354
vs.                                   )
                                      )
RUDOLPH GIULIANI,                     ) March 21, 2023
                 Defendant.           ) 9:42 a.m.
                                      ) Washington, D.C.
    \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**TRANSCRIPT OF DISCOVERY HEARING**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**


FOR THE PLAINTIFFS: MICHAEL J. GOTTLIEB
                    MARIE ANNIE HOUGHTON-LARSEN
                    Willkie Farr & Gallagher, LLP
                    1875 K Street, NW
                    Washington, DC 20006
                    (202) 303-1442
                    Email: mgottlieb@willkie.com


FOR THE DEFENSE:    JOSEPH D. SIBLEY, IV
                    Camara & Sibley LLP
                    1108 Lavaca St
                    Austin, TX 78701
                    (713) 966-6789
                    Email: sibley@camarasibley.com



Court Reporter:     Elizabeth Saint-Loth, RPR, FCRR
                    Official Court Reporter

       This hearing was held via videoconference and/or
   telephonically and is, therefore, subject to the limitations
   associated with audio difficulties while using technology,
       i.e., overlapping speakers, static interference, etc.


              Proceedings reported by machine shorthand.
         Transcript produced by computer-aided transcription.

1    its face, suggests to me that plaintiffs may be right.

2                So I understand that -- I understand that

3    Mr. Giuliani has produced the 1269 documents produced to the

4    January 6th Committee; and he has also produced, apparently,

5    194 documents, and that -- as responsive.

6                So what -- is that it, Mr. Sibley?

7                MR. SIBLEY:  As far as the productions,

8    Your Honor, that is correct.

9                If I could give you the background of what

10   happened with our document issues because -- as the Court

11   may know -- I think it was April of 2021 -- Mr. Giuliani had

12   all of his electronic devices taken by the Department of

13   Justice; so that sort of captured what was on those devices

14   up until that point, which would have been the lion's share

15   of any relevant documents in this case.

16               So what we did was we went through all of his

17   documents, all of his paper files --

18               THE COURT:  Well, let's stop right there for a

19   second.

20               When Mr. Giuliani's electronic devices were seized

21   pursuant to a search warrant by the Department of Justice,

22   were they returned to him?

23               MR. SIBLEY:  They ultimately were returned,

24   Your Honor.  They were returned --

25               THE COURT:  So I, really, find that it is as I

1  searched.

2         MR. SIBLEY:  I understand.

3         THE COURT:  Is that clear, Mr. Sibley?

4         MR. SIBLEY:  Yes, Your Honor.

5         THE COURT:  All right.

6         If there is nothing further, you are all excused.

7  Thank you.

8         MR. SIBLEY:  Thank you, Your Honor.

9         MR. GOTTLIEB:  Thank you, Your Honor.

10        (Whereupon, the proceeding concludes, 10:52 a.m.)

11                      * * * * *

12                    **<u>CERTIFICATE</u>**

13        I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
   certify that the foregoing constitutes a true and accurate
14 transcript of my stenographic notes, and is a full, true,
   and complete transcript of the proceedings to the best of my
15 ability.

16        PLEASE NOTE:  This hearing was held via
   videoconference and is, therefore, subject to the
17 limitations associated with the use of technology, including
   but not limited to telephone signal interference, static,
18 overlapping speakers, signal interruptions, and other
   restrictions and limitations associated with remote court
19 reporting via telephone, speakerphone, and/or
   videoconferencing capabilities.

20
        This certificate shall be considered null and void
21 if the transcript is disassembled and/or photocopied in any
   manner by any party without authorization of the signatory
22 below.

23
        Dated this 30th day of March, 2023.
24
        /s/ Elizabeth Saint-Loth, RPR, FCRR
25      Official Court Reporter