AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Ruby Freeman et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 1:21-cv-03354 (BAH) |
| Rudolph W. Giuliani | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ruby Freeman and Wandrea ArShaye ("Shaye") Moss.

Date:   05/09/2023

/s/ Christine Kwon
*Attorney's signature*

Christine Kwon (CA Bar #319384)
*Printed name and bar number*

United to Protect Democracy
Gas Company Tower
555 West 5th Street, 35 Floor
Los Angeles, CA 90013
*Address*

christine.kwon@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*