# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>           *Plaintiffs*,<br><br>      v.<br><br>RUDOLPH W. GIULIANI,<br><br>           *Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

**DECLARATION OF JOHN LANGFORD IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ORDER PERMITTING PLAINTIFFS TO SERVE A RULE 45 SUBPOENA ON THIRD-PARTY JENNA ELLIS VIA ALTERNATIVE SERVICE AND AMENDING THE SCHEDULING ORDER TO PERMIT PLAINTIFFS TO TAKE THREE DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY**

I, John Langford, declare under penalty of perjury that the following is true and correct:

1. I am counsel for Ruby Freeman and Wandrea ArShaye ("Shaye") Moss ("Plaintiffs"). This declaration is based on my personal knowledge and upon information provided to me in my official capacity.

2. Attached as Exhibit 1 is a true and correct copy of an undated deposition subpoena to Ms. Ellis (the "Ellis Subpoena") that Plaintiffs request leave to serve by alternative means.

3. Attached as Exhibit 2 is a true and correct copy of Defendant's first amended initial disclosures, dated March 24, 2023.

4. Attached as Exhibit 3 is a true and correct copy of Defendant's second amended initial disclosures, dated April 7, 2023.

5. Attached as Exhibit 4 is a true and correct copy of an excerpt of Defendant's deposition transcript dated March 1, 2023.

6. Attached as Exhibit 5 is a true and correct copy of the Opinion Approving Stipulation to Discipline, *Colorado v. Ellis*, No. 23PDJ004 (Col. Mar. 8, 2023).

7. Attached as Exhibit 6 is a true and correct copy of an email chain between Kleinbard Counsel and counsel for Plaintiffs dated August 3, 2022 to December 14, 2022.

8. Attached as Exhibit 7 is a true and correct copy of an email chain between Kleinbard Counsel and counsel for Plaintiffs dated August 3, 2022 to April 28, 2023.

9. Attached as Exhibit 8 is a true and correct copy of an affidavit of due diligence from Plaintiffs' process server dated May 8, 2023.

10. Attached as Exhibit 9 is a true and correct copy of a tweet published by Jenna Ellis dated April 23, 2023.

11. Attached as Exhibit 10 is a true and correct copy of is a true and correct copy of an affidavit of due diligence from Plaintiffs' private investigator dated May 9, 2023.

12. Attached as Exhibit 11 is a true and correct copy of an email chain between counsel for Defendant and counsel for Plaintiffs dated April 28, 2023 to May 3, 2023.

13. Attached as Exhibit 12 is a true and correct copy of an email chain between Plaintiffs' private investigator and an individual at the United States Postal Service dated May 4, 2023 to May 8, 2023.

14. Attached as Exhibit 13 is a Request For Change of Address or Boxholder Information Needed for Service of Legal Process Form, dated May 8, 2023.

15. Attached as Exhibit 14 is a true and correct copy of a 30(b)(6) subpoena to Giuliani Partners LLC dated April 24, 2023.

16. Attached as Exhibit 15 is a true and correct copy of a 30(b)(6) subpoena to Giuliani Communications LLC dated April 24, 2023.

Dated: May 9, 2023

Atlanta, Georgia

*s/ John Langford*
**UNITED TO PROTECT DEMOCRACY**
John Langford*
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org