# EXHIBIT 1

AO 88A  (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Ruby Freeman et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   1:21-cv-3354 |
| Rudolph W. Giuliani | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To:                                                          Jenna Ellis

*(Name of person to whom this subpoena is directed)*

☑ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place:  Remote (via Zoom) | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method:    Stenographic and Video

☑ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:  See Schedule A.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  _____

|  | | |
|---|---|---|
| *CLERK OF COURT* | | |
| | OR | /s/ Meryl C. Governski |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Ruby Freeman et al
_____ , who issues or requests this subpoena, are:

Meryl C. Governski, Willkie Farr & Gallagher LLP, 1875 K Street, N.W., Washington, D.C., 20006; mgovernski@willkie.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:21-cv-3354

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❑ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❑ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3) *Quashing or Modifying a Subpoena.***

  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## SCHEDULE A

This subpoena for documents, including each individual Request for Documents (collectively, the "Requests"), shall be read and interpreted in accordance with the definitions and instructions set forth below.

## GENERAL DEFINITIONS

Plaintiffs incorporate by reference all the instructions, definitions, and rules contained in the Federal Rules of Civil Procedure ("FRCP") and for purposes of this Subpoena, the following definitions shall apply:

1.      Unless words or terms have been given a specific definition herein, each word or term used herein shall be given its usual and customary dictionary definition.

2.      The terms defined herein should be construed broadly to the fullest extent of their meaning in a good faith effort to comply with the FRCP.

3.      "And" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Requests all information that might otherwise be construed to be outside of their scope.

4.      "You," "Your," or "Yours" refers to Jenna Ellis and includes any persons or entities acting for Jenna Ellis or on Jenna Ellis's behalf, including but not limited to all representatives, servants, agents, employees, officers, affiliates, subsidiaries, parent companies, third parties, as well as any entities over which Jenna Ellis has control.

5.      "Communication" means, in addition to its customary and usual meaning, every contact of any nature, whether documentary, electronic, written or oral, formal or informal, at any time or place and under any circumstances whatsoever whereby information of any nature is transmitted or transferred by any means, including, but not limited to letters, memoranda, reports, emails, text messages, instant messages, social media, telegrams, invoices, telephone conversations, voicemail messages, audio recordings, face-to-face meetings and conversations, or

any other form of communication, and any Document relating to such contact, including but not limited to correspondence, memoranda, notes or logs of telephone conversations, e-mail, electronic chats, text messages on any platform, instant messages, direct or private messages, correspondence in "meet ups" or chat rooms, and all other correspondence on Social Media. Without limiting the foregoing in any manner, commenting as well as any act of expression that is not directed at a specific person, or otherwise may not be intended to provoke a response (such as a social media posting, "likes," "shares," or any other form of reacting to another's use of Social Media), are forms of communication.

6.      "Document" or "Documents" means documents broadly defined in Rule 34 of the FRCP and includes (i) papers of all kinds, including, but not limited to, originals and copies, however made, of letters, memoranda, hand-written notes,  notebooks, work-pads, messages, agreements, rough drafts, drawings, sketches, pictures, posters, pamphlets, publications, news articles, advertisements, sales literature, brochures, announcements, bills, receipts, bank checks, credit card statements, and (ii) non-paper information of all kinds, including but not limited to, any computer generated or electronic data such as digital videos, digital photographs, audio recordings, podcasts, Internet files (including "bookmarks" and browser history), word documents, note taken electronically, online articles and publications, website content, electronic mail (e-mail), electronic chats, instant messages, text messages, uploads, posts, status updates, comments, "likes", "shares", direct messages, all Social Media activity, or any other use of ephemeral communications services or Social Media, and (iii) any other writings, records, or tangible objects produced or reproduced mechanically, electrically, electronically, photographically, or chemically. Without limiting the foregoing in any way, every Communication is also a Document.

7.      "Relating to" means "concerning," "referring to," "describing," "evidencing," or "constituting."

8.      "Social Media" means any forum, website, application, or other platform on which

persons can create, transmit, share, communicate, or comment upon any information, ideas, or opinions, or otherwise engage in social networking, including but not limited to: Twitter, Rumble, Gab, MeWe, Periscope, Facebook, Discord, Reddit, Imgur, SnapChat, Instagram, Google+, 4chan, 8chan, Tumblr, Youtube, LinkedIn, Flikr, Reddit, Quora, Disquis, Slack, Whisper, Yik Yak, Medium, WordPress, WeChat, and instant messaging services such as Signal, WhatsApp, Facebook Messenger, Hangouts, Skype, Line, KakaoTalk, Telegram, CyberDust.   Without limiting the foregoing in any manner, and by way of example only, the following are Social Media activity: uploading, posting, commenting, reacting (e.g., "liking" a post), sharing, and communicating on comment sections of Social Media.

## SPECIFIC DEFINITIONS

1.      "Defendant Giuliani" refers to Rudolph W. "Rudy" Giuliani, the defendant in the above-captioned action.

2.      "Georgia" means the State of Georgia in the United States of America

3.      "Giuliani Legal Team" means individuals who assisted in Defendant Giuliani's post-election efforts including but not limited to Christina Bobb, Bernard Kerik, Katherine Friess, Phil Waldron, Jacki Pick, Burt Jones, or Maria Ryan.

4.      "Giuliani Strategic Communications Plan" refers to the document produced in the course of the January 6 Committee's investigation bearing the title "Strategic Communications Plan Giuliani Presidential Legal Defense Team" and which is located at this link (https://perma.cc/VP2S-CJMR) and attached hereto as Exhibit 1.

5.      "Plaintiffs" means Ruby Freeman and Wandrea ArShaye ("Shaye") Moss, the plaintiffs in the above-captioned matter.

