# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendants. | Civil Action No. 21-3354 (BAH) <br><br> Chief Judge Beryl A. Howell |

### DEFENDANTS RUDOLPH W. GIULIANI'S AMENDED RULE 26(a)(1) INITIAL DISCLOSURES

Defendant Rudolph W. Giuliani ("Giuliani" or "Defendant"), pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, provides the following amended initial disclosures based on current knowledge and information reasonably available to him at this time. Giuliani reserves the right to revise, supplement or otherwise update these disclosures.

**Initial Disclosure (i):** *The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.*

The following individuals are believed to likely have discoverable information that Giuliani may use to support his claims and/or defenses. Giuliani reserves the right to modify or supplement this list of witnesses, to call at trial or for deposition any additional or different witnesses, including rebuttal and impeachment witnesses, and to present testimony from witnesses concerning other subject areas if the need for such testimony arises. By identifying any potential witness, Giuliani does not adopt any testimony offered by such witness.

| Name and Contact Information (if known) | Subjects of Discoverable Information |
|---|---|
| 1. Rudolph Giuliani<br>c/o Joseph D. Sibley IV<br>1108 Lavaca St,<br>Ste 110263<br>Austin, TX 78701 | All causes of action. |
| 2. Ruby Freeman<br>c/o<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>Tel: (202) 303-1000<br>Fax: (202) 303-2000 | All causes of action. |
| 3. Wandrea Moss<br>c/o<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006<br>Tel: (202) 303-1000<br>Fax: (202) 303-2000 | All causes of action. |
| 4. Brian Kemp<br>206 Washington Street, Ste 203<br>State Capitol<br>Atlanta, GA 30334 | Information regarding Fulton County's vote tabulation. |
| 5. Brad Raffensperger<br>Georgia Secretary of State<br>214 State Capitol<br>Atlanta, GA 30334 | Information regarding Fulton County's vote tabulation. |
| 6. Jordan Fuchs<br>Georgia Deputy Secretary of State<br>214 State Capitol<br>Atlanta, GA 30334 | Information regarding Fulton County's vote tabulation. |
| 7. Richard Barron | Information regarding Fulton County's vote tabulation. |

| | |
|---|---|
| 8. Jackie Pick | Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs. |
| 9. William Smith | Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs. |
| 10. Burt Jones (Lieutenant Governor of Georgia) | Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs. |
| 11. Unknown Associates of Burt Jones | Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs. |
| 12. Unknown GOP Operatives | Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs. |
| 13. Jenna Ellis | Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs. |
| 14. Bernard Kerik | Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs. |
| 15. Ray Smith https://www.smithliss.com/lawyers/ray-smith.html | Smith may have a copy of the video of Plaintiffs that Giuliani initially reviewed. |
| 16. Any witness disclosed by Plaintiffs | N/A |

**Initial Disclosure (ii):** *A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.*

a. Documents pertaining to the dispute surrounding vote counting in Fulton County, Georgia and evidence provided to government authorities.

b. Witness statements regarding the vote counting in Fulton County, Georgia;

  c. Video recordings of Plaintiffs and others in the election facilities of Fulton County, Georgia;

  d. News reports regarding Plaintiffs and others in reference to their election work;

  e. Giuliani's paper files that may contain information regarding Fulton County, Georgia and the 2020 Election; and

  f. Giuliani's cell phones, iPad, laptops, and desktop computers to the extent they contain emails, messages, or other documents regarding Fulton County, Georgia and the 2020 Election.

  **Initial Disclosure (iii):** *A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34, the documents or other evidentiary material, unless privileged or protected from disclosures, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.*

  N/A

  **Initial Disclosure (iv):** *For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

  None.

        Respectfully submitted,

       By: */s/ Joseph D. Sibley IV*

         CAMARA & SIBLEY L.L.P.

         Joseph D. Sibley IV
         DC Bar ID: TX0202
         1108 Lavaca St.
         Suite 110263
         Austin, TX 78701
         Telephone: (713) 966-6789
         Fax: (713) 583-1131
         Email: sibley@camarasibley.com

       **ATTORNEYS FOR RUDOLPH W. GIULIANI**

         **CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of March, 2023, I served the foregoing document via email to all counsel of record by agreement.

*/s/ Joseph D. Sibley IV*
Joseph D. Sibley IV