# EXHIBIT 6



John Langford &lt;john.langford@protectdemocracy.org&gt;

## Rule 45 Subpoena for Jenna Ellis

**Houghton-Larsen, M Annie** &lt;MHoughton-Larsen@willkie.com&gt;     Wed, Dec 14, 2022 at 12:31 PM
To: Joshua Voss &lt;jvoss@kleinbard.com&gt;
Cc: Shohin Vance &lt;svance@kleinbard.com&gt;, "Governski, Meryl Conant" &lt;MGovernski@willkie.com&gt;, "Gottlieb, Michael" &lt;MGottlieb@willkie.com&gt;, "Knoblett, John Tyler" &lt;JKnoblett@willkie.com&gt;, "Ryan, Timothy" &lt;TRyan@willkie.com&gt;, Matt Haverstick &lt;mhaverstick@kleinbard.com&gt;, John Langford &lt;john.langford@protectdemocracy.org&gt;

Josh,

Following a productive meet and confer, Plaintiffs offered to narrow the scope of their requests for production to Numbers 1, 6, 8, 13, and 15.  Could you please confirm whether this proposal is acceptable to Ms. Ellis and provide a date certain by which Ms. Ellis will produce documents responsive to these requests.

Thank you,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie &lt;MHoughton-Larsen@willkie.com&gt;
**Sent:** Friday, September 30, 2022 12:31 PM
**To:** 'Joshua Voss' &lt;jvoss@kleinbard.com&gt;
**Cc:** Shohin Vance &lt;svance@kleinbard.com&gt;; Governski, Meryl Conant &lt;MGovernski@willkie.com&gt;; Gottlieb, Michael &lt;MGottlieb@willkie.com&gt;; Knoblett, John Tyler &lt;JKnoblett@willkie.com&gt;; Ryan, Timothy &lt;TRyan@willkie.com&gt;; Matt Haverstick &lt;mhaverstick@kleinbard.com&gt;; 'John Langford' &lt;john.langford@protectdemocracy.org&gt;
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis

Hi Josh,

Following up again on the below proposal.  Included here again: we would be willing to instead limit our requests to Numbers 1, 6, 8, 13, and 15.

Thanks

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Tuesday, September 27, 2022 8:18 AM
**To:** 'Joshua Voss' <jvoss@kleinbard.com>
**Cc:** Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>; Ryan, Timothy <TRyan@willkie.com>; Matt Haverstick <mhaverstick@kleinbard.com>; 'John Langford' <john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis

Hi Josh,

Just following up on the below.

Thanks,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Wednesday, September 21, 2022 3:36 PM
**To:** 'Joshua Voss' <jvoss@kleinbard.com>
**Cc:** Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>; Ryan, Timothy <TRyan@willkie.com>; Matt Haverstick <mhaverstick@kleinbard.com>; 'John Langford' <john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis

Hi Josh,

That's helpful context thank you. Given that, we would be willing to instead limit our requests to Numbers 1, 6, 8, 13, and 15.

Thank you,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Joshua Voss <jvoss@kleinbard.com>
**Sent:** Wednesday, September 21, 2022 3:23 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>; Ryan, Timothy <TRyan@willkie.com>; Matt Haverstick <mhaverstick@kleinbard.com>; 'John Langford' <john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis

> **\*\*\* EXTERNAL EMAIL \*\*\***

Thanks for this and thanks for speaking with us. I'm not sure the search terms remedy the concern we articulated on the call. Ms. Ellis does not have her records in a search-term reviewable tool, so it would require meaningful expense to convert her files, and we are not sure if your terms would even yield anything. So perhaps we can handle it this way, which records exactly regarding the Plaintiffs are you seeking? Alternatively, which of the original 15 request(s) is/are critical for your purposes?

Happy to discuss further.

