# EXHIBIT 7

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **To:** | "Matt Haverstick" |
| **Cc:** | Joshua Voss; Shohin Vance; Gottlieb, Michael; Dorner, Alexis; John Langford; Governski, Meryl Conant; Ryan, Timothy |
| **Subject:** | RE: Rule 45 Subpoena for Jenna Ellis - Noncompliance |
| **Date:** | Friday, April 28, 2023 5:26:10 PM |
| **Attachments:** | Re Rule 45 Subpoena for Jenna Ellis.msg |

Matt,

You have been negotiating with us since last August and confirmed your representation of Ms. Ellis in this matter in writing on August 16, 2022.  See email attached in which you write "We'll represent Ms Ellis for this."  At no time during the past 8 months have you ever suggested that you ceased representing Ms. Ellis in this matter.

Please promptly confirm the precise date on which you ceased to represent Ms. Ellis in this matter and why you did not notify us of that fact.  Additionally, please direct us to the attorney who is representing Ms. Ellis in this matter.

Given this record, we have no concerns about seeking relief from the court.

Thank you,
Annie


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Matt Haverstick <mhaverstick@kleinbard.com>
**Sent:** Friday, April 28, 2023 3:31 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Dorner, Alexis <ADorner@willkie.com>; John Langford <john.langford@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** Re: Rule 45 Subpoena for Jenna Ellis - Noncompliance

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie:

I understand your position, but we represented Ms. Ellis for only a limited matter in Pennsylvania that has since ended. She has counsel for the various open matters throughout the country, and we aren't actively representing her. I could not get assent to accept service of any of your subpoenas, including the instant one. I'm sorry I'm not able to be of more help.

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street |Philadelphia, PA  19103
D | 215.496.7225
M| 484.753.1355
F | 215.568.0140
E | mhaverstick@kleinbard.com
W| www.kleinbard.com


This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the

employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

On Apr 27, 2023, at 9:42 PM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

**This message was received from an external sender.**

Matt,

Since you declined to accept service of Plaintiffs' deposition subpoena for Ms. Ellis last week, we have made numerous attempts to serve Ms. Ellis personally.  These attempts have been unsuccessful.  Our server reports that on at least one occasion Ms. Ellis appeared to be at home, but refused to come to the door when they knocked.

To date, we have tried to work collaboratively with you to limit the burden on Ms. Ellis.  Indeed, we only determined to serve a deposition subpoena on Ms. Ellis after Defendant updated his initial disclosure to include Ms. Ellis.  Mr. Giuliani describes Ms. Ellis as: "Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs that Giuliani relied on in forming a good faith belief regarding the truth of any factual allegations regarding Plaintiffs and his opinions based on disclosed facts. See Giuliani's deposition transcript and interrogatory answers for more detailed information."

It is, of course, our preference that we not have to waste thousands of dollars and time attempting to serve Ms. Ellis personally, particularly when she is represented and is already aware of our efforts and where discovery is set to close in less than a month.  We are hopeful that you will reconsider your position on accepting service via email.  As discussed previously, we are willing to negotiate the date of the deposition, plan to take it virtually, and have already provided the limited topics on which we seek Ms. Ellis' testimony.  If you do not agree to accept service via email, we will promptly move for alternative service.  Please advise by the end of the day tomorrow.

Thanks,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Friday, April 21, 2023 1:07 PM
**To:** 'Matt Haverstick' <mhaverstick@kleinbard.com>
**Cc:** Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Dorner, Alexis <ADorner@willkie.com>; John Langford <john.langford@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis - Noncompliance

Hi Matt,

Just tried your number and got your voicemail.  It would save time if we could agree on a date of the deposition today, but otherwise we will move forward with personal service with the date of our choosing.  We plan to conduct the deposition via zoom, and as discussed previously, intend it to be a limited deposition.  We are available May 10-17.

Please let us know.  Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Friday, April 21, 2023 10:10 AM
**To:** 'Matt Haverstick' <mhaverstick@kleinbard.com>
**Cc:** Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Gottlieb, Michael
<MGottlieb@willkie.com>; Dorner, Alexis <ADorner@willkie.com>; John Langford
<john.langford@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis - Noncompliance

Matt, are you available to speak today?  I am generally free this afternoon.

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Matt Haverstick <mhaverstick@kleinbard.com>
**Sent:** Friday, April 21, 2023 10:08 AM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Gottlieb, Michael
<MGottlieb@willkie.com>; Dorner, Alexis <ADorner@willkie.com>; John Langford
<john.langford@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>
**Subject:** Re: Rule 45 Subpoena for Jenna Ellis - Noncompliance

**\*\*\* EXTERNAL EMAIL \*\*\***

We do not accept service of this subpoena. Happy to discuss.

