# EXHIBIT 8

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

---

Ruby Freeman, et al.

**Plaintiff(s)**

Civil Action No.: 1:21-cv-3354

vs.

Rudolph W. Giuliani

**Defendant**

---

## AFFIDAVIT OF DUE DILIGENCE

I, James Archuleta, a Private Process Server, having been duly authorized to make service of the Deposition Subpoena and Witness fee check in the amount of $40.00 in the above entitled case, hereby depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That after due search, careful inquiry and diligent attempt(s), I have been unable to serve Jenna Ellis with the above named process.

That on April 24, 2023 at 4:15 PM, I attempted to serve Jenna Ellis at 2171 Burbank Street, Berthoud, Colorado 80513. On this occasion, although I observed the blinds were open, I received no answer at the door after knocking for several minutes.

That on April 24, 2023 at 6:15 PM, I attempted to serve Jenna Ellis at 2171 Burbank Street, Berthoud, Colorado 80513. On this occasion, again, although I observed the blinds were open, I received no answer at the door.

That on April 26, 2023 at 9:50 AM, I attempted to serve Jenna Ellis at 2171 Burbank Street, Berthoud, Colorado 80513. On this occasion, although I observed the lights were on and heard a woman's voice coming from within the house, I received no answer at the door.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

---

May 8th, 2023
Executed On

James Archuleta

TAYLOR DOUGLAS WEST
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224046053
MY COMMISSION EXPIRES JANUARY 4, 2027

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

Client Ref Number: N/A
Job #: 1617516

4020