# EXHIBIT 9

**Jenna Ellis** 🐊🇺🇸 ✓
@JennaEllisEsq

LIFE UPDATE:

Just touched down in the FREE STATE OF FLORIDA! ✈️

For the first time in my entire life, I'm changing residency and voter registration.

Dear @GovofCO, I just massively upgraded to @GovRonDeSantis. 😎🐊

5:07 PM · Apr 23, 2023 · **319.9K** Views

**398** Retweets   **112** Quotes   **5,181** Likes   **9** Bookmarks