# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA MOSS,<br><br>               Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>               Defendant. | Civil Action No. 21-3354 (BAH)<br><br>Chief Judge Beryl A. Howell |

## **AFFIDAVIT OF DUE DILIGENCE**

I, Harlin Parker, having been duly authorized to make service of the Plaintiffs' Notice of Subpoena Duces Tecum to Jenna Ellis in the above captioned action, hereby depose and say:

That I am a licensed private investigator with over 30 years of experience.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That I am the Custodian of Records of Target Research & Investigation Corporation.

That after due search and careful inquiry, we have been unable to locate a current address for Ms. Ellis and therefore have been unable to serve Ms. Ellis with the above named process.

That we understand that Ms. Ellis's parents reside at the address listed for Ms. Ellis in Berthoud Colorado.

That we learned through Ms. Ellis's public Twitter account that she moved states, from Colorado to Florida.

That we have undertaken a thorough and exhaustive search of available public and proprietary data sources, including information on her residential and business addresses, telephone numbers, professional licenses, voter records, driver license and vehicle registrations, civil and criminal court matters in which she is or was a party, social media, including professional sites such as Linkedin.com, Facebook.com, Google.com., requests made to the United States Postal Service.

That we can offer no assurances as to how soon we will be able to locate a current address for Ms. Ellis in Florida.

That Target Legal Process Worldwide has incurred approximately $500 in costs to locate Jenna Ellis to date.

I declare under penalty of perjury that this information is true.

_5/9/2023_  _____
Executed On    Harlin Parker