# EXHIBIT 11

| | |
|---|---|
| **From:** | Joe Sibley |
| **To:** | Houghton-Larsen, M Annie |
| **Cc:** | John Langford; Gottlieb, Michael; Governski, Meryl Conant; Ryan, Timothy; Dorner, Alexis |
| **Subject:** | Re: Freeman v. Giuliani - Jenna Ellis |
| **Date:** | Wednesday, May 3, 2023 6:37:44 PM |

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie -- I'm ok with it in the sense it forecloses calling her as a witness or using her testimony, but he can't be precluded from saying that he was provided information by her at trial or otherwise.

On Wed, May 3, 2023 at 4:58 PM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> Please confirm whether you consent to the draft stipulation I sent earlier today. As you know, time is of the essence. If you do not consent, we will have to consider seeking relief from the Court.
>
> Thanks,
>
> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> **From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Sent:** Wednesday, May 3, 2023 9:51 AM
> **To:** 'Joe Sibley' <sibley@camarasibley.com>
> **Cc:** John Langford <john.langford@protectdemocracy.org>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Ryan, Timothy <TRyan@willkie.com>; Dorner, Alexis <ADorner@willkie.com>
> **Subject:** RE: Freeman v. Giuliani - Jenna Ellis

Joe, please confirm that you consent to the attached stipulation re Jenna Ellis.  If so, we will get it on file today.  Thanks!

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Joe Sibley <sibley@camarasibley.com>
**Sent:** Tuesday, May 2, 2023 1:21 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** John Langford <john.langford@protectdemocracy.org>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Ryan, Timothy <TRyan@willkie.com>; Dorner, Alexis <ADorner@willkie.com>
**Subject:** Re: Freeman v. Giuliani - Jenna Ellis

**\*\*\* EXTERNAL EMAIL \*\*\***

We can take Jenna Ellis off.

On Tue, May 2, 2023 at 8:10 AM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe, following up on Ms. Ellis.  Thanks.
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> ---
>
> **From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Sent:** Monday, May 1, 2023 1:06 PM
> **To:** 'Joe Sibley' <sibley@camarasibley.com>
> **Cc:** John Langford <john.langford@protectdemocracy.org>; Gottlieb, Michael

<MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Ryan, Timothy <TRyan@willkie.com>; Dorner, Alexis <ADorner@willkie.com>
**Subject:** RE: Freeman v. Giuliani - Jenna Ellis

Thank you Joe.  If you remove Ms. Ellis, please also confirm that Mr. Giuliani will execute a stipulation that he will not rely on Ms. Ellis in any way in litigation this case.  We would be happy to provide the draft stipulation.

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Joe Sibley <sibley@camarasibley.com>
**Sent:** Monday, May 1, 2023 12:55 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** John Langford <john.langford@protectdemocracy.org>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Ryan, Timothy <TRyan@willkie.com>; Dorner, Alexis <ADorner@willkie.com>
**Subject:** Re: Freeman v. Giuliani - Jenna Ellis

**\*\*\* EXTERNAL EMAIL \*\*\***

I've asked the client if we can remove her -- I should know the answer by tonight.  Thx, Joe.

On Mon, May 1, 2023 at 11:34 AM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> We are considering seeking relief from the court regarding Ms. Ellis, whether in the form of a request for a discovery conference or a motion for alternative service.  Please advise whether you would oppose either.

Please also advise whether you have been able to contact Ms. Ellis or her attorney as requested below.

Thanks

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Friday, April 28, 2023 5:28 PM
**To:** 'Joe Sibley' <sibley@camarasibley.com>
**Cc:** John Langford <john.langford@protectdemocracy.org>; Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; Ryan, Timothy <TRyan@willkie.com>
**Subject:** Freeman v. Giuliani - Jenna Ellis

Joe,

We wanted to make you aware that we have been attempting to serve Ms. Jenna Ellis with a deposition subpoena without success.

Of course, Plaintiffs would be significantly prejudiced if we are unable to depose Ms. Ellis prior to trial given that Mr. Giuliani recently included her on his amended disclosures, describing Ms. Ellis as "Was involved with providing Giuliani with information and discussing with Giuliani allegations regarding Plaintiffs that Giuliani relied on in forming a good faith belief regarding the truth of any factual allegations regarding Plaintiffs and his opinions based on disclosed facts. See Giuliani's deposition transcript and interrogatory answers for more detailed information."

We are writing to request that you or your client please promptly speak to Ms. Ellis and/or her counsel about accepting our deposition subpoena in light of Mr. Giuliani's intent to rely on her testimony.  Alternatively, please confirm whether Mr. Giuliani still intends to rely on Ms. Ellis in any way for purposes of this case or if he is considering removing her from his amended initial disclosures.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.