# EXHIBIT 12

**From:** Harlin Parker <harlin@targetresearch.com>
**Sent:** Monday, May 8, 2023 4:57 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Subject:** FW: [EXTERNAL] USPS request form on Jenna Ellis

### *** EXTERNAL EMAIL ***

See below. And annexed.  A bit odd.

Harlin Parker
Licensed and Bonded New York and New Jersey
**Target Research & Investigation Corporation**
100 Church Street, 8th floor
New York, NY 10007 USA
www.targetresearch.com
t:  212.227.9600
c:  646.765.3355

**From:** Gelona, Christopher - Berthoud, CO <Christopher.Gelona@usps.gov>
**Sent:** Monday, May 8, 2023 4:18 PM
**To:** Harlin Parker <harlin@targetresearch.com>
**Subject:** RE: [EXTERNAL] USPS request form on Jenna Ellis

See attachment. Donald and Valerie Ellis do receive mail at this address. We don't get mail for Jenna and carrier does not recall ever delivering anything for Jenna.

**From:** Harlin Parker <harlin@targetresearch.com>
**Sent:** Monday, May 8, 2023 1:06 PM
**To:** Gelona, Christopher - Berthoud, CO <Christopher.Gelona@usps.gov>
**Subject:** RE: [EXTERNAL] USPS request form on Jenna Ellis

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Hi Mr. Gelona,

First, thank you very much for your understanding and your help on this. Attorneys will be going to court this week concerning this witness. I'm just a bit confused about what "the carrier confirmed that Ellis is at that address" when Jennis Ellis is not, if that is the case, receiving mail there. Can you please clarify what the carrier means?

Thanks very much,

Harlin Parker

Licensed and Bonded New York and New Jersey

**Target Research & Investigation Corporation**

100 Church Street, 8th floor
New York, NY 10007 USA

www.targetresearch.com

t:  212.227.9600
c:  646.765.3355

---

**From:** Gelona, Christopher - Berthoud, CO <Christopher.Gelona@usps.gov>
**Sent:** Friday, May 5, 2023 12:28 PM
**To:** Harlin Parker <harlin@targetresearch.com>
**Subject:** RE: [EXTERNAL] USPS request form on Jenna Ellis

The carrier confirmed that Ellis is at that address, however he is not %100 that Jenna receives mail there. There was nothing addressed to Jenna in today's mail. Do you want me to monitor this until Monday morning? That will give 2 more days of mail to verify this.

Thoughts??

---

**From:** Harlin Parker <harlin@targetresearch.com>
**Sent:** Friday, May 5, 2023 8:55 AM
**To:** Gelona, Christopher - Berthoud, CO <Christopher.Gelona@usps.gov>
**Subject:** RE: [EXTERNAL] USPS request form on Jenna Ellis

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

Good Morning,

I'm hoping you may have some information for me this morning?

Harlin Parker
Licensed and Bonded New York and New Jersey
**Target Research & Investigation Corporation**
100 Church Street, 8th floor
New York, NY 10007 USA
www.targetresearch.com
t:  212.227.9600
c:  646.765.3355

---

**From:** Gelona, Christopher - Berthoud, CO <Christopher.Gelona@usps.gov>
**Sent:** Thursday, May 4, 2023 4:50 PM
**To:** Harlin Parker <harlin@targetresearch.com>
**Subject:** RE: [EXTERNAL] USPS request form on Jenna Ellis

I will reply to this tomorrow morning. The carrier for this route is off today and he will have accurate information for this address.

---

**From:** Harlin Parker <harlin@targetresearch.com>
**Sent:** Thursday, May 4, 2023 2:40 PM
**To:** Gelona, Christopher - Berthoud, CO <Christopher.Gelona@usps.gov>
**Subject:** [EXTERNAL] USPS request form on Jenna Ellis

**CAUTION**: This email originated from outside USPS. **STOP and CONSIDER** before responding, clicking on links, or opening attachments.

To:      USPS, Berthoud, CO
         Christopher Gelona

Ms. Gelona,
Thank you for accepting the request form via email.  As I mentioned, I've been informed that we now only have until next week to locate the current address for a witness, Jenna Ellis.  She used to reside at 2171 Burbank Street, Berthoud, CO 80513.

Please be so kind as to ascertain if there is any change of address information available.  And please respond by email asap.

Harlin Parker
Licensed and Bonded New York and New Jersey
**Target Research & Investigation Corporation**
100 Church Street, 8th floor
New York, NY 10007 USA
www.targetresearch.com

t: 212.227.9600
c: 646.765.3355