# EXHIBIT 13

CHRISTOPHER.GELONA@USPS.GOV

| | |
|---|---|
| Target Legal Process Worldwide Corporation<br>100 Church Street, 8th floor<br>New York, NY 10007 USA<br>t. 212.227.9600  info@targetlpw.com | Our Ref: R88981 |

The Postal Service does not have a database with the current address of all of its customers. It doesn't need that information since it delivers to addresses, rather than to individuals. However, if a customer moves and files a change of address order, that information is kept at the post office serving the last known address. The disclosure of customer name and address information is contained at section 265.6(d) of our regulations (39 CFR 265), which can be accessed from the FOIA home page. Change of address information about individuals or families is available only to government agency requesters, to persons needing the information to serve legal process who meet certain requirements, or pursuant to a court order.

The Postal Service suggests the following format to be used in conjunction with regulations at 39 CFR 265.6(d)(4)(ii) by persons empowered by law to serve legal process when requesting change of address or boxholder information.

The request should be forwarded to the Postmaster of the last known address.

4/27/23

Postmaster    970 532 5379

Berthoud, CO 80513
City, State, ZIP Code    428 3rd St

Date: March 22, 2023

**REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS**

Please furnish the new address or the name and street address (if a boxholder) for the following:

Name: Jenna Ellis - not at address

Address: 2171 Burbank Street, Berthoud, CO 80513

Note: Only one request may be made per completed form. The name and last known address are required for change of address information. The name, if known and Post Office box address are required for boxholder information. The following information is provided in accordance with 39 CFR 265.6(d)(4)(ii). There is no fee charged for change of address or boxholder information.

1. Capacity of requester (process server, attorney, party representing self): Process Server
2. Statute or regulation that empowers me to serve process (not required for attorney's or a party acting pro se—except a corporation acting pro se must cite statute: CPLR section 308   FRCP Rule 4
3. The names of all known parties to the litigation: Ruby Freeman v Rudolph Giuliani
4. The court in which the case has been or will be heard: US District Court, District of Columbia
5. The docket or other identifying number if one has been issued: 21 CV 3354
6. The capacity in which this individual is to be served (defendant or witness): witness

**WARNING: THE SUBMISSION OF FALSE INFORMATION TO OBTAIN AND USE CHANGE OF ADDRESS INFORMATION OR BOXHOLDER INFORMATION FOR ANY PURPOSE OTHER THAN THE SERVICE OF LEGAL PROCESS IN CONNECTION WITH ACTUAL OR PROSPECTIVE LITIGATION COULD RESULT IN CRIMINAL PENALTIES INCLUDING A FINE OF UP TO $10,000 OR IMPRISONMENT OF NOT MORE THAN 5 YEARS, OR BOTH (TITLE 18 U.S.C. SECTION 1001).**

I certify that the above information is true and that the address information is needed and will be used solely for service of legal process in conjunction with actual or prospective litigation.

Signature: [signed]

Printed Name: Harlin Parker

Address: 100 Church Street, 8th floor
City, State, ZIP Code: New York, NY 10007

**FOR POST OFFICE USE ONLY**

X ___ No change of address on file
___ Moved and left no forwarding address
___ No such address
___ Good As Addressed

New Address or Boxholder Name and Street Address:
_____
_____

[Berthoud CO MAY -8 2023 80513 stamp]

please provide the street address associated with this PO Box and Mr. Samiel Hanasab. As we discussed, there is a court order that must be served to Samiel Hanasab by March 23 and we MUST have the street address in order to serve him. Please, if at all possible, email back to me the street address or complete this USPS form and send a pdf today. Thank you very much for your understanding and help.