IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>RUDOLPH W. GIULIANI,<br><br>   *Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

### [PROPOSED] ORDER APPROVING PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PERMITTING PLAINTIFFS TO SERVE A RULE 45 SUBPOENA ON THIRD-PARTY JENNA ELLIS VIA ALTERNATIVE SERVICE AND AMEND THE SCHEDULING ORDER TO PERMIT PLAINTIFFS TO TAKE THREE DEPOSITIONS AFTER THE CLOSE OF FACT DISCOVERY

Upon consideration of the Plaintiffs' Unopposed Motion for Order Permitting Plaintiffs to Serve a Rule 45 Subpoena on Third-Party Jenna Ellis via Alternative Service and Amend the Scheduling Order to Permit Plaintiffs to Take Three Depositions After the Close of Fact Discovery (the "Motion"), it is hereby:

**ORDERED** that the Motion be **GRANTED**; and it is further

**ORDERED** that Plaintiffs are permitted to serve a subpoena ("Subpoena") on third-party Jenna Ellis by: (1) emailing a copy of any order authorizing alternative service and the subpoena to Kleinbard Counsel, (2) sending a copy of the order and confirmatory copy of the subpoena to the Colorado address at which Plaintiffs have attempted to serve Ms. Ellis, (3) emailing a copy of the order and confirmatory copy of the subpoena to the email addresses Plaintiffs have for Ms. Ellis, (4) sending a copy of the order and confirmatory copy of the subpoena to Ms. Ellis via direct

- 2 -

message to her Twitter account, (5) sending a copy of the order and confirmatory copy of the subpoena to Ms. Ellis via direct message to her Instagram account, and (6) sending a copy of the order and confirmatory copy of the subpoena to Ms. Ellis via direct message to her Facebook account.

**ORDERED** that Plaintiffs may take the deposition of Ms. Ellis, Giuliani Partners LLC, and Giuliani Communications LLC after fact discovery closes.

**IT IS SO ORDERED.**

_____    _____
Date                                                    Hon. Beryl A. Howell, Judge
                                                              United States District Court for the District of Columbia