IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>   *Plaintiffs*,<br><br> v.<br><br>RUDOLPH W. GIULIANI,<br><br>   *Defendant*. | Civil Action No. 21-cv-3354 (BAH)<br><br>Judge Beryl A. Howell |

**DECLARATION OF VON A. DUBOSE**

I, Von A. Dubose, declare under penalty of perjury that the following is true and correct:

1. My name is Von A. DuBose. I am over the age of 18 years of age and competent to make this declaration. I have personal knowledge of the facts stated herein and know them to be true.

2. On April 19, 2023, I spoke with Ray Smith and informed him that Plaintiffs would like to take his deposition.

3. Mr. Smith responded that he would like to speak with his counsel before agreeing to sit for deposition.

4. On April 25, 2023, I followed up with Mr. Smith via email, stating "Ray – I'm following up to see if you've had a chance to speak with your counsel regarding the issue of a potential deposition. Let me know if you want/need to jump on a call sometime tomorrow." Mr. Smith responded on April 25, 2023: "In process. Will have a response by weeks end."

1

5. On April 26, 2023, Ray Smith left me a voice message stating that he had been advised by counsel not to sit for deposition. Mr. Smith asked me to contact his counsel, Bruce Morris.

6. I contacted Bruce Morris on May 1, 2023 at 5:20 p.m. I informed Mr. Morris that we would like to depose Mr. Smith, and Mr. Morris indicated that they would file a motion to quash because Mr. Smith was "something between a target and witness" in the Fulton County District Attorney's investigation of the 2020 election.

7. On May 3, 2023, I sent Mr. Morris a copy of the subpoena and asked him to inform me by the close of business on May 4, 2023, if he was authorized to accept service. Mr. Morris did not respond to that email. As a precaution, Mr. Smith's subpoena package was forwarded to his place of business via Fed Ex the next day, May 5, 2023.

8. On May 5, 2023, Randolph Evans emailed me, stating that he represents Mr. Smith and confirmed that Mr. Smith has received a subpoena package issued by this Court. Mr. Evans asked me to contact him "to discuss Ray's situation so that we can hopefully save a lot of time and expense for everyone."

9. I spoke with Mr. Evans on May 5, 2023 and he informed me that Mr. Smith intends to assert his Fifth Amendment right against incrimination in response to all questions posed during a deposition.

10. I agreed to work with Mr. Evans to determine whether there was a way the two sides could streamline a deposition such that there was not a need to individually pose each question.

11. On May 9, 2023, Mr. Evans proposed that he fly back to Atlanta on May 16, 2023, and allow Mr. Smith to sit for a 4 p.m. deposition.

12. I accepted Mr. Evans' offer to start the deposition on May 16, 2023 at 4 p.m. and arrangements were made for a court reporter and videographer.

13. On May 12, 2023, I forwarded to Mr. Evans a revised subpoena reflecting their agreement as to time and place of the deposition and asking him to accept service of the revised subpoena on Mr. Smith's behalf.

14. On May 12, 2023, I also informed Mr. Evans of Plaintiffs' belief that blanket assertions of the Fifth Amendment right against self-incrimination at deposition were improper.

15. I further stated that if the two sides do not come up with a procedurally proper way for Mr. Smith to assert his Fifth Amendment rights in response to all deposition questions, the deposition would likely need to start earlier than 4 p.m.

16. In response, Mr. Evans asked me to forward the deposition topics Plaintiffs intended to cover in Mr. Smith's deposition.

17. Mr. Evans further responded that perhaps Mr. Morris was correct about the need to file a motion to quash and that they may need to contact Fulton County District Attorney, Fani Willis. I complied and forwarded to Mr. Evans Plaintiffs' deposition topics.

18. I did not hear from Mr. Evans over the weekend and after sending Plaintiffs' deposition topics.

19. On May 15, 2023, I contacted Mr. Evans and asked if Mr. Smith would be moving to quash the subpoena or if Plaintiffs could expect the deposition to go forward as agreed on May 16, 2023 at 4 p.m.

20. On April 21, 2023, Defendant Giuliani served his First Set of Requests for Production on Plaintiffs' Counsel.

21. Attached as Exhibit 1 is a true and correct copy of an email from Mr. Randy Evans to me, dated May 15, 2023.

Executed: May 17, 2023.
Atlanta, GA

By: /s/ *Von A. DuBose*
Von A. DuBose