IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>　　　*Plaintiffs*,<br><br>　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　*Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

### [PROPOSED] ORDER APPROVING PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PERMITTING PLAINTIFFS TO NOTICE FOR DEPOSITION AND DEPOSE THIRD PARTY RAY SMITH AFTER THE CLOSE OF FACT DISCOVERY AND FOR CLARIFICATION OF THE SCHEDULING ORDER

Upon consideration of the Plaintiffs' Unopposed Motion for an Order Permitting Plaintiffs to notice for deposition and depose third-party Ray Smith after the close of fact discovery and for clarification of the Court's August 31, 2022 Scheduling Order (the "Motion"), it is hereby:

**ORDERED** that the Motion be **GRANTED**; and it is further

**ORDERED** and clarified that the Scheduling Order permits documents to be produced outside of the fact discovery period so long as the requests and subpoenas were properly propounded and served within the fact discovery period.

**IT IS SO ORDERED.**

_____　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　Beryl A. Howell, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court for the District of Columbia