# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *and* WANDREA MOSS, *Plaintiffs*, v. RUDOLPH W. GIULIANI, *Defendant*. | Civil Action No. 21-3354 (BAH) Judge Beryl A. Howell |

## [PROPOSED] ORDER GRANTING MOTION TO ALTER THE AUGUST 31, 2022, SCHEDULING ORDER REGARDING EXPERT DISCOVERY

Upon consideration of the Joint Motion for an Order Altering the August 31, 2022, Scheduling Order Regarding Expert Discovery, it is hereby:

**ORDERED** that the Motion be **GRANTED**; and it is further

**ORDERED** that the new discovery deadlines regarding expert discovery are as follows: the parties shall make initial expert designations and disclosures by July 28, 2023; the parties shall make rebuttal expert designations and disclosures by August 11, 2023; and by September 1, 2023, expert discovery shall be completed, and the parties shall file a joint status report advising the Court whether (a) they request referral for mediation or settlement; (b) they request a date for a pretrial conference; or (c) dispositive motions are anticipated.

**IT IS SO ORDERED.**

_____   _____
Date                                          Hon. Beryl A. Howell
                                                      United States District Court for the District of Columbia