# EXHIBIT 3



RECEIVED

Dec 22 2022 2:36pm

Board on Professional
Responsibility

**Date:** December 7, 2022

**Case:** In Re:  Rudolph W. Giuliani



Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet: www.acefederal.com

In Re:  Rudolph W. Giuliani
December 7, 2022

DISTRICT OF COLUMBIA COURT OF APPEALS

BOARD ON PROFESSIONAL RESPONSIBILITY

AD HOC HEARING COMMITTEE

- - - - - - - - - - - - - - - - X

In the Matter of,            Board Docket No.

RUDOLPH GIULIANI,            22-BD-027

        Respondent.      Disciplinary Docket No.

A Temporarily Suspended Member     2020-D253

of the Bar of the District of      Vol. 3

Columbia Court of Appeals.         :

Bar Number: 237255                 :

- - - - - - - - - - - - - - - - X

                    Wednesday, December 7, 2022


          CONTINUED VIRTUAL HEARING OF

              RUDOLPH GIULIANI


Reported by

  Kim M. Brantley, C.S.R.

Page 631

# Excerpted

In Re:  Rudolph W. Giuliani
December 7, 2022

## Page 820

1  September 11th, I've been an avid supporter of the
2  war on terror.  You know, I -- I think a lot of
3  people don't realize this.  I lived in or worked
4  in the Middle East for close to 11 years, I think,
5  and I've worked at positions there where I -- I
6  have a pretty good understanding of the -- the
7  radical Islamic views of America and why we were
8  attacked prior to September 11th, and what those
9  threats are today.  So I'm in contact with a
10  number of -- a number of the agencies, a number of
11  law enforcement agencies to which I -- I consult
12  or advise or give them my insight.  And I was also
13  on the International Association of Police
14  Terrorism Committee years ago with regard to the
15  same thing.
16      Q.   Okay.  And Mr. Kerik, how did you come
17  into the Trump 2020 campaign?  How did you become
18  involved?
19      A.   I was a supporter of President Trump,
20  you know, from the time he announced.  I've known
21  him since, I don't know, in 19- 1992 or 1994.
22  I've known him a long time.  I got to know him

## Page 821

1  when I was -- when I worked in the city.  I knew
2  him as correction commissioner, police
3  commissioner long before he ever announced he was
4  running for president.  When he did announce, I
5  was supportive.  I campaigned for him around the
6  country, did a number of different speaking events
7  for him around the country and was a supporter in
8  both campaigns.
9      Q.   Did there come a time when you worked
10  for Mr. Giuliani in regard to the Trump 2020
11  campaign?
12      A.   Yes.
13      Q.   And what was your role?
14      A.   In the aftermath of the election, I
15  think on the evening of the -- on the evening of
16  November 4th, Mayor Giuliani called me, said that
17  he was going to be heading up a legal team to look
18  at the election on behalf of the president and
19  wanted me to come back to Washington, DC.
20       I had been -- I was in DC on the night
21  of the election.  I went home the morning or early
22  afternoon of the 4th.  The mayor called me I think

## Page 822

1  that evening, and then I took off and went back to
2  DC the next morning to assist him in his
3  investigation.
4      Q.   And did your -- did you -- did there
5  come a time on that date when you went to
6  Washington that you went to the campaign
7  headquarters in Arlington -- I think it was in
8  Arlington, right?  Am I -- or you can correct me.
9  Was it in Arlington, Virginia?
10      A.   Yeah, the -- I met the mayor first at
11  the Mandarin Oriental Hotel that mornings, early
12  that morning, and then we --- we left there and
13  went to -- went to the campaign -- the Trump
14  campaign headquarters, which was in Arlington,
15  where the mayor -- the mayor went and met with
16  some of the campaign attorneys and other people
17  involved in the campaign and --
18      Q.   Could you describe -- could you
19  describe the room?
20      A.   Well, there were a number of rooms but
21  the primary room was a major -- it was a big
22  conference room, and they probably had, I don't

