# EXHIBIT 5

6/6/23, 11:02 AM

Bernard B. Kerik on Twitter: "Watching the Georgia Senate hearing video in which Democratic poll workers waited until the coast …

Case 1:21-cv-03354-BAH Document 63-6 Filed 06/09/23 Page 2 of 8



# Tweet

**Bernard B. Kerik**
@BernardKerik

Now what can possibly be on that thumb drive? What's so secret, that they must act like it's a drug deal? Or, is it just my imagination? Same woman counting concealed ballots in Georgia? 🚨 Video Breakdown USB HANDOFF RUBY FREEMAN TO DAUGHTER youtu.be/ul0kI7JTPNo

12:22 AM · Dec 6, 2020

**856** Retweets **123** Quotes **2,640** Likes **19** Bookmarks



6/6/23, 11:07 AM    Bernard B. Kerik on Twitter: "This man @GeoffDuncanGA wants to certify an election where there is 100% irrefutable proof of elec…

Case 1:21-cv-03354-BAH Document 63-6 Filed 06/09/23 Page 4 of 8



← **Tweet**

 **Bernard B. Kerik** ✓
@BernardKerik

 This man @GeoffDuncanGA wants to certify an election where there is 100% irrefutable proof of election fraud involving at a minimum of 24,000 ballots that would make President @realDonaldTrump the winner! Why? #malfeasance #criminal Georgia wake up!



8:26 AM · Dec 11, 2020

**377** Retweets   **97** Quotes   **1,327** Likes   **2** Bookmarks

# Tweet

**Bernard B. Kerik**
@BernardKerik

The fact that you and your lieutenant governor has known for weeks about clear-cut fraud in Fulton County and none of those people have been subpoenaed or arrested, no one should count on this fake assessment.

>  **Brian Kemp** @BrianKempGA · Dec 13, 2020
> ICYMI: GBI using hand-picked task force to help look into possible election fraud across state wsbtv.com/news/local/atl... #gapol

1:05 PM · Dec 13, 2020

**928** Retweets **135** Quotes **3,480** Likes **5** Bookmarks



6/6/23, 11:09 AM　Bernard B. Kerik on Twitter: "Ruby Freeman and her daughter in Georgia have yet to be questioned before a grand jury and there'…

Case 1:21-cv-03354-BAH   Document 63-6   Filed 06/09/23   Page 6 of 8









**Josh Barnett-AZ** @BarnettforAZ · Dec 28, 2020

For all you numbskulls saying there's no evidence. This is just ONE state.

@BernardKerik

**PENNSYLVANIA**

**Margin: 68,000 votes**

- 682,777 mail-in votes were counted without a single Republican viewing and verifying the ballots, names, signatures, addresses, dates
- Secretary of State election results removed from the internet
- Primary – 1.98m mail-in votes sent out, 2.4m mail-in votes counted
- Mail-in Ballots Retuned: 1,462,302
- Mail-in Ballots Not Returned: 360,846
- Mail Ballots Returned Before Mailed Date: 22,686
- Mail Ballots Returned on Same Day They Were Mailed: 32,591
- Mail Ballots Processed for Confirmed <u>Dead</u>: 8,021
- Mail Ballots Mailed Before They Were Requested: 4,894
- Mail Ballots Processed Before They Were Requested: 735

 539   1,075

Tweet

**Bernard B. Kerik** ✓
@BernardKerik

For Georgia

**GEORGIA**

**Margin: 10,000 votes**

- Video of Ruby and Shay at midnight
  - That is the time of the 200,000 vote bump
    - Similar interruptions at same time in other states
  - No Watermain Break – a lie to get the Republican observers and media to leave at 10:30pm
- We are looking at machines in the Republican districts as the President ran 3-5% behind local legislators – and they do not believe that is possible
- Machines were connected at poll-pad and tabulator level, as we have testimony that the Denver help desk for Dominion worked on problems remotely
- Ware County demonstrated a 13%-point reduction from Trump with fractional votes and assigned to Biden for a 26% differential
- Coffee County Election Administrator shows how to manipulate cast ballots, change votes, and vote blank ballots as a function of the Dominion machine design and the electronic "Adjudication Process"
  - Coffee County could not replicate the ballot tallies after re-running them repeatedly, and thus did not certify their 15,000 votes
  - Gwinnett and Fulton County had a greater than 80% adjudication rate, where the administrator determines the voter "intent" with no oversight
    - 1 out of 250,000 is standard for inaccuracy
  - **2,560 felons** with uncomplete sentences registered to vote and cast their vote;
  - **66,247 underage** people registered to vote and illegally voted;
  - **2,423 unregistered** people voted;
  - **4,926** registered voters who **registered to vote in another state** after their Georgia registration date voted;
  - **395** people voted in Georgia and **also voted in another state**;
  - **15,700** people voted in Georgia but **changed their address** before the election;





- 40,279 people voted who **failed to re-register** to vote in their new county in time after moving from one county to another;
- 1,043 people voted who illegally said a **post office box** was their residence;
- 98 people who **registered too late** to vote in the election;
- 10,315 people who had **died** by the time of the election;
- No Chain of Custody – 600,000
- 726,560 have moved mailing addresses with no change of address card – voted where
  - 275,050 have filed as moving out of the state but are still registered in GA
  - 17,000 are living outside of GA and voted in GA
- 96,600 mail-in ballots with no return record were counted

3:57 PM · Dec 28, 2020

**38** Retweets  **3** Quotes  **66** Likes  **3** Bookmarks