# EXHIBIT 6

| TYPE OF DOCUMENT | QUANTITY | REASON WITHHELD | GENERAL SUBJECT MATTER | DATE / AUTHOR / ADDRESSEE | RELATIONSHIP OF AUTHOR/ ADDRESSEE | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| AFFIDAVITS OF WITNESSES, SUBJECT MATTER EXPERTS, AND VOLUNTEER RESEARCHERS | 60 | ATTORNEY WORK PRODUCT | OBSERVATIONS OF WITNESSES OF INSTANCES OF FRAUD THAT WERE MEMORIALIZED IN ANTICIPATION OF LITIGATION. | DATES: BETWEEN O/A 1 NOVEMBER 2020 AND O/A 1 JAN 2021<br>AUTHORS: VARIOUS WITNESSES IDENTIFIED BY THE LEGAL INVESTIGATIVE TEAM<br>ADDRESSEES: VARIOUS MEMBERS OF TRUMP ELECTION TEAM | via ATTORNEY/CLIENT RELATIONSHIP | AFFIDAVITS WERE COLLECTED BY THE LEGAL TEAM IN ANTICIPATION OF LITIGATION. |
| INTERNAL COMMUNICATIONS RELATED TO EXTERNAL MESSAGING | 37 | ATTORNEY WORK PRODUCT | INTERNAL COMMUNICATIONS FROM INVESTIGATION TEAM ATTORNEY TO TRUMP ELECTION TEAM & GIULIANI REGARDING EXTERNAL COMMUNICATIONS AND PLANS MADE IN CONSIDERATION OF FUTURE LITIGATION. | DATES: MULTIPLE DATES WITHIN THE WEEKS FOLLOWING ELECTIONS AND TALLIES<br>AUTHORS: VARIOUS AUTHORS WITHIN THE TRUMP ELECTION TEAM DISCUSSING STRATEGIC COMMUNICATIONS<br>ADDRESSEES: VARIOUS MEMBERS OF TRUMP ELECTION TEAM | via ATTORNEY/CLIENT RELATIONSHIP | COMMUNICATIONS MADE BY THE ELECTION INVESTIGATION LEGAL TEAM IN ANTICIPATION OF LITIGATION. |
| DRAFT - POTUS LETTER | 3 | ATTORNEY WORK PRODUCT | DRAFT LETTER FROM POTUS TO SEIZE EVIDENCE IN THE INTEREST OF NATIONAL SECURITY FOR THE 2020 ELECTIONS | DATE: 17 DEC 2020,<br>AUTHORS: NONE LISTED<br>ADDRESSEES: NONE | ATTORNEY/CLIENT | DOCUMENTS DRAFTED AND/OR EDITED BY ATTORNEY |
| ACTION PLANS | 4 | ATTORNEY WORK PRODUCT | INTERNAL COMMUNICATIONS AND MEMOS TO ELECTION INVESTIGATION TEAM REGARDING PLANS TO INVESTIGATE VOTER FRAUD - MADE IN CONSIDERATION OF FUTURE LITIGATION. | DATES: 12 NOV 2020.<br>AUTHORS: MARIA RYAN<br>ADDRESSEES: KERIK | MEMOS TO AND INTERNAL COMMUNICATIONS WITH STAFF ATTORNEYS AND HIRED INVESTIGATOR | EMAILS AND DOCS WERE FORWARDED AND/OR COMPILED BY INVESITGATOR HIRED BY TRUMP'S ATTORNEYS AND THEIR INVESTIGATOR IN ANTICIPATION OF LITIGATION. |

