# EXHIBIT 7

| | |
|---|---|
| **From:** | Houghton-Larsen, M Annie |
| **To:** | "sibley@camarasibley.com"; "Timothy Parlatore, Esq." |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; MacCurdy, Maggie |
| **Subject:** | RE: Kerik Deposition - 3/20/2023 |
| **Date:** | Friday, March 17, 2023 1:56:36 PM |
| **Attachments:** | 2020-11-04 (FULL) The Hill Video Showing Alleged USB Transfer (Original Video).mp4 |

Video 2

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie
**Sent:** Friday, March 17, 2023 1:56 PM
**To:** 'sibley@camarasibley.com' <sibley@camarasibley.com>; Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>
**Subject:** RE: Kerik Deposition - 3/20/2023

Video 1.

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Friday, March 17, 2023 1:55 PM
**To:** 'sibley@camarasibley.com' <sibley@camarasibley.com>; Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>
**Subject:** RE: Kerik Deposition - 3/20/2023

Thank you.   Mr. Parlatore, please see attached deposition transcript which, by agreement of the parties, we are providing on an AEO basis.

Additionally, as a courtesy, I will be providing in separate follow up emails two videos that we plan to show Mr. Kerik during his deposition.

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** sibley@camarasibley.com <sibley@camarasibley.com>
**Sent:** Friday, March 17, 2023 12:22 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Subject:** Re: Kerik Deposition - 3/20/2023

**\*\*\* EXTERNAL EMAIL \*\*\***

Yes. We agreee.

Sent from my iPhone

> On Mar 17, 2023, at 9:19 AM, Houghton-Larsen, M Annie <mhoughton-larsen@willkie.com> wrote:
>
> Joe,
>
> We will provide you with a zoom link shortly.
>
> To be clear, we were contemplating providing Mr. Giuliani's deposition testimony on an AEO basis simply because we would object to Mr. Kerik reviewing the transcript before he testifies on the same subjects, whereas we believe it would be appropriate and productive for Mr. Parlatore to review it to evaluate the privilege issues he has raised. If we can agree on those general parameters, we're happy to share it and we would certainly agree there's no designation on it – this is merely an agreement on how to use the transcript until Monday.
>
> Thank you,
> Annie
>
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> **From:** Joe Sibley <sibley@camarasibley.com>
> **Sent:** Friday, March 17, 2023 12:04 PM
> **To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Timothy

Parlatore, Esq. <Timothy.Parlatore@parlatorelawgroup.com>
**Subject:** Re: Kerik Deposition - 3/20/2023

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie,

I will not be personally attending the deposition.

I will need to appear virtually.  Please confirm a virtual link/access will be provided.

Also, please send a copy of Giuliani's transcript if you have it.  I have not yet received a copy.  I do not recall the specific parameters of what RG said in his depo about Kerik, only generalities.  I'm not sure why there would be AEO designation on it where there is nothing designated as confidential nor a protective order issued in the case.  At minimum, please send portions of the transcript wherein Kerik is discussed.

Best,

Joe


On Thu, Mar 16, 2023 at 11:39 AM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> Please let us know if you will be attending so we can let building security know.
>
> Thanks,
> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
>
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> ---
>
> **From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Sent:** Wednesday, March 15, 2023 9:26 PM
> **To:** 'Timothy Parlatore, Esq.' <timothy.parlatore@parlatorelawgroup.com>
> **Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Joe

Sibley <sibley@camarasibley.com>
**Subject:** RE: Kerik Deposition - 3/20/2023

Thank you.  That shouldn't be a problem.

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Sent:** Wednesday, March 15, 2023 9:11 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Joe Sibley <sibley@camarasibley.com>
**Subject:** RE: Kerik Deposition - 3/20/2023

**\*\*\* EXTERNAL EMAIL \*\*\***

I do accept service, on the conditions previously discussed in this email chain, though I would like to start at 10:30 instead.

<image001.jpg>

CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and then delete the message. Thank you.

https://lcardapp.com/lcard/timothy.parlatore-51814

On Wed, Mar 15 2023 at 21:06, M Annie Houghton-Larsen <MHoughton-Larsen@willkie.com> wrote:

> Mr. Parlatore,
>
> Per our negotiations below, please find attached a revised subpoena for Mr. Kerik's deposition on March 20 at 9:30 AM in Willkie's DC offices.  Our understanding is that you have agreed to accept service on behalf of Mr. Kerik of the attached subpoena via this email.  If you have a different view, please tell us otherwise by COB tomorrow.  We look forward to seeing you Monday.
>
> Mr. Sibley, this email constitutes notice to Defendant (although we believe you've

already been provided with notice from prior emails about this deposition below).

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Sent:** Wednesday, March 15, 2023 4:51 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Joe Sibley <sibley@camarasibley.com>
**Subject:** RE: Kerik Deposition - 3/20/2023

**\*\*\* EXTERNAL EMAIL \*\*\***

We can do Monday next week, if you want to just shift it to DC.

