# EXHIBIT 9

## Chart of Withheld Testimony

| # | Transcript Citation | Verbatim testimony | Basis of privilege |
|---|---|---|---|
| 1 | Ex. 2 at 41:22-44:11 | **Okay. So you're working wherever you're working, whether it's Mandarin Oriental or campaign headquarters. And what -- what did you understand -- like, what were you -- what was sort of the brief? What were you doing?**<br><br>MR. PARLATORE: Objection. Now, to the extent that we're going to now get into what -- the work that he was doing in anticipation of litigation, you know, related to election stuff, that's, you know, work product privilege. So...<br><br>MS. HOUGHTON-LARSEN: Are you objecting to him answering that question?<br><br>MR. PARLATORE: I am, yeah. If you guys want to talk specifically about -- my understanding is that Mr. Giuliani's counsel is -- you know, is saying that the Ruby Freeman-specific piece was not in anticipation of litigation, so we can ask that. But if you want to talk about general, you know, election integrity investigations in anticipation of litigation, that's work product, so I'm objecting.<br><br>MS. HOUGHTON-LARSEN: And you're directing him not to answer?<br><br>MR. PARLATORE: I am.<br><br>MS. HOUGHTON-LARSEN: And what's the basis of that? It's -- you're saying it's attorney work product?<br><br>MR. PARLATORE: Did you not hear what I was just saying?<br><br>MS. HOUGHTON-LARSEN: I'm just trying to clarify.<br><br>MR. PARLATORE: To the extent that they are doing investigations in anticipation of litigation, that is work product.<br><br>MS. HOUGHTON-LARSEN: Okay.<br><br>MR. PARLATORE: So it's not something that you can ask about here.<br><br>MS. HOUGHTON-LARSEN: Got that. I think he's already testified to generally what the investigation team was doing during his January 6th interview, during his D.C. bar testimony last year. Is there a reason that you're objecting to here but he was allowed to testify about it in those instances?<br><br>MR. PARLATORE: I don't know where you're going with this. But to the extent that you want to start getting into what was he -- what were they doing in anticipation of litigation as opposed to, in those instances, there were very specific questions that were asked that he was able to answer. To the extent you're trying to go more broad and, you know, go on more of a fishing expedition, the answer is no.<br><br>MS. HOUGHTON-LARSEN: Well, certainly that's not my intention. | WP |

7796660.4

| # | Transcript Citation | Verbatim testimony | Basis of privilege |
|---|---|---|---|
| 2 | Ex. 2 at 47:6-50:4 | Q. Okay. So you were -- you and Mr. Giuliani were investigating the election in these six states, right?<br><br>A. And anything else that came up.<br><br>Q. And anything else that came up.<br><br>A. Right.<br><br>Q. How -- when you say anything else that came up, was that -- anything -- like, Mr. Giuliani would maybe -- would direct you to that? Or how would something else come up?<br><br>A. No. Basically the information that came to us came from a hundred different sources. It could have come from the campaign. It could have come from somebody in the White House. It could have come from a state legislator. It could have come from a state campaign office. Could have come from civilians. Could have come from outside attorneys that we had no contact -- we didn't know who they were.<br><br>So we had -- we had tons of information that was coming to us. When I say the six states, those are the -- primarily the six swing states.<br><br>But there were times that, you know, somebody would call and say, you know –<br><br>MR. PARLATORE: No, don't give examples.<br><br>THE WITNESS: Okay.<br><br>MS. HOUGHTON-LARSEN: You're directing him not to answer?<br><br>MR. PARLATORE: I am.<br><br>MS. HOUGHTON-LARSEN: And on what basis?<br><br>MR. PARLATORE: Work product.<br><br>MS. HOUGHTON-LARSEN: Okay.<br><br>MR. PARLATORE: You've read -- you've read a portion of the transcript which is based on a letter related to work product specifically. Okay? That was -- you know, if you go back and read the actual letter, it talks about how they were trying to get to work product things, the things that are in anticipation of litigation.<br><br>So -- you have a very specific claim here. You know, trying to go around it to go into other things is not appropriate, especially when it's privileged. So you need to move on.<br><br>MS. HOUGHTON-LARSEN: Thank you very much. This is my deposition, and I'll ask the questions I'd like to ask.<br><br>MR. PARLATORE: I know. But since you're trying to get into work product privileged things, I'm explaining it to you.<br><br>MS. HOUGHTON-LARSEN: I'm certainly not trying to get into work product privilege --<br><br>MR. PARLATORE: Good. Then --<br><br>MS. HOUGHTON-LARSEN: -- but I appreciate -- | WP |

