<u>IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA</u>

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL BERNARD KERIK TO PRODUCE A DOCUMENT-BY-DOCUMENT PRIVILEGE LOG AND TO PRODUCE DOCUMENTS AND TESTIMONY IMPROPERLY WITHHELD AS PRIVILEGED**

Upon consideration of Plaintiffs' Motion to Compel Bernard Kerik to Produce a Document-by-Document Privilege Log and to Produce Documents and Testimony Improperly Withheld as Privileged, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Bernard Kerik must produce a document-by-document privilege log of all the documents he is withholding as privileged within five (5) days of this Order; and it is

**FURTHER ORDERED** that Bernard Kerik must produce all non-privileged materials that are responsive to Plaintiffs' Rule 45 Subpoenas within five (5) days of this Order; and it is

**FURTHER ORDERED** that Bernard Kerik must produce in full the 43 documents identified in the Motion within five (5) days of this Order; and it is

- 2 -

**FURTHER ORDERED** that Bernard Kerik must make himself available within fourteen (14) days of this Order for a remote deposition to answer Plaintiffs' six questions, and any follow-up questions, that he was instructed not to answer during his deposition; and it is

**FURTHER ORDERED** that Bernard Kerik will pay the fees and costs associated with Plaintiffs' Motion; and it is

**FURTHER ORDERED** Plaintiffs will submit the amount of attorneys' fees and costs incurred with filing this Motion within fourteen (14) days of this Order.

**IT IS SO ORDERED.**

_____        _____
Date                                Beryl A. Howell, Chief Judge
                                    United States District Court for the District of Columbia