IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

**DECLARATION OF M. ANNIE HOUGHTON-LARSEN IN SUPPORT OF PLAINTIFFS' COMBINED OPPOSITION TO DEFENDANT GIULIANI'S MOTION FOR <u>RECONSIDERATION AND RESPONSE TO DEFENDANT'S DECLARATION</u>**

I, M. Annie Houghton-Larsen, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above captioned case, and submit this Declaration in support of Plaintiffs' Combined Opposition to Defendant Giuliani's Motion for Reconsideration and Response to Defendant's Declaration.

3. Pursuant to the Court's Standing Order 5b, attached is an index of the exhibits that are listed below.

4. Attached as Exhibit 1 is a true and correct copy of an email chain between counsel for Plaintiffs and counsel for Defendant, with the subject line Re: Freeman/Moss v. Giuliani, dated between May 26, 2023 and May 30, 2023.

5. Attached as Exhibit 2 is a true and accurate copy of the cited portions of the

transcript of the May 19, 2023 discovery hearing held before this Court.

6. Attached as Exhibit 3 is a true and correct copy of an email from counsel for Plaintiffs to counsel for Defendant, with the subject line 2023.06.07 – Status of Discovery, dated June 7, 2023, memorializing a meet and confer between the parties.

7. Attached as Exhibit 4 is a true and correct copy of an email dated December 8, 2020, with the subject line [EXTERNAL] FOR POTUS TWO IMPORTANT CALLS THIS AM VERY IMPORTANT TODAY, which was made publicly available by the January 6th Committee with redactions and bears Bates No. 076P-R000007693_00001.

8. Attached as Exhibit 5 is a true and correct copy of an email chain dated November 10, 2020, with a subject line FW: How To Undo The Entire AZ Election – Dominion machines not duly certified. A.R.S. 16-442(A), which was produced by Defendant Giuliani following the Trump Campaign's de-designation of certain documents.

9. Attached as Exhibit 6 is a true and correct copy of an email dated December 7, 2020 from Ronn Blitzer, with the subject line Fox News request re: Georgia investigator's affidavit, which was produced by third party Christianne Allen.

10. Attached as Exhibit 7 is a true and correct copy of an email chain dated November 11, 2020, with the subject line Fwd: Giuliani Security & Safety – Global Security Services "Fair Election", which was produced by Defendant Giuliani following the Trump Campaign's de-designation of certain documents.

11. Attached as Exhibit 8 is a true and correct copy of an email chain dated between December 13–December 14, 2020, with the subject line Fwd: [EXTERNAL] Re: Electors Statement, which was made publicly available by the January 6th Committee with redactions and bears Bates No. XXM-0019417.

- 3 -

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 14, 2023.

>*/s/ M. Annie Houghton-Larsen*
>WILLKIE FARR & GALLAGHER LLP
>M. ANNIE HOUGHTON-LARSEN
>(*admitted pro hac vice*)
>787 Seventh Ave.
>New York, NY 10019
>Tel: (212) 728-8000
>Fax: (212) 728-9000
>mhoughton-larsen@willkie.com
>
>**Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss**