# EXHIBIT 4

| | |
|---|---|
| **Message** | |
| From: | Bill White |
| Sent: | 12/8/2020 3:22:45 PM |
| To: | Dan EOP/WHO Scavino [Dan.J.Scavino@who.eop.gov]; Scavino@who.eop.gov; mam@who.eop.gov |
| CC: | Jo Zafonte [JoAnn.Zafonte@giulianipartners.com]; Commissioner Kerik (NYPD) [private@bernardkerik.com]; Rudolph Giuliani [rudolph.giuliani@giulianipartners.com] |
| Subject: | [EXTERNAL] FOR POTUS TWO IMPORTANT CALLS THIS AM VERY IMPORTANT TODAY |

POTUS asked me last night to get this into Molly ASAP.

The GA SENATE is caucusing this am at 1130. Call should go before hand if possible pls.

Goal for POTUS to both call these two senators separately soonest this morning - to break up leadership. (and also for Rudy to call both separately too)

GA LTGOV Geoff Duncan trying to hold these two down

Script :

Heard a significant number of senators want the special session to investigate the massive evidence of election fraud. They want to act to ensure the people's trust is restored in the election process.

Discuss irregularities, illegal processes and the many votes ga GOP chairman David Shafer and our lawsuit has found. Enough is there easily Sufficient for trump to win GA legitimately.

There were actually 20 Senators per Senator Burt Jones now there is 13.

POTUS is calling these two individually separately to ask them to call special session and strategize with them why they are keeping this from happening.

Mike Dugan GA SENATE MAJ LER
(former military Colonel). (404) 535-0501

Butch Miller GA SENATE PRESIDENT PRO TEM (car salesman). (770) 337-0246

AFTER THE CALL - WE ASK POTUS TO TWEET TO THEM BOTH SOMETHING CALLING THEM TO ACTION AND CALLING ON ALL GEORGIANS TO CALL THEM TODAY FOR ACTION

ALSO and lastly , pls see tweet LTGOV Geoff Duncan tweeted at POTUS this am responding to POTUS tweet. This needs a response from POTUS pls. DUNCAN's priority should not be bullying ga senators not to vote for special session and threatening them to strip them of their positions (facts). instead he should be allowing them to call special session which is what they want to do.

Most sincerely,

**BILL**

BILL WHITE
*National Advocate for our Military, Veterans, First Responders & their Families*
CEO - Constellations Group, LLC.
Mobile: 212.490.6000
HIRE A VETERAN TODAY!


AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO