# EXHIBIT 5

| | |
|---|---|
| **From:** | Cretella, Anne Marie |
| **Sent:** | Tuesday, November 10, 2020 2:05 PM EST |
| **To:** | Zafonte, Jo Ann |
| **Subject:** | FW: How To Undo The Entire AZ Election - Dominion machines not duly certified. A.R.S. 16-442(A) |

**From:** very-interdasting <very-interdasting@protonmail.com>
**Reply-To:** very-interdasting <very-interdasting@protonmail.com>
**Date:** Tuesday, November 10, 2020 at 1:26 AM
**To:** "rudy@giulianipartners.com" <rudy@giulianipartners.com>, GP Info <info@giulianipartners.com>
**Subject:** How To Undo The Entire AZ Election - Dominion machines not duly certified. A.R.S. 16-442(A)

If only Democrats were involved, as it appears based on this article and the certification,

https://www.thegatewaypundit.com/2020/11/wtf-republicans-failed-send-someone-arizona-election-equipment-test-democrats-attended/

Then <u>none</u> of the Dominion voting machines were duly certified!

Dems should have known better and not proceeded without any Republicans present! Because "no more than two of whom shall be of the same political party." A.R.S. 16-442(A)

16-442. Committee approval; adoption of vote tabulating equipment; experimental use; emergency

A. The secretary of state shall appoint a committee of three persons, to consist of a member of the engineering college at one of the universities, a member of the state bar of Arizona and one person familiar with voting processes in the state, <u>no more than two of whom shall be of the same political party</u>, and at least one of whom shall have at least five years of experience with and shall be able to render an opinion based on knowledge of, training in or education in electronic voting systems, procedures and security.  The committee shall investigate and test the various types of vote recording or tabulating machines or devices that may be used under this article. The committee shall submit its recommendations to the secretary of state who shall make final adoption of the type or types, make or makes, model or models to be certified for use in this state. The committee shall serve without compensation.

Sent with ProtonMail Secure Email.


Sent with ProtonMail Secure Email.