# EXHIBIT 6

Fox News request re: Georgia investigator's affidavit

Blitzer, Ronn <Ronn.Blitzer@FOXNEWS.COM>

Mon 12/7/2020 8:50 AM

**To:** GP Press <press@giulianipartners.com>

Good morning,

First, I hope Mayor Giuliani is doing well and has a full and speedy recovery from Covid-19. Has he had a chance to see the affidavit from Frances Watson, the chief investigator for the Georgia secretary of state, that was filed yesterday? Watson claims that, according to his investigation, poll watchers and media were not asked to leave before counting ended, but that they "simply left on their own when they saw one group of workers, whose job was only to open envelopes and who had completed that task, also leave."  Watson also says that "there were no mystery ballots that were brought in from an unknown location and hidden under tables," claiming that ballots were sealed in boxes and placed under the table by workers who thought they were done for the night, and that the boxes were later opened when counting continued. Watson does not explain why workers thought they were done.

Does Mayor Giuliani have any comment on this?

Thank you.


Ronn Blitzer
Politics Reporter,
FoxNews.com
646 592 0579
ronn.blitzer@foxnews.com

This message and its attachments may contain legally privileged or confidential information. It is intended solely for the named addressee. If you are not the addressee indicated in this message (or responsible for delivery of the message to the addressee), you may not copy or deliver this message or its attachments to anyone. Rather, you should permanently delete this message and its attachments and kindly notify the sender by reply e-mail. Any content of this message and its attachments that does not relate to the official business of Fox News or Fox Business must not be taken to have been sent or endorsed by either of them. No representation is made that this email or its attachments are without defect.