# EXHIBIT 7

| | |
|---|---|
| From: | Zafonte, Jo Ann |
| Sent: | Wednesday, November 11, 2020 5:21 PM EST |
| To: | Justin Clark |
| Subject: | Fwd: Giuliani Security & Safety - Global Security Services "Fair Election" |

Jo Ann M. Zafonte
Senior Manager
Office of the Chairman
Giuliani Partners, LLC
212 931 7348

Begin forwarded message:

> From: "Cretella, Anne Marie" <AnneMarie.Cretella@giulianipartners.com>
> Date: November 11, 2020 at 4:58:04 PM EST
> To: "Zafonte, Jo Ann" <JoAnn.Zafonte@giulianipartners.com>
> Subject: FW: Giuliani Security & Safety - Global Security Services "Fair Election"
>
> On 11/11/20, 3:53 PM, "debbie vick" <wordpress@giulianisecurity.com> wrote:
>
>   From: debbie vick <Debbie.Vick@hotmail.com>
>   Subject: Fair Election
>
>   Message Body:
>   Thank you Mr. Giuliani for all your hard work. I live in Augusta Ga. and believe President Trump won the Election. Please look at this guy i found destroying ballots. How do we even get the right count when this happens??
>    https://u6867269.ct.sendgrid.net/ls/click?upn=Gt96VeQXzonW8qropHtO65K9zTxEEbfwwnLXnAauem2dy3oDgIT-2F2CNIBVNZzOOvNCUi_RYEeg99Ap79leT7lYKY4eXL23tKykvEsxWWzP65p9FcAwpAYc1Xb9pdW49dL8AtwkaI1VckgFjzxVeMEA4o5oaVduLlzOv8szobG7OzyA5-2FADk8p0gWhOtyA2I4d5-2FL7gurUx77i9pMtplPY6Dgj6B9eiTGk2V3-2Fs-2F-2FHwuVVDIY7mpwkAW9moD23WUKihnVfLHoUpzazEO6m7f78FtkeFlvcFKcRfkP7D8uT5z7wTo4-3D
>
>     --

This e-mail was sent from a contact form on Giuliani Security &amp; Safety - Global Security Services (https://u6867269.ct.sendgrid.net/ls/click?upn=LmnMTa3WZ2ed6XUhbsk-2B1qt4zf2v7zMyMKi1nD3xChpfYIdOvAMocIh6etdAbZpLhD_a_RYEeg99Ap79leT7lYKY4eXL23tKykvEsxWWzP65p9FcAwpAYc1Xb9pdW49dL8AtwkaI1VckgFjzxVeMEA4o5oXgdKbhTR1afI23sX49-2BYgTS-2B2rbi0E4Z-2Bi45n4qTngGC1BbYXCbNQOiGrJtcehmnH6iAhhLP90Vmzp-2FMmMNeelXRelQZuKbgbmxl2dKyN7tKmwYj6h2feHmMsyechLRuy-2BsaCAQI-2BaecYcTrDOZDi8-3D