# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-------------------------------x

RUBY FREEMAN and

WANDREA MOSS,

        Plaintiffs,

   v.               Civil Action No.

                    21-3354 (BAH)

RUDOLPH W. GIULIANI,

        Defendant.

-------------------------------x

DEPOSITION OF RUDOLPH W. GIULIANI

March 1, 2023

Reported by:

MARY F. BOWMAN, RPR, CRR

JOB NO. 5786854

Page 2

    March 1, 2023
    9:30 a.m.

    Deposition of RUDOLPH W. GIULIANI, held at Willkie, Farr & Gallagher, LLP, 787 Seventh Avenue, New York, New York, before Mary F. Bowman, a Registered Professional Reporter, Certified Realtime Reporter, and Notary Public of the States of New Jersey and New York.

Page 3

APPEARANCES:

WILLKIE FARR & GALLAGHER, LLP
Attorneys for Plaintiffs
   1875 K Street, NW
   Washington DC  20006
BY:  MICHAEL J. GOTTLIEB, ESQ.
     M. ANNIE HOUGHTON-LARSEN, ESQ.
     MAGGIE MacCURDY, ESQ.
     MERYL GOVERSKI, ESQ. (Via Zoom)
     JOHN KNOBLETT, ESQ.  (Via Zoom)
        -and-
DUBOSE MILLER LLC
   75 14th Street NE, Suite 2110
   Atlanta, Georgia 30309
BY:  VON A. DUBOSE, ESQ. (Via Zoom)
        -and-
UNITED TO PROTECT DEMOCRACY, INC.
   82 Nassau Street, #601
   New York, NY 10038
BY:  JOHN LANGFORD, ESQ. (Via Zoom)

Page 4

APPEARANCES:

CAMARA & SIBLEY
Attorneys for Defendant
   1108 Lavaca Street,  Suite 110263
   Austin, TX 78701
BY:  JOE SIBLEY, ESQ.
        -and-
DAVIDOFF HUTCHER & CITRON LLP
   605 Third Avenue
   New York, New York   10158
BY:  ROBERT J. COSTELLO, ESQ.

Also Present:
   Deverell Write, Legal Videographer

Page 5

    Giuliani
    THE VIDEOGRAPHER:  We are on the record at 9:36 a.m. on March 1, 2023.
    Please note that the microphones are sensitive and may pick up whispers and private conversations.  Audio and video recording will continue to take place unless all parties agree to go off the record.
    This is media unit 1 of the video-recorded deposition of Rudolph Giuliani.  This the taken by counsel for the plaintiff in the matter of Ruby Freeman, et al., versus Rudolph W. Giuliani.
    This case is pending in the United States District Court for the District of Columbia.  We're at the offices the Willkie Farr & Gallagher located at 787 Seventh Avenue.
    My name is Deverell Write from Veritext Legal Solutions.  The court reporter is Mary Bowman from Veritext Legal Solutions.
    At this time, will counsel please

# Excerpted

Page 30

1  Giuliani
2  A. I do.
3  Q. And I believe you also have
4  different accounts on different social
5  media platforms --
6  A. Yes, sir.
7  Q. -- that distribute those shows,
8  is that right?
9  A. Yes, sir.
10 Q. I know you have one podcast
11 called "Common Sense," is that right?
12 A. Yes, sir.
13 Q. Do you have others?
14 A. Well, I sort of -- you could say
15 so.
16    Want me to describe them all to
17 you?
18 Q. Yes, please.
19 A. I have a list. It might be
20 easier.
21    I have a podcast -- really, it's
22 a video podcast because it's television and
23 audio, and it's done twice a week, put out
24 on a Wednesday and a Friday. And it's put
25 out on -- if not all, most of the video --

Page 31

1  Giuliani
2  possibly all of the video podcasts and most
3  of the audio.
4     So that's about 12. It goes out
5  on 12 different -- so you can get it on
6  YouTube. You can get it on Rumble. You
7  can get it on Spike. You can get it on --
8  that's done twice a week. It's usually
9  anywhere from 35 minutes to an hour, and
10 it's either a monologue about an issue or
11 two or an interview -- interview session --
12 Q. Is it fair to say --
13 A. -- about a particular issue
14 rather than a group of things.
15 Q. Okay.
16    Do you pick the issues that you
17 cover?
18 A. Most of the time.
19 Q. Do you have a producer?
20 A. I do.
21 Q. Is there an agreement that --
22 sorry. Withdraw that.
23    Is there a company that owns the
24 podcast?
25 A. I do.

