# EXHIBIT 5

## CERTIFICATE OF FORMATION
## OF
## GIULIANI PARTNERS LLC

**FIRST:** The name of the limited liability company is **GIULIANI PARTNERS LLC.**

**SECOND:** The address of its registered office in the State of Delaware is 9 East Loockerman Street, Dover, Delaware 19901. The name of its Registered Agent at such address is National Registered Agents, Inc.

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate of Formation of **GIULIANI PARTNERS LLC** this 21st day of December, 2001.

/s/Joseph Cioffi
Joseph Cioffi, Organizer

#302984/6HS801!.DOC/9348/9999

*STATE OF DELAWARE*
*SECRETARY OF STATE*
*DIVISION OF CORPORATIONS*
*FILED 09:00 AM 12/21/2001*
*010663282 - 3472608*