UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendants. | Civil Action No. 21-3354 (BAH) <br><br> Judge Beryl A. Howell |

**UNOPPOSED MOTION TO EXTEND TIME TO PRODUCE
EXISTING TRUSTPOINT DOCUMENTS AND PRIVILEGE LOG**

On May 31, 2023, the Court, in a minute order, made the following Order:

"By June 16, 2023, defendant shall search and produce all materials responsive to plaintiffs' RFPs, with the exception of RFP Nos. 40 and 41, within the date ranges agreed to by the parties, with the assistance of a professional vendor, and produce a privilege log specifically tailored to the searches he has performed for materials responsive to plaintiffs' RFPs".

With respect to the documents existing in the TrustPoint repository, Defendant requests, and Plaintiffs do not oppose, an extension of time to review approximately 3,000 for privilege until June 23, 2023 and then until June 30, 2023 to produce any documents from that pool that are not privileged. This unopposed extension is not applicable to other documents, and Plaintiffs reserve all rights with respect to other responsive documents not fitting the above-referenced document pool that have not been produced by today, and Defendant's failure to produce a privilege log with respect to the same.

## RELIEF REQUESTED

For all of the reasons discussed herein, the Court should grant the unopposed extension.

Date: June 16, 2023

                            Respectfully submitted,

                            By: */s/ Joseph D. Sibley IV*

                            CAMARA & SIBLEY L.L.P.

                            Joseph D. Sibley IV
                            DC Bar ID: TX0202
                            1108 Lavaca St.
                            Suite 110263
                            Austin, TX 78701

                            Telephone: (713) 966-6789
                            Fax: (713) 583-1131
                            Email: sibley@camarasibley.com

                         **ATTORNEYS FOR RUDOLPH GIULIANI**

## CERTIFICATE OF COMPLIANCE WITH LR 7(m)

I hereby certify that on this 16TH day of June, 2023, I conferred with Plaintiffs' counsel and they are unopposed to the relief requested in this Motion, reserving all rights as to the relief not requested.

                            */s/ Joseph D. Sibley IV*
                            Joseph D. Sibley IV

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day of June 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Joseph D. Sibley IV*
Joseph D. Sibley IV