AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| RUBY FREEMAN. ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-03354-BAH |
| RUDOLPH W. GIULIANI | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruby Freeman and Wandrea Moss.

Date: 06/21/2023

/s/ Timothy P. Ryan
*Attorney's signature*

Timothy P. Ryan (DCBN 1719055)
*Printed name and bar number*

WILLKIE FARR & GALLAGHER LLP
1875 K Street N.W.
Washington. DC 20006
*Address*

tryan@willkie.com
*E-mail address*

(202) 303-1183
*Telephone number*

(202) 303-2000
*FAX number*