UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA MOSS,<br><br>    Plaintiffs,<br><br>  v.<br><br>RUDOLPH W. GIULIANI,<br><br>    Defendant. | Civil Action No. 21-3354 (BAH) |

**CONSENT MOTION FOR LEAVE TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL GIULIANI PARTNERS AND GIULIANI COMMUNICATIONS TO RESPOND TO PLAINTIFFS' PROPERLY-SERVED RULE 45 SUBPOENAS AND REPLACE WITH REVISED PLAINTIFFS' MOTION TO COMPEL GIULIANI PARTNERS AND GIULIANI COMMUNICATIONS TO RESPOND TO PLAINTIFFS' PROPERLY-SERVED RULE 45 SUBPOENAS AND <u>RULE 30(b)(6) DEPOSITION SUBPOENAS</u>**

Plaintiffs Ruby Freeman and Wandrea ArShaye ("Shaye") Moss (collectively, "Plaintiffs") respectfully request to withdraw their currently pending motion to compel Giuliani Partners and Giuliani Communications to comply with the Rule 45 document subpoenas (ECF No. 65) ("Pending Motion") and replace it with a revised motion to compel Giuliani Partners and Giuliani Communications to comply with the Rule 45 document subpoenas *and* 30(b)(6) deposition subpoena ("Revised Motion").

Discovery in this case and others, alongside materials from the House Select Committee to Investigate the January 6th Attack on the United States Capitol, have revealed the Defendant Rudolph Giuliani used two of his companies, Giuliani Partners and Giuliani Communications (the "Giuliani Businesses"), as a part of his public campaign to undermine the results of the 2020 election. The Giuliani Businesses were used to, among other things, publish or cause the publication of Defendant Giuliani's unfounded accusations that Plaintiffs committed election fraud. In the Pending Motion, Plaintiffs argued that the Giuliani Businesses failed to comply with properly served Rule 45 subpoenas seeking relevant documents and communications in the possession, custody, or control of the Businesses, including material that Defendant Giuliani has not produced.  At the time the Pending Motion was filed, the Giuliani Businesses had not contacted Plaintiffs in any way regarding the depositions that were noticed for June 27 and June 29, 2023. Plaintiffs reserved rights to seek Court intervention if the Giuliani Businesses continued to fail to respond.

As the Giuliani Businesses have still not contacted Plaintiffs in any way, counsel for Defendant Giuliani has represented that he remains unaware of who is even representing the Giuliani Businesses, and the depositions are scheduled to occur within the next 8 days, Plaintiffs now request to withdraw the Pending Motion and replace it with the Revised Motion.

Pursuant to Local Rule 7(m), on June 21, 2023, the undersigned counsel conferred with counsel for Defendant, who indicated that he does not oppose the motion to withdraw.

In support of this motion, Plaintiffs state as follows:

1. On June 16, 2023, Plaintiffs filed the Pending Motion to Compel the Giuliani Businesses to respond to the document subpoenas.

2. The Giuliani Businesses have not communicated with Plaintiffs in any form, about any of the document or deposition subpoenas, contrary to the obligations set by Rule 30(b)(6), including since the Pending Motion was filed.

3. Defendant Giuliani's counsel has continued to confirm that he does not know who is representing the Giuliani Businesses, despite Defendant Giuliani being the founder and owner of the Giuliani Businesses.

4. Plaintiffs are unaware of who, if anyone, is representing the Giuliani Businesses as counsel.

5. Plaintiffs are unaware of who the Giuliani Businesses are designating as corporate representatives for the noticed 30(b)(6) depositions.

6. Plaintiffs have received no assurances that the Giuliani Businesses will attend the noticed 30(b)(6) depositions.

7. The relief requested by the Plaintiffs will not prejudice either of the Giuliani Businesses, as neither Giuliani Communications nor Giuliani Partners have filed any response. The Revised Motion does not alter Plaintiffs' arguments regarding the document subpoenas and seeks relief regarding the deposition subpoenas that was previewed in the Pending Motion.

8. At the time the Pending Motion was filed, Plaintiffs remained hopeful that they would be contacted by the Giuliani Businesses and that sufficient time remained to meet and confer and designate corporate representatives in advance of the noticed depositions and therefore the revised relief sought was not ripe. Now, with just over a week before the first of the noticed depositions and still no contact from the Giuliani Businesses, the revised relief is now ripe.

9. Therefore, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion, withdraw the Pending Motion, and permit Plaintiffs to file the Revised Motion and accompanying materials.

10. Attached to this motion as Exhibit A is the Revised Motion. Attached to this motion as Exhibit B is a red-lined version of the Revised Motion to the Pending Motion. Attached to this motion as Exhibit C is a revised proposed order. Attached to this motion as Exhibit D is a red-lined version of the revised proposed order to the proposed order filed with the Pending Motion.[1]

Dated: June 21, 2023

/s/ Meryl C. Governski

**UNITED TO PROTECT DEMOCRACY**
John Langford*
Rachel Goodman*
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Sara Chimene-Weiss*
7000 N 16th Street Ste. 12, #430
Phoenix, AZ 85020
Tel: (202) 579-4582
sara.chimene-weiss@protectdemocracy.org

Christine Kwon*
555 W. 5th St.
Los Angeles, CA 90013
Tel: (919) 619-9819
christine.kwon@protectdemocracy.org

**WILLKIE FARR & GALLAGHER LLP**
Meryl C. Governski (1023549)
Michael J. Gottlieb (974960)
J. Tyler Knoblett (1672514)
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com
jknoblett@willkie.com

M. Annie Houghton-Larsen*
787 Seventh Avenue
New York, New York
Tel: (212) 728-8164
Fax: (212) 728-9164
mhoughton-larsen@willkie.com

**DUBOSE MILLER LLC**
Von A. DuBose*
75 14th Street NE
Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111

---

[1] If Plaintiffs' consent motion is granted, Plaintiffs will file the Revised Motion and all accompanying materials, including the revised declaration and exhibits and revised proposed order.

dubose@dubosemiller.com
\* *Admitted pro hac vice*

*Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, a copy of the foregoing document was emailed to Joseph D. Sibley IV at sibley@camarasibley.com with a request that he provide the document to Defendant Giuliani and copies of the foregoing document were also mailed to the agents of service for Giuliani Partners LLC (National Registered Agents, Inc. 1209 Orange Street, Wilmington, DE 19801) and Giuliani Communications LLC (United Corporate Services Inc. 10 Bank Street, Suite 560, White Plains, NY, 10606).

Dated: June 21, 2023

*/s/ Meryl C. Governski*
**WILLKIE FARR & GALLAGHER LLP**
Meryl C. Governski (1023549)
1875 K Street, #100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com
