## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al*.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　　　Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO WITHDRAW PLAINTIFFS' MOTION TO COMPEL GIULIANI PARTNERS AND GIULIANI COMMUNICATIONS
TO RESPOND TO PLAINTIFFS' PROPERLY-SERVED RULE 45 SUBPOENAS AND REPLACE  WITH REVISED  PLAINTIFFS' MOTION TO COMPEL
GIULIANI PARTNERS AND GIULIANI COMMUNICATIONS
TO RESPOND TO PLAINTIFFS' PROPERLY-SERVED RULE 45 SUBPOENAS AND RULE 30(b)(6) DEPOSITION SUBPOENAS**

Upon consideration of Plaintiffs' Consent Motion for Leave to Withdraw Plaintiffs' Motion to Compel Giuliani Partners and Giuliani Communications to Respond to Plaintiffs' Properly-Served Rule 45 Subpoenas and Replace with Revised Plaintiffs' Motion to Compel Giuliani Partners and Giuliani Communications to Respond to Plaintiffs' Properly-Served Rule 45 Subpoenas and Rule 30(b)(6) Deposition Subpoenas ("Motion"), it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

**FINDING AS MOOT** Plaintiffs' Motion to Compel Giuliani Partners and Giuliani Communications to Respond to Plaintiffs' Properly-Served Rule 45 Subpoenas; and

- 2 -

**DIRECTING** Plaintiffs to file on the docket the revised motion to compel, attached to the consent motion as Ex. A, and any accompanying materials, including the revised declaration and exhibits and revised proposed order.

**IT IS SO ORDERED.**

_____       _____
Date                                                    Beryl A. Howell, Judge
                                                              United States District Court for the District of Columbia