# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　　　　Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL GIULIANI PARTNERS AND GIULIANI COMMUNICATIONS TO RESPOND TO PLAINTIFFS' PROPERLY-SERVED RULE 45 SUBPOENAS AND RULE 30(b)(6) DEPOSITION SUBPOENAS**

　　Upon consideration of Plaintiffs' Motion to Compel Giuliani Partners and Giuliani Communications to Respond to Plaintiffs' Properly-Served Rule 45 Subpoenas **and Rule 30(b)(6) Depositions Subpoenas** ("Motion"), it is hereby:

　　**ORDERED** that the Motion is **GRANTED**; and it is

　　**FURTHER ORDERED** that Giuliani Partners LLC must collect, search, and produce all materials responsive to the April 26, 2023 Rule 45 subpoena, attached to the Motion as Exhibit 1, within fourteen (14) days of this Order; and it is

　　**FURTHER ORDERED that Giuliani Partners LLC must confer with Plaintiffs regarding the Deposition Subpoena and designate a corporate representative within fourteen (14) days of this Order; and it is**

　　**FURTHER ORDERED that Plaintiffs must take the deposition of Giuliani Partners LLC within forty-five (45) days of this Order; and it is**

- 2 -

**FURTHER ORDERED** that Giuliani Communications LLC must collect, search, and produce all materials responsive to the May 11, 2023 Rule 45, attached to the Motion as Exhibit 2, within fourteen (14) days of this Order; and it is

**FURTHER ORDERED that Giuliani Communications LLC must confer with Plaintiffs regarding the Deposition Subpoena and designate a corporate representative within fourteen (14) days of this Order; and it is**

**FURTHER ORDERED that Plaintiffs must take the deposition of Giuliani Communications LLC within forty-five (45) days of this Order; and it is**

**FURTHER ORDERED** that Plaintiffs are awarded reasonable costs associated with the filing of the Motion, that Plaintiffs shall submit an accounting of such costs within seven (7) days of this Order, and that such costs be paid within seven (7) days thereafter.

**IT IS SO ORDERED.**

_____                    _____
Date                                                                  Beryl A. Howell, Judge
                                                                              United States District Court for the District of Columbia