# EXHIBIT 5

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

--------------------------------x

RUBY FREEMAN and

WANDREA MOSS,

        Plaintiffs,

   v.            Civil Action No.

                21-3354 (BAH)

RUDOLPH W. GIULIANI,

        Defendant.

--------------------------------x

DEPOSITION OF RUDOLPH W. GIULIANI

March 1, 2023

Reported by:

MARY F. BOWMAN, RPR, CRR

JOB NO. 5786854

Page 2

```
 5              March 1, 2023
 6              9:30 a.m.
 9       Deposition of RUDOLPH W. GIULIANI,
10   held at Willkie, Farr & Gallagher, LLP, 787
11   Seventh Avenue, New York, New York, before
12   Mary F. Bowman, a Registered Professional
13   Reporter, Certified Realtime Reporter, and
14   Notary Public of the States of New Jersey
15   and New York.
```

Page 4

```
 2              APPEARANCES:

 4   CAMARA & SIBLEY
 5   Attorneys for Defendant
 6      1108 Lavaca Street, Suite 110263
 7      Austin, TX 78701
 8   BY: JOE SIBLEY, ESQ.
 9         -and-
10   DAVIDOFF HUTCHER & CITRON LLP
11      605 Third Avenue
12      New York, New York  10158
13   BY: ROBERT J. COSTELLO, ESQ.

18   Also Present:
19      Deverell Write, Legal Videographer
```

Page 3

```
 2              APPEARANCES:

 4   WILLKIE FARR & GALLAGHER, LLP
 5   Attorneys for Plaintiffs
 6      1875 K Street, NW
 7      Washington DC  20006
 8   BY: MICHAEL J. GOTTLIEB, ESQ.
 9      M. ANNIE HOUGHTON-LARSEN, ESQ.
10      MAGGIE MacCURDY, ESQ.
11      MERYL GOVERSKI, ESQ. (Via Zoom)
12      JOHN KNOBLETT, ESQ. (Via Zoom)
13         -and-
14   DUBOSE MILLER LLC
15      75 14th Street NE, Suite 2110
16      Atlanta, Georgia 30309
17   BY: VON A. DUBOSE, ESQ. (Via Zoom)
18         -and-
19   UNITED TO PROTECT DEMOCRACY, INC.
20      82 Nassau Street, #601
21      New York, NY 10038
22   BY: JOHN LANGFORD, ESQ. (Via Zoom)
```

Page 5

```
                         Giuliani
 2        THE VIDEOGRAPHER: We are on the
 3   record at 9:36 a.m. on March 1, 2023.
 4        Please note that the microphones
 5   are sensitive and may pick up whispers
 6   and private conversations.  Audio and
 7   video recording will continue to take
 8   place unless all parties agree to go
 9   off the record.
10        This is media unit 1 of the
11   video-recorded deposition of Rudolph
12   Giuliani.  This the taken by counsel
13   for the plaintiff in the matter of Ruby
14   Freeman, et al., versus Rudolph W.
15   Giuliani.
16        This case is pending in the
17   United States District Court for the
18   District of Columbia.  We're at the
19   offices the Willkie Farr & Gallagher
20   located at 787 Seventh Avenue.
21        My name is Deverell Write from
22   Veritext Legal Solutions.  The court
23   reporter is Mary Bowman from Veritext
24   Legal Solutions.
25        At this time, will counsel please
```

2 (Pages 2 - 5)

# Excerpted

Page 30

1      Giuliani
2      A.    I do.
3      Q.    And I believe you also have
4   different accounts on different social
5   media platforms --
6      A.    Yes, sir.
7      Q.    -- that distribute those shows,
8   is that right?
9      A.    Yes, sir.
10     Q.    I know you have one podcast
11  called "Common Sense," is that right?
12     A.    Yes, sir.
13     Q.    Do you have others?
14     A.    Well, I sort of -- you could say
15  so.
16           Want me to describe them all to
17  you?
18     Q.    Yes, please.
19     A.    I have a list.  It might be
20  easier.
21           I have a podcast -- really, it's
22  a video podcast because it's television and
23  audio, and it's done twice a week, put out
24  on a Wednesday and a Friday.  And it's put
25  out on -- if not all, most of the video --

Page 31

1      Giuliani
2   possibly all of the video podcasts and most
3   of the audio.
4           So that's about 12.  It goes out
5   on 12 different -- so you can get it on
6   YouTube.  You can get it on Rumble.  You
7   can get it on Spike.  You can get it on --
8   that's done twice a week.  It's usually
9   anywhere from 35 minutes to an hour, and
10  it's either a monologue about an issue or
11  two or an interview -- interview session --
12     Q.    Is it fair to say --
13     A.    -- about a particular issue
14  rather than a group of things.
15     Q.    Okay.
16           Do you pick the issues that you
17  cover?
18     A.    Most of the time.
19     Q.    Do you have a producer?
20     A.    I do.
21     Q.    Is there an agreement that --
22  sorry.  Withdraw that.
23           Is there a company that owns the
24  podcast?
25     A.    I do.

