# EXHIBIT 6

1911150026̶9̶ 69

# ARTICLES OF ORGANIZATION

## OF

## GIULIANI MEDIA LLC

Under Section 203 of the New York Limited Liability Company Law

**FIRST:** The name of the limited liability company is GIULIANI MEDIA LLC.

**SECOND:** The county within this state in which the office of the limited liability company is to be located is: New York County.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The post office address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is United Corporate Services, Inc., 10 Bank Street, Suite 560, White Plains, New York 10606.

**FOURTH**: The management of the limited liability company shall be vested in a manager or managers or class or classes of managers.

**FIFTH:** The name and address of the registered agent for the limited liability company within this state is United Corporate Services, Inc., 10 Bank Street, Suite 560, White Plains, New York 10606. The registered agent is to be its agent upon whom process may be served.

**IN WITNESS WHEREOF,** this certificate has been subscribed this 14th day of November, 2019, by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

*George Vanarthos*
Organizer
George Vanartthos
Davis & Gilbert LLP
1740 Broadway
New York, NY 10019

2008602.1 09348-0001-000

191115000269

269

**UNI-37**

ARTICLES OF ORGANIZATION

OF

GIULIANI MEDIA LLC

Under and Pursuant to Section 203 of the Limited Liability Company Law
Of the State of New York

FILED 2019 NOV 15 AM 11: 04

RECEIVED 2019 NOV 15 AM 10: 03

ICC

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   NOV 15 2019

TAX $
BY: WM

DAVIS & GILBERT LLP
1740 Broadway
New York, New York 10019

Cust Ref # GIULI52054

271

**DRAWDOWN**

2008602.1 09348-0001-000

200330000185

CERTIFICATE OF AMENDMENT

OF THE

ARTICLES OF ORGANIZATION

OF

GIULIANI MEDIA LLC

Under section 211 of the New York Limited Liability Company Law

FIRST: The name of the limited liability company is Giuliani Media LLC.

SECOND: The date of filing of the Articles of Organization is November 15, 2019.

THIRD: The amendment effected by this certificate of amendment is as follows:

A new paragraph FIRST of the articles of the organization is hereby added to read as follows:

"**FIRST:** The name of the limited liability company name is Giuliani Communications LLC."

A new paragraph FOURTH of the articles of the organization is hereby added to read as follows:

"**FOURTH:** The management of the limited liability of the company is vested in the member(s)."

IN WITNESS WHERE OF, this certificate has been subscribed on this 27th day of March, 2020, by the undersigned who affirms that the statements made herein are true under the penalties of perjury.

/s/ *Alan J. Placa*
Alan J. Placa
Authorized Person

2033111.1 09348-0001-000

200330000185

185

UNI-37

DRAWDOWN

CERTIFICATE OF AMENDMENT

OF THE

ARTICLES OF ORGANIZATION

OF

GIULIANI MEDIA LLC

Under Section 211 of the New York Limited Liability Company Law

FILED
2020 MAR 30 PM 4:26

RECEIVED
2020 MAR 30 PM 1:01

1·CC

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED  MAR 30 2020

TAX $
BY:

DAVIS & GILBERT LLP
1740 Broadway
New York, New York 10019

Cust Rep # GIULI71080

2033111.1 09348-0001-000

210