# EXHIBIT 8

| | |
|---|---|
| **From:** | Joe Sibley |
| **To:** | Houghton-Larsen, M Annie |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; John Langford; MacCurdy, Maggie |
| **Subject:** | Re: Freeman v. Giuliani - Giuliani Partners & Giuliani Communications |
| **Date:** | Thursday, May 4, 2023 11:42:04 AM |

**\*\*\* EXTERNAL EMAIL \*\*\***

I am not representing them and I'm not sure who is.  I have not heard back from Giuliani as to your questions about the depositions.  When I find out I'll let you know.

On Thu, May 4, 2023 at 8:44 AM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Hi Joe,
>
> Following up again on whether you represent Giuliani Communications and Giuliani Partners.  If not, please direct us to who is representing them.
>
> If you do represent them, can you please confirm who they are designating and whether we will be able to conduct a single deposition rather than two.  Additionally, we now have immovable conflicts on the noticed deposition days and will need to reschedule to May 16, 19, or 22.
>
> Please advise, thanks,
>
> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> ---
>
> **From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Sent:** Tuesday, May 2, 2023 9:11 AM
> **To:** 'Joe Sibley' <sibley@camarasibley.com>
> **Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>; MacCurdy, Maggie <MMacCurdy@willkie.com>
> **Subject:** RE: Freeman v. Giuliani - Giuliani Partners & Giuliani Communications

Joe,

Following up on the below.

Thanks,

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Friday, April 28, 2023 7:12 PM
**To:** 'Joe Sibley' <sibley@camarasibley.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant
<MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>;
MacCurdy, Maggie <MMacCurdy@willkie.com>
**Subject:** Freeman v. Giuliani - Giuliani Partners & Giuliani Communications

Joe,

I understand that both Giuliani Communications and Giuliani Partners were served
yesterday via registered agent.  Will you be representing either/both in connection with the
subpoenas?  If not, can you please advise who will be representing them.

If you will be representing them, can you please confirm whether the 30(b)(6) deposition
can be conducted in a single day because the same witness will be designated for both
entities?  If so can you please confirm that May 18 works for the deposition?

Thank you,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.