# EXHIBIT 9

| | |
|---|---|
| **From:** | Joe Sibley |
| **To:** | Houghton-Larsen, M Annie |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; John Langford; MacCurdy, Maggie |
| **Subject:** | Re: Freeman v. Giuliani - Giuliani Partners & Communications |
| **Date:** | Wednesday, May 24, 2023 3:44:12 PM |

**\*\*\* EXTERNAL EMAIL \*\*\***

Yes.

On Wed, May 24, 2023 at 2:42 PM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> Please confirm whether you have forwarded the below communication to Mr. Giuliani.
>
> Thank you,
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> **From:** Joe Sibley <sibley@camarasibley.com>
> **Sent:** Wednesday, May 24, 2023 3:37 PM
> **To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>; MacCurdy, Maggie <MMacCurdy@willkie.com>
> **Subject:** Re: Freeman v. Giuliani - Giuliani Partners & Communications
>
> **\*\*\* EXTERNAL EMAIL \*\*\***
>
> Annie -- I have not heard from Giuliani regarding this so I can't give you any information.

I will continue trying to find out what is going on.

Thx, Joe

On Wed, May 24, 2023 at 10:57 AM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Hi Joe,
>
> As of today, Giuliani Partners is two weeks deficient in responding to our subpoena for documents, which means it has waived its right to object.  *See Alexander v. F.B.I.*, 186 F.R.D. 21, 34 (D.D.C. 1998).  We have repeatedly asked you to put us in touch with whomever is representing Giuliani Partners and/or Giuliani Communications to no avail.  If Giuliani Partners is not represented, please forward this communication to Mr. Giuliani to request that he promptly provide a production in response to our validly served subpoena on behalf of Giuliani Partners.  If we do not receive a response to our subpoena by the end of the week, we will plan to raise this via an email submission to the Court early next week.
>
> Thanks,
>
> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> ---
>
> **From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
> **Sent:** Monday, May 22, 2023 3:02 PM
> **To:** Joe Sibley <sibley@camarasibley.com>
> **Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>; MacCurdy, Maggie <MMacCurdy@willkie.com>
> **Subject:** RE: Freeman v. Giuliani - Giuliani Partners & Communications

Hi Joe,

Following up on the below.  Specifically, we are still not aware of who is serving as counsel for Giuliani Partners LLC or Giuliani Communications LLC.  Please advise if you know the counsel that is representing Giuliani Partners LLC and Giuliani Communications LLC or if we should begin corresponding directly with Mr. Giuliani.  If we should be communicating directly with Mr. Giuliani, please advise what email address we should be using.

Thank you,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

---

**From:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Sent:** Wednesday, May 17, 2023 1:35 PM
**To:** Joe Sibley <sibley@camarasibley.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>; MacCurdy, Maggie <MMacCurdy@willkie.com>
**Subject:** Freeman v. Giuliani - Giuliani Partners & Communications

Hi Joe,

I write regarding Giuliani Partners LLC missing its deadline (May 10) to respond to our subpoena for documents.  We are still not aware of who is serving as counsel for Giuliani Partners LLC or Giuliani Communications LLC.  Please advise if you know the counsel that is representing Giuliani Partners LLC and Giuliani Communications LLC or if we should begin corresponding directly with Mr. Giuliani.  If we should be communicating directly with Mr. Giuliani, please advise what email address we should be using.

Additionally, we will want to discuss the forthcoming document production from Giuliani Communications, as well as the 30(b)(6) depositions of Giuliani Partners and Giuliani Communications which have been noticed for the end of June.  As previously discussed, we are interested in learning whether the companies will designate the same deponent such that we could conduct a single deposition rather than two.

Given Friday's conference, and the fact that Giuliani Partners/Communications documents are at issue, we need to be in a position to report to the Court where we stand.

Thank you,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: +1 212 728 8164 | Fax: +1 212 728 9164
mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.