LEAVE TO FILE: GRANTED
June 16, 2023

| | |
|---|---|
| **From:** | Joe Sibley <sibley@camarasibley.com> |
| **Sent:** | Friday, June 16, 2023 3:56 PM |
| **To:** | Howell Chambers |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; John Langford; Von DuBose; Houghton-Larsen, M Annie |
| **Subject:** | Re: Freeman v. Giuliani - 21-3354 (BAH), Seeking Telephonic Conference |

**CAUTION - EXTERNAL:**

Honorable Judge Beryl Howell:

We write to report to the Court that of the existing TrustPoint documents, Giuliani intends to produce approximately 4,000 to Plaintiffs today, with an additional 3,000 documents being reviewed for privilege. Of the existing TrustPoint documents, Plaintiffs agree that we may take a week to review the 3,000 documents, and an additional week to produce any documents from that pool we assess as non privileged, with our privilege log from those documents as well, by a date of June 30, 2023.

Plaintiffs reserve all rights with respect to other responsive documents not fitting the above-referenced document pool that have not been produced by today.

We write to ask whether we may engage in this extension by agreement, or whether we need to formally file something with the Court.

Respectfully,

Joe Sibley

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.