UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br> RUDOLPH W. GIULIANI, <br><br> Defendants. | Civil Action No. 21-3354 (BAH) <br><br> Judge Beryl A. Howell |

## DECLARATION OF RUDOLPH GIULIANI IN COMPLIANCE WITH COURT MINUTE ORDER DATED JUNE 22, 2023

Rudolph Giuliani, hereby declares as follows:

1. My name is Rudolph Giuliani. My date of birth is May 28, 1944.

2. The owners of Giuliani Partners LLC is Rudolph Giuliani.

3. The owners of Giuliani Communications LLC is Giuliani Partners, LLC

4. The employees of Giuliani Partners LLC from September 1, 2020 to January 21, 2022 were Joanne Zafonte-8-15-2012 to 6-30-2021, Vanessa Fenderson 6-15-2018 to Active, Maria Ryan 4-16-2021 to Active

5. The employees of Giuliani Communications LLC from September 1, 2020 to January 21, 2022 were Vanessa Fenderson 6-15-2018 to Active. Maria Ryan 4-16-2021 to Active. There were contract labor, non employees and if the court wishes we can provide that information.

6. The current employees of Giuliani Partners LLC are Vanessa Fenderson 6-15-2018 to Active and Maria Ryan 4-16-2021 to Active.

7. The current employees of Giuliani Communications LLC are Vanessa Fenderson 6-15-2018 to Active and Maria Ryan 4-16-2021 to Active. One contract labor, non employee. We can provide that information if the court wishes.

8. Counsel for Giuliani Partners LLC are None and their contact information is _____.

9. Counsel for Giuliani Communications LLC are None and their contact information is _____.

10. Giuliani Partners LLC has No assets.

11. Giuliani Communications LLC has media equipment in assets.

12. I confirm that, in compliance with the Court's orders regarding production, that I am collecting, searching, and producing responsive materials from Giuliani Partners LLC and Giuliani Communications LLC that are in my possession, custody, or control.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 26th day of June 2023.

*Rudolph Giuliani* (signature)

Rudolph Giuliani

2