UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN <br><br> and <br><br> WANDREA MOSS, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | Civil Action No. 21-3354 (BAH) <br><br> Judge Beryl A. Howell |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO COMPLY WITH MINUTE ORDERS**

Plaintiffs respectfully submit this Motion with respect to two deadlines ordered by the Court via Minute Order:

1. The Court's June 23, 2023 Minute Order ordered Plaintiffs in relevant part to submit by June 30, 2023 (today's date) a filing "detailing the costs and fees incurred in preparation for the Motion [to Compel Defendant Giuliani] and the May 19 Hearing;" and

2. The Court's June 29, 2023 Minute Order ordered that Plaintiffs file a response to the Declaration filed by Bernard Kerik (ECF No. 74) by July 3, 2023 at 5:00 pm.

Plaintiffs have endeavored to comply with these two filing deadlines set by the Court. However, reduced staffing due to a significant number of attorney and staff holiday travel plans

have made compliance difficult. In light of those personnel issues, and recognizing the holiday schedule next week, Plaintiffs request that they be permitted to submit each of the two filings identified above—Plaintiffs' submission detailing the costs and fees incurred in connection with their Motion to Compel Defendant Giuliani, and Plaintiffs' response to the Declaration filed by Mr. Kerik, respectively—by no later than Wednesday, July 5, 2023.

Plaintiffs have conferred with Defendant Giuliani's counsel, who has confirmed that Defendant Giuliani does not oppose either requested extension. Plaintiffs have likewise conferred with Mr. Kerik's counsel, who has confirmed that Mr. Kerik does not oppose the extension requested with respect to Plaintiffs' response to Mr. Kerik's declaration.

For the reasons set forth above, Plaintiffs respectfully request that the Court grant the two unopposed extensions.

Dated: June 30, 2023

*/s/ Michael J. Gottlieb*

| | |
|---|---|
| **UNITED TO PROTECT DEMOCRACY** | **WILLKIE FARR & GALLAGHER LLP** |
| John Langford* | Michael J. Gottlieb (974960) |
| Rachel Goodman* | Meryl C. Governski (1023549) |
| 82 Nassau Street, #601 | Timothy P. Ryan (1719055) |
| New York, NY 10038 | J. Tyler Knoblett (1672514) |
| Tel: (202) 579-4582 | 1875 K Street NW |
| john.langford@protectdemocracy.org | Washington, DC 20006 |
| rachel.goodman@protectdemocracy.org | Tel: (202) 303-1000 |
| | Fax: (202) 303-2000 |
| Sara Chimene-Weiss* | mgottlieb@willkie.com |
| 7000 N 16th Street Ste. 12, #430 | mgovernski@willkie.com |
| Phoenix, AZ 85020 | tryan@willkie.com |
| Tel: (202) 579-4582 | jknoblett@willkie.com |
| sara.chimene-weiss@protectdemocracy.org | |
| | M. Annie Houghton-Larsen* |
| Christine Kwon* | 787 Seventh Avenue |
| 555 W. 5th St. | New York, New York |
| Los Angeles, CA 90013 | Tel: (212) 728-8164 |
| Tel: (919) 619-9819 | Fax: (212) 728-9164 |
| christine.kwon@protectdemocracy.org | mhoughton-larsen@willkie.com |

                **DUBOSE MILLER LLC**
Von A. DuBose*
75 14th Street NE
Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com
* *Admitted pro hac vice*

*Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2023, a copy of the foregoing document was emailed to Joseph D. Sibley IV at sibley@camarasibley.com via ECF notifications.

Dated:  June 30, 2023

/s/ *Michael J. Gottlieb*
**WILLKIE FARR & GALLAGHER LLP**
Michael J. Gottlieb (974960)
1875 K Street, #100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com