**PLAINTIFFS' EXHIBIT 1 TO JOINT STATUS REPORT**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>*Defendant*. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

## AFFIDAVIT OF KARI KNUDSEN

I, Kari Knudsen, being duly sworn, depose and state:

1. My name is Kari Knudsen and I am a Senior Project Manager and Portfolio Team Lead at Consilio, LLC (Consilio). Consilio is an e-discovery service provider that offers a variety of data collection, processing, and hosting services including forensically sound collection and processing of electronically stored information. I have been in the e-discovery field for 13 years and employed with Consilio for approximately the past 6 ½ years. I have been involved with countless document productions during this time.

2. As part of my job, I am familiar with the metadata that generally accompanies document productions in litigation. It is best practice to produce documents with standard metadata. Metadata (e.g., document type, date created, custodian) provides the reviewing party with more information regarding the discovery materials.

3. At Plaintiffs' request, I have reviewed the productions made by Plaintiffs to Defendant Giuliani to date. Plaintiffs' productions include the standard metadata fields.

4. At Plaintiffs' request, I have reviewed the metadata associated with Defendant Giuliani's June 16, 2023 production of 4,902 files from a TrustPoint One database. The production does not include these standard metadata fields: Document Author, Document Subject, Document Title, and Family Date/Time. The following metadata fields were provided, but are wholly blank or only a small subset contain metadata: From, To, CC, BCC, Email Subject, Email Sent Date/Time, Email Received Date/Time, Last Modified Time, Document Created Time, and File Size.

5. Of the documents produced on June 16, 2023, 3,233 of the documents produced are .txt files. Txt files are generally non-usable, non-readable raw data. 2,350 of the .txt files are what are known as "blobs." Blobs are generally non-readable, non-usable computer code files or raw binary data.

6. I have reviewed a random sampling of approximately 10% of the 833 non-blob .txt files, and I can report that these files appear to consist almost exclusively of non-usable, non-readable raw data.

7. Of the documents produced on June 16, 2023, only 18 have an email extension reflected in the metadata. Because of the lack of metadata, without reviewing each document individually, it is not possible to say how many of the 2,552 non-blob files are emails.

- 3 -

Dated: __06/30/2023__  
Chicago, IL

*Kari T Knudsen*

State of Florida  
County of Volusia

_____  
Kari Knudsen

Sworn before me on this 30th day of June, 2023 by Kari T Knudsen

produced id IL DRIVER LICENSE

*Joseph Kaplan*  
Online Notary

_____  
Notary Public    Joseph Kaplan

JOSEPH KAPLAN  
Notary Public - State of Florida  
Commission # HH 84363  
Expires on January 24, 2025

Notarized online using audio-video communication

- 3 -