# EXHIBIT A

I. **Work Performed**[1]

A. **Plaintiffs' Motion to Compel Defendant Giuliani**

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 03/07/23 | Annie Houghton-Larsen | Reviewing draft fact section of omnibus motion to compel Giuliani (1.4); Providing edits and comments re the same (0.4). | 1.8 |
| 03/08/23 | Meryl C. Governski | Review and edit motion to compel R. Giuliani (1.3). | 1.3 |
| 03/08/23 | Annie Houghton-Larsen | Reviewing and revising omnibus motion to compel Giuliani (1.0); Legal research re the same (1.7). | 2.7 |
| 03/08/23 | Timothy P. Ryan | Draft insert for motion to compel R. Giuliani (1.6). | 1.6 |
| 03/09/23 | Meryl C. Governski | Review and revise motion to compel R. Giuliani (2.2). | 2.2 |
| 03/09/23 | Annie Houghton-Larsen | Drafting omnibus motion to compel Giuliani (4.0); Legal research re the same (3.0). | 7.0 |
| 03/10/23 | Meryl C. Governski | Review and revise motion to compel Giuliani (5.3). | 5.3 |
| 03/10/23 | Annie Houghton-Larsen | Revising omnibus motion to compel Giuliani (2.2); Legal research re the same (2.0). | 4.2 |
| 03/12/23 | Annie Houghton-Larsen | Revising omnibus motion to compel Giuliani (2.6). | 2.6 |
| 03/14/23 | John Langford | Review initial draft of motion to compel and insert edits and comments (1.9). | 1.9 |
| 03/27/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (1.5). | 1.5 |
| 03/28/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (0.5); Phone call with J. Langford to discuss motion to compel (0.2). | 0.7 |
| 04/03/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (1.2). | 1.2 |
| 04/04/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (0.7). | 0.7 |
| 04/07/23 | Timothy P. Ryan | Draft motion to compel Giuliani (3.4). | 3.4 |
| 04/10/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (3.0). | 3.0 |
| 04/11/23 | Annie Houghton-Larsen | Reviewing and revising omnibus motion to compel Giuliani (1.0). | 1.0 |

---

[1] Counsel for Plaintiffs billed more than 300 total hours in connection with the Motion to Compel Defendant Giuliani, the Reply in Support of Plaintiffs' Motion to Compel Defendant Giuliani, the May 19 Discovery Hearing, and Plaintiffs' Combined Opposition to Defendant Giuliani's Motion for Reconsideration and Response to Defendant's Declaration, but submit only 147.5 hours here for reimbursement.

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 04/11/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (1.2). | 1.2 |
| 04/12/23 | Annie Houghton-Larsen | Reviewing and revising omnibus motion to compel Giuliani (0.7). | 0.7 |
| 04/12/23 | John Langford | Review motion to compel and circulate edits (1.1). | 1.1 |
| 04/13/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (2.5). | 2.5 |
| 04/14/23 | Meryl C. Governski | Update and draft motion to compel Giuliani (2.5). | 2.5 |
| 04/14/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (2.3). | 2.3 |
| 04/15/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (3.6). | 3.6 |
| 04/16/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (1.4). | 1.4 |
| 04/17/23 | Meryl C. Governski | Edit and finalize motion to compel Giuliani, including restructuring argument and reviewing declaration and exhibits (3.9). | 3.9 |
| 04/17/23 | Annie Houghton-Larsen | Reviewing and revising omnibus motion to compel Giuliani (0.5). | 0.5 |
| 04/17/23 | Timothy P. Ryan | Revise draft of motion to compel Giuliani (2.3); Draft declaration in support of motion to compel (1.5); Prepare exhibits for motion to compel (1.4); Prepare motion to compel for filing (1.3). | 6.5 |
| **Subtotal for Plaintiffs' Motion to Compel Defendant Giuliani:** | | | **68.3** |

B.  **Reply in Support of Plaintiffs' Motion to Compel Defendant Giuliani**

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 05/02/23 | Annie Houghton-Larsen | Reviewing Giuliani opposition to motion to compel (1.5); Drafting outline to reply in support of motion to compel (4.0); Beginning to draft reply re the same (2.0); Legal research re the same (1.5). | 9.0 |
| 05/02/23 | John Langford | Review outline of motion to compel reply (0.5). | 0.5 |
| 05/03/23 | Annie Houghton-Larsen | Continuing to draft and revise reply in support of motion to compel (3.0); Legal research re the same (2.0). | 5.0 |
| 05/03/23 | John Langford | Review and revise motion to compel reply (1.7). | 1.7 |
| 05/04/23 | Meryl C. Governski | Provide edits and feedback to Reply ISO motion to compel (6.5). | 6.5 |
| 05/04/23 | Annie Houghton-Larsen | Revising reply to motion to compel (5.0); Reviewing correspondence re forensics declaration (1.0). | 6.0 |
| 05/05/23 | Annie Houghton-Larsen | Continuing to revise reply in support of motion to compel (0.8). | 0.8 |

