UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

**DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF PLAINTIFFS'
SUBMISSION DETAILING THE COSTS AND FEES INCURRED IN PREPARING
THE MOTION TO COMPEL DEFENDANT GIULIANI
AND THE RELATED MAY 19 HEARING**

I, Michael J. Gottlieb, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above-captioned case, and submit this Declaration in support of the Plaintiffs' Submission Detailing the Costs and Fees Incurred in Preparing the Motion to Compel Defendant Giuliani and the Related May 19 Hearing.

3. I am a Partner in Willkie Farr & Gallagher LLP's ("Willkie") Washington D.C. office. I serve on the firm's Executive Committee, and serve as Co-Chair of Willkie Farr & Gallagher LLP's Media & First Amendment Practice Group, as well as the Strategic Motions and Appeals Practice Group. As part of my practice and administrative responsibilities at the firm, I

have gained familiarity with the market rates charged by law firms comparable to Willkie in terms of size, experience, and reputation.

4.　　　　Willkie Farr & Gallagher LLP is an international law firm founded in 1888, with more than 1,300 attorneys spread across thirteen offices in six countries.  Willkie Farr & Gallagher LLP's litigation practice is recognized as a leader in the United States litigation market, and is ranked Band 1 by Chambers and Partners in both General Commercial Litigation and White-Collar Crime & Government Investigations Litigation.  *See* Willkie Farr & Gallagher LLP Law Firm Profile, CHAMBERS AND PARTNERS, https://chambers.com/law-firm/willkie-farr-gallagher-llp-usa-5:3674.  Willkie also has a long history of giving back to the community by serving as *pro bono* counsel for indigent clients, including prior litigation in this District involving defamation claims.  In particular, Willkie Farr & Gallagher has consistently been recognized by the D.C. Circuit in its annual 40 at 50: Judicial Pro Bono Recognition Event, which recognizes law firms where at least 40% of the firm's D.C. lawyers perform at least 50 hours of pro bono work a year.  *See* Willkie Farr & Gallagher LLP Pro Bono, *What We Do*, https://www.willkie.com/social-commitment/pro-bono/our-commitment.

5.　　　　Meryl C. Governski is a Partner in Willkie Farr & Gallagher LLP's Washington D.C. office and represents Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above-captioned case.  She received her law degree from Georgetown University Law Center and a bachelor's degree from Cornell University.  Meryl C. Governski practices complex civil litigation, including high-risk commercial class action litigation, intellectual property and contract litigation, and election litigation.  She has represented clients in previous successful defamation matters litigated in federal court.

6. M. Annie Houghton-Larsen is a fifth year associate in Willkie Farr & Gallagher LLP's New York City office and represents Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above-captioned case. She received her law degree from Georgetown University Law Center and a bachelor's degree from Washington University in St. Louis. Annie Houghton-Larsen practices complex civil litigation, including mergers and acquisition litigation, security class actions, government investigations and enforcement actions, and civil rights impact litigation.

7. Timothy P. Ryan is a fourth-year associate in Willkie Farr & Gallagher LLP's Washington D.C. office and represents Plaintiffs Ruby Freeman and Wandrea ArShaye Moss in the above-captioned case. He received his law degree from The George Washington University Law School and a bachelor's degree from James Madison University. Tim Ryan practices complex civil litigation, including at the trial and appellate level, bankruptcy litigation, government investigations, and enforcement actions.

8. John Langford is counsel at Protect Democracy and represents Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above-captioned case. He received his law degree from Yale Law School and a bachelor's degree from Oberlin College & Conservatory. His primary practice areas are First Amendment, defamation, and media litigation, and he practices complex civil litigation, including class-action litigation.

9. Counsel for Plaintiffs, including the attorneys listed above, have followed the same timekeeping and billing practices in this case as is customarily followed in other legal matters. Work performed for Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss is contemporaneously recorded with brief narratives describing the work performed and the time spent on each activity to the tenth of an hour. These time entry records are maintained in the

ordinary course of business by the accounting departments of Willkie Farr & Gallagher LLP's and Protect Democracy.

10. Pursuant to the Court's Standing Order 5b, attached as Exhibit A to this Declaration are time entry records for work performed between March 7, 2023 and June 14, 2023 for which Plaintiffs claim fees. I have reviewed these time entry records and believe they accurately reflect the time reasonably and necessarily expended in relation to Plaintiffs' Motion to Compel Defendant Giuliani (ECF No. 44), Reply in Support of Plaintiffs' Motion to Compel Defendant Giuliani (ECF No. 56), the May 19, 2023 Discovery Hearing, and Plaintiffs' Combined Opposition to Defendant Giuliani's Motion for Reconsideration and Response to Defendant's Declaration (ECF No. 64).

