UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' SUBMISSION DETAILING THE COSTS AND FEES INCURRED IN PREPARING THE MOTION TO COMPEL DEFENDANT GIULIANI AND THE RELATED MAY 19 HEARING**

Upon consideration of Plaintiffs' Submission Detailing the Costs and Fees Incurred in Preparing the Motion to Compel Defendant Giuliani and the Related May 19 Hearing, Federal Rule of Civil Procedure 37, and the entire record herein, it is hereby:

**ORDERED** that the Plaintiffs' Submission Detailing the Costs and Fees Incurred in Preparing the Motion to Compel Defendant Giuliani and the Related May 19 Hearing is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Giuliani shall pay Plaintiffs $89,172.50 in attorneys' fees; and it is

**FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

_____
Date

_____
Beryl A. Howell, Judge
United States District Court for the District of Columbia