IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | Case No. 1:21-cv-03354 (BAH) <br><br> Judge Beryl A. Howell |

**DECLARATION OF M. ANNIE HOUGHTON-LARSEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO TIMOTHY PARLATORE'S DECLARATION**

I, M. Annie Houghton-Larsen, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above captioned case, and submit this declaration in support of Plaintiffs' response to the declaration of Timothy Parlatore filed in response to the Court's order that third-party Bernard Kerik show cause as to why Plaintiffs' motion to compel Bernard Kerik ("Kerik Motion") should not be granted as conceded.

3. On March 20, 2023, Mr. Bernard Kerik and Mr. Timothy Parlatore attended Mr. Kerik's deposition at the Washington, D.C. office of Willkie Farr & Gallagher located at 1875 K St. NW, #100, Washington, D.C. 20006.

4. Attached as Exhibit 1 is a true and correct copy of a sworn affidavit of Senior Litigation Paralegal Ann Staron who mailed the Kerik Motion to Mr. Parlatore and Mr. Kerik.

5. Attached as Exhibit 2 is a chart of Mr. Parlatore's public appearances and statements for the month of June created by counsel for Plaintiffs using publicly available sources.

6. Attached as Exhibit 3 is a true and correct copy of an email chain between counsel for Plaintiffs and Mr. Parlatore with the subject line *Re: Freeman v. Giuliani - Telephonic Conference Request*, reflecting that Mr. Kerik produced attaching 19 documents and a revised privilege log on June 28, 2023.

7. Attached as Exhibit 4 is a true and correct copy of Mr. Kerik's revised privilege log, produced to Plaintiffs on June 28, 2023.

8. Attached as Exhibit 5 is a true and correct excerpted copy of the transcript from the May 19, 2023 Discovery Hearing in this case.

9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2023.

/s/ *M. Annie Houghton-Larsen*
WILLKIE FARR & GALLAGHER LLP
M. ANNIE HOUGHTON-LARSEN
(*admitted pro hac vice*)
787 Seventh Ave.
New York, NY 10019
Tel: (212) 728-8000
Fax: (212) 728-9000
mhoughton-larsen@willkie.com

***Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss***