# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>RUDOLPH W. GIULIANI,<br><br>        Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

**AFFIDAVIT OF ANN STARON**

I, Ann Staron, being duly sworn, depose and state:

1.      My name is Ann Staron and I am a Senior Litigation Paralegal at Willkie Farr & Gallagher's Washington, D.C. office.

2.      I work alongside Michael J. Gottlieb and the other attorneys representing Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above captioned case.

3.      On June 9, 2023, I was instructed to prepare the following materials for first class mail: a copy of Plaintiffs' Motion to Compel Bernard Kerik to Produce a Document-by-Document Privilege Log and to Produce Documents and Testimony Improperly Withheld as Privileged, the Declaration of M. Annie Houghton-Larsen in Support of Plaintiffs' Motion to Compel, the Proposed Order for the Motion to Compel, and the associated 13 exhibits ("Kerik Motion and Materials") and a cover letter.

4.      On June 9, 2023, I prepared the Kerik Motion and Materials for first class mailing to Timothy Parlatore, at the offices of the Parlatore Law Group at One World Trade Center, Suite

8500, New York, New York, 10007.  I placed this mailing in the mailroom of Willkie Farr &

Gallagher, where I received confirmation that the mailing was sent.

     5.      On June 9, 2023, I prepared the Kerik Motion and Materials for first class mailing

to Bernard Kerik at 905 Old Mill Road, Franklin Lakes, NJ 07417.  I placed this mailing in the

mailroom of Willkie Farr & Gallagher, where I received confirmation that the mailing was sent.

Dated: June 29, 2023                                                   
Washington, D.C.                                                   Ann Staron

Sworn before me on this 29th day of June,
2023

Notary Public

