# EXHIBIT 2

| Date | Cite | Media Appearance |
|---|---|---|
| 06/01/23 | *Does the Trump classified documents tape suggest his legal team lied to Congress about Trump's knowledge of the documents? Former Trump lawyer Tim Parlatore joins The Lead CNN*, CNN (June 1, 2023), https://www.cnn.com/videos/tv/2023/06/01/the-lead-tim-parlatore.cnn. | Mr. Parlatore appeared on CNN for a more than 20 minute-long interview with Jake Tapper to discuss a recording of President Trump referring to classified documents. |
| 06/04/23 | *Full Parlatore: Alleged voice memos about classified docs are 'not at all' damning for Trump*, MEET THE PRESS (June 4, 2023), https://www.nbcnews.com/meet-the-press/video/full-parlatore-alleged-voice-memos-about-classified-docs-are-not-at-all-damning-for-trump-179909189939. | Mr. Parlatore appeared on Meet the Press for an interview with Chuck Todd to discuss the status of President Trump's various legal cases. |
| 06/07/23 | CBS News, *Former Trump attorney Timothy Parlatore thinks Trump could be indicted in Florida*, YOUTUBE (June 7, 2023), https://www.youtube.com/watch?v=3wncq5SykFs. | Mr. Parlatore appeared on CBS News for an interview with Catherine Herridge to discuss Florida as a potential venue for an indictment in President Trump's classified documents case. |
| 06/07/23 | MSNBC, *Lawrence asks ex-Trump why a classified doc was in Trump's desk*, YOUTUBE (June 7, 2023), https://www.youtube.com/watch?v=5t-ZiyBLXOs. | Mr. Parlatore appeared on MSNBC for an interview with Lawrence O'Donnell to discuss the nature of the classified documents at issue in President Trump's legal case. |
| 06/09/23 | *Former Trump lawyer reacts to the historic indictment against his former client*, CNN (June 9, 2023), https://www.cnn.com/videos/tv/2023/06/09/tl-parlatore-jake-tapper.cnn. | Mr. Parlatore appeared on CNN for an interview with Jake Tapper to discuss the content of the indictment in President Trump's classified documents case. |
| 06/12/23 | CNN (@CNN), TWITTER (June 12, 2023, 8:35 PM), https://twitter.com/CNN/status/1668416807672115201. | Mr. Parlatore appeared on CNN for an interview with Erin Burnett to discuss the involvement of attorney Evan Corcoran in President Trump's classified documents case. |

| Date | Cite | Media Appearance |
|---|---|---|
| 06/12/23 | Timothy Parlatore (@timparlatore), TWITTER (June 12, 2023, 8:49 PM), https://twitter.com/timparlatore/status/1668420366958559232?cxt=HHwWgIC8yf3etacuAAAA. | Mr. Parlatore took to Twitter to comment on Mr. Trump's federal indictment. |
| 06/13/23 | CBS News, *Former Trump attorney Timothy Parlatore on indictment*, YOUTUBE (June 13, 2023), https://www.youtube.com/watch?v=B3HZkzDfSsE. | Mr. Parlatore appeared on CBS News for an interview with Norah O'Donnell to discuss President Trump's arraignment in his classified documents case. |
| 06/13/23 | *Former Trump lawyer Tim Parlatore: 'He certainly never lied to me,'* ANDREA MITCHELL REPORTS (June 13, 2023), https://www.msnbc.com/andrea-mitchell-reports/watch/former-trump-lawyer-tim-parlatore-he-certainly-never-lied-to-me-181995589581. | Mr. Parlatore appeared on MSNBC for an interview with Andrea Mitchell, Katy Tur, and Chris Jansing to discuss his interactions with President Trump while on his legal team. |
| 06/15/23 | *Former Trump attorney: This may not go to trial because of Jack Smith's misconduct*, INGRAHAM ANGLE (June 15, 2023), https://www.foxnews.com/video/6329453269112. | Mr. Parlatore appeared on Fox News for an interview with Laura Ingraham to discuss his views on prosecutorial misconduct in President Trump's classified documents case. |
| 06/15/23 | Timothy Parlatore, LINKEDIN, https://www.linkedin.com/feed/update/urn:li:activity:7074495758363738112/. | Mr. Parlatore takes to LinkedIn to boast of his extensive slate of television appearances and to provide a "behind-the-scenes" look at his interviews. |
| 06/16/23 | Politico Playbook Deep Dive, *Why federal prosecutors may have handed Trump a huge gift*, POLITICO (June 16, 2023), https://www.politico.com/news/2023/06/16/federal-prosecutors-trump-indictment-parlatore-00102371. | Mr. Parlatore sat for a more than hour-long podcast taping with Politico journalist Ryan Lizza, giving an interview about his personal background and his time representing Mr. Trump. |

| Date | Cite | Media Appearance |
|---|---|---|
| 06/16/23 | Timothy Parlatore (@timparlatore), TWITTER (June 16, 2023, 8:01 PM), https://twitter.com/timparlatore/status/1669857705463279624?cxt=HHwWkMCz-Yuvw6wuAAAA. | Mr. Parlatore attacks Neal Katyal on Twitter for criticizing his statements on a television program. |
| 06/21/23 | Abby D. Phillip (@abbydphillip), TWITTER (June 21, 2023, 12:12 AM), https://twitter.com/abbydphillip/status/1671370451291873283?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Etweet. | Mr. Parlatore appears on CNN Tonight with Abby Phillip to comment on the legal impact of President Trump's comments in a Fox News interview. |
| 6/27/23 | Trump Responds To Audio Obtained By CNN, Insists That He Did "Nothing Wrong"; Rudy Giuliani Interviewed In Special Counsel's 2020 Election Interference Probe; Putin Tries To Portray Wagner Deal As A Victory. Aired 9-10p ET, CNN (June 27, 2023, 9:00 PM), https://transcripts.cnn.com/show/se/date/2023-06-27/segment/01. | Mr. Parlatore appears on CNN for a nearly 15 minute interview with Kaitlan Collins to comment on an audio recording of President Trump discussing classified documents with his staffers. |