# EXHIBIT 5

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

 * * * * * * * * * * * * * * * *
RUBY FREEMAN, et al.,           )  Civil Action
            Plaintiffs,         )  No. 21-3354
vs.                             )
                                )
RUDOLPH GIULIANI,               )  May 19, 2023
                                )  11:07 a.m.
            Defendant.          )  Washington, D.C.
 * * * * * * * * * * * * * * * *
```

**TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE BERYL A. HOWELL,
UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES**:

```
FOR PLAINTIFFS:     MERYL CONANT GOVERNSKI
                    MICHAEL GOTTLIEB
                    Willkie Farr & Gallagher LLP
                    1875 K Street, Suite 100
                    Washington, DC 20006
                    (202) 303-1016
                    Email: mgovernski@willkie.com

                    JOHN LANGFORD
                    Protect Democracy
                    555 W. 5th Street
                    Los Angeles, CA 90013
                    (919) 619-9819
                    Email: john.langford@protectdemocracy.org

FOR DEFENSE:        JOSEPH D. SIBLEY, IV
                    Camara & Sibley LLP
                    1108 Lavaca Street
                    Suite 110263
                    Austin, TX 78701
                    (713) 966-6789
                    Email: sibley@camarasibley.com

Court Reporter:     Elizabeth Saint-Loth, RPR, FCRR
                    Official Court Reporter
                    Washington, D.C.  20001
```

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

# Excerpted

1  THE DEFENDANT: Your Honor, again, I have to check
2  the records to be exactly correct about the date.
3  September 1, 2020, I still represented the
4  President personally. Then, shortly thereafter, I
5  represented the President in another matter and also the
6  campaign. And that lasted until -- there I am a little
7  unsure. Somewhere into 2021, maybe February, maybe March.
8  I would have to go check.
9  THE COURT: I think the date was February 16th,
10 2021, when Jason Miller issued a statement that you were no
11 longer representing Mr. Trump.
12 THE DEFENDANT: That would have been it, right.
13 It would have definitely been in existence on September 1,
14 2020.
15 THE COURT: All right. So with respect to
16 privilege, I just want to make sure because -- that the
17 privilege is only being asserted for
18 attorney-client-privileged work and not political consulting
19 and not PR work.
20 Are you making sure about that, Mr. Sibley?
21 MR. SIBLEY: I haven't seen many communications
22 beyond that time frame Her Honor mentioned except for
23 communications where -- for example, Christina Bobb. There
24 might be a communication where he reaches out to her or
25 someone from his office reaches out to her to find out

1    information that pertains to the litigation, right?
2              So even if you are not representing a client
3    anymore, if there is litigation that arose over
4    representation, there can still be a privilege even if --
5    not representing in those matters.  But anything -- I mean,
6    there were emails that were from, like, the Republican
7    National Convention and some lawyers were copied on it.  We
8    have produced all of those.
9              THE COURT:  Okay.  Well, I just want to be sure
10   that you understand the law in this Circuit.  The Circuit
11   has made it clear in *In re Lindsey* -- all the way back to
12   1998 -- that it's only legal advice that's subject to the
13   privilege, not a lawyer's advice on political, strategic, or
14   policy issues; that would not be shielded from disclosure by
15   the attorney-client privilege.
16             So for Mr. Giuliani, who may have worn multiple
17   hats when he was doing work for the Trump campaign back in
18   2020 -- I hope you're scrutinizing any assertion of
19   privilege to be very clear that there is not an overt
20   assertion and nondisclosure of responsive records.
21             MR. SIBLEY:  We will rereview that Your Honor.
22   But I will tell you that actually -- I understand Her
23   Honor -- that is the law.
24             We actually did not claim privilege on some of the
25   meetings that Mr. Giuliani had with staff members and things