IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>     *Plaintiffs*,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>     *Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION FOR SANCTIONS TO FACILITATE PARTIAL SETTLEMENT ON LIABILITY**

On June 23, 2023, the Court granted Plaintiffs' Ruby Freeman and Wandrea ArShaye' ("Shaye") Moss's (collectively, "Plaintiffs") request for leave to file a motion for sanctions as to Defendant Rudolph W. Giuliani's "failure to sufficiently preserve" discoverable information, and the Court directed Plaintiffs to file their motion today, July 7, 2023. The parties now jointly move for an extension for Plaintiffs to file their motion to July 11, 2023, to enable the parties to finalize their discussions regarding a potential negotiated resolution of certain factual issues regarding Defendant Giuliani's liability, which are relevant to Plaintiffs' anticipated sanctions motion.

The Court is familiar with the background to this case. The present motion at issue concerns whether this Court should impose sanctions on Defendant Giuliani for his failure to preserve evidence and comply with the rules of discovery.

On July 6, 2023, counsel for Defendant Giuliani approached counsel for Plaintiffs to discuss a potential negotiated resolution of issues that would resolve large portions of this litigation

and otherwise give rise to Plaintiffs' anticipated request for sanctions. Throughout July 6 and July 7—and into the evening on July 7, counsel for both parties have worked diligently to negotiate a resolution and believe they are close.

In an effort to avoid burdening the Court with unnecessary motions practice, Plaintiffs and Defendant agree that a limited extension of time is warranted to enable the parties to determine whether such an agreement can be reached. The parties accordingly request a brief extension of time to the Court's deadline for Plaintiffs to file their motion for sanctions so that they may finalize their discussions regarding a negotiated resolution.

Dated: July 7, 2023

*/s/ John Langford*
**UNITED TO PROTECT DEMOCRACY**
John Langford*
Rachel Goodman*
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

**WILLKIE FARR & GALLAGHER LLP**
Michael J. Gottlieb (974960)
Meryl C. Governski (1023549)
J. Tyler Knoblett (1672514)
Timothy P. Ryan (1719055)
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com
jknoblett@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
M. Annie Houghton-Larsen*
787 7th Avenue

*/s/ Joseph Sibley*
**CAMARA & SIBLEY L.L.P.**
Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com

*Counsel for Defendant*

New York, New York
Tel: (212) 728-8164
Fax: (212) 728-9164
mhoughton-larsen@willkie.com

**DUBOSE MILLER LLC**
Von A. DuBose*
75 14th Street NE
Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

**UNITED TO PROTECT DEMOCRACY**
Christine Kwon*
555 W. 5th St.
Los Angeles, CA 90013
Tel: (919) 619-9819
Christine.kwon@protectdemocracy.org

**UNITED TO PROTECT DEMOCRACY**
Sara Chimene-Weiss*
7000 N 16th Street Ste. 120, #430
Phoenix, AZ 85020
Tel: (202) 579-4582
sara.chimene-weiss@protectdemocracy.org

*Admitted pro hac vice*

***Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2023, this document was filed with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

Dated:  July 7, 2023                                 /s/ _John Langford_____
                                                                   **UNITED TO PROTECT DEMOCRACY**
                                                                   John Langford*
                                                                   82 Nassau Street, #601
                                                                   New York, NY 10038
                                                                   Tel: (202) 579-4582
                                                                   john.langford@protectdemocracy.org

                                                                   *Admitted *pro hac vice*