# EXHIBIT 1

| | |
|---|---|
| **From:** | Joe Sibley |
| **To:** | Houghton-Larsen, M Annie |
| **Cc:** | Gottlieb, Michael; Governski, Meryl Conant; Knoblett, John Tyler; MacCurdy, Maggie; John Langford |
| **Subject:** | Re: Freeman v. Giuliani - Rescheduled Deposition |
| **Date:** | Monday, February 6, 2023 11:26:34 AM |

**\*\*\* EXTERNAL EMAIL \*\*\***

Annie -- this week is very tough.

Can you all do Feb 15th?

Best, Joe

On Tue, Jan 31, 2023 at 8:20 AM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> Please find an updated deposition subpoena for Mr. Giuliani attached—as discussed, it lists the new deposition date as February 23, 2023 and location as Willkie's New York offices.
>
> As you and my colleague Mike discussed, the postponement of Mr. Giuliani's deposition provides us with the opportunity to resolve some of our outstanding disputes.
>
> Meet and Confer Request
>
> We are available to meet and confer regarding our letter dated January 13 regarding Mr. Giuliani's invocations of privilege.
>
> Please provide times in the next two weeks to meet and confer regarding this issue.
>
> Outstanding Requests for Production
>
> As detailed in our two deficiency letters and discussed on numerous meet and confers, Mr. Giuliani has not complied with his basic discovery obligations.  Specifically, we have asked for confirmation that Mr. Giuliani has preserved, searched, and produced documents from his e-mail accounts, devices, social media accounts, messaging applications, or other electronic devices for documents responsive to our Requests for Production.

You have previously represented that you are not aware of whether Mr. Giuliani has preserved his documents from these sources. You have represented that Mr. Giuliani has not produced documents from these sources.

We are again requesting confirmation of whether Mr. Giuliani has preserved, searched, and produced documents from his e-mail accounts, devices, social media accounts, messaging applications, or other electronic devices for documents responsive to our Requests for Production.

Because Mr. Giuliani has not complied with his discovery obligations, we are requesting to hold Mr. Giuliani's deposition open.

<u>Un-Verified Interrogatories</u>

We have also previously noted that Mr. Giuliani has not verified all of his interrogatory responses. We are again asking that Mr. Giuliani verify all interrogatory responses before his deposition.

Thanks,

Annie

**M.Annie Houghton-Larsen**
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue | New York, NY 10019-6099
Direct: <u>+1 212 728 8164</u> | Fax: +1 212 728 9164
<u>mhoughton-larsen@willkie.com</u> | <u>vCard</u> | <u>www.willkie.com bio</u>
Pronouns: she, her, hers

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.