# EXHIBIT 4

Page 1

1

2          IN THE UNITED STATES DISTRICT COURT

3             FOR THE DISTRICT OF COLUMBIA

4    ------------------------------x

5    RUBY FREEMAN and

6    WANDREA MOSS,

7                   Plaintiffs,

8          v.                    Civil Action No.

9                                21-3354 (BAH)

10   RUDOLPH W. GIULIANI,

11                  Defendant.

12   ------------------------------x

13

14          DEPOSITION OF RUDOLPH W. GIULIANI

15                  March 1, 2023

16

17

18

19   Reported by:

20   MARY F. BOWMAN, RPR, CRR

21   JOB NO. 5786854

22

23

24

25

Page 2

1

2

3

4

5                                March 1, 2023

6                                9:30 a.m.

7

8

9            Deposition of RUDOLPH W. GIULIANI,

10      held at Willkie, Farr & Gallagher, LLP, 787

11      Seventh Avenue, New York, New York, before

12      Mary F. Bowman, a Registered Professional

13      Reporter, Certified Realtime Reporter, and

14      Notary Public of the States of New Jersey

15      and New York.

16

17

18

19

20

21

22

23

24

25

```
 1
 2                     APPEARANCES:
 3
 4   WILLKIE FARR & GALLAGHER, LLP
 5   Attorneys for Plaintiffs
 6         1875 K Street, NW
 7         Washington DC  20006
 8   BY:   MICHAEL J. GOTTLIEB, ESQ.
 9         M. ANNIE HOUGHTON-LARSEN, ESQ.
10         MAGGIE MacCURDY, ESQ.
11         MERYL GOVERSKI, ESQ. (Via Zoom)
12         JOHN KNOBLETT, ESQ.  (Via Zoom)
13                   -and-
14   DUBOSE MILLER LLC
15         75 14th Street NE, Suite 2110
16         Atlanta, Georgia 30309
17   BY:   VON A. DUBOSE, ESQ. (Via Zoom)
18                   -and-
19   UNITED TO PROTECT DEMOCRACY, INC.
20         82 Nassau Street, #601
21         New York, NY 10038
22   BY:   JOHN LANGFORD, ESQ. (Via Zoom)
23
24
25
```

Page 4

1

2                          APPEARANCES:

3

4    CAMARA & SIBLEY

5    Attorneys for Defendant

6          1108 Lavaca Street,  Suite 110263

7          Austin, TX 78701

8    BY:  JOE SIBLEY, ESQ.

9                -and-

10   DAVIDOFF HUTCHER & CITRON LLP

11         605 Third Avenue

12         New York, New York   10158

13   BY:  ROBERT J. COSTELLO, ESQ.

14

15

16

17

18   Also Present:

19         Deverell Write, Legal Videographer

20

21

22

23

24

25

# Excerpted

```
                                    Page 15
 1                      Giuliani
 2        A.    He has since been pardoned and
 3    he's been reinstated as an official
 4    investigator.
 5        Q.    Fair enough.
 6              As a general matter, he is
 7    somebody you believe as credible --
 8        A.    Yeah, as a general matter, he is
 9    as credible as anybody I know that I would
10    consider credible.
11        Q.    You say he doesn't use email
12    often, is that right?
13        A.    Yeah, he is more -- he is prone
14    to short messages, I guess, is the point
15    I'm trying to get across.
16        Q.    Understood.
17              So sometimes he provides you with
18    information in person.  Sometimes he sends
19    you a text.
20              If he has a video or an article
21    to share with you, would he typically do
22    that by text, by email?  Do you have any
23    recollection of him ever sharing videos or
24    links to news articles?
25        A.    Yeah, I should -- this particular
```

```
                                          Page 16
 1                        Giuliani
 2      case, this is not a case that he worked on
 3      very heavily, or I worked on with him very
 4      heavily.  Occasional situation here and
 5      there.  So I can't -- it doesn't
 6      necessarily apply to this case.
 7               If you are asking as a general
 8      practice, the general practice is, it would
 9      depend on how sensitive the document or the
10      video was.  If it wasn't that sensitive, he
11      would send it.  I would watch it
12      electronically.  If it was sensitive, he
13      would come to my house, I would go to his
14      house, or we would meet in an office and he
15      would show it to me.
16          Q.    Okay.
17               In terms of texting, do you --
18          A.    I don't think that -- what I just
19      told you -- applies to this case.
20          Q.    Okay.  I understand.
21               In terms of texting, do you have
22      one phone, more than one phone?
23               MR. COSTELLO:  At what point in
24          time?
25          A.    Right now?
```

```
                                        Page 17
                            Giuliani
 1
 2        Q.     Let's start with right now and
 3     we'll work backwards.
 4        A.     Right now, I really have
 5     officially one phone.  I have a bunch of
 6     inoperative phones.  I was able to get one
 7     of those operative and it has a single
 8     phone number on it.  And I don't use it
 9     other than to take calls on my radio show.
10     So it's a call-in number for a radio show.
11              But it's a single cell phone that
12     you plug in, so I can take it anywhere with
13     me.  So I really have one phone right now.
14              Typically, I had two phones.
15     That goes back to when I was mayor, almost
16     since they had phones.  And one phone, it
17     wasn't divided between business and
18     pleasure.  It was divided between good
19     people and bad people.
20              The people I wanted to talk to
21     were on one phone.  The people that I were
22     trying to avoid or have somebody else talk
23     to were on another phone, as best as I
24     could do it, so that I knew which phone had
25     the priority of answering.
```

```
                                      Page 18
 1                        Giuliani
 2              And that hasn't always been the
 3      case, but when I had positions of intense
 4      hours and calls and, let's say, mostly
 5      government positions, that's what I did.
 6              When I was in private law
 7      practice, I didn't do that.
 8         Q.    When was the last time that you
 9      had two phones that you were using?
10         A.    When the FBI took it from me.
11         Q.    When was that?
12         A.    It would be in 20 -- was it 2021,
13      Bob?
14              MR. COSTELLO:  Do you want the
15         date?
16              THE WITNESS:  Bob would know the
17         day.
18         Q.    I'm just interested in what you
19      remember.
20         A.    I don't remember the exact date.
21      It was about two years ago.
22         Q.    So since whatever that point in
23      time was that the FBI took your phone, you
24      had one phone?
25         A.    They kept those phones, and I
```

Page 19

```
 1                        Giuliani
 2      went and bought a new iPhone and I set it
 3      up, and that's been my -- that iPhone has
 4      been my only phone really until now.
 5           Q.    And what is the number for that
 6      phone number for that iPhone that you have
 7      had since the FBI took your phone?
 8           A.    347-735-0426.
 9           Q.    Okay.  Thank you.
10                 And then apart from that
11      iPhone -- it is an iPhone, is that right?
12           A.    Um-hm.
13           Q.    Apart from that iPhone --
14           A.    To be absolutely precise, I would
15      have to check that number.  Because I don't
16      really remember my number.
17           Q.    All right.
18           A.    Bob could check it right this
19      minute.
20           Q.    We will ask your counsel to check
21      it and then we will come back to this
22      question.
23           A.    I don't want to --
24           Q.    Thank you for clarifying that.  I
25      appreciate it.
```

```
                                          Page 20
 1                      Giuliani
 2              So you have your iPhone.  You
 3     have the phone that you use only for
 4     call-ins to the radio show.
 5         A.    Yeah, and I had that about a
 6     month.
 7         Q.    Do you have email accounts that
 8     you use to correspond with people?
 9         A.    I do.
10         Q.    What -- can you tell us what
11     those email accounts are?
12         A.    I currently have only one email
13     account for me personally.  My businesses
14     have emails accounts, but I have one
15     personally.
16              And that -- want me to give it to
17     you?
18         Q.    Yes, please.
19         A.    It's truth, lower case, and,
20     spelled out, justice, number 4, letter U
21     @protonnow.com.
22         Q.    Is that now your principal email
23     account?
24         A.    Yeah, that's my -- it's the only
25     one that functions that I know of.
```

```
                                    Page 21
 1                      Giuliani
 2         Q.     How long have you had that?
 3         A.     Since a few days after the FBI
 4    seized my electronics.
 5         Q.     Prior to the seizure of your
 6    electronics, did you have a different email
 7    account?
 8         A.     I did.
 9         Q.     And what was that?
10         A.     There was a main one and then
11    several others.
12         Q.     What is the principal email
13    account you used?
14         A.     The main one was -- if I can
15    remember it.
16                I can't remember -- the Gmail
17    account, I would have to look it up.
18         Q.     For present purposes, we can say
19    you had a Gmail account?
20         A.     It was a Gmail account and then
21    there were several offshoot accounts, like
22    RudyGiuliani@me.com, and I have no idea how
23    they got set up, what they were for, but
24    occasionally, I had about three of those
25    like that.
```

```
 1                         Giuliani
 2              But the main account that would
 3     carry I think every significant email would
 4     be the Gmail account.
 5          Q.     Okay.  So if we are talking about
 6     the period of time around the 2020
 7     election, so call it November 2020 --
 8          A.     That would be -- that would be --
 9     that would be the account that I would be
10     using.
11          Q.     Okay.
12              So whatever the handle is on that
13     Gmail account, to the extent you were using
14     email --
15          A.     Yeah, I'll get that for you, when
16     you want me to look.
17          Q.     Okay.
18              Would you send and receive emails
19     from your phone from that Gmail account?
20          A.     Um-hm.  Yes, sir.
21          Q.     Same for your ProtonMail account
22     currently?
23          A.     Yes, sir.
24          Q.     Let's stick in the period of time
25     around the 2020 election.
```

Page 23

1                    Giuliani

2           You had social media accounts, is

3    that right?

4        A.    I did.

5        Q.    Twitter account?

6        A.    I did.

7        Q.    Did you ever receive direct

8    messages on the Twitter account?

9        A.    Probably.  I didn't use it for

10   that purpose.

11       Q.    Did you ever send any direct

12   messages from your Twitter account?

13       A.    I may have but never -- I can't

14   exclude the possibility that I did that,

15   but that wasn't a practice that I followed.

16   It would have come up because of some

17   interchange or -- I can't remember saying

18   I'm going to go to Twitter and send a

19   direct message.

20       Q.    What about did you have any

21   so-called ephemeral message platforms

22   around the time of the 2020 election, so

23   Signal, Telegram?

24       A.    I had all of those and used them

25   rarely.  I had Signal, Telegram, WhatsApp.

```
 1                    Giuliani
 2    Everybody telling you those are more --
 3    those are more secure than others and then
 4    other people come along and tell you they
 5    aren't.
 6              I was in the cyber security
 7    business, which I left to represent
 8    President Trump, and my view was that they
 9    were only marginally better, and if it was
10    going to be any serious inconvenience, not
11    worth it.
12         Q.    So you mentioned Signal?
13         A.    I used Signal.  I used --
14    probably WhatsApp --
15         Q.    WhatsApp?
16         A.    -- I used more often.
17              I was mostly guided by the people
18    I was communicating with.  I didn't have a
19    favorite one.  So if they said, I want to
20    communicate with you on WhatsApp.  I said,
21    Fine, let's do WhatsApp.
22              And then I would ask my staff --
23    but this is a while back when I would say
24    Go check them out, and they would say, Two
25    others are really better.  So I probably
```

Page 25

Giuliani

1
2      had about four of those.
3           Q.    And do you still have access to
4      any of those accounts?
5           A.    I do, but I can't remember the
6      last time I used it.
7           Q.    But you -- as of today, you still
8      are able to access, should you want to,
9      your WhatsApp account?
10          A.    I think so, unless you have to --
11     unless you have to renew it because I don't
12     remember renewing it in a long, long time.
13          Q.    All right.  So you may have --
14     you may have access to these messaging
15     platforms, but you're not certain?
16          A.    Right.  I mean, I basically have
17     to go on my phone and see if they're still
18     active.
19          Q.    Have you done that in the course
20     of responding to discovery in this case?
21          A.    Not recently.
22          Q.    Have you ever?
23          A.    Maybe way back when we first had
24     to make requests.  I did a quick look at
25     those at one time.

```
                                            Page 26

 1                        Giuliani

 2              I don't know if it was just this

 3      case or I lumped a group of cases together

 4      and went through them because I knew it

 5      wouldn't contain a lot.  I didn't find

 6      anything on there that related either to

 7      this case or maybe let me say this group of

 8      cases.

 9         Q.    Okay.  Specifically with respect

10      to this case, we have served discovery

11      requests, requests for production,

12      interrogatories.

13              And my question to you, sir, is,

14      do you have any recollection, after

15      receiving the requests for production in

16      this case of having searched through your

17      devices or having had somebody else search

18      through your devices and accounts for

19      responsive documents?

20         A.    I do recall going through them.

21      I'm trying to remember when I did it

22      because I didn't have them for a long time.

23              So those were the apps that were

24      with the FBI, and I didn't know -- I didn't

25      know how to get them on my new phone.  So
```

```
                                              Page 27
 1                       Giuliani
 2      when I got my new phone, for the longest
 3      time, those apps were unavailable.
 4                When I got them back, I did a
 5      search of them.  One of the cases I had in
 6      mind was this one, and I didn't find
 7      anything on it.
 8         Q.    Okay.  Is there a person who
 9      assists you with IT-related issues with
10      your phone or tech issues with your phone?
11         A.    Different people at different
12      times.
13         Q.    Okay.  So since -- when you
14      restored the social media apps or messaging
15      apps to your phone, was there a specific
16      person who was assisting you?
17         A.    No.  I did that myself.
18         Q.    Do you have any recollection of
19      when that happened?
20         A.    I don't.
21         Q.    Returning to the Gmail account
22      for just a moment, is the Gmail account
23      RHelen0528@gmail.com familiar to you?
24         A.    That's it.
25         Q.    That was the Gmail account you
```

```
                                   Page 28
 1                  Giuliani
 2    used?
 3        A.    That was my main Gmail account
 4    of -- since I had Gmail.  And somehow
 5    others were created for specific purposes,
 6    but that would cover 95 percent of any
 7    email I had and probably every important
 8    one.
 9        Q.    Do you -- have you ever gone back
10    to WhatsApp or Signal, not your apps but
11    the companies, to ask them for a pull of
12    any of your data?
13        A.    I don't remember.
14        Q.    You don't have any recollection
15    of doing that?
16        A.    I don't.
17        Q.    So you -- I want to make sure I
18    understand your testimony.
19             You believe at some point in time
20    after getting your new phone and putting
21    the messaging apps back on it, that you
22    went through some number of those apps to
23    look for responsive materials?
24        A.    Yes, sir, to see what was on
25    there in case there were things that were
```

```
                                    Page 29
 1                     Giuliani
 2     on there that I didn't remember.
 3            I mean, I didn't remember
 4     anything of significance being on there.
 5     But since I -- my memory is not anywhere
 6     near 100 percent with all the data
 7     involved.
 8            But I didn't find anything of any
 9     significance, anything relating to this
10     case or any of the others that you regard
11     in the election law case category.
12         Q.    So you didn't find anything on
13     any of those apps or your email or anything
14     else that was on your phone --
15         A.    Related to this.
16         Q.    -- related to the 2020 election
17     generally?
18         A.    Particularly this, right.
19         Q.    Okay.
20            You have a number of -- well,
21     I'll withdraw that.
22            You currently have podcasts, is
23     that right?
24         A.    I do.
25         Q.    And a radio show?
```

```
                                              Page 30
 1                      Giuliani
 2        A.     I do.
 3        Q.     And I believe you also have
 4   different accounts on different social
 5   media platforms --
 6        A.     Yes, sir.
 7        Q.     -- that distribute those shows,
 8   is that right?
 9        A.     Yes, sir.
10        Q.     I know you have one podcast
11   called "Common Sense," is that right?
12        A.     Yes, sir.
13        Q.     Do you have others?
14        A.     Well, I sort of -- you could say
15   so.
16               Want me to describe them all to
17   you?
18        Q.     Yes, please.
19        A.     I have a list.  It might be
20   easier.
21               I have a podcast -- really, it's
22   a video podcast because it's television and
23   audio, and it's done twice a week, put out
24   on a Wednesday and a Friday.  And it's put
25   out on -- if not all, most of the video --
```

# Excerpted

Page 111

```
                              Giuliani
 1
 2      who led it or participated in it, but she
 3      participated in getting the people out so
 4      that at some point around 10, the arena was
 5      only -- the arena was closed, the public
 6      gallery was empty, and the only people left
 7      were four or five election workers who had
 8      told the others that no more counting would
 9      take place.
10          Q.    Okay.  And we are going to go
11      through each piece of this, so you will
12      have an opportunity to talk about each
13      different piece of it.  That, I assure you.
14              Right now, I'm just focused on
15      the allegation that my clients, when you
16      have said they threw out the Republican
17      election observers, made up a phony excuse
18      about a water main break.
19              And what I am trying to
20      understand is two things.  Let me start
21      with number one.
22              Number one is, as we sit here
23      today, years after this has happened, do
24      you believe that my clients made up an
25      excuse about a phony water main break in
```

```
 1                    Giuliani
 2   order to force the Republican election
 3   observers to leave State Farm Arena on
 4   November 3rd?
 5       A.    I believe that she participated
 6   in the phony story of the water main break,
 7   but I can't tell you that that was the
 8   proximate cause of her having the people
 9   removed because it conflicts with other
10   evidence that she told them that they had
11   to leave because they were not going to
12   count votes anymore, and there is a time
13   gap between the two that's the quite
14   substantial.
15       Q.    So as you sit here today, you
16   don't know -- you do not know one way or
17   the other whether my clients, in forcing
18   the Republican observers to leave State
19   Farm Arena, said, You need to leave because
20   there is a water main break?
21       A.    Correct.  If I were doing it in a
22   complaint, I would allege it in the
23   alternative.
24       Q.    Okay.
25             Now going back in time to after
```

Page 113

Giuliani

1
2          the election, late November, early December
3          of 2020, where did you learn the
4          information that -- or where did you hear
5          the information that Ms. Freeman or
6          Ms. Moss had told Republican observers that
7          they needed to leave on the night of the
8          election because there was a water main
9          break?
10              A.    Well, I heard it from local
11          counsel, from -- I heard it from some of
12          the Republican officials.
13                    I believe I had read some
14          newspaper articles about this water main
15          break or -- when I say, "read," I was shown
16          some newspaper articles about this water
17          main break.  And over time, the water main
18          break seemed to change from a water main
19          break into something less serious and not
20          proximate to the exclusion of the public.
21                    So it was very confusing as to
22          exactly how it was utilized.
23              Q.    When you say -- sorry to
24          interrupt, I just want to clarify.
25                    When you say, "It was very

Page 114

```
 1                      Giuliani
 2    confusing," do you mean at that time, in
 3    December of 2020, it was very confusing how
 4    the water main break played into the
 5    departure of the officials?
 6         A.    Correct.  There is false
 7    allegation of a water main break, some time
 8    goes by, people are escorted out.  That
 9    would seem to me that those are the facts
10    that you know and that your client played a
11    major role in that.
12              Exactly what she said, when she
13    said it, whether it was said by others in
14    her presence, was it a collective thing, I
15    may have known that at that time.  I don't
16    recall right now.
17         Q.    When you say, "local counsel,"
18    are you referring to Ray Smith?
19         A.    Yes.
20         Q.    Anybody else?
21         A.    Well, the people that work with
22    him.
23         Q.    Okay.
24              Do you have a specific
25    recollection of talking to Ray Smith about
```

Page 115

                        Giuliani
1
2      this issue?
3           A.     I don't.
4           Q.     Okay.   Is there any specific
5      person that you remember talking to about
6      the allegation that our clients had forced
7      Republican election officials out on the
8      grounds of a phony water main break?
9               MR. COSTELLO:   Can I stop you for
10          one second?
11              You constantly say "Republican
12          officials," and his testimony was it
13          was the public, it was Democrats and
14          Republicans.
15              If we can stipulate to that, you
16          can continue to refer to them --
17          A.     And it would help if you --
18              MR. COSTELLO:   But it is not just
19          Republicans.
20          A.     -- if you told me what it is that
21     I said.
22          Q.     Let's mark an exhibit.   Binder 2,
23     Volume 2, Tab 49.   This will be Exhibit 8.
24              (Exhibit 8, transcript of an
25          excerpt from YouTube, dated December

Page 116

```
                                Giuliani
 1
 2          25, marked for identification, as of
 3          this date.)
 4          Q.    Mr. Giuliani, the court reporter
 5     has handed you what has been marked
 6     Exhibit 8, which is a transcript of a
 7     YouTube video that you released on
 8     December -- on Christmas Day, December 25,
 9     2020.  The title is, "Who will be our
10     President?  The current state of our
11     country."
12               And do you have a recollection of
13     doing an episode of Common Sense on
14     Christmas Day?
15          A.    I do, I do.  Yes.
16          Q.    If you turn to page 19 of this
17     transcript, I direct your attention to the
18     first full paragraph on the page, lines 5
19     through 13, and specifically, starting on
20     line 8, you say, "Let's watch the Democrats
21     steal the election, and there you see it,
22     Ruby Freeman and her crew getting everybody
23     out of the center" --
24          A.    This is page 19?
25          Q.    Yes, sir.  Page 19, and I am now
```

```
                                           Page 117
 1                        Giuliani
 2       on line 10.
 3                "Ruby Freeman and her crew
 4       getting everybody out of the center,
 5       creating a false story that there was a
 6       water main break.  No water main break,
 7       they get everybody out."
 8                Do you see that?
 9            A.    Yes, sir.
10            Q.    So you are alleging here that
11       Ms. Freeman and her crew were creating a
12       false story that there was a water main
13       break?
14            A.    Correct.  And I still believe
15       that's true, and that was told to me and at
16       the time, I -- at the time -- I don't know
17       if I was aware of the timing -- that the
18       false story about the water main break and
19       the conclusion that there was no water main
20       break was much earlier in the day than when
21       Ruby Freeman and her crew got everybody
22       out.
23            Q.    Just so I understand it, what is
24       your view --
25            A.    But except for the timing of
```

```
                                    Page 118
 1                    Giuliani
 2     this, that would be accurate.
 3          Q.     What is your view of whether or
 4     not there was a -- at any time during the
 5     day on November 3, a water leak or break or
 6     whatever you described it, do you have an
 7     understanding today of what happened with
 8     respect to the water?
 9          A.     The only understanding I have is
10     that there was -- there was statements made
11     that there was a water main break, people
12     would have to leave the building.
13               When they examined it, it turned
14     out to be nothing more than a toilet that
15     had overflowed.
16          Q.     Okay.
17          A.     And that occurred -- and that --
18     now, I'm putting a lot of facts together
19     that come in later, and that occurred at a
20     similar time to when people were excluded
21     in Pennsylvania, Detroit -- Pennsylvania,
22     Detroit, several other places.
23          Q.     As you sit here today, do you
24     have an understanding of whether the water
25     leak or the overflowing toilet or whatever
```

# Excerpted

```
                                        Page 232

1                        Giuliani

2      November 4, 2020 at 2:27 p.m.

3           A.    2:27?

4           Q.    Yes.

5                 Do you see that?

6           A.    It's daytime obviously.  You can

7      see the light.

8           Q.    So whatever this exchange was

9      happened on the day after the election at

10     around 2:27 p.m.?

11          A.    Were you telling me -- were you

12     giving me the top one?

13          Q.    The date is attached to the

14     bottom screen.

15                MR. COSTELLO:  Where is it here?

16          It's here.

17          A.    That's the one he is talking

18     about.

19          Q.    We are happy to play just a clip

20     from the State Farm --

21          A.    And that date was what?

22          Q.    November 4th at 2:27 p.m.

23          A.    Fair enough.

24                I mean, it doesn't mean very much

25     because I don't recognize it.
```

Page 233

1                           Giuliani
2         Q.     I understand that, sir.
3                But whatever this event was that
4     happened, we can agree that it happened the
5     day after the election, not the day before
6     the election --
7         A.     Whatever it was, yeah.
8         Q.     -- is that correct?  Okay.
9                All right.  You have alleged -- I
10    think you just said in your testimony that
11    Ms. Moss had participated in -- previously
12    in voter fraud activities with an
13    algorithm, is that right?
14               Just a few minutes ago?
15        A.     I was told -- I wasn't told that.
16    I was told that she -- this is the
17    daughter, right?
18        Q.     Ms. Moss is Ms. Freeman's
19    daughter.
20        A.     Yup.  That she -- this passing of
21    the -- of the thumb drives was more in her
22    area of expertise.
23               I don't think they said that she
24    was involved in algorithms or -- but that's
25    the end result of what they do.

```
 1                    Giuliani
 2           But the way her expertise was
 3    described is, she had done this in prior
 4    elections, passed these thumb drives.
 5        Q.    Fair enough.  So your testimony
 6    is you were told and believed that Ms. Moss
 7    had in previous elections passed thumb
 8    drives that could manipulate voter
 9    machines?
10        A.    Someone told me she had been
11    working for them for about ten years and
12    that she -- she was a lot more expert in
13    this than her mother and that she brought
14    her mother into it and that she -- and when
15    we were looking at that stuff, they said,
16    This is her real area of expertise, these
17    thumb drives.
18        Q.    Okay.  You've also alleged that
19    Ms. Freeman has a history of voter fraud
20    participation, is that correct?
21        A.    Yes, I was told that she had some
22    history of it also.
23        Q.    And who told you that?
24        A.    People on -- people on the legal
25    team.  Either in that case or -- either in
```

Page 235

```
                            Giuliani
 1
 2      that case or in the case that was being put
 3      together on Raffensperger.
 4          Q.    Were you told that Ms. Freeman or
 5      Ms. Moss had a criminal record?  Or were
 6      you told that they had participated in
 7      prior voting fraud?  Or something else?
 8          A.    I was told Ms. -- I was told that
 9      one of them, I think the older of the two,
10      had an arrest record.
11          Q.    Okay.  And they live in Georgia,
12      right?
13          A.    At that point, yeah.
14          Q.    Did you or anyone on your team
15      run a criminal records check or criminal
16      history check?
17          A.    I didn't.  She wasn't involved in
18      any case we were going to bring, so I
19      didn't run -- I wasn't going to use her as
20      a witness.
21          Q.    You didn't think it was important
22      to do that before you accused them of
23      having a criminal background?
24          A.    I just repeated what I was told.
25          Q.    Okay.  So you don't -- as you sit
```

```
 1                       Giuliani
 2      here today, you don't have any knowledge
 3      one way or the other whether Ms. Freeman or
 4      Ms. Moss has a criminal record or
 5      criminal --
 6           A.    Just what I was told.
 7           Q.    And do you have a specific
 8      recollection of the person who told you
 9      that?
10           A.    It was more than one.
11           Q.    Such as?
12           A.    I would have to really -- right
13      now, I don't, but I would have to narrow it
14      down.
15           Q.    If a -- do you have any specific
16      names of people who told you that?
17           A.    I don't.
18           Q.    Do you have notes or records of
19      conversations about this from which you
20      would be able to reconstruct who told you
21      this information?
22           A.    I have to look at them to tell
23      you that.  I don't think so, but I might.
24           Q.    Well, in this litigation, you
25      have admitted, I think, or at least in your
```

Page 237

```
 1                      Giuliani
 2     motion to dismiss papers, that allegations
 3     that Ms. Freeman or Ms. Moss had a criminal
 4     record are "apparently false."
 5              So what is it that has led you to
 6     the belief today that that allegation is
 7     apparently false?
 8        A.    Because there are no such -- we
 9     can't find any such records.
10        Q.    So at this point in time, you or
11     someone on your team has performed such a
12     search?
13        A.    Yes.
14        Q.    And identified that, in fact,
15     Ms. Freeman and Ms. Moss have no criminal
16     record to speak of?
17        A.    That is correct.
18        Q.    So in late December of 2020,
19     there was a document that I know you have
20     given some testimony about before that was
21     prepared called a "Strategic Communications
22     Plan of the Giuliani Presidential Legal
23     Defense Team."
24              Are you familiar with that
25     document?
```

Page 238

```
                                   Giuliani
 1
 2        A.     Only after the fact.
 3        Q.     Okay.  Let's mark this as the
 4     next exhibit, Exhibit 19.  This is
 5     Volume 1, Tab 12.
 6              (Exhibit 19, document entitled,
 7          "Strategic Communications Plan of the
 8          Giuliani Presidential Legal Defense
 9          Team," marked for identification, as of
10          this date.)
11        Q.     Do you -- as you sit here today
12     and you looked at what has been marked as
13     Exhibit 19, do you recognize this document?
14        A.     I should clarify how I recognize
15     it though.
16        Q.     Please do.
17        A.     I recognize it as something given
18     to me after this litigation began.
19        Q.     Okay.
20        A.     I hadn't seen this before.
21        Q.     So, Mr. Giuliani, you produced
22     this document to us in this litigation.  So
23     how did you receive it?
24        A.     I believe, I believe --
25              MR. SIBLEY:  Object to form.
```

# Excerpted

Page 248

1                          Giuliani

2      article from Snopes.com dated December 18,

3      2020, entitled "Ruby Freeman was not

4      arrested by the FBI."  And this is, again,

5      an article that is cited in your motion to

6      dismiss.

7                 And if you look at page 4 --

8      sorry.  I apologize, not page 4.  If you

9      look at page 2, this article that you have

10     cited says, third paragraph down, "There

11     was no truth to this rumor that FBI did not

12     arrest Ruby Freeman for election fraud and

13     this person was not suspected outside of

14     conspiracy-minded circles of any illegal

15     activity related to the 2020 election."

16                 Do you see that?

17         A.     Right.

18         Q.     Do you see that there is a

19     description of how this viral message --

20     there is a viral message that started this

21     rumor that were part of Twitter threads?

22                 MR. COSTELLO:  Talking about the

23         next paragraph, right?

24                 MR. GOTTLIEB:  Yes.

25         A.     Okay.

```
 1                    Giuliani
 2      Q.    So this article that you cited
 3   references Facebook posts and Twitter posts
 4   that began a viral theory that Ruby Freeman
 5   had been arrested.
 6            Are you aware of any other source
 7   of information, apart from the ones
 8   mentioned in this article, that
 9   substantiate an allegation that Ruby
10   Freeman had been arrested?
11      A.    Do I know any more sources for
12   this allegation?
13      Q.    Correct.
14      A.    No.
15      Q.    Did you ever do anything to
16   investigate whether or not Ruby Freeman had
17   been arrested and was providing testimony
18   about Stacey Abrams and the DNC?
19      A.    I asked Bernie Kerik to look into
20   it.
21      Q.    Did he?
22      A.    I only did that a few days ago.
23      Q.    So you asked Bernie Kerik a few
24   days ago to look into whether Ms. Freeman
25   had been arrested?
```

```
 1                     Giuliani
 2        A.     Right.
 3        Q.     Did he come back to you --
 4        A.     No.
 5        Q.     -- with any information on it?
 6               Mr. Kerik, I assume, knows how to
 7     do criminal background checks, is that
 8     right?
 9        A.     Yes.
10        Q.     Do you expect that if Ms. Freeman
11     had a criminal record, that Mr. Kerik would
12     be able to find it?
13        A.     Yes.
14        Q.     And do you expect if Ms. Freeman
15     had been arrested --
16        A.     I imagine she doesn't, but I just
17     thought he should check to be sure.
18               I don't know what this is.  This
19     doesn't seem -- I mean, I disagree with a
20     lot of what's in here.
21        Q.     Mr. Giuliani, when we were
22     looking at the strategic communications
23     plan, you had a reaction on the -- back on
24     the suitcase gate paragraph.  I think you
25     still have it open there on your table.
```

Page 251

```
 1                    Giuliani
 2    That's Exhibit 19?
 3        A.     Yeah.
 4        Q.     You seemed to have a reaction to
 5    the text here that I wanted to ask you
 6    about that says, "Need confirmation of
 7    arrest and evidence."
 8               Do you see that in writing?
 9        A.     Yeah.  Well, it seemed to me,
10    it's going to get to the point of giving it
11    to the White House, you should confirm it
12    in advance.
13        Q.     Before providing information like
14    this to the White House?
15        A.     Right.  You are getting to a
16    different stage now.
17        Q.     You can see how it would be
18    problematic to --
19        A.     Sure.
20        Q.     -- tell the White House that
21    someone had been arrested --
22        A.     Yeah, and I don't know if they
23    did.  I mean, I wasn't there.
24               This is so confusing, I don't
25    know what they told the White House.
```

Page 252

```
                                    Giuliani
 1
 2        Q.    Okay.  So you're not sure whether
 3     they told the White House this but --
 4        A.    I was not at the meeting, by
 5     design.
 6        Q.    If this was provided to the White
 7     House, you would find that troubling?
 8        A.    Yeah, I would have corrected it.
 9              In investigations, in things like
10     this, things change all the time.
11        Q.    So just to be clear, when -- is
12     the only time that you asked Mr. Kerik to
13     look into Ms. Freeman's background in this
14     last week or so, that you can recall?
15        A.    Gosh, I may have done it a long
16     time ago.
17        Q.    Do you have a recollection of
18     doing it a long time ago?
19        A.    I don't.  I don't.  I just don't
20     want to exclude it.
21        Q.    So the only understanding that
22     you don't want to exclude that it could
23     have happened before is the only
24     recollection you have, as you sit here
25     today, of having looked into --
```

# Excerpted

```
 1                    Giuliani
 2     would be careful in representations that he
 3     would make to the White House Chief of
 4     Staff?
 5          A.    I would think so.
 6          Q.    And particularly given that you
 7     testified Mr. Kerik doesn't use email all
 8     that often?
 9          A.    Yeah, he's very reliable.
10          Q.    An email sent to the White House
11     Chief of Staff is one that goes into the
12     White House archives, is that right?
13          A.    Um-hm.
14          Q.    And so in this email, Mr. Kerik
15     has sent to Mr. Meadows on December 28,
16     2020, can you see that there is an
17     attachment on this email?
18                It's in the header of the email.
19     There is something that says "attachments"?
20          A.    I'm sorry, I don't see the
21     attachment.
22          Q.    Okay.  I'm just asking in the
23     header of the email, there is a "From," a
24     "Sent," a "To," a "Subject" and an
25     "Attachments."
```

Page 257

```
 1                      Giuliani
 2            Do you see those?
 3            MR. COSTELLO:  The fourth line
 4      down, fifth line down.
 5      A.    One, two, three, four.  Is that
 6   what all those numbers mean?
 7            I don't see attachment --
 8   external --
 9            MR. COSTELLO:  No, two more lines
10      underneath that.
11      A.    Giuliani Team Strategic --
12            MR. COSTELLO:  That's the
13      attachment.
14      A.    Are you saying he attached this
15   to this?
16      Q.    Yes.
17            And I'm just saying the subject
18   line and the attachments line here say the
19   same thing, right?  "Giuliani Team
20   Strategic Communications Plan Version 1"?
21      A.    Got it.
22      Q.    Do you see how in the title of
23   the attachment, or the title of Exhibit 22,
24   is the strategic communications plan, a
25   version of which we looked at in
```

```
 1                    Giuliani
 2     Exhibit 19, is that right?
 3          A.    Yes, sir.
 4          Q.    Do you see Mr. Kerik has written
 5     to Mr. Meadows saying, "Dear Mark, I know
 6     the Mayor sent this to you last evening but
 7     just wanted to emphasize the importance of
 8     timing"?
 9          A.    I do.
10          Q.    Was Mr. Kerik, safe to say,
11     referring to you when he refers to the
12     "Mayor"?
13          A.    Um-hm.
14          Q.    So he is saying, at least, that
15     you sent this to Mr. Meadows last evening,
16     which would have been December 27?
17          A.    Yeah.  But he was wrong.
18               My communication on this mostly
19     was with Katherine Friess, and it may be
20     that this is too ships passing in the
21     night, but Bernie -- Bernie may have
22     assumed that I did, but he certainly didn't
23     know that I did.
24               And we have talked about it since
25     then, so...
```

```
                                        Page 259

1                        Giuliani

2        Q.    And so in talking about it since

3    then --

4        A.    He -- he knows that I remained

5    opposed to it.

6              I've been opposed to it

7    throughout.  And the question at the very

8    end was, would we take a chance in doing

9    it?  And I decided no.

10             I guess he wasn't there when I

11   did.

12       Q.    Right.  So -- I'm sorry,

13   Mr. Giuliani.

14       A.    I think this is a matter of

15   confusion rather than what you might make

16   of it, which is that he was misrepresenting

17   my position.

18       Q.    And I think you've made very

19   clear in your January 6 testimony and here

20   today that you were opposed to this

21   strategic communications plan.

22       A.    Right.

23       Q.    So that's not really my question.

24             My question is, you were -- you

25   have testified that Mr. Kerik was wrong
```

```
                                    Page 260
 1                     Giuliani
 2      that you sent this plan along to the White
 3      House or to Mr. Meadows?
 4           A.    Correct.  I didn't -- I didn't --
 5      I certainly didn't send it.
 6                 Now -- and Bernie wouldn't have
 7      been the one to do it either.  Would
 8      somebody else played a game with it and
 9      made it look like it was sent from my
10      office?  That's possible.
11                 But Mark knew my position on this
12      independently.  So he knew that I thought
13      it wasn't worth spending the 5 to 8 million
14      dollars.
15           Q.    I believe you testified before
16      the January 6 Commission that you were
17      aware that some members of the team or this
18      communications firm wanted to make a
19      presentation of this plan to the White
20      House, is that right?
21           A.    Right.  I let them do it.
22           Q.    And you let them do it, is that
23      right?
24           A.    Yeah.
25           Q.    So you were aware ahead of time
```

```
                              Giuliani
 1
 2     that they would make the presentation, you
 3     were opposed to it, but you also didn't
 4     stand in the way of it being presented?
 5          A.    100 percent, and I knew it was
 6     going to happen, but sometimes people don't
 7     listen.
 8          Q.    And you were 100 percent certain
 9     as you sit here today that you didn't send
10     this along but say, for example, to
11     Mr. Meadows, I'm opposed to this, but I'm
12     sending it to you because these other
13     people want to present it to the President?
14          A.    I don't -- I doubt it.  I doubt
15     it.  I mean, it's always possible I
16     forgot -- no, I don't think so.
17          Q.    Okay.
18               Are you aware that the same day
19     that Mr. Kerik sent this email to
20     Mr. Meadows, he tweeted out some of the
21     content of this document, the strategic
22     communications plan?
23          A.    I don't -- I'm not sure if I am.
24     It sounds kind of familiar but not -- no,
25     I'm not aware of it, no.
```

Page 262

```
                                  Giuliani
 1
 2       Q.     Let's mark Exhibit 23.
 3              MS. HOUGHTON-LARSEN:  That's
 4       Tab 53 in Binder 2.
 5              (Exhibit 23, Tweets from Bernie
 6       Kerik, marked for identification, as of
 7       this date.)
 8       Q.    So, Mayor Giuliani, I've handed
 9    you what has been marked as Exhibit 23.
10    And this is a tweet -- the bottom part of
11    the screen is -- of the exhibit on the
12    first page is a tweet that Mr. Kerik has
13    sent out, and if you flip to the next page,
14    you can see the date and the time at the
15    bottom of the content of the tweet, which
16    is listed at --
17       A.     This looks like the summary page
18    from their memo.
19       Q.     Just so we have a clear record,
20    the time and date on the bottom of the
21    tweet says 3:57 p.m. on December 28, 2020.
22              Do you see that on the second
23    page, sir?
24       A.     I do.
25       Q.     And if we take now Exhibit 22,
```

```
                                       Page 263
 1                       Giuliani
 2     which is the version 1, Giuliani team
 3     strategic communications plan, and if we
 4     open it back up to the page that says
 5     "Georgia" on the top, which is --
 6          A.    The same as that, right?
 7          Q.    Well, that's what I wanted to ask
 8     you.
 9          A.    It looks the same.
10          Q.    It looks like this is ten pages
11     into that document.  It looks like
12     Mr. Kerik has tweeted out the content from
13     the strategic communications plan on the
14     same day as he sent it to Mr. Meadows, is
15     that right?
16          A.    Well, actually, what he-- this is
17     not so much the communications plan as it
18     is the state of the case or of the evidence
19     in Georgia according to them.
20                I wouldn't say it's -- well, I
21     guess it's part of the communications plan
22     to put that out.
23          Q.    This was a page of the supporting
24     documents --
25          A.    Yeah, yeah, yeah.
```

# Excerpted

Page 325

```
                                Giuliani
 1
 2     uncomplicated --
 3              MR. SIBLEY:  Let him finish the
 4         question.
 5         A.     -- I don't know what to believe.
 6              MR. COSTELLO:  Let him finish the
 7         question.
 8         Q.    Do you believe, sitting here
 9     today -- we will go one by one.
10              Do you believe, sitting here
11     today, that Attorney General Barr wanted
12     President Trump to lose the election?
13         A.    I don't know what he wanted.
14         Q.    Okay.  Do you believe -- do you
15     have any reason to believe that the U.S.
16     Attorney for the Northern District of
17     Georgia wanted President Trump to lose the
18     election?
19         A.    I don't have any basis to believe
20     one way or the other what he believed.  I
21     do know what he did.
22              When we brought him allegations
23     that there were ballots being burned 15
24     miles outside of -- outside of Atlanta, he
25     took two days to send anybody there, and by
```

Page 326

1                    Giuliani
2     that time, they were all burned, and we
3     have affidavits from ATF agents explaining
4     that and preserving some of those ballots.
5               So I don't know who he was
6     working for.  It didn't seem to me like he
7     was working for the United States.
8          Q.    Okay.  But you are accusing them
9     in participating in a coverup of evidence
10    that, in your view, showed that
11    President Trump should have won the
12    election?
13         A.    You are darn right I am.
14         Q.    You believe Attorney
15    General Barr -- sorry, sir.
16         A.    This would be a small part of the
17    coverup.  The major part of the coverup was
18    having a hard drive delivered to you that
19    any law enforcement agent would have begun
20    investigating immediately instead of
21    sitting on it for two-and-a-half years, let
22    allegations swirl around that it's Russian
23    disinformation, get 51 so-called
24    intelligence agents to say it's Russian
25    disinformation when they had no knowledge

Page 327

```
 1                     Giuliani
 2    at all, and then find out that that was all
 3    a complete lie and that they knew it from
 4    the very beginning.
 5         Q.    And so I understand it, sir, in
 6    your view --
 7         A.    So you want me to take these
 8    people seriously?
 9         Q.    So I understand it, sir, in your
10    view, were the elected --
11         A.    It was a danger to my country.
12         Q.    So I understand it, sir.  If I
13    could finish my question.
14         A.    Sure.
15         Q.    The Republican election officials
16    in Georgia, the Governor, Secretary of
17    State, and those who work for him, were
18    also in on this plot to get Donald Trump to
19    lose the election?
20         A.    I didn't say that.  I didn't say
21    they were involved in this.  They -- as far
22    as I know, they weren't involved with the
23    hard drive and with the allegations of
24    Russian agents and turning down witnesses
25    who had evidence.  I can't say that.
```

```
                                      Page 328
 1                      Giuliani
 2             In fact, I don't think they were.
 3        Q.    Are you aware that in early
 4    December, the Secretary of State in
 5    Georgia, who is a Republican, Secretary
 6    Raffensperger, and Governor Kemp, along
 7    with other officials, held some press
 8    conferences in which they discussed the
 9    count in Georgia and the process that was
10    going on at the time?
11             MR. COSTELLO:  That's 2020,
12        right?
13        Q.    Sorry, in 2020.
14        A.    Yes, sure, sure.
15        Q.    I assume you followed some of
16    that since you were --
17        A.    Of course I did.
18        Q.    Let's mark this exhibit,
19    Exhibit 28.
20             MS. HOUGHTON-LARSEN:  Binder 1,
21        Tab 32.
22             (Exhibit 28, transcript of a
23        press briefing, marked for
24        identification, as of this date.)
25        Q.    So you have been handed what has
```

```
                                          Page 329
1                        Giuliani
2      been marked as Exhibit 28, which is a
3      transcript of a press briefing held by
4      Secretary of State Brad Raffensperger in
5      Georgia on December 7, 2020.
6                 And if you can turn to page 7 of
7      this document, do you see on page 7 --
8      well, actually, let me ask you this first.
9                 Are you aware, do you know who
10     Gabriel Sterling is?
11          A.    No, not offhand.  Gabriel
12     Sterling?
13          Q.    Gabe Sterling, Gabriel Sterling?
14          A.    I don't think so.
15          Q.    Okay.
16          A.    If you could help me a little,
17     maybe.
18          Q.    If I told you that he worked for
19     Secretary Raffensperger and was regularly
20     giving briefings on the election --
21          A.    I remember seeing him.  I
22     remember the person who substituted for
23     him, yes.
24          Q.    Okay.
25          A.    But I don't put a name to it.
```

```
 1                    Giuliani
 2      Q.    Do you remember ever seeing
 3   someone like that at a press conference
 4   talking about what happened at State Farm
 5   Arena and what happened on election night?
 6      A.    I think I -- yeah.  I mean, I've
 7   seen him giving press conferences.  Whether
 8   it was about that or about the conversation
 9   or --
10      Q.    Okay.
11            So on page 7, Mr. Sterling is
12   talking and briefing the press about the
13   goings on in the election, and if you see
14   at the very top, starting on line 2, he
15   says that Justin Gray from WSB spent hours
16   with us going over this video to explain to
17   people that what you saw, the secret
18   suitcases with magic ballots, were actually
19   ballots that had been packed into those
20   absentee ballot carriers by workers in the
21   plain view of the monitors and the press.
22            Do you see that?
23      A.    Okay.  I see that.
24      Q.    Do you dispute the accuracy of
25   that?
```

Page 331

1                          Giuliani

2        A.      Pardon me?

3        Q.      Do you dispute the accuracy of

4    Mr. Sterling's statement?

5        A.      I would dispute the accuracy of

6    anyone from that office.  Since they

7    never -- if that office wanted to -- didn't

8    have anything to hide, they would have

9    allowed a forensic audit of the paper

10   ballots that were at the core of the fraud

11   that they allowed to happen.

12       Q.      Mr. Giuliani, you understand the

13   distinction between a lie and a motive to

14   lie, don't you?

15       A.      Sure.

16       Q.      So I'm not asking about the

17   office's motive.  I'm asking about the

18   simple truth or falsity of the factual

19   statement that Mr. Sterling has made here.

20              And the factual statement that he

21   has made here is that the ballots that were

22   alleged to have been secret in the

23   suitcases or pulled out surreptitiously

24   were actually ballots that had been packed

25   into absentee ballot carriers by the

Page 332

```
                              Giuliani
 1
 2    workers in the plain view of the monitors
 3    and the press.
 4         A.    I never saw that.
 5         Q.    Well, my question to you is, do
 6    you dispute the accuracy of that assertion?
 7         A.    I have -- I'm not going to accept
 8    the accuracy of that statement given the
 9    source.
10         Q.    Do you have any reason, apart
11    from your distrust of the source, to
12    believe that it is not accurate that the
13    ballot carriers that were underneath the
14    table at State Farm Arena on that night
15    were packed in plain view of the monitors
16    and the press?
17         A.    Yes, I have a lot of reasons to
18    disbelieve that.
19         Q.    Such as?
20         A.    Well, such as if they did, where
21    is the video of it?  If they did, where are
22    the witnesses who will say that?  If they
23    did, why didn't they also release the
24    document they were hiding about the
25    discrepancies in the election that they had
```

                    Giuliani
1
2      been hiding for two months that had to be
3      pulled out of their office?  If they -- if
4      they did have such concern about the
5      accuracy of the election, why wouldn't they
6      allow an examination of the key evidence,
7      which would have been the phony ballots?
8              All those things say to me that
9      you cannot believe or give any credit to
10     what they're saying because, you know, once
11     you lie, you got to continue to lie to
12     cover it up.
13        Q.    That is a tricky problem indeed.
14             If I were to show you video of
15     the ballot boxes being packed up in the
16     plain view of the monitors and the press,
17     would that change your view?
18        A.    Sure.  It would change my view if
19     I saw that.  It wouldn't change my view of
20     the whole situation.  The allegation isn't
21     how they were packed up, the allegation is
22     that they were counted and the public
23     wasn't present, which is illegal.
24        Q.    We are going to -- we will come
25     back to that before the end of the day.

1                   Giuliani

2        A.    There would be nothing -- there

3    would be nothing wrong or right about this.

4    This would be kind of like six of one, half

5    dozen of the other.

6        Q.    I believe that you have, in fact,

7    alleged that there was a problem with where

8    these ballots came from, that they were --

9    I think that you have alleged they were

10   sitting under this table for hours, they

11   were brought in improperly, and they were

12   pulled out when no one was around to see

13   it.  Is that right?

14       A.    I think my -- what I said was

15   they were brought in -- if I said that, it

16   would have been very early because I

17   quickly saw the video.  I saw them brought

18   in about 11 o'clock in the morning.  I saw

19   them put under the table.  I saw the black

20   blanket put over it.  So it covered all of

21   the boxes, and then everything proceeded

22   for the rest of the day without any

23   reference to that area or anything else

24   done there.

25                And that area wasn't approached

```
 1                         Giuliani
 2      again until the public was eliminated,
 3      weren't there, and the only people there
 4      were the five people that we identified
 5      earlier, and if you watch their -- the rest
 6      of it then can become interpretation, but
 7      if you watch their actions, their actions
 8      appear like very, very suspicious people in
 9      the way they are doing it and pulling it
10      out and -- but in any event, the minute
11      they start counting without the public
12      there, those votes are invalid.
13               That's -- that's the critical
14      part of it.  I don't recall alleging where
15      they came from.  By that time, where they
16      came from was somebody walked in at 11
17      o'clock and put them under a table.
18          Q.     Let's take a look at the tape.
19               So we are going to look at some
20      clips from the State Farm video, and why
21      don't we start with the morning clip.
22               This will be Exhibit 29.
23               (Exhibit 29, video clip, marked
24          for identification, as of this date.)
25          Q.     We have got a few clips from
```

**Excerpted**

```
                                  Page 350
 1                       Giuliani
 2    again at the bottom?
 3        A.    I see we have now moved ahead to
 4    9:57.
 5        Q.    We have got the same -- that same
 6    camera angle showing at the top of the
 7    screen where you see the table there that
 8    we saw Ms. Moss move into that location
 9    around 8:20 in the morning?
10        A.    Yeah, yeah.  It --
11              MR. COSTELLO:  Which picture are
12        you referring to, top or bottom?
13        Q.    The top angle is the angle we
14    were looking at previously, and do you
15    see --
16        A.    The bottom angle is a new angle.
17    It's a little confusing.
18        Q.    That is correct.  So, remember,
19    there are four cameras --
20        A.    That's why they look different.
21    If you look at it, they look --
22        Q.    Yeah.  There are four camera
23    angles from the State Farm video, and we
24    can -- the software program in which this
25    was produced allows you to toggle between
```

```
                                     Page 351

 1                      Giuliani

 2      one screen or four screens.

 3           A.    So we are looking at the two

 4      extreme ends.

 5           Q.    And now we are looking at two

 6      screens, and why don't we press "Play" and

 7      we can watch this video.

 8                 (Video playing.)

 9           Q.    And you see in the back of the

10      room on the bottom screen, Mr. Giuliani, do

11      you see the observers and the press in that

12      back corner?

13           A.    I do.  I do see them.

14           Q.    And do you see now on the top

15      screen these ballot boxes that are to the

16      side of the table, of the black table that

17      Ms. Moss moved previously?

18                 Do you see crates there that are

19      being moved by the black table?

20           A.    By -- moved by the table?

21                 MR. COSTELLO:  You are talking

22      about here?

23           A.    Oh, I'm sorry, I was looking down

24      there.

25           Q.    On the top screen, do you see
```

```
                                              Page 352
 1                         Giuliani
 2      some crates there?
 3           A.    Yes, I see they're moving crates
 4      and putting ballots in.
 5           Q.    Does it look like those boxes are
 6      being packed up?
 7           A.    It looks like they are putting
 8      ballots in or putting papers in.
 9           Q.    And you see observers and press
10      are still back there in the back of the
11      room?
12                 MR. COSTELLO:  Can I just ask
13           you, when you say, "Do you see," just
14           point to which one of these two views.
15           Q.    Very good point.
16                 On the bottom screen, do you see
17      the observers and press in the back of the
18      room?
19           A.    I see observers way far away who
20      couldn't possibly have any understanding of
21      what was going on.
22           Q.    You haven't talked to them, have
23      you, sir?
24           A.    No.
25           Q.    So you don't know what
```

Page 353

```
 1                        Giuliani
 2      understanding they may or may not have had
 3      about these events, right?
 4          A.    I have talked to people there who
 5      said they couldn't see a damn thing.  I
 6      even have seen affidavits that say that.
 7          Q.    Who did you talk to that was
 8      there at 10 p.m.?
 9          A.    One of the affidavits you showed
10      me --
11          Q.    Those are different points, sir.
12      So --
13          A.    -- said that they couldn't see
14      anything from that area.
15          Q.    Did you talk to anyone --
16          A.    I talked to many people who said
17      that.
18          Q.    Such as?
19          A.    I don't -- I don't -- whoever was
20      there.  Whoever would talk to me.  There
21      were constant complaints about that.
22          Q.    Okay.
23          A.    And it's almost obvious you can't
24      see anything.
25          Q.    All right.  We can press "Play."
```

Page 354

1                         Giuliani

2               (Videotape playing.)

3          Q.    So you see -- in that clip, we

4     saw the boxes that were put underneath that

5     table being packed up, and they were being

6     packed up with ballots at around 10 p.m.,

7     is that right?

8          A.    Correct.  It looked like two

9     crates were put under there.  Was it two or

10    one?

11         Q.    We can go back and --

12         A.    Let's go back for a minute.

13              (Videotape playing.)

14              MR. COSTELLO:  Which one are we

15        focused on, top or bottom?

16         Q.    Top screen will show you the

17    crates and the table.

18              MR. COSTELLO:  Talking about

19        here?

20              MR. GOTTLIEB:  You can press

21        "Play," Maggie.  We will look at it

22        again.

23              (Videotape playing.)

24         Q.    So the point being, it's 10 p.m.,

25    and the crates with the ballots in them are

Page 355

1                            Giuliani

2      being packed up and put under the table.

3           A.    Okay.

4           Q.    And let's go back to where you

5      can see them again.

6                 Do you see Post-It notes on top

7      of those crates?  Or something that appears

8      to be a Post-It note -- a Post-It note-like

9      object?

10                MS. HOUGHTON-LARSEN:  We can

11           enlarge the top view, if you want.

12                MR. GOTTLIEB:  Let's enlarge the

13           top view.

14           A.    I see two different -- a smaller

15      note and a larger note.

16           Q.    So there are two sort of labels

17      of some kind there --

18           A.    Correct.

19           Q.    -- that have writing and we can't

20      see --

21           A.    We can't see the writing.

22           Q.    We can't see what it is.

23                 Why don't we press "Play" on the

24      large view here.

25                 (Videotape playing.)

Page 356

                         Giuliani

1
2        Q.     So these crates, they have
3    ballots in them.  They are packed up around
4    10 p.m. and put underneath this table, is
5    that right?
6        A.     That's what it shows, yes.
7        Q.     And at this time, the press and
8    observers -- I understand you say that you
9    don't think they were able to see anything
10   or perceive anything, but they are
11   physically in the room, is that right?
12   They haven't been kicked out?
13       A.     Whatever that is worth, they are
14   physically in the room, yeah.
15       Q.     So these ballots were not hidden
16   under this table in the morning, is that
17   right?
18           Whatever ballots were in those
19   boxes that you now see on that table --
20       A.     Yeah, sure, they were hidden.  I
21   mean, unless you happen to be there, if you
22   walk in later, you are going to have no
23   idea that there were ballots there.
24   Exactly why they were put under a table
25   with a -- it looks like a casket.

# Excerpted

Page 373

1                          Giuliani
2          "those people," are you referring to
3          the people depicted here?
4                  MR. GOTTLIEB:  I'm talking about
5          the people that Mr. Giuliani observed,
6          I think --
7          A.    You said they were packing up.
8                  MR. GOTTLIEB:  -- astutely
9          observed were not packing up at 11
10         o'clock but, in fact, were still
11         working.
12         Q.    And my question is, do you have a
13     recollection in reviewing this video, which
14     I know you have, at any point between
15     10 o'clock, when we saw the table being --
16     the ballots being packed up and put on the
17     table at 11 o'clock of these people in the
18     back row --
19         A.    I can't remember.
20         Q.    -- who you observed were still
21     working, packing up their stuff and
22     leaving?
23         A.    I can't remember.
24         Q.    Is it possible they were sitting
25     there the whole time between 10 and 11

Page 374

```
                             Giuliani
 1
 2      working?
 3          A.    Well, since I can't remember what
 4      they were doing, it's possible, yes.
 5          Q.    As you sit here today, you don't
 6      know one way or the other?
 7          A.    Yeah.
 8          Q.    Now we can press "Play."
 9                (Videotape playing.)
10          Q.    Now, this section here of
11      11 o'clock with people taking ballots out,
12      is this the section of the video that sort
13      of begins the section that you and Ms. Pick
14      focused on in early December of people
15      moving suitcases of ballots out from under
16      tables?
17          A.    It's part of it.
18          Q.    And are these black objects that
19      have a handle and some labels that the
20      gentleman in red is carrying, are those the
21      objects that you and Miss Pick referred to
22      as "suitcases" in early December?
23          A.    Pardon me?
24          Q.    You see that the gentleman in the
25      red shirt has got a box there and it's got
```

Page 375

```
 1                    Giuliani
 2     a handle, he's carrying it?
 3         A.    I can see him, yeah.
 4         Q.    Is that one of the objects that
 5     you and Ms. Pick referred to in early
 6     December as a "suitcase"?
 7         A.    I believe so.
 8         Q.    And as you think about it sitting
 9     back here today, as you -- as you think
10     about the allegation that there were
11     suitcases full of ballots pulled out from
12     underneath the table, am I right that these
13     are the objects that were being referred to
14     as the "suitcases" -- that you all were
15     referring to as "suitcases"?
16         A.    Well, that's one, that's one of
17     them.
18         Q.    Fair enough.  Let's finish
19     playing this.
20               (Videotape playing).
21               MS. HOUGHTON-LARSEN:  That is the
22         end of this clip.
23         Q.    Okay.  That is the end of this
24     clip.
25               You were aware of Mr. Sterling's
```

Page 376

```
                              Giuliani
 1
 2    press conference and this press conference
 3    with Governor Kemp at the time,
 4    Mr. Giuliani, were you not?
 5         A.    Which one now?  Because there
 6    were --
 7         Q.    The Exhibit 28, the transcript we
 8    were looking at, this press conference with
 9    Secretary --
10         A.    What was it in reference to?  Was
11    it answering some question or other.  Was
12    this about the presidential call?
13         Q.    Sorry.  This is the press
14    conference on December 7, 2020 where
15    Mr. Sterling -- I was reading from before
16    where Mr. Sterling was giving an
17    explanation of what happened.
18         A.    So this was a press conference to
19    explain the --
20         Q.    What happened on the video.
21         A.    Got you.  Okay.
22         Q.    And you were aware of this press
23    conference when it happened, were you not?
24         A.    I was aware of it.  I can't say
25    for sure I was aware of it when it happened
```

Page 377

```
 1                         Giuliani
 2      and watched it live, but I did watch it.
 3           Q.    Do you recall tweeting about this
 4      press conference --
 5           A.    I don't.
 6           Q.    -- the day after?
 7           A.    I may have, but I don't.
 8           Q.    Why don't I just show you quickly
 9      one of those tweets.
10                MS. HOUGHTON-LARSEN:  It's Binder
11           1, Tab 38.
12                MR. GOTTLIEB:  No, that's 34.
13                MS. HOUGHTON-LARSEN:  And it will
14           be 34.
15                (Exhibit 34, tweet, marked for
16           identification, as of this date.)
17           Q.    You will be handed what has been
18      marked as Exhibit 34.
19                This is a tweet that you sent on
20      December 8, 2020, at 9:49 p.m.
21                December 8 is the day after the
22      December 7 press conference that we were
23      reading from the transcript from before.
24                And you say here in your tweet,
25      "The Georgia video proves now and for
```

Page 378

```
 1                          Giuliani
 2      posterity that crooked Democrat officials
 3      stole the votes to try to win the state and
 4      Republicans are covering up for them."
 5               Are you referring to the
 6      statements by Mr. Sterling and
 7      Mr. Raffensperger in this tweet here?
 8          A.   I -- I'm sort of referring to
 9      that and to them in general, yeah.
10          Q.   Okay.
11          A.   Their actions in general.
12          Q.   Let me show you --
13          A.   Remember, it was the Governor who
14      made the deal with Stacey Abrams to allow
15      all of this illegal voting with no basis in
16      legislation.
17          Q.   That's Governor Kemp?
18          A.   Yeah.
19          Q.   I'll ask you the same question
20      that I asked about the Attorney General, do
21      you believe Governor Kemp wanted Joe Biden
22      to win the election?
23          A.   I do.
24          Q.   You do?
25          A.   I think he hates Donald Trump.
```

```
 1                    Giuliani
 2        Q.    And you believe that his
 3   Secretary of State also wanted --
 4        A.    That, I don't know.  That, I
 5   don't know.
 6        Q.    -- Joe Biden to win the election?
 7        A.    I don't know the Secretary of
 8   State or his motives as well, but I do know
 9   his actions were very corrupt.
10              (Exhibit 35, declaration of
11         Frances Watson, marked for
12         identification, as of this date.)
13        Q.    We will mark -- and this is
14   Volume 1, Tab 24.  This will be Exhibit 35.
15              So are you familiar with some
16   litigation that was going on in Georgia by
17   the name of Pearson versus Kemp?
18        A.    I don't think so.
19        Q.    Do you know who CJ Pearson is?
20        A.    I do.
21        Q.    Who is CJ Pearson?
22        A.    Pardon me?
23        Q.    Who is CJ Pearson?
24        A.    She's an activist.
25        Q.    An activist.
```

Page 380

1                        Giuliani

2                So were you aware that CJ Pearson

3      filed a lawsuit in Georgia against

4      Governor Kemp relating to the 2020

5      election?

6           A.   I can't say that I -- it's a

7      stupid answer.  I can't say that I am or

8      not.  It just doesn't --

9           Q.   So this --

10          A.      -- her bringing a lawsuit just

11     doesn't click in my head.

12          Q.      Understood.

13                 You were working with Sidney

14     Powell by December 6, 2020, is that right?

15          A.   I may have fired her by then --

16          Q.      Okay.

17          A.      -- for the first time.

18          Q.      All right.  Well, in any event,

19     let's take a look at this declaration.

20     This is a declaration by a Frances Watson

21     that was submitted in this Pearson versus

22     Kemp litigation on December 6, 2020, that

23     looks like it is actually executed on the

24     5th of December 2020.

25                 Do you know who Frances Watson

                                                    Page 381

                                Giuliani

1                                Giuliani

2      is?

3          A.      Sure rings a bell, but you are

4      going to have to fill in a little for me.

5          Q.      Well, if you see in paragraph 2

6      of this declaration, Ms. Watson says, "I am

7      the Chief Investigator in the Office of the

8      Georgia Secretary of State" --

9          A.      Yeah, that's probably how I know

10     the name.  I don't know her though.

11         Q.      So in this affidavit, which is

12     also sworn under penalty of perjury,

13     Ms. Watson, if you look at paragraph 6,

14     says, "My investigators have interviewed

15     witnesses and security footage of State

16     Farm Arena between November 3 and November

17     4.  Our investigation discovered that

18     observers and media were not asked to

19     leave.  They simply left on their own when

20     they saw one group of workers whose job was

21     only to open envelopes and who had

22     completed that task also leave."

23                 Do you see that?

24         A.      I do.

25         Q.      Had you ever seen or heard any

# Excerpted

```
 1                     Giuliani
 2       A.    It sure doesn't look like it,
 3    yes.
 4       Q.    Okay.  Who would we ask to find
 5    the video that you believe you saw?
 6             I should probably rephrase that
 7    so you are not giving me advice.
 8             Who could we ask to find the
 9    video that you believe you saw?
10       A.    Well, we can start with the
11    lawyers there.  I would -- I would -- I
12    mean, I usually start these searches with
13    either Christina Bobb or Colonel Waldron.
14             They have got the  -- they have
15    got the sort of -- even though they aren't
16    involved in everything, they have the best
17    overview of where everything is.
18             Smith.
19       Q.    Sorry, Smith is who?
20       A.    What?
21             MR. COSTELLO:  The first name of
22       Smith.
23       A.    No, the lawyer.
24       Q.    The local counsel in Georgia --
25       A.    Yeah, local counsel.
```

```
                                        Page 389
 1                      Giuliani
 2        Q.     -- Mr. Smith?
 3        A.     Now, I'm not -- he was more
 4    involved in the other.
 5        Q.     Have you -- in -- since receiving
 6    discovery requests in this litigation, have
 7    you searched through or had any kind of a
 8    forensic search done of your email accounts
 9    or hard drives to locate things like this
10    video?
11             MR. SIBLEY:  Hang on, locate
12        what?
13        A.     Things like this video.
14             I mean, we have gone through the
15    whole thing with Trustpoint and with the
16    U.S. Attorney's Office.  Didn't come up
17    with this.
18        Q.     Okay.  So there was a production
19    made to the U.S. Attorney's Office --
20        A.     Of everything.
21        Q.     -- previously.
22             Apart from that, have you done
23    any searching of devices to --
24        A.     Yeah.  We have done individual --
25    I would have to go back and look at --
```

```
 1                    Giuliani
 2    yeah, we have done sporadic searches either
 3    when asked to produce something or when we
 4    needed to answer a question.
 5              So we could try something like
 6    that, I guess.
 7         Q.    Did you get your devices back
 8    from the government?
 9         A.    I did.
10         Q.    And since getting those devices
11    returned to you, have you done forensic
12    searches of those devices for the
13    purpose --
14         A.    Yeah.  They were pretty much
15    wiped out.
16         Q.    So let me just make sure I
17    understand your answer.
18              Have you had a forensic -- have
19    you had a forensic evaluation done of those
20    devices since they were returned to you by
21    the U.S. Government?
22         A.    Through the iCloud.
23         Q.    So the answer is, Yes -- so who
24    performed that search through the cloud?
25              MR. COSTELLO:  I -- can we go off
```

Page 391

```
 1                     Giuliani
 2        the record for a second?
 3             I think your question is
 4        inarticulate, but only because you
 5        don't know the facts.
 6                  THE VIDEOGRAPHER:  The time on
 7        the video monitor is 6:11 p.m.  We are
 8        off the record.
 9             (Discussion off the record.)
10                  THE VIDEOGRAPHER:  Back on the
11        video record.  The time on the video
12        monitor is 6:12 p.m.
13   BY MR. GOTTLIEB:
14        Q.   Mr. Giuliani, do I understand
15    correctly that the steps that have been
16    taken to preserve and produce documents in
17    this case are steps that have been taken by
18    a third-party provider?
19        A.   Yes.  As Bob described, yeah.
20        Q.   And that third-party provider is
21    called Trustpoint?
22        A.   Yes, sir.
23        Q.   And apart from what Trustpoint
24    has done, do I understand correctly that
25    you have not yourself gone back through
```

```
                                      Page 392
 1                     Giuliani
 2    devices or accounts to search for
 3    documents?
 4         A.    Sure, I have, but it hasn't
 5    helped because what they gave back to me
 6    seems to be wiped out.  I can't get
 7    anything -- I can't get anything off it.
 8              Maybe if I had someone with more
 9    expertise, I could.  But it doesn't seem
10    that it's -- it was much easier to do it
11    the other way.
12         Q.    Have you provided your physical
13    devices to either your attorney or to
14    Trustpoint to perform searches?
15         A.    I don't think so, no.
16         Q.    So you know, we -- well, you may
17    know, you may not.  I'll ask you.
18              We have agreed in correspondence
19    with Mr. Sibley that we will be holding
20    this deposition open based on documents
21    that haven't been produced such that if
22    there are further documents produced to us
23    from searches, that we would reserve the
24    right --
25         A.    Talk a little bit louder.
```

```
 1                      Giuliani
 2       Q.     If there are further documents
 3   that would be produced after searches, we
 4   would reserve the right to recall you to be
 5   able to ask you questions about those
 6   documents.
 7              Do you understand that we have
 8   reached that agreement with Mr. Sibley?
 9       A.     I do.
10              MR. SIBLEY:  Objection to form.
11       Q.     And last sort of cleanup point on
12   this, I noticed throughout this deposition,
13   you have done some drawing and written some
14   things down.  I'm not really interested in
15   seeing -- not really interested in seeing
16   them because I understand you are just kind
17   of doodling.
18       A.     Yeah, Russia, boxes, things I
19   have to do.
20       Q.     Fair enough.
21              Here is my question for you
22   though, as you sit in meetings, do you
23   typically take notes?
24       A.     Not always.  Sometimes I do.
25   Sometimes I don't.
```

Page 394

1                       Giuliani
2        Q.    Do you have anywhere saved
3    handwritten notes or lying around an office
4    somewhere, are there legal pads or other
5    books in which you might have taken notes
6    on any of the work that you did relating to
7    the 2020 election?
8               MR. SIBLEY:   Objection.
9        A.    Whatever we've -- I've turned
10   those over, whatever I have on this.
11              I took very -- I didn't have time
12   to take many notes in this particular
13   situation.   It wasn't like a -- and other
14   people took the notes.
15       Q.    Okay.   I understand that may be
16   the case.
17              At some point in time, did you
18   search your files to look for notes that
19   you may have taken about meetings in the
20   November to December 2020 time period?
21       A.    Sure.
22       Q.    And is it your testimony that
23   what you found relating to the 2020
24   election was turned over to the U.S.
25   Attorney's Office?

Page 395

1                          Giuliani
2         A.     I believe so.
3         Q.     Okay.
4                And I gather when you said you
5    weren't the one taking notes, that other
6    people on your team would sometimes be
7    taking notes of meetings that you would be
8    in when you were not taking notes?
9         A.     Yeah, during this period,
10   particularly, because I was so busy, that
11   was much more prevalent, although even they
12   weren't taking copious notes.
13        Q.     Okay.  Some people took notes
14   sometimes?  Some people didn't take notes?
15        A.     Right.
16        Q.     But would you expect that in the
17   November to December 2020 time period,
18   covering all of the different meetings you
19   had, all of the different work you were
20   doing, that during that period of time,
21   that some members of your team did take
22   handwritten notes?
23        A.     Sure.
24        Q.     Okay.
25                We talked a little bit before

**Excerpted**

Page 429

```
 1                    Giuliani
 2                   CERTIFICATE
 3        STATE OF NEW JERSEY )
                              )ss:
 4        COUNTY OF UNION     )
 5             I, MARY F. BOWMAN, a Registered
 6        Professional Reporter, Certified
 7        Realtime Reporter, and Notary Public
 8        within and for the State of New Jersey,
 9        do hereby certify:
10             That RUDOLPH W. GIULIANI, the
11        witness whose deposition is
12        hereinbefore set forth, was duly sworn
13        by me and that such deposition is a
14        true record of the testimony given by
15        such witness.
16             I further certify that I am not
17        related to any of the parties to this
18        action by blood or marriage and that I
19        am in no way interested in the outcome
20        of this matter.
21             In witness whereof, I have
22        hereunto set my hand this 2nd day of
23        March, 2023.
24
25
```

MARY F. BOWMAN, RPR, CRR