# EXHIBIT 9

**From:** Wilkinson, Scott <scott.wilkinson@hawks.com>
**Sent:** Thursday, December 3, 2020 2:22 PM
**To:** Ray S. Smith, III <rsmith@smithliss.com>
**Subject:** Re: State Farm Arena Video Links - Update

Thanks- can you tell me the time stamps and view that you used?

Sent from my iPhone

> On Dec 3, 2020, at 2:18 PM, Ray S. Smith, III <rsmith@smithliss.com> wrote:
>
> ***External Sender - Please Exercise Caution***
> We presented a small portion of the tape @ a state senate hearing today
>
> Ray S.Smith III Esq.
> 5 Concourse Parkway
> Suite 2600
> Atlanta, GA 30328
> 404-760-6006
>
>> On Dec 2, 2020, at 4:43 PM, Wilkinson, Scott <scott.wilkinson@hawks.com> wrote:
>>
>> The link and Charles Gore's email shall serve as the response to subpoenas in *Wood vs. Raffensberger, Schmitz, et.al vs Fulton County Board of Registration and Elections, et. al.,* and *Pearson et al. v. Kemp,* as well as other governmental administrative claim/complaint related requests.
>>
>> If you plan to release any portion of the videos to the media, I would appreciate a heads-up so we can respond, if needed.
>>
>> Happy watching to all.
>>
>> Best,
>> Scott
>>
>> **From:** Gore, Charles <charles.gore@hawks.com>
>> **Sent:** Wednesday, December 02, 2020 3:43 PM
>> **To:** Wilkinson, Scott <scott.wilkinson@hawks.com>; Charlene McGowan <CMcGowan@law.ga.gov>; Ray S. Smith, III <rsmith@smithliss.com>; Harry MacDougald <hmacdougald@cpdlawyers.com>; Hall, Adrick <ahall@sos.ga.gov>; George Koenig <george@koeniglawgroup.com>
>> **Subject:** RE: State Farm Arena Video Links - Update
>>
>> Hi,

2

RSS000001

You all should have a link in your email directing you to a location where the video files are stored. You will need to download the "AvigilonPlayerStandAlone.exe" as well as the video files to view the content. Let me know if you have any issues with the process.

Best,
Charles

**From:** Wilkinson, Scott <scott.wilkinson@hawks.com>
**Sent:** Wednesday, December 02, 2020 3:13 PM
**To:** Charlene McGowan <CMcGowan@law.ga.gov>; Ray S. Smith, III <rsmith@smithliss.com>; Harry MacDougald <hmacdougald@cpdlawyers.com>; Hall, Adrick <ahall@sos.ga.gov>; George Koenig <george@koeniglawgroup.com>
**Cc:** Gore, Charles <charles.gore@hawks.com>
**Subject:** RE: State Farm Arena Video Links - Update

At 95%!!!

This is way tougher than I estimated, obviously.

**From:** Wilkinson, Scott <scott.wilkinson@hawks.com>
**Sent:** Wednesday, December 02, 2020 12:57 PM
**To:** Charlene McGowan <CMcGowan@law.ga.gov>; Ray S. Smith, III <rsmith@smithliss.com>; Harry MacDougald <hmacdougald@cpdlawyers.com>; Hall, Adrick <ahall@sos.ga.gov>; George Koenig <george@koeniglawgroup.com>
**Cc:** Gore, Charles <charles.gore@hawks.com>
**Subject:** RE: State Farm Arena Video Links - Update

Still going…you will have it minutes after it is finally completed. The email may come directly from my IT VP, Charles Gore, copied here.

**From:** Wilkinson, Scott <scott.wilkinson@hawks.com>
**Sent:** Wednesday, December 02, 2020 12:02 PM
**To:** Charlene McGowan <CMcGowan@law.ga.gov>; Ray S. Smith, III <rsmith@smithliss.com>; Harry MacDougald <hmacdougald@cpdlawyers.com>; Hall, Adrick <ahall@sos.ga.gov>; George Koenig <george@koeniglawgroup.com>
**Cc:** Gore, Charles <charles.gore@hawks.com>
**Subject:** Re: State Farm Arena Video Links - Update

Last large file is only at 10% as of now, will shoot for 1 pm with all files. Decided not to do piecemeal. Sorry. Doing the best we can.

Sent from my iPad

> On Dec 2, 2020, at 11:16 AM, Wilkinson, Scott <scott.wilkinson@hawks.com> wrote:
>
> Video is still loading from the transfer of data from the Arena Avigilon system to OneDrive. It may not be completed by noon. I may send the player and a few smaller files that are already downloaded and send the others when the overall download is complete.

RSS000002

**From:** Wilkinson, Scott <scott.wilkinson@hawks.com>
**Sent:** Wednesday, December 02, 2020 9:54 AM
**To:** Charlene McGowan <CMcGowan@law.ga.gov>; Ray S. Smith, III <rsmith@smithliss.com>; Harry MacDougald <hmacdougald@cpdlawyers.com>; Hall, Adrick <ahall@sos.ga.gov>; George Koenig <george@koeniglawgroup.com>
**Subject:** State Farm Arena Video Links - Update

Everyone –

My staff is still loading video and will test the Onedrive links so this is easy – we are still aiming for sending to you all around 12 noon. Please limit update requests until then. We are working as fast as we can.

Thanks,
Scott

**Scott Wilkinson**
**EVP & Chief Legal Officer**
**Atlanta Hawks & State Farm Arena**
101 Marietta Street Suite 1900, Atlanta, GA 30303
T: 404-878-3525 | F: 404-878-3541
scott.wilkinson@hawks.com



Atlanta Hawks / College Park Skyhawks / Hawks Talon GC / State Farm Arena

RSS000003