# EXHIBIT 10

1          IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF COLUMBIA

2

   RUBY FREEMAN and              )

3  WANDREA MOSS,                 )

                                 )

4      Plaintiffs,               )

                                 )

5  V.                            ) C.A. NO.:  21-3354

                                 ) (BAH)

6  RUDOLPH W. GIULIANI,          )

                                 )

7      Defendants.               )

8

9

10

11

12

13  *********************************************************

14           ORAL AND VIDEOTAPED DEPOSITION OF

15                      JACKI PICK

16                     May 9, 2023

17                      Volume 1

18  *********************************************************

19

20

21

22

23

24

25

1          ORAL AND VIDEOTAPED DEPOSITION OF JACKI PICK,

2     produced as a witness at the instance of the Plaintiffs,

3     and duly sworn, was taken in the above-styled and

4     numbered cause on the 9th day of May, 2023, from

5     9:52 a.m. to 6:47 p.m., via videoconference, before

6     Abigail Guerra, CSR, in and for the State of Texas,

7     reported by machine shorthand, where all attendees

8     appeared via Zoom in their respective locations,

9     pursuant to the Federal Rules of Civil Procedure and the

10    provisions stated on the record or attached hereto.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1                    A P P E A R A N C E S
 2                    (Appearing Remotely)
 3
    FOR THE PLAINTIFFS:
 4
    Ms. Meryl Governski
 5  Ms. Logan Kenney
    Ms. Maggie MacCurdy
 6  WILLKIE FARR & GALLAGHER
    1875 K Street
 7  Washington, D.C. 20006
    Phone:  (202) 303-1000
 8  Email:  MGovernski@willkie.com
            Lkenney@willkie.com
 9          Mmaccurdy@willki.com
10
    FOR THE DEFENDANT:
11
    Mr. William G. Whitehill
12  CONDON TOBIN SLADEK THORNTON NERENBERG PLLC
    8080 Park Lane
13  Suite 700
    Dallas, Texas 75231
14  Phone:  (214) 265-3862
    Email:  Bwhitehill@condontobin.com
15
               - and -
16
    Mr. Brett Tolman
17  THE TOLMAN GROUP
    13827 Sprague Lane
18  Suite 220
    Draper, Utah 84020
19  Phone:  (801) 639-9840
    Email:  Brett@tolmangroup.com
20
    ALSO PRESENT:
21       Mr. Gus Phillips, Videographer
22
23
24
25
```

# Excerpted

```
 1       A.  Yes.

 2       Q.  Great.

 3              Can you please describe the circumstances

 4  when you came to learn about the State Farm Arena video?

 5       A.  It was from discussions within the firm at

 6  Smith Liss.

 7       Q.  On December 2nd or around what date?

 8       A.  I don't remember, but it had been talked about

 9  since before December 2nd.

10       Q.  When do you recall first learning about it?

11       A.  I mean, sometime between when I arrived, which

12  was -- between September 17th and 19 somewhere and

13  December 2nd.  I don't remember.

14       Q.  Okay.

15              And what do you recall learning about it?

16       A.  That, it would reveal the answer to the

17  question of whether or not counting had continued in

18  secret after the observers had left.

19       Q.  And how did you come to learn that video would

20  exist shown on State Farm Arena Election Day?

21       A.  Because Ray Smith was trying to get a copy of

22  it.

23       Q.  And who was he trying to get a copy of it from?

24       A.  I don't know.

25       Q.  And what is your understanding of how Mr. Smith
```

```
 1   knew that there would be video to try to get?
 2        A.   I don't know.
 3        Q.   So you are unaware of the origins of the State
 4   Farm Arena video?
 5               MR. WHITEHILL:   Object, vague.
 6        A.   Well, I mean, as much as I know about it as it
 7   came from a security company that's responsible for
 8   State Farm's security.   It's literally the security
 9   cameras that are there all the time.
10        Q.   (BY MS. GOVERNSKI)   Okay.
11        A.   It wasn't there for the election.   It wasn't
12   Fulton County's cameras.   These were actual commercial
13   cameras.
14        Q.   The State Farm Arena cameras that are set up
15   all the time?
16        A.   Yes.
17        Q.   Have you been to State Farm Arena?
18        A.   No.
19        Q.   Okay.
20               So you wouldn't know one or the other
21   whether it's fairly obvious that there's recording
22   taking place if you're in the State Farm Arena?
23        A.   I wouldn't know.
24        Q.   Okay.
25               How long is your understanding -- strike
```

Page 103

1    that.

2               What is your understanding of the length of

3    the State Farm Arena video with respect to what it

4    captures around the time of the presidential election?

5         A.  Well, all that I know about is the actual video

6    that Ray Smith had, and it was -- I know it was longer

7    than 20 hours because I remember looking at it.  It

8    started at about 6:00 a.m., November 3rd through -- to,

9    like, probably about 2:00 in the morning on

10   November 4th, but there was a lot more.

11              So I'm thinking it was closer to 40 hours.

12   I'm not totally sure.

13        Q.  And was it straight?  Was there any pauses

14   within that time period?

15        A.  I didn't see any.

16        Q.  Okay.

17              And -- so then it would be your

18   understanding that these videos captured everything that

19   happened within shot of those cameras on November 3rd

20   and November 4th until it stopped at some point on the

21   4th?

22        A.  I don't know when it stopped on the 4th.

23        Q.  But you're not aware of any time when the

24   recordings stopped in the middle of that period?

25        A.  I am not.

```
 1        Q.  And when -- when is your understanding of when

 2   Mr. Smith obtained a copy of the State Farm Arena video?

 3        A.  I believe that that happened on December 2nd.

 4        Q.  And I believe your lawsuit discusses how it

 5   took a long time to download because it was such a big

 6   file.

 7        A.  Right.

 8        Q.  And when was the first the first time that you

 9   were able to view it?

10        A.  It was approximately 1:00 in the morning on --

11        Q.  On --

12        A.  -- December 3rd.

13        Q.  And where were you at that point at 1:00 a.m.

14   on December 3rd?

15        A.  At Smith Liss.

16        Q.  How long had you been there the day before

17   December 3rd -- I guess, December 2nd and into the 3rd?

18        A.  I don't remember when I arrived exactly.  It

19   could be anywhere between, like -- well, I don't

20   remember if that was the day where I flew in.

21             I'm not sure when I got there, but it could

22   have been as early as 8:00 a.m.  It could have been

23   later if that was my first day.  No, it wouldn't have

24   been.  It wouldn't have been because it would have been

25   a Wednesday.
```

```
 1              I'm not sure.  I don't want to guess.  I
 2     don't remember.
 3          Q.  So do you recall what you were doing at the law
 4     firm past midnight?  Why were you were still there at
 5     that hour?
 6          A.  Yeah.  Because they were just at the verge of
 7     filing the complaint.  They were at the verge of ready
 8     to file.  It was just the finishing touches.  They
 9     wanted to get things done.
10          Q.  And when you say "the complaint," you mean that
11     petition that was filed on December 3rd that we talked
12     about earlier?
13          A.  Yes.
14          Q.  Okay.
15              So do you remember what you were actually
16     working on while you were waiting for this video to
17     download?
18          A.  No.
19          Q.  Okay.
20              (Simultaneous cross-talk ensues.)
21          A.  It would be something to help with the
22     complaint, but I don't know what I was doing
23     specifically.
24          Q.  (BY MS. GOVERNSKI)  Okay.
25              And can you describe kind of what happened
```

1    when the video became available for viewing sometime

2    around 1:00 a.m. on December 3rd?

3        A.   Yeah.

4               So Ray Smith -- I'm sorry.  I have a voice

5    problem.

6               Ray Smith entered the conference room, I

7    think, around 1:00, and told us all that the video was

8    finally done downloading, and it was just like we had

9    been told.  I believe his words were "the busy bees came

10   out and got to work."

11              So at that point, they cued it up on the

12   screen.  Just like we have in this conference room here,

13   there was a screen.  And the techs put it on the screen.

14   And then we watched it.

15       Q.   And who was in the room?

16       A.   So Ray was there for sure because he walked in

17   and announced it.  Brittany Parks, who is, like, the

18   lady who handles the tech stuff.

19              I'm not 100 percent sure because, number

20   one, my memory's not great.  So I'm going to put maybe

21   in front of these people's names because I'm not sure.

22              And let me add a caveat which is super

23   important.  This went on for a couple of hours.  So

24   people came and went.

25              Like, I don't remember who was present for

```
 1    what section of the video review.  I would never be able
 2    to remember that.  All I can tell you is my, like,
 3    snapshot memories of who was at some point or another, I
 4    think.
 5              So go back to Ray Smith came in to tell us
 6    to get started.  Brittany Parks cued it up on the
 7    screen.  I think Matthew Liss might have been there, but
 8    I'm not 100 percent sure about that.  I think Cletha
 9    Mitchell was there for part of it.  I think Alex Cogman
10    was there for part of it.  I think Courtney Cramer was
11    there.  Emilie Denmark for part of it; Patrick Witt;
12    Chris Gardner.  That's all I remember right now.
13         Q.  And of --
14         A.  But, like I said, these people -- it's a big
15    conference room.  It's like a common work area.
16              So if people leave to go get a cup of
17    coffee or use the restroom or go home or whatever, I
18    don't remember very clearly who all was there because I
19    didn't attribute a lot of significance to it at the
20    time.
21         Q.  I understand.  I understand.
22              So other than Cletha Mitchell, was
23    everybody else that you mentioned or that you recall
24    being there, someone who worked or volunteered directly
25    for Smith Liss?
```

1      A.  So the only person -- the Smith Liss people are

2  Emilie Denmark, Brittany, and Matthew.  Maybe Courtney

3  because I'm thinking I remember that Courtney might have

4  a Smith Liss email.  So she might have been a Smith Liss

5  employee.  I'm not sure.

6           The other people, I'm not sure if they are

7  volunteers or if any of them were paid or not or

8  whatever.  I just don't know their arrangement.

9      Q.  And was Mr. Giuliani there?

10     A.  No.

11     Q.  Ms. Ellis?

12     A.  No.

13     Q.  At any point were either of them there?

14     A.  I don't recall ever seeing them there at the

15  Smith Liss conference -- or the Smith Liss firm.

16     Q.  And do you recall --

17     A.  But then, again, I wasn't there all the time.

18     Q.  Understood?

19           At any time when you were watching this

20  video after 1:00 a.m. on December 3rd, do you recall

21  Mr. Giuliani being patched into the call remotely?

22     A.  No.

23     Q.  I know you mentioned people coming and going.

24  Were you one of those people that came or went, or did

25  you stay the whole time?

```
 1        A.  I don't remember.  I might have gone to the
 2   restroom.  I don't know.  I don't remember.
 3        Q.  That's fair.
 4             So -- but, I mean, for the most part, you
 5   were maybe going out to grab a cup of coffee or going to
 6   the bathroom, but that was kind of your home base?  If
 7   you were working, you were in the conference room?
 8        A.  Yes.
 9        Q.  And I know it was late.  It was 1:00 a.m.
10             How many hours were you watching the video
11   at that point?
12        A.  I think we watched it for about two hours.
13        Q.  So from about 1:00 a.m. to 3:00 a.m.?
14        A.  Yes.
15        Q.  And how did you know, kind of, what portions of
16   the video to watch?  Like where did you start?
17        A.  From the affidavit and from the press reports.
18        Q.  Okay.
19             So the affidavit were your starting point?
20        A.  Well, that would be the most important thing
21   because I needed to make sure -- or we needed to make
22   sure if we were going to put these affidavits in this
23   complaint or attachment, they better match this video.
24   So that was the most important.
25             But then, obviously, we'd all been reading
```

```
 1    the media for a long time.  So we had some familiarity

 2    with what had been reported, which, frankly, matched

 3    about perfectly with the affidavit.

 4        Q.  So this is interesting.  You talked of the

 5    media reports a couple of times.

 6              What specific media reports are you

 7    referring to when you refer to media reports at the

 8    time?

 9        A.  Well, I'm referring to, like, tweets by, like,

10    NBC, ABC, Atlanta Journal Constitution, 11Alive , and

11    then all of their reports from election night.

12        Q.  And what was your recollection of what those

13    tweets or media reports were saying?

14        A.  What they were staying?

15        Q.  Uh-huh.

16        A.  Is that what you said?

17        Q.  Yes.

18        A.  So -- so, essentially, those media reports

19    corroborated the affidavits and the video.  They all

20    matched.

21              In terms of, you know, Fulton County is

22    announcing they're shutting down counting for the night

23    and sending people home, and officials would not explain

24    why.  Stuff like that.

25        Q.  What other stuff?  What specific allegations do
```

Page 111

1    you recall seeing in the press reports that you're
2    referencing?
3        A.   Well, the most important thing is that the
4    press who were physically present at State Farm Arena
5    like standing right beside our observers -- because
6    that's where the officials put them, the observers and
7    the press were in the same little area that was roped
8    off -- they're all reporting that at approximately
9    10:00, an official said -- or I say they're all
10   reporting -- the majority of them are reporting.  An
11   official announced around 10:00 that they'd be stopped
12   counting around 10:30 and be restarting the next
13   morning, and there were conflicting reports about why.
14       Q.   So it wasn't clear -- I'm sorry.
15       A.   Well, I mean, I was going to say, I don't have
16   good recall now about what ABC said versus what NBC said
17   versus what 11Alive said.
18              If you go back and look at their accounts,
19   you'll see all of that right there, and it matches just
20   about perfectly with the witness affidavits and the
21   video.
22       Q.   So was there anything in those media reports
23   that went beyond what was in the affidavits or went
24   beyond what we've already discussed that was in the
25   affidavits?

# Excerpted

```
 1        A.  Yes.
 2        Q.  Did Mr. Smith tell you to act like Vanna White
 3   or something to that effect?
 4        A.  No, he did not.
 5        Q.  No?
 6             I --
 7        A.  No.  I mean, I saw that in your questions, and
 8   I thought it was kind of funny.
 9             No, that was an office joke because
10   apparently I point like Vanna White.  And I don't
11   remember if Ray Smith said that.  I don't -- I don't
12   remember who said that first, but it's kind of a joke,
13   and so --
14             MR. WHITEHILL:  When did that happen?
15             THE WITNESS:  I don't know.
16        Q.  (BY MS. GOVERNSKI)  Before the testimony?
17        A.  I don't -- I actually don't know.
18             I mean, because when we were watching the
19   video the night before, I was standing up at the screen
20   pointing at things.  I don't remember.
21        Q.  And in that context, someone, maybe not
22   Mr. Smith, alluded to Vanna White?
23        A.  Someone made a joke about it and it stuck.
24        Q.  Got it.
25        A.  I think it was -- I think it was intended to be
```

Page 135

1    complimentary of me actually, maybe.

2         Q.  And was that kind of how you would describe

3    what you thought your role was going into this, to be

4    Vanna White as to this video?

5         A.  Well, I wasn't actually intending to point -- I

6    don't remember intending anything actually.  The

7    chairman asked me to, please, get up and point at the

8    video as I went along.  So, in fact, that was what I was

9    asked to do is show people what's happening.

10              To the extent that -- yeah, what I'm trying

11   to do is show what's happening on a four-frame screen.

12   And it's actually pretty confusing if you haven't looked

13   at it for two hours.  So it was necessary to try to show

14   people what was what because it was all in the same room

15   actually because someone had to explain it.

16        Q.  Right.

17              So is there anything that you recall about

18   the conversation that happened at 11:00 a.m. that we

19   haven't discussed?

20        A.  There wasn't much to it, really.

21        Q.  And between -- actually, how long did that

22   11:00 a.m. -- I don't know if I can call it a

23   "meeting" -- that 11:00 a.m. quick discussion, how long

24   was that?

25        A.  You know what?  It might have been less than a

Page 136

1    minute.  I mean, it was very short.

2        Q.  And --

3        A.  And --

4        Q.  You had the conversation, and you immediately

5    left the firm to go back to your hotel?

6        A.  Yeah.

7        Q.  Okay.

8            And so at any point before the actual

9    hearing, did you talk with any individual who wasn't at

10   the law firm during that period that we've discussed?

11       A.  Between when and when?

12       Q.  Yeah, let me -- I'm sorry.  That was not a good

13   question.  So let me start over.

14           So at any point between 1:00 a.m. when you

15   received the video and when you arrived at the hearing

16   at 1:00 p.m. on December 3rd, have you talked to anyone

17   who wasn't physically at the law firm?

18           MR. WHITEHILL:  Object, vague.

19           But go ahead.

20       A.  I don't remember.

21       Q.  (BY MS. GOVERNSKI)  Do you recall discussing

22   your -- the State Farm Arena video with anyone outside

23   of the firm between 1:00 a.m. and the time you presented

24   at 1:00 p.m.?

25       A.  I don't remember that.

1      Q.  And do you recall discussing the plan to

2   testify at the December 3rd hearing with anyone outside

3   the firm between 1:00 a.m. and the time that you

4   presented at 1:00 p.m.?

5      A.  I don't remember that.

6      Q.  Did you have any conversations with Rudy

7   Giuliani about the State Farm Arena video in advance of

8   the December 3rd hearing?

9      A.  I do not remember communicating with Rudy other

10  than saying "hello" or "good morning" or something when

11  I saw him at the statehouse, and he actually didn't

12  speak back to me probably because he didn't know who I

13  was.

14      Q.  So that's at the December 3rd hearing at the

15  statehouse?

16      A.  Uh-huh.

17      Q.  So prior to arriving at the December 3rd

18  hearing, did you have any conversations with

19  Mr. Giuliani other than the 2018 conversations we

20  discussed earlier?

21      A.  I don't remember ever talking to him.  I have

22  no recollection of talking to him.

23      Q.  Do you have any recollection of ever talking to

24  Mr. Giuliani about the State Farm Arena video before you

25  arrived at the statehouse on December 3rd?

1       A.   I don't remember that.

2       Q.   And do you remember ever talking to Ms. Ellis

3  in advance of the December 3rd hearing, I guess, at all?

4       A.   I don't have any recollection of ever meeting

5  her.

6       Q.   I know we talked earlier about the individuals

7  connected with Mr. Giuliani including Mr. Kerik.

8            Do you recall having any conversations with

9  Mr. Kerik about anything in advance of the December 3rd

10 hearing?

11      A.   You mean related to the December 3rd hearing or

12 related to Georgia?

13      Q.   Well, let's start broader.  Related to

14 anything.

15           Have you ever talked to Mr. Kerik at all?

16      A.   Yes.

17           I have met him through my husband.

18      Q.   And when was that?

19      A.   Different friends.  They do --

20           I would say, like, 2018 or something like

21 that because I know they've been on stage together

22 before -- or not stage.  I remember them doing a press

23 conference along with, like, 20 other people in

24 Washington about criminal justice reform.  They're both,

25 like, really into that.  So they're friends.

Page 139

```
 1                    And, you know, I think I'd run into him,
 2      like, two or three times between when I first met him
 3      and December 3rd, but that would have been in the
 4      context of my husband in particular.  So it was more of
 5      a contact of my husband than mine.  So, yeah.
 6           Q.  And do you ever communicate to Mr. Giuliani or
 7      Mr. Kerik kind of through your husband?
 8           A.  Well, not Mr. Giuliani.
 9                    My husband, I don't know when's the last
10      time they ever communicated, but maybe Mr. Kerik; but I
11      don't remember now.  I can't remember doing that.
12           Q.  And --
13           A.  Would I have said, hey, hello.  Maybe.  I don't
14      know.
15           Q.  But nothing substantive that you can recall?
16           A.  Well, the only thing substantive, I think, that
17      you have a copy of it is Mr. Kerik sent a copy of the
18      Giuliani Strategic Communications Plan to me and my
19      husband on July 27th.
20                    MR. WHITEHILL:  The question is before
21      December 3rd.
22                    THE WITNESS:  Oh, I'm sorry.
23           A.  I don't remember sending any messages to Bernie
24      through my husband before December 3rd.
25           Q.  (BY MS. GOVERNSKI)  I appreciate --
```

1          A.   I have no recollection of that.

2          Q.   I appreciate your thoroughness.   We will

3     definitely get to that document.

4                But for present purposes, do you recall

5     speaking with Mr. Kerik prior December 3rd, 2020, about

6     the 2020 election?

7          A.   Yes.

8                Well, I don't recall speaking to him.   I

9     don't remember if I had any conversations with him

10    personally, but I remember thinking that he was working

11    for -- or with a different legal team.   I have a middle

12    impression -- not Giuliani.   Somebody completely

13    different.

14               And so I learned about that somehow or I

15    had an impression for some reason.   So I don't remember

16    specifically what, but that was not -- it has nothing to

17    do with -- I don't remember discussing Georgia or Ruby

18    Freeman or anything like that, but I remember thinking

19    he was working on the election.

20         Q.   So you remember seeing that he was working on

21    some election effort.

22               Do you recall having conversations with him

23    about those election efforts?

24         A.   I can't remember talking to Bernie about it.

25    He and I talked about something a little different that

# Excerpted

Page 332

1

                    IN THE UNITED STATES DISTRICT COURT
2                       FOR THE DISTRICT OF COLUMBIA
3        RUBY FREEMAN and              )
         WANDREA MOSS,                 )
4                                      )
            Plaintiffs,                )
5                                      )
         V.                            ) C.A. NO.:  21-3354
6                                      ) (BAH)
         RUDOLPH W. GIULIANI,          )
7                                      )
            Defendants.                )

8

9

10                      REPORTER'S CERTIFICATION
                        DEPOSITION OF JACKI PICK
11                          May 9, 2023
12              That the deposition transcript was delivered
13       to Ms. Meryl Governski.
14              That a copy of this certificate was served on
15       all parties and/or the witness shown herein on
16       _____.
17              I further certify that pursuant to FRCP
18       Rule 30(f)(1) that the signature of the deponent:
19              ____ was requested by the deponent or a party
20       before the completion of the deposition and that
21       signature is to be before any notary public and returned
22       within 30 days from date of receipt of the transcript.
23              If returned, the attached Changes and
24       Signature Page contains any changes and the reasons
25       therefore:

Page 333

1          _____ was not requested by the deponent or a

2   party before the completion of the deposition.

3          I certify that I am neither counsel for,

4   related to, nor employed by any of the parties or

5   attorneys in the action in which this proceeding was

6   taken, and further that I am not financially or

7   otherwise interested in the outcome of the action.

8          Certified to by me this 15th day of May,

9   2023.

10

11

12

13

14

                        ABIGAIL GUERRA, Texas CSR 9059

15                      Expiration Date:  02/28/24

                        VERITEXT LEGAL SOLUTIONS

16                      Firm Registration No. 571

                        300 Throckmorton Street

17                      Suite 1600

                        Fort Worth, Texas 76102

18                      Phone:  (817) 336-3042

19

20

21

22

23

24

25