# EXHIBIT 11

| Direction | Source | Type | Time stamp (New York) | Text | From | To | Coordinates | Details | EXIF | XMP | IPTC | Metadata | VCard | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming | Apple Messages | iMessage | 12/7/2020 12:54 | Team - | Boris Epshteyn <+16095299982> | +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 <iMessage;+;chat397880554613687051> | N/A | Source file: /private/var/mobile/Library/SMS/sms.db<br>Source file size: 325 MB<br>Source table: Message, Chat<br>Read (New York): 12/07/2020 12:54:28 PM (UTC-5)<br>Status: Read<br>Remote party: +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 | | | | | | |
| Incoming | Apple Messages | iMessage | 12/7/2020 12:54 | Urgent POTUS request  need best examples of "election fraud" that we've alleged that's super easy to explain<br><br>Doesn't necessarily have to be proven, but does need to be easy to understand<br><br>Is there any sort of "greatest hits" clearinghouse that anyone has for best examples?<br><br>Thank you!!! | Boris Epshteyn <+16095299982> | +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 <iMessage;+;chat397880554613687051> | N/A | Source file: /private/var/mobile/Library/SMS/sms.db<br>Source file size: 325 MB<br>Source table: Message, Chat<br>Read (New York): 12/07/2020 12:54:28 PM (UTC-5)<br>Status: Read<br>Remote party: +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 | | | | | | |
| Incoming | Apple Messages | iMessage | 12/7/2020 12:54 | (Original text from Jason, adding him) | Boris Epshteyn <+16095299982> | +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 <iMessage;+;chat397880554613687051> | N/A | Source file: /private/var/mobile/Library/SMS/sms.db<br>Source file size: 325 MB<br>Source table: Message, Chat<br>Read (New York): 12/07/2020 12:54:38 PM (UTC-5)<br>Status: Read<br>Remote party: +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 | | | | | | |

BOBB_FM_0352.001

| Direction | Source | Type | Time stamp (New York) | Text | From | To | Coordinates | Details | EXIF | XMP | IPTC | Metadata | VCard | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming | Apple Messages | iMessage | 12/7/2020 12:54 | N/A | Boris Epshteyn <+16095299982> | +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 <iMessage;+;chat397880554613687051> | N/A | Source file: /private/var/mobile/Library/SMS/sms.db Source file size: 325 MB Source table: Message, Chat Status: Unread Remote party: +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | | | | | | |

| Direction | Source | Type | Time stamp (New York) | Text | From | To | Coordinates | Details | EXIF | XMP | IPTC | Metadata | VCard | Attachment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Incoming | Apple Messages | iMessage | 12/7/2020 12:57 | The security camera in Atlanta alone captures theft of a minimum of 30,000 votes which alone would change result in Georgia. Remember it will live in history as the theft of a state if it is not corrected by State Legislature | Rudy Giuliani < +19172979169> | +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 <iMessage;+;chat397880554613687051> | N/A | Source file: /private/var/mobile/Library/SMS/sms.db Source file size: 325 MB Source table: Message, Chat Read (New York): 12/07/2020 12:57:48 PM (UTC-5) Status: Read Remote party: +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | | | | | |
| Incoming | Apple Messages | iMessage | 12/7/2020 13:22 | [redacted] ... GA, the state recorded on camera for history, [redacted] | Rudy Giuliani < +19172979169> | +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 <iMessage;+;chat397880554613687051> | N/A | Source file: /private/var/mobile/Library/SMS/sms.db Source file size: 325 MB Source table: Message, Chat Read (New York): 12/07/2020 01:22:30 PM (UTC-5) Status: Read Remote party: +16095299982, +13037209374, +12023301661, +13472371202, +19172979169, +12022567940 | | | | | | |