# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RUDOLPH W. GIULIANI,<br><br>    Defendant. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

## RESPONSES TO FIFTH (CORRECTED) REQUESTS FOR ADMISSION

  Defendant serves his Responses to Plaintiffs' Fifth (Corrected) Requests for Admission as follows:

**RFA 115**  Admit that the video attached at this link (https://web.archive.org/web/20201227112315/https:/www.youtube.com/watch?v=uI0kI7JTPNo&feature=youtu.be), shared on Twitter by Mr. Bernard Kerik on December 6, 2020 at this link (https://twitter.com/BernardKerik/status/1335454459971956737?s=20) is the footage You were referring to during your Deposition as the "separate video," (Tr. 187:3),You were shown that was the basis of Your statements described in the Amended Complaint at ¶¶ 90-91, 94.

Response:  Defendant is without sufficient information to admit or deny this Request as he does not recall exactly which version of these videos he was referring to in his deposition.

**RFA 116**  Admit that You reviewed at least one Trump Campaign Advertisement prior to it being aired or posted online in December 2020.

Response:  Defendant is without sufficient information to admit or deny this Request as he does not recall whether he viewed any such Advertisement before airing or posting.

**RFA 117**  Admit that You reviewed some of the Trump Campaign Advertisements prior to them being aired or posted online in December 2020.

Response:  Defendant is without sufficient information to admit or deny this Request as he does not recall whether he viewed any such Advertisements before airing or posting.

**RFA 118**  Admit that You reviewed all of the Trump Campaign Advertisements prior to them being aired or posted online in December 2020.

Response:  Defendant is without sufficient information to admit or deny this Request as he does

| | |
|---|---|
| | not recall whether he viewed any such Advertisements before airing or posting. |
| **RFA 119** | Admit that You Consulted On at least one Trump Campaign Advertisement prior to it being aired or posted online in December 2020. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 120** | Admit that You Consulted On some of the Trump Campaign Advertisements prior to them being aired or posted online in December 2020. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 121** | Admit that You Consulted On all of the Trump Campaign Advertisements prior to them being aired or posted online in December 2020. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 122** | Admit that You reviewed at least one Trump Campaign Advertisement that used footage of Plaintiffs at State Farm Arena, prior to it being aired or posted online in December 2020. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 123** | Admit that You reviewed some of the Trump Campaign Advertisements that used footage of Plaintiffs at State Farm Arena, prior to them being aired or posted online in December 2020. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 124** | Admit that You reviewed all of the Trump Campaign Advertisements that used footage of Plaintiffs at State Farm Arena, prior to them being aired or posted online in December 2020. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 125** | Admit that You Consulted On at least one Trump Campaign Advertisement that used footage of Plaintiffs at State Farm Arena, prior to it being aired or posted online in December 2020. |

| | |
|---|---|
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 126** | Admit that You Consulted On some of the Trump Campaign Advertisements that used footage of Plaintiffs at State Farm Arena, prior to them being aired or posted online in December 2020. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 127** | Admit that You Consulted On all of the Trump Campaign Advertisements that used footage of Plaintiffs at State Farm Arena, prior to them being aired or posted online in December 2020. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 128** | Admit that You reviewed the Trump Campaign Advertisement available at this link (https://twitter.com/TeamTrump/status/1341760977470062597), or versions of that advertisement, prior to it being aired or posted online. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 129** | Admit that You Consulted On the Trump Campaign Advertisement available at this link (https://twitter.com/TeamTrump/status/1341760977470062597), or versions of that advertisement, prior to it being aired or posted online. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 130** | Admit that You reviewed the Trump Campaign Advertisement available at this link: (https://twitter.com/i/status/1341825401371430913), or versions of that advertisement, prior to it being aired or posted online. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |
| **RFA 131** | Admit that You Consulted On the Trump Campaign advertisement available at this link: (https://twitter.com/i/status/1341825401371430913), or versions of that advertisement, prior to it being aired or posted online. |
| Response: | Defendant is without sufficient information to admit or deny this Request as he does not recall whether he was consulted on any aired or posted Advertisements before airing. |

RFA 132    Admit that You and/or Your legal team provided examples of alleged election fraud to the Trump Campaign to be used in Campaign advertisements.

Response:   Defendant is without sufficient information to admit or deny this Request as he does not know what all information his legal team for the Trump Campaign provided to the Campaign and what information provided was used in advertisements. Defendant denies that he provided information to the Trump Campaign for the purpose of using the information in advertisements.

RFA 133    Admit that You and/or Your legal team provided information about the Plaintiffs to the Trump Campaign to be used in Campaign Advertisements.

Response:   Defendant is without sufficient information to admit or deny this Request as he does not know what all information his legal team for the Trump Campaign provided to the Campaign and what information provided was used in advertisements. Defendant denies that he provided information to the Trump Campaign for the purpose of using the information in advertisements.

RFA 134    Admit that You and/or Your legal team provided information about State Farm Arena to the Trump Campaign to be used in Campaign Advertisements.

Response:   Defendant is without sufficient information to admit or deny this Request as he does not know what all information his legal team for the Trump Campaign provided to the Campaign and what information provided was used in advertisements. Defendant denies that he provided information to the Trump Campaign for the purpose of using the information in advertisements.

RFA 135    Admit that one of the motivations of the Trump Campaign Advertisements available at these links (https://twitter.com/TeamTrump/status/1341760977470062597; https://twitter.com/i/status/1341825401371430913) was to put pressure on state officials to recall electors and delay Congress from certifying the results on January 6, 2021.

Response:   Defendant is without sufficient information to admit or deny this Request as he does not have personal knowledge of the motivations of the Trump Campaign or its utilization of advertisements.


Respectfully submitted,

By: /s/ Joseph D. Sibley IV

CAMARA & SIBLEY L.L.P.

Joseph D. Sibley IV
DC Bar ID: TX0202

        1108 Lavaca St.
        Suite 110263
        Austin, TX 78701

        Telephone: (713) 966-6789
        Fax: (713) 583-1131
        Email: sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH GIULIANI**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2023, I served the foregoing via email.

        */s/ Joseph D. Sibley IV*
        Joseph D. Sibley IV

2