# EXHIBIT 13

**Bernard B. Kerik**
@BernardKerik

Hey stupid, no evidence? You can't be that much of a moron, so it's got to be something else.

> **PENNSYLVANIA**
>
> **Margin: 68,000 votes**
>
> - 682,777 mail-in votes were counted without a single Republican viewing and verifying the ballots, names, signatures, addresses, dates
> - Secretary of State election results removed from the internet
> - Primary – 1.98m mail-in votes sent out, 2.4m mail-in votes counted
> - Mail-in Ballots Retuned: 1,462,302
> - Mail-in Ballots Not Returned: 360,846
> - Mail Ballots Returned Before Mailed Date: 22,686
> - Mail Ballots Returned on Same Day They Were Mailed: 32,591
> - Mail Ballots Processed for Confirmed **Dead**: 8,021
> - Mail Ballots Mailed Before They Were Requested: 4,894
> - Mail Ballots Processed Before They Were Requested: 735
>
> ---
>
> **Adam Kinzinger** @RepKinzinger · Dec 26, 2020
> My God. Trying to burn the place down on the way out because you can't handle losing. No evidence, nothing but your temper tantrum and crazy conspiracies. Embarrassing. #RestoreOurGOP twitter.com/realDonaldTrum…

6:27 PM · Dec 27, 2020

**1,532** Retweets   **234** Quotes   **4,212** Likes   **117** Bookmarks

**Bernard B. Kerik** @BernardKerik · Dec 27, 2020
And some more...

**ARIZONA**

**Margin: 10,000 votes**

- 12% of mail-in ballots were in need of adjudication
- Dominion said that the machines weren't connected to the internet, but we have an affidavit that says it was
- Illegals who voted – 36,400 estimated by pro-immigrant group (American Immigration Council estimates that 276,840 illegals are in AZ)
- Jury rolls, which would show illegals and felons, were pulled from public view within months of the election
- Uniform exclusion of Republicans from meaningful observation on mail-in ballots and adjudication
- 22,903 mail-in ballots received the day before the ballot was sent out
- 2000 voters registered to a vacant lot
- 150,000 people registered in Maricopa County after the registration deadline
- 103,000 ballots in Maricopa were sent for electronic adjudication – no Republican observation
- 50,000 votes loaded on ahead of the opening of the polls

45    333    1,000

**Bernard B. Kerik** @BernardKerik · Dec 27, 2020
And some more...

**WISCONSIN**

**Margin: 20,000 votes**

"Indefinitely Confined" Voters

- Total is 226,000 for 2020
- Usual is 20,000 previous – standardized list
- No early voting – absentee voting is intentionally difficult
- Indefinitely Confined has always been strictly administered, and was designed for nursing homes and home confinement
- Secretary of State tried to expand IC to include COVID
- WI Supreme Court ruled that COVID does not count as IC
- Secretary of State convinced 200,000+ to claim IC status anyway
- Court ruled again that this is illegal, and asked that those falsely claiming IC status be identified
- Our team has found 1,000s of IC-claiming individuals with active lifestyles on FaceBook

43    350    1,371

**Bernard B. Kerik** @BernardKerik · Dec 27, 2020

And some more...

- o  No Watermain Break – a lie to get the Republican observers and media to leave at 10:30pm
- We are looking at machines in the Republican districts as the President ran 3-5% behind local legislators – and they do not believe that is possible
- Machines were connected at poll-pad and tabulator level, as we have testimony that the Denver help desk for Dominion worked on problems remotely
- Ware County demonstrated a 13%-point reduction from Trump with fractional votes and assigned to Biden for a 26% differential
- Coffee County Election Administrator shows how to manipulate cast ballots, change votes, and vote blank ballots as a function of the Dominion machine design and the electronic "Adjudication Process"
  - o  Coffee County could not replicate the ballot tallies after re-running them repeatedly, and thus did not certify their 15,000 votes
  - o  Gwinnett and Fulton County had a greater than 80% adjudication rate, where the administrator determines the voter "intent" with no oversight
    - 1 out of 250,000 is standard for inaccuracy
  - o  2,560 felons with uncomplete sentences registered to vote and cast their vote;
  - o  66,247 underage people registered to vote and illegally voted;
  - o  2,423 unregistered people voted;
  - o  4,926 registered voters who registered to vote in another state after their Georgia registration date voted;
  - o  395 people voted in Georgia and also voted in another state;
  - o  15,700 people voted in Georgia but changed their address before the election;

  - o  40,279 people voted who failed to re-register to vote in their new county in time after moving from one county to another;
  - o  1,043 people voted who illegally said a post office box was their residence;
  - o  98 people who registered too late to vote in the election;
  - o  10,315 people who had died by the time of the election;
- No Chain of Custody – 600,000

59    🔁 356    ♥ 1,168