UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>            Plaintiffs,<br><br>            v.<br><br>RUDOLPH W. GIULIANI,<br><br>            Defendants. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

**RESPONSE TO MINUTE ORDER RE SHOW CAUSE RE**
**MOTION TO COMPEL EPONYMOUS ENTITIES**

    In response to the Court's Minute Order dated July 13, 2023 regarding Plaintiffs' Motion to Compel Giuliani Partners and Giuliani Communications, Giuliani does not oppose the Court's show cause order as to why the motion to compel [Doc. 70] should not be granted.

Date: <u>July 25, 2023</u>

                                            Respectfully submitted,

                                            By: <u>/s/ Joseph D. Sibley IV</u>

                                                  CAMARA & SIBLEY L.L.P.

                                                  Joseph D. Sibley IV
                                                  DC Bar ID: TX0202
                                                  1108 Lavaca St.
                                                  Suite 110263
                                                  Austin, TX 78701

                                                  Telephone: (713) 966-6789
                                                  Fax: (713) 583-1131
                                                  Email: sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH GIULIANI**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Joseph D. Sibley IV*
Joseph D. Sibley IV