IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

**DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF PLAINTIFFS'
REPLY IN SUPPORT OF MOTION FOR DISCOVERY SANCTIONS AGAINST
DEFENDANT GIULIANI FOR FAILURE TO PRESERVE ELECTRONIC EVIDENCE**

I, Michael J. Gottlieb, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above-captioned case, and submit this Declaration in support of the Plaintiffs' Reply in Support of Motion for Discovery Sanctions Against Defendant Giuliani for Failure to Preserve Electronic Evidence (the "Sanctions Motion").

3. On May 19, 2023, the Court ordered Defendant Giuliani to produce his financial information to Plaintiffs. To date, Defendant Giuliani has produced a total of two documents in response to that order, which are from 2018 and 2019, including one court transcript from his divorce proceedings, dated December 10, 2019 and a 2018 tax return filed in the same.

4. On July 27, 2023, Defendant Giuliani tweeted a video how himself discussing the

news coverage of his Nolo Contendere Stipulation, Dkt. 84-2, (the "Stipulation"). A true and correct copy of the tweet is attached as Exhibit 1.

5. On July 26, 2023, NBC News published an article titled "Rudy Giuliani concedes he made 'false' statements about Georgia election workers." A true and correct copy of that article is attached as Exhibit 2.

6. On July 27, 2023, the Defendant appeared on an episode of "The Rubin Report," titled "Responding to Media's Latest Lie & Biden's Corruption" where he discussed his Stipulation. A true and correct excerpted copy of the transcript of that episode is attached as Exhibit 3.

7. On July 27, 2023, the Defendant participated in "The Rudy Giuliani Show" on WABC 77, in an episode titled "Bidenomics 101" and spoke about his Stipulation. A true and correct excerpted copy of the transcript of that episode is attached as Exhibit 4.

8. A true and correct copy of the email correspondence between counsel for Plaintiffs and counsel for Defendant, regarding the Stipulation, dated July 31, 2023 is attached as Exhibit 5.

9. On August 1, 2023, Kyle Cheney, a journalist at POLITICO, reported that political action committee for former-President Trump paid $340,000 to Trustpoint 4 days before Defendant Giuliani said his outstanding debt to Trustpoint for over $320,000, was cured by a third-party. A true and correct copy of the tweet with the attached photos is attaches as Exhibit 6.

10. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 1, 2023.

/s/ *Michael J. Gottlieb*
WILLKIE FARR & GALLAGHER LLP
MICHAEL J. GOTTLIEB

- 3 -

                1875 K Street, #100
                Washington, DC 20006
                Tel: (202) 303-1000
                Fax: (202) 303-2000
                mgottlieb@willkie.com

***Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss***