# EXHIBIT 1

8/1/23, 12:01 PM
Rudy W. Giuliani on Twitter: "🚨CORRECTING THE RECORD🚨 The Fake News says I admitted to lying in an overnight court fili…
Case 1:21-cv-03354-BAH   Document 86-2   Filed 08/01/23   Page 2 of 5



- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Communities
- Verified
- Profile
- More

**Post**

← Tweet

**Rudy W. Giuliani** ✓
@RudyGiuliani

Subscribe  …

🚨CORRECTING THE RECORD🚨

The Fake News says I admitted to lying in an overnight court filing. I didn't.

We are simply moving to a point in the case where we can file a motion to dismiss.

If you see a headline claiming I made an admission, just know it is #FakeNews.



5:01 PM · Jul 26, 2023 · **677.3K** Views

**8,467** Retweets   **722** Quotes   **24.5K** Likes   **248** Bookmarks

**Who can reply?**
People @RudyGiuliani follows or mentioned can reply

**Machine Pun Kelly Redux** ✓   @backell · Jul 26   …
The actual filing which you signed says you said your statements were false.

The literal filing right here.

Stop lying, Rudy.

> 3. That Defendant Giuliani, for the purposes of this litigation only, does not contest that, to the extent the statements were statements of fact and other

X

Home
Explore
Notifications
Messages
Lists
Bookmarks
Communities
Verified
Profile
More
Post

wise actionable, such actionable factual statements were false. This stipulation does not affect Giuliani's ability to seek setoff, offset or settlement credit, or his argument that his statements are constitutionally protected statements or opinions or any applicable statute of limitations, or that Giuliani's statements, in fact, caused Plaintiffs any damages, and the amount of any alleged damages which Giuliani's statements may have caused or any other legal defense not expressly waived by this Stipulation;

19 88 521 23.3K

**Snowball** @LeftAnimalFarm · Jul 27
Is he drawing a distinction between admitting to lying and not contesting that he made false statements?

2 4 49 2,382

Show replies

**Catboat Guy** @catboat401 · Jul 26
we're with you Rudy

11 3 25 2,468

Show replies

**Old School Eddie** @Old_SchoolEddie · Jul 26
I read the court documents for myself and knew it was BS, the Left is comical.

15 13 124 3,339

Show replies

**Carl Spackler** @CarlSpackler54 · Jul 26
More lies Rudy???

The following media includes potentially sensitive content. **View**
Change settings

4 18 101 5,789

**hhardcast** @Heath_H1 · Jul 26
Legal documents don't always mean what people think they do. See that qualifier of, "for purposes of this litigation?" And the language of "does not contest" instead of I admit? And the "Nolo Contendre Stipulation" at the top? All those things have specific meanings in the... Show more

15 42 147 30.7K

Show replies

**Anthony T. DiPietro Esq** @atdipietro
🚨**WOMEN EXPOSED TO ROBERT HADDEN**🚨
Columbia University leaker drops bombshell on **Robert Hadden cover-up**.




8/1/23, 12:01 PM

Rudy W. Giuliani on Twitter: "🚨CORRECTING THE RECORD🚨 The Fake News says I admitted to lying in an overnight court fili…

Case 1:21-cv-03354-BAH Document 86-2 Filed 08/01/23 Page 4 of 5



8/1/23, 12:01 PM

Rudy W. Giuliani on Twitter: "🚨CORRECTING THE RECORD🚨 The Fake News says I admitted to lying in an overnight court fili…

Case 1:21-cv-03354-BAH Document 86-2 Filed 08/01/23 Page 5 of 5

X

Home

Explore

Notifications

Messages

Lists

Bookmarks

Communities

Verified

Profile

More

Post