# EXHIBIT 3

Page 1

Freeman v. Giuliani

Responding to Media's Latest Lie & Biden's Corruption | Rudy Giuliani | POLITICS | Rubin Report

0:02:00 to 0:07:00

1                DAVE RUBIN:  -- well, for however long
2    you want to do it, up top, you want to get to any
3    of this legal nonsense --
4                RUDY GIULIANI:  Sure.  Whatever you
5    want to ask.  It's always worth clarifying it
6    because there are some people that forget that
7    most of what they get from 80 percent of the
8    media is nowadays not even --
9                DAVE RUBIN:  Oh, 80.  You're being
10   nice.
11               RUDY GIULIANI:  I am being nice.
12               DAVE RUBIN:  You are being nice.  95,
13   yeah.
14               RUDY GIULIANI:  It used to be kind of
15   warped.  Now it's flat out false and untrue.
16               DAVE RUBIN:  Yeah.
17               RUDY GIULIANI:  So the latest one is, I
18   admitted that I lied about the two women in
19   Atlanta who were on video appearing to taking
20   ballots out of a box that was under a big blanket
21   and they had gotten rid of all the Republicans
22   and they were furiously counting ballots.  And
23   they were alleged to be involved violating the
24   law because in Georgia you have to have a person
25   present when you do that.  And you can see them

1   on the video throwing everybody out.
2           DAVE RUBIN:  Right.  So this was the
3   video that everyone kind of saw --
4           RUDY GIULIANI:  So they sued me and
5   they alleged that I'm lying about that, that I --
6   that the words are false, that I have intent and
7   that they can violate my First Amendment
8   privilege because it's so bad what I said.
9           So in order to get to the heart of the
10  case, we've made a stipulation which is very
11  common in the law.  We concede to the purpose of
12  the case that first allegation that it was untrue
13  -- we don't admit it.  We don't deny it.  We just
14  put it aside and say, it doesn't matter if it's
15  true or false because we have such a strong and
16  winning case on lack of intent and on our First
17  Amendment defenses.
18          Second reason.  That first part would
19  be tried before an Atlanta -- I'm sorry -- a
20  Washington jury and my chances of winning before
21  a Washington jury are none.
22          DAVE RUBIN:  Right, right.
23          RUDY GIULIANI:  So we get the
24  Washington jury on fairness out.  So now the
25  press says, Giuliani admits lying.  You look at

Page 4

1  the document carefully, it says, this is just for
2  the purpose of that case.  It's not an admission
3  of lying.  It's not contesting it, and I can't
4  contest lying any place else in the world.  But
5  they don't bother to read the rest of it.
6          DAVE RUBIN:  Yeah.
7          RUDY GIULIANI:  And something like this
8  of course -- as a lawyer for 50 years, I've
9  probably done 500 times and it's well known in
10 the law.  It's a stipulation where you don't
11 admit or deny so that you don't have to fight
12 over this part of the case.  Even though you
13 think you might win, it might take you so long
14 and cost you so much money when you can win on
15 this part of the case much faster and much
16 cheaper.
17          DAVE RUBIN:  Right.  So pardon my legal
18 naivete for a moment.  So what do you want to
19 happen next now?  So -- forgetting what the
20 public perception of what happened is --
21          RUDY GIULIANI:  Well, this will permit
22 me to not have to go through a big, long trial
23 and we will get to a legal decision on, in trying
24 to hold me responsible for defamation, aren't
25 they violating my First Amendment rights.  My

Page 5

1  rights to represent my client and have that
2  position as a lawyer true or false.  See.  True
3  or false.
4           DAVE RUBIN:  Right.
5           RUDY GIULIANI:  I don't have to get
6  into proving that it was false which would take a
7  long time.
8           DAVE RUBIN:  Meaning -- just to
9  clarify.  So you have the right to free speech of
10 course and you as a lawyer have a right to defend
11 somebody --
12          RUDY GIULIANI:  It goes even beyond
13 that.
14          DAVE RUBIN:  Right.  Regardless of
15 whether what they're saying is right or wrong or
16 anything --
17          RUDY GIULIANI:  And we think if we get
18 it out of the biased DC district and we get it up
19 to the more general legal principles are applied
20 in the DC circuit -- I also think we got a chance
21 to go to the Supreme Court because it is a
22 perfect example of the censorship that's going on
23 now because I was being censored.  So we want to
24 get it on a fast track there, but when you do
25 that, you make stipulations.  So we made the

Page 6

1  stipulation.  The lawyers did it in the language
2  that it's been a hundred times.  Never
3  interpreted that way.  And of course the fake
4  media immediately says, Guiliani admits that he's
5  lying.  Well, I'm --
6           DAVE RUBIN:  Yeah.  I mean, that --
7           RUDY GIULIANI:  I'm not lying.  I
8  didn't admit it.  I didn't even admit it for that
9  case.  I just didn't contest it.  And I have to
10 tell you, I'm proud of myself.  I woke up this
11 morning.  I saw it in the newspapers.  I put it
12 down and I went back to sleep.
13          DAVE RUBIN:  The funny thing is that I
14 -- I think we texted and then literally it was
15 like five minutes later, I see the headline and
16 I'm like, oh, I'm trying to go off for August.
17 Why do I -- why am I getting -- but then I was
18 like, wait, why am I believing actually that the
19 media says.
20          RUDY GIULIANI:  Of course.  And of
21 course it's a perfect day to run this because
22 Hunter Biden is totally falling apart.  I mean,
23 right.  And they always look for something.  Now
24 if something even better comes along where they
25 can try to bury it, they'll take me out of it --

Page 7

1               DAVE RUBIN:  The aliens, the aliens.
2     We got non-biological humans or something
3     crashed.  Very exciting.
4               RUDY GIULIANI:  And we got something --
5               DAVE RUBIN:  It can't surprise you.  I
6     mean, you lived in New York city most of your
7     life --
8               RUDY GIULIANI:  Honestly --
9               DAVE RUBIN:  Aliens -- they're like, I
10    saw Men in Black.  Come on.
11              RUDY GIULIANI:  I think I've met them.
12              DAVE RUBIN:  You probably did.
13              RUDY GIULIANI:  And in fact some of
14    them might do a better job in the White House.
15              DAVE RUBIN:  Well, that -- I have no
16    doubt about that.
17
18
19
20
21
22
23
24
25

1          C E R T I F I C A T I O N
2
3   I, Sonya Ledanski Hyde, certify that the
4   foregoing transcript is a true and accurate
5   record of the proceedings.
6
7
8   *Sonya M. Ledanski Hyde*
9   _____
10
11  Veritext Legal Solutions
12  330 Old Country Road
13  Suite 300
14  Mineola, NY 11501
15
16  Date: July 31, 2023
17
18
19
20
21
22
23
24
25

**[& - forgetting]** Page 1

### &
**&** 1:13

### 0
**0:02:00** 1:17

### 1
**11501** 8:14
**12151** 8:8

### 2
**2023** 8:16

### 3
**300** 8:13
**31** 8:16
**330** 8:12

### 5
**50** 4:8
**500** 4:9

### 8
**80** 2:7,9

### 9
**95** 2:12

### a
**accurate** 8:4
**actually** 6:18
**admission** 4:2
**admit** 3:13 4:11 6:8,8
**admits** 3:25 6:4
**admitted** 2:18
**aliens** 7:1,1,9
**allegation** 3:12
**alleged** 2:23 3:5

**amendment** 3:7 3:17 4:25
**apart** 6:22
**appearing** 2:19
**applied** 5:19
**aside** 3:14
**atlanta** 2:19 3:19
**august** 6:16

### b
**back** 6:12
**bad** 3:8
**ballots** 2:20,22
**believing** 6:18
**better** 6:24 7:14
**beyond** 5:12
**biased** 5:18
**biden** 6:22
**biden's** 1:13
**big** 2:20 4:22
**biological** 7:2
**black** 7:10
**blanket** 2:20
**bother** 4:5
**box** 2:20
**bury** 6:25

### c
**c** 8:1,1
**carefully** 4:1
**case** 3:10,12,16 4:2,12,15 6:9
**censored** 5:23

**censorship** 5:22
**certify** 8:3
**chance** 5:20
**chances** 3:20
**cheaper** 4:16
**circuit** 5:20
**city** 7:6
**clarify** 5:9
**clarifying** 2:5
**client** 5:1
**come** 7:10
**comes** 6:24
**common** 3:11
**concede** 3:11
**contest** 4:4 6:9
**contesting** 4:3
**corruption** 1:14
**cost** 4:14
**counting** 2:22
**country** 8:12
**course** 4:8 5:10 6:3,20,21
**court** 5:21
**crashed** 7:3

### d
**date** 8:16
**dave** 2:1,9,12 2:16 3:2,22 4:6 4:17 5:4,8,14 6:6,13 7:1,5,9 7:12,15
**day** 6:21

**dc** 5:18,20
**decision** 4:23
**defamation** 4:24
**defend** 5:10
**defenses** 3:17
**deny** 3:13 4:11
**district** 5:18
**document** 4:1
**doubt** 7:16

### e
**e** 8:1
**everybody** 3:1
**example** 5:22
**exciting** 7:3

### f
**f** 8:1
**fact** 7:13
**fairness** 3:24
**fake** 6:3
**falling** 6:22
**false** 2:15 3:6 3:15 5:2,3,6
**fast** 5:24
**faster** 4:15
**fight** 4:11
**first** 3:7,12,16 3:18 4:25
**five** 6:15
**flat** 2:15
**foregoing** 8:4
**forget** 2:6
**forgetting** 4:19

**free** 5:9
**freeman** 1:12
**funny** 6:13
**furiously** 2:22

**g**

**general** 5:19
**georgia** 2:24
**getting** 6:17
**giuliani** 1:12,14
  2:4,11,14,17
  3:4,23,25 4:7
  4:21 5:5,12,17
  6:7,20 7:4,8,11
  7:13
**go** 4:22 5:21
  6:16
**goes** 5:12
**going** 5:22
**gotten** 2:21
**guiliani** 6:4

**h**

**happen** 4:19
**happened** 4:20
**headline** 6:15
**heart** 3:9
**hold** 4:24
**honestly** 7:8
**house** 7:14
**humans** 7:2
**hundred** 6:2
**hunter** 6:22
**hyde** 8:3

**i**

**immediately**
  6:4
**intent** 3:6,16
**interpreted** 6:3
**involved** 2:23

**j**

**job** 7:14
**july** 8:16
**jury** 3:20,21,24

**k**

**kind** 2:14 3:3
**known** 4:9

**l**

**lack** 3:16
**language** 6:1
**latest** 1:13 2:17
**law** 2:24 3:11
  4:10
**lawyer** 4:8 5:2
  5:10
**lawyers** 6:1
**ledanski** 8:3
**legal** 2:3 4:17
  4:23 5:19 8:11
**lie** 1:13
**lied** 2:18
**life** 7:7
**literally** 6:14
**lived** 7:6
**long** 2:1 4:13
  4:22 5:7
**look** 3:25 6:23

**lying** 3:5,25 4:3
  4:4 6:5,7

**m**

**made** 3:10 5:25
**make** 5:25
**matter** 3:14
**mean** 6:6,22
  7:6
**meaning** 5:8
**media** 2:8 6:4
  6:19
**media's** 1:13
**men** 7:10
**met** 7:11
**mineola** 8:14
**minutes** 6:15
**moment** 4:18
**money** 4:14
**morning** 6:11

**n**

**n** 8:1
**naivete** 4:18
**never** 6:2
**new** 7:6
**newspapers**
  6:11
**nice** 2:10,11,12
**non** 7:2
**nonsense** 2:3
**nowadays** 2:8
**ny** 8:14

**o**

**o** 8:1
**oh** 2:9 6:16
**old** 8:12
**order** 3:9

**p**

**pardon** 4:17
**part** 3:18 4:12
  4:15
**people** 2:6
**percent** 2:7
**perception**
  4:20
**perfect** 5:22
  6:21
**permit** 4:21
**person** 2:24
**place** 4:4
**politics** 1:14
**position** 5:2
**present** 2:25
**press** 3:25
**principles** 5:19
**privilege** 3:8
**probably** 4:9
  7:12
**proceedings**
  8:5
**proud** 6:10
**proving** 5:6
**public** 4:20
**purpose** 3:11
  4:2
**put** 3:14 6:11

| r | s | throwing 3:1 | washington |
|---|---|---|---|
| r 8:1 | saw 3:3 6:11 7:10 | time 5:7 | 3:20,21,24 |
| read 4:5 | saying 5:15 | times 4:9 6:2 | way 6:3 |
| reason 3:18 | says 3:25 4:1 6:4,19 | top 2:2 | we've 3:10 |
| record 8:5 | second 3:18 | totally 6:22 | went 6:12 |
| regardless 5:14 | see 2:25 5:2 6:15 | track 5:24 | white 7:14 |
| report 1:15 | signature 8:8 | transcript 8:4 | win 4:13,14 |
| represent 5:1 | sleep 6:12 | trial 4:22 | winning 3:16 3:20 |
| republicans 2:21 | solutions 8:11 | tried 3:19 | woke 6:10 |
| responding 1:13 | somebody 5:11 | true 3:15 5:2,2 8:4 | women 2:18 |
| responsible 4:24 | sonya 8:3 | try 6:25 | words 3:6 |
| rest 4:5 | sorry 3:19 | trying 4:23 6:16 | world 4:4 |
| rid 2:21 | speech 5:9 | two 2:18 | worth 2:5 |
| right 3:2,22,22 4:17 5:4,9,10 5:14,15 6:23 | stipulation 3:10 4:10 6:1 | u | wrong 5:15 |
| rights 4:25 5:1 | stipulations 5:25 | under 2:20 | y |
| road 8:12 | strong 3:15 | untrue 2:15 3:12 | yeah 2:13,16 4:6 6:6 |
| rubin 1:14 2:1 2:9,12,16 3:2 3:22 4:6,17 5:4 5:8,14 6:6,13 7:1,5,9,12,15 | sued 3:4 | used 2:14 | years 4:8 |
| | suite 8:13 | v | york 7:6 |
| | supreme 5:21 | v 1:12 | |
| | sure 2:4 | veritext 8:11 | |
| | surprise 7:5 | video 2:19 3:1 3:3 | |
| rudy 1:14 2:4 2:11,14,17 3:4 3:23 4:7,21 5:5 5:12,17 6:7,20 7:4,8,11,13 | t | violate 3:7 | |
| | t 8:1,1 | violating 2:23 4:25 | |
| | take 4:13 5:6 6:25 | w | |
| | tell 6:10 | wait 6:18 | |
| run 6:21 | texted 6:14 | want 2:2,2,5 4:18 5:23 | |
| | thing 6:13 | warped 2:15 | |
| | think 4:13 5:17 5:20 6:14 7:11 | | |