# EXHIBIT 4

Page 1

1

2

3

4

5

6

7

8

9

10

11

12

13    Freeman v. Giuliani

14    Audio File:  WABC1790035427.mp3

15

16    0:22:00 to 0:34:00

17

18

19

20

21

22

23

24

25

Page 2

```
 1              MARIA RYAN:  The Commission for the
 2    preservation of Americans Heritage Abroad.  Yeah,
 3    and here is another one; Bidenomics is when your
 4    vice-presidential's chief of staff organizes a
 5    four-month ceremonial role at the United Nations
 6    for your sister that pays a cool $26,000.  After
 7    which, your son's business partner organizes two
 8    additional $12,500 per month consulting contracts
 9    for her, one with the Biden Foundation, and the
10    other with the University of Delaware.
11              RUDY GIULIANI:  Yeah, it's -- it's
12    impossible -- and I'm not going to get into it
13    because I have this guy that wants to challenge
14    me who's calling.  And I want to show you, I let
15    you all on whether you agree with me, disagree
16    with me, or want to ask me a question you
17    shouldn't have to ask me because you should have
18    figured it out yourself.  But I'm happy to have
19    you ask it.  Fred, my friend in Manhattan.
20    What's your question, Fred?
21              CALLER FRED:  Mr. Mayor, I'm a great
22    admirer of you.  But one of things I like best
23    about you is your honesty.  And today -- I know
24    you can't believe everything you read in the
25    newspapers, but I just want to read one sentence
```

                                                    Page 3

 1   from the Wall Street Journal today.

 2              RUDY GIULIANI:  Sure.

 3              CALLER FRED:  And would ask -- and

 4   would ask you to -- I'd like to hear your side of

 5   it because I know --

 6              RUDY GIULIANI:  Well, thank you.  I --

 7   I appreciate that.  That's very fair.

 8              CALLER FRED:  Okay.  So if -- I'm just

 9   going to read this one sentence.  "In a carefully

10   worded statement filed in federal court late

11   Tuesday, New York's Giuliani said he didn't

12   contest that his statements about Wandrea ArShaye

13   Moss and her mother, Ruby Freeman, were false and

14   carry meaning that is defamatory."  So my

15   question to you is, did you say these statements

16   that you knew to be false, or you believed to be

17   false without any real proof?  And the fact that

18   later on they say you have -- you have defenses,

19   which include constitutional protection -- that

20   are constitutionally protected, that -- that

21   doesn't -- that doesn't address the honesty part

22   of it.  And I'd like to hear your response.

23              RUDY GIULIANI:  You're absolutely

24   right.  Sure, I'll give you the response.  That

25   is a stipulation that you do very often in a case

Page 4

1    when you don't want to litigate a certain part of

2    a case and you want to litigate the other part.

3    So that means I am not saying that what I said

4    was untrue.  I'm not admitting that.  I'm just

5    not contesting it because I don't want to have a

6    big, long trial over it.

7              I believe if we had a trial, I could

8    put in a very good defense.  I think in front of

9    a Washington jury it would useless.  I would lose

10   because I do not believe that the 98 percent

11   Washington jurors would give me a fair trial any

12   more than they've given anyone else a fair trial.

13   And then, I have better defenses that I can make

14   to the court, including the appellate court, that

15   will win the case.  So given the fact that they

16   have cost me millions of dollars in legal fees,

17   maybe if I had unlimited amount of money, I'd

18   fight them on that.  I made that stipulation.

19              And the stipulation is exactly what it

20   says it is.  It's not an admission that I lied;

21   it's not an admission that I defamed them, nor is

22   it -- it is a -- basically, we're putting it

23   aside so we can get to the part of the case where

24   I have a much better defense because I don't have

25   the money to litigate both parts of the case.

Page 5

```
 1              MARIA RYAN:  You know, Mayor, I was
 2    talking --
 3              RUDY GIULIANI:  Which is done by the --
 4    which I've done for clients -- oh, my goodness, a
 5    hundred times.  You stipulate things out of a
 6    case that you don't believe is worth fighting
 7    over.
 8              MARIA RYAN:  And spending money,
 9    ridiculous amount of money.
10              RUDY GIULIANI:  Right.  And I have to
11    also say, part of -- if we were in -- if were
12    litigating this case in a neutral jurisdiction,
13    under what we always considered to be American
14    law and not the system that Biden has created for
15    us, which is something closer to a fascist system
16    of justice, I would have litigated that and
17    wasted -- and spent the money.
18              MARIA RYAN:  Can I ask you a question?
19              RUDY GIULIANI:  Because I -- but I
20    don't -- I don't think I have a prayer in front
21    of a Washington jury, so I take it out of the
22    case.  I don't admit that I lied.  I -- I
23    say -- I don't admit or deny.  Put it aside,
24    let -- now let's get to whether I am going to be
25    able to show that I had support for the
```

Page 6

1  statements that I made.  I mean, you -- you

2  can -- you can make an incorrect statement and

3  still not be lying if you believe it's true

4  because somebody gave you the information.

5           MARIA RYAN:  Could I ask you a question

6  on that?

7           RUDY GIULIANI: Yeah.

8           MARIA RYAN:  I was talking to --

9           RUDY GIULIANI:  And it was an

10  absolutely cheap, disgusting headline because the

11  reporters who do it know this is done in every

12  case.  It is not -- first of all, it doesn't --

13  it's not an admission.  A big difference between

14  a stipulated concession and admission and they

15  know that.  Thousands of documents are filed in

16  court every day that say, I don't admit or deny.

17           MARIA RYAN:  So I was talking to this

18  prestigious lawyer who said exactly almost

19  word-for-word what you're saying.

20           RUDY GIULIANI:  Well, maybe because

21  it's the truth.

22           MARIA RYAN:  Yeah, yeah, yeah, yeah.

23           RUDY GIULIANI:  They're a bunch of damn

24  liars.

25           MARIA RYAN:  Yeah.  And he was saying

```
 1    it was purposely twisted in the newspapers.  I
 2    think of reporters who are very politically
 3    biased and they're going to write whatever they
 4    want.  And it's salacious, right?  They got a lot
 5    of views on it.  Aren't -- wouldn't it -- I -- I
 6    don't even know how to word this.  Shouldn't
 7    journalists if it's something to do with
 8    legal -- they're not lawyers.  Right?  Shouldn't
 9    they consult with a non-biased lawyer before they
10    respond?
11              RUDY GIULIANI:  No.  Because under
12    Times against Sullivan, I virtually have no
13    rights.  So basically, I could sue them until my
14    heart's content, but I would have to prove malice
15    on their part.  And there's enough confusion and
16    interpretation in that direction so that it would
17    be hard for me to prove actual malice.  And I'd
18    waste my time on that as well.
19              MARIA RYAN:  And if you --
20              RUDY GIULIANI:  Plus, if I sued them
21    and I happened to get a Trump judge, he may turn
22    it into a criminal case and put me in jail for 50
23    years.
24              MARIA RYAN:  It's crazy.  Right?
25              RUDY GIULIANI:  Like they did with the
```

Page 8

1    January --

2              MARIA RYAN:  There's really no justice.

3              RUDY GIULIANI:  -- remember, I'm -- I'm

4    litigating that case, the one their talking

5    about.  And in front of a judge that has put

6    these January 6th people in jail for

7    amount -- for amounts of time that would make you

8    shudder.

9              MARIA RYAN:  Yeah.  No, we definitely

10   have a problem with our DAs, our court system,

11   and our judges.  If you wouldn't mind -- and you

12   can tell me if you're not allowed to answer this

13   question.  But again, I was told that you got the

14   information from another lawyer or a legislature.

15   Can you comment whether you got the tape --

16             RUDY GIULIANI:  No, that I got it from

17   both.

18             MARIA RYAN:  So -- okay.  So you got --

19             RUDY GIULIANI:  Well, I got -- I got it

20   from a -- the -- my co-counsel.

21             MARIA RYAN:  Yeah.

22             RUDY GIULIANI:  I didn't -- I didn't

23   develop this --

24             MARIA RYAN:  Right.  So if you --

25             RUDY GIULIANI:  -- this tape or

Page 9

1  information on them.

2          MARIA RYAN:  -- if you got the tape

3  from another person, you believed everything

4  about the tape, it's been all over YouTube,

5  Rumble, from everybody else, what -- how can they

6  single you out and not go after all the other

7  people?

8          RUDY GIULIANI:  Now, take this in, my

9  friend.  If it weren't for me, you would not know

10  anything about Joe Biden's criminality.  If I had

11  died in 2017, we would now have zero knowledge of

12  Joe Biden.  The original information about Joe

13  Biden had been covered up successfully until I

14  revealed it, developed in November of 2018.  And

15  revealed it for the first time in late January,

16  early February 2019.

17          And you'll find that in John Solomon's

18  columns and On the Air with Sean Hannity.  You'll

19  then see my first 10 podcasts where I don't just

20  lay it out, I prove it.  Unlike other lying

21  creeps, I'm a person who proves things, so.

22          MARIA RYAN:  But they want to shut you

23  up, bascially, because I never saw that video

24  from you.  I saw the video from -- and I'm not

25  going to mention her name because I don't want

Page 10

```
 1    them to go after her.  But it was a female, and
 2    she was pointing out everything in it.  Look how
 3    they took the ballots out from the table, look
 4    how the -- Georgia law says that both parties
 5    have to be present when counting.
 6              RUDY GIULIANI:  You see, you -- you're
 7    actually making a very good point because that's
 8    what we want to litigate about.
 9              MARIA RYAN:  Yeah.
10              RUDY GIULIANI:  Not what's true, what's
11    false, but was I entitled to have that opinion?
12              MARIA RYAN:  Right.
13              RUDY GIULIANI:  And the answer to that
14    is almost yes.  And I think even a prejudiced
15    Washington jury, we have a shot at that.  And
16    then, if they came out the other way, we'd have a
17    shot at getting it reversed.
18              MARIA RYAN:  Yeah.
19              RUDY GIULIANI:  Whereas, you know,
20    look, remember I'm also affected by the fact that
21    a client, a young woman who just carried around a
22    sign once that she was for -- for Reagan and you
23    know --
24              MARIA RYAN:  No, for Trump.
25              RUDY GIULIANI:  -- for Trump and they
```

```
                                                Page 11
 1   tortured her.  They actually tortured her.
 2             MARIA RYAN:  A high schooler.
 3             RUDY GIULIANI:  They -- they tortured
 4   her --
 5             MARIA RYAN:  Yeah.
 6             RUDY GIULIANI:  -- out of the school.
 7   They almost gave her a nervous breakdown.
 8             MARIA RYAN:  It was irrational how they
 9   went after her, yeah.
10             RUDY GIULIANI:  They -- they said they
11   were rip -- rip apart her private parts.  And
12   then they wrote her a letter saying Republicans
13   don't belong in the public school system, after
14   all, we're 99 percent Democrats.  I've also seen
15   cases decided irrationally by Washington jurors.
16   So my lawyer -- I mean, this is also my lawyer's
17   opinion.  My lawyer would do the same thing I
18   did.  My lawyer had to make a practical decision.
19             MARIA RYAN:  Right.
20             RUDY GIULIANI:  What can we win and
21   what can't we win.  And for a lawyer, this is an
22   easy -- we do this all the time.  We make
23   concessions in a case, even though --
24             MARIA RYAN:  Concessions is not
25   admission.
```

```
                                      Page 12
 1            RUDY GIULIANI:  We make concessions to
 2    save time --
 3            MARIA RYAN:  Right, and money.
 4            RUDY GIULIANI:  -- not because we're
 5    admitting anything.
 6            MARIA RYAN:  Yeah.  Well, I think --
 7            RUDY GIULIANI:  So that's -- that's
 8    what this is.
 9            MARIA RYAN:  Yeah.
10            RUDY GIULIANI:  And they took advantage
11    of it.  Look, nowadays -- I woke up this morning.
12    I saw it, I said, here we go.  Cheap shot again,
13    another liar.  I'll answer it later, and I went
14    back to sleep.
15            MARIA RYAN:  Yeah.  Well, you're a good
16    man.  I know you nothing but being honest.  Some
17    people might say too honest, but I thank you for
18    what you did for this country.  When no one would
19    speak about Ukraine corruption, you spoke about
20    it.  When that laptop -- I'll never forget you
21    saying, why did it have to be given to me?  Now
22    that I know there's corruption, I have an
23    obligation to tell the American people.  So
24    those --
25            RUDY GIULIANI:  No, I knew the --
```

                                                    Page 13

1              MARIA RYAN:  -- bright people --

2              RUDY GIULIANI:  -- I knew I could get

3    crucified.  I knew I was going to be crucified

4    over --

5              MARIA RYAN:  -- are behind you.

6              RUDY GIULIANI:  -- putting it out.

7              MARIA RYAN:  Yep.

8              RUDY GIULIANI: When I put out the

9    original information on Biden, I was told by a

10   friend, they're going to crucify you.

11             MARIA RYAN:  Yeah.

12             RUDY GIULIANI:  And I actually didn't

13   think you were.  You know, at then I didn't

14   tell -- but the time we got to the hard drive, I

15   knew -- oh, my God, this is going to be --

16   they're going to -- I think they -- they had

17   already gotten me thrown out of my law firm.  I

18   don't remember.  But I mean, this is going to

19   be -- there could be a disaster for me

20   (indiscernible).

21             MARIA RYAN:  Well, your law firm is at

22   a loss.  They're a bunch of losers.

23             RUDY GIULIANI:  They're not really

24   lawyers.  When you do that, you're really a

25   lawyer.  You're --

```
 1              MARIA RYAN:  Yeah, when you're not, you
 2    do that.
 3              RUDY GIULIANI: -- you're something
 4    else.
 5              MARIA RYAN:  But thanks for having me
 6    on about Bidenomics.  But it's something that's
 7    tearing apart this country.
 8              RUDY GIULIANI:  Well, thank you Dr.
 9    Maria.  You'll be back.  And certainly on Sunday
10    with Uncovering the Truth from 10 to 11.
11              MARIA RYAN:  Yes, sir.
12              RUDY GIULIANI: We'll be right back.
13              ADVERTISEMENT:  For America's climate
14    goals, investing in clean energy adds up.  But
15    what doesn't add up is an additionality
16    requirements for clean hydrogen.  Additionality
17    would put an unnecessary and inequitable burden
18    on domestic clean hydrogen producers and have
19    serious consequences for America.  America needs
20    clean hydrogen, but an additionality requirement
21    just doesn't add up.  Get the facts at
22    cleanhydrogentoday.org.  Paid for by the Fuel
23    Cell and Hydrogen Energy Association.
24              (End of requested audio)
25
```

```
                                             Page 15

 1              C E R T I F I C A T I O N

 2

 3   I, Sonya Ledanski Hyde, certify that the

 4   foregoing transcript is a true and accurate

 5   record of the proceedings.

 6

 7

 8

 9   _____

10

11   Veritext Legal Solutions

12   330 Old Country Road

13   Suite 300

14   Mineola, NY 11501

15

16   Date: August 1, 2023

17

18

19

20

21

22

23

24

25
```

**[0:22:00 - cleanhydrogentoday.org.]**                    Page 1

| **0** |
| :---: |

**0:22:00**   1:16

| **1** |
| :---: |

**1**   15:16
**10**   9:19 14:10
**11**   14:10
**11501**   15:14
**12,500**   2:8
**12151**   15:8

| **2** |
| :---: |

**2017**   9:11
**2018**   9:14
**2019**   9:16
**2023**   15:16
**26,000**   2:6

| **3** |
| :---: |

**300**   15:13
**330**   15:12

| **5** |
| :---: |

**50**   7:22

| **6** |
| :---: |

**6th**   8:6

| **9** |
| :---: |

**98**   4:10
**99**   11:14

| **a** |
| :---: |

**able**   5:25
**abroad**   2:2
**absolutely**   3:23
  6:10
**accurate**   15:4

**actual**   7:17
**actually**   10:7
  11:1 13:12
**add**   14:15,21
**additional**   2:8
**additionality**
  14:15,16,20
**address**   3:21
**adds**   14:14
**admirer**   2:22
**admission**   4:20
  4:21 6:13,14
  11:25
**admit**   5:22,23
  6:16
**admitting**   4:4
  12:5
**advantage**
  12:10
**advertisement**
  14:13
**affected**   10:20
**agree**   2:15
**air**   9:18
**allowed**   8:12
**america**   14:19
  14:19
**america's**
  14:13
**american**   5:13
  12:23
**americans**   2:2
**amount**   4:17
  5:9 8:7

**amounts**   8:7
**answer**   8:12
  10:13 12:13
**apart**   11:11
  14:7
**appellate**   4:14
**appreciate**   3:7
**arshaye**   3:12
**aside**   4:23 5:23
**association**
  14:23
**audio**   1:14
  14:24
**august**   15:16

| **b** |
| :---: |

**back**   12:14
  14:9,12
**ballots**   10:3
**bascially**   9:23
**basically**   4:22
  7:13
**believe**   2:24 4:7
  4:10 5:6 6:3
**believed**   3:16
  9:3
**belong**   11:13
**best**   2:22
**better**   4:13,24
**biased**   7:3,9
**biden**   2:9 5:14
  9:12,13 13:9
**biden's**   9:10
**bidenomics**   2:3
  14:6

**big**   4:6 6:13
**breakdown**
  11:7
**bright**   13:1
**bunch**   6:23
  13:22
**burden**   14:17
**business**   2:7

| **c** |
| :---: |

**c**   15:1,1
**caller**   2:21 3:3
  3:8
**calling**   2:14
**carefully**   3:9
**carried**   10:21
**carry**   3:14
**case**   3:25 4:2
  4:15,23,25 5:6
  5:12,22 6:12
  7:22 8:4 11:23
**cases**   11:15
**cell**   14:23
**ceremonial**   2:5
**certain**   4:1
**certainly**   14:9
**certify**   15:3
**challenge**   2:13
**cheap**   6:10
  12:12
**chief**   2:4
**clean**   14:14,16
  14:18,20
**cleanhydroge...**
  14:22

**client**  10:21
**clients**  5:4
**climate**  14:13
**closer**  5:15
**columns**  9:18
**comment**  8:15
**commission**  2:1
**concession**  6:14
**concessions**
   11:23,24 12:1
**confusion**  7:15
**consequences**
   14:19
**considered**
   5:13
**constitutional**
   3:19
**constitutional...**
   3:20
**consult**  7:9
**consulting**  2:8
**content**  7:14
**contest**  3:12
**contesting**  4:5
**contracts**  2:8
**cool**  2:6
**corruption**
   12:19,22
**cost**  4:16
**counsel**  8:20
**counting**  10:5
**country**  12:18
   14:7 15:12
**court**  3:10 4:14
   4:14 6:16 8:10

**covered**  9:13
**crazy**  7:24
**created**  5:14
**creeps**  9:21
**criminal**  7:22
**criminality**
   9:10
**crucified**  13:3,3
**crucify**  13:10

### d

**damn**  6:23
**das**  8:10
**date**  15:16
**day**  6:16
**decided**  11:15
**decision**  11:18
**defamatory**
   3:14
**defamed**  4:21
**defense**  4:8,24
**defenses**  3:18
   4:13
**definitely**  8:9
**delaware**  2:10
**democrats**
   11:14
**deny**  5:23 6:16
**develop**  8:23
**developed**  9:14
**died**  9:11
**difference**  6:13
**direction**  7:16
**disagree**  2:15
**disaster**  13:19

**disgusting**  6:10
**documents**
   6:15
**dollars**  4:16
**domestic**  14:18
**dr**  14:8
**drive**  13:14

### e

**e**  15:1
**early**  9:16
**easy**  11:22
**energy**  14:14
   14:23
**entitled**  10:11
**everybody**  9:5
**exactly**  4:19
   6:18

### f

**f**  15:1
**fact**  3:17 4:15
   10:20
**facts**  14:21
**fair**  3:7 4:11,12
**false**  3:13,16,17
   10:11
**fascist**  5:15
**february**  9:16
**federal**  3:10
**fees**  4:16
**female**  10:1
**fight**  4:18
**fighting**  5:6
**figured**  2:18

**file**  1:14
**filed**  3:10 6:15
**find**  9:17
**firm**  13:17,21
**first**  6:12 9:15
   9:19
**foregoing**  15:4
**forget**  12:20
**foundation**  2:9
**four**  2:5
**fred**  2:19,20,21
   3:3,8
**freeman**  1:13
   3:13
**friend**  2:19 9:9
   13:10
**front**  4:8 5:20
   8:5
**fuel**  14:22

### g

**georgia**  10:4
**getting**  10:17
**giuliani**  1:13
   2:11 3:2,6,11
   3:23 5:3,10,19
   6:7,9,20,23
   7:11,20,25 8:3
   8:16,19,22,25
   9:8 10:6,10,13
   10:19,25 11:3
   11:6,10,20
   12:1,4,7,10,25
   13:2,6,8,12,23
   14:3,8,12

**give**  3:24 4:11
**given**  4:12,15
   12:21
**go**  9:6 10:1
   12:12
**goals**  14:14
**god**  13:15
**going**  2:12 3:9
   5:24 7:3 9:25
   13:3,10,15,16
   13:18
**good**  4:8 10:7
   12:15
**goodness**  5:4
**gotten**  13:17
**great**  2:21
**guy**  2:13

**h**

**hannity**  9:18
**happened**  7:21
**happy**  2:18
**hard**  7:17
   13:14
**headline**  6:10
**hear**  3:4,22
**heart's**  7:14
**heritage**  2:2
**high**  11:2
**honest**  12:16
   12:17
**honesty**  2:23
   3:21
**hundred**  5:5
**hyde**  15:3

**hydrogen**
   14:16,18,20,23

**i**

**impossible**  2:12
**include**  3:19
**including**  4:14
**incorrect**  6:2
**indiscernible**
   13:20
**inequitable**
   14:17
**information**
   6:4 8:14 9:1,12
   13:9
**interpretation**
   7:16
**investing**  14:14
**irrational**  11:8
**irrationally**
   11:15

**j**

**jail**  7:22 8:6
**january**  8:1,6
   9:15
**joe**  9:10,12,12
**john**  9:17
**journal**  3:1
**journalists**  7:7
**judge**  7:21 8:5
**judges**  8:11
**jurisdiction**
   5:12
**jurors**  4:11
   11:15

**jury**  4:9 5:21
   10:15
**justice**  5:16 8:2

**k**

**knew**  3:16
   12:25 13:2,3
   13:15
**know**  2:23 3:5
   5:1 6:11,15 7:6
   9:9 10:19,23
   12:16,22 13:13
**knowledge**
   9:11

**l**

**laptop**  12:20
**late**  3:10 9:15
**law**  5:14 10:4
   13:17,21
**lawyer**  6:18 7:9
   8:14 11:16,17
   11:18,21 13:25
**lawyer's**  11:16
**lawyers**  7:8
   13:24
**lay**  9:20
**ledanski**  15:3
**legal**  4:16 7:8
   15:11
**legislature**  8:14
**letter**  11:12
**liar**  12:13
**liars**  6:24
**lied**  4:20 5:22

**litigate**  4:1,2,25
   10:8
**litigated**  5:16
**litigating**  5:12
   8:4
**long**  4:6
**look**  10:2,3,20
   12:11
**lose**  4:9
**losers**  13:22
**loss**  13:22
**lot**  7:4
**lying**  6:3 9:20

**m**

**made**  4:18 6:1
**make**  4:13 6:2
   8:7 11:18,22
   12:1
**making**  10:7
**malice**  7:14,17
**man**  12:16
**manhattan**
   2:19
**maria**  2:1 5:1,8
   5:18 6:5,8,17
   6:22,25 7:19
   7:24 8:2,9,18
   8:21,24 9:2,22
   10:9,12,18,24
   11:2,5,8,19,24
   12:3,6,9,15
   13:1,5,7,11,21
   14:1,5,9,11
**mayor**  2:21 5:1

mean   6:1 11:16
  13:18
meaning   3:14
means   4:3
mention   9:25
millions   4:16
mind   8:11
mineola   15:14
money   4:17,25
  5:8,9,17 12:3
month   2:5,8
morning   12:11
moss   3:13
mother   3:13

**n**

n   15:1
name   9:25
nations   2:5
needs   14:19
nervous   11:7
neutral   5:12
never   9:23
  12:20
new   3:11
newspapers
  2:25 7:1
non   7:9
november   9:14
nowadays
  12:11
ny   15:14

**o**

o   15:1

obligation
  12:23
oh   5:4 13:15
okay   3:8 8:18
old   15:12
once   10:22
opinion   10:11
  11:17
organizes   2:4,7
original   9:12
  13:9

**p**

paid   14:22
part   3:21 4:1,2
  4:23 5:11 7:15
parties   10:4
partner   2:7
parts   4:25
  11:11
pays   2:6
people   8:6 9:7
  12:17,23 13:1
percent   4:10
  11:14
person   9:3,21
plus   7:20
podcasts   9:19
point   10:7
pointing   10:2
politically   7:2
practical   11:18
prayer   5:20
prejudiced
  10:14

present   10:5
preservation
  2:2
presidential's
  2:4
prestigious
  6:18
private   11:11
problem   8:10
proceedings
  15:5
producers
  14:18
proof   3:17
protected   3:20
protection   3:19
prove   7:14,17
  9:20
proves   9:21
public   11:13
purposely   7:1
put   4:8 5:23
  7:22 8:5 13:8
  14:17
putting   4:22
  13:6

**q**

question   2:16
  2:20 3:15 5:18
  6:5 8:13

**r**

r   15:1
read   2:24,25
  3:9

reagan   10:22
real   3:17
really   8:2 13:23
  13:24
record   15:5
remember   8:3
  10:20 13:18
reporters   6:11
  7:2
republicans
  11:12
requested
  14:24
requirement
  14:20
requirements
  14:16
respond   7:10
response   3:22
  3:24
revealed   9:14
  9:15
reversed   10:17
ridiculous   5:9
right   3:24 5:10
  7:4,8,24 8:24
  10:12 11:19
  12:3 14:12
rights   7:13
rip   11:11,11
road   15:12
role   2:5
ruby   3:13
rudy   2:11 3:2,6
  3:23 5:3,10,19

6:7,9,20,23
7:11,20,25 8:3
8:16,19,22,25
9:8 10:6,10,13
10:19,25 11:3
11:6,10,20
12:1,4,7,10,25
13:2,6,8,12,23
14:3,8,12
**rumble**  9:5
**ryan**  2:1 5:1,8
5:18 6:5,8,17
6:22,25 7:19
7:24 8:2,9,18
8:21,24 9:2,22
10:9,12,18,24
11:2,5,8,19,24
12:3,6,9,15
13:1,5,7,11,21
14:1,5,11

**s**

**salacious**  7:4
**save**  12:2
**saw**  9:23,24
12:12
**saying**  4:3 6:19
6:25 11:12
12:21
**says**  4:20 10:4
**school**  11:6,13
**schooler**  11:2
**sean**  9:18
**see**  9:19 10:6
**seen**  11:14

**sentence**  2:25
3:9
**serious**  14:19
**shot**  10:15,17
12:12
**show**  2:14 5:25
**shudder**  8:8
**shut**  9:22
**side**  3:4
**sign**  10:22
**signature**  15:8
**single**  9:6
**sir**  14:11
**sister**  2:6
**sleep**  12:14
**solomon's**  9:17
**solutions**  15:11
**somebody**  6:4
**son's**  2:7
**sonya**  15:3
**speak**  12:19
**spending**  5:8
**spent**  5:17
**spoke**  12:19
**staff**  2:4
**statement**  3:10
6:2
**statements**
3:12,15 6:1
**stipulate**  5:5
**stipulated**  6:14
**stipulation**
3:25 4:18,19
**street**  3:1

**successfully**
9:13
**sue**  7:13
**sued**  7:20
**suite**  15:13
**sullivan**  7:12
**sunday**  14:9
**support**  5:25
**sure**  3:2,24
**system**  5:14,15
8:10 11:13

**t**

**t**  15:1,1
**table**  10:3
**take**  5:21 9:8
**talking**  5:2 6:8
6:17 8:4
**tape**  8:15,25
9:2,4
**tearing**  14:7
**tell**  8:12 12:23
13:14
**thank**  3:6 12:17
14:8
**thanks**  14:5
**thing**  11:17
**things**  2:22 5:5
9:21
**think**  4:8 5:20
7:2 10:14 12:6
13:13,16
**thousands**  6:15
**thrown**  13:17
**time**  7:18 8:7
9:15 11:22

12:2 13:14
**times**  5:5 7:12
**today**  2:23 3:1
**told**  8:13 13:9
**took**  10:3 12:10
**tortured**  11:1,1
11:3
**transcript**  15:4
**trial**  4:6,7,11
4:12
**true**  6:3 10:10
15:4
**trump**  7:21
10:24,25
**truth**  6:21
14:10
**tuesday**  3:11
**turn**  7:21
**twisted**  7:1
**two**  2:7

**u**

**ukraine**  12:19
**uncovering**
14:10
**under**  5:13
7:11
**united**  2:5
**university**  2:10
**unlimited**  4:17
**unnecessary**
14:17
**untrue**  4:4
**useless**  4:9

**[v - zero]**                                                      Page 6

| v | wrote 11:12 |
|---|---|

**v** 1:13
**veritext** 15:11
**vice** 2:4
**video** 9:23,24
**views** 7:5
**virtually** 7:12

**w**

**wabc179003...**
  1:14
**wall** 3:1
**wandrea** 3:12
**want** 2:14,16
  2:25 4:1,2,5
  7:4 9:22,25
  10:8
**wants** 2:13
**washington** 4:9
  4:11 5:21
  10:15 11:15
**waste** 7:18
**wasted** 5:17
**way** 10:16
**went** 11:9
  12:13
**win** 4:15 11:20
  11:21
**woke** 12:11
**woman** 10:21
**word** 6:19,19
  7:6
**worded** 3:10
**worth** 5:6
**write** 7:3

**y**

**yeah** 2:2,11 6:7
  6:22,22,22,22
  6:25 8:9,21
  10:9,18 11:5,9
  12:6,9,15
  13:11 14:1
**years** 7:23
**yep** 13:7
**york's** 3:11
**young** 10:21
**youtube** 9:4

**z**

**zero** 9:11