# EXHIBIT 5

**From:** sibley@camarasibley.com <sibley@camarasibley.com>
**Sent:** Monday, July 31, 2023 11:13 AM
**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>; Von DuBose <dubose@dubosemiller.com>; Christine Kwon <christine.kwon@protectdemocracy.org>
**Subject:** Re: Freeman v. Giuliani - Giuliani Nolo Contendre Stipulation

*** EXTERNAL EMAIL ***

Yes — he is stipulating to the malice element (to the extent it is necessary) as he would have to for punitive damages, which I acknowledged below.  Your papers previously indicated you did not believe that standard applied, so I was proposing a supplemental stipulation to address that issue.

Sent from my iPhone

> On Jul 30, 2023, at 9:37 AM, Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:
>
> Thanks Joe.
>
> To clarify, we were not asking to negotiate any additional stipulations here, but to confirm our reading of the opposition and stipulation you filed.  On the defamation claim, our read of your papers is that Defendant Giuliani has already stipulated to the fact that Mr. Giuliani published his statements with actual malice.  In any event, a stipulation of negligence would be insufficient here for several reasons.  We'll take that issue up with the Court.
>
> Thank you,
> Annie
>
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> **From:** Joe Sibley <sibley@camarasibley.com>
> **Sent:** Friday, July 28, 2023 1:13 PM

**To:** Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com>
**Cc:** Gottlieb, Michael <MGottlieb@willkie.com>; Governski, Meryl Conant <MGovernski@willkie.com>; John Langford <john.langford@protectdemocracy.org>; Von DuBose <dubose@dubosemiller.com>
**Subject:** Re: Freeman v. Giuliani - Giuliani Nolo Contendre Stipulation

### *** EXTERNAL EMAIL ***

Annie, please see below.

On Wed, Jul 26, 2023 at 1:45 PM Houghton-Larsen, M Annie <MHoughton-Larsen@willkie.com> wrote:

> Joe,
>
> We are preparing our reply brief in support of Plaintiffs' motion for sanctions. In order to fully formulate our position, we need additional clarity on what Mr. Giuliani's stipulation is proposing.
>
> Our understanding is that Mr. Giuliani is reserving his right to raise the legal defenses of constitutionally protected opinion and statute of limitations and to contest the amount of damages, but that otherwise Mr. Giuliani is admitting to all the elements of liability for all the claims in Plaintiffs' amended complaint. Specifically:
>
> 1. Other than any opinion and statute of limitation defenses and the issue of the amount of damages, Plaintiffs understand that Mr. Giuliani has now stipulated to all elements of defamation, including that he published his statements with actual malice.

 Since you all are taking the position that actual malice is not required, I think the easier path is to stipulate that actual malice is not the required standard of fault, thereby negating any need for a finding of actual malice.  We are also not stipulating that the statements made were statements of fact...I do not believe this is actually an affirmative defense.  I believe it is plaintiffs' burden to show statements of fact were made (although this is a pure question of law for the court as I understand it).

> 1.
>
> 1. Other than any opinion and statute of limitation defenses and the issue of the amount of damages, Plaintiffs understand that Mr. Giuliani has now stipulated to all elements of Plaintiffs intentional infliction of emotional distress claim, including that he intentionally and recklessly engaged in such conduct.

 See above on opinion and whether it is an affirmative defense.   In addition to not stipulating on the amount of damages (including offsets or settlement credits) we also do not stipulate as to any causal relationship between the conduct/statements and the alleged damages.  Otherwise, I believe your statement here is correct.

> 1.
>
> 1. Other than any opinion and statute of limitation defenses and the issue of the amount of damages, Plaintiffs understand that Mr. Giuliani has stipulated to all the elements of Plaintiffs' civil conspiracy claim, including that there was a meeting of the minds on or before December 3, 2020, with Donald Trump and others and that Mr. Giuliani participated in overt acts pursuant to or in furtherance thereof.

Except as per above with damages, etc. yes, that is my understanding.

> 1.
>
> It is also Plaintiffs' understanding that Mr. Giuliani will not contest willfulness for purposes of punitive damages, should the Court hold him liable.

Yes.

> If you could please confirm by **noon EST tomorrow**.  Thanks,

Sorry -- I didn't see your request for this to be done so swiftly.

> Annie
>
> **M.Annie Houghton-Larsen**
> **Willkie Farr & Gallagher LLP**
> 787 Seventh Avenue | New York, NY 10019-6099
> Direct: +1 212 728 8164 | Fax: +1 212 728 9164
> mhoughton-larsen@willkie.com | vCard | www.willkie.com bio
> Pronouns: she, her, hers
>
> ---
>
> **Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.

**Important Notice:** This email message is intended to be received only by persons entitled to receive the confidential information it may contain. Email messages to clients of Willkie Farr & Gallagher LLP presumptively contain information that is confidential and legally privileged; email messages to non-clients are normally confidential and may also be legally privileged. Please do not read, copy, forward or store this message unless you are an intended recipient of it. If you have received this message in error, please forward it back. Willkie Farr & Gallagher LLP is a limited liability partnership organized in the United States under the laws of the State of Delaware, which laws limit the personal liability of partners.