# EXHIBIT 6

8/1/23, 1:31 PM
Kyle Cheney on Twitter: "We also know the arrearage was still current as of May 19, when Giuliani discussed it in open court with J…
Case 1:21-cv-03354-BAH Document 86-7 Filed 08/01/23 Page 2 of 7

# X

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Communities
- Verified
- Profile
- More

**Post**

← Tweet



**Kyle Cheney** @kyledcheney · 15h

A timeline:

May 1: Rudy says he can't afford to pay Trustpoint One, the vendor searching his accounts in Ruby Freeman lawsuit. He has an arrearage of more than $320,000.

May 26: Trump PAC pays Trustpoint $340,000.

May 30: Rudy tells the court his arrearage has been "cured."



💬 107    🔁 1,916    ♡ 4,863    📊 778.1K    ⬆



**Kyle Cheney**
@kyledcheney

We also know the arrearage was still current as of May 19, when Giuliani discussed it in open court with Judge Howell.



politico.com
Judge orders Rudy Giuliani to detail finances in election defamation suit
The order comes amid disputes about access to Giuliani's evidence related to a suit filed by 2020 election poll workers.

10:31 PM · Jul 31, 2023 · **44.5K** Views




# X

- Home
- Explore
- Notifications
- Messages
- Lists
- Bookmarks
- Communities
- Verified
- Profile
- More

**Post**

---

108

**circus no bread** @BerkeleyEve · 14h
oh yah HE is the victim here
277

**JClaud** @MezanmiO · 14h
Oh boy 👀👀
173

**Rebecca Tiernan** @Quesera2uRLN · 14h
oh Sweet Karma



1   1   4   224

5. The TrustPoint One documents have now been archived. I have endured substantial fees and costs in connection with multiple litigations and investigations and I could no longer afford to pay TrustPoint One to keep the documents online. It would cost me over $320,000.00 to become current on my arrearage with TrustPoint One and to have access to the documents as well costs incurred in searching the documents again for additional files requested by Plaintiffs other than the email files. I do not have the funds to pay this amount at this time.

| | | | | |
|---|---|---|---|---|
| TRUSTPOINT.ONE | PO BOX 532292 ATLANTA, Georgia 30353 | 05/03/2023 | LEGAL CONSULTING | 13097.69 |
| TRUSTPOINT.ONE | PO BOX 532292 ATLANTA, Georgia 30353 | 05/31/2023 | LEGAL CONSULTING | 12000.38 |
| TRUSTPOINT.ONE | PO BOX 532292 ATLANTA, Georgia 30353 | 05/26/2023 | LEGAL CONSULTING | 340047.43 |
| TRUSTPOINT.ONE | PO BOX 532292 ATLANTA, Georgia 30353 | 03/08/2023 | LEGAL CONSULTING | 2707.00 |
| TRUSTPOINT.ONE | PO BOX 532292 ATLANTA, Georgia 30353 | 03/29/2023 | LEGAL CONSULTING | 8759.73 |
| TRUSTPOINT.ONE | PO BOX 532292 ATLANTA, Georgia 30353 | 02/03/2023 | LEGAL CONSULTING | 399.67 |
| TRUSTPOINT.ONE | PO BOX 532292 ATLANTA, Georgia 30353 | 01/05/2023 | LEGAL CONSULTING | 355.92 |
| TRUSTPOINT.ONE | PO BOX 532292 ATLANTA, Georgia 30353 | 01/13/2023 | LEGAL CONSULTING | 29017.68 |

Apple MacBook (Model: A1466, Serial # ▮▮▮▮▮) (old device of mine pre-dating relevant time frame)

Apple iPad (Model: A1395, Serial # ▮▮▮▮▮) (used by me)

Apple iPhone (Model: A1901, Serial # UNK, IMEI: ▮▮▮▮▮) (ex-wife Judith's)

Apple iMac Desktop (Model: A1224, Serial # ▮▮▮▮▮) (ex-wife Judith's)

5. These were all of the electronic devices I used as of April 2021 and had in my possession, custody, or control at that time. All of my ▮▮▮▮▮@icloud.com iCloud data would have also been included in the TrustPoint data because I synced my iCloud to my devices. The messaging data I had on the devices would have included iMessage, text message, WhatsApp, Signal, and Telegram. I am not sure whether data from my social media accounts of Youtube, Facebook, Instagram, and Twitter were extracted from these devices because I do not recall whether I used website access on my devices for these accounts or whether I accessed them from social media apps. If the access was via the web, no data from social media would have been extracted from the devices. Because we have cured the arrearage with TrustPoint and the data is in the process of being unarchived, we will be able to answer this question in the next week or so.

6. The TrustPoint One documents were searched for email files in accordance with Plaintiffs' search terms and any non-privileged documents were produced for the relevant time frame identified by Plaintiffs. I searched my electronic devices obtained after the April 2021 DOJ seizure and there were no non-privileged documents on my new electronic devices and all of those privileged documents were created as a result of this litigation. I found one document that we produced on my social media messaging. I used the search terms provided by the Plaintiffs to conduct the search, which I did manually using the Plaintiffs' provided search terms as they were given to me.