IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

**DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF PLAINTIFFS'
STATUS REPORT RE BERNARD KERIK**

I, Michael J. Gottlieb, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above-captioned case, and submit this Declaration in support of the Plaintiffs' Status Report re Bernard Kerik.

3. Attached as Exhibit 1 is a true and correct copy of the Revised Privilege Log Mr. Kerik served on Plaintiffs on July 23, 2023. Counsel for Plaintiffs added log entry numbers for ease of the Court and the parties.

4. Attached as Exhibit 2 is a true and correct excerpted copy of the Revised Privilege Log Mr. Kerik served on Plaintiffs on July 23, 2023, showing the 97 entries that Plaintiffs specifically submit for *in camera* review. Exhibit 2 contains the same log entry numbers added by Plaintiffs for ease of the Court and the parties.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 4, 2023.

/s/ *Michael J. Gottlieb*
WILLKIE FARR & GALLAGHER LLP
MICHAEL J. GOTTLIEB
1875 K Street, #100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

***Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss***