# Exhibit 4

| Log Entry Number | BegDoc | File Name | Date | From | To | CC | Email Subject or File Name | File Type | Nature/Basis of Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|
| 13 | BK0000000325 | Fwd Affidavits and Declarations.pdf | 11/15/2020 | Maria Ryan (Maria.ryan@giulianipartners.com) | Sidney Powell (sidney@federalappeals.com); Bernie Kerik (private@bernardkerik.com) | N/A | Fwd Affidavits and Declarations.pdf | Email | WP and ACP: Communications between co-counsel preparing for litigation in various states. |
| 87 | BK0000000252 | Fwd Their battle plan.pdf | 12/3/2020 | Maria Ryan (Maria.ryan@giulianipartners.com) | Bernie Kerik (private@bernardkerik.com) | N/A | Fwd Their battle plan.pdf | Email | WP: Confidential communication gathering legal data for national litigation strategy. |
| 88 | BK0000000350 | Fwd Their battle plan.pdf | 12/3/2020 | Maria Ryan (Maria.ryan@giulianipartners.com) | Bernie Kerik (private@bernardkerik.com) | N/A | Fwd Their battle plan.pdf | Email | WP: Confidential communication from counsel's staff discussing legal data for use in national litigation strategy. |
| 95 | BK0000000229 | URGENT.pdf | 12/7/2020 | zulutym@gmail.com | Bernie Kerik (private@bernardkerik.com) | N/A | URGENT.pdf | Email | WP: Confidential communications from campaign representative discussing data for all post election Michigan litigation. |
| 98 | BK0000000394 | URGENT.pdf | 12/7/2020 | zulutym@gmail.com | Bernie Kerik (private@bernardkerik.com) | N/A | URGENT.pdf | Email | WP: Confidential communications between litigation team gathering data for counsel. |
| 107 | BK0000000354 | Fwd WEAPONIZED AUTISM 4Chan Finds Huge Ukraine Links To Dominion Software.pdf | 12/10/2020 | kef@hushmail.com | Bernie Kerik (private@bernardkerik.com); Phil Waldron (p@bonfiresearch.org) | N/A | Fwd WEAPONIZED AUTISM 4Chan Finds Huge Ukraine Links To Dominion Software.pdf | Email | WP: Confidential communication from counsel requesting data for developing litigation plans nationally. |
| 109 | BK0000000219 | Re Discussions w Jim Penrose on EAC .pdf | 12/11/2020 | kef@hushmail.com | Rudy Giuliani (rhelen0528@gmail.com) | Bernie Kerik (private@bernardkerik.com) | Re Discussions w Jim Penrose on EAC .pdf | Email | ACP: Confidential communication from counsel discussing tips from the public for use in national litigation strategy. |
| 110 | Pages from BK0000000117-2 | Pages from BK0000000117-2.pdf | 12/11/2020 | Kenneth Chesebro kenchesebro@msn.com | Joshua Findlay jfindlay@donaldtrump.com | Jon Black jblack@gop.com, MRoman@donaldtrump.com, private@bernardkerik.com | Re: 7 documents for GA electors | Email | WP: Email from counsel discussing work product for Georgia litigation. |
| 111 | Pages from BK0000000117-3 | Pages from BK0000000117-3.pdf | 12/11/2020 | BernardKerikprivate@bernardkerik.com | Boris Epshteyn Bepshteyn@gmail.com, Christina Bobb ChristinaBobb@ProtonMail.com, Katherine Friesskef@hushmail.com, Rudy Giuliani Rhelen0528@gmail.com, maria Ryan Maria.ryan@giulianipartners.com | | Fwd: [EXTERNAL]7 documents for GA electors | Email | WP: Email from counsel discussing work product for Georgia litigation. |
| 112 | Pages from BK0000000117-4 | Pages from BK0000000117-4.pdf | 12/11/2020 | (Mike Roman) mroman@donaldtrump.com | (Kenneth Chesebro) kenchesebro@msn.com, (Joshua Findlay) jfindlay@donaldtrump.com | (Jon Black) jblack@gop.com, (Bernie Kerik) private@bernardkerik.com | Re: [EXTERNAL]7 documents for GA electors | WP | WP: Email to campaign counsel discussing work product for Georgia litigation. |
| 113 | Pages from BK0000000117-5 | Pages from BK0000000117-5.pdf | 12/11/2020 | (Mike Roman) mroman@donaldtrump.com | Kenneth Chesebro kenchesebro@msn.com,Joshua Findlay jfindlay@donaldtrump.com | (Jon Black) jblack@gop.com, private@bernardkerik.com, (Robert Sinners) rsinners@donaldtrump.com | Re: [EXTERNAL]7 documents for GA electors | email | WP: Email to campaign counsel discussing work product for Georgia litigation. |
| 114 | Pages from BK0000000117-6 | Pages from BK0000000117-6.pdf | 12/11/2020 | Kenneth Chesebro kenchesebro@msn.com | Joshua Findlay jfindlay@donaldtrump.com | Jon Black jblack@gop.com, MRoman@donaldtrump.com, private@bernardkerik.com | 7 documents for GA electors | email | WP: Email from campaign counsel discussing work product for Georgia litigation. |
| 115 | BK0000000144 | 7 documents for GA electors.pdf | 12/12/2020 | kef@hushmail.com | Bernie Kerik (private@bernardkerik.com) | N/A | 7 documents for GA electors.pdf | Email | WP: Confidential communication proving information for legal strategy in post election litigation in Georgia. |
| 117 | BK0000000289 | 7 documents for GA electors.pdf | 12/12/2020 | kef@hushmail.com | Bernie Kerik (private@bernardkerik.com) | N/A | 7 documents for GA electors.pdf | Email | WP: Confidential communication discussing requesting data for potential litigation in GA. |
| 119 | Pages from BK0000000117 | Pages from BK0000000117.pdf | 12/12/2020 | kef@hushmail.com | BernardKerikprivate@bernardkerik.com | | Re: [EXTERNAL]7 documents for GA electors | Email | WP: Email from counsel discussing work product. |
| 122 | BK0000000314 | FINAL PRESS RELEASE PACKAGE READY TO GO OUT.pdf | 12/14/2020 | Bryan Eure (Bryan.Eure@willistowerswatson.com) | Bernie Kerik (private@bernardkerik.com) | N/A | FINAL PRESS RELEASE PACKAGE READY TO GO OUT.pdf | Email | ACP: Confidential communications asking for legal advice regarding national litigation strategy. |
| 127 | BK0000000189 | Fwd TIME PRESSING QUESTION.pdf | 12/16/2020 | Katherine Freiss (kfriess@protonmail.com) | Bernie Kerik (private@bernardkerik.com); Maria Ryan (Maria.Ryan@giulianipartners.com) | N/A | Fwd TIME PRESSING QUESTION.pdf | Email | WP: Confidential communication from campaign counsel requesting work product for use in national post election litigation. |
| 128 | BK0000000190 | Fwd Urgent Please attach the email below with my files.pdf | 12/16/2020 | kef@hushmail.com | Maria Ryan (maria.ryangiulianipartners.com) | "Jenna Ellis jellis@donaldtrump.com, Bernie Kerik private@bernardkerik.com, Christina Bobb (christina@cgbstrategies.com), Rudolph Giuliani (rhelen0528@gmail.com)" | Fwd Urgent Please attach the email below with my files.pdf | Email | WP: Confidential communication from campaign counsel providing information for national litigation strategy. |
| 129 | BK0000000228 | Update Senators coalition.pdf | 12/16/2020 | joannamiller6201@protonmail.com | Katherine Freiss (kfriess@protonmail.com); Bernie Kerik (private@bernardkerik.com) | N/A | Update Senators coalition.pdf | Email | ACP: Confidential communication providing information to render legal advice regarding national litigation strategy with a white house aide. |
| 130 | BK0000000254 | Fwd TIME PRESSING QUESTION.pdf | 12/16/2020 | Katherine Freiss (kfriess@protonmail.com) | Bernie Kerik (private@bernardkerik.com); Maria Ryan (Maria.Ryan@giulianipartners.com) | N/A | Fwd TIME PRESSING QUESTION.pdf | Email | WP: Confidential communication from counsel gathering legal data for national litigation strategy. |
| 131 | BK0000000255 | Fwd Urgent Please attach the email below with my files.pdf | 12/16/2020 | kef@hushmail.com | Maria Ryan (maria.ryangiulianipartners.com) | "Jenna Ellis jellis@donaldtrump.com, Bernie Kerik private@bernardkerik.com, Christina Bobb (christina@cgbstrategies.com), Rudolph Giuliani (rhelen0528@gmail.com)" | Fwd Urgent Please attach the email below with my files.pdf | Email | ACP: Confidential communication between counsel discussing legal data for national litigation strategy. |
| 133 | BK0000000351 | Fwd TIME PRESSING QUESTION.pdf | 12/16/2020 | Katherine Freiss (kfriess@protonmail.com) | Bernie Kerik (private@bernardkerik.com); Maria Ryan (Maria.Ryan@giulianipartners.com) | N/A | Fwd TIME PRESSING QUESTION.pdf | Email | ACP: Confidential communication from counsel discussing national litigation strategy plan. |
| 135 | BK0000000393 | Update Senators coalition.pdf | 12/16/2020 | joannamiller6201@protonmail.com | Katherine Freiss (kfriess@protonmail.com); Bernie Kerik (private@bernardkerik.com) | N/A | Update Senators coalition.pdf | Email | WP: Confidential communication between white house staff and counsel re data for national litigaiton plan. |

| Log Entry Number | BegDoc | File Name | Date | From | To | CC | Email Subject or File Name | File Type | Nature/Basis of Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|
| 136 | BK0000000159 | Clearances Request forMike Meadows.pdf | 12/17/2020 | Katherine Freiss (kfriess@protonmail.com) | Rudy Giuliani (rhelen0528@gmail.com) | Bernie Kerik (private@bernardkerik.com) | Clearances Request forMike Meadows.pdf | Email | WP: Confidential communication requesting work product to be used in national post election litigation. |
| 137 | BK0000000180 | Fwd Findings with Redlines.pdf | 12/17/2020 | Katherine Freiss (kfriess@protonmail.com) | Rudyrhelen0528@gmail.com,Bernie private@bernardkerik.com | N/A | Fwd Findings with Redlines.pdf | Email | WP: Confidential communication providing edits to legal filings for national litigation. |
| 138 | BK0000000304 | Clearances Request forMike Meadows.pdf | 12/17/2020 | Katherine Freiss (kfriess@protonmail.com) | Rudy Giuliani (rhelen0528@gmail.com) | Bernie Kerik (private@bernardkerik.com) | Clearances Request forMike Meadows.pdf | Email | WP: Confidential communication from counsel requesting work product to be used to develop a national litigation plan. |
| 139 | BK0000000334 | Fwd Findings with Redlines.pdf | 12/17/2020 | Katherine Freiss (kfriess@protonmail.com) | Rudyrhelen0528@gmail.com,Bernie private@bernardkerik.com | N/A | Fwd Findings with Redlines.pdf | Email | WP: Confidential communication from counsel discussing collected data for use in a national litigation plan. |
| 140 | BK0000000371 | Navarro POTUS Fraud report out.pdf | 12/17/2020 | Katherine Freiss (kfriess@protonmail.com) | Joanna Miller (joannamiller6201@protonmail.com) | Bernie Kerik (private@bernardkerik.com); Matt DePerno (mdeperno@protonmail.com) | Navarro POTUS Fraud report out.pdf | Email | ACP: Confidential communication with white house staff discussing legal strategy re national litigation plan. |
| 141 | BK0000000390 | Supporting info re Foreign Involvement.pdf | 12/17/2020 | Katherine Freiss (kfriess@protonmail.com) | Bernie Kerik (private@bernardkerik.com); Rudy (rhelen0528@gmail.com) | N/A | Supporting info re Foreign Involvement.pdf | Email | WP: Confidential communication from counsel to co counsel providing information for national legal plan. |
| 143 | BK0000000155 | briefing packet docs to print for the 2pm meeting.pdf | 12/21/2020 | Katherine Freiss (kfriess@protonmail.com) | rhelen0528@gmail.com | Bernie Kerikprivate@bernardkerik.com,pp@bonfires earch.org,Katherine Friesskef@hushmail.com | briefing packet docs to print for the 2pm meeting.pdf | Email | ACP: Confidential communication between 2 attorney's discussing legal strategy for post election litigation in various states. |
| 144 | BK0000000165 | FACT CHECK John Poulos.pdf | 12/21/2020 | joannamiller6201@protonmail.com | Katherine Freiss (kfriess@protonmail.com) | Bernie Kerik (private@bernardkerik.com) | FACT CHECK John Poulos.pdf | Email | WP: Confidential communication providing legal data for use in national post election litigation. |
| 145 | BK0000000300 | briefing packet docs to print for the 2pm meeting.pdf | 12/21/2020 | Katherine Freiss (kfriess@protonmail.com) | rhelen0528@gmail.com | Bernie Kerikprivate@bernardkerik.com,pp@bonfires earch.org,Katherine Friesskef@hushmail.com | briefing packet docs to print for the 2pm meeting.pdf | Email | WP: Confidential communication from counsel discussing data on vote counting for use in national litigation strategy. |
| 146 | BK0000000310 | FACT CHECK John Poulos.pdf | 12/21/2020 | joannamiller6201@protonmail.com | Katherine Freiss (kfriess@protonmail.com) | Bernie Kerik (private@bernardkerik.com) | FACT CHECK John Poulos.pdf | Email | WP: Confidential communication from white house aide to counsel discussing data for use in national litigation strategy. |
| 147 | Pages from BK0000000117-25 | Pages from BK0000000117-25.pdf | 12/21/2020 | Katherine Freiss kfriess@protonmail.com | Rudy rhelen0528@gmail.com | Bernie Kerik private@bernardkerik.com, pp@bonfireresearch.org, Katherine Friess kef@hushmail.com | briefing packet docs to print for the 2pm meeting | email | WP: email between counsel discussing election data in Arizona for use in potential AZ litigation. |
| 151 | BK0000000160 | Comms Plan to Print for mtg with POTUS in the am.pdf | 12/27/2020 | Katherine Freiss (kfriess@protonmail.com) | Rudy Giuliani (rhelen0528@gmail.com); Dr. Maria Ryan (maria.ryan@giulianipartners.com) | Bernie Kerik (private@bernardkerik.com) | Comms Plan to Print for mtg with POTUS in the am.pdf | Email | WP: Confidential communication discussing data for potential post election litigation in Georgia. |
| 153 | BK0000000239 | Fwd Concrete information needed.pdf | 12/27/2020 | Maria Ryan (maria.ryan@giulianipartners.com) | Rudy Giuliani (rhelen0528@gmail.com); Katherine Freiss (kfriess@protonmail.com); Bernie Kerik (private@bernardkerik.com) | N/A | Fwd Concrete information needed.pdf | Email | ACP: Confidential communication providing information to counsel render legal advice re national litigation strategy post election. |
| 154 | BK0000000330 | Fwd Concrete information needed.pdf | 12/27/2020 | Maria Ryan (maria.ryan@giulianipartners.com) | Rudy Giuliani (rhelen0528@gmail.com); Katherine Freiss (kfriess@protonmail.com); Bernie Kerik (private@bernardkerik.com) | N/A | Fwd Concrete information needed.pdf | Email | ACP: Confidential communication providing information to counsel to render legal advice regarding a national litigation strategy. |
| 155 | BK0000000370 | Mike Lindell paid ads re voter fraud.pdf | 12/27/2020 | Katherine Freiss (kfriess@protonmail.com) | Joanna Miller (joannamiller6201@protonmail.com); Bernie Kirk (private@bernardkirk.com) | Christos Makridis (camakridis@protonmail.com) | Mike Lindell paid ads re voter fraud.pdf | Email | ACP: Confidential communication providing legal advice re communications. |
| 158 | BK0000000177 | FW Fascinating Request.pdf | 12/28/2020 | Katherine Freiss (kfriess@protonmail.com) | Bernie Kerik (private@bernardkerik.com) | N/A | FW Fascinating Request.pdf | Email | WP: Confidential communication discussing lneed for legal date for litigation in MI and PA. |
| 160 | BK0000000321 | FW Fascinating Request.pdf | 12/28/2020 | Katherine Freiss (kfriess@protonmail.com) | Bernard Kerik (private@bernardkerik.com) | N/A | FW Fascinating Request.pdf | Email | WP: Confidential communication from counsel discussing data to be used in potential national litigation. |
| 162 | BK0000000173 | Followup from meeting with Mr Rudy Giuliani.pdf | 12/29/2020 | Roy Bailey (rbailey@baileydeason.com) | Katherine Freiss (kfriess@protonmail.com) | Bernie Kerik (private@bernardkerik.com) | Followup from meeting with Mr Rudy Giuliani.pdf | Email | WP: Confidential communication requesting work product to render legal advice for national litigation strategy. |
| 165 | BK0000000260 | Please Print Your Requested Talking Points and MemberTargets for briefings.pdf | 1/2/2021 | Maria Ryan (Maria.ryan@giulianipartners.com) | Katherine Freiss (kfriess@protonmail.com) | Rudy (rhelen0528@gmail.com);Bernie Kerik (private@bernardkerik.com) | Please Print Your Requested Talking Points and MemberTargets for briefings.pdf | Email | ACP: Confidential communication providing information to counsel to render legal advice in potential Michigan litigation. |
| 166 | BK0000000360 | Ligon letter to DJT requesting DHS cyber audit .pdf | 1/2/2021 | kef@hushmail.com | "Rudy Giuliani rudolph.giuliani@giulianipartners.com, Bernard Kerik private@bernardkerik.com, Phil Waldron P@BonfireSearch.org, Dr. Maria Ryan Maria.Ryan@giulianipartners.com, Christina Bobb christina@cgbstrategies.com" | N/A | Ligon letter to DJT requesting DHS cyber audit .pdf | Email | WP: Confidential communication from counsel to co-counsel, sharing legal data for use in national litigation plans. |
| 167 | BK0000000375 | Please Print Your Requested Talking Points and MemberTargets for briefings.pdf | 1/2/2021 | Maria Ryan (Maria.ryan@giulianipartners.com) | Katherine Freiss (kfriess@protonmail.com) | Rudy (rhelen0528@gmail.com);Bernie Kerik (private@bernardkerik.com) | Please Print Your Requested Talking Points and MemberTargets for briefings.pdf | Email | ACP: Confidential communication providing information to counsel to render legal advice on national litigation strategy. |

| Log Entry Number | BegDoc | File Name | Date | From | To | CC | Email Subject or File Name | File Type | Nature/Basis of Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|
| 170 | Pages from BK0000000117-24 | Pages from BK0000000117-24.pdf | 1/4/2021 | Katherine Friess kfriess@protonmail.com | Rudy rhelen0528@gmail.com | Bernie Kerik private@bernardkerik.com, Dr. Maria Ryan Maria.Ryan@giulianipartners.com,Steve Bannon stephenkbannon@protonmail.com, Katherine Friess kef@hushmail.com | Briefing materials for Senate Members | email | WP: email from counsel re election data re national litigation strategy. |
| 171 | BK0000000395 | Willard Folio .pdf | 1/10/2021 | Bernie Kerik (private@bernardkerik.com) | Katherine Freiss (kfriess@protonmail.com) | N/A | Willard Folio .pdf | Email | ACP: Confidential communication discussing legal strategy. |
| 172 | BK0000000188 | Fwd Thousands Of Fraudulent Votes In Georgia Cast By Felons Dead Underage Voters.pdf | 6/21/2021 | Bernie Kerik (private@bernardkerik.com) | Preston Haliburton (prestonhaliburton@gmail.com) | N/A | Fwd Thousands Of Fraudulent Votes In Georgia Cast By Felons Dead Underage Voters.pdf | Email | WP: Confidential communication providing legal data for Georgia litigation. |
| 173 | BK0000000253 | Fwd Thousands Of Fraudulent Votes In Georgia Cast By Felons Dead Underage Voters.pdf | 6/21/2021 | Bernie Kerik (private@bernardkerik.com) | Preston Haliburton (prestonhaliburton@gmail.com) | N/A | Fwd Thousands Of Fraudulent Votes In Georgia Cast By Felons Dead Underage Voters.pdf | Email | WP: Confidential communication with data experts gathering legal data for national litigation strategy. |
| 174 | BK0000000261 | Fwd Thousands Of Fraudulent Votes In Georgia Cast By Felons Dead Underage Voters.pdf | 6/21/2021 | Bernie Kerik (private@bernardkerik.com) | Preston Haliburton (prestonhaliburton@gmail.com) | N/A | Fwd Thousands Of Fraudulent Votes In Georgia Cast By Felons Dead Underage Voters.pdf | Email | WP: Confidential communication gathering legal data from data experts for potential GA litigation strategy. |
| 182 | Pages from BK0000000117-108 | Pages from BK0000000117-108.pdf | December 10, 2020 at 08:11 | kef@hushmail.com | Bernie Kerik private@bernardkerik.com, Phil Waldron P@BonfireSearch.org | n/a | Fwd: WEAPONIZED AUTISM: 4Chan Finds Huge Ukraine Links To Dominion Software... | email | WP: email from counsel discussing election data for potential litigation nationally. |
| 183 | Pages from BK0000000117-102 | Pages from BK0000000117-102.pdf | December 10, 2020 at 08:13 | kef@hushmail.com | Bernie Kerik private@bernardkerik.com,Phil Waldron P@BonfireSearch.org | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: collecting election data for use in potential GA litigation. |
| 184 | Pages from BK0000000188-5 | Pages from BK0000000188-5.pdf | December 10, 2020 at 08:13 | kef@hushmail.com | Bernie Kerik private@bernardkerik.com,Phil Waldron P@BonfireSearch.org | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: from counsel discussing election data for use in potential GA litigation. |
| 185 | Pages from BK0000000253-5 | Pages from BK0000000253-5.pdf | December 10, 2020 at 08:13 | kef@hushmail.com | Bernie Kerik private@bernardkerik.com, Phil Waldron P@BonfireSearch.org | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage VotersDate: | email | WP: email from counsel discussing election data in GA for use in potential litigation. |
| 186 | Pages from BK0000000261-5 | Pages from BK0000000261-5.pdf | December 10, 2020 at 08:13 | kef@hushmail.com | Bernie Kerik private@bernardkerik.com, Phil Waldron P@BonfireSearch.org | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email from counsel discussing election data in GA for use in potential litigation. |
| 187 | Pages from BK0000000117-101 | Pages from BK0000000117-101.pdf | December 10, 2020 at 08:17 | BernardKerik | Rudy Giuliani Rhelen0528@gmail.com,Maria Ryan Maria.ryan@giulianipartners.com,Andrew Giuliani Giuliani.andrew@gmail.com | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: to counsel re election data for use in potential GA litigation. |
| 188 | Pages from BK0000000188-4 | Pages from BK0000000188-4.pdf | December 10, 2020 at 08:17 | BernardKerik | Rudy Giuliani Rhelen0528@gmail.com, Maria Ryan Maria.ryan@giulianipartners.com, Andrew Giuliani Giuliani.andrew@gmail.com | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: providing counsel with election data for use in potential GA litigation. |
| 189 | Pages from BK0000000253-4 | Pages from BK0000000253-4.pdf | December 10, 2020 at 08:17 | BernardKerik | Rudy Giuliani Rhelen0528@gmail.com, Maria Ryan Maria.ryan@giulianipartners.com, Andrew Giuliani Giuliani.andrew@gmail.com | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email to counsel re election data in GA for use in potential litigation. |
| 190 | Pages from BK0000000261-4 | Pages from BK0000000261-4.pdf | December 10, 2020 at 08:17 | BernardKerik | Rudy Giuliani Rhelen0528@gmail.com, Maria Ryan Maria.ryan@giulianipartners.com, Andrew Giuliani Giuliani.andrew@gmail.com | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email to counsel discussing election data in GA for use in potential litigation. |
| 191 | Pages from BK0000000117-100 | Pages from BK0000000117-100.pdf | December 10, 2020 at 08:59 | Maria Ryan | BernardKerik | n/a | Re: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: collecting election data for use in potential GA litigation. |
| 192 | Pages from BK0000000188-3 | Pages from BK0000000188-3.pdf | December 10, 2020 at 08:59 | Maria Ryan | BernardKerik | n/a | Re: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: discussing election data for use in potential GA litigation. |
| 193 | Pages from BK0000000253-3 | Pages from BK0000000253-3.pdf | December 10, 2020 at 08:59 | Maria Ryan | BernardKerik | n/a | Re: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email between counsel staff discussing election data in GA for use in potential litigation. |
| 194 | Pages from BK0000000261-3 | Pages from BK0000000261-3.pdf | December 10, 2020 at 08:59 | Maria Ryan | BernardKerik | n/a | Re: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email between counsel staff discussing election data in GA for use in potential litigation. |
| 195 | Pages from BK0000000117-99 | Pages from BK0000000117-99.pdf | December 10, 2020 at 09:08 | Phil Waldron | kef@hushmail.com, Bernie Kerik private@bernardkerik.com,Russell Ramsland yrku9sqs@protonmail.com | enewman enewman@protonmail.com | RE: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email to counsel re election data for use in potential GA litigation. |
| 196 | Pages from BK0000000188-2 | Pages from BK0000000188-2.pdf | December 10, 2020 at 09:08 | Phil Waldron | Hushmail kef@hushmail.com,Bernie Kerik private@bernardkerik.com,Russell Ramsland yrku9sqs@protonmail.com | enewman | RE: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage V | email | WP: providing counsel with election data for use in potential GA litigation. |
| 197 | Pages from BK0000000253-2 | Pages from BK0000000253-2.pdf | December 10, 2020 at 09:08 | Phil Waldron | kef@hushmail.com,Bernie Kerik private@bernardkerik.com,Russell Ramsland yrku9sqs@protonmail.com | enewman | RE: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email to counsel discussing election data in GA for use in potential litigation. |
| 198 | Pages from BK0000000261-2 | Pages from BK0000000261-2.pdf | December 10, 2020 at 09:08 | Phil Waldron | kef@hushmail.com, Bernie Kerik private@bernardkerik.com, Russell Ramsland yrku9sqs@protonmail.com | enewman | RE: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email to counsel discussing election data in GA for use in potential litigation. |
| 199 | Pages from BK0000000289-6 | Pages from BK0000000289-6.pdf | December 11, 2020 at 17:30 | Kenneth Chesebro | Joshua Findlay | Jon Black jblack@gop.com, MRoman@donaldtrump.com, private@bernardkerik.com | 7 documents for GA electors | email | WP: email from counsel to campaign discussing legal documents for potential litigation in GA. |

| Log Entry Number | BegDoc | File Name | Date | From | To | CC | Email Subject or File Name | File Type | Nature/Basis of Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|
| 200 | Pages from BK0000000289-5 | Pages from BK0000000289-5.pdf | December 11, 2020 at 17:40 | Mike Roman | Kenneth Chesebro kenchesebro@msn.com, Joshua Findlay jfindlay@donaldtrump.com | Jon Black jblack@gop.com, private@bernardkerik.com, Robert Sinners rsinners@donaldtrump.com | Re: [EXTERNAL]7 documents for GA electors | email | WP: email to counsel from campaign discussing legal documents for potential litigation in GA. |
| 201 | Pages from BK0000000289-3 | Pages from BK0000000289-3.pdf | December 11, 2020 at 17:43 | BernardKerik | Boris Epshteyn Bepshteyn@gmail.com, Christina Bobb ChristinaBobb@ProtonMail.com, Katherine Friess kef@hushmail.com, Rudy Giuliani Rhelen0528@gmail.com, Maria Ryan Maria.ryan@giulianipartners.com | n/a | Fwd: [EXTERNAL]7 documents for GA electors | email | WP: email to counsel and campaign discussing legal documents for potential litigation in GA. |
| 202 | Pages from BK0000000289-4 | Pages from BK0000000289-4.pdf | December 11, 2020 at 17:43 | Mike Roman | Kenneth Chesebro kenchesebro@msn.com, Joshua Findlay jfindlay@donaldtrump.com | Jon Black jblack@gop.com, private@bernardkerik.com | Re: [EXTERNAL]7 documents for GA electors | email | WP: email to counsel from campaign discussing legal documents for potential litigation in GA. |
| 203 | Pages from BK0000000289-2 | Pages from BK0000000289-2.pdf | December 11, 2020 at 18:17 | Kenneth Chesebro | Joshua Findlay | Jon Black jblack@gop.com, MRoman@donaldtrump.com, private@bernardkerik.com | Re: 7 documents for GA electors | email | WP: email from counsel discussing legal documents for potential litigation in GA. |
| 204 | Pages from BK0000000289 | Pages from BK0000000289.pdf | December 12, 2020 at 09:32 | kef@hushmail.com | BernardKerik | n/a | Re: [EXTERNAL]7 documents for GA electors | email | WP: email from counsel discussing legal documents for potential litigation in GA. |
| 223 | Pages from BK0000000117-129 | Pages from BK0000000117-129.pdf | December 14, 2020 at 19:42 | BernardKerik | Joanna Miller | n/a | Fwd: MI SecState directive to delete election data | email | ACP: forwarding legal advice to white house staff. |
| 224 | Pages from BK0000000117-105 | Pages from BK0000000117-105.pdf | December 15, 2020 at 11:59 | Maria Ryan | Katherine Friess kfriess@protonmail.com,Bernie Kerik private@bernardkerik.com | n/a | Fwd: TIME PRESSING QUESTION | email | WP: email re information needed for use in national litigation plan. |
| 225 | Pages from BK0000000117-104 | Pages from BK0000000117-104.pdf | December 15, 2020 at 12:09 | BernardKerik | Phil Waldron | atherine Friess kef@hushmail.com,Maria Ryan Maria.ryan@giulianipartners.com | Fwd: TIME PRESSING QUESTION | email | WP: email re information needed for use in national litigation plan. |
| 226 | Pages from BK0000000117-185 | Pages from BK0000000117-185.pdf | December 15, 2020 at 22:12 | JoannaMiller | private@bernardkerik.com,Katherine Friesskfriess@protonmail.com | n/a | Update - Senators coalition | email | WP: email from white house staff to counsel re lead on election data for use in national litigation plan. |
| 227 | Pages from BK0000000117-184 | Pages from BK0000000117-184.pdf | December 15, 2020 at 22:41 | JoannaMiller | private@bernardkerik.com,Katherine Friesskfriess@protonmail.com | n/a | Re: Update - Senators coalition | email | WP: email from white house staff to counsel re lead on election data for use in national litigation plan. |
| 228 | Pages from BK0000000117-183 | Pages from BK0000000117-183.pdf | December 16, 2020 at 01:49 | Katherine Friess | JoannaMiller6201JoannaMiller6201@proton mail.com,private@bernardkerik.com | n/a | Re: Update - Senators coalition | email | WP: email to white house staff from counsel re lead on election data for use in national litigation plan. |
| 229 | Pages from BK0000000117-103 | Pages from BK0000000117-103.pdf | December 16, 2020 at 01:52 | Katherine Friess | Maria Ryan Maria.Ryan@giulianipartners.com,Bernie Kerik private@bernardkerik.com | n/a | Re: Fwd: TIME PRESSING QUESTION | email | WP: email from counsel requesting information for use in national litigation plan. |
| 230 | Pages from BK0000000117-182 | Pages from BK0000000117-182.pdf | December 16, 2020 at 06:03 | JoannaMiller | Katherine Friess kfriess@protonmail.com,private@bernardkeri k.com | n/a | Re: Update - Senators coalition | email | WP: email from white house staff to counsel re lead on election data for use in national litigation plan. |
| 233 | Pages from BK0000000117-180 | Pages from BK0000000117-180.pdf | December 17, 2020 at 10:47 | Katherine Friess | Rudy G; Bernie Kerik | n/a | Supporting info re: Foreign Involvement | email | WP: email between counsel discussing election data for potential national litigation. |
| 234 | Pages from BK0000000117-86 | Pages from BK0000000117-86.pdf | December 17, 2020 at 11:14 | Katherine Friess | Rudy Giuliani rhelen0528@gmail.com, Bernie Kerik private@bernardkerik.com | n/a | Fwd: Findings with Redlines | email | WP: email between counsel discussing work product for national litigation plan. |
| 235 | Pages from BK0000000310-3 | Pages from BK0000000310-3.pdf | December 19, 2020 at 04:19 | JoannaMiller | private@bernardkerik.com, Matt DePerno mdeperno@protonmail.com, Katherine Friess kfriess@protonmail.com | n/a | FACT CHECK: John Poulos | email | WP: email from white house staff to counsel providing information for use in developing national litigation strategy |
| 236 | Pages from BK0000000117-92 | Pages from BK0000000117-92.pdf | December 2, 2020 at 07:27 | AHGiuliani | kef@hushmail.com | Bernard Kerik | Re: Public Records Request & Smartmatic | email | WP: email between counsel involving data for legal filings in various states. |
| 237 | Pages from BK0000000184 | Pages from BK0000000184.pdf | December 2, 2020 at 07:27 | AHGiuliani | kef@hushmail.com | Bernard Kerik | Re: Public Records Request & Smartmatic | email | WP: email between counsel discussing legal filings needed in litigation throughout the nation. |
| 238 | Pages from BK0000000345 | Pages from BK0000000345.pdf | December 2, 2020 at 07:27 | Andrew Giuliani | kef@hushmail.com | Bernard Kerik | Re: Public Records Request & Smartmatic | email | ACP: emails to counsel re legal documents needed for various states. |
| 240 | Pages from BK0000000310-2 | Pages from BK0000000310-2.pdf | December 21, 2020 at 01:24 | Katherine Friess | JoannaMiller | Bernie Kerik | Re: FACT CHECK: John Poulos | email | WP: email from counsel to white house staff discussing information for use in developing national litigation strategy |
| 241 | Pages from BK0000000310 | Pages from BK0000000310.pdf | December 21, 2020 at 06:27 | JoannaMiller | Katherine Friess | Bernie Kerik | Re: FACT CHECK: John Poulos | email | WP: email from white house staff to counsel providing information for use in developing national litigation strategy |
| 245 | Pages from BK0000000117-82 | Pages from BK0000000117-82.pdf | December 28, 2020 at 12:59 | Katherine Friess | Bernie Kerik | n/a | FW: Fascinating Request | email | WP: email from counsel discussing national election data for use in national litigation plan. |
| 255 | Pages from BK0000000117-190 | Pages from BK0000000117-190.pdf | December 7, 2020 at 20:36 | Matt DePerno | Katherine Friesskfriess@protonmail.com, private@bernardkerik.com | n/a | URGENT | email | ACP: email between counsel discovery court order in antrim county litigation. |
| 256 | Pages from BK0000000117-189 | Pages from BK0000000117-189.pdf | December 7, 2020 at 20:58 | Katherine Friess | Matt DePerno mdeperno@protonmail.com, private@bernardkerik.com | n/a | Re: URGENT | email | ACP: email between counsel discovery court order in antrim county litigation. |
| 259 | Pages from BK0000000117-145 | Pages from BK0000000117-145.pdf | January 2, 2021 at 16:00 | Katherine Friess | Rudy rhelen0528@gmail.com, Dr. Maria Ryan Maria.Ryan@giulianipartners.com | Bernie Kerik | Please Print - Your Requested Talking Points and MemberTargets for briefings | email | WP: email from re providing election data for potential national litigation. |
| 260 | Pages from BK0000000117-144 | Pages from BK0000000117-144.pdf | January 2, 2021 at 16:22 | Maria Ryan | Katherine Friess | Rudy rhelen0528@gmail.com, Bernie Kerik private@bernardkerik.com, Katherine Friess kef@hushmail.com | Re: Please Print - Your Requested Talking Points and MemberTargets for briefings | email | WP: email to counsel providing election data for potential national litigation. |

| Log Entry Number | BegDoc | File Name | Date | From | To | CC | Email Subject or File Name | File Type | Nature/Basis of Privilege Claim |
|---|---|---|---|---|---|---|---|---|---|
| 264 | Pages from BK0000000117-98 | Pages from BK0000000117-98.pdf | June 21, 2021 at 10:07 | BernardKerik | reston Haliburton | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: collecting election data for use in potential GA litigation. |
| 265 | Pages from BK0000000188 | Pages from BK0000000188.pdf | June 21, 2021 at 10:07 | BernardKerik | Preston Haliburton | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: discussing election data for use in potential GA litigation. |
| 266 | Pages from BK0000000253 | Pages from BK0000000253.pdf | June 21, 2021 at 10:07 | BernardKerik | Preston Haliburton | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email between counsel staff discussing election data in GA for use in potential litigation. |
| 267 | Pages from BK0000000261 | Pages from BK0000000261.pdf | June 21, 2021 at 10:07 | BernardKerik | Preston Haliburton | n/a | Fwd: Thousands Of Fraudulent Votes In Georgia Cast By Felons, Dead, Underage Voters | email | WP: email between counsel staff discussing election data in GA for use in potential litigation. |