# EXHIBIT A

I.  **Work Performed**[1]

A.  **Plaintiffs' June 16, 2023 Motion to Compel the Giuliani Businesses**

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 05/24/23 | Meryl C. Governski | Draft motion to compel Giuliani Businesses (2.8). | 2.8 |
| 05/24/23 | Maggie MacCurdy | Draft motion to compel Giuliani Businesses (1.1). | 1.1 |
| 05/26/23 | Maggie MacCurdy | Draft motion to compel Giuliani Businesses (1.2). | 1.2 |
| 05/29/23 | Maggie MacCurdy | Research for draft of motion to compel Giuliani Businesses (4.1); draft motion to compel Giuliani Businesses (1.9). | 6.0 |
| 05/30/23 | Maggie MacCurdy | Draft motion to compel Giuliani Businesses (7.7). | 7.7 |
| 05/31/23 | Maggie MacCurdy | Researching, drafting, and revising motion to compel Giuliani Businesses (4.5). | 4.5 |
| 06/02/23 | Annie Houghton-Larsen | Review and revise draft Giuliani Businesses motion to compel (1.5). | 1.5 |
| 06/09/23 | Maggie MacCurdy | Drafting and editing motion to compel Giuliani Businesses (1.5). | 1.5 |
| 06/12/23 | Meryl C. Governski | Review and edit Giuliani Businesses motion to compel (3.7). | 3.7 |
| 06/12/23 | Maggie MacCurdy | Researching background sources and history for Giuliani Businesses motion to compel (2.6). | 2.6 |
| 06/13/23 | Meryl C. Governski | Edited and updated motion to compel Giuliani Businesses (6.2). | 6.2 |
| 06/13/23 | Maggie MacCurdy | Preparing Exhibits for and revising draft of motion to compel Giuliani Businesses (2.0). | 2.0 |
| 06/14/23 | Maggie MacCurdy | Preparing and revising motion to compel Giuliani Businesses (7.1). | 7.1 |

---

[1] Counsel for Plaintiffs billed more than 100 total hours in connection with the June 16, 2023 Motion to Compel the Giuliani Businesses and the June 21, 2023 Consent Motion to Withdraw the June 16, 2023 Motion to Compel Giuliani Businesses and Replace with Revised Motion to Compel, but submit only 89.2 hours here for reimbursement.

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 06/15/23 | Meryl C. Governski | Confer with co-counsel team re Giuliani Businesses motion to compel and related strategy (1.0); review and revise updated motion to compel Giuliani Businesses (0.9). | 1.9 |
| 06/15/23 | Maggie MacCurdy | Draft motion to compel Giuliani Businesses (7.7). | 7.7 |
| 06/16/23 | Meryl C. Governski | Review motion to compel Giuliani Business for final approval (2.1). | 2.1 |
| 06/16/23 | Annie Houghton-Larsen | Finalizing motion to compel Giuliani Businesses for filing (0.8). | 0.8 |
| **Subtotal for Plaintiffs' June 16, 2023 Motion to Compel the Giuliani Businesses:** | | | **60.4** |

**B. Plaintiffs' June 21, 2023 Consent Motion to Withdraw the June 16, 2023 Motion to Compel Giuliani Businesses and Replace with Revised Motion to Compel**

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 06/20/23 | Maggie MacCurdy | Revising, researching, and preparing revised motion to compel Giuliani Businesses (5.1). | 5.1 |
| 06/21/23 | Meryl C. Governski | Review updated draft of motion to compel Giuliani Businesses (1.5). | 1.5 |
| 06/21/23 | Annie Houghton-Larsen | Finalizing and filing consent motion to withdraw and refile motion to compel Giuliani Businesses (6.9). | 6.9 |
| 06/21/23 | Maggie MacCurdy | Researching for, revising, preparing accompanying materials and exhibits for revised motion to compel Giuliani Businesses (7.4). | 7.4 |
| 06/21/23 | Timothy P. Ryan | Assist with the preparation of the filing of consent motion to withdraw and refile motion to compel Giuliani Businesses and exhibits (1.4). | 1.4 |
| 06/22/23 | Meryl C. Governski | Review and approve filing re Giuliani Businesses (0.3). | 0.3 |
| 06/22/23 | Maggie MacCurdy | Researching and drafting materials for revised motion to compel Giuliani Businesses and motion to withdraw and replace same (6.0). | 6 |
| **Subtotal for Plaintiffs' June 21, 2023 Revised Motion to Compel:** | | | **28.6** |

II.   **Reasonable Hourly Rates**

A. **Willkie Farr & Gallagher LLP's Customary Hourly Rates**

| Attorney | Position | Hourly Rate |
|---|---|---|
| Meryl C. Governski | Partner | $1,450 |
| Annie Houghton-Larsen | Fifth-Year Associate | $1,185 |
| Timothy P. Ryan | Fourth-Year Associate | $1,125 |
| Maggie MacCurdy | First-Year Associate | $680 |

B. **Hourly Rates Under the LSI-Adjusted *Laffey* Matrix**

| Attorney | Years Out of Law School | Hourly Rate |
|---|---|---|
| Meryl C. Governski | 8-10 years | $733 |
| Annie Houghton-Larsen | 4-7 years | $508 |
| Timothy P. Ryan | 4-7 years | $508 |
| Maggie MacCurdy | 1-3 years | $413 |

III.   **Total Attorneys' Fees**

A. **Total Attorneys' Fees Based On Willkie Farr & Gallagher LLP's Customary Hourly Rates.**

| Attorney | Hours | Rate | Fees |
|---|---|---|---|
| Meryl C. Governski | **18.5** | $1,450 | **$26,825** |
| Annie Houghton-Larsen | **9.2** | $1,185 | **$10,902** |
| Timothy P. Ryan | **1.4** | $1,125 | **$1,575** |
| Maggie MacCurdy | **59.9** | $680 | **$40,732** |

- 3 -

B.  **Total Attorneys' Fees Based On the LSI-Adjusted *Laffey* Matrix.**

| Attorney | Hours | Rate | Fees |
|---|---|---|---|
| Meryl C. Governski | **18.5** | $733 | **$13,560.50** |
| Annie Houghton-Larsen | **9.2** | $508 | **$4,673.60** |
| Timothy P. Ryan | **1.4** | $508 | **$711.20** |
| Maggie MacCurdy | **59.9** | $413 | **$24,738.70** |