## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br>             Plaintiffs, <br><br>       v. <br><br> RUDOLPH W. GIULIANI, <br><br>            Defendant. | Case No. 1:21-cv-03354 (BAH) <br><br> Judge Beryl A. Howell |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' SUBMISSION DETAILING THE COSTS AND FEES INCURRED IN PREPARING AND FILING THE GIULIANI BUSINESSES MOTION

Upon consideration of Plaintiffs' Submission Detailing the Costs and Fees Incurred in Preparing and Filing the Giuliani Businesses Motion, Federal Rule of Civil Procedure 37, and the entire record herein, it is hereby:

**ORDERED** that the Plaintiffs' Submission Detailing the Costs and Fees Incurred in Preparing and Filing the Giuliani Businesses Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Giuliani shall pay Plaintiffs $43,684 in attorneys' fees; and it is

**FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

_____           _____
Date                                       Beryl A. Howell, Judge
                                             United States District Court for the District of Columbia