UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, | |
| Plaintiffs, | Civil Action No. 21-3354 (BAH) |
| v. | Judge Beryl A. Howell |
| RUDOLPH W. GIULIANI, | |
| Defendants. | |

**OBJECTION AND RESPONSE TO MINUTE ORDER RE ATTORNEYS' FEES RE MOTION TO COMPEL EPONYMOUS ENTITIES AND TO PLAINTIFFS' SUBMISSION RE MOTION TO COMPEL EPONYMOUS ENTITIES**

In response to the Court's Minute Order dated July 13, 2023 regarding Plaintiffs' Motion to Compel Giuliani Partners and Giuliani Communications, Giuliani did not oppose the Court's show cause order as to why the motion to compel [Doc. 70] should not be granted as conceded. However, in the Motion to Compel, Plaintiffs sought to compel Giuliani Partners and Giuliani Communications (the "Giuliani Businesses"), which are separate and distinct legal entities. *See generally* Doc. 70. The Motion to Compel *only* sought to compel and attorneys' fees from the Giuliani Businesses. *See id.* There was no mention of any attorneys' fees from Giuliani individually. *See id.*

However, in the Court's July 26, 2023 Minute Order granting the Motion to Compel as conceded, the Court ordered that Giuliani—not the Businesses—pay Plaintiffs' attorneys' fees incurred in bringing the Motion. *See* July 26, 2023 Minute Order. This is relief that is not only not requested by the Motion to Compel and not conceded by Giuliani, but also is an inappropriate "summary veil piercing" by the Court. It is inappropriate for sanctions to be imposed on an officer

or principal of a corporation or entity for the corporation/entity's discovery misconduct without a proper due process procedure establishing alter ego/veil piercing.  *See, e.g., Life Techs. Corp. v. Govindaraj*, 931 F.3d 259, 267 (4th Cir. 2019), as amended (Aug. 7, 2019).  None of that has occurred here.  Therefore, Giuliani respectfully submits that the Court erred in holding that he can be individually liable for discovery sanctions for the Motion to Compel that was solely directed to the Businesses and not to him individually without a proper finding that there is an "alter ego" and veil piercing can be appropriate.  Accordingly, Giuliani objects to the imposition of any attorneys' fees or sanctions against him for the discovery conduct of his eponymous entities.  Therefore, Plaintiffs' submission seeking same [Document 88] should be denied.

Date:  August 11, 2023

                                                Respectfully submitted,

                                                By: */s/ Joseph D. Sibley IV*

                                                CAMARA & SIBLEY L.L.P.

                                                   Joseph D. Sibley IV
                                                   DC Bar ID: TX0202
                                                   1108 Lavaca St.
                                                   Suite 110263
                                                   Austin, TX 78701

                                                   Telephone:  (713) 966-6789
                                                   Fax:  (713) 583-1131
                                                   Email:  sibley@camarasibley.com

                                                  **ATTORNEYS FOR RUDOLPH GIULIANI**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

/s/ *Joseph D. Sibley IV*
Joseph D. Sibley IV