AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

RUBY FREEMAN, et al., )
*Plaintiff* )
v. ) Civil Action No. 21-3354 (BAH)
RUDOLPH W. GIULIANI )
*Defendant* )

**FILED**
AUG 3 1 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: ORDERED that default judgment will be entered against defendant Rudolph W. Giuliani on his liability for plaintiffs defamation, intentional infliction of emotional distress, civil conspiracy, and punitive damage claims, pursuant to Federal Rules of Civil Procedure 37(e)(2)(C) and 37(b)(2)(A)(vi);

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Beryl A. Howell _____ on a motion for Discovery Sanctions

Date: 08/31/2023

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*