# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>RUDOLPH W. GIULIANI,<br><br>        *Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of June 5, 2023, granting the Joint Motion for an Amended Scheduling Order, Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss and Defendant Rudolph Giuliani (collectively, the "parties") submit this joint status report. The Court ordered that the parties file this joint status report by September 1, 2023, to inform the Court whether (a) they request referral for mediation or settlement; (b) they request a date for a pretrial conference; or (c) dispositive motions are anticipated. Minute Order (June 5, 2023). On August 30, 2023, the Court entered a Memorandum Opinion and Order, entering default judgment on liability against Defendant Giuliani, and the judgment was file-stamped and docketed on August 31, 2023. ECF Nos. 93–95. The Court's Order directed that "by September 20, 2023, the parties shall confer and submit a proposed schedule governing future proceedings in this matter, including three proposed dates for trial on damages, *see* FED. R. CIV. P. 55(b)(2)(B), in the period from

November 2023 to February 2024, and with associated proposed dates for any pretrial motions and a pretrial conference." ECF No. 93 at 1–2.

The parties understand the Court's August 30, 2023, Order to displace its June 5, 2023, Minute Order with respect to this joint status report and will address all outstanding issues in the parties' September 20, 2023, joint status report.[1]

DATED: September 1, 2023

| | |
|---|---|
| */s/ John Langford* | */s/ Joseph D. Sibley* |
| **UNITED TO PROTECT DEMOCRACY** | **CAMARA & SIBLEY L.L.P.** |
| John Langford* | Joseph D. Sibley IV |
| Rachel Goodman* | DC Bar ID: TX0202 |
| 82 Nassau Street, #601 | 1108 Lavaca St. |
| New York, NY 10038 | Suite 110263 |
| Tel: (202) 579-4582 | Austin, TX 78701 |
| john.langford@protectdemocracy.org | Telephone: (713) 966-6789 |
| rachel.goodman@protectdemocracy.org | Fax: (713) 583-1131 |
| | Email: sibley@camarasibley.com |
| **WILLKIE FARR & GALLAGHER LLP** | |
| Michael J. Gottlieb (974960) | *Counsel for Defendant* |
| Meryl C. Governski (1023549) | |
| J. Tyler Knoblett (1672514) | |
| Timothy P. Ryan (1719055) | |
| 1875 K Street NW | |
| Washington, DC 20006 | |
| Tel: (202) 303-1000 | |
| Fax: (202) 303-2000 | |
| mgottlieb@willkie.com | |
| mgovernski@willkie.com | |
| jknoblett@willkie.com | |

**WILLKIE FARR & GALLAGHER LLP**
M. Annie Houghton-Larsen*
787 7th Avenue
New York, New York

---

[1] To the extent that Defendant Giuliani complies with the Court's August 30, 2023, Order and produces his financial records, Plaintiffs reserve the right to request leave to designate an expert to assess Defendant Giuliani's financial status and other damages.

Tel: (212) 728-8164
Fax: (212) 728-9164
mhoughton-larsen@willkie.com

**DUBOSE MILLER LLC**
Von A. DuBose*
75 14th Street NE
Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

**UNITED TO PROTECT DEMOCRACY**
Christine Kwon*
555 W. 5th St.
Los Angeles, CA 90013
Tel: (919) 619-9819
Christine.kwon@protectdemocracy.org

**UNITED TO PROTECT DEMOCRACY**
Sara Chimene-Weiss*
7000 N 16th Street Ste. 120, #430
Phoenix, AZ 85020
Tel: (202) 579-4582
sara.chimene-weiss@protectdemocracy.org

**Admitted pro hac vice*

***Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023, this document was filed with the Clerk of the Court of the U.S. District Court of the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

Dated:  September 1, 2023                        By: */s/ John Langford*_____
                                                                    **UNITED TO PROTECT DEMOCRACY**
                                                                    John Langford*
                                                                    82 Nassau Street, #601
                                                                    New York, NY 10038
                                                                    Tel: (202) 579-4582
                                                                    john.langford@protectdemocracy.org

                                                                    *Admitted *pro hac vice*