# EXHIBIT A

I. **Work Performed**[1]

A. **Plaintiffs' July 11, 2023 Motion for Discovery Sanctions Against Defendant Giuliani**

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 06/27/23 | Michael J. Gottlieb | Attention to motion for sanctions and confer with counsel team re same (0.8). | 0.8 |
| 06/27/23 | Meryl C. Governski | Review and edit draft outline of motion for sanctions (1.6). | 1.6 |
| 06/27/23 | Annie Houghton-Larsen | Draft motion for sanctions (1.0), legal research re same (3.8). | 4.8 |
| 06/27/23 | Timothy P. Ryan | Revise draft of motion for sanctions against Defendant (5.6). | 5.6 |
| 06/28/23 | Michael J. Gottlieb | Attention to motion for sanctions and correspondence re same (0.5). | 0.5 |
| 06/28/23 | Annie Houghton-Larsen | Continue to draft motion for sanctions (4.0), legal research re same (1.3). | 5.3 |
| 06/28/23 | Timothy P. Ryan | Revise draft of motion for sanctions against Defendant (6.2). | 6.2 |
| 06/28/23 | John Langford | Review and revise first draft of sanctions motion (2.5). | 2.5 |
| 06/29/23 | Perri Haser | Research areas of law for sanctions motion (4.2). | 4.2 |
| 06/29/23 | Annie Houghton-Larsen | Revise sanctions motion (1.3). | 1.3 |
| 06/29/23 | Timothy P. Ryan | Research case law regarding spoliation sanctions (3.0); revise draft of motion for sanctions against Defendant (2.0). | 5.0 |
| 06/29/23 | John Langford | Draft and revise multiple additional inserts for sanctions motion (3.1). | 3.1 |
| 07/03/23 | Annie Houghton-Larsen | Legal research re motion for sanctions (1.0). | 1.0 |
| 07/04/23 | Annie Houghton-Larsen | Continue to revise motion for sanctions (2.6). | 2.6 |

---

[1] Counsel for Plaintiffs, including attorneys other than those listed below relating to the submission of the Sanctions Motion, billed more than 200 total hours in connection with the July 11, 2023 Motion for Discovery Sanctions and August 1, 2023 Reply in Support of Motion for Discovery Sanctions, but Plaintiffs submit only 172.5 hours here for reimbursement.

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/05/23 | Annie Houghton-Larsen | Legal research re sanctions motion (0.9), correspondence re same (0.2). | 1.1 |
| 07/05/23 | John Langford | Draft additional content for argument and factual background sections of sanctions motion (4.7). | 4.7 |
| 07/06/23 | Annie Houghton-Larsen | Continue to revise motion for sanctions (4.0), correspondence re same (0.3), cite check re same (2.0). | 6.3 |
| 07/06/23 | John Tyler Knoblett | Conduct proofing and substantive cite-checking of Motion for Sanctions (3.5). | 3.5 |
| 07/06/23 | Michael J. Gottlieb | Draft/revise motion for sanctions (1.0). | 1.0 |
| 07/07/23 | Annie Houghton-Larsen | Continuing to finalize sanctions motion (0.6). | 0.6 |
| 07/07/23 | John Tyler Knoblett | Update exhibit citations in Motion for Sanctions (0.5); proof and edit Motion for Sanctions (1.0). | 1.5 |
| 07/10/23 | Annie Houghton-Larsen | Continuing to revise motion for sanctions, including revisions per Willkie team and co-counsel (5.0); preparing exhibits re same (0.5). | 5.5 |
| 07/10/23 | Michael J. Gottlieb | Review/revise motion for sanctions (1.0); confer with co-counsel team re same (0.5). | 1.5 |
| 07/10/23 | John Tyler Knoblett | Review and revise citations in Motion for Sanctions (1.2). | 1.2 |
| 07/10/23 | Perri Haser | Research on preclusion for Sanctions motion per A. Houghton-Larsen (2.0). | 2.0 |
| 07/10/23 | John Langford | Review and revise factual background and legal argument sections for sanctions motion (2.1). | 2.1 |
| 07/11/23 | Annie Houghton-Larsen | Continue to revise motion for sanctions (4.0), preparing for filing (3.0), filing re same (0.9). | 7.9 |
| 07/11/23 | Michael J. Gottlieb | Review/revise motion for sanctions/default judgment (2.2); edits to Gottlieb declaration (0.4); multiple emails/telecons with co-counsel team re motion and strategy for same (1.3). | 3.9 |
| 07/11/23 | John Tyler Knoblett | Review, edit, proof, and incorporate changes from M. Gottlieb, J. Langford, and A. Houghton-Larsen into Motion for Sanctions (4.4); coordinate with MAO regarding filing of Motion for Sanctions (0.8); finalize exhibits and Declaration for Motion for Sanctions (4.1); coordinate with A. Staron regarding proofing, | 10.2 |

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| | | Bluebooking, and finalizing of Motion for Sanctions (0.9). | |
| 07/11/23 | Timothy P. Ryan | Revise draft of motion for sanctions (2.3); proof and cite check motion for sanctions (1.5). | 3.8 |
| 07/11/23 | Rachel Goodman | Review memorandum in support of sanctions motion (1.5). | 1.5 |
| 07/11/23 | John Langford | Review and revise sanctions motion, accompanying declaration, proposed order, and draft new inserts for same (3.2). | 3.2 |
| **Subtotal for July 11, 2023 Motion for Discovery Sanctions:** | | | **106.0** |

### B. August 1, 2023 Reply in Support of Plaintiffs' Motion for Discovery Sanctions Against Defendant Giuliani

| Date | Attorney | Narrative | Hours |
|---|---|---|---|
| 07/26/23 | Annie Houghton-Larsen | Begin to draft sanctions reply (4.1). | 4.1 |
| 07/26/23 | John Langford | Review Defendant Giuliani's response to sanctions motion and accompanying stipulations (1.1). | 1.1 |
| 07/27/23 | Meryl C. Governski | Review and provide feedback to motion for sanctions outline and communicate re outstanding case tasks (1.4). | 1.4 |
| 07/27/23 | Annie Houghton-Larsen | Draft sanctions reply motion (6.4), correspondence re same (0.4). | 6.8 |
| 07/27/23 | John Langford | Review proposed outline of reply in support of motion for sanctions (0.2). | 0.2 |
| 07/27/23 | Christine Kwon | Conduct legal and record research for discovery sanctions reply (2.2). | 2.2 |
| 07/28/23 | Annie Houghton-Larsen | Continue to draft sanctions reply (4.0), correspondence re same (0.3). | 4.3 |
| 07/28/23 | Maggie MacCurdy | Research law for Reply to Opposition to Motion for Sanctions (3.9). | 3.9 |
| 07/28/23 | Christine Kwon | Review and provide input on discovery sanctions reply (1.7); conduct legal and record research for discovery sanctions reply (4.1). | 5.8 |

| | | | |
|---|---|---|---|
| 07/29/23 | Michael J. Gottlieb | Emails re Sanctions Motion (0.3). | 0.3 |
| 07/29/23 | Annie Houghton-Larsen | Correspondence re draft sanctions reply (0.2). | 0.2 |
| 07/30/23 | Meryl C. Governski | Review and edit Reply ISO motion for sanctions (6.5). | 6.5 |
| 07/30/23 | John Langford | Review draft of reply in support of sanctions (1.0) | 1.0 |
| 07/31/23 | Michael J. Gottlieb | Review/revise sanctions reply brief, emails and calls with counsel team re same (2.5). | 2.5 |
| 07/31/23 | Annie Houghton-Larsen | Revise sanctions reply (2.9), correspondence re same (0.3). | 3.2 |
| 07/31/23 | John Tyler Knoblett | Review reply to motion for sanctions (0.8). | 0.8 |
| 07/31/23 | Maggie MacCurdy | Prepare materials and filing in citations for Motions for Sanctions Reply (4.0); revise draft Motion for Sanctions Reply (0.4). | 4.4 |
| 07/31/23 | John Langford | Review and revise reply in support of sanctions motion (1.9). | 1.9 |
| 07/31/23 | Christine Kwon | Review and edit draft sanctions reply brief (1.3). | 1.3 |
| 08/01/23 | Meryl C. Governski | Final review of reply ISO sanctions and related legal research (1.0). | 1.0 |
| 08/01/23 | Annie Houghton-Larsen | Finalize and file sanctions reply (5.1). | 5.1 |
| 08/01/23 | Maggie MacCurdy | Prepare Sanctions Reply and related Exhibits and Declaration for filing (5.9). | 5.9 |
| 08/01/23 | John Langford | Review and revise reply in support of sanctions motion and draft inserts re same (1.3). | 1.3 |
| 08/01/23 | Christine Kwon | Review and edit draft sanctions reply brief (1.3). | 1.3 |
| **Subtotal for August 1, 2023 Reply in Support of Motion for Discovery Sanctions:** | | | **66.5** |

**II.     Reasonable Hourly Rates**

**A.   Willkie Farr & Gallagher LLP's Customary Hourly Rates**

| Attorney | Position | Hourly Rate |
|---|---|---|
| Michael J. Gottlieb | Partner | $1,875 |
| Meryl C. Governski | Partner | $1,450 |
| Annie Houghton-Larsen | Fifth-Year Associate | $1,185 |
| Timothy P. Ryan | Fourth-Year Associate | $1,125 |
| John Tyler Knoblett | Fourth-Year Associate | $1,125 |
| Maggie MacCurdy | First-Year Associate | $680 |
| Perri Haser | First-Year Associate | $520 |

**B.   Hourly Rates Under the LSI-Adjusted *Laffey* Matrix**

| Attorney | Years Out of Law School | Hourly Rate |
|---|---|---|
| Michael J. Gottlieb | 20+ years | $1,057 |
| Meryl C. Governski | 8-10 years | $777 |
| Annie Houghton-Larsen | 4-7 years | $538 |
| Timothy P. Ryan | 4-7 years | $538 |
| John Tyler Knoblett | 4-7 years | $538 |
| Maggie MacCurdy | 1-3 years | $437 |
| Perri Haser | 1-3 years | $437 |
| Rachel Goodman | 11-19 years | $878 |
| John Langford | 8-10 years | $777 |
| Christine Kwon | 4-7 years | $538 |

### III. Total Attorneys' Fees

#### A. Total Attorneys' Fees Based On Willkie Farr & Gallagher LLP's Customary Hourly Rates and for Protect Democracy Attorneys, Based on the LSI-Adjusted *Laffey* Matrix.

| Attorney | Hours | Rate | Fees |
|---|---|---|---|
| Michael J. Gottlieb | **10.5** | $1,875 | **$19,687.50** |
| Meryl C. Governski | **10.5** | $1,450 | **$15,225.00** |
| Annie Houghton-Larsen | **60.1** | $1,185 | **$71,218.50** |
| Timothy P. Ryan | **20.6** | $1,125 | **$23,175.00** |
| John Tyler Knoblett | **17.2** | $1,125 | **$19,350.00** |
| Maggie MacCurdy | **14.2** | $680 | **$9,656.00** |
| Perri Haser | **6.2** | $520 | **$3,224.00** |
| Rachel Goodman | **1.5** | $878 | **$1,317.00** |
| John Langford | **21.1** | $777 | **$16,394.70** |
| Christine Kwon | **10.6** | $538 | **$5,702.80** |

#### B. Total Attorneys' Fees Based On the LSI-Adjusted *Laffey* Matrix.

| Attorney | Hours | Rate | Fees |
|---|---|---|---|
| Michael J. Gottlieb | **10.5** | $1,057 | **$11,098.50** |
| Meryl C. Governski | **10.5** | $777 | **$8,158.50** |
| Annie Houghton-Larsen | **60.1** | $538 | **$32,333.80** |
| Timothy P. Ryan | **20.6** | $538 | **$11,082.80** |
| John Tyler Knoblett | **17.2** | $538 | **$9,253.60** |
| Maggie MacCurdy | **14.2** | $437 | **$6,205.40** |
| Perri Haser | **6.2** | $437 | **$2,709.40** |

|  |  |  |  |
|---|---|---|---|
| Rachel Goodman | **1.5** | $878 | **$1,317.00** |
| John Langford | **21.1** | $777 | **$16,394.70** |
| Christine Kwon | **10.6** | $538 | **$5,702.80** |