THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | Case No. 1:21-cv-03354 (BAH) <br><br> Judge Beryl A. Howell |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' SUBMISSION DETAILING THE COSTS AND FEES INCURRED IN PREPARING AND FILING PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS**

Upon consideration of Plaintiffs' Submission Detailing the Costs and Fees Incurred in Preparing and Filing Plaintiffs' Motion for Discovery Sanctions, Federal Rule of Civil Procedure 37, and the entire record herein, it is hereby:

**ORDERED** that the Plaintiffs' Submission Detailing the Costs and Fees Incurred in Preparing and Filing Plaintiffs' Motion for Discovery Sanctions is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Giuliani shall pay Plaintiffs $104,256.50 in attorneys' fees; and it is

**FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

_____          _____
Date                                                Beryl A. Howell, Judge
                                                    United States District Court for the District of Columbia