IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>RUDOLPH W. GIULIANI, Defendant. | Civil Action No. 1: 21-cv-03354 (BAH)<br><br>Chief Judge Beryl A. Howell |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), attorney Brittany Williams seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea' Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Brittany Williams, filed herewith. As set forth in the Declaration, Ms. Williams is admitted and an active member in good standing of the following bars: Massachusetts State Bar; and U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Meryl C. Governski, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Brittany Williams to appear *pro hac vice* in this matter.

1

Dated this 14th day of September 2023    /s/ *Meryl C. Governski*
                Meryl C. Governski (#1023549)
                WILLKIE FARR & GALLAHER LLP
                1875 K Street, N.W.
                Washington, DC 20006-1238
                Tel: (202) 303-1000
                Fax: (202) 303-2000
                mgovernski@willkie.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, the foregoing document was filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

Dated: September 14, 2023

/s/ *Meryl C. Governski*
Meryl C. Governski (#1023549)
WILLKIE FARR & GALLAHER LLP
1875 K Street, N.W.
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com
