IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN, *et al.*,

        Plaintiffs,

v.

RUDOLPH W. GIULIANI, Defendant.

Civil Action No. 1: 21-cv-03354 (BAH)

Chief Judge Beryl A. Howell

## DECLARATION OF BRITTANY WILLIAMS IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Brittany Williams, hereby declare:

1. My name, office address, and telephone number are as follows:

Brittany Marie Williams
UNITED TO PROTECT DEMOCRACY
15 Main St., Suite 312
Watertown, MA 02472
Telephone: (202) 579-4582

2. I have been admitted to the following courts and bars:

Massachusetts State Bar (Bar ID: 690783)
U.S. District Court for the District of Massachusetts
(Bar ID: 690783)

3. I am currently in good standing with all states, courts, and bars in which I am a part. I hereby certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14th, 2023

*/s/ Brittany Williams*
Brittany Williams
UNITED TO PROTECT DEMOCRACY
15 Main St., Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
Fax: (929) 777-8428
brittany.williams@protectdemocracy.org