## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, | |
| Plaintiffs, | Civil Action No. 1: 21-cv-03354 (BAH) |
| v. | Chief Judge Beryl A. Howell |
| RUDOLPH W. GIULIANI, Defendant. | |

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY BRITTANY WILLIAMS *PRO HAC VICE*

The Court has reviewed the motion for admission of attorney Brittany Williams *pro hac vice*. Upon consideration of the motion, the court grants attorney Brittany Williams *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.


Dated: _____

                                              _____

                                              BERYL A. HOWELL
                                              Chief Judge