# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>      *Plaintiffs*,<br><br>   v.<br><br>RUDOLPH W. GIULIANI,<br><br>      *Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

## PROPOSED PRETRIAL AND TRIAL SCHEDULE

Pursuant to the Court's Order of August 30, 2023, granting plaintiffs' motion for discovery sanctions, Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss and Defendant Rudolph Giuliani (collectively, the "parties") submit this proposal regarding a schedule governing future proceedings in this matter, including three proposed dates for trial on damages in the period from November 2023 to February 2024, and with associated proposed dates for any pretrial motions and a pretrial conference.

The parties believe that a trial on damages will last between 3 and 5 days.

### I.     Plaintiffs' Position

Plaintiffs' strong preference is for the trial to take place at the earliest possible date, and in all events, before the end of 2023. Unfortunately, given counsel and witness schedules, the parties were able to find only one week in November or December of 2023 in which the parties could be available.

## II.        Defendant's Position

Defendant's counsel has a trial setting the week after Thanksgiving making late November and early December untenable.  Defendant's counsel also has an arbitration setting January 23, 2024.

## III.        Joint Proposal 1 – Trial Starting December 11, 2023.

The parties propose a trial starting Monday, December 11, 2023, with the below associated schedule.[1]

| Event | Date | Standing Order Requirement |
|-------|------|---------------------------|
| Opening Motion(s) in Limine | October 24, 2023 | Required at least 21 days before pretrial submission |
| Opposition to Motion(s) in Limine | October 31, 2023 | Required at least 14 days before pretrial submission |
| Reply to Motion(s) in Limine | November 7, 2023 | Required at least 7 days before pretrial submission |
| Pretrial Submission | November 14, 2023 | Required at least 14 days before pretrial conference |
| Trial Brief | November 20, 2023 | |
| Pretrial Conference | December 4, 2023 | |
| Trial Starts (including voir dire) | December 11, 2023 | |

## IV.        Joint Proposal 2 – Trial Starting January 8, 2024.

The parties propose a trial starting Monday, January 8, 2024, with the below associated schedule.

| Event | Date | Standing Order Requirement |
|-------|------|---------------------------|
| Opening Motion(s) in Limine | October 31, 2023 | Required at least 21 days before pretrial submission |

---

[1] We understand that the Court currently has a trial scheduled for the week of December 11, but that the dates of this trial may change following a filing on November 1, 2023, and/or following a mediation between the parties in that case. The parties in this case initially agreed to proposing December 11 and December 13 as trial start dates, as that is one of the few weeks that work for the parties, and would be agreeable to either of those start dates in the event that the Court's calendar permits.

| Event | Date | Standing Order Requirement |
|---|---|---|
| Opposition to Motion(s) in Limine | November 7, 2023 | Required at least 14 days before pretrial submission |
| Reply to Motion(s) in Limine | November 14, 2023 | Required at least 7 days before pretrial submission |
| Pretrial Submission | November 21, 2023 | Required at least 14 days before pretrial conference |
| Trial Brief | December 11, 2023 | |
| Pretrial Conference | December 15, 2023 | |
| Trial Starts (including voir dire) | January 8, 2024 | |

## V.     Joint Proposal 3 – Trial Starting February 20, 2024.

The parties propose a trial starting Tuesday, February 20, 2024, with the below associated

schedule.

| Event | Date | Standing Order Requirement |
|---|---|---|
| Opening Motion(s) in Limine | January 5, 2024 | Required at least 21 days before pretrial submission |
| Opposition to Motion(s) in Limine | January 12, 2024 | Required at least 14 days before pretrial submission |
| Reply to Motion(s) in Limine | January 19, 2024 | Required at least 7 days before pretrial submission |
| Pretrial Submission | January 26, 2024 | Required at least 14 days before pretrial conference |
| Trial Brief | January 29, 2024 | |
| Pretrial Conference | February 12, 2024 | |
| Trial Starts (including voir dire) | February 20, 2024 | |

DATED: September 20, 2023

*/s/ Michael J. Gottlieb*
**WILLKIE FARR & GALLAGHER LLP**
Michael J. Gottlieb (974960)
Meryl C. Governski (1023549)
J. Tyler Knoblett (1672514)
Timothy P. Ryan (1719055)
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com
jknoblett@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
M. Annie Houghton-Larsen*
787 7th Avenue
New York, New York
Tel: (212) 728-8164
Fax: (212) 728-9164
mhoughton-larsen@willkie.com

**UNITED TO PROTECT DEMOCRACY**
John Langford*
Rachel Goodman*
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

**DUBOSE MILLER LLC**
Von A. DuBose*
75 14th Street NE
Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

**UNITED TO PROTECT DEMOCRACY**
Christine Kwon*
555 W. 5th St.
Los Angeles, CA 90013

*/s/ Joseph D. Sibley IV*
**CAMARA & SIBLEY L.L.P.**
Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com

***Counsel for Defendant***

Tel: (919) 619-9819
Christine.kwon@protectdemocracy.org

**UNITED TO PROTECT DEMOCRACY**
Sara Chimene-Weiss*
7000 N 16th Street Ste. 120, #430
Phoenix, AZ 85020
Tel: (202) 579-4582
sara.chimene-weiss@protectdemocracy.org

*Admitted pro hac vice*

**Attorneys for Plaintiffs Ruby Freeman and**
**Wandrea' Moss**