# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>           *Plaintiffs*,<br><br>     v.<br><br>RUDOLPH W. GIULIANI,<br><br>           *Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

### DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF PLAINTIFFS' SUBMISSION REGARDING ADDITIONAL SANCTIONS FOR DEFENDANT GIULIANI'S FAILURE TO COMPLY WITH THE COURT'S AUGUST 30, 2023 ORDER

I, Michael J. Gottlieb, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above-captioned case, and submit this Declaration in support of the Plaintiffs' Submission Regarding Additional Sanctions for Defendant Giuliani's Failure to Comply with the Court's August 30, 2023 Order (the "Submission").

3. As of the date of this Declaration, Defendant Giuliani has not paid Plaintiffs any

of the attorneys' fees as ordered by the MTC Fees Order[1], Giuliani Businesses Fees Order, or Sanctions Fees Order.

4. As of the date of this Declaration, Plaintiffs have not received any productions from Defendant Giuliani, Giuliani Partners LLC, and/or Giuliani Communications LLC, as required by the August 30, 2023 Order.

5. Since the Court's August 30, 2023 Order, Defendant Giuliani has made numerous derogatory public statements adressing the Court's Order, Plaintiffs, and Plaintiffs' counsel, while soliciting donations for his legal defense. On September 14, 2023, on "The Rudy Giuliani Show" on WABC 77, in an episode titled "John C. Gordon | Political Advocate | 09-14-23," Defendant Giuliani referred to Plaintiff Ruby Freeman, as well as myself, by name, and repeated the same defamatory statements for which this Court has already found him liable, such as the false allegation that Plaintiffs committed election fraud by "throw[ing] everybody out," and "cas[ing] the joint," before counting ballots in State Farm Arena.The episode is available at link https://wabcradio.com/episode/john-c-gordon-political-advocate-09-14-23/.

6. On or around August 7, 2023, Plaintiffs became aware, through public reporting, that Defendant Giuliani listed his Upper East Side condominium for sale with a $6.5 million listing price. Based on this information, on August 30, 2023, Plaintiffs emailed counsel for Defendant Giuliani a letter addressed to Defendant Giuliani demanding that Defendant Giuliani cease and desist any fraudulent transfer of assets. Counsel for Defendant Giuliani confirmed that the letter would be delivered to the Defendant.

7. Attached as Exhibit 1 is a true and correct copy of an article published by PBS on September 8, 2023, titled "Trump hosts a $100,000-per-person fundraiser to help Giuliani pay

---

[1] Any capitalized terms not defined herein shall have the meaning assigned in the Submission.

legal bills," available at https://www.pbs.org/newshour/politics/trump-hosts-a-100000-per-person-fundraiser-to-help-giuliani-pay-legal-bills.

8. Attached as Exhibit 2 is a true and correct copy of the Statement of Organization for the Giuliani Defense PAC, filed with the Federal Election Commission on August 4, 2023.

9. Attached as Exhibit 3 is a true and correct copy of a post Defendant Giuliani made on X, formerly known as Twitter, on August 22, 2023, providing a PO Box for the "Rudy Giuliani Defense Fund."

10. Attached as Exhibit 4 is a true and correct copy of an article published by Newsmax on September 9, 2023, titled "Rudy Giuliani to Newsmax: Defense Fund Can Help Us Go on 'Offensive,,'" available at https://www.newsmax.com/newsmax-tv/rudy-giuliani-indictments-legal/2023/09/09/id/1133855/.

11. Attached as Exhibit 5 is a true and correct copy of an article published by CNN on August 16, 2023, titled "Giuliani struggling under massive legal bills after defending Trump," available at https://www.cnn.com/2023/08/15/politics/giuliani-money-lawsuits-trump/index.html.

12. Attached as Exhibit 6 is a true and correct copy of an article published by the New York Times on September 19, 2023, titled "Giuliani Sued Over Unpaid Legal Fees by Lawyer Who Led His Defense," available at https://www.nytimes.com/2023/09/19/nyregion/giuliani-suit-lawyer.html.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed on September 29, 2023.

*/s/ Michael J. Gottlieb*
WILLKIE FARR & GALLAGHER LLP
MICHAEL J. GOTTLIEB

1875 K Street, #100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

*Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss*

- 4 -