# EXHIBIT 2

# STATEMENT OF ORGANIZATION

**FEC FORM 1**

Office Use Only

**1. NAME OF COMMITTEE (in full)**   ☐ (Check if name is changed)   Example: If typing, type over the lines.   `12FE4M5`

Giuliani Defense

**ADDRESS (number and street)**   ☐ (Check if address is changed)
401 S County Rd
#3495

Palm Beach | FL | 33480
CITY ▲ | STATE ▲ | ZIP CODE ▲

**COMMITTEE'S E-MAIL ADDRESS**   ☐ (Check if address is changed)
rkiger@restoringusa.org

Optional Second E-Mail Address
rkiger@fecinfusion.org

**COMMITTEE'S WEB PAGE ADDRESS (URL)**   ☐ (Check if address is changed)

**2. DATE**   08 / 04 / 2023

**3. FEC IDENTIFICATION NUMBER ▶**   C   C00847327

**4. IS THIS STATEMENT**   ☒ NEW (N)   **OR**   ☐ AMENDED (A)

I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.

Type or Print Name of Treasurer: Kiger, Robert, , ,

Signature of Treasurer: *Kiger, Robert, , ,*   *[Electronically Filed]*   Date: 08 / 04 / 2023

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to the penalties of 52 U.S.C. §30109.
ANY CHANGE IN INFORMATION SHOULD BE REPORTED WITHIN 10 DAYS.

Office Use Only | **For further information contact:** Federal Election Commission  Toll Free 800-424-9530  Local 202-694-1100 | **FEC FORM 1** (Revised 06/2012)

5. TYPE OF COMMITTEE:

**Candidate Committee:**

(a) ☐ This committee is a principal campaign committee. (Complete the candidate information below.)

(b) ☐ This committee is an authorized committee, and is NOT a principal campaign committee. (Complete the candidate information below.)

Name of Candidate

Candidate Party Affiliation   Office Sought: ☐ House  ☐ Senate  ☐ President   State   District

(c) ☐ This committee supports/opposes only one candidate, and is NOT an authorized committee.

Name of Candidate

**Party Committee:**

(d) ☐ This committee is a _____ (National, State or subordinate) committee of the _____ (Democratic, Republican, etc.) Party

**Political Action Committee (PAC):**

(e) ☐ This committee is a separate segregated fund. (Identify connected organization on line 6.) Its connected organization is a:

☐ Corporation     ☐ Corporation w/o Capital Stock     ☐ Labor Organization
☐ Membership Organization     ☐ Trade Association     ☐ Cooperative

☐ In addition, this committee is a Lobbyist/Registrant PAC.

(f) ☐ This committee supports/opposes more than one Federal candidate, and is NOT a separate segregated fund or party committee. (i.e., nonconnected committee)

☐ In addition, this committee is a Lobbyist/Registrant PAC.

☐ In addition, this committee is a Leadership PAC. (Identify sponsor on line 6.)

(g) ☐ This committee is an independent expenditure-only political committee (Super PAC).

☐ In addition, this committee is a Lobbyist/Registrant PAC.

(h) ☒ This committee is a political committee with both contribution and non-contribution accounts (Hybrid PAC).

☐ In addition, this committee is a Lobbyist/Registrant PAC.

**Joint Fundraising Representative:**

(i) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, at least one of which is an authorized committee of a federal candidate.

(j) ☐ This committee collects contributions, pays fundraising expenses and disburses net proceeds for two or more political committees/organizations, none of which is an authorized committee of a federal candidate.

Committees Participating in Joint Fundraiser

1. _____     C _____

2. _____     C _____

FEC **Form 1** (Revised 02/2009) Page **3**

Write or Type Committee Name

# Giuliani Defense

6. **Name of Any Connected Organization, Affiliated Committee, Joint Fundraising Representative, or Leadership PAC Sponsor**

   NONE

   Mailing Address

   CITY ▲   STATE ▲   ZIP CODE ▲

   Relationship: ☐ Connected Organization  ☐ Affiliated Organization  ☐ Joint Fundraising Representative  ☐ Leadership PAC Sponsor

7. **Custodian of Records:** Identify by name, address (phone number -- optional) and position of the person in possession of committee books and records.

   Full Name: Kiger, Robert, , ,

   Mailing Address: PO Box 3495

   CITY: Palm Beach   STATE: FL   ZIP CODE: 33480

   Title or Position ▼: Treasurer

   Telephone number: 720 – 837 – 4528

8. **Treasurer:** List the name and address (phone number -- optional) of the treasurer of the committee; and the name and address of any designated agent (e.g., assistant treasurer).

   Full Name of Treasurer: Kiger, Robert, , ,

   Mailing Address: PO Box 3495

   CITY: Palm Beach   STATE: FL   ZIP CODE: 33480

   Title or Position ▼: Treasurer

   Telephone number: 720 – 837 – 4528

FEC **Form 1** (Revised 02/2009) Page **4**

Full Name of Designated Agent: Giuliani, Andrew, , ,

Mailing Address: 400 Chambers St

5K

CITY ▲ New York   STATE ▲ NY   ZIP CODE ▲ 10282

Title or Position ▼

Founder

Telephone number: 917 – 349 – 7370

9. **Banks or Other Depositories:** List all banks or other depositories in which the committee deposits funds, holds accounts, rents safety deposit boxes or maintains funds.

Name of Bank, Depository, etc.

Wells Fargo

Mailing Address: 255 County Rd

CITY ▲ Palm Beach   STATE ▲ FL   ZIP CODE ▲ 33480

Name of Bank, Depository, etc.

Mailing Address:

CITY ▲   STATE ▲   ZIP CODE ▲