# EXHIBIT 3

9/28/23, 10:13 AM
Case 1:21-cv-03354-BAH Document 101-4 Filed 09/29/23 Page 2 of 2
Rudy W. Giuliani on X: "Friends of the Mayor set up a fund. Monies raised goes to legal defense. As you know the radical left wa…

Search

Home

Explore

Notifications

Messages

Lists

Bookmarks

Communities

Premium

Profile

More

Post

← Post

**Rudy W. Giuliani** ✓
@RudyGiuliani

Subscribe

Friends of the Mayor set up a fund. Monies raised goes to legal defense. As you know the radical left want to silence the Mayor because he is getting information to you!
Please send checks to
Rudy Giuliani Defense Fund
PO Box 309   3300 S Dixie Hwy West
Palm Beach, FL. 33405

**The Official Giuliani Fan Club** @RudyCommon · Aug 21
Please help Rudy!

rudygiulianifreedomfund.com



0:05 / 0:41

✏️ Last edited 12:04 PM · Aug 22, 2023 · **75K** Views

💬 4         ↻ 535         ♡ 1,146         🔖 19         ↑

👤 **Who can reply?**
People @RudyGiuliani follows or mentioned can reply

**Senior Boobies** ✓ @SeniorBoobies · Aug 22
Love you, Rudy!

💬         ↻         ♡ 9         📊 1,037         ↑

**cybertrek** @TrekCyber3 · Aug 23
We are praying for you 8/23/2023 American Hero.

💬         ↻         ♡         📊 115         ↑