# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | Case No. 1:21-cv-03354 (BAH) <br><br> Judge Beryl A. Howell |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' SUBMISSION REGARDING ADDITIONAL SANCTIONS FOR DEFENDANT GIULIANI'S FAILURE TO COMPLY WITH THE COURT'S AUGUST 30, 2023 ORDER

Upon consideration of Plaintiffs' Submission Regarding Additional Sanctions for Defendant Giuliani's Failure to Comply with the Court's August 30, 2023 Order (the "Submission"), is hereby:

**ORDERED** that the Submission is **GRANTED**; and it is

**FURTHER ORDERED** that the following adverse inferences are established for the purposes of this action:

1. The jury will be instructed that it must, when determining an appropriate sum of compensatory, presumed, and punitive damages, infer that Defendant Giuliani was intentionally trying to hide relevant discovery about the Giuliani Businesses' finances for the purpose of shielding his assets from discovery and artificially deflating his net worth.

2. The jury will be instructed that it must, when determining an appropriate sum of compensatory, presumed, and punitive damages, infer that Defendant Giuliani was intentionally trying to hide relevant discovery about the viewership of Common Sense and his social media reach for the purpose of artificially deflating the reach of his defamatory statements.

3. The jury will be instructed that it must, when determining an appropriate sum of compensatory, presumed, and punitive damages, infer that Defendant Giuliani

    received substantial financial benefits from Defendant Giuliani's defamation of Plaintiffs.

4. The jury will be instructed that it must, when determining an appropriate sum of compensatory, presumed, and punitive damages, infer that the Giuliani Businesses continue to generate advertising revenue and other income from their operations.

**FURTHER ORDERED** that Defendant Giuliani and his counsel are precluded from introducing or referencing the following at trial for purposes of this action:

1. Defendant Giuliani and his counsel will be precluded from introducing any evidence, whether through a document, witness, or other testimony, that has not been disclosed or produced during discovery.

2. Defendant Giuliani and his counsel will be precluded from making any argument, or introducing any evidence, stating or suggesting that he received no financial benefits, or that he received only immaterial or insubstantial financial benefits, from the statements he made about Plaintiffs as identified in Plaintiffs' Amended Complaint.

3. Defendant Giuliani and his counsel will be precluded from making any argument, or introducing any evidence, stating or suggesting that he is insolvent, bankrupt, judgment proof, or otherwise unable to defend himself, comply with this Court's orders, or satisfy an eventual judgment.

**FURTHER ORDERED** that within three (3) days of this order, the Court will enter final judgment for the award of attorneys' fees for the Plaintiffs' Motion to Compel ("MTC Fees Order") with interest accrued since July 25, 2023 (*see* July 13, 2023 Minute Order; ECF No. 93);

**FURTHER ORDERED** that within three (3) days of this order, the Court will enter final judgment for the award of attorneys' fees for the Plaintiffs' Revised Motion to Compel Giuliani Partners & Giuliani Communications ("Giuliani Businesses Fees Order") with interest accrued since September 20, 2023 (*see* ECF No. 93);

**FURTHER ORDERED** that within three (3) days of this order, the Court will enter final judgment for the award of attorneys' fees for the Motion for Sanctions ("Sanctions Fees Order"), with interest to accrue from October 6, 2023 on any amount remaining unpaid (*see* ECF. No. 97);

**FURTHER ORDERED** that within three (3) days of this order, the Court will enter an order permitting Plaintiffs to register the MTC Fees Order, the Giuliani Businesses Fees Order,

- 3 -

and the Sanctions Fees Order in other judicial districts of the United States;

**FURTHER ORDERED** that Plaintiffs are awarded reasonable costs associated with the filing of the Motion, that Plaintiffs shall submit an accounting of such costs within seven (7) days of this Order.

**IT IS SO ORDERED.**

_____                _____
Date                                  Beryl A. Howell, Judge
                                      United States District Court for the District of Columbia