UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　*Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

**DECLARATION OF CHRISTINE KWON
IN SUPPORT OF PLAINTIFFS' CONSENT MOTION *IN LIMINE*
TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT AT TRIAL**

I, Christine Kwon, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over eighteen years of age, of sound mind, and otherwise competent to make this Declaration. This Declaration is based on my personal knowledge.

2. I am counsel for Ruby Freeman and Wandrea' ArShaye ("Shaye") Moss ("Plaintiffs") in the above-captioned case and submit this Declaration in support of Plaintiffs' Consent Motion *in Limine* to Exclude Certain Evidence and Argument at Trial.

3. Attached as Appendix A are true and correct excerpted transcriptions of audio or video recordings of public statements that Defendant Rudolph W. Giuliani ("Defendant") made between July 27, 2023, and October 2, 2023.

4. Since filing their Motion for Discovery Sanctions Against Defendant Giuliani for Failure to Preserve Electronic Evidence ("Sanctions Motion"), ECF No. 81, Plaintiffs

1

have become aware of numerous false and defamatory statements Defendant Giuliani has published about Plaintiffs, including after the Court's August 30, 2023, Order granting the Sanctions Motion and entering default judgment against Defendant Giuliani on his liability for Plaintiffs' defamation, intentional infliction of emotional distress, civil conspiracy, and punitive damages claims, ECF No. 93. Based on that information, on September 12, 2023, Plaintiffs emailed counsel for Defendant Giuliani a letter demanding that Defendant Giuliani issue a prominent and public retraction of those false and defamatory statements about Plaintiffs.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2023

/s/ Christine Kwon
**UNITED TO PROTECT DEMOCRACY**
Christine Kwon*
555 W. 5th Street
Los Angeles, CA 90013
Tel: (202) 579-4582
christine.kwon@protectdemocracy.org

*Admitted* pro hac vice

***Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss***