AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Ruby Freeman et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-03354 (BAH) |
| Rudolph W. Giuliani | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Ruby Freeman and Wandrea ArShaye ("Shaye") Moss.

Date: 10/27/2023

/s/ Brittany Williams
*Attorney's signature*

Brittany Williams (MA Bar #690783)
*Printed name and bar number*

United to Protect Democracy
15 Main Street, Suite 312
Watertown, MA 02472
*Address*

brittany.williams@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

(929) 777-8428
*FAX number*