**Appendix B – Defendant's Exhibit List (intentionally left blank)**