**Appendix F – [Proposed] Verdict Form**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA MOSS,<br><br>　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　　*Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

## [PROPOSED] VERDICT FORM

　　We, the Jury, unanimously find as follows:

**COMPENSATORY DAMAGES:**

What amount do you award Plaintiffs against Defendant Rudolph W. Giuliani as compensatory damages for defamation caused by Defendant Giuliani and his co-conspirators?

　　　　　　　　　　　AMOUNT: $ _____

What amount do you award Plaintiffs against Defendant Rudolph W. Giuliani as compensatory damages for emotional distress inflicted by Defendant Giuliani and his co-conspirators?

　　　　　　　　　　　AMOUNT: $ _____

**PUNITIVE DAMAGES:**

What amount do you award Plaintiffs against Defendant Rudolph W. Giuliani as punitive damages?

　　　　　　　　　　　AMOUNT: $ _____

DATED: December \_\_\_\_\_, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Signature of Foreperson