AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Ruby Freeman, et al. )
*Plaintiff* )
v. ) Case No. 1:21-cv-03354 (BAH)
Rudolph W. Giuliani )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 11/20/2023

s/ Aaron E. Nathan
*Attorney's signature*

Aaron E. Nathan (DC Bar No. 1047269)
*Printed name and bar number*
Willkie Farr & Gallagher LLP
1875 K Street NW
Washington, DC 20006

*Address*

anathan@willkie.com
*E-mail address*

(202) 303-1172
*Telephone number*

(202) 303-2000
*FAX number*