

Joe Sibley <sibley@camarasibley.com>

## Jury Trial on Default as Sanction

**John Langford** <john.langford@protectdemocracy.org>  Wed, Nov 1, 2023 at 11:31 AM
To: Joe Sibley <sibley@camarasibley.com>

Thanks, will take a look.

On Wed, Nov 1, 2023 at 9:29 AM Joe Sibley <sibley@camarasibley.com> wrote:
> Rodriguez also objects to the holding of a bench trial despite the fact that he had properly requested a jury trial in his answer. However, "after a default judgment has been entered under Fed.R.Civ.P. 37(b)(2), a party has no right to jury trial under either Fed.R.Civ.P. 55(b)(2), ... or the Seventh Amendment." *Adriana Int'l Corp. v. Thoeren,* 913 F.2d 1406, 1414 (9th Cir.1990), *cert. denied,* 498 U.S. 1109, 111 S.Ct. 1019, 112 L.Ed.2d 1100 (1991); *see also Eisler v. Stritzler,* 535 F.2d 148, 153 (1st Cir.1976) (holding that after entry of a default judgment, a hearing, but not a jury trial, is required to assess damages).
>
> Goldman, Antonetti, Ferraiuoli, Axtmayer & Hertell v. Medfit Int'l, Inc., 982 F.2d 686, 692 (1st Cir. 1993)

--
John Langford
Counsel, Protect Democracy
john.langford@protectdemocracy.org | (919) 619-9819



Exhibit A