THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Case No. 1:21-cv-03354 (BAH)<br><br>Judge Beryl A. Howell |

**DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT'S MEMORANDUM IN RESPONSE TO THE COURT'S NOVEMBER 21, 2023 MINUTE ORDER (ECF No. 110)**

I, Michael J. Gottlieb, pursuant to 28 U.S.C. § 1746 hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above-captioned case, and submit this Declaration in support of the Plaintiffs' Response to Defendant's Memorandum in Response to the Court's November 21, 2023 Minute Order (ECF No. 110).

3. Attached as Exhibit 1 is a true and correct excerpted copy of the transcript from Defendant Giuliani's March 1, 2023 deposition in this action.

4. Attached as Exhibit 2 is a true and correct excerpted copy of the transcript from third-party Bernard Kerik's March 20, 2023 deposition in this action.

5. Attached as Exhibit 3 is a true and correct excerpted copy of the transcript from third-party Christina Bobb's May 16, 2023 deposition in this action.

- 2 -

6.     Attached as Exhibit 4 is a true and correct excerpted copy of the transcript from third-party Jacki Pick's May 9, 2023 deposition in this action.

7.     Attached as Exhibit 5 is a true and correct copy of an email from Jason Miller to Defendant Giuliani and Christina Bobb, cc'ing Larry Weitzner, dated December 17, 2020 stamped as PTX-179 for trial.

8.     Attached as Exhibit 6 is a true and correct copy of an email chain between Larry Weitzner, Jason Miller and others, dated December 20, 2020 stamped as PTX-331 for trial.

9.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 30, 2023.

*/s/ Michael J. Gottlieb*
WILLKIE FARR & GALLAGHER LLP
MICHAEL J. GOTTLIEB
1875 K Street, #100
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

***Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss***
