# EXHIBIT 1

Page 1

1

2           IN THE UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF COLUMBIA

4    ------------------------------x

5    RUBY FREEMAN and

6    WANDREA MOSS,

7                    Plaintiffs,

8         v.                    Civil Action No.

9                                21-3354 (BAH)

10   RUDOLPH W. GIULIANI,

11                   Defendant.

12   ------------------------------x

13

14          DEPOSITION OF RUDOLPH W. GIULIANI

15                  March 1, 2023

16

17

18

19   Reported by:

20   MARY F. BOWMAN, RPR, CRR

21   JOB NO. 5786854

22

23

24

25

Page 2

1

2

3

4

5                          March 1, 2023

6                          9:30 a.m.

7

8

9            Deposition of RUDOLPH W. GIULIANI,

10     held at Willkie, Farr & Gallagher, LLP, 787

11     Seventh Avenue, New York, New York, before

12     Mary F. Bowman, a Registered Professional

13     Reporter, Certified Realtime Reporter, and

14     Notary Public of the States of New Jersey

15     and New York.

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1
 2                    APPEARANCES:
 3
 4    WILLKIE FARR & GALLAGHER, LLP
 5    Attorneys for Plaintiffs
 6         1875 K Street, NW
 7         Washington DC  20006
 8    BY:  MICHAEL J. GOTTLIEB, ESQ.
 9         M. ANNIE HOUGHTON-LARSEN, ESQ.
10         MAGGIE MacCURDY, ESQ.
11         MERYL GOVERSKI, ESQ. (Via Zoom)
12         JOHN KNOBLETT, ESQ.  (Via Zoom)
13                   -and-
14    DUBOSE MILLER LLC
15         75 14th Street NE, Suite 2110
16         Atlanta, Georgia 30309
17    BY:  VON A. DUBOSE, ESQ. (Via Zoom)
18                   -and-
19    UNITED TO PROTECT DEMOCRACY, INC.
20         82 Nassau Street, #601
21         New York, NY 10038
22    BY:  JOHN LANGFORD, ESQ. (Via Zoom)
23
24
25
```

Page 4

1

2                        APPEARANCES:

3

4    CAMARA & SIBLEY

5    Attorneys for Defendant

6          1108 Lavaca Street,  Suite 110263

7          Austin, TX 78701

8    BY:  JOE SIBLEY, ESQ.

9              -and-

10   DAVIDOFF HUTCHER & CITRON LLP

11         605 Third Avenue

12         New York, New York   10158

13   BY:  ROBERT J. COSTELLO, ESQ.

14

15

16

17

18   Also Present:

19         Deverell Write, Legal Videographer

20

21

22

23

24

25

# Excerpted

```
                                       Page 93
 1                      Giuliani
 2        Q.     Okay.  You've said in the cover,
 3     in your quote, you've said, "If you want an
 4     honest look at the 2020 election and the
 5     corruption that obscures it, 'Stealing Your
 6     Vote' is a must read."
 7               Does that sound accurate to you?
 8        A.     Correct.
 9        Q.     So you think this is an honest
10     and accurate --
11        A.     Yeah, I mean, I probably read
12     more of that book than I normally would.  I
13     read all of the drafts, and Christina is a
14     close friend of mine and Maria's.  She has
15     become a personal friend as well.
16        Q.     In that book, Ms. Bobb refers to
17     this post-election team as the "Giuliani
18     legal team."
19               Have you heard that phrase
20     before?
21        A.     Yeah, that would be -- so that
22     was put together -- that was put together
23     the day after or the day after the
24     election.  I can't remember if it was the
25     exact day after or the next day.
```

```
                                    Page 94
 1                      Giuliani
 2            And the President fired his legal
 3      team and said, I want you to go -- largely
 4      because he had been -- he had been promised
 5      that there would be all these
 6      preparations -- let me go back just a
 7      little.
 8            During the campaign, summer
 9      probably, there was a very big article, I
10      think the biggest one being in the Los
11      Angeles Times, of the tremendous legal team
12      that Democrats were putting together and
13      that they had 1,000 or 2,000 lawyers that
14      they had prepared draft complaints and
15      draft papers in numerous jurisdictions.
16      They were going to challenge everywhere
17      humanly possible, and they weren't going to
18      concede no matter what.
19            It was buttressed by Hillary
20      Clinton's statement to Biden saying, "Under
21      no circumstances concede the election, no
22      matter what the vote is on election night."
23            So this created -- so this --
24      now, whether that's true or not, and I
25      think it was true, if it wasn't true, that
```

Page 95

```
1                        Giuliani
2      would constitute one of those fakes, right?
3      That created great consternation in the
4      Trump team.  Do we have that?
5                  I had no idea.  I was not part of
6      the -- I had been at campaign headquarters
7      three times at that point.  I was in my own
8      law office and consumed with the -- every
9      once in a while, I talked to them as
10     friends.
11                 I kind of vaguely knew who his
12     lawyers were on the team, and I didn't
13     think an awful lot of them, to think they
14     were the high-powered lawyers -- when I
15     read the names of the Democratic lawyers, I
16     said, Wow, this is not good, it will be
17     minor league, major league.
18                 But I put aside -- and then one
19     of my companions -- because this may have
20     been about the time the hard drive started.
21     But I remember who it was.  Bannon, Steve
22     Bannon said -- he said, you know, I've been
23     at that campaign headquarters a couple of
24     times.  I don't think they're prepared for
25     a damn thing.  Why don't you ask him to
```

```
                                         Page 96
 1                    Giuliani
 2     find out.
 3              So at some point when I was
 4     meeting with him, I just said,
 5     Mr. President, you should check out the --
 6     he came back and said, Oh, we are very well
 7     prepared.  We have got all of this, came
 8     back with a big long thing.
 9              So he referred back to that that
10     day and said, Go over there and see what
11     they have.
12              And when I went over there, they
13     didn't have anything.  They hadn't prepared
14     anything.  They weren't prepared for
15     anything.  They had some lawyers here and
16     there, complete chaos.
17        Q.    This is the day after the
18     election?
19        A.    Day or two days after.
20              So we basically had to get rid of
21     most of them and start from scratch, which
22     left us ten days behind our adversaries,
23     and they were critical ten days.
24        Q.    And the team that was then
25     assembled was --
```

```
                                        Page 97

 1                      Giuliani
 2        A.     Was myself --
 3        Q.     Let me just finish my question.
 4               I'll ask you about who was on it,
 5     but the team that was assembled at that
 6     point in time, is that the team that
 7     Ms. Bobb is referring to as the "Giuliani
 8     legal team"?
 9        A.     Correct.
10        Q.     Now you can tell me, who was on
11     this team?
12        A.     It was myself, Jenna Ellis,
13     Victoria Toensing, Joe diGenova, Boris
14     Epshteyn, originally.
15               We added Christina after about
16     two weeks, and we added -- oh, my goodness,
17     of course, her name will escape me.
18               Come on, guys, help me.  The
19     wicked witch of the east.
20        Q.     It's -- really, in this forum,
21     I'm interested in what you remember.
22        A.     Oh, I remember who it is, I just
23     can't remember the name.  I block it out.
24        Q.     We can come back to it.
25        A.     On purpose.  Everybody knows who
```

```
 1                   Giuliani
 2    it is.
 3         Q.    We can come back to it.
 4               Anyone else aside apart from
 5    this --
 6         A.    Sidney.
 7         Q.    Sidney?
 8         A.    It was Sidney.
 9         Q.    Sidney who?
10               MR. COSTELLO:  How could you
11         forget that.
12         Q.    Are you referring to Sidney
13    Powell?
14         A.    Sidney Powell, yeah.
15         Q.    Sidney Powell was part of the
16    team then?
17         A.    Yeah, she was part of the team.
18         Q.    Did this team meet anywhere or
19    was it --
20         A.    Yeah, yeah.  We had the campaign
21    office as our headquarters, and we met
22    there.  And then, after a while, the
23    campaign headquarters sort of dried up and
24    they were just doing, like, billing things
25    and very dispirited, so we went and got
```

```
 1                     Giuliani
 2     rooms at the Mandarin Oriental Hotel where
 3     we could be more private, also, a little
 4     bit away from the press.
 5               And we moved our operation to the
 6     Mandarin Oriental, and then because of
 7     Covid reasons around Christmastime, we
 8     moved it to the Willets Hotel.
 9          Q.    So for this Giuliani legal team,
10     the client was former President Trump in
11     his personal capacity, is that correct?
12          A.    Correct.
13          Q.    Not the campaign?
14          A.    Well, the campaign -- the
15     Republican -- the campaign was also part --
16     I was running the campaign.
17          Q.    Okay.  Was there an engagement
18     letter for any of the clients that this
19     team represented?
20          A.    I'm not sure.  I didn't pay
21     attention to that.
22          Q.    Any that you can recall seeing or
23     signing as you sit here today?
24          A.    No, but that doesn't mean I
25     didn't.
```

# Excerpted

Page 429

1                           Giuliani

2                         CERTIFICATE

3          STATE OF NEW JERSEY )

                              )ss:

4          COUNTY OF UNION     )

5               I, MARY F. BOWMAN, a Registered

6          Professional Reporter, Certified

7          Realtime Reporter, and Notary Public

8          within and for the State of New Jersey,

9          do hereby certify:

10              That RUDOLPH W. GIULIANI, the

11         witness whose deposition is

12         hereinbefore set forth, was duly sworn

13         by me and that such deposition is a

14         true record of the testimony given by

15         such witness.

16              I further certify that I am not

17         related to any of the parties to this

18         action by blood or marriage and that I

19         am in no way interested in the outcome

20         of this matter.

21              In witness whereof, I have

22         hereunto set my hand this 2nd day of

23         March, 2023.

24

25

                 MARY F. BOWMAN, RPR, CRR