# EXHIBIT 4

```
1           IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
2
     RUBY FREEMAN and          )
3    WANDREA MOSS,             )
                               )
4       Plaintiffs,            )
                               )
5    V.                        ) C.A. NO.:  21-3354
                               ) (BAH)
6    RUDOLPH W. GIULIANI,      )
                               )
7       Defendants.            )
8
9
10
11
12
13   *********************************************************
14          ORAL AND VIDEOTAPED DEPOSITION OF
15                   JACKI PICK
16                  May 9, 2023
17                   Volume 1
18   *********************************************************
19
20
21
22
23
24
25
```

Page 2

1            ORAL AND VIDEOTAPED DEPOSITION OF JACKI PICK,

2    produced as a witness at the instance of the Plaintiffs,

3    and duly sworn, was taken in the above-styled and

4    numbered cause on the 9th day of May, 2023, from

5    9:52 a.m. to 6:47 p.m., via videoconference, before

6    Abigail Guerra, CSR, in and for the State of Texas,

7    reported by machine shorthand, where all attendees

8    appeared via Zoom in their respective locations,

9    pursuant to the Federal Rules of Civil Procedure and the

10   provisions stated on the record or attached hereto.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1                    A P P E A R A N C E S
 2                    (Appearing Remotely)
 3
    FOR THE PLAINTIFFS:
 4
    Ms. Meryl Governski
 5  Ms. Logan Kenney
    Ms. Maggie MacCurdy
 6  WILLKIE FARR & GALLAGHER
    1875 K Street
 7  Washington, D.C. 20006
    Phone:  (202) 303-1000
 8  Email:  MGovernski@willkie.com
            Lkenney@willkie.com
 9          Mmaccurdy@willki.com
10
    FOR THE DEFENDANT:
11
    Mr. William G. Whitehill
12  CONDON TOBIN SLADEK THORNTON NERENBERG PLLC
    8080 Park Lane
13  Suite 700
    Dallas, Texas 75231
14  Phone:  (214) 265-3862
    Email:  Bwhitehill@condontobin.com
15
              - and -
16
    Mr. Brett Tolman
17  THE TOLMAN GROUP
    13827 Sprague Lane
18  Suite 220
    Draper, Utah 84020
19  Phone:  (801) 639-9840
    Email:  Brett@tolmangroup.com
20
    ALSO PRESENT:
21       Mr. Gus Phillips, Videographer
22
23
24
25
```

# Excerpted

```
                                              Page 43
 1              Do you see that?
 2      A.   Yes.
 3      Q.   What do you mean by "Trump legal team"?
 4      A.   The counsel of record for Trump in Georgia.
 5      Q.   And who is that?
 6      A.   Ray Smith.
 7      Q.   Okay?
 8              So when you used the term "Trump legal
 9   team" in your lawsuit, you're referring to the legal
10   team for whom you were volunteering?
11      A.   I don't remember if I used this term any other
12   way more broadly elsewhere.  But we're talking about
13   here, but actually it would apply either way.  I also
14   was not retained on his other legal teams.
15      Q.   When you say "his other legal teams," you're
16   referring to Mr. Trump or Mr. Smith?
17      A.   I'm talking about Trump or either one.  I
18   wasn't retained by either.
19      Q.   Your understanding is that you were working for
20   Mr. Smith; is that correct?
21              MR. WHITEHILL:  Object, vague.
22      Q.   (BY MS. GOVERNSKI)  Volunteering for Mr. Smith?
23      A.   Yes.
24      Q.   And what is your -- and what is your
25   understanding about who Mr. Smith was representing in
```

                                                          Page 44

1     your -- in connection with your volunteer efforts?

2          A.   He's representing the Trump side of the

3     election contest.

4          Q.   Was he representing the Trump campaign?

5          A.   I think he's representing the candidates.

6          Q.   The candidate rather than the campaign?

7          A.   To the extent that there's a legal distinction.

8          Q.   And what is your understanding of who was part

9     of the team working with Mr. Smith?

10         A.   He had an associate named Emilie Denmark, who's

11    working the case.  He's got, like, a tech named

12    Brittany; someone named Matthew Liss.

13                   THE CERTIFIED STENOGRAPHER:  I'm sorry.

14    This is the court reporter.  Could I have that last

15    sentence repeated back?

16         A.   I said that he has an associate named Emilie

17    Denmark, and also a staff person named Brittany Parks;

18    also someone named Matthew Liss.

19                   THE CERTIFIED STENOGRAPHER:  Thank you.

20         A.   And there were other people whose names I

21    didn't know.

22         Q.   (BY MS. GOVERNSKI)  And were all those people

23    associated with the Smith Liss law firm?

24         A.   Yes.

25         Q.   Was there anyone outside of the Smith Liss law

# Excerpted

1      Q.  (BY MS. GOVERNSKI)  So when you describe the

2   state would have lawyers, Mr. Smith would fall into that

3   category?

4      A.  Yes.

5      Q.  And so those -- the state lawyers like

6   Mr. Smith could fall into multiple buckets.  In other

7   words, they could be working with the personal lawyers

8   who are working with the campaign lawyers?

9      A.  I really don't know.

10      Q.  Well, who is your understanding of who

11   Mr. Smith was coordinating with on his efforts?

12      A.  I'm not sure.  I don't know.

13      Q.  You have no idea as you sit here today, who he

14   was coordinating with on his postelection efforts?

15      A.  Well, I mean, I wasn't on his phone calls with

16   the client.  I don't know who his contact was.

17      Q.  Who was the client?  You just referred to the

18   client.  Who was the client?

19      A.  The candidate, Donald Trump.

20      Q.  And in your recollection today, is that you

21   cannot recall who Mr. Smith was coordinating with on

22   behalf of former President Trump?

23            MR. WHITEHILL:  Object, form.

24      A.  I'm not sure I know what "coordinating with"

25   means.

# Excerpted

```
                                                Page 105
 1                 I'm not sure.  I don't want to guess.  I
 2     don't remember.
 3          Q.  So do you recall what you were doing at the law
 4     firm past midnight?  Why were you were still there at
 5     that hour?
 6          A.  Yeah.  Because they were just at the verge of
 7     filing the complaint.  They were at the verge of ready
 8     to file.  It was just the finishing touches.  They
 9     wanted to get things done.
10          Q.  And when you say "the complaint," you mean that
11     petition that was filed on December 3rd that we talked
12     about earlier?
13          A.  Yes.
14          Q.  Okay.
15                 So do you remember what you were actually
16     working on while you were waiting for this video to
17     download?
18          A.  No.
19          Q.  Okay.
20                 (Simultaneous cross-talk ensues.)
21          A.  It would be something to help with the
22     complaint, but I don't know what I was doing
23     specifically.
24          Q.  (BY MS. GOVERNSKI)  Okay.
25                 And can you describe kind of what happened
```

Page 106

```
 1    when the video became available for viewing sometime

 2    around 1:00 a.m. on December 3rd?

 3         A.   Yeah.

 4              So Ray Smith -- I'm sorry.  I have a voice

 5    problem.

 6              Ray Smith entered the conference room, I

 7    think, around 1:00, and told us all that the video was

 8    finally done downloading, and it was just like we had

 9    been told.  I believe his words were "the busy bees came

10    out and got to work."

11              So at that point, they cued it up on the

12    screen.  Just like we have in this conference room here,

13    there was a screen.  And the techs put it on the screen.

14    And then we watched it.

15         Q.   And who was in the room?

16         A.   So Ray was there for sure because he walked in

17    and announced it.  Brittany Parks, who is, like, the

18    lady who handles the tech stuff.

19              I'm not 100 percent sure because, number

20    one, my memory's not great.  So I'm going to put maybe

21    in front of these people's names because I'm not sure.

22              And let me add a caveat which is super

23    important.  This went on for a couple of hours.  So

24    people came and went.

25              Like, I don't remember who was present for
```

1    what section of the video review.  I would never be able

2    to remember that.  All I can tell you is my, like,

3    snapshot memories of who was at some point or another, I

4    think.

5              So go back to Ray Smith came in to tell us

6    to get started.  Brittany Parks cued it up on the

7    screen.  I think Matthew Liss might have been there, but

8    I'm not 100 percent sure about that.  I think Cletha

9    Mitchell was there for part of it.  I think Alex Cogman

10   was there for part of it.  I think Courtney Cramer was

11   there.  Emilie Denmark for part of it; Patrick Witt;

12   Chris Gardner.  That's all I remember right now.

13        Q.  And of --

14        A.  But, like I said, these people -- it's a big

15   conference room.  It's like a common work area.

16              So if people leave to go get a cup of

17   coffee or use the restroom or go home or whatever, I

18   don't remember very clearly who all was there because I

19   didn't attribute a lot of significance to it at the

20   time.

21        Q.  I understand.  I understand.

22              So other than Cletha Mitchell, was

23   everybody else that you mentioned or that you recall

24   being there, someone who worked or volunteered directly

25   for Smith Liss?

# Excerpted

Page 332

1

          IN THE UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF COLUMBIA
3     RUBY FREEMAN and              )
      WANDREA MOSS,                  )
4                                    )
         Plaintiffs,                 )
5                                    )
      V.                             ) C.A. NO.:  21-3354
6                                    ) (BAH)
      RUDOLPH W. GIULIANI,           )
7                                    )
         Defendants.                 )
8

9

10                  REPORTER'S CERTIFICATION
                  DEPOSITION OF JACKI PICK
11                    May 9, 2023
12          That the deposition transcript was delivered
13    to Ms. Meryl Governski.
14             That a copy of this certificate was served on
15    all parties and/or the witness shown herein on
16    _____.
17             I further certify that pursuant to FRCP
18    Rule 30(f)(1) that the signature of the deponent:
19          ____ was requested by the deponent or a party
20    before the completion of the deposition and that
21    signature is to be before any notary public and returned
22    within 30 days from date of receipt of the transcript.
23             If returned, the attached Changes and
24    Signature Page contains any changes and the reasons
25    therefore:

```
                                                Page 333

 1              _____ was not requested by the deponent or a

 2      party before the completion of the deposition.

 3              I certify that I am neither counsel for,

 4      related to, nor employed by any of the parties or

 5      attorneys in the action in which this proceeding was

 6      taken, and further that I am not financially or

 7      otherwise interested in the outcome of the action.

 8              Certified to by me this 15th day of May,

 9      2023.

10

11

12

13

14

15                         ABIGAIL GUERRA, Texas CSR 9059

                           Expiration Date:  02/28/24

                           VERITEXT LEGAL SOLUTIONS

16                         Firm Registration No. 571

                           300 Throckmorton Street

17                         Suite 1600

                           Fort Worth, Texas 76102

18                         Phone:  (817) 336-3042

19

20

21

22

23

24

25
```

Page 334

1   COUNTY OF _____      )

    STATE OF TEXAS           )

2

3            I hereby certify that the witness was notified

4   on_____, that the witness has 30 days or

5   (_____days per agreement of counsel) after being

6   notified by the officer that the transcript is available

7   for review by the witness and if there are changes in

8   the form or substance to be made, then the witness shall

9   sign a statement reciting such changes and the reasons

10  given by the witness for making them;

11       That the witness' signature was/was not returned as

12  of _____.

13           Subscribed and sworn to on this, the 15th

14  day of May, 2023.

15

16

17

18

19

                         ABIGAIL GUERRA, Texas CSR 9059

20                       Expiration Date:  02/28/24

                         VERITEXT LEGAL SOLUTIONS

21                       Firm Registration No. 571

                         300 Throckmorton Street

22                       Suite 1600

                         Fort Worth, Texas 76102

23                       Phone:  (817) 336-3042

24

25