# EXHIBIT 5

| | |
|---|---|
| From: | Jason Miller |
| Sent: | Thursday, December 17, 2020 12:06 PM EST |
| To: | Rudolph Giuliani; Christina Bobb |
| CC: | Larry Weitzner |
| Subject: | Existing TV ads |
| Importance: | High |

This has been approved by Fox to run nationally on Fox and Fox Business, and Sinclair said they'd take anything that Fox approved:

"On Tape" TV:30

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.dropbox.com_s_ibrbbey01uba1vh_B-2DDJT-2D121120-2DOnTape30FN-2DJT06.mp4-3Fdl-3D0&d=DwMGaQ&c=ecx_Oy7LFev-5AZZypfA9UpMsuBfoOoTkgGzbwCl-s8&r=JR_wxpe07wovDuTV2MC6u9E1QiTKhpx1vrz8MwmGhpE&m=x_XZzjBZmChWXVZy1HXs1Z6P70q3euKBdUYIWgPPJ-w&s=AbgDDz_OUAxT-TTwIqXvUkVUaox2u-IWasMpHO5mcUc&e=

These two ads ran last weekend nationally on Newsmax and OANN:

"Stop the Steal" TV:60

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.dropbox.com_s_12cc4ekmwiuok9a_B-2DDJT-2D120820-2DStopTheSteal60-2DJT-2D10.mp4-3Fdl-3D0&d=DwMGaQ&c=ecx_Oy7LFev-5AZZypfA9UpMsuBfoOoTkgGzbwCl-s8&r=JR_wxpe07wovDuTV2MC6u9E1QiTKhpx1vrz8MwmGhpE&m=ybVAzLrru1qbRvt7CUUYWn1JJu_gLdXbDWs4WQYyL1k&s=ae9Ptl4i-u7Ac6MXLNlfEUS9_cBOuIJov-rWqsHnuN8&e=

"Overwhelming" TV:30

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.dropbox.com_s_vorlinapkjdx0zi_B-2DDJT-2D120820-2DOverwhelming-2DJT-2DLaurie-2D11.mp4-3Fdl-3D0&d=DwMGaQ&c=ecx_Oy7LFev-5AZZypfA9UpMsuBfoOoTkgGzbwCl-s8&r=JR_wxpe07wovDuTV2MC6u9E1QiTKhpx1vrz8MwmGhpE&m=5J1u2PaCUOGo536anYP6SldUMzaMjJW9uYvmBQ00DFs&s=PMfFFD7OEoEM8jX-ZkDTfzChyS3ZUVpTTdZXUnSy3aQ&e=

This is a fourth ad we have in the can that has not yet been presented to the President:

"Stolen" TV:30

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.dropbox.com_s_w41r2voe6a93hkp_B-2DDJT-2D120920-2DStolen-2DJT-252006HR.mp4-3Fdl-3D0&d=DwIGaQ&c=ecx_Oy7LFev-5AZZypfA9UpMsuBfoOoTkgGzbwCl-s8&r=JR_wxpe07wovDuTV2MC6u9E1QiTKhpx1vrz8MwmGhpE&m=I-tCcLx4Zphytgc87df4sJW14x5rSE0zrjFGCzN2FZM&s=m5gOI6vEAh03i6VYQjxbvZWBHRZEllgqY85L1AtFm1U&e=

Plaintiffs' Exhibit

PTX-179

C.A. No. 21-3354 (BAH)

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.