# EXHIBIT 6

**From:** Larry Weitzner <​█​>
**Date:** Sunday, December 20, 2020 at 11:11 PM
**To:** Jason Miller <jmiller@donaldtrump.com>
**Cc:** Carlos Cruz <​█​>, Nick Poche <​█​>
**Subject:** Re: [EXTERNAL]Re: PAID ADVERTISING MARCHING ORDERS

Ok

Sent from my iPhone

> On Dec 20, 2020, at 9:10 PM, Jason Miller <jmiller@donaldtrump.com> wrote:
>
> Call to action has to be all about demanding immediate action - "demand honest election" is just too soft and not time sensitive enough.
>
> I'm fine pushing national ads to text so we can capture their information, but for local I'd ideally like to give a number to generate phone calls.
>
> Thank you!
>
>> On Dec 20, 2020, at 11:02 PM, Larry Weitzner <​█​> wrote:
>>
>> So right now some say:
>>
>> Call your legislator.
>>
>> Text FRAUD to 88022 to demand an honest election
>>
>> National says:
>>
>> Contact your legislators. Help President Trump! Text fraud to 88022
>>
>> Or with Fox
>>
>> Text Fraud to 88022 and demand legislators fight for honest elections.

**Plaintiffs' Exhibit**
**PTX-331**
C.A. No. 21-3354 (BAH)



JTA000074

We can switch it to what you have below, but in the specific states do u want the local number-so we don't capture their names. Or that audio and on screen it says text 88022?

And on the national I think what we have is going to be better as it connects to the President, we get their name and number for future use and can direct them to the states.

---

**From:** Jason Miller <jmiller@donaldtrump.com>
**Date:** Sunday, December 20, 2020 at 8:07 PM
**To:** Larry Weitzner <░░░░░░░░░░░░░░░░░░░░>
**Cc:** Benjamin Angle <benjamin@harrissikesmedia.com>, Justin Clark <jclark@donaldtrump.com>, Matthew Morgan <mmorgan@donaldtrump.com>, Alexander Cannon <acannon@donaldtrump.com>, Bill Stepien <BStepien@donaldtrump.com>, Sean Dollman <sdollman@donaldtrump.com>, Carlos Cruz <░░░░░░░░░░░░░░░░>
**Subject:** Re: [EXTERNAL]Re: PAID ADVERTISING MARCHING ORDERS

Solid plan, but I think the call-to-actions should be to "contact your Governor and legislators, demand they inspect the machines and hear the evidence," or at least as close to that as possible.

Don't forget we also need radio for the four states.

Thank you Larry!

> On Dec 20, 2020, at 8:43 PM, Larry Weitzner <░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░> wrote:
>
> Team,
>
> Given the tight deadlines, it's best to update the spots as they are. That means running the Stop the Steal :60 and Overwhelming :30 nationally on OAN and Newsmax, and running "On Tape FN" :30 on Fox News. These spots will drive voters to text 88022, where we could identify them and then send follow up texts pushing them to call the appropriate number.
>
> From there, we can run local in these states versions to put pressure on Kemp/Ducey/WI and MI legislators directly:
>
> We cut an AZ version over "Overwhelming" with the specific call to action to call Ducey.
>
> We cut a GA version of "On Tape FN" with the specific call to action to call Kemp.
>
> We cut a MI and WI version of "Overwhelming" with specific calls to actions to call legislators in each state.
>
> Below is a review of the attached scripts"
>
> - National Spots
>   - Stop the Steal v11 - adds in lines about illegals and out of state voters. For

OANN and Newsmax.
- Overwhelming National - updated to reference illegals and out of state voters voting in Nevada, and ballot mishandling in Arizona. For OANN and Newsmax.
- On Tape FN v11: updates call to action to be "Text FRAUD to 88022"

- Local spots:
  - Overwhelming AZ v3: updates Overwhelming National to end on an AZ note, with a call to action displaying Ducey's office number.
  - On Tape GA v2: updates On Tape FN with more examples from the research provided and a call to action to call Kemp.
  - Overwhelming MI and WI v1: updates the end of each script to end on a local note and with contact info for state legislators.

Larry

---

**From:** Jason Miller <jmiller@donaldtrump.com>
**Date:** Sunday, December 20, 2020 at 11:44 AM
**To:** Benjamin Angle <benjamin@harrissikesmedia.com>
**Cc:** Larry Weitzner <████████████████████>, Justin Clark <jclark@donaldtrump.com>, Matthew Morgan <mmorgan@donaldtrump.com>, Alexander Cannon <acannon@donaldtrump.com>, Bill Stepien <BStepien@donaldtrump.com>, Sean Dollman <sdollman@donaldtrump.com>, Carlos Cruz <████████████████████>
**Subject:** Re: [EXTERNAL]Re: PAID ADVERTISING MARCHING ORDERS

Great point. Please let us know what Christmas-specific deadlines we're running into.

JM

---

**From:** Benjamin Angle <benjamin@harrissikesmedia.com>
**Date:** Sunday, December 20, 2020 at 1:43 PM
**To:** Jason Miller <jmiller@donaldtrump.com>
**Cc:** Larry Weitzner <████████████████████>, Justin Clark <jclark@donaldtrump.com>, Matthew Morgan <mmorgan@donaldtrump.com>, Alex Cannon <acannon@donaldtrump.com>, Bill Stepien <BStepien@donaldtrump.com>, Sean Dollman <sdollman@donaldtrump.com>, Carlos Cruz <████████████████████>
**Subject:** Re: [EXTERNAL]Re: PAID ADVERTISING MARCHING ORDERS

I agree with Larry here. Time isn't on our side, and we have to be mindful of accelerated log deadlines over the next two weeks, too. I'll push for any creative that you want to run, but there's risk that S&P decisions will take 2-5 business days. The network cable approach is more cost efficient and we could get the approved spots back on-air by Tuesday morning.

I'll work on radio and local budget options, but again my concern here is that we're

JTA000076

going to run into half-staffed and unmotivated sales offices over the holiday weeks that will cause delays.

--

Ben Angle

On Dec 20, 2020, at 11:45, Jason Miller <jmiller@donaldtrump.com> wrote:

> Sounds good, and thank you.

>> On Dec 20, 2020, at 12:42 PM, Larry Weitzner <██████████████████> wrote:
>>
>> The Fox News approved spot took a week to get it approved by their legal department. So we have to consider that delay when it comes to creative My suggestion would be to use that spot with minor modifications nationally to put pressure on the legislators and to ensure our base across the country sees it.
>>
>> We can convert the 60 tv into radio and create new state specific ones.
>>
>> We will work on scripts today
>>
>> Larry
>>
>> Sent from my iPhone
>>
>>> On Dec 20, 2020, at 10:13 AM, Jason Miller <jmiller@donaldtrump.com> wrote:
>>>
>>> Team – the President and Mayor Giuliani want to get back up on TV ASAP, and Jared has approved in budgetary concept, so here's the gameplan:
>>>
>>> Larry – you're critical in that we need ASAP

JTA000077

feedback on how quickly we can turn around the updated creative, and Ben, you're critical in that we need you to tell us how much things cost and what we can get away with content-wise. No need to make perfect the enemy of good on either front.

**GOAL:**

- Motivate the GOP base to put pressure on the Republican Governors of **Georgia** and **Arizona** and the Republican-controlled state legislatures in **Wisconsin** and **Michigan** to hear evidence of voter fraud before January 6th. So these are our four states we truly care about.

**MEDIUMS:**

- Conservative cable (specifically Fox, Fox Biz, OANN and Newsmax).
- Conservative radio (shows originating locally and nationally).
- It is entirely up to us if we want to go with the national play on the cable and radio nets, or just go with the local insertions.
- I do also very much like the idea of running our spots nationally on Fox News Sunday the next two weekends.

**DURATION:**

- Now/ASAP through January 6th.

**TV AND RADIO CREATIVE:**

- The President and the Mayor both love the two TV spots we got approved for Newsmax and OANN (see below) and would like to keep the final product as close to these two existing ads as possible, but add in references to illegal aliens and out of state voters if at all possible, but the endings need to be changed to include phone numbers and directions to call the local Governor or state legislature, depending on the state, and most important we have to figure out what needs to be changed to get Fox and

- Fox Biz approval.
- If we take the national route, we'd need to put a phone number on-screen for each of the four targeted states, so four numbers in total on the endplate, but if we break it up and just place state-by-state, we only need to make a singular phone number push for each ad.
- The President likes the TV:30 we finally got approved by Fox and Fox Biz, but this is really just a Georgia-specific spot and I don't think it really works for what we want to do here.
- We obviously need radio, and we might want to have these be state-specific, more hardcore, include more specific examples of voter fraud (see attached), repeat the phone number and call to action more often. We're only talking four versions, so maybe state-specific here is easiest.

**BUDGET:**

- No set budget, but nobody flinched when I said a national effort would cost $2M a week. The prevailing thought is that we have two weeks, so let's go for broke here. I think the max spend we want to put forward is $5M.

As a reminder, these two ads ran last weekend nationally on Newsmax and OANN:

"Stop the Steal" TV:60

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.dropbox.com_s_12cc4ekmwiuok9a_B-2DDJT-2D120820-2DStopTheSteal60-2DJT-2D10.mp4-3Fdl-3D0&d=DwMGaQ&c=ecx_Oy7LFev-5AZZypfA9UpMsuBfoOoTkgGzbwCI-s8&r=JR_wxpe07wovDuTV2MC6u9E1QiTKhpx1vrz8MwmGhpE&m=ybVAzLrru1qbRvt7CUUYWn1JJu_gLdXbDWs4WQYyL1k&s=ae9Ptl4i-u7Ac6MXLNlfEUS9_cBOulJov-rWqsHnuN8&e=

"Overwhelming" TV:30

https://urldefense.proofpoint.com/v2/url?u=https-

3A__www.dropbox.com_s_vorlinapkjdx0zi_B-2DDJT-2D120820-2DOverwhelming-2DJT-2DLaurie-2D11.mp4-3Fdl-3D0&d=DwMGaQ&c=ecx_Oy7LFev-5AZZypfA9UpMsuBfoOoTkgGzbwCI-s8&r=JR_wxpe07wovDuTV2MC6u9E1QiTKhpx1vrz8MwmGhpE&m=5J1u2PaCUOGo536anYP6SldUMzaMjJW9uYvmBQ00DFs&s=PMfFFD7OEoEM8jX-ZkDTfzChyS3ZUVpTTdZXUnSy3aQ&e=

And this ad has been approved by Fox to run nationally on Fox and Fox Business, and Sinclair said they'd take anything that Fox approved:

"On Tape" TV:30

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.dropbox.com_s_ibrbbey01uba1vh_B-2DDJT-2D121120-2DOnTape30FN-2DJT06.mp4-3Fdl-3D0&d=DwMGaQ&c=ecx_Oy7LFev-5AZZypfA9UpMsuBfoOoTkgGzbwCI-s8&r=JR_wxpe07wovDuTV2MC6u9E1QiTKhpx1vrz8MwmGhpE&m=x_XZzjBZmChWXVZy1HXs1Z6P70q3euKBdUYIWgPPJ-w&s=AbgDDz_OUAxT-TTwIqXvUkVUaox2u-IWasMpHO5mcUc&e=

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

<Fraud examples in AZ-PA-NV-MI-WI-GA .docx>

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the

sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

&lt;BV DJT Stop the Steal v11.docx&gt;

&lt;BV DJT Overwhelming National v3.docx&gt;

&lt;BV DJT On Tape FN v11.docx&gt;

&lt;BV DJT Overwhelming Arizona v3.docx&gt;

&lt;BV DJT On Tape GA v2.docx&gt;

&lt;BV DJT Overwhelming WI v2.docx&gt;

&lt;BV DJT Overwhelming MI v2.docx&gt;

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

CONFIDENTIALITY NOTICE: This message (including any attachments) may contain confidential, proprietary, privileged, and/or private information. This information is intended to be for the use of the individual(s) designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution, or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited. Copyright and any other intellectual property rights are the sole property of Donald J. Trump for President, Inc.

JTA000081