UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendants. | Civil Action No. 21-3354 (BAH) <br><br> Chief Judge Beryl A. Howell |

**RESPONSE TO MINUTE ORDER DATED DECEMBER 5, 2023**

Giuliani to the Court's December 5, 2023 Minute Order ("Minute Order") as follows:

Giuliani's counsel confirms that Giuliani concurs in counsels representations at the pretrial conference that: (1) defendant does not object and will assert no objection at trial to plaintiffs' deposition designations, set forth in the [115] First Amended JPTS, see ECF No. 115 at 8-11, and (2) defendant withdraws his objections, raised in the parties' initial JPTS, see id., App. E, Def.'s Objs. Pls.' Jury Instr. at 3-4, to plaintiffs' proposed jury instructions regarding "Certain Matters Already Decided" and "Defamation.", reserving the right, of course, to challenge the Court's underlying Sanctions Orders that give rise to those instructions, the propriety of the default judgment, and the propriety of a jury trial on appeal. However, Giuliani, assuming the Court's prior Orders stand on appeal, does not object to those jury instructions as worded.

Date: December 6, 2023

                                             Respectfully submitted,

                                             By: */s/ Joseph D. Sibley IV*

CAMARA & SIBLEY L.L.P.

Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701

Telephone: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com

**ATTORNEYS FOR RUDOLPH GIULIANI**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

*/s/ Joseph D. Sibley IV*
Joseph D. Sibley I