**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUBY FREEMAN | |
| | |
| and | Civil Action No. 21-3354 (BAH) |
| | |
| WANDREA MOSS, | |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| RUDOLPH W. GIULIANI, | |
| | |
| Defendant. | |

**PLAINTIFFS' SUPPLEMENT TO PROPOSED JURY INSTRUCTIONS
ON BURDEN OF PROOF AS TO DAMAGES**

Plaintiffs Ruby Freeman and Wandrea' ArShaye "Shaye" Moss ("Plaintiffs") respectfully submit this supplement to their response to the Court's December 5, 2023 Minute Order. After filing their proposed jury instructions as to the burden of proof (ECF No. 117), counsel for Plaintiffs were able to confer with counsel for Defendant and reach agreement on the matters raised by those proposed instructions.

The parties accordingly agree as follows:

1.      Defendant has no objection to the additional jury instructions as proposed by Plaintiffs at ECF No. 117.

2.      Defendant proposes, and Plaintiffs do not object, that Plaintiffs' proposed jury instruction on "Compensatory Damages for IIED" (ECF No. 105-5, at 23) be further amended to insert the following paragraph between the current fourth paragraph and current final paragraph:

> The Plaintiffs do not need to show that there is an absolute certainty that the injury or loss will continue into the future. But you may award damages to compensate Ms. Freeman and Ms. Moss for injury and losses that you determine, by a preponderance of the evidence, will continue.

*See* ECF No. 105-5, at 22.

3.      Defendant proposes, and Plaintiffs do not object, that the Court define "preponderance of the evidence" as follows, in accord with its standard jury instructions:

> To establish a fact by a preponderance of the evidence is to prove that it is more likely than not so. In other words, a preponderance of the evidence means that a the evidence produces in your mind the belief that the thing in question is more likely true than not true. If, after considering all of the evidence, the evidence favoring the plaintiffs' side of an issue is more convincing to you, and causes you to believe that the probability of truth favors the plaintiffs on that issue, then the plaintiffs will have succeeded in carrying the burden of proof on that issue.
>
> The term "preponderance of the evidence" does not mean that the proof must produce absolute or mathematical certainty. For example, it does not mean proof beyond a reasonable doubt as required in criminal cases. Whether there is a preponderance of the evidence depends on the quality, and not the quantity, of evidence. In other words, merely having a greater number of witnesses or

-1-

documents bearing on a certain version of the facts does not necessarily constitute a preponderance of the evidence. If you believe that the evidence is evenly balanced on an issue the plaintiffs had to prove, then the plaintiffs have not carried the burden of proof and your finding on that issue must be for the defendant.

*See* Jury Instructions at 3, *Lynch v. Wal-Mart Assocs., Inc.*, No. 20-cv-934 (BAH) (D.D.C. Aug. 9, 2023), ECF No. 58.

Respectfully submitted.

*/s/ Michael J. Gottlieb*

**WILLKIE FARR & GALLAGHER LLP**
Michael J. Gottlieb (974960)
Meryl C. Governski (1023549)
Aaron E. Nathan (1047269)
J. Tyler Knoblett (1672514)
Timothy P. Ryan (1719055)
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com
anathan@willkie.com
jknoblett@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
M. Annie Houghton-Larsen*
787 7th Avenue
New York, New York
Tel: (212) 728-8164
Fax: (212) 728-9164
mhoughton-larsen@willkie.com

**UNITED TO PROTECT DEMOCRACY**
Sara Chimene-Weiss*
7000 N 16th Street Ste. 120, #430
Phoenix, AZ 85020
Tel: (202) 579-4582
sara.chimene-weiss@protectdemocracy.org

**UNITED TO PROTECT DEMOCRACY**
John Langford*
Rachel Goodman*
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

**DUBOSE MILLER LLC**
Von A. DuBose*
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

**UNITED TO PROTECT DEMOCRACY**
Christine Kwon*
P.O. Box 341423
Los Angeles, CA 90034
Tel: (202) 579-4582
christine.kwon@protectdemocracy.org

**UNITED TO PROTECT DEMOCRACY**
Brittany Williams*
15 Main Street, Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
brittany.williams@protectdemocracy.org

*Admitted pro hac vice*

***Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss***

## **CERTIFICATE OF SERVICE**

I certify that on December 6, 2023, the foregoing was served on all parties through their counsel of record by filing it with the Court's CM/ECF system.

*s/ Michael J. Gottlieb*