UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Civil Action No. 21-3354 (BAH) |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(d), attorney Ruth Whitney seeks admission and appearance *pro hac vice* on behalf of Ruby Freeman and Wandrea' Moss, plaintiffs in the above-captioned action. This motion is supported by the Declaration of Ruth Whitney, filed herewith. As set forth in the Declaration, Ms. Whitney is admitted and an active member in good standing of the Arkansas State Bar.

This motion is supported and signed by Meryl C. Governski, an active and sponsoring member of the Bar of this Court. Based on the information contained in the attached Declaration, the undersigned sponsoring and moving counsel requests that the Court grant leave for Ruth Whitney to appear *pro hac vice* in this matter.

1

| | |
|---|---|
| Dated this 7th day of December 2023 | */s/ Meryl C. Governski*<br>MERYL C. GOVERNSKI (#1023549)<br>WILLKIE FARR & GALLAGHER LLP<br>1875 K Street NW<br>Washington, DC 20006-1238<br>Tel: (202) 303-1000<br>Fax: (202) 303-2000<br>mgovernski@willkie.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2023, the foregoing document was filed with the Clerk of the Court of the U.S. District Court for the District of Columbia by using the CM/ECF system, which will automatically generate and serve notices of this filing to all counsel of record.

Dated: December 7, 2023

/s/ Meryl C. Governski
Meryl C. Governski (#1023549)
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006-1238
Tel: (202) 303-1000
Fax: (202) 303-2000
mgovernski@willkie.com
