UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA MOSS,<br><br>                Plaintiffs,<br><br>   v.<br><br>RUDOLPH W. GIULIANI,<br><br>                Defendant. | Civil Action No. 21-3354 (BAH) |

**DECLARATION OF RUTH WHITNEY IN SUPPORT OF MOTION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Ruth Whitney, hereby declare:

1. My name, office address, and telephone number are as follows:

    Ruth Whitney
    Select Litigation LLC
    650 S Shackleford Rd., Suite 305
    Little Rock, AR 72211
    Telephone: (202) 965-2020

2. I have been admitted to the following bar:

    Arkansas State Bar (Bar ID: 90141)

3. I am currently in good standing with the state and bar of which I am a part. I hereby certify that I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I do not engage in the practice of law from an office located in the District of Columbia.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2023

*RWhitney*

RUTH WHITNEY (#90141)
Select Litigation LLC
650 S Shackleford Rd., Suite 305
Little Rock, AR 72211
Telephone: (202) 965-2020
rwhitney@selectlit.com