UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA MOSS,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Civil Action No. 21-3354 (BAH) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY RUTH WHITNEY

The Court has reviewed the motion for admission of attorney Ruth Whitney *pro hac vice*. Upon consideration of the motion, the court grants attorney Ruth Whitney *pro hac vice* admission to this Court in the above-referenced matter.

IT IS SO ORDERED.

Dated: December 7, 2023

                                                                                           BERYL A. HOWELL
                                                                                          Chief Judge