**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA MOSS,<br><br>                   Plaintiffs,<br><br>      v.<br><br>RUDOLPH W. GIULIANI,<br><br>               Defendant. | Civil Action No. 21-3354 (BAH) |

**JOINT NOTICE OF CLARIFICATION REGARDING**
**PLAINTIFFS' CONSENT MOTION *IN LIMINE***

On December 7, 2023, the Court ruled on objections and arguments raised in Defendant Rudolph W. Giuliani's Trial Brief.  ECF No. 119 ("December 7 Opinion").  The parties write to clarify one matter that arose in the course of that ruling. The parties share a joint understanding that the basis for, and resolution of, the Court's prior orders in this case is unaffected by this clarification, but wish to present it to the Court in the interest of clarifying the record.

The Court's December 7 Opinion observed that, in objecting to Plaintiffs' proposed definition of the conspiracy.

> Giuliani excludes Trump's "2020 presidential campaign and members thereof," which was included in the parties' consent motion *in limine*, to which requested relief Giuliani "consent[ed]," identifying the following as co-conspirators: "former President Trump; his 2020 ***presidential campaign and members thereof***;

-1-

> Herring Networks, Inc. (d/b/a One America News Network), and its owners and employees; and any other members of the conspiracy named in the complaint." Pls.' Consent Mot. *In Limine* at 11–12 (emphasis supplied); *see also* Order Granting Pls.' Consent Motion *In Limine*, ECF No. 108.

ECF No. 119 at 8 (emphasis in original).

The parties agree, and wish to clarify, that they did not understand Defendant Giuliani to have consented to the specific participants in the conspiracy outlined in the consent motion *in limine*, despite his having consented to the relief requested therein. Defendant Giuliani *did* intend to consent to the specific relief requested in that motion, which included an order "that any evidence or argument regarding any comparative fault or responsibility that Defendant Giuliani's co-conspirators may bear for the damages inflicted by his civil conspiracy to defame and inflict emotional distress on Plaintiffs as a whole must be excluded from trial." ECF No. 103-3; *see also* ECF No. 103 at 1 ("[D]efense counsel confirmed that he consents to the requested relief herein."). However, Defendant Giuliani did not understand his consent to extend to Plaintiffs' definition of the conspiracy, which was offered in partial support of that request for relief.

DATED: December 10, 2023

Respectfully submitted,

_/s/ Michael J. Gottlieb_
**WILLKIE FARR & GALLAGHER LLP**
Michael J. Gottlieb (974960)
Meryl C. Governski (1023549)
Aaron E. Nathan (1047269)
J. Tyler Knoblett (1672514)
Timothy P. Ryan (1719055)
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com
jknoblett@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
M. Annie Houghton-Larsen*
787 7th Avenue
New York, New York
Tel: (212) 728-8164
Fax: (212) 728-9164
mhoughton-larsen@willkie.com

**UNITED TO PROTECT DEMOCRACY**
John Langford*
Rachel Goodman*
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

**DUBOSE MILLER LLC**
Von A. DuBose*
75 14th Street NE, Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

**UNITED TO PROTECT DEMOCRACY**
Christine Kwon*
P.O. Box 341423
Los Angeles, CA 90034
Tel: (202) 579-4582
christine.kwon@protectdemocracy.org

_/s/ Joseph D. Sibley_
**CAMARA & SIBLEY L.L.P.**
Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com

***Counsel for Defendant***

**UNITED TO PROTECT DEMOCRACY**
Sara Chimene-Weiss*
7000 N 16th Street Ste. 120, #430
Phoenix, AZ 85020
Tel: (202) 579-4582
sara.chimene-weiss@protectdemocracy.org

**UNITED TO PROTECT DEMOCRACY**
Brittany Williams*
15 Main St., Suite 312
Watertown, MA 02472
Tel: (202) 579-4582
brittany.williams@protectdemocracy.org

*Admitted pro hac vice*

***Attorneys for Plaintiffs Ruby Freeman and
Wandrea' Moss***