CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN et al

vs.

RUDOLPH W. GIULIANI

Civil: 21-CV-3354 (BAH)

**FILED**

DEC 1 4 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**NOTE FROM JURY**

Could you provide the PowerPoint slides and/or Dr. Humphries report & 2 supplemental reports of hers?

Date: 12/14/23

Time: 3:40 PM

FOREPERSON

CSO Eric Watson
1540 Hrs
12-14-23