UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA MOSS,<br><br>      Plaintiffs,<br><br> v.<br><br>RUDOLPH W. GIULIANI,<br><br>      Defendant. | Civil Action No. 21-3354 (BAH) |

**CONSENT MOTION TO AMEND CASE CAPTION**

In anticipation of entry of final judgment in this matter, Plaintiffs Ruby Freeman and Wandrea' ArShaye "Shaye" Moss ("Plaintiffs") respectfully request that the Court amend the case caption to 1) reflect that Defendant Giuliani is the only remaining defendant in the case[1] and 2) correct the spelling of Ms. Moss's first name. Counsel for Plaintiffs has conferred with counsel for Defendant, who consents to the relief requested in this motion. Plaintiffs have attached a proposed order implementing the requested relief.

---

[1] After all other defendants were dismissed from the case, Plaintiffs filed an amended complaint that named only Defendant Giuliani as a defendant. The docket continues to list the case caption as "Freeman, et al., v. Herring Networks Inc., et al." *See* 21-cv-3354. Although Plaintiffs understand that this reflects the Clerk of Court's common practice in maintaining the docket, Plaintiffs respectfully submit that the circumstances of this case and the forthcoming entry of final judgment warrant this minor correction, and Defendant consents in that request.

DATED: December 15, 2023                               Respectfully submitted,

*/s/ Michael J. Gottlieb*

| **WILLKIE FARR & GALLAGHER LLP** | **UNITED TO PROTECT DEMOCRACY** |
|---|---|
| Michael J. Gottlieb (974960) | John Langford* |
| Meryl C. Governski (1023549) | Rachel Goodman* |
| Aaron E. Nathan (1047269) | 82 Nassau Street, #601 |
| J. Tyler Knoblett (1672514) | New York, NY 10038 |
| Timothy P. Ryan (1719055) | Tel: (202) 579-4582 |
| 1875 K Street NW | john.langford@protectdemocracy.org |
| Washington, DC 20006 | rachel.goodman@protectdemocracy.org |
| Tel: (202) 303-1000 | |
| Fax: (202) 303-2000 | **DUBOSE MILLER LLC** |
| mgottlieb@willkie.com | Von A. DuBose* |
| mgovernski@willkie.com | 75 14th Street NE, Suite 2110 |
| anathan@willkie.com | Atlanta, GA 30309 |
| jknoblett@willkie.com | Tel: (404) 720-8111 |
| tryan@willkie.com | dubose@dubosemiller.com |

**WILLKIE FARR & GALLAGHER LLP**           **UNITED TO PROTECT DEMOCRACY**
M. Annie Houghton-Larsen*                             Christine Kwon*
787 7th Avenue                                                    P.O. Box 341423
New York, New York                                          Los Angeles, CA 90013
Tel: (212) 728-8164                                              Tel: (202) 579-4582
Fax: (212) 728-9164                                             christine.kwon@protectdemocracy.org
mhoughton-larsen@willkie.com

                                                                              **UNITED TO PROTECT DEMOCRACY**
**UNITED TO PROTECT DEMOCRACY**           Sara Chimene-Weiss*
Brittany Williams*                                                 7000 N 16th Street Ste. 120, #430
15 Main Street, Ste. 312                                       Phoenix, AZ 85020
Watertown, MA 02472                                         Tel: (202) 579-4582
Tel: (202) 579-4582                                              sara.chimene-weiss@protectdemocracy.org
brittany.williams@protectdemocracy.org

*\*Admitted pro hac vice*                                     ***Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss***

-3-

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served on counsel for all parties on December 15, 2023, by filing it with the Court's CM/ECF system.

s/ *Michael J. Gottlieb*