# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA' MOSS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　　　Defendant. | Civil Action No. 21-3354 (BAH) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to amend the case caption, in which Defendant has consented, it is hereby ORDERED that the motion is granted.

The Clerk of Court is respectfully directed to amend the case caption to conform to the above by

　　1) amending the spelling of Plaintiff Moss's name; and

　　2) listing Defendant Giuliani as the sole defendant in the case caption on the docket.

　　SO ORDERED.

　　DATED: December __, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Beryl A. Howell
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge