UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 15 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

RUBY FREEMAN et al )
)
)
)
Plaintiffs, )
) CIVIL CASE NO. 21-3354 (BAH)
)
RUDOLPH W. GIULIANI )
)
Defendant )

## JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed with the courtroom deputy the exhibits that were

admitted into evidence and have agreed on what exhibits will be submitted to the jury during

deliberations.

**Plaintiff:**

Exhibits: _See attached exhibit list_

_____

Attorney for the plaintiff   _Annie Houghton-Larsen_

Date: _12/14/23_

**Defendants:**

Exhibits: _____

_____

Attorney for the defendant

Date: _12-14-23_