CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

RUBY FREEMAN et al

vs.

RUDOLPH W. GIULIANI

Civil: 21-CV-3354 (BAH)

**FILED**
DEC 15 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## NOTE FROM JURY

THE JURY HAS REACHED AN UNANIMOUS DECISION.

Date: 12/15/23
Time: 3:37 PM

FOREPERSON