### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>Defendant. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

**FILED**

DEC 1 5 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## VERDICT FORM

We, the Jury, unanimously find the following on the questions submitted to us:

**COMPENSATORY DAMAGES**:

**DEFAMATION CLAIM**

1. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Freeman for defamation caused by Mr. Giuliani and his co-conspirators?

   AMOUNT: $ *16,171,000.00*

2. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Moss for defamation caused by Mr. Giuliani and his co-conspirators?

   AMOUNT: $ *16,998,000.00*

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS CLAIM**

3. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Freeman for emotional distress caused by Mr. Giuliani and his co-conspirators?

   AMOUNT: $ *20,000,000.00*

4. What amount of compensatory damages, if any, would fairly and reasonably compensate Ms. Moss for emotional distress inflicted by Mr. Giuliani and his co-conspirators?

   AMOUNT: $ *20,000,000.00*

**PUNITIVE DAMAGES**:

5. What amount of punitive damages, if any, should be awarded to Ms. Freeman and Ms. Moss for Mr. Giuliani's conduct?

   AMOUNT: $ *75,000,000.00*

DATE and TIME: *12/15/23*
*3:35 PM*

Signature of Foreperson