AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Ruby Freeman and Wandrea' Moss | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 21-3354 |
| Rudolph W. Giuliani | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: See attached.

.

This action was *(check one)*:

☑ tried by a jury with Judge  Beryl A. Howell  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

.

Date: _____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA' MOSS,<br><br>           Plaintiffs,<br><br>  v.<br><br>RUDOLPH W. GIULIANI,<br><br>           Defendant. | Civil Action No. 21-3354 (BAH) |

## [PROPOSED] FINAL JUDGMENT

It is hereby ORDERED, ADJUDGED, and DECLARED as follows:

1) Plaintiffs Ruby Freeman and Wandrea' Moss shall recover from the Defendant Rudolph W. Giuliani damages in the amount of $145,969,000.00, plus post-judgment interest at the rate of ___% per annum, along with costs.

2) Plaintiffs Ruby Freeman and Wandrea' Moss shall recover from the Defendant Rudolph W. Giuliani attorney's fees as follows:

    a. in the amount of $89,172.50, pursuant to this Court's Order dated August 30, 2023 (ECF No. 93), plus post-judgment interest accruing from July 25, 2023, at the rate of 5.33% per annum;

    b. in the amount of $43,684, pursuant to this Court's Order dated August 30, 2023 (ECF No. 93), plus post-judgment interest accruing from September 20, 2023 at the rate of 5.42% per annum; and

    c. in the amount of $104,256.50, pursuant to the Court's September 22, 2023 Minute Order, plus post-judgment interest accruing from October 6, 2023, at the rate of 5.46% per annum.

3) It is hereby DECLARED pursuant to 28 U.S.C. § 2201(a), as between Plaintiffs and Defendant, as follows:

    a. It is hereby DECLARED (1) that the Actionable Statements set forth in the Amended Complaint (ECF No. 22) are false; (2) that those statements are defamatory and defamatory per se; (3) that those statements were of and concerning Plaintiffs; (4) that Defendant made those statements with actual malice; (5) that Defendant published those statements to third parties without privilege; and (6) that those statements caused Plaintiffs harm;

    b. It is further DECLARED (1) that Defendant Giuliani engaged in extreme and outrageous conduct which (2) intentionally and maliciously (3) caused the Plaintiffs to suffer severe emotional distress;

    c. It is further DECLARED (1) that Defendant Giuliani entered into an agreement on or before December 3, 2020, with Donald J. Trump, Christina Bobb, Herring Networks, Inc., d/b/a OAN, Robert Herring, Charles Herring, Chanel Rion, and members of the Trump 2020 Presidential Campaign, including members of the Trump Legal team headed by Giuliani, who caused statements to be published about Plaintiffs or participated in such publications, (2) to participate in

    defamation of and intentional infliction of emotional distress on Plaintiffs, and (3) that Plaintiffs were injured by unlawful overt acts performed by parties to the agreement pursuant to, and in furtherance of, the common scheme.

  d.  It is further DECLARED that Defendant's conduct was intentional, malicious, wanton, and willful, such that Plaintiffs are entitled to punitive damages.

SO ORDERED.

DATED: December __, 2023

                                                Hon. Beryl A. Howell
                                                United States District Judge