# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN <br><br> and <br><br> WANDREA' MOSS, <br><br> Plaintiffs, <br><br> v. <br><br> RUDOLPH W. GIULIANI, <br><br> Defendant. | Case No. 1:21-cv-03354 (BAH) <br><br> Judge Beryl A. Howell |

## DECLARATION OF MICHAEL J. GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION TO DISSOLVE STAY OF EXECUTION AND FOR LEAVE TO REGISTER JUDGMENT IN ANY OTHER DISTRICT

I, Michael J. Gottlieb, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2. I represent Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss in the above-captioned case, and submit this Declaration in support of the Plaintiffs' Motion to Dissolve Stay of Execution and for Leave to Register Judgment in any Other District (the "Motion").

3. Based on a preliminary investigation, counsel for Plaintiffs have determined that Defendant Rudolph Giuliani does not have assets in the District of Columbia but does have significant assets in other jurisdictions, including residential properties located in the Southern District of New York and the Southern District of Florida, respectively.

4. Based on a preliminary investigation, counsel for Plaintiffs believe that Defendant Giuliani also has numerous accounts at financial institutions located in New York.

5. As of the date of this Declaration, Defendant Giuliani has not paid Plaintiffs any portion of the attorneys' fees awarded by the Court earlier in this litigation.

6. Attached as Exhibit 1 is a true and correct copy of Summons & Complaint, *Davidoff Hutcher & Citron LLP et al. v. Giuliani*, No. 654558/2023 (N.Y. Sup. Ct. Sept. 18, 2023), Dkt. No. 1.

7. Attached as Exhibit 2 is a true and correct copy of Complaint, *Biden v. Giuliani*, No. 23-cv-08032 (C.D. Cal. Sept. 26, 23), ECF No. 1.

8. I declare under penalty of perjury that the foregoing is true and correct.

Washington, D.C.
Executed on December 18, 2023.

*/s/ Michael J. Gottlieb*
Michael J. Gottlieb
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com

***Attorney for Plaintiffs Ruby Freeman and Wandrea' Moss***