UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>and<br><br>WANDREA' MOSS,<br><br>      Plaintiffs,<br><br>  v.<br><br>RUDOLPH W. GIULIANI,<br><br>      Defendant. | No. 21-cv-3354 (BAH) |

**[PROPOSED] ORDER DISSOLVING STAY OF ENFORCEMENT PURSUANT TO FED. R. CIV. P. 62(a) AND PERMITTING IMMEDIATE REGISTRATION OF JUDGMENT PURSUANT TO 28 U.S.C. § 1963**

Upon consideration of Plaintiffs' motion to dissolve the stay of enforcement pursuant to Fed. R. Civ. P. 62(a) and for leave to register the judgment in a foreign district pursuant to 28 U.S.C. § 1963, it is hereby ORDERED that Plaintiffs' motion is granted.

It is further ORDERED, pursuant to Federal Rule of Civil Procedure 62(a), that the stay of execution of the final judgment entered on December __, 2023, and of proceedings to enforce it, is DISSOLVED, effective immediately.

It is further ORDERED, pursuant to 28 U.S.C. § 1963, that Plaintiffs are authorized to immediately register the final judgment entered December __, 2023, in any other district of the United States.

-2-

The Clerk of Court is respectfully directed to issue Plaintiffs a completed and signed Form AO 451, together with a copy of the final judgment entered December __, 2023, and a copy of this Order.

SO ORDERED.

December __, 2023

_____
Hon. Beryl A. Howell
United States District Judge