# EXHIBIT B

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

 * * * * * * * * * * * * * * * *
RUBY FREEMAN, et al.,           ) Civil Action
          Plaintiffs,           ) No. 21-3354
vs.                             )
                                )
RUDOLPH GIULIANI,               ) December 13, 2023
                                ) 9:02 a.m.
          Defendant.            ) Washington, D.C.
 * * * * * * * * * * * * * * * *
```

**\* Morning Session \***
**TRANSCRIPT OF TRIAL**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**

FOR PLAINTIFFS:    MICHAEL GOTTLIEB
                   MERYL CONANT GOVERNSKI
                   ANNIE HOUGHTON-LARSEN
                   AARON NATHAN
                   Willkie Farr & Gallagher LLP
                   1875 K Street, Suite 100
                   Washington, DC 20006
                   (202) 303-1016
                   Email: mgovernski@willkie.com


                   VON A. DuBOSE
                   DuBose Miller
                   75 14th Street NE
                   Atlanta, GA 30309
                   (404) 720-8111
                   Email: miller@dubosemiller.com


                   JOHN LANGFORD
                   Protect Democracy
                   555 W. 5th Street
                   Los Angeles, CA 90013
                   (919) 619-9819
                   Email: john.langford@protectdemocracy.org


                   **(*Appearances Continued*)**

```
APPEARANCES:   (Continued)



FOR DEFENSE:   JOSEPH D. SIBLEY, IV
               Camara & Sibley LLP
               1108 Lavaca Street
               Suite 110263
               Austin, TX 78701
               (713) 966-6789
               Email: sibley@camarasibley.com




Court Reporter:  ELIZABETH SAINT-LOTH
                 Official Court Reporter
                 Washington, D.C.  20001


        Proceedings reported by machine shorthand.
    Transcript produced by computer-aided transcription.
```

# Excerpted

1   A.   That's correct.  So you basically add up all the
2   channels and get your number.
3   Q.   And is the low and high estimate range based on the same
4   methodology that you testified about previously differing
5   between 5 and 20 percent?
6   A.   Yes.
7   Q.   And do you have an opinion based on your experience and
8   all of the information you examined in this case as to which
9   of those estimates is more likely to be accurate?
10  A.   Based on the prominence of the speakers in this case, I
11  would think that the impressions estimate, the high
12  impressions estimate is more likely.
13  Q.   Thank you, Dr. Humphreys.
14       Did you also do a similar analysis for the
15  statements prior to December 23rd, 2020?
16  A.   Yes.
17  Q.   And how many instances did you examine for those
18  emotional harm statements that -- as we call them -- between
19  December 3rd and December 22nd of 2020?
20  A.   So there were more of these statements, and I included
21  roughly one instance per each statement; and so here, you
22  see there were 52 instances.
23  Q.   Were some of these instances tweets by Mr. Giuliani?
24  A.   Yes.
25  Q.   Any other Twitter users that you looked at in these

1    statements?

2    A.  Yes.  I believe there was some Twitter activity by

3    Mr. Trump and the Trump campaign.

4    Q.  Okay.  To be clear, how did you go about identifying the

5    statements -- not the impressions, but how did you go about

6    identifying what statements to include?

7    A.  So these statements were given to me by plaintiffs'

8    counsel.

9    Q.  So we asked you to make assumptions that those

10   statements should be included?

11   A.  Yes.  That's right.

12            MR. GOTTLIEB:  All right.  Your Honor, the next

13   slide contains several exhibits which have already been

14   admitted into evidence.  These are Plaintiffs' Exhibit 234,

15   237, 239, 269, 301, and 312.

16   BY MR. GOTTLIEB:

17   Q.  Looking at the slide that's up on the screen now with

18   the plaintiffs' exhibits that I just read into the record,

19   Dr. Humphreys, do you recognize the social media posts that

20   you see up on the screen?

21   A.  Yes, I do.

22   Q.  What are they?

23   A.  So these social media posts were instances of the

24   emotional harm statements in this case.

25   Q.  And who are the posters that are included on this

**CERTIFICATE**

    I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings to the best of my ability.

    This certificate shall be considered null and void if the transcript is disassembled and/or photocopied in any manner by any party without authorization of the signatory below.

Dated this 13th day of December, 2023.

/s/ Elizabeth Saint-Loth, RPR, FCRR
Official Court Reporter