6.      "2020 Presidential Election" means the election held on November 3, 2020, to determine the President of the United States of America, and of which President Joseph R. Biden Jr. was certified the winner by the House of Representatives on January 6, 2021.

7739400.6

## INSTRUCTIONS

A.      Your responses to the following Requests shall be based on all knowledge and information (whether or not hearsay or admissible) in Your possession, custody, or control.

B.      Produce all responsive documents in Your possession, custody, or control, regardless of whether such documents are possessed directly by You or persons under Your control, including Your agents, employees, representatives, or attorneys, or their agents, employees, or representatives.

C.      If no responsive documents exist for any particular requests, specifically state that no responsive documents exist.

D.      If any responsive document was, but is no longer, in Your possession, custody, or control, state the whereabouts of such document when last in Your possession, custody or control, state the date and manner of its disposition, and identify its last known custodian.

E.      Certify that Your production is complete and correct in accordance with specifications of the attached Certification that Response is Complete and Correct form provided as Exhibit 1.

F.      All Documents shall be produced in electronic form and shall include related metadata. Produce in TIFF or native format (i.e., Word documents as .DOC or .DOCX files, Outlook emails as .PST files, Excel spreadsheets as .XLS or .XLSX files, Adobe PDF documents as .PDF files). For all forms of electronically stored information, ensure that electronically stored information is provided in unencrypted form and free of password protection.

G.      Any alteration of a responsive document, including any marginal notes, handwritten notes, underlining, date stamps, received stamps, endorsed or filed stamps, drafts, revisions, modifications, and other versions of a document, is a responsive document in its own right and must be produced.

H.      In instances where two or more exact duplicates of any document exist, the most

legible copy shall be produced.

I.       In the event any Document or Communication is withheld on the basis of the attorney-client privilege, work product doctrine, or any other right to non-disclosure on any other basis, You shall produce a Privilege Log.

## DOCUMENTS TO BE PRODUCED

**DOCUMENT REQUEST NO. 1:**

All Documents and Communications relating to the Plaintiffs.

**DOCUMENT REQUEST NO. 2:**

All Documents and Communications relating to the claims in the Giuliani Strategic Communications Plan about Plaintiffs and/or Georgia including but not limited to all of the statements under the "Georgia" heading in the section purporting to include "Voter Fraud Highlights for the 2020 US Election."

**DOCUMENT REQUEST NO. 3:**

All Documents and Communications relating to a record or list of election fraud allegations concerning 2020 Presidential Election in Georgia, including but not limited to a summary document of election fraud allegations in Georgia that was maintained and/or updated by the Giuliani Legal Team, and versions of that document.

**DOCUMENT REQUEST NO. 4:**

All Documents and Communications relating to claims that Plaintiffs were caught on video passing a thumb drive(s), flash drive(s), or hard drive(s) between them on or around election day in November 2020.  This includes, but it not limited to any copies or links to such a video.

## EXHIBIT 1

## CERTIFICATION THAT RESPONSE IS CORRECT AND COMPLETE

I, _____ , certify as follows:

1.      The enclosed production of Documents and Communications were prepared and assembled under my personal supervision;

2.      The Documents and Communications contained in this production to the Subpoena are authentic, genuine and what they purport to be;

3.      Attached is a true and accurate record of all persons who prepared and assembled any productions and responses to the Subpoena, all persons under whose personal supervision the preparation and assembly of productions and responses to the Subpoena occurred, and all persons able competently to testify: (a) that such productions and responses are complete and correct to the best of such person's knowledge and belief; and (b) that any Documents produced are authentic, genuine and what they purport to be; and

4.      Attached is a true and accurate statement of those requests under the Subpoena as to which no responsive Documents were located in the course of the aforementioned search.


Signature: _____        Date: _____

Printed Name: _____

Address, e-mail and telephone number: _____

_____

_____

# Exhibit 1

# STRATEGIC COMMUNICATIONS PLAN

# GIULIANI PRESIDENTIAL LEGAL DEFENSE TEAM

## We Have 10 Days To Execute This Plan & Certify President Trump!

**GOAL**:  Nationwide communications outreach campaign to educate the public on the fraud numbers, and inspire citizens to call upon legislators and Members of Congress to disregard the fraudulent vote count and certify the duly-elected President Trump

**TIMELINE**:  Dec 27th - Jan 6th

**FOCUS OF CAMPAIGN:**

SWING STATE REPUBLICAN SENATORS – AZ, GA, MI, NV, PA, WI

REPUBLICAN MEMBERS OF THE HOUSE

REPUBLICAN MEMBERS OF THE SENATE

**ISSUES**:

**MASSIVE CORRUPTION IN THE ELECTION PROCESS LED TO A VOTE TALLY THAT IS FRAUDULENT**

- **Dead people voted**
- **Underage people voted**
- **Voters who voted numerous time**
- **Ineligible people voted**
    - Felons
    - Illegals
    - Those who were not Indefinitely Confined as defined by law (WI)
- **Overvote** – more people voted than were registered in their county – 400+% for example in one county
- **Vote Counting Illegalities**
    - Affidavits re: witnessed piles of the same ballots being counted repeatedly
- **Fraudulent Ballots**
    - Fulton County, GA, video of suitcases of fraudulent ballots
    - Affidavits re: witnesses noting pristine ballots – wrong paper type; not folded

- o Affidavits re: witnesses seeing ballots being dropped at counting facilities from unauthorized vehicles
- **Mail-in Ballots Fraud**
  - o No observation by Republican Officials to verify mail-in ballots' legitimacy
    - ▪ Requirements not verified: Name, Address, Signature, Date
  - o Ballots counted that did not have a security envelope
  - o Ballots counted before they were requested
  - o Ballots counter before thew were available or requested
  - o Illegal Ballot Harvesting via the Zuckerberg Boxes and elsewhere
- **Dominion Machines Fraud**
  - o Error rate outrageously beyond what is acceptable under FEC rules
  - o Rejection rate massively beyond standard levels
  - o Adjudication rate almost 100%
  - o Intentional Adjudication built into the software
    - ▪ "Adjudication" allows the machine algorithm or an Administrator to determine the "intent" of the voter and vote the ballot accordingly
      - • Adjudication has:
        - o No oversight
        - o No accountability
        - o No record (in many cases)
      - • Coffee County, GA, Clerk has a video to show how fraud can be easily done through Adjudication
  - o Dominion machines are live on the internet – per their own User Manual
  - o Dominion machines are profoundly easy to hack
    - ▪ VPN access
    - ▪ No oversight over changes with USB drives
    - ▪ Software is virtually open
  - o Proven Dominion fraud in Antrim County, MI
    - ▪ 61% Error Rate
    - ▪ 82% Rejection Rate
    - ▪ Non-existent records for Adjudication – only for 2020
    - ▪ Non-existent records for software security – only for 2020
    - ▪ Non-existent records for systems files – only for 2020
    - ▪ Votes PROVEN to have been moved throughout Central Lake Townships when ballots were re-run with a different software stick – VOTES CHANGED from the top of the ballot to the bottom
      - • No explanation given to the Clerk for re-running the ballots
      - • Proposition for the sale of marijuana changed from a loss to a win
  - o Dominion CEO Poulos lied throughout his testimony before the MI legislature in December 2020

- o Dominion has a reputation for stealing elections around the world
  - ▪ Dominion contains software from Venezuelan firm Smartmatic
    - • Smartmatic was founded and financed by Hugo Chavez to control voting out comes in Venezuela
    - • We have affidavits of witnesses who met with Maduro family members who said that this vote-theft technology is used to control his elections as well
- o Dominion is a foreign-controlled and foreign-owned company
- o Smartmatic is a foreign-controlled and foreign-owned company
- o Dominion has been decertified for use by the State of Texas
- o Dominion machines have a "poison pill" in their software that automatically deletes the records within the voting machines
- o Live-feeds of Dominion vote tallies show vote tallies in percentages
- **Election Officials' Illegal Actions**
  - o MI Secretary of State called for all Clerks to delete electronic voting data in violation of state law
  - o No Chain of Custody for USB drives for voting machines
  - o No Chain of Custody for mail-in ballots
  - o No Chain of Custody for voting machines themselves
  - o Election Official Ruby Freeman is seen surreptitiously & illegally handing off hard-drives ON CAMERA in the Georgia counting facility
  - o Various Secretaries of State removed the public posting of results on their websites days after the election
  - o Various officials have called for the destruction of ballots and/or envelopes in violation of record retention laws
  - o Secretary of State in GA forced counties to certify their vote when they were not able to determine the true vote count and did not want to certify


**WHAT WORKS TO PROVE THE ELECTION NUMBERS ARE RIGHT OR WRONG**

- Doing a forensic examination of the machines' software will determine if there is fraud
- Doing an analysis of the scanned images of the ballots
  - o This can show:
    - ▪ Illegal type of paper
    - ▪ Illegal type of ink
    - ▪ Mail-in ballots that were not folded (thus, not mailed)
- Signature verification by AI
- Envelope verification by AI
- Ballot vote counting by AI
  - o Can provide a proper tally

- o   Can detect if the ballot was filled in by a machine (illegal) vs. by hand
- Re-running ballots through the machines to see if the tallies match


**WHAT DOES *NOT* WORK TO PROVE RIGHT OR WRONG VOTE COUNTS**

- Hand recounts – they just recount fraudulent votes
- Signature verification by humans– very few can do this at a professional level
- Audits – they just take a percentage of total votes, and then recount the fraudulent votes
- Doing Nothing


**MESSAGING**:

- What do you elections officials have to hide?
- Why do you not want to have an investigation into a system that is known for vote fraud?
- How can you guarantee that no corruption of the vote took place?
- Why are American votes being counted by servers in foreign countries?
- Why are the voting machines not secure from hacking and manipulation by employees?
- Why is there no Chain of Custody record in place for mail-in ballots?
- How can you guarantee that corruption of the vote won't take place again?
  - o   Especially important for the GA Senate run-off
- Legislators:
  - o   What are you doing to prove no fraud happened?
  - o   How can votes be calculated in percentages? This is a clear indication of fraud.
  - o   Why do you not stand with the people of your state in demanding an investigation?
  - o   How can you certify an election that has PROVEN fraud in your state?
  - o   Why do you not stand up for America's founding principles?
  - o   Why are you not exercising your plenary powers, derived from the Constitution, to utilize your authority to vote the electors in the way you know the people of your state voted?
  - o   Why are you defending this corruption?
  - o   Why are you hiding this corruption?
- Citizens:
  - o   You must demand accountability from your state legislators
  - o   You must demand they exercise their plenary power to reverse this fraud
  - o   You must demand a thorough investigation of this corruption
  - o   You must Take Back Your Country from Corruption and Corrupt Officials
- Members of Congress:

- o   You simply CANNOT certify electors who are represent a fraudulent vote count
- o   You must vote the Will of the People
- o   You must take into consideration the vast number of proven fraudulent votes and back those out of the reported totals
- o   You simple cannot let America be stolen by a sophisticated plot to manipulate our vote totals by utilizing fraudulent and deceptive practices in our election
- EVERYONE:
  - o   ***YOU CANNOT LET AMERICA ITSELF BE STOLEN BY CRIMINALS – YOU MUST TAKE A STAND AND YOU MUST TAKE IT TODAY***

## MESSAGING TYPES

Daily Talking Points and Specific Fraud Numbers with Citations

Pre-written Tweets – multiple per day

Posts for Instagram – multiple per day

Radio Ads – flood the local airways in AZ, GA, MI, NV, PA, WI

Local TV Ads - flood the local airways in AZ, GA, MI, NV, PA, WI

Other

## CHANNELS TO DISSEMINATE MESSAGING

Presidential Tweets

Giuliani Team Tweets

Talk Radio

Conservative Bloggers

YouTube Influencers

Social Media Influencers

Local TV Stations `

- Targeting of local Legislators as most people watch their local news

Conservative Podcasts

Op/Eds in local papers - pre-written

OP/Eds for online publications

Conservative SM Influencers (see supporting document below for list)

College Republicans

Young Republicans

Trump Campaign Volunteers

Lawyers for Trump Members

Others

## CONTENT

Giuliani Team Voter fraud numbers (see supporting document below for details)

- Backed up by
    - o citations from Secretary of State's official numbers
    - o Live data feed records from election day
    - o Sworn affidavits from witnesses
    - o Videos of fraud
    - o Navarro Report on Dominion Voting Machines
    - o Navarro Report: Immaculate Deception
    - o Antrim County Report
    - o Tech Team analyses
    - o Fact Sheet on Dominion CEO lies during testimony

## KEY TEAM MEMBERS

Rudy Giuliani– Strategic Communications Plan Run by BK and KF

Media Advisors – SB, BE

Serrano Public Relations Team

Research Team – CR and SP

Influencer Outreach – TF

Tech Team – PW

Peter Navarro Team

Local Legal Teams in AZ, GA, MI, NV, PA, WI

Identified Legislative Leaders in each swing state

Freedom Caucus Members

## RALLIES AND PROTESTS

**Organize Events in AZ, GA, MI, NV, PA, WI**

Targets:

- Support for hearings
- Support for President Trump
- Protests at Local Officials Homes/Offices
- Protests at Governor's Mansions
- Protests at Lt. Governor's home
- Protests at Secretary of State's home
- Protests at weak Members' homes
- Protests in DC – Rally for Key House and Senate Members

**SUPPORTING DOCUMENTS:**

# VOTER FRAUD HIGHLIGHTS FOR 2020 US ELECTION

# Presented by the Giuliani Team

**ARIZONA**

**Margin: 10,000 votes**

- 12% of mail-in ballots were in need of adjudication
- Dominion said that the machines weren't connected to the internet, but we have an affidavit that says it was
- Illegals who voted – 36,400 estimated by pro-immigrant group (American Immigration Council estimates that 276,840 illegals are in AZ)
- Jury rolls, which would show illegals and felons, were pulled from public view within months of the election
- Uniform exclusion of Republicans from meaningful observation on mail-in ballots and adjudication
- 22,903 mail-in ballots received the day before the ballot was sent out
- 2000 voters registered to a vacant lot
- 150,000 people registered in Maricopa County after the registration deadline
- 103,000 ballots in Maricopa were sent for electronic adjudication – no Republican observation
- 50,000 votes loaded on ahead of the opening of the polls

**GEORGIA**

**Margin: 10,000 votes**

- Video of Ruby and Shay at midnight
  - That is the time of the 200,000 vote bump
    - Similar interruptions at same time in other states
  - No Watermain Break – a lie to get the Republican observers and media to leave at 10:30pm
- We are looking at machines in the Republican districts as the President ran 3-5% behind local legislators – and they do not believe that is possible
- Machines were connected at poll-pad and tabulator level, as we have testimony that the Denver help desk for Dominion worked on problems remotely
- Ware County demonstrated a 13%-point reduction from Trump with fractional votes and assigned to Biden for a 26% differential
- Coffee County Election Administrator shows how to manipulate cast ballots, change votes, and vote blank ballots as a function of the Dominion machine design and the electronic "Adjudication Process"
  - Coffee County could not replicate the ballot tallies after re-running them repeatedly, and thus did not certify their 15,000 votes
  - Gwinnett and Fulton County had a greater than 80% adjudication rate, where the administrator determines the voter "intent" with no oversight
    - 1 out of 250,000 is standard for inaccuracy

- **2,560 felons** with uncomplete sentences registered to vote and cast their vote; Geels 1 Para. 29

- **66,247 underage** people registered to vote and illegally voted; Geels 1 Para. 24

- **2,423 unregistered** people voted; Geels 1 Para. 12 (please note the number in the affidavits is about double what we cited in the petition. You'll need to ask Alex or Patrick Witt why that is).

- **4,926** registered voters who **registered to vote in another state** after their Georgia registration date voted; Braynard Para. 12, 19-20

- **395** people voted in Georgia and **also voted in another state**; Braynard Para. 14, 23-24

- **15,700** people voted in Georgia but **changed their address** before the election; Braynard Para. 12, 19-20

- **40,279** people voted who **failed to re-register** to vote in their new county in time after moving from one county to another; Davis Para. 25

- **1,043** people voted who illegally said a **post office box** was their residence; Braynard Para. 12, 21-22

- **98** people who **registered too late** to vote in the election; Geels 1 Para. 19

- **10,315** people who had **died** by the time of the election; Geels 1 Para. 28

o For <u>absentee ballots</u>:

- **305,701** absentee ballots were applied for **too early**; Geels 1 Para. 13

- **92** absentee ballots were cast and returned to the Secretary of State **before the voter actually requested** an absentee ballot; Geels 1 Para. 14

- **13** absentee ballots were sent to people who **weren't yet registered** to vote; Geels 1 Para. 22

- **2,664** absentee ballots were sent to voters **too early**; Geels 1 Para. 18

- **50** absentee ballots were cast and returned to the Secretary of State **before absentee ballots could even be sent** to voters; Geels 1 Para. 17

- At least **2** absentee ballots were cast even though the voter's **request for an absentee ballot was denied**. Geels 1 Para. 21

o The <u>historical rejection rate of absentee ballots</u> in Georgia:

- For the November 3 Presidential Election, **1,768,972** absentee ballots were mailed out by the Secretary of State. Geels 2 Para. 9

- Of those, **1,317,000** absentee ballots were returned (i.e., either accepted, spoiled, or rejected). Geels 2 Para. 9

- The number of absentee ballots returned in this election was **500% more** than for the 2016 General Election, and **400%** more than for the 2018 General Election. Geels 2 Para. 15

- Over a million more absentee ballots were returned than the 2016 and 2018 General Elections. Geels 2 Para. 9

- For the 2016 General Election, 6,059 absentee ballots were rejected, a **2.90%** rejection rate. Geels 2 Para. 10

- For the 2018 General Election, 7,889 absentee ballots were rejected, a **3.46%** rejection rate. Geels 2 Para. 10

- For this election, only 4,471 absentee ballots were rejected, a **0.34%** rejection rate, despite a nearly **sixfold increase** in the number of ballots returned.. Geels 2 Para. 12

  § Had the statutory procedure for signature matching, voter identity, and eligibility verification been followed for this election, we should have seen between **38,250 to 45,626 absentee ballots rejected - <u>far more that Mr. Biden's margin of victory</u>**. Geels 2 Para. 16\

- No Chain of Custody – 600,000
- 726,560 have moved mailing addresses with no change of address card – voted where
  o 275,050 have filed as moving out of the state but are still registered in GA
  o 17,000 are living outside of GA and voted in GA
- 96,600 mail-in ballots with no return record were counted

**WISCONSIN**

**Margin: 20,000 votes**

"Indefinitely Confined" Voters

- Total is 226,000 for 2020
- Usual is 20,000 previous – standardized list
- No early voting – absentee voting is intentionally difficult
- Indefinitely Confined has always been strictly administered, and was designed for nursing homes and home confinement
- Secretary of State tried to expand IC to include COVID
- WI Supreme Court ruled that COVID does not count as IC
- Secretary of State convinced 200,000+ to claim IC status anyway
- Court ruled again that this is illegal, and asked that those falsely claiming IC status be identified
- Our team has found 1,000s of IC-claiming individuals with active lifestyles on FaceBook

**MICHIGAN**

**Margin:  147,000 votes**

- Wayne County originally rejected certifying their vote because 71% of their reporting precincts didn't balance – only certified after threatening & doxing the Republican Board of Electors Members who declined certification
  - This means that less than 30% of their votes were accurate
  - Even the UN would not accept this rate in a third world country
- Antrim County forensics report
  - shows a 68% error rate (FEC legal maximum error rate is 0.0008%)
  - 81% rejection rate
  - Adjudication and Security records missing – a violation of state retention laws requiring records to be maintained for 22 months
- Secretary of State Jocelyn Benson sent a Board of Electors directive on 1 December to all Country Clerks telling them to delete all electronic records – in violation of state law records retention
- Republican Speaker Lee Chatfield called for a subpoena in Wayne County to examine the voting machines – with a due date of January 6th
- 17,367 Dead Voters – first, middle, last, date, obit

**OVERVOTE IN MICHIGAN BY TOWNSHIIP**

| Precinct/Township | % Turnout |
| --- | --- |
| City of North Muskegon | 781.91% |
| Zeeland Charter Township | 460.51% |
| Grout Township | 215.21% |
| City of Muskegon | 205.07% |
| City of Detroit | 139.29% |
| Spring Lake Township | 120.00% |
| Greenwood Township | 100.00% |
| Hart Township | 100.00% |
| Leavitt Township | 100.00% |
| Newfield Township | 100.00% |
| Otto Township | 100.00% |
| Pentwater Township | 100.00% |
| Shelby Township | 100.00% |
| Shelby Township | 100.00% |
| Weare Township | 100.00% |
| City of Hart | 100.00% |
| Grand Island Township | 96.77% |
| Tallmadge Charter Township | 95.24% |
| Fenton | 93.33% |
| Bohemia Twp | 90.63% |
| Zeeland Charter Township | 90.59% |

**PENNSYLVANIA**

**Margin: 68,000 votes**

- 682,777 mail-in votes were counted without a single Republican viewing and verifying the ballots, names, signatures, addresses, dates
- Secretary of State election results removed from the internet
- Primary – 1.98m mail-in votes sent out, 2.4m mail-in votes counted
- Mail-in Ballots Retuned: 1,462,302
- Mail-in Ballots Not Returned: 360,846
- Mail Ballots Returned Before Mailed Date: 22,686
- Mail Ballots Returned on Same Day They Were Mailed: 32,591
- Mail Ballots Processed for Confirmed **Dead**: 8,021
- Mail Ballots Mailed Before They Were Requested: 4,894
- Mail Ballots Processed Before They Were Requested: 735

## TAKE-AWAYS:

- Give us access to the voting machines for forensics analyses to determine the accuracy of the vote, and the legitimacy of the ballots
    - Our review can determine valid paper, creases from folding for mailing, ink type, whether ballot was filled out by hand or machine
- Help educate Governors and Legislators as to the extent of the proven fraud
- Support citizens' protests coming in the next two weeks against state officials
- Support our duly-elected President – we WILL win this battle against fraud!

**SM CONSERVATIVE INFLUENCERS**
**Compiled by Christos Makridis and Soula Parassidis**

Big names:
1. Candace Owens (YouTube 747k, Instagram 3 million, Twitter 2.8 million)
2. Charlie Kirk (YouTube 356k, Twitter 1.9 million, Instagram 1.5 million)
3. Hodge Twins (YouTube 1.69 million subs, Instagram 2.3 million)
4. Officer Tatum (YouTube 1.43 million, Instagram 748k, Twitter 611k)
5. Ben Shapiro (YouTube 2.5 million, Instagram 2.5 million)
6. PragerU (YouTube 2.85 million, Instagram 1.5 million)
7. Dave Rubin (YouTube 1.46 million, Instagram 176k)
8. Daily Wire (YouTube 2.44 million, Instagram 1 million)
9. Students for Trump - Ryan Fournier, (Twitter 1.1 million, Instagram 318k)
10. The Majority Report (Sam Seder)  (YouTube 993k, Twitter 168k)
11. Steven Crowder (YouTube 5 million, Twitter 1.3 million)
12. Mark Levin (Twitter 2.8 million)

Medium:
10. Eric Metaxas (YouTube 186k, Twitter 129k, Instagram 16k)
11. Brandon Straka - "Walk Away" (YouTube 219k, Personal Twitter 665k, Instagram 191k)
12. Michael Knowles (YouTube 370k, Instagram 158k)
13. Ron (@codemonkeyZ) (475k Twitter)

Small:
13. Stop the Fraud (Rod) - (Twitter 135k)
14. Hey Jude (Twitter 148k)
15. AMErikaGIRL (Twitter 205k)
16. Bradley Scott (Twitter 281k)
17. Juanita Broaddrick (Twitter 484k)
18. Melissa Tate (Twitter 524k)
19. John Kiss my Bot (Twitter 199k)
20. Adam Corolla (YouTube 142k)
21. Trish Regan (YouTube 26.4K, Twitter 745.3K)

Micro:
22. Sara Eaglesfield (Twitter, 24k)
23. Cultural Husbandry (Twitter 30k)
24. Alison Morrow (YouTube 78K, Twitter 3.5K)

TIKTOK*** WE have to use TIKTOK!! Content goes VIRAL here like no other platform!!!!! And there are MILLIONS of Trump supporters! It would be amazing if POTUS would use the platform actually - he'd have the biggest account EVER
20. Conservative Ant (Vito) (574k followers)
21. Conservative Barbie (846k followers)

22. Republican Hype House (1.5 million)
23. Dr. Sara Lorei (86k - fewer followers but she does an amazing Kamala Harris impression)
24. Matt Convard (young guy, very logical and articulate, 190k followers)
25. Adam Calhoun (949k) (musical artist, hilarious but swears a lot, rough persona but I think it will connect with many people)
26. Bryson Gray (213k TIKTOK, 111k YT) - "Donald Trump is your President" - amazing song!!! All his songs for Trump are incredible!
27. Emmanuel Harouno (279k) - he uses green screen a lot to simply react to facts that are put out, very high engagement and super sympathetic.
28. The Republican Girls (367k)
29. Damani Bryant Felder (239k, very funny and extremely high engagement)

## TOP 10 WORST FRAUD INCIDENTS BY STATE
## Prepared by JaNelle Cobb, TX Attorney, Lawyers for Trump, as of 12/19/20

***ALL States with Dominion Voting Systems ("DVS")*:**

**Colonel Phil Waldron** [*state credentials*] - Expert testimony and IT data for evidence of increased Internet traffic on (11/03/20) between US and Germany, Spain, Canada [*need to confirm countries*] and connectivity of Dominion Voting Systems to Internet.

**Dr. Shiva Ayyadurai** [*state credentials* - MIT PhD (multiple degrees), inventor of email] - Expert testimony with mathematical analysis and graphs proving statistical certainty of algorithm used to automatically steal percentage of votes from Trump and given to Biden, emphasizing mathematical impossibility to have decimal point totals in a "one person, one vote" calculation.

**Stopped Count** - All swing states stopped counting at approximately the same time on the night of Election Day (11/03/20), which correlates to time of "ballot stuffing" based on evidence and supports expert findings that preset algorithm in DVS machines were broken by underestimated large turnout of Trump voters.

***AZ, GA and PA*:**

**Bobby Piton** [*state credentials* (mathematician and chartered financial analyst)] - Expert testimony and mathematical calculations to confirm blatant voter fraud based on incontrovertible evidence in statistical analyses of official government records on voter data.

According to Twitter post, as of 12/18/20, Piton has statistical findings for AZ, GA and PA. Needs contact of person to perform the same for MI and WI).

### Top 10 Worst Fraud Incidents

**ARIZONA**

1. **Dominion Voting Systems** - Based on results of the forensic audit of DVS machines in Antrim County, Michigan, the AZ state legislature obtained a subpoena for ALL DVS machines in Maricopa County, AZ to be confiscated and forensically audited with results due on (12/18/20). Board of Supervisors refused to comply and is attempting to quash subpoena to prevent the results to be shown to We The People, who are *entitled* to the results as those in authority over the Board of Supervisors AND the state legislatures per the US Constitution.

   ***Please Note*** - AZ state legislature may be reminded of authority via Article II, Section 2, Clause 2 of US Constitution to decertify votes NOW, as Board of Supervisors' refusal to comply with subpoena and efforts to quash are evidence of guilt, essentially an admission (as will be true if WHEN the machines are audited information on the machines has been deleted).

2. **"Glitches" Reported** - [See: https://www.breitbart.com/politics/2020/11/07/rep-gosar-calls-on-az-officials-investigate-the-accuracy-of-the-dominion-ballot-software-after-reports-of-glitches/].

3. **Bobby Piton** - Analyzed official government records on voter data in AZ and found up to 300,000 fake people voted in AZ. [See: https://welovetrump.com/2020/12/01/twitter-suspends-bobby-piton-while-he-gave-his-witness-report-at-legislature-hearings-in-arizona/].

4.  **Poll Challenger Exclusion** - On (11/04/20), morning after Election Day, GOP (and possibly Independent) Poll Challengers (or Watchers depending on title in PA) were prohibited entry into counting location and corralled.

5.  **"Sharpie Gate"** - Voters told to use sharpies and not pens to ensure votes did not count. [See Video: https://www.youtube.com/watch?v=R-2YZqAzw2A&feature=youtu.be and Receipt: https://www.dropbox.com/s/d4x38y8oot7phsc/123669205_786112478612590_210442077159 1550005_o.jpg?dl=0].

6.  **Ballot Harvesting -** AZ woman investigated for voter fraud after video shows offering to mail ballots [See: https://www.msn.com/en-us/news/crime/arizona-woman-investigated-for-voter-fraud-after-video-shows-her-offering-to-mail-people-s-ballots/ar-BB1akHlA].

7.  **Dead "Voted"** - Applies to ALL swing states. [See:https://www.thegatewaypundit.com/2020/11/searching-voter-rolls-dead-voters-try-social-security-death-master-file/]

*Nos. 8 to 10 - to be supplemented* **MICHIGAN**

1.  **Audit Results of Antrim County** - 68% error rate of DVS machines. DVS designed to commit election fraud [See: video of GA demonstration of DVS machines as evidence of intentional design for error rate to easily manipulate ballots in adjudication process].

2.  **Ballot Dump** - On (11/04/20), at or around 4 AM the morning after Election Day, multiple eyewitnesses observed vans pull up and unload approximately multiple boxes of ballots, totaling about 138,000 ballots, all reportedly for Biden (many without down-ballot votes), which were placed in the tabulation machines and counted without the requisite attendance of GOP Poll Challengers and received AFTER the cutoff period as required by state legislature - 8 PM (or 9 PM if include grace period) on Election Day (11/03/20). [See Chart: 138,339 Biden Votes Found - No Votes for Trump: https://www.dropbox.com/s/gh6wo8kduhu5nw1/123635090_10102264646138494_47979090 69374599873_n.jpg?dl=0]

3.  **#DetroitLeaks** - Video taken of training by state employee to Poll Workers on how to lie to voters, destroy ballots, and stop Poll Challengers, evidence of pre-planned coordinated effort to commit voter / election fraud [See FULL VIDEO: https://rumble.com/vaxwob-detroit-leaks-video-was-taken-down-from-screwtube.html]. Publisher of video, reporter Shane Trejo, threated with Cease and Desist Order and criminal prosecution by AG Nessel if video was not scrubbed from Internet [See:https://www.thegatewaypundit.com/2020/11/crazed-vicious-michigan-ag-threatens-criminally-charge-gop-lawmakers-meeting-trump-stolen-election/].

4.  **Multiple Ballots with Same Signature** - Video of MI SOS official directing volunteers to count "multiple ballots with very same signature" during "audit" of votes in Antrim County, MI. [See:https://www.thegatewaypundit.com/2020/12/mi-sec-state-official-caught-video-telling-volunteers-count-multiple-ballots-signature-audit-votes-antrim-county/]

5.  **Poll Challenger Exclusion** - On (11/04/20), morning after Election Day, at TCF Center (locally a/k/a, "Cobo Hall"), GOP and Independent Poll Challengers were prohibited entry by threats, violence (some pushed, one GOP Poll Challenger arrested - ***SHOW*** *video of James Frego arrested while Poll Watchers cheered, as posted on Twitter and shown on Hannity*) and deception (told

maximum reached when only or most Poll Challengers inside were Democrats). The few GOP and Independent Poll Challengers inside TCF Center for limited time permitted were not permitted to be within 6 feet of ballot counting, in direct violation of recent MI court case overriding COVID-19 as excuse, which was known by Poll Workers but trained to ignore.

6. **Back Dating** - Poll Workers, including Jessy Jacob, provided affidavits of supervisor(s) ordering Poll Workers to backdate documents on or before Election Day (11/03/20). USPS Whistleblower ordered to backdate by Supervisor.
[Poll Workers - See Videos: https://www.newsmax.com/t/newsmax/article/996212/18 and https://justthenews.com/politics-policy/elections/lawsuit-filed-michigan-alleges-election-fraud-including-backdating and https://justthenews.com/politics-policy/elections/detroit-city-worker-blows-whistle-claims-ballots-were-ordered-backdated].
[USPS- See Video: https://twitter.com/JamesOKeefeIII/status/1324174186366074880?s=20]

7. **Canvasser Threatened** - Monica Palmer (GOP Canvasser) and children were threatened by Democrats if Palmer and GOP colleague did not certify votes. GOP Canvassers reluctantly certified subject to audit by MI SOS Benson, who later stated not bound to condition to which GOP Canvassers filed affidavits of threats.

8. **Dead "Voted"** - [*enter amount*] dead people "voted," according to witnesses who provided affidavits on findings of official government records on MI SOS website for deceased in MI as correlated to electronic poll books and/or supplemental books [*need confirmation of witnesses and evidence. One witness with videos is not responding to calls but I have video evidence*].
[See: https://charliekirk.com/news/graveyard-vote-check-out-the-massive-list-of-joe-bidens-dead-supporters-in-michigan/?fbclid=IwAR3DArBfABWmu1lu1t6feNU3c_lTtyPc1KxKyvdoi5_HIkps3GtMT8geNzU]

9. **Same Old Birth Date** - January 1, 1900 entered as birth date on a large number of ballots.

10. **Electioneering** - On (11/04/20), Poll Workers at TCF Center wore masks stating "Biden / Harris," shirts stating "BLM / Black Lives Matter," an organization directly associated with Democrat Party, in direct violation of electioneering rules enacted by state legislature.

**GEORGIA**

1. **"Suitcase Gate"** - Video of "ballot stuffing" when "suitcases" (container type) filled with ballots (approximately 6,000 in each container) were rolled out from under table at GA arena and placed in tabulation machines (one batch repeatedly tabulated at least 3 times) by [X number] of poll workers who remained AFTER all Poll Watchers (GOP and the like), press and all third parties were required to leave the premises per announcement at or about [___ AM] until [___ AM] in violation of election laws enacted by GA state legislature. Ruby Freeman (woman in purple shirt on video), now under arrest and providing evidence against GA SOS Stacey Abrams and DNC on advanced coordinated effort to commit voter / election fraud [*need confirmation of arrest and evidence*].

2. **Dominion Voting Systems** - Per analyses of Dr. Shiva, similar or same algorithm likely used in DVS machines in GA as in Antrim County, MI, resulting in fractional votes weighted to favor Biden.

3. **Pristine Ballots** - Per testimony and affidavit of [*enter name*], [*enter amount*] of '"returned" absentee and/or mail-in ballots were in pristine condition (not folded), all with identical markings for Biden (with white speck in same location on all ballots - i.e., apparent copies of same ballot).

4. **Poll Challenger Exclusion** - On (11/04/20), morning after Election Day, GOP (and possibly Independent) Poll Challengers (or Watchers depending on title in PA) were prohibited entry into counting location and corralled.

5. **Water Leak** - Basis to stop calculation of votes on (11/03/20) for water leak later proved false as merely a toilet leak remedied within [*enter time*] minutes (clear attempt at cover up).

6. **Dumped Military Ballots** - Mail-in ballots by military found in GA dumpster.
   [See Video: https://twitter.com/KimonaQ/status/1324867267927158786?s=20]

7. **Dead "Voted"** - 10,315 dead people "voted, in violation of election laws enacted by GA state legislature, per Ray Smith, GA attorney [See: https://djhjmedia.com/rich/trump-lawyer-reads-long-list-of-voter-fraud-allegations-in-georgia-will-ask-court-for-new-election-have-legislature-select-electors-video/]

8. **Felons Voted** - 2,506 voted, in violation of election laws enacted by GA state legislature.

9. **Unregistered Voted** - 2,423 unregistered people voted, in violation of election laws enacted by GA state legislature.

10. **Underaged Registrations** - 66,248 underaged people were registered to vote, in violation of election laws enacted by GA state legislature.

**PENNSYLVANIA**

1. **Dominion Voting Systems** - Per analyses of Dr. Shiva, similar or same algorithm likely used in DVS machines in GA as in Antrim County, MI, resulting in fractional votes weighted to favor Biden.

2. **PA Constitution Violation** - PA state legislature arguably violated own PA Constitution, which prohibits mail-in ballots with minor exceptions.

3. **SCOTUS Violation** - PA governmental officials REFUSED to comply with <u>TWO</u> Orders issued by Justice Samuel Alito of SCOTUS to segregate ALL ballots received after 8 PM on Election Day

(11/03/20), as required by election law enacted by PA state legislature. ALL ballots received after this time and date, totaling over [*enter number*] hundred thousand, are invalid by law.

4. **Back Dating** - USPS Whistleblower admits supervisor ordered backdate of ballots.
[See Video: https://twitter.com/bennyjohnson/status/1324850528279474176?s=20]

5. **Poll Challenger Exclusion** - On (11/04/20), morning after Election Day, GOP (and possibly Independent) Poll Challengers (or Watchers depending on title in PA) were prohibited entry into counting location and/or corralled at great distance where Poll Challengers used binoculars.
[See Video: https://twitter.com/matthewtyrmand/status/1324786382733254658?s=21].

6. **Ballots Returned Before Day Mailed** - Tens of thousands of ballots were "returned" earlier than day ballots were mailed [See: https://www.theepochtimes.com/pennsylvania-100000-ballots-with-implausible-return-dates_3572942.html].

7. **Trump Ballots Tossed** - Democrats caught throwing out Trump votes.
[See:https://thenewamerican.com/voter-fraud-pennsylvania-democrats-caught-throwing-out-trump-votes/]

8. **Statistical Anomalies** - S. Stanley Young, PhD, FASA, FAAAS, provided PA County Voting Anomaly Analysis, revised (11/08/20) [See: https://thenationalpulse.com/politics/pennsylvania-vote-anomalies/].

9. **Military Ballots Dumped** - Military mail-in ballots were found in PA dumpster, mostly Trump votes.  [See:https://pjmedia.com/election/matt-margolis/2020/09/24/military-ballots-found-in-the-trash-in-pennsylvania-all-were-trump-votes-n964614?fbclid=IwAR38rNPjbNxK8odDGWPu7KuRSrH4hrf_gebcL4C22JaslRRP1v3MRsJfD1E]

10. **Multiple Votes** - PA voter admits to voting twice.
[See: https://www.bitchute.com/video/iCb3m8GGx5Yk/]

See also: https://ifapray.org/blog/voter-fraud-across-the-nation-state-by-state-examples/
See also: https://worldpopulationreview.com/state-rankings/number-of-registered-voters-by-state