Josh

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Tuesday, September 20, 2022 8:10 AM
**To:** 'John Langford' <john.langford@protectdemocracy.org>; Matt Haverstick <mhaverstick@kleinbard.com>
**Cc:** Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>; Ryan, Timothy <TRyan@willkie.com>; Joshua Voss <jvoss@kleinbard.com>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis

**This message was received from an external sender.**

---

Matt, Shohin, Josh,

Thank you again for getting on the phone with us last week to discuss the scope of our subpoena to Ms. Ellis. Given our conversation, we ask that, rather than responding to the requests as articulated in our subpoena, Ms. Ellis runs the attached search terms for the date range of November 1, 2020 – present.

Please confirm whether this is acceptable and whether you can accept service on Ms. Ellis' behalf.

Thanks very much,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** John Langford <john.langford@protectdemocracy.org>
**Sent:** Friday, September 16, 2022 11:35 AM
**To:** Matt Haverstick <mhaverstick@kleinbard.com>
**Cc:** Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Ryan, Timothy <TRyan@willkie.com>; Joshua Voss <jvoss@kleinbard.com>
**Subject:** Re: Rule 45 Subpoena for Jenna Ellis

**\*\*\* EXTERNAL EMAIL \*\*\***

Great, I just sent you all a link/dial-in we can use to talk then.

On Fri, Sep 16, 2022 at 5:59 AM Matt Haverstick <mhaverstick@kleinbard.com> wrote:

> We're free at 2:30 today.
>
> Matthew H. Haverstick
>
> Managing Partner
>
> **Kleinbard LLC**
>
> Three Logan Square, 5th Floor
>
> 1717 Arch Street |Philadelphia, PA  19103
>
> D | 215.496.7225
>
> M| 484.753.1355
>
> F | 215.568.0140

E | mhaverstick@kleinbard.com

W| www.kleinbard.com

This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

> On Sep 15, 2022, at 9:32 PM, John Langford <john.langford@protectdemocracy.org> wrote:
>
> **This message was received from an external sender.**
>
> Matt,
>
> Please advise on when you are available tomorrow to speak.
>
> Thank you,
>
> John
>
> On Wed, Sep 14, 2022 at 9:56 AM John Langford <john.langford@protectdemocracy.org> wrote:
>> Matt,
>>
>> I'm happy to talk Friday, if that's the earliest you're available. What time works for you?
>>
>> Thanks,
>>
>> John
>>
>> On Wed, Sep 14, 2022 at 7:18 AM Matt Haverstick <mhaverstick@kleinbard.com> wrote:
>>> John:
>>>
>>> Are you available for a call Friday?
>>>
>>> Matthew H. Haverstick

Managing Partner

**Kleinbard LLC**

---

**From:** John Langford <john.langford@protectdemocracy.org>
**Sent:** Tuesday, September 6, 2022 1:03 PM
**To:** Matt Haverstick <mhaverstick@kleinbard.com>
**Cc:** Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Knoblett, John Tyler <JKnoblett@willkie.com>; Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Ryan, Timothy <tryan@willkie.com>
**Subject:** Re: Rule 45 Subpoena for Jenna Ellis

---

**This message was received from an external sender.**

---

Matt,

We are now more than two weeks past the listed date of production. We would like to connect with you as soon as possible. Are you available to talk today or tomorrow?

Best,

John

On Tue, Aug 23, 2022 at 11:05 AM John Langford <john.langford@protectdemocracy.org> wrote:

> Hi Matt,
>
> Are you all available to talk some time tomorrow or Thursday?
>
> Best,
>
> John
>
> On Fri, Aug 19, 2022 at 4:03 PM John Langford <john.langford@protectdemocracy.org> wrote:
>
>> Matt, I'm sorry we weren't able to connect today. Please let me know when you're able to talk next week.
>>
>> Best,

John

On Wed, Aug 17, 2022 at 10:21 AM John Langford <john.langford@protectdemocracy.org> wrote:

> Thanks, Matt. Just let me know what time(s) work on Friday for a conversation. The only blocks I can't do are before 10 a.m. ET and between 2:30–4:30 p.m. ET. Otherwise, I should be free to chat whenever.

On Tue, Aug 16, 2022 at 5:51 PM Matt Haverstick <mhaverstick@kleinbard.com> wrote:

> John: We'll represent Ms Ellis for this. Give me a day or so to review the subpoena and we can discuss, perhaps Friday.
>
> Matthew H. Haverstick
>
> Managing Partner
>
> **Kleinbard LLC**
>
> Three Logan Square, 5th Floor
>
> 1717 Arch Street |Philadelphia, PA  19103
>
> D | 215.496.7225
>
> M| 484.753.1355
>
> F | 215.568.0140
>
> E |  mhaverstick@kleinbard.com
>
> W| www.kleinbard.com

On Aug 11, 2022, at 4:00 PM, John Langford <john.langford@protectdemocracy.org> wrote:

**This message was received from an external sender.**

Thank you, Matt. I appreciate the update and will look out for your email.

Best,

John

On Thu, Aug 11, 2022 at 12:43 PM Matt Haverstick <mhaverstick@kleinbard.com> wrote:

> John:

We may be representing Jenna in this matter. Give us a day or so and I think we'll be in a position to tell you we represent her and arrange what to do with the subpoena. Sorry it's taken so long -

Matthew H. Haverstick

Managing Partner

**Kleinbard LLC**

Three Logan Square, 5th Floor

1717 Arch Street |Philadelphia, PA  19103

D | 215.496.7225

M| 484.753.1355

F | 215.568.0140

E | mhaverstick@kleinbard.com

W| www.kleinbard.com

This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

> On Aug 5, 2022, at 2:47 PM, John Langford <john.langford@protectdemocracy.org> wrote:
>
> **This message was received from an external sender.**
>
> ---
>
> Mssrs. Haverstick and Vance,
>
> I am writing to re-up this request. When you have a moment, I would very much appreciate it if you would please advise whether you would be willing to accept service of the subpoena on behalf of Ms. Ellis and, if so, if you would accept service via this email.
>
> Best,
>
> John

On Wed, Aug 3, 2022 at 1:25 PM John Langford <john.langford@protectdemocracy.org> wrote:

> Mssrs. Haverstick and Vance,
>
> I understand that you represented Jenna Ellis in *Savage v. Trump*, No. 02495 (Pa. C.C.P.), and I am writing you in that capacity. I represent Ruby Freeman and Shaye Moss in *Freeman v. Giuliani*, No. 21-cv-3354 (D.D.C.), and we have been trying to serve Ms. Ellis with the attached subpoena pursuant to Federal Rule of Civil Procedure 45.
>
> Would you please advise whether you would be willing to accept service of the subpoena on behalf of Ms. Ellis and, if so, if you would accept service via this email?
>
> We are, of course, happy to confer on the timing of Ms. Ellis's production at your convenience.
>
> Best,
>
> John
>
> --
>
> John Langford
>
> Counsel, Protect Democracy
>
> john.langford@protectdemocracy.org | (919) 619-9819

--

John Langford

Counsel, Protect Democracy

john.langford@protectdemocracy.org | (919) 619-9819

--

John Langford

Counsel, Protect Democracy

john.langford@protectdemocracy.org | (919) 619-9819

--

John Langford

Counsel, Protect Democracy

john.langford@protectdemocracy.org | (919) 619-9819

--

John Langford

Counsel, Protect Democracy

john.langford@protectdemocracy.org | (919) 619-9819

--

John Langford

Counsel, Protect Democracy

john.langford@protectdemocracy.org | (919) 619-9819

--

John Langford

Counsel, Protect Democracy

john.langford@protectdemocracy.org | (919) 619-9819

--

John Langford

Counsel, Protect Democracy

john.langford@protectdemocracy.org | (919) 619-9819

--

John Langford

Counsel, Protect Democracy

john.langford@protectdemocracy.org | (919) 619-9819

--

John Langford

Counsel, Protect Democracy

john.langford@protectdemocracy.org | (919) 619-8819

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.