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street |Philadelphia, PA  19103
D | 215.496.7225
M| 484.753.1355
F | 215.568.0140
E | mhaverstick@kleinbard.com
W| www.kleinbard.com


This e-mail message, including any attachment(s), is intended only for the use of the individual or entity to
which it is addressed and may contain information that is privileged and/or confidential. If you are not the
intended recipient or the employee or agent responsible for delivering the communication to the intended
recipient, please notify us immediately by replying to this message and then delete this message from your
system.

On Apr 21, 2023, at 9:59 AM, Houghton-Larsen, M Annie <MHoughton-
Larsen@willkie.com> wrote:

**This message was received from an external sender.**

All,

I write to confirm that you will accept service of Plaintiffs' deposition subpoena on Ms. Ellis.  If we do not receive confirmation today, we will move forward with personal service on Ms. Ellis.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Wednesday, April 19, 2023 12:10 PM
**To:** 'Matt Haverstick' <mhaverstick@kleinbard.com>; Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Dorner, Alexis <ADorner@willkie.com>; John Langford <john.langford@protectdemocracy.org>; Governski, Meryl Conant <MGovernski@willkie.com>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis - Noncompliance

All,

Please see attached a deposition subpoena for Ms. Ellis.  Please confirm that you will accept service on her behalf.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Governski, Meryl Conant <MGovernski@willkie.com>
**Sent:** Wednesday, April 12, 2023 12:18 PM
**To:** 'Matt Haverstick' <mhaverstick@kleinbard.com>
**Cc:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>; Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Kenney, Logan <LKenney@willkie.com>; John Langford <john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis - Noncompliance

All,

Please confirm whether you are available for a quick call to discuss this week, we are generally available.  It also would be helpful to understand dates when your client would be available for a deposition this month or the first or second week of May.

Best,
Meryl

**Meryl Conant Governski**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1016 | Fax: +1 202 303 2000
mgovernski@willkie.com | vCard | www.willkie.com bio

---

**From:** Governski, Meryl Conant <MGovernski@willkie.com>
**Sent:** Monday, April 10, 2023 7:58 AM
**To:** 'Matt Haverstick' <mhaverstick@kleinbard.com>
**Cc:** Houghton-Larsen, M Annie <MHoughton-Larsen@kleinbard.com>; Joshua Voss
<jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Gottlieb, Michael
<MGottlieb@willkie.com>; Kenney, Logan <LKenney@willkie.com>; John Langford
<john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis - Noncompliance

All,

Checking in about below, as we had hoped for an update and follow-up conversation last week. Are
you available Wednesday or Thursday to discuss?

Thanks very much,
Meryl

**Meryl Conant Governski**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1016 | Fax: +1 202 303 2000
mgovernski@willkie.com | vCard | www.willkie.com bio

---

**From:** Governski, Meryl Conant <MGovernski@willkie.com>
**Sent:** Thursday, March 30, 2023 8:58 AM
**To:** 'Matt Haverstick' <mhaverstick@kleinbard.com>
**Cc:** Houghton-Larsen, M Annie <MHoughton-Larsen@kleinbard.com>; Joshua Voss
<jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Gottlieb, Michael
<MGottlieb@willkie.com>; Kenney, Logan <LKenney@willkie.com>; John Langford
<john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis - Noncompliance

Matt and Shohin,

Thanks again for speaking yesterday and for working with us to reach an efficient solution for
your client and ours. As discussed, we are hopeful that, in lieu of seeking a document
production from Ms. Ellis, we can find a way to secure her testimony (whether in the form of
an affidavit, deposition, and/or a deposition by written question, to be determined based on
subsequent discussions- all rights reserved) about the following categories of information. Our
memorialization of your client's positions below is based on our understanding from the call –
please correct any inaccuracies.

**Video Allegedly Showing the Passing of Thumb, Flash, and/or Hard Drives**

As we discussed, Mr. Giuliani has claimed that he relied on a video to state (falsely) that our
clients passed a thumb drive(s), flash drive(s), or hard drive(s) between them on or around
election day in November 2020. Mr. Giuliani testified that his allegations were not based on
this video from *The Hill* ("*The Hill* video excerpt") (*see also* here), and that he believes he saw
a *different* video on December 3, 2020 at the RNC offices in Atlanta, GA, and he testified that
your client either was involved in bringing him the video or could help reconstruct who did. Tr.
at 192–194. As discussed, *The Hill* video excerpt is separate from the wider-circulated
surveillance footage from State Farm Arena, which was shown at the December 3, 2020,
hearing. (*see* here at 34:06) ("State Farm Arena Video").

We understand based on our call that your client does not recall viewing *any* videos at the RNC office with Defendant Giuliani and believes that he may have been confusing your client for Christina Bobb. We would like to better understand your client's positions, including whether: (1) she attended any meeting at the RNC offices with Defendant Giuliani and, if so, whether and which specific videos they watched (including but not limited to *The Hill* video excerpt and the State Farm Arena Video); (2) whether she has any further information she can provide about who may have been present at such a meeting, including why she believes Defendant Giuliani is confusing her and Ms. Bobb; (3) whether she has, at any time, watched or discussed with Defendant Giuliani any videos of our clients (including but not limited to *The Hill* video excerpt and the State Farm Arena Video) and, if so, which ones; and 4) whether she has any other information about who may have had any such conversations.

**Giuliani Strategic Plan**

The second category of information concerns the Giuliani Strategic Communications plan, a copy of which was attached to our subpoena to your client. At his deposition, Mr. Giuliani testified that your client was aware of the plan and that there was some sort of disagreement between your client and Ms. Bobb on the one hand, and Katherine Friess on the other. Tr. at 270. We are hoping to understand from your client whether and what she could testify to about the Giuliani Strategic Plan.

**Other Conversations About Plaintiffs**

In the amended initial disclosures Mr. Giuliani provided last week, he listed your client and specified, as the subjects of discoverable information: "Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs." We are hoping to understand from your client whether any such information exists and, if so, its nature (i.e. whether in the form of documents and communications, or oral conversations). We also would hope to understand the substance of these communications.

**\*\*\***

Finally, we meant but neglected to mention that we would also ask for your client to confirm the accuracy of her submission in Colorado as part of whatever testimony we are able to secure. *See* [here](#).

We understand that you will effort speaking with your client and providing us an update early next week.  We appreciate your promptness and hope we can reconvene by the end of next week to discuss how best and most efficiently to capture the testimony described above.

Best,

Meryl


**Meryl Conant Governski**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: [+1 202 303 1016](#) | Fax: +1 202 303 2000
[mgovernski@willkie.com](mailto:mgovernski@willkie.com) | [vCard](#) | [www.willkie.com bio](#)

**From:** Matt Haverstick <[mhaverstick@kleinbard.com](mailto:mhaverstick@kleinbard.com)>
**Sent:** Tuesday, March 28, 2023 10:26 AM
**To:** Governski, Meryl Conant <[MGovernski@willkie.com](mailto:MGovernski@willkie.com)>
**Cc:** Houghton-Larsen, M Annie <[MHoughton-Larsen@willkie.com](mailto:MHoughton-Larsen@willkie.com)>; Joshua Voss <[jvoss@kleinbard.com](mailto:jvoss@kleinbard.com)>; Shohin Vance <[svance@kleinbard.com](mailto:svance@kleinbard.com)>; Gottlieb, Michael <[MGottlieb@willkie.com](mailto:MGottlieb@willkie.com)>; Kenney, Logan <[LKenney@willkie.com](mailto:LKenney@willkie.com)>; John Langford <[john.langford@protectdemocracy.org](mailto:john.langford@protectdemocracy.org)>
**Subject:** Re: Rule 45 Subpoena for Jenna Ellis - Noncompliance

**\*\*\* EXTERNAL EMAIL \*\*\***

Yes. Pick a time.

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
<u>1717 Arch Street |Philadelphia, PA  19103</u>
D | <u>215.496.7225</u>
M| <u>484.753.1355</u>
F |  <u>215.568.0140</u>
E |  <u>mhaverstick@kleinbard.com</u>
W| <u>www.kleinbard.com</u>

On Mar 27, 2023, at 6:10 PM, Governski, Meryl Conant
<<u>MGovernski@willkie.com</u>> wrote:

**This message was received from an external sender.**

I apologize- I am in a deposition tomorrow but am pretty available anytime on
Wednesday if that would work on your end?

**Meryl Conant Governski**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: <u>+1 202 303 1016</u> | Fax: +1 202 303 2000
<u>mgovernski@willkie.com</u> | <u>vCard</u> | <u>www.willkie.com bio</u>

**From:** Matt Haverstick <<u>mhaverstick@kleinbard.com</u>>
**Sent:** Monday, March 27, 2023 6:09 PM
**To:** Governski, Meryl Conant <<u>MGovernski@willkie.com</u>>
**Cc:** Houghton-Larsen, M Annie <<u>MHoughton-Larsen@willkie.com</u>>; Joshua Voss
<<u>jvoss@kleinbard.com</u>>; Shohin Vance <<u>svance@kleinbard.com</u>>; Gottlieb, Michael
<<u>MGottlieb@willkie.com</u>>; Kenney, Logan <<u>LKenney@willkie.com</u>>; John Langford
<<u>john.langford@protectdemocracy.org</u>>
**Subject:** Re: Rule 45 Subpoena for Jenna Ellis - Noncompliance

<mark>**\*\*\* EXTERNAL EMAIL \*\*\***</mark>

Yes, how about tomorrow afternoon?

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
<u>1717 Arch Street |Philadelphia, PA  19103</u>
D | <u>215.496.7225</u>
M| <u>484.753.1355</u>
F |  <u>215.568.0140</u>
E |  <u>mhaverstick@kleinbard.com</u>
W| <u>www.kleinbard.com</u>

On Mar 27, 2023, at 6:07 PM, Governski, Meryl Conant
<<u>MGovernski@willkie.com</u>> wrote:

**This message was received from an external sender.**

Matt,

Following up on my colleague Annie's requests, do you have time to connect this week?

Thanks in advance,
Meryl

**Meryl Conant Governski**
**Willkie Farr & Gallagher LLP**
1875 K Street, N.W. | Washington, DC 20006-1238
Direct: +1 202 303 1016 | Fax: +1 202 303 2000
mgovernski@willkie.com | vCard | www.willkie.com bio

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Friday, March 24, 2023 10:43 AM
**To:** 'Matt Haverstick' <mhaverstick@kleinbard.com>
**Cc:** Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Kenney, Logan <LKenney@willkie.com>; John Langford <john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis - Noncompliance

Matt, are you available to discuss today?

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Thursday, March 23, 2023 8:36 AM
**To:** 'Matt Haverstick' <mhaverstick@kleinbard.com>
**Cc:** Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Kenney, Logan <LKenney@willkie.com>; John Langford <john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis - Noncompliance

Thank you.  Please see transcript attached which is being provided on an attorneys' eyes only basis.

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Matt Haverstick <mhaverstick@kleinbard.com>
**Sent:** Thursday, March 23, 2023 8:34 AM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Kenney, Logan <LKenney@willkie.com>; John Langford

<john.langford@protectdemocracy.org>
**Subject:** Re: Rule 45 Subpoena for Jenna Ellis - Noncompliance

**\*\*\* EXTERNAL EMAIL \*\*\***

Agreed. I will not share it outside my Kleubard colleagues.

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street |Philadelphia, PA  19103
D | 215.496.7225
M| 484.753.1355
F |  215.568.0140
E |  mhaverstick@kleinbard.com
W| www.kleinbard.com

> On Mar 23, 2023, at 8:33 AM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:
>
> **This message was received from an external sender.**
> _____
>
> At this time, we are happy to provide you with a copy of the transcript on an attorneys' eyes only basis if you are amenable to that?
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
> _____
> **From:** Matt Haverstick <mhaverstick@kleinbard.com>
> **Sent:** Thursday, March 23, 2023 8:30 AM
> **To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Cc:** Joshua Voss <jvoss@kleinbard.com>; Shohin Vance <svance@kleinbard.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Gottlieb, Michael <MGottlieb@willkie.com>; Kenney, Logan <LKenney@willkie.com>; John Langford <john.langford@protectdemocracy.org>
> **Subject:** Re: Rule 45 Subpoena for Jenna Ellis - Noncompliance
>
> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Sure, but first can I get an answer to my question please? I'd really like to see at least the relevant portion to the transcript before we talk.
>
> Matthew H. Haverstick
> Managing Partner
> **Kleinbard LLC**
>
> Three Logan Square, 5th Floor

<u>1717 Arch Street |Philadelphia, PA  19103</u>
D | <u>215.496.7205</u>
M| <u>484.753.1355</u>
F | <u>215.568.0140</u>
E | [mhaverstick@kleinbard.com](mailto:mhaverstick@kleinbard.com)
W| [www.kleinbard.com](http://www.kleinbard.com)

On Mar 22, 2023, at 10:31 PM, Houghton-Larsen, M Annie <[MHoughton-Larsen@willkie.com](mailto:MHoughton-Larsen@willkie.com)> wrote:

**This message was received from an external sender.**

Hi Matt,

Would you be able to speak briefly tomorrow?  I am generally available.

Thanks,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: [+1 212 728 8164](tel:+12127288164) | Fax: +1 212 728 9164
[mhoughton-larsen@willkie.com](mailto:mhoughton-larsen@willkie.com) | [vCard](#) |
[www.willkie.com bio](http://www.willkie.com)
Pronouns: she, her, hers

**From:** Matt Haverstick
<[mhaverstick@kleinbard.com](mailto:mhaverstick@kleinbard.com)>
**Sent:** Wednesday, March 22, 2023 1:09 PM
**To:** Houghton-Larsen, M Annie <[MHoughton-Larsen@willkie.com](mailto:MHoughton-Larsen@willkie.com)>
**Cc:** Joshua Voss <[jvoss@kleinbard.com](mailto:jvoss@kleinbard.com)>; Shohin Vance <[svance@kleinbard.com](mailto:svance@kleinbard.com)>; Governski, Meryl Conant <[MGovernski@willkie.com](mailto:MGovernski@willkie.com)>; Gottlieb, Michael <[MGottlieb@willkie.com](mailto:MGottlieb@willkie.com)>; Kenney, Logan <[LKenney@willkie.com](mailto:LKenney@willkie.com)>; John Langford <[john.langford@protectdemocracy.org](mailto:john.langford@protectdemocracy.org)>
**Subject:** Re: Rule 45 Subpoena for Jenna Ellis - Noncompliance

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie:

We are discussing this with Ms. Ellis. Can you provide us with Giuliani's deposition transcript for us to use with her?

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5<sup>th</sup> Floor
1717 Arch Street |Philadelphia, PA  19103

D | 215.496.7225
M| 484.753.1355
F | 215.568.0140
E | mhaverstick@kleinbard.com
W| www.kleinbard.com

This e-mail message, including any
attachment(s), is intended only for the use of
the individual or entity to which it is
addressed and may contain information that
is privileged and/or confidential. If you are
not the intended recipient or the employee or
agent responsible for delivering the
communication to the intended recipient,
please notify us immediately by replying to
this message and then delete this message
from your system.

On Mar 14, 2023, at 10:44 AM,
Houghton-Larsen, M Annie
<MHoughton-
Larsen@willkie.com> wrote:

**This message was received from an
external sender.**

Josh,

I am writing to follow up regarding
Plaintiffs' subpoena to Ms. Ellis.
Ms. Ellis has not complied with the
subpoena—she has not formally
responded or objected despite
being served *almost seven months
ago.*  We continue to believe that
Ms. Ellis possess responsive, non-
privileged documents and
information.  This is particularly so
in light of Mr. Giuliani's recent
deposition, in which he specifically
directed us to speak to Ms. Ellis in
order to get answers to certain
questions, particularly regarding
the video that allegedly shows
Plaintiffs passing a USB of illegal
ballots.

Additionally, Plaintiffs are aware of
the stipulation Ms. Ellis entered
into on March 8, 2023, in which
she admits was a member of
President Trump's legal team that
made efforts to challenge the 2020
presidential election and that she
made public misrepresentations in
connection with that
representation.

Please promptly respond with your
availability to meet and confer
regarding Plaintiffs' subpoena to
Ms. Ellis.  Plaintiffs reserve all
rights.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York,
NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1
212 728 9164
mhoughton-larsen@willkie.com |
vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie
<MHoughton-
Larsen@willkie.com>
**Sent:** Wednesday, December 14,
2022 3:31 PM
**To:** 'Joshua Voss'
<jvoss@kleinbard.com>
**Cc:** 'Shohin Vance'
<svance@kleinbard.com>;
Governski, Meryl Conant
<MGovernski@willkie.com>;
Gottlieb, Michael
<MGottlieb@willkie.com>;
Knoblett, John Tyler
<JKnoblett@willkie.com>; Ryan,
Timothy <TRyan@willkie.com>;
'Matt Haverstick'
<mhaverstick@kleinbard.com>;
'John Langford'
<john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for
Jenna Ellis

Josh,

Following a productive meet and
confer, Plaintiffs offered to narrow
the scope of their requests for
production to Numbers 1, 6, 8, 13,
and 15.  Could you please confirm
whether this proposal is
acceptable to Ms. Ellis and provide
a date certain by which Ms. Ellis
will produce documents
responsive to these requests.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York,
NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1
212 728 9164
mhoughton-larsen@willkie.com |
vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie
<MHoughton-
Larsen@willkie.com>
**Sent:** Friday, September 30, 2022
12:31 PM
**To:** 'Joshua Voss'
<jvoss@kleinbard.com>
**Cc:** Shohin Vance
<svance@kleinbard.com>;
Governski, Meryl Conant
<MGovernski@willkie.com>;
Gottlieb, Michael
<MGottlieb@willkie.com>;
Knoblett, John Tyler
<JKnoblett@willkie.com>; Ryan,
Timothy <TRyan@willkie.com>;
Matt Haverstick
<mhaverstick@kleinbard.com>;
'John Langford'
<john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for
Jenna Ellis

Hi Josh,

Following up again on the below
proposal.  Included here again: we
would be willing to instead limit
our requests to Numbers 1, 6, 8,
13, and 15.

Thanks

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York,
NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1
212 728 9164
mhoughton-larsen@willkie.com |
vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie
<MHoughton-
Larsen@willkie.com>
**Sent:** Tuesday, September 27,
2022 8:18 AM

**To:** 'Joshua Voss'
<jvoss@kleinbard.com>
**Cc:** Shohin Vance
<svance@kleinbard.com>;
Governski, Meryl Conant
<MGovernski@willkie.com>;
Gottlieb, Michael
<MGottlieb@willkie.com>;
Knoblett, John Tyler
<JKnoblett@willkie.com>; Ryan,
Timothy <TRyan@willkie.com>;
Matt Haverstick
<mhaverstick@kleinbard.com>;
'John Langford'
<john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for
Jenna Ellis

Hi Josh,

Just following up on the below.

Thanks,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York,
NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1
212 728 9164
mhoughton-larsen@willkie.com |
vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie
<MHoughton-
Larsen@willkie.com>
**Sent:** Wednesday, September 21,
2022 3:36 PM
**To:** 'Joshua Voss'
<jvoss@kleinbard.com>
**Cc:** Shohin Vance
<svance@kleinbard.com>;
Governski, Meryl Conant
<MGovernski@willkie.com>;
Gottlieb, Michael
<MGottlieb@willkie.com>;
Knoblett, John Tyler
<JKnoblett@willkie.com>; Ryan,
Timothy <TRyan@willkie.com>;
Matt Haverstick
<mhaverstick@kleinbard.com>;
'John Langford'
<john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for
Jenna Ellis

Hi Josh,

That's helpful context thank you. Given that, we would be willing to instead limit our requests to Numbers 1, 6, 8, 13, and 15.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com |
vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Joshua Voss
<jvoss@kleinbard.com>
**Sent:** Wednesday, September 21, 2022 3:23 PM
**To:** Houghton-Larsen, M Annie
<MHoughton-Larsen@willkie.com>
**Cc:** Shohin Vance
<svance@kleinbard.com>;
Governski, Meryl Conant
<MGovernski@willkie.com>;
Gottlieb, Michael
<MGottlieb@willkie.com>;
Knoblett, John Tyler
<JKnoblett@willkie.com>; Ryan,
Timothy <TRyan@willkie.com>;
Matt Haverstick
<mhaverstick@kleinbard.com>;
'John Langford'
<john.langford@protectdemocracy.org>
**Subject:** RE: Rule 45 Subpoena for Jenna Ellis

*** **EXTERNAL EMAIL** ***

Thanks for this and thanks for speaking with us. I'm not sure the search terms remedy the concern we articulated on the call. Ms. Ellis does not have her records in a search-term reviewable tool, so it would require meaningful expense to convert her files, and we are not sure if your terms would even yield anything. So perhaps we can handle it this way, which records exactly regarding the

Plaintiffs are you seeking?
Alternatively, which of the
original 15 request(s) is/are
critical for your purposes?

Happy to discuss further.

Josh

---

**From:** Houghton-Larsen, M Annie
<[MHoughton-Larsen@willkie.com](mailto:MHoughton-Larsen@willkie.com)>
**Sent:** Tuesday, September 20,
2022 8:10 AM
**To:** 'John Langford'
<[john.langford@protectdemocracy.org](mailto:john.langford@protectdemocracy.org)>;
Matt Haverstick
<[mhaverstick@kleinbard.com](mailto:mhaverstick@kleinbard.com)>
**Cc:** Shohin Vance
<[svance@kleinbard.com](mailto:svance@kleinbard.com)>;
Governski, Meryl Conant
<[MGovernski@willkie.com](mailto:MGovernski@willkie.com)>;
Gottlieb, Michael
<[MGottlieb@willkie.com](mailto:MGottlieb@willkie.com)>;
Knoblett, John Tyler
<[JKnoblett@willkie.com](mailto:JKnoblett@willkie.com)>; Ryan,
Timothy <[TRyan@willkie.com](mailto:TRyan@willkie.com)>;
Joshua Voss
<[jvoss@kleinbard.com](mailto:jvoss@kleinbard.com)>
**Subject:** RE: Rule 45 Subpoena for
Jenna Ellis

**This message was received from an
external sender.**

Matt, Shohin, Josh,

Thank you again for getting on the
phone with us last week to discuss
the scope of our subpoena to Ms.
Ellis.  Given our conversation, we
ask that, rather than responding to
the requests as articulated in our
subpoena, Ms. Ellis runs the
attached search terms for the date
range of November 1, 2020 –
present.

Please confirm whether this is
acceptable and whether you can
accept service on Ms. Ellis' behalf.

Thanks very much,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York,

NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1
212 728 9164
mhoughton-larsen@willkie.com |
vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** John Langford
<john.langford@protectdemocracy.org>
**Sent:** Friday, September 16, 2022
11:35 AM
**To:** Matt Haverstick
<mhaverstick@kleinbard.com>
**Cc:** Shohin Vance
<svance@kleinbard.com>;
Governski, Meryl Conant
<MGovernski@willkie.com>;
Gottlieb, Michael
<MGottlieb@willkie.com>;
Knoblett, John Tyler
<JKnoblett@willkie.com>;
Houghton-Larsen, M Annie
<MHoughton-
Larsen@willkie.com>; Ryan,
Timothy <TRyan@willkie.com>;
Joshua Voss
<jvoss@kleinbard.com>
**Subject:** Re: Rule 45 Subpoena for
Jenna Ellis

**\*\*\* EXTERNAL EMAIL
\*\*\***

Great, I just sent you all a
link/dial-in we can use to talk
then.

On Fri, Sep 16, 2022 at 5:59 AM
Matt Haverstick
<mhaverstick@kleinbard.com>
wrote:

> We're free at 2:30 today.
>
> Matthew H. Haverstick
> Managing Partner
> **Kleinbard LLC**
>
> Three Logan Square, 5th Floor
> 1717 Arch
> Street |Philadelphia, PA
> 19103
> D | 215.496.7225
> M| 484.753.1355
> F | 215.568.0140
> E
> | mhaverstick@kleinbard.com
> W| www.kleinbard.com
>
> This e-mail message,
> including any attachment(s),
> is intended only for the use of

the individual or entity to
which it is addressed and may
contain information that is
privileged and/or confidential.
If you are not the intended
recipient or the employee or
agent responsible for
delivering the communication
to the intended recipient,
please notify us immediately
by replying to this message
and then delete this message
from your system.

On Sep 15, 2022,
at 9:32 PM, John
Langford
<[john.langford@protectdemocracy.org](mailto:john.langford@protectdemocracy.org)>
wrote:

**This message was
received from an
external sender.**

Matt,

Please advise on
when you are
available
tomorrow to
speak.

Thank you,

John

On Wed, Sep 14,
2022 at 9:56 AM
John Langford
<[john.langford@protectdemocracy.org](mailto:john.langford@protectdemocracy.org)>
wrote:

Matt,

I'm happy to
talk Friday, if
that's the
earliest you're
available. What
time works for
you?

Thanks,

John

On Wed, Sep
14, 2022 at
7:18 AM Matt
Haverstick
<[mhaverstick@kleinbard.com](mailto:mhaverstick@kleinbard.com)>
wrote:

John:

Are you
available
for a call
Friday?

Matthew H.
Haverstick
Managing
Partner
**Kleinbard
LLC**

---

**From:** John
Langford
<john.langford@protectdemocracy.org>
**Sent:**
Tuesday,
September 6,
2022 1:03
PM
**To:** Matt
Haverstick
<mhaverstick@kleinbard.com>
**Cc:** Shohin
Vance
<svance@kleinbard.com>;
Governski,
Meryl
Conant
<MGovernski@willkie.com>;
Gottlieb,
Michael
<MGottlieb@willkie.com>;
Knoblett,
John Tyler
<JKnoblett@willkie.com>;
Houghton-
Larsen, M
Annie
<MHoughton-
Larsen@willkie.com>;
Ryan,
Timothy
<tryan@willkie.com>
**Subject:** Re:
Rule 45
Subpoena for
Jenna Ellis

**This message
was received
from an
external
sender.**

Matt,

We are now more than two weeks past the listed date of production. We would like to connect with you as soon as possible. Are you available to talk today or tomorrow?

Best,

John

On Tue, Aug 23, 2022 at 11:05 AM John Langford <john.langford@protectdemocracy.org> wrote:

> Hi Matt,
>
> Are you all available to talk some time tomorrow or Thursday?
>
> Best,
>
> John
>
> On Fri, Aug 19, 2022 at 4:03 PM John Langford <john.langford@protectdemocracy.org> wrote:
>
>> Matt, I'm sorry we weren't able to connect today. Please let me know when you're able to talk next

week.

Best,

John

On Wed, Aug 17, 2022 at 10:21 AM John Langford <john.langford@protectdemocracy.org> wrote:

Thanks, Matt. Just let me know what time(s) work on Friday for a conversation. The only blocks I can't do are before 10 a.m. ET and between 2:30–4:30 p.m. ET. Otherwise, I should be free to chat whenever.

On Tue, Aug 16, 2022 at 5:51 PM Matt Haverstick <mhaverstick@kleinbard.com> wrote:

John: We'll represent Ms Ellis for this. Give me a day or so to review the subpoena and we can discuss, perhaps Friday.

Matthew H. Haverstick
Managing Partner
**Kleinbard LLC**

Three Logan Square, 5th Floor
1717 Arch Street | Philadelphia, PA 19103
D | 215.496.7225
M | 484.753.1355
F | 215.568.0140
E | mhaverstick@kleinbard.com
W | www.kleinbard.com

On Aug 11, 2022, at 4:00 PM, John Langford <john.langford@protectdemocracy.org> wrote:

**This message was received from an external sender.**

Thank you, Matt. I appreciate the update and will look out for your email.

Best,

John

On Thu, Aug 11, 2022 at 12:43 PM Matt Haverstick <mhaverstick@kleinbard.com> wrote:

John:

We may be representing Jenna in this matter. Give us a day or so and I think we'll be in a position

to
tell
you
we
represent
her
and
arrange
what
to
do
with
the
subpoena.
Sorry
it's
taken
so
long
-

Matthew
H.
Haverstick
Managing
Partner
**Kleinbard**
**LLC**

Three
Logan
Square,
5th Floor
1717
Arch
Street |Philadelphia,
PA
19103
D
| 215.496.7225
M| 484.753.1355
F
| 215.568.0140
E
| mhaverstick@kleinbard.com
W| www.kleinbard.com

This
e-
mail
message,
including
any
attachment(s),
is
intended
only
for
the
use
of
the
individual

or entity to which it is addressed and may contain information that is privileged and/or confidential. If you are not the intended recipient or the employee or agent responsible for delivering the communication to the intended recipient, please notify us immediately by replying to this message and then delete this message from your system.

On Aug 5, 2022, at 2:47 PM, John

Langford
<john.langford@protectdemocracy.org>
wrote:

**This message was received from an external sender.**

Mssrs. Haverstick and Vance,

I am writing to re-up this request. When you have a moment, I would very much appreciate it if you would please advise whether you would be willing to accept service of the subpoena on behalf of Ms. Ellis and, if so, if you would accept

service via this email.

Best,

John

On Wed, Aug 3, 2022 at 1:25 PM John Langford <john.langford@protectdemocracy.org> wrote:

Mssrs. Haverstick and Vance,

I understand that you represented Jenna Ellis in *Savage v. Trump*, No. 02495 (Pa. C.C.P.), and I am writing you in that capacity. I represent Ruby Freeman and Shaye Moss in *Freeman v. Giuliani*, No. 21-cv-

3354 (D.D.C.), and we have been trying to serve Ms. Ellis with the attached subpoena pursuant to Federal Rule of Civil Procedure 45.

Would you please advise whether you would be willing to accept service of the subpoena on behalf of Ms. Ellis and, if so, if you would accept service via this email?

We are, of course,

happy
to
confer
on
the
timing
of
Ms.
Ellis's
production
at
your
convenience.

Best,

John

-
-
John
Langford
Counsel,
Protect
Democracy
john.langford@protectdemocracy.org
|
(919)
619-
9819

<image001.jpg>

-
-
John
Langford
Counsel,
Protect
Democracy
john.langford@protectdemocracy.org
|
(919)
619-
9819

<image001.jpg>

-
-
John
Langford
Counsel,
Protect
Democracy
john.langford@protectdemocracy.org
|
(919)
619-
9819

--
John
Langford
Counsel,
Protect
Democracy
john.langford@protectdemocracy.org
| (919)
619-
9819

<image001.jpg>

--
John
Langford
Counsel,
Protect
Democracy
john.langford@protectdemocracy.org
| (919)
619-
9819

<image001.jpg>

--
John
Langford
Counsel,
Protect
Democracy
john.langford@protectdemocracy.org
| (919)
619-9819

<image001.jpg>

--
John
Langford
Counsel,
Protect
Democracy
john.langford@protectdemocracy.org
| (919) 619-
9819

<image001.jpg>

--
John Langford
Counsel,
Protect

Democracy
john.langford@protectdemocracy.org
| (919) 619-
9819


&lt;image001.jpg&gt;

--
John Langford
Counsel, Protect
Democracy
john.langford@protectdemocracy.org
| (919) 619-9819


&lt;image001.jpg&gt;

--
John Langford
Counsel, Protect Democracy
john.langford@protectdemocracy.org
| (919) 619-9819


&lt;image001.jpg&gt;

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the

personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.