## Page 823

1  know, I want to say 30 seats around the conference
2  table.  But that was the -- the primary room
3  where -- where he had his meetings that morning.
4  There were a number of offset cubicles and rooms
5  that we later used.  But that became sort of a
6  base for the investigative team.
7      Q.   And do you recall who was in it --
8  could you describe the situation in the room, in
9  terms of people, phone calls, et cetera, et
10  cetera?
11      A.   Yeah, I mean, we -- we just got there.
12  We were -- the campaign people were -- the
13  campaign people that were there was basically
14  collecting data on the election, and it was kind
15  of chaotic when we arrived.  They were looking at
16  the election results in a number of different
17  states, primarily Georgia, Pennsylvania, Michigan,
18  Wisconsin, Arizona, a few others.  But those were
19  the primary states.
20       There were a number of people that were
21  there when I got there, physically got there, and
22  campaign people, some of which I didn't know and

49  (Pages 820 to 823)

In Re:  Rudolph W. Giuliani
December 7, 2022

| Page 824 |
| --- |

1   still don't know.  But it was -- it was pretty
2   crazy.
3        Q.  Do you -- do you recall who -- I -- I
4   know -- I know you weren't involved in the
5   litigation strategy.  What was your role actually?
6        A.  Basically my role was the primary
7   investigator and coordinator for the mayor.  The
8   mayor was overseeing the -- overseeing the
9   investigation or litigation prep, if you will and,
10  you know, my job was to assist him, coordinate for
11  him, with him, and I was -- I was -- I don't know,
12  I can't think of another word other than like an
13  intake agent for the mayor.  Because we had -- we
14  had -- we had documents coming in.  People were
15  sending information in from various states, they
16  were sending information in from the -- the White
17  House, perhaps, information was coming into the
18  campaign.  There was a bunch going on and, you
19  know, this was really, as I've explained it in the
20  past, this was sort of an understaffed legal team
21  with an enormous task.
22       So I was -- I was sort of the mayor's

| Page 825 |
| --- |

1   primary coordinator and investigator.
2        Q.  And you were not the only person
3   funneling information to the mayor, but you -- you
4   were one of the people and -- and one of the main
5   people funneling.
6        Would that be fair to say?
7        A.  Yes, sir.
8        MR. LEVENTHAL:  And -- could you get
9   those exhibits up there now.
10       We're going to put up some exhibits
11  that -- Exhibits 40 -- what was 39?  Give me one
12  second.
13       (Brief pause.)
14  BY MR. LEVENTHAL:
15       Q.  Exhibit 40, 41, 42 and 43.  Let's start
16  with 40.
17       Are you familiar -- did -- did there
18  come a time that you had provided -- I don't want
19  to testify.  You -- you had given us these
20  exhibits:  40, 41, 42 and 43?
21       MR. LEVENTHAL:  Could you show him
22  each -- each one.

| Page 826 |
| --- |

1   BY MR. LEVENTHAL:
2        Q.  Have you had a chance to look at the
3   headings of all those three?
4        A.  Yeah, I can't see the exhibits.  I just
5   see the opening page.  Okay, now I see them.  I
6   see what you're looking at.
7        Q.  This is 43.  We'll show you -- oh, this
8   is 40?  Okay.  This is 40.
9        A.  I think -- yeah, I think these are the
10  documents that I gave.
11       MR. LEVENTHAL:  All right show him 41.
12  Could you show 42, please; 43, please.
13  BY MR. LEVENTHAL:
14       Q.  Did there come a time when these
15  exhibits came into your possession?
16       A.  Yes.
17       Q.  And was that before or after -- do
18  you -- do you know when you got them?
19       MR. LEVENTHAL:  I withdraw my -- the
20  first clause.
21  BY MR. LEVENTHAL:
22       Q.  Do you know when you received these

| Page 827 |
| --- |

1   exhibits?
2        A.  No, I can't -- I can't say the exact
3   date.  It was early on in the investigation or the
4   inquiry we were conducted.  Like I said, keep in
5   mind --
6        Q.  Had you seen -- had you seen them
7   before or after November 15th or 16th?
8        A.  No.  I think it would have been before
9   that.
10       Q.  Okay.
11       MR. LEVENTHAL:  I move these exhibits
12  into evidence -- oh, not yet, not yet.
13  BY MR. LEVENTHAL:
14       Q.  Can you -- can you swear that all these
15  information in these exhibits are true?
16       A.  Are true?
17       Q.  Yeah.
18       A.  No.  No, I cannot.
19       Q.  So the contents of them you can't
20  verify, but this is the information that was
21  collected by the team.
22       Is that what you're saying?

In Re:  Rudolph W. Giuliani
December 7, 2022

Page 828

1    A.  Yes.  Keep in mind, we -- as I -- I
2  tried to explain earlier, and I'm -- I know I'm
3  doing a disservice to this explanation, but we had
4  documents that were coming in from probably 50 to
5  a hundred different sources.  We had investigators
6  in different states; we had our own investigators;
7  we had technical people; we had other lawyers; we
8  had lawyers on site that were in these different
9  states.
10      This material was coming in from, I
11  don't know, like a lot of different people.  So
12  when that material would come in, I would look at
13  it.  If it was something that was related to a --
14  a part of the litigation that the mayor may have
15  been working on or something that he needed, I
16  would get it to him directly.
17      You know, the mayor had -- not a lot of
18  people had access to the mayor's email address, so
19  most of the stuff that was emailed to the mayor
20  came to my email or came through me, or it was
21  handed to me.  If I thought it was important for
22  the mayor to see it, personally, I would give it

Page 829

1  to him.  If I thought it was something he was
2  working on, I would refer it to him and then get
3  him what we got.
4      I can't -- I couldn't swear to the
5  accuracy of the information.  It came from other
6  people.  And we were in the process at the time of
7  investigating and confirming details.
8      So, could I swear to the accuracy?
9  No, I can't.
10    Q.  Okay.  So you had mentioned -- well,
11  let me ask you, did you collect any raw data for
12  the campaign?
13    A.  Yeah, we did.  We collected a -- a
14  bunch of raw data early on, I mean, within the
15  first few days.
16    Q.  Hold on, hold on, hold on.  Maybe I
17  should give a foundation.
18    MR. LEVENTHAL:  Could you go to Exhibit
19  43, please.
20  BY MR. LEVENTHAL:
21    Q.  Do you see that one, Mr. Kerik?
22    A.  Yes.

Page 830

1    Q.  All right.  Could you tell us how
2  this -- this came about?
3    A.  Could you scroll up.  I can't see --
4  oh, okay.
5    MR. LEVENTHAL:  Can you make it a
6  little bigger, too, please, so he can read it a
7  little better.
8    THE WITNESS:  Yeah, I got it, I got it.
9  Okay, I got it.
10      Yeah, this -- this document, this isn't
11  the only document.  There was a bunch of documents
12  like this that came from investigators that were
13  collecting raw data from both Pennsylvania and
14  Georgia, and -- and that data was coming primarily
15  off the secretary of state's website, and the --
16  what the investigators were doing is they were
17  locating, in this case, people that had voted in
18  multi states -- in Pennsylvania and Georgia -- and
19  that -- that part of the investigation was sort of
20  ongoing.
21      There was other data collected in
22  the -- from the same website that basically had a

Page 831

1  bunch of improprieties or -- or -- improprieties I
2  would imagine, where, you know, so many ballots
3  went out, yet more ballots came in than went out;
4  when they came in versus when they came back.
5  There were 20 different inconsistencies with
6  regard to the material that we were collecting,
7  and at some point we made an inquiry to the
8  secretary of state's office for more access to
9  that raw data --
10    Q.  If I may -- excuse me, if I can
11  interrupt you.  What secretary of state's office?
12    A.  Pennsylvania.
13    Q.  And -- and you said there was
14  investigation between Pennsylvania and Georgia?
15    A.  Yeah, we were collecting data from
16  both.
17    Q.  Okay.  And -- and did there come a time
18  when you had to stop that?
19    A.  Yeah.  Well we -- yeah, there --
20    Q.  Why?  Why?
21    A.  Because the -- the secretary of state,
22  when we started making inquiries about the data

51 (Pages 828 to 831)