| TYPE OF DOCUMENT | QUANITITY | REASON WITHHELD | GENERAL SUBJECT MATTER | DATE / AUTHOR / ADDRESSEE | RELATIONSHIP OF AUTHOR/ ADDRESSEE | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| INTERNAL COMMUNICATIONS RELATED TO CONDUCTING INVESTIGATIONS INTO VOTER FRAUD | 79 | ATTORNEY WORK PRODUCT | INTERNAL COMMUNICATIONS FROM ELECTION INVESTIGATION TEAM TO KERIK REGARDING PLANS MADE IN CONSIDERATION OF FUTURE LITIGATION. | DATES: MULTIPLE<br>AUTHORS: MEMBERS OF TRUMP LEGAL TEAM<br>ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | INTERNAL COMMUNICATIONS WITH STAFF ATTORNEYS AND HIRED INVESTIGATOR | EMAILS WERE FORWARDED AND COMPILED BY INVESITGATOR HIRED BY TRUMP'S ATTORNEYS IN ANTICIPATION OF LITIGATION. |
| "STANDALONE" DOCUMENTS RELATED TO VOTER FRAUD INVESTIGATIONS - RETAINED IN ANTICIPATION OF LITIGATION | 41 | ATTORNEY WORK PRODUCT | SEC FORM D FOR A COMPANY RELATED TO VOTING INFRASTRUCTURE. STANDALONE DOCUMENT - NOT IN EMAIL | DATES: BETWEEN O/A 1 NOVEMBER 2020 AND O/A 1 JAN 2021.<br>AUTHORS: MEMBERS OF TRUMP LEGAL TEAM, AND THIRD PARTIES TO THE TRUMP LEGAL TEAM (E.G. "CJH")<br>ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | UNK | OBTAINED OR CREATED FOR INVESTIGATION PURPOSES. |
| INTERNAL COMMUNICATIONS ABOUT VOTER FRAUD WHISTLEBLOWERS | 2 | ATTORNEY WORK PRODUCT | INTERNAL COMMUNICATIONS WITHIN ELECTION INVESTIGATION TEAM REGARDING WHISTLEBLOWERS, MADE IN CONSIDERATION OF FUTURE LITIGATION. | DATES: 4 NOV 2020<br>AUTHORS: K. FRIESS<br>ADDRESSEES: KERIK AND RYAN | INTERNAL COMMUNICATIONS (MEMOS AND EMAILS) WITH STAFF ATTORNEYS AND HIRED INVESTIGATOR | COMMUNICATIONS MADE IN ANTICIPATION OF LITIGATION. |
| DRAFT SUBPOENA - ELECTION INFO | 1 | ATTORNEY WORK PRODUCT | LAWSUIT | DATES: POST 3 NOV 2020<br>AUTHORS: IORAE (OF SIEBMAN, REYNOLDS, AND BURG)<br>ADDRESSEES: N/A | DRAFTED BY ATTORNEYS WORKING WITH THE TRUMP ELECTION INVESTIGATION TEAM. | COMMUNICATIONS MADE IN ANTICIPATION OF LITIGATION. |

| TYPE OF DOCUMENT | QUANITITY | REASON WITHHELD | GENERAL SUBJECT MATTER | DATE / AUTHOR / ADDRESSEE | RELATIONSHIP OF AUTHOR/ ADDRESSEE | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| INTERNAL EMAILS ABOUT LEGISLATURE MEETINGS | 5 | ATTORNEY WORK PRODUCT | COMMUNICATIONS RELATED TO LEGISLATURE MEETINGS AND HEARINGS | DATES: BETWEEN O/A 1 NOVEMBER 2020 AND O/A 1 JAN 2021. AUTHORS: MEMBERS OF TRUMP LEGAL TEAM, AND THIRD PARTIES TO THE TRUMP LEGAL TEAM (E.G. "CJH") ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | UNK | CREATED AND RETAINED FOR INVESTIGATION PURPOSES. |
| INTERNAL COMMUNICATIONS ABOUT VOLUNTEERS WILLING TO HELP THE INVESTIGATION. | 12 | ATTORNEY WORK PRODUCT | DISCUSSING VOLUNTEERS WITH SKILLS OR KNOWLEDGE THAT CAN HELP IN THE INVESTIGATION | DATES: 15 NOV 2020 AUTHORS: FRIESS ADDRESSEES: KERIK AND INVESTIGATIVE TEAM | INTERNAL COMMUNICATIONS (EMAILS) WITH STAFF ATTORNEYS AND HIRED INVESTIGATOR | COMMUNICATIONS MADE IN ANTICIPATION OF LITIGATION. |
| INTERNAL COMMUNICATIONS ABOUT LITIGATION | 13 | ATTORNEY WORK PRODUCT | DISCUSSIONS ABOUT UPCOMING LITIGATION | DATES: BETWEEN O/A 1 NOVEMBER 2020 AND O/A 1 JAN 2021. AUTHORS: MEMBERS OF TRUMP LEGAL TEAM ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | INTERNAL COMMUNICATIONS (EMAILS) WITH STAFF ATTORNEYS AND HIRED INVESTIGATORS ABOUT UPCOMING LITIGATION. | COMMUNICATIONS MADE IN ANTICIPATION OF LITIGATION. |
| REPORTS PREPARED BY VOLUNTEER THIRD PARTIES FOR THE TRUMP LEGAL TEAM | 18 | ATTORNEY WORK PRODUCT | REPORTS ON DISPARITIES IN VOTING HIGHLIGHTING POSSIBLE MALFEASANCE. | DATES: BETWEEN O/A 1 NOVEMBER 2020 AND O/A 1 JAN 2021. AUTHORS: MEMBERS OF TRUMP LEGAL TEAM, RESEARCHERS WORKING WITH THE TEAM ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | VOLUNTEER RESEARCHERS WORKING FOR THE TRUMP LEGAL TEAM | PREPARED BY VOLUNTEER THIRD PARTY INVESTIGATORS AND PREPARED FOR THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |
| INTERNAL EMAILS RELATED TO CONDUCTING INVESTIGATIONS INTO VOTER FRAUD | 4 | ATTORNEY WORK PRODUCT | REPORTS ON DISPARITIES IN VOTING HIGHLIGHTING POSSIBLE MALFEASANCE. | DATES: BETWEEN O/A 1 NOVEMBER 2020 AND O/A 1 JAN 2021. AUTHORS: JOHN DROZ ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | DROZ IS A PHYSICIST AND VOLUNTEER RESEARCHER WHO CONDUCTED RESEARCH FOR THE TRUMP ELECTION INVESTIGATION LEGAL TEAM. | PREPARED BY VOLUNTEER THIRD PARTY INVESTIGATORS AND PREPARED FOR THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |

| TYPE OF DOCUMENT | QUANITITY | REASON WITHHELD | GENERAL SUBJECT MATTER | DATE / AUTHOR / ADDRESSEE | RELATIONSHIP OF AUTHOR/ ADDRESSEE | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| REPORTS PREPARED BY VOLUNTEER THIRD PARTIES FOR THE TRUMP LEGAL TEAM | 1 | ATTORNEY WORK PRODUCT | REPORT SHOWING HISTORY AND STATS HIGHLIGHTING POSSIBLE MALFEASANCE WITH 2020 ELECTION | DATES: 4 JAN 2021  AUTHORS: UNK  ADDRESSEES: UNK | via ATTORNEY/CLIENT RELATIONSHIP | INTERNAL REPORT PREPARED IN ANTICIPATION OF LITIGATION |
| REPORTS PREPARED BY VOLUNTEER THIRD PARTIES FOR THE TRUMP LEGAL TEAM | 1 | ATTORNEY WORK PRODUCT | REPORT (SLIDESHOW) DISCUSSING VOTER AN | DATES: 27 DEC 2020  AUTHORS: KATHY BARNETTE  ADDRESSEES: UNK | via ATTORNEY/CLIENT RELATIONSHIP | PREPARED IN ANTICIPATION OF LITIGATION |
| INTERNAL EMAILS RELATED TO CONDUCTING INVESTIGATIONS INTO VOTER FRAUD | 4 | ATTORNEY WORK PRODUCT | REPORTS ON DISPARITIES IN VOTING HIGHLIGHTING POSSIBLE MALFEASANCE. | DATES: 7 NOVEMBER 2020  AUTHORS: ABIGAIL FRYE  ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | via ATTORNEY/CLIENT RELATIONSHIP | PREPARED FOR THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |
| PACKETS OF EVIDENCE THAT ACCOMPANY AFFIDAVITS | 1 | ATTORNEY WORK PRODUCT | OBSERVATIONS OF WITNESSES OF INSTANCES OF FRAUD THAT WERE MEMORIALIZED IN ANTICIPATION OF LITIGATION. | DATES: BETWEEN O/A 1 NOVEMBER 2020 AND O/A 1 JAN 2021.  AUTHORS: VARIOUS WITNESSES IDENTIFIED BY THE LEGAL INVESTIGATIVE TEAM  ADDRESSEES: VARIOUS MEMBERS OF TRUMP ELECTION TEAM | via ATTORNEY/CLIENT RELATIONSHIP | AFFIDAVITS COLLECTED BY THE LEGAL TEAM IN ANTICIPATION OF LITIGATION. |
| REPORTS PREPARED BY VOLUNTEER THIRD PARTY RESEARCHERS FOR THE TRUMP LEGAL TEAM | 1 | ATTORNEY WORK PRODUCT | "PA DATA REPORT" BY "TECH TEAM" | DATES: 23 NOV 2020  AUTHORS: "TECH TEAM"  ADDRESSEES: TRUMP LEGAL TEAM | via ATTORNEY/CLIENT RELATIONSHIP | PREPARED IN ANTICIPATION OF LITIGATION |
| VIDEO EVIDENCE OF POSSIBLE VOTING STATION FRAUD | 2 | UNK | VIDEO OF A MAN MANIPULATING VOTING MACHINES | DATES: UNK  AUTHORS: UNK  ADDRESSEES: UNK | UNK | SENT TO LEGAL TEAM AS EVIDENCE OF FRAUD |

4

| TYPE OF DOCUMENT | QUANITITY | REASON WITHHELD | GENERAL SUBJECT MATTER | DATE / AUTHOR / ADDRESSEE | RELATIONSHIP OF AUTHOR/ ADDRESSEE | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| 'STANDALONE" DOCUMENTS RELATED TO VOTER FRAUD INVESTIGATIONS - RETAINED IN ANTICIPATION OF LITIGATION | 1 | ATTORNEY WORK PRODUCT | SCHEMATIC RELATED TO VOTE TAMPERING | DATES: BETWEEN O/A 1 NOVEMBER 2020 AND O/A 1 JAN 2021. AUTHORS: MEMBERS OF TRUMP LEGAL TEAM, AND THIRD PARTIES TO THE TRUMP LEGAL TEAM (E.G. "CJH") ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | INTERNAL TO INVESTIGATIVE TEAM | OBTAINED FOR INVESTIGATION PURPOSES. |
| COMPLIED REPORT ON ARIZONA VOTING ANOMALIES: CONTAINING MISC ITEMS INCLUDING AND NOT LIMITED TO: 1 COMPLAINT, 24 AFFIDAVITS, PHOTOS, AND FORENSIC REPORTS. | 1 | ATTORNEY WORK PRODUCT | REPORTS ON DISPARITIES IN VOTING HIGHLIGHTING POSSIBLE MALFEASANCE. | DATES: 25 NOV 2020 AUTHORS: MEMBERS OF TRUMP LEGAL TEAM ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | INTERNAL TO INVESTIGATIVE TEAM | PREPARED BY THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |
| MEMO FROM A CITIZEN WITH NOTES FROM A MEETING ABOUT VOTER FRAUD. | 1 | ATTORNEY WORK PRODUCT | REPORTS ON DISPARITIES IN VOTING HIGHLIGHTING POSSIBLE MALFEASANCE. | DATES: 10 NOV 2020. AUTHORS: BRIAN WATSON ADDRESSEES: DEPT OF JUSTICE | UNK, AUTHOR IS A CITIZEN WHO WITNESSED VOTER FRAUD. | RETAINED BY THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |
| EXECUTIVE SUMMARY OF FEB 2020 ELECTION SECURITY REPORT | 1 | ATTORNEY WORK PRODUCT | REPORTS ON DISPARITIES IN VOTING HIGHLIGHTING POSSIBLE MALFEASANCE. | DATES: 8 DEC 2020 AUTHORS: "SECURE THE VOTE" ADDRESSEES: UNK | UNKNOWN | RETAINED BY THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |
| REPORTS PREPARED BY VOLUNTEER THIRD PARTIES FOR THE TRUMP LEGAL TEAM | 1 | ATTORNEY WORK PRODUCT | "COMPLIATION OF RANTS" | DATES: 28 NOV 2020 AUTHORS: DON BROWN - NC ATTY ADDRESSEES: GIULIANI | UNKNOWN RELATION | RETAINED BY THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |

| TYPE OF DOCUMENT | QUANITITY | REASON WITHHELD | GENERAL SUBJECT MATTER | DATE / AUTHOR / ADDRESSEE | RELATIONSHIP OF AUTHOR/ ADDRESSEE | BASIS FOR WITHHOLDING |
|---|---|---|---|---|---|---|
| EMAILED REPORT ABOUT GA VOTING ISSUES. | 6 | ATTORNEY WORK PRODUCT | DOMINION VULNERABILITIES & VOTER FRAUD | DATES: BETWEEN O/A 1 NOVEMBER 2020 AND O/A 1 JAN 2021.<br>AUTHORS: LARRY MARSO<br>ADDRESSEES: TRUMP LEGAL TEAM | MARSO IS A VOLUNTEER RESEARCHER WITH THE INVESTIGATIVE TEAM | COMMUNICATIONS AND DOCUMENTS CREATED FOR AND RETAINED BY THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |
| INTERNAL EMAIL WITH INFORMATION ON MI, PA, & AZ VOTING ANOMALIES: CONTAINING MISC ITEMS INCLUDING AND NOT LIMITED TO: COMPLAINTS WITH AND WITHOUT ATTACHED AFFIDAVITS, 102 AFFIDAVITS, PHOTOS, AND FORENSIC REPORTS. | 1 | ATTORNEY WORK PRODUCT | REPORTS ON DISPARITIES IN VOTING HIGHLIGHTING POSSIBLE MALFEASANCE. | DATES: 15 NOV 2020<br>AUTHORS: MEMBERS OF TRUMP LEGAL TEAM<br>ADDRESSEES: MEMBERS OF TRUMP LEGAL TEAM | INTERNAL TO INVESTIGATIVE TEAM | PREPARED FOR THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |
| INTERNAL COMMUNICATIONS RE JAN 6 2020 | 1 | ATTORNEY WORK PRODUCT | INTERNAL EMAIL FORWARDING A POST ABOUT JAN 6 2020. | DATES: 6 JAN 2020<br>AUTHORS: FRIESS<br>ADDRESSEES: KERIK | via ATTORNEY/CLIENT RELATIONSHIP | RETAINED BY THE TRUMP TEAM IN ANTICIPATION OF LITIGATION. |