<image001.jpg>

CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and then delete the message. Thank you.

https://lcardapp.com/lcard/timothy.parlatore-51814


On Wed, Mar 15, 2023 at 3:56 PM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Mr. Parlatore,
>
> We appreciate your response, but we need a commitment to a deposition date before we agree to release the properly served subpoena for next Monday.  Please provide us dates by tomorrow afternoon so that we can evaluate schedules and make proper arrangements, and please also respond in writing (so there can be no later dispute on the issue) that you are agreeing to accept service, by email, of a revised subpoena reflecting the new location and date.  I want to be clear that if you do not agree to that condition, we will not release the subpoena for March 20.

As for your questions regarding privilege, that discussion should not hold up our agreeing to a date. That having been said, we would consent to sharing Mr. Giuliani's deposition transcript with you on an Attorneys' Eyes Only basis to facilitate your evaluation of the privilege issues at stake so long as Mr. Sibley consents.

**Mr. Sibley**, we understand you are traveling today, but please advise at your earliest opportunity whether your client consents to our sharing Mr. Giuliani's deposition transcript on an Attorney's Eyes Only basis with Mr. Parlatore to assist him in his evaluation of privilege issues.

Thank you,
Annie


**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Sent:** Wednesday, March 15, 2023 12:29 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Joe Sibley <sibley@camarasibley.com>
**Subject:** RE: Kerik Deposition - 3/20/2023

**\*\*\* EXTERNAL EMAIL \*\*\***

I am getting dates from him now.

As to your point about the privilege issue, can you send me a copy of Mr. Giuliani's deposition, so that we can see what areas he did not invoke privilege on? I suspect this will help us move much more efficiently, as I do not know what, if any, privilege waivers have been effected and will understandably want to err on the side of caution in invoking privilege.

<image001.jpg>

CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and

then delete the message. Thank you.

https://lcardapp.com/lcard/timothy.parlatore-51814

On Wed, Mar 15, 2023 at 12:16 PM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Mr. Parlatore,
>
> I write to follow up on the below proposal.  Please promptly advise.
>
> Thank you,
> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> ---
>
> **From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Sent:** Monday, March 13, 2023 8:52 PM
> **To:** 'Timothy Parlatore, Esq.' <timothy.parlatore@parlatorelawgroup.com>
> **Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Joe Sibley <sibley@camarasibley.com>
> **Subject:** RE: Kerik Deposition - 3/20/2023
>
> Mr. Parlatore,
>
> We are open to your proposal to shift the deposition location to DC, and could agree to provide the same travel expenses we offered to you (the cost of a round trip train ticket for Mr. Kerik), if (1) you promptly provide us with one or more specific dates in the near future on which Mr. Kerik and you are available; and (2) you agree in writing that you will accept service by email, without conditions, of a revised subpoena reflecting the new location and date.  Plaintiffs are available to March 20-23.  Please promptly advise.
>
> I should note, with respect to your stated privilege concerns, that Mr. Giuliani testified on the record for the full seven hours, including extensive testimony regarding the work that Mr. Kerik and Mr. Giuliani did together relating to our clients, and during the entire deposition there was only one privilege objection, which we were able to resolve.  (This privilege objection was not related to Mr. Kerik or Mr. Kerik's work.)  Thus, your supposition regarding the obstacles privilege will pose has already been disproven by Mr. Giuliani's testimony under oath.  If you have any lingering concerns, they can quickly be

addressed in a conversation with Mr. Sibley, who will confirm for you what I have just stated.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Sent:** Monday, March 13, 2023 5:25 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Joe Sibley <sibley@camarasibley.com>
**Subject:** RE: Kerik Deposition - 3/20/2023

**\*\*\* EXTERNAL EMAIL \*\*\***

I generally have no need to go to New York because everyone else uses remote appearances/depositions, so this would need to be a special trip. Your snide comment notwithstanding, it is industry standard to charge for travel time, usually half the normal hourly rate, though I'm sure a firm like yours charges far more.

As we have stated many times, Mr. Kerik served as an investigator under Mr. Giuliani and, as such, all of his activities are covered under the work-product privilege. I imagine that there will be very little that he can answer without privilege objections. However, given your claims here about Mr. Guiliani, perhaps it would help if you work with Mr. Sibley to get me a list of areas where the privilege may have been waived? Otherwise, we are going to waste a lot of time and money for you to pretend to be mad at Mr. Kerik in person.

I spoke with Mr. Kerik and, if you are willing to cover his travel expenses, he is willing to come to DC for the deposition.

<image001.jpg>

CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the

sender and then delete the message. Thank you.

https://lcardapp.com/lcard/timothy.parlatore-51814

On Mon, Mar 13, 2023 at 3:18 PM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Mr. Parlatore,
>
> No. Our offer is as stated in our email. We were unaware that you charge your clients an hourly rate for "travel" time, but your decision to do so is between you and your clients—we are quite certain no court has ever quashed a properly served subpoena on such a basis. Of course, another option should you choose it is for you to appear by Zoom while your client appears in person; still another option would be to designate local counsel who (unlike you) is willing and able to represent Mr. Kerik where he actually resides. And, of course, we've now offered to work with you on a convenient date (such as when you might have other reasons to be up in New York) several times, all of which you have dismissed out of hand without explanation.
>
> Separately, you have now asserted numerous times that Mr. Kerik is an unimportant or inconsequential witness. As we have previously explained, that assertion is false. In any event, Mr. Kerik's friend and supervisor for purposes of the issues in this litigation, Mayor Giuliani, testified to the contrary during his deposition, even directing us to pose certain questions to Mr. Kerik on issues central to the litigation.
>
> We have been at this for some time now, and we have made multiple offers to accommodate your purported concerns. If you find all of them unsatisfactory, then you should go ahead and file your motion; otherwise, we will see you and your client next Monday.
>
> Thanks,
> Annie
>
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> **From:** Timothy Parlatore, Esq.
> <timothy.parlatore@parlatorelawgroup.com>

**Sent:** Monday, March 13, 2023 2:46 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Joe Sibley <sibley@camarasibley.com>
**Subject:** RE: Kerik Deposition - 3/20/2023

**\*\*\* EXTERNAL EMAIL \*\*\***

Are you going to pay for my hourly rate for travel as well? Seems a lot of money for you all to want to spend for a relatively inconsequential deposition.

<image001.jpg>

CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and then delete the message. Thank you.

https://lcardapp.com/lcard/timothy.parlatore-51814


On Mon, Mar 13, 2023 at 2:38 PM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Mr. Parlatore,
>
> This is the first time you are raising cost as an issue. We will cover all reasonable costs (mileage, tolls, parking) of Mr. Kerik's commute to and from New Jersey, and even though the rules do not contemplate an attorney making demands based on his representation of a client in another jurisdiction, we nonetheless will agree to purchase you a train ticket to allow you to travel to and from DC on the day of the deposition, and we will provide food at the deposition, such that Mr. Kerik will not incur those expenses. We assume that will be a workable solution, and please provide us the best address to which we may tender Mr. Kerik's witness fee.
>
> Thanks,
> Annie
>
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164

mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Sent:** Monday, March 13, 2023 2:09 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>; Joe Sibley <sibley@camarasibley.com>
**Subject:** RE: Kerik Deposition - 3/20/2023

*** EXTERNAL EMAIL ***

As I have tried to work this out with you and you are inflexible on the remote aspect, you have left me with no choice but to seek judicial intervention.

There is absolutely no justification for increasing the cost to Mr. Kerik just because you are afraid of technical issues with Zoom - a well tested and workable solution that most of us have been using quite effectively for the past few years. Mr. Kerik is a third-party witness with little to no non-privileged information to add to these proceedings, so it makes no sense for him to spend additional money to either have me travel or to travel himself, just to watch you feign outrage that he won't violate privilege.

<image001.jpg>

CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and then delete the message. Thank you.

https://lcardapp.com/lcard/timothy.parlatore-51814

On Mon, Mar 13, 2023 at 1:33 PM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Mr. Parlatore,
>
> We haven't received any communication from you since we personally served your client on March 5, 2023. If you have another date that will work for you and your client, please provide that date without delay so that we may consider it. We will not agree to a remote deposition, given that the sole reason you have provided over months of

discussions now is that you prefer not to travel to the jurisdiction in which your client resides and was served.

Thanks,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Timothy Parlatore, Esq. <timothy.parlatore@parlatorelawgroup.com>
**Sent:** Monday, March 13, 2023 1:20 PM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; MacCurdy, Maggie <MMacCurdy@willkie.com>
**Subject:** Re: Kerik Deposition - 3/20/2023

**\*\*\* EXTERNAL EMAIL \*\*\***

As previously stated, we will be filing a motion before that time. I stated this as a courtesy, so that you would not have to waste time discussing logistics of a deposition that will almost certainly not be occurring in person or on that date.

<image001.jpg>

CONFIDENTIAL NOTICE: This E-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received the message in error, please reply to notify the sender and then delete the message. Thank you.

https://lcardapp.com/lcard/timothy.parlatore-51814

On Mon, Mar 13, 2023 at 1:15 PM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Mr. Parlatore,
>
> We look forward to Mr. Kerik's deposition next Monday, March 20. Please advise whether you and/or anyone else

intends to accompany him so that we may share names with security.  Separately, while the served notice designates 9:30AM as a start time, we would be open to moving that start time a bit later to 10AM if you or Mr. Kerik would be amenable to doing so.  Please let me know at your earliest convenience.

Thank you,
Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit

> the personal liability of partners.

> **Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

> **Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

> **Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If

> you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.