7796660.4

| # | Transcript Citation | Verbatim testimony | Basis of privilege |
|---|---|---|---|
|  |  | MR. PARLATORE: Then let's move to non-privileged issue.<br><br>MS. HOUGHTON-LARSEN: As I said, this is my deposition, and I'll be asking the questions I like, which are going to be completely appropriate and not probing into anything –<br><br>MR. PARLATORE: So far –<br><br>MS. HOUGHTON-LARSEN: -- work product.<br><br>MR. PARLATORE: -- you've already gone into some work product stuff, so I anticipate you'll probably continue to probe into that. |  |
| 3 | Ex. 2 at 51:19-52:20 | Q. Okay. Next sentence reads, "In this role, Mr. Kerik received, reviewed, and processed claims of fraud from around the country." Okay. So when you say received, that's, like, kind of what we were just talking about a minute ago, right? You said you were -- there were, like, hundreds of sources or, you know, you were getting information from all of these different –<br><br>A. Right.<br><br>Q. -- entities or people. Okay. And when you say you were receiving them, were they being -- was there, like, one e-mail address that everyone was using? Or, like, how did that --<br><br>MR. PARLATORE: Objection.<br><br>BY MS. HOUGHTON-LARSEN:<br><br>Q. -- work?<br><br>MR. PARLATORE: Don't answer that. Work product privilege.<br><br>MS. HOUGHTON-LARSEN: An e-mail address is work product privilege?<br>MR. PARLATORE: You're asking about their<br><br>process. You can move on. | WP |
| 4 | Ex. 2 at 52:21-55:15 | BY MS. HOUGHTON-LARSEN: Q. So you say -- so the next thing is that you were reviewing these claims. And that was you, personally, reviewing them?<br><br>MR. PARLATORE: Objection. Work product. Going into what their process is.<br><br>MS. HOUGHTON-LARSEN: I'm pretty much I'm just clarifying literally what is written here, Mr. Kerik reviewed --<br><br>MR. PARLATORE: If you don't understand what that means, then, you know, that's not our issue. This is a letter outlining why getting into the specifics is, in fact, work product. If you had read the whole letter, you'd know that. So trying to, you know, "clarify" by going deeper into the work product stuff, you know, doesn't help you here. So move on.<br><br>BY MS. HOUGHTON-LARSEN: Q. And so, again, to be clear, my question  is --<br><br>MR. PARLATORE: Objectionable. Therefore, you need to move on to the next one. MS. HOUGHTON-LARSEN: Sorry, can I just finish my question?<br><br>MR. PARLATORE: Sure. | WP |

- 3 -

7796660.4

| # | Transcript Citation | Verbatim testimony | Basis of privilege |
|---|---|---|---|
|  |  | BY MS. HOUGHTON-LARSEN: **Q. My question was, Mr. Kerik, were you personally reviewing the claims of fraud that the team was receiving?** MS. HOUGHTON-LARSEN: And you have objected? |  |
|  |  | MR. PARLATORE: Yes, I have. |  |
|  |  | MS. HOUGHTON-LARSEN: And directed him not to answer? |  |
|  |  | MR. PARLATORE: I have. |  |
|  |  | MS. HOUGHTON-LARSEN: And the objection is based on? |  |
|  |  | MR. PARLATORE: Work product. |  |
|  |  | MS. HOUGHTON-LARSEN: Okay. |  |
|  |  | MR. PARLATORE: You're asking about what the internal process of the legal team is. It's improper. |  |
|  |  | I know that you don't like that, which is why you're smirking, but that's the problem with this, is when you want to get into the specifics of what an investigative team did as part of a legal team in anticipation of litigation, you're going to run into privilege issues. If you have specific questions related to your case, he's here to answer those. But to the extent that you want to go outside that to get into what their process was on other things, it's objectionable. So... |  |
|  |  | MS. HOUGHTON-LARSEN: I want to be very clear. I really am not trying to get into work product. |  |
|  |  | MR. PARLATORE: Okay. |  |
|  |  | MS. HOUGHTON-LARSEN: And so I will do my best to ask questions in a way that are not probing into work product. |  |
| 5 | Ex. 2 at 55:17-57:4 | **Q. Okay. So going back to what we were talking about a little bit before, Mr. Kerik, your interview testimony before January 6 referenced the six swing states, right? And you said that as well?** | WP |
|  |  | A. Yes. |  |
|  |  | **Q. Okay. And Georgia was one of those states?** |  |
|  |  | A. Yes. |  |
|  |  | Q. Okay. Who else was working with you on the team? |  |
|  |  | MR. PARLATORE: Objection. Are you trying to get into the identities of all the other investigators as part of a legal team working in anticipation of litigation? |  |
|  |  | MS. HOUGHTON-LARSEN: I'm asking who was on the team investigating -- |  |
|  |  | MR. PARLATORE: Okay. |  |
|  |  | MS. HOUGHTON-LARSEN: Yes. |  |
|  |  | MR. PARLATORE: So you're asking the identities of the other investigators on the team working in anticipation of litigation, including any additional, you know, contractors that they may have hired as part of that? |  |

- 4 -

7796660.4 - 5 -

| # | Transcript Citation | Verbatim testimony | Basis of privilege |
|---|---|---|---|
|  |  | MS. HOUGHTON-LARSEN: My question is slightly more broad. I'm not just interested in investigators. I'm interested in anyone who was working on the team.<br><br>MR. PARLATORE: Okay. If you want to ask something specific that would not be objectionable, you can go ahead. But this one, I'm directing him not to answer, work product. |  |
| 6 | Ex. 2 at 57:7-21 | **Q. Okay. So in addition to you on the team, was Phil Waldron on the team working on these issues with Mr. Giuliani?**<br>A. Yes.<br>**Q. Okay. And what did you understand his [Phil Waldron] role to be?**<br>MR. PARLATORE: Was he working on it in anticipation of litigation? Because, if so, the answer to that is "objection."<br>MS. HOUGHTON-LARSEN: And you're directing him not to answer?<br>MR. PARLATORE: I am.<br>MS. HOUGHTON-LARSEN: And the basis of that is?<br>MR. PARLATORE: Work product. | WP |