Page 32

1  Giuliani
2  Q. You own the company.
3  A. Giuliani Communications LLC owns
4  it.
5  Q. Giuliani Communications LLC?
6  A. Right.
7  Q. Are you the sole member of that
8  LLC?
9  A. I am.
10 Q. And is there a distribution
11 agreement that you have with any media
12 companies for the podcast?
13 A. Yes.
14 Q. And is it fair to say you
15 released hundreds of these podcasts at this
16 point in time?
17 A. Almost 300, yeah.
18 Q. Do you get compensated on a
19 per-show basis?
20 A. For advertising.
21 Q. For advertisements.
22    And so the advertisers who you
23 read ads from or provide ad content will
24 pay a fee to --
25 A. Pay --

Page 33

1  Giuliani
2  Q. Go ahead.
3  A. -- per-view basis, right.
4  Q. Okay.
5     Do you have any sense of the
6  total revenue -- let's start in 2020.
7     Do you have any sense of the
8  total revenue that your podcast or your LLC
9  derived from advertisements in around 2020?
10 A. I really would rather look and
11 tell you rather than guess at it.
12    That was the year I started it.
13 It was a very inconsistent year. It
14 started very low. It became very -- I
15 mean, it ranged at the beginning from 8,000
16 to ultimately over a million people, which
17 would reflect the revenue, of course.
18    I don't -- I don't recall the
19 revenue. But it's in my tax returns.
20 Q. Fair enough.
21    But fair to say you have records
22 that would show the revenues derived from
23 your podcast?
24 A. I have records from -- for sure,
25 for 2020. Yeah.

9 (Pages 30 - 33)

Page 34

1  Giuliani
2  Q. And we have requested those
3  records in discovery. Is there -- but what
4  you're saying is you have -- you do have
5  such records, and those are available to be
6  produced to us, is that right?
7     MR. SIBLEY: Objection.
8  A. There are records exactly how
9  much --
10    MR. SIBLEY: Hold on. Hold on.
11    First of all, I guess I should
12  get our agreement on the record.
13    We will object to form throughout
14  the course of the day in the deposition
15  if that will preserve any other
16  objections.
17    Agreed?
18    MR. GOTTLIEB: Fair enough.
19    MR. SIBLEY: Objection, form.
20    You can answer.
21  A. Sure, there are several different
22  ways those records are kept and then, of
23  course, they end up being used for the tax
24  return, so that's the ultimate record.
25  Q. Why do you do these podcasts?

Page 35

1  Giuliani
2  A. Why do I do it?
3  Q. Yeah.
4  A. Actually a very philosophical
5  sort of question.
6    I've always wanted to do it. I
7  have a great desire to be a teacher. I
8  believe I've had very, very unusual
9  experiences that most people haven't been
10  fortunate enough to have and, therefore,
11  viewpoints that could help people get a
12  better perspective of what I consider to be
13  an age in which there is a tremendous
14  amount of propaganda and almost to the
15  point of rigid censorship.
16    So that for the establishment
17  class in society, one view and one view
18  alone is accepted, which may have always
19  been the case in our society, but the other
20  view is punished, which begins to take on
21  the aspects of a fascist society.
22    That worries me a lot. It
23  started to worry me way back in the '90s
24  when I saw the disparity in treatment on
25  television between liberals and

Page 36

1  Giuliani
2  conservatives in universities, among
3  friends.
4    So I consider myself a useful
5  voice for another viewpoint that people, if
6  they hate it and despise it, should present
7  it and debate it as opposed to censor it.
8    So long, short -- long story
9  short, I decided in '20 -- I wanted to do
10  it earlier but couldn't do it -- I decided
11  in 2020 to just go ahead and do it, and I
12  did it and it became quite popular.
13    And then it became -- didn't
14  become, but I was asked by WABC Radio if I
15  would do a radio show for them about the
16  pandemic. And --
17  Q. Is that show called "Uncovering
18  the Truth"?
19  A. Well, that show actually is now
20  called the Rudy Giuliani Show.
21  Q. Okay.
22  A. So Uncovering is a Sunday show.
23  Q. Two different radio shows?
24  A. Yes.
25  Q. Both with WABC?

Page 37

1  Giuliani
2  A. Well, no. The first one is my
3  own, the podcast. The second one, WABC
4  from 3 to 4 every day is a -- with WABC,
5  it's produced in New York and syndicated
6  nationally, but not broadly, we have got 12
7  stations, and that began as a special about
8  the pandemic and just grew and grew and
9  grew, and now it's become a permanent show.
10  Q. Do you have a contract with WABC
11  relating to that radio show?
12  A. I have an oral contract with
13  them.
14  Q. Fair enough.
15    Do you have an agreement with
16  WABC?
17  A. Yeah. We split the ads.
18  Q. So your agreement for the Rudy
19  Giuliani Show, which is a daily show, is a
20  50/50 ad split with WABC?
21  A. Correct.
22    And the third one is Uncovering
23  the Truth, which is a Sunday show between
24  10 and 11 with Dr. Maria Ryan in which we
25  take an issue and we have the audience call

|   | Page 38 |   | Page 40 |
|---|---|---|---|
| 1 | Giuliani | 1 | Giuliani |
| 2 | in and help us determine what they believe | 2 | Q. That's all right. We can -- |
| 3 | about it, so they can participate in it. | 3 | A. Oh -- I also do a 9 to 10 |
| 4 | And we began those at about the | 4 | livecast, and the livecast is on most |
| 5 | same time, that's also with WABC, and that | 5 | social media. |
| 6 | does have a contract that is right now | 6 | Q. Does it have a name? |
| 7 | being reworked for some technical purpose. | 7 | A. It's done through a re-stream. |
| 8 | Q. Okay. And does that contract pay | 8 | It's America's Mayor Live is the name of |
| 9 | you on a per-episode basis or is it also a | 9 | it. We do -- I said 9 to 10, and it's on |
| 10 | split of advertising revenue? | 10 | YouTube, Gettr, Facebook, Instagram, |
| 11 | A. It's a split. | 11 | Twitter, two or three others. |
| 12 | Q. Is it also a 50/50 split? | 12 | Q. Is there any -- do you receive |
| 13 | A. A little different because it | 13 | any compensation associated with America's |
| 14 | involves three people. | 14 | Mayor Live? |
| 15 | Q. Who is Dr. Maria Ryan? | 15 | A. No, not yet. We are now |
| 16 | A. Dr. Maria Ryan is my partner. | 16 | negotiating contracts with advertisers. We |
| 17 | She worked with Giuliani Communications and | 17 | wanted to start it first. |
| 18 | Giuliani Partners. She is the president of | 18 | I'm doing that with Ted Goodman. |
| 19 | Giuliani Communications. She is my partner | 19 | He's a producer of it. We've done it for |
| 20 | on Uncovering the Truth. She produces the | 20 | about three months. We may have made some |
| 21 | podcast. So she then occasionally appears | 21 | occasional revenue on it through |
| 22 | in them and occasionally does them, but her | 22 | advertising. But we didn't do it yet -- we |
| 23 | job mainly is to produce them. | 23 | did it to develop it, and now we have |
| 24 | That means helping to do the | 24 | offers because our audience is -- has gone |
| 25 | research, find the guests, finding the | 25 | over 100,000. |

|   | Page 39 |   | Page 41 |
|---|---|---|---|
| 1 | Giuliani | 1 | Giuliani |
| 2 | locations and then making sure that the | 2 | Q. Okay. Ted Goodman, is he |
| 3 | final edit and distribution is correct. | 3 | associated with any company or entity? |
| 4 | She oversees the advertisers. | 4 | A. Ted Goodman is associated with |
| 5 | She sort of runs the podcast operation. | 5 | me. |
| 6 | Q. You mentioned Giuliani | 6 | Q. He works for Giuliani |
| 7 | Communications. Is that -- I may have | 7 | Communications? |
| 8 | misheard something, but is that the name of | 8 | A. Exactly. He and -- he oversees |
| 9 | your LLC? | 9 | the livecast in a similar way to Maria |
| 10 | A. Yeah. | 10 | overseeing the rest of it. |
| 11 | Q. Is there more than one LLC that | 11 | Q. Okay. |
| 12 | you have? | 12 | You mentioned -- something you |
| 13 | A. Yeah, Giuliani Partners doesn't | 13 | said at the start of the answer to my |
| 14 | do -- I'm not even sure we do anything | 14 | philosophical question was of interest. |
| 15 | anymore, but it's still alive. | 15 | You said you always wanted to be a teacher. |
| 16 | Q. Okay. | 16 | Is one of the things you are |
| 17 | Any others? | 17 | trying to do in these various podcasts and |
| 18 | A. Those are the two. | 18 | platforms and radio shows to influence |
| 19 | Q. Okay. | 19 | people? |
| 20 | All right. So -- | 20 | A. I'm trying to get them to think. |
| 21 | A. I'm missing something, but I | 21 | Q. Influence public debate? |
| 22 | can't remember what it is. | 22 | A. I imagine so. |
| 23 | Q. Okay. If it comes back to you, | 23 | Q. Persuade people? |
| 24 | you will let me know. | 24 | A. I mean, I believe that my |
| 25 | A. Yeah, there is -- | 25 | positions are either correct or worthy of |

11 (Pages 38 - 41)

# Excerpted

```
                VERITEXT LEGAL SOLUTIONS
          COMPANY CERTIFICATE AND DISCLOSURE STATEMENT
```

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.