Page 32

1      Giuliani
2      Q.    You own the company.
3      A.    Giuliani Communications LLC owns
4   it.
5      Q.    Giuliani Communications LLC?
6      A.    Right.
7      Q.    Are you the sole member of that
8   LLC?
9      A.    I am.
10     Q.    And is there a distribution
11  agreement that you have with any media
12  companies for the podcast?
13     A.    Yes.
14     Q.    And is it fair to say you
15  released hundreds of these podcasts at this
16  point in time?
17     A.    Almost 300, yeah.
18     Q.    Do you get compensated on a
19  per-show basis?
20     A.    For advertising.
21     Q.    For advertisements.
22           And so the advertisers who you
23  read ads from or provide ad content will
24  pay a fee to --
25     A.    Pay --

Page 33

1      Giuliani
2      Q.    Go ahead.
3      A.    -- per-view basis, right.
4      Q.    Okay.
5           Do you have any sense of the
6   total revenue -- let's start in 2020.
7           Do you have any sense of the
8   total revenue that your podcast or your LLC
9   derived from advertisements in around 2020?
10     A.    I really would rather look and
11  tell you rather than guess at it.
12          That was the year I started it.
13  It was a very inconsistent year.  It
14  started very low.  It became very -- I
15  mean, it ranged at the beginning from 8,000
16  to ultimately over a million people, which
17  would reflect the revenue, of course.
18          I don't -- I don't recall the
19  revenue.  But it's in my tax returns.
20     Q.    Fair enough.
21          But fair to say you have records
22  that would show the revenues derived from
23  your podcast?
24     A.    I have records from -- for sure,
25  for 2020.  Yeah.

9 (Pages 30 - 33)

Page 34

1  Giuliani
2  Q. And we have requested those
3  records in discovery. Is there -- but what
4  you're saying is you have -- you do have
5  such records, and those are available to be
6  produced to us, is that right?
7      MR. SIBLEY: Objection.
8  A. There are records exactly how
9  much --
10     MR. SIBLEY: Hold on. Hold on.
11     First of all, I guess I should
12  get our agreement on the record.
13     We will object to form throughout
14  the course of the day in the deposition
15  if that will preserve any other
16  objections.
17     Agreed?
18     MR. GOTTLIEB: Fair enough.
19     MR. SIBLEY: Objection, form.
20     You can answer.
21  A. Sure, there are several different
22  ways those records are kept and then, of
23  course, they end up being used for the tax
24  return, so that's the ultimate record.
25  Q. Why do you do these podcasts?

Page 35

1  Giuliani
2  A. Why do I do it?
3  Q. Yeah.
4  A. Actually a very philosophical
5  sort of question.
6     I've always wanted to do it. I
7  have a great desire to be a teacher. I
8  believe I've had very, very unusual
9  experiences that most people haven't been
10  fortunate enough to have and, therefore,
11  viewpoints that could help people get a
12  better perspective of what I consider to be
13  an age in which there is a tremendous
14  amount of propaganda and almost to the
15  point of rigid censorship.
16     So that for the establishment
17  class in society, one view and one view
18  alone is accepted, which may have always
19  been the case in our society, but the other
20  view is punished, which begins to take on
21  the aspects of a fascist society.
22     That worries me a lot. It
23  started to worry me way back in the '90s
24  when I saw the disparity in treatment on
25  television between liberals and

Page 36

1  Giuliani
2  conservatives in universities, among
3  friends.
4     So I consider myself a useful
5  voice for another viewpoint that people, if
6  they hate it and despise it, should present
7  it and debate it as opposed to censor it.
8     So long, short -- long story
9  short, I decided in '20 -- I wanted to do
10  it earlier but couldn't do it -- I decided
11  in 2020 to just go ahead and do it, and I
12  did it and it became quite popular.
13     And then it became -- didn't
14  become, but I was asked by WABC Radio if I
15  would do a radio show for them about the
16  pandemic. And --
17  Q. Is that show called "Uncovering
18  the Truth"?
19  A. Well, that show actually is now
20  called the Rudy Giuliani Show.
21  Q. Okay.
22  A. So Uncovering is a Sunday show.
23  Q. Two different radio shows?
24  A. Yes.
25  Q. Both with WABC?

Page 37

1  Giuliani
2  A. Well, no. The first one is my
3  own, the podcast. The second one, WABC
4  from 3 to 4 every day is a -- with WABC,
5  it's produced in New York and syndicated
6  nationally, but not broadly, we have got 12
7  stations, and that began as a special about
8  the pandemic and just grew and grew and
9  grew, and now it's become a permanent show.
10  Q. Do you have a contract with WABC
11  relating to that radio show?
12  A. I have an oral contract with
13  them.
14  Q. Fair enough.
15     Do you have an agreement with
16  WABC?
17  A. Yeah. We split the ads.
18  Q. So your agreement for the Rudy
19  Giuliani Show, which is a daily show, is a
20  50/50 ad split with WABC?
21  A. Correct.
22     And the third one is Uncovering
23  the Truth, which is a Sunday show between
24  10 and 11 with Dr. Maria Ryan in which we
25  take an issue and we have the audience call

Page 38

1  Giuliani
2  in and help us determine what they believe
3  about it, so they can participate in it.
4      And we began those at about the
5  same time, that's also with WABC, and that
6  does have a contract that is right now
7  being reworked for some technical purpose.
8      Q.  Okay.  And does that contract pay
9  you on a per-episode basis or is it also a
10 split of advertising revenue?
11     A.  It's a split.
12     Q.  Is it also a 50/50 split?
13     A.  A little different because it
14 involves three people.
15     Q.  Who is Dr. Maria Ryan?
16     A.  Dr. Maria Ryan is my partner.
17 She worked with Giuliani Communications and
18 Giuliani Partners.  She is the president of
19 Giuliani Communications.  She is my partner
20 on Uncovering the Truth.  She produces the
21 podcast.  So she then occasionally appears
22 in them and occasionally does them, but her
23 job mainly is to produce them.
24     That means helping to do the
25 research, find the guests, finding the

Page 39

1  Giuliani
2  locations and then making sure that the
3  final edit and distribution is correct.
4      She oversees the advertisers.
5  She sort of runs the podcast operation.
6      Q.  You mentioned Giuliani
7  Communications.  Is that -- I may have
8  misheard something, but is that the name of
9  your LLC?
10     A.  Yeah.
11     Q.  Is there more than one LLC that
12 you have?
13     A.  Yeah, Giuliani Partners doesn't
14 do -- I'm not even sure we do anything
15 anymore, but it's still alive.
16     Q.  Okay.
17        Any others?
18     A.  Those are the two.
19     Q.  Okay.
20        All right.  So --
21     A.  I'm missing something, but I
22 can't remember what it is.
23     Q.  Okay.  If it comes back to you,
24 you will let me know.
25     A.  Yeah, there is --

Page 40

1  Giuliani
2      Q.  That's all right.  We can --
3      A.  Oh -- I also do a 9 to 10
4  livecast, and the livecast is on most
5  social media.
6      Q.  Does it have a name?
7      A.  It's done through a re-stream.
8  It's America's Mayor Live is the name of
9  it.  We do -- I said 9 to 10, and it's on
10 YouTube, Gettr, Facebook, Instagram,
11 Twitter, two or three others.
12     Q.  Is there any -- do you receive
13 any compensation associated with America's
14 Mayor Live?
15     A.  No, not yet.  We are now
16 negotiating contracts with advertisers.  We
17 wanted to start it first.
18     I'm doing that with Ted Goodman.
19 He's a producer of it.  We've done it for
20 about three months.  We may have made some
21 occasional revenue on it through
22 advertising.  But we didn't do it yet -- we
23 did it to develop it, and now we have
24 offers because our audience is -- has gone
25 over 100,000.

Page 41

1  Giuliani
2      Q.  Okay.  Ted Goodman, is he
3  associated with any company or entity?
4      A.  Ted Goodman is associated with
5  me.
6      Q.  He works for Giuliani
7  Communications?
8      A.  Exactly.  He and -- he oversees
9  the livecast in a similar way to Maria
10 overseeing the rest of it.
11     Q.  Okay.
12        You mentioned -- something you
13 said at the start of the answer to my
14 philosophical question was of interest.
15 You said you always wanted to be a teacher.
16     Is one of the things you are
17 trying to do in these various podcasts and
18 platforms and radio shows to influence
19 people?
20     A.  I'm trying to get them to think.
21     Q.  Influence public debate?
22     A.  I imagine so.
23     Q.  Persuade people?
24     A.  I mean, I believe that my
25 positions are either correct or worthy of

11 (Pages 38 - 41)

# Excerpted

```
               VERITEXT LEGAL SOLUTIONS
        COMPANY CERTIFICATE AND DISCLOSURE STATEMENT
```

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.