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 05/06/23 | Annie Houghton-Larsen | Revising reply to motion to compel (1.3). | 1.3 |
| 05/08/23 | Annie Houghton-Larsen | Finalizing reply in support of motion to compel Giuliani (8.5). | 8.5 |
| **Subtotal for Reply In Support of Plaintiffs' Motion to Compel Defendant Giuliani:** | | | **39.3** |

### C. May 19 Discovery Hearing

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 05/15/23 | Meryl C. Governski | Prepare for MTC hearing, including review of case law for motion to compel (1.2). | 1.2 |
| 05/16/23 | Meryl C. Governski | Draft opening statement for motion to compel hearing and prepare re the same (2.2). | 2.2 |
| 05/17/23 | Meryl C. Governski | Prepare for hearing on motion to compel (4.1). | 4.1 |
| 05/18/23 | Meryl C. Governski | Prepare for motion to compel hearing (4.9). | 4.9 |
| 05/19/23 | Meryl C. Governski | Prepare for and participate in motion to compel hearing (5.2). | 5.2 |
| **Subtotal for May 19 Discovery Hearing:** | | | **17.6** |

### D. Plaintiffs' Combined Opposition to Defendant Giuliani's Motion for Reconsideration and Response to Defendant's Declaration

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 05/31/23 | Meryl C. Governski | Review incoming Giuliani declaration and motion for reconsideration and draft opposition and response re the same (3.8). | 3.8 |
| 06/02/23 | Meryl C. Governski | Draft opposition to motion for reconsideration (2.0). | 2.0 |
| 06/06/23 | Meryl C. Governski | Draft response to Giuliani declaration and opposition to motion for reconsideration (9.1). | 9.1 |
| 06/06/23 | Annie Houghton-Larsen | Continuing to draft supplement to omnibus motion to compel (1.0). | 1.0 |
| 06/08/23 | Annie Houghton-Larsen | Reviewing legal research re financial discovery for supplement to omnibus motion to compel (0.5). | 0.5 |
| 06/13/23 | John Langford | Review opposition to motion for reconsideration (1.1). | 1.1 |
| 06/14/23 | Meryl C. Governski | Final review of opposition to motion for reconsideration and supplemental filing (2.8). | 2.8 |
| 06/14/23 | Annie Houghton-Larsen | Finalizing opposition to motion for reconsideration and supplement to omnibus motion to compel (2.0). | 2.0 |
| **Subtotal for Plaintiffs' Combined Opposition to Defendant Giuliani's Motion for Reconsideration and Response to Defendant's Declaration:** | | | **22.3** |

## II. Reasonable Hourly Rates

### A. Willkie Farr & Gallagher LLP's Customary Hourly Rates

| Attorney | Position | Hourly Rate |
|---|---|---|
| Meryl C. Governski | Partner | $1,450 |
| Annie Houghton-Larsen | Fifth Year Associate | $1,185 |
| Timothy P. Ryan | Fourth Year Associate | $1,125 |

### B. Hourly Rates Under the LSI-Adjusted *Laffey* Matrix

| Attorney | Years Out of Law School | Hourly Rate |
|---|---|---|
| Meryl C. Governski | 8-10 years | $733 |
| Annie Houghton-Larsen | 4-7 years | $508 |
| Timothy P. Ryan | 4-7 years | $508 |
| John Langford | 8-10 years | $733 |

## III. Total Attorneys' Fees

### A. Total Attorneys' Fees Based On Willkie Farr & Gallagher LLP's Customary Hourly Rates and for John Langford, Based on the LSI-Adjusted *Laffey* Matrix.

| Attorney | Hours | Rate | Fees |
|---|---|---|---|
| Meryl C. Governski | **57.0** | $1,450 | **$82,650** |
| Annie Houghton-Larsen | **54.6** | $1,185 | **$64,701** |
| Timothy P. Ryan | **29.6** | $1,125 | **$33,300** |
| John Langford | **6.3** | $733 | **$4,617.90** |

**B. Total Attorneys' Fees Based On the LSI-Adjusted *Laffey* Matrix.**

| Attorney | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Meryl C. Governski | **57.0** | $733 | **$41,781** |
| Annie Houghton-Larsen | **54.6** | $508 | **$27,736.80** |
| Timothy P. Ryan | **29.6** | $508 | **$15,036.80** |
| John Langford | **6.3** | $733 | **$4,617.90** |