11. Part I of Exhibit A lists only the relevant subset of work performed by counsel for Plaintiffs between March 7, 2023 and June 14, 2023 for which Plaintiffs seek fees. This time expended was necessary to conduct adequate legal research and to draft well-reasoned argument to appraise the Court of the discovery dispute and to respond to arguments raised by Defendants Giuliani. Part I of Exhibit A does not list all tasks performed or time expended in connection with the granting of the Motion to Compel Defendant Giuliani. It does not list all attorneys or staff at Willkie Farr & Gallagher LLP and Protect Democracy who performed work in connection with the granting of the Motion to Compel Defendant Giuliani. And it does not list all the time expended by Meryl C. Governski, Annie Houghton-Larsen, Timothy P. Ryan, and John Langford in connection with the Motion, the Reply, the May 19 Hearing, and the June 14 Opposition. Instead, Plaintiffs seek fees for only a subset of timekeepers and hours associated with the Motion, the Reply, the May 19 Hearing, and the June 14 Opposition.

12. Work associated with the Motion to Compel occurred in two phases. First, Plaintiffs began researching and drafting the Motion in early March 2023 in order to have a basis to seek the initial telephonic Court conference on March 21, 2023. Plaintiffs then continued to revise and finalize the Motion following the Court's April 11, 2023 Minute Order setting a briefing schedule for the Motion to Compel.

13. In total, counsel for Plaintiffs expended more than 300 hours of time in connection with the granting of the Motion to Compel Defendant Giuliani over a period of four months, but submit only 147.5 hours for payment.

14. Part II of Exhibit A lists the reasonable hourly rates that Plaintiffs submit for the work performed and the time expended in connection with the granting of the Motion to Compel Defendant Giuliani.

15. Part II.A of Exhibit A lists the customary hourly rates that Willkie Farr & Gallagher LLP charges clients for work on other matters. The listed hourly rates equate to the prevailing market rates for legal services provided by law firms of similar stature as Willkie Farr & Gallagher LLP. The customary hourly rates of Meryl C. Governski, Annie Houghton-Larsen, and Timothy P. Ryan are listed in Part II.A of Exhibit A.

16. Part II.B of Exhibit A lists the hourly rates of Meryl C. Governski, Annie-Houghton Larsen, Timothy P. Ryan, and John Langford as calculated under the LSI-Adjusted *Laffey* Matrix for legal services performed between June 1, 2022 and May 31, 2023. *See Laffey* Matrix, http://www.laffeymatrix.com/see.html.

17. Meryl C. Governski graduated law school in 2014 and has been out of law school for more than 8 years but fewer than 10 years for purposes of applying the LSI-Adjusted *Laffey* Matrix. *See Laffey* Matrix, http://www.laffeymatrix.com/see.html.

18. Annie-Houghton Larsen graduated law school in 2018 and has been out of law school for more than 4 years but fewer than 7 years for purposes of applying the LSI-Adjusted *Laffey* Matrix. *See Laffey* Matrix, http://www.laffeymatrix.com/see.html.

19. Timothy P. Ryan graduated law school in 2019 and has been out of law school for more than 4 years but fewer than 7 years for purposes of applying the LSI-Adjusted *Laffey* Matrix. *See Laffey* Matrix, http://www.laffeymatrix.com/see.html.

20. John Langford graduated law school in 2014 and has been out of law school for more than 8 years but fewer than 10 years for purposes of applying the LSI-Adjusted *Laffey* Matrix. *See Laffey* Matrix, http://www.laffeymatrix.com/see.html.

21. Part III of Exhibit A lists the total amount of attorneys' fees claimed by Plaintiffs in connection with the granting of the Motion to Compel Defendant Giuliani. Part III.A includes a table listing the total amount of attorneys' fees claimed based on the customary hourly rates charged by Willkie Farr & Gallagher LLP and for John Langford, based on the LSI-Adjusted *Laffey* Matrix. Part III.B includes a table listing the total amount of attorneys' fees claimed based on the LSI-Adjusted *Laffey* Matrix.

22. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2023.

> */s/ Michael J. Gottlieb*
> WILLKIE FARR & GALLAGHER LLP
> MICHAEL J. GOTTLIEB
> 1875 K Street, #100
> Washington, DC 20006
> Tel: (202) 303-1000
> Fax: (202) 303-2000
> mgottlieb@willkie.com
>
> ***Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss***