# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

 * * * * * * * * * * * * * * * *
RUBY FREEMAN, et al.,           ) Civil Action
            Plaintiffs,         ) No. 21-3354
vs.                             )
                                )
RUDOLPH GIULIANI,               ) December 12, 2023
                                ) 9:03 a.m.
            Defendant.          ) Washington, D.C.
 * * * * * * * * * * * * * * * *
```

**\* Morning Session \***
**TRANSCRIPT OF TRIAL**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**

FOR PLAINTIFFS:    MICHAEL GOTTLIEB
                   MERYL CONANT GOVERNSKI
                   ANNIE HOUGHTON-LARSEN
                   AARON NATHAN
                   Willkie Farr & Gallagher LLP
                   1875 K Street, Suite 100
                   Washington, DC 20006
                   (202) 303-1016
                   Email: mgovernski@willkie.com


                   VON A. DuBOSE
                   DuBose Miller
                   75 14th Street NE
                   Atlanta, GA 30309
                   (404) 720-8111
                   Email: miller@dubosemiller.com


                   JOHN LANGFORD
                   Protect Democracy
                   555 W. 5th Street
                   Los Angeles, CA 90013
                   (919) 619-9819
                   Email: john.langford@protectdemocracy.org


               **(*Appearances Continued*)**

```
APPEARANCES:   (Continued)



FOR DEFENSE:    JOSEPH D. SIBLEY, IV
                Camara & Sibley LLP
                1108 Lavaca Street
                Suite 110263
                Austin, TX 78701
                (713) 966-6789
                Email: sibley@camarasibley.com




Court Reporter:  ELIZABETH SAINT-LOTH, RPR, FCRR
                 Official Court Reporter
                 Washington, D.C.  20001


         Proceedings reported by machine shorthand.
      Transcript produced by computer-aided transcription.
```

# Excerpted

1   Q.  Did this impact your work in other ways?
2   A.  Yes.  Yes, it did.
3              (Whereupon, electronic difficulties were
4   addressed, and a recess was taken.)
5              THE COURT:  Ms. Moss, can you resume the stand.
6              (Whereupon, the jury returns to the courtroom.)
7              THE COURT:  All right.  Please proceed.
8              MR. LANGFORD:  Thank you, Your Honor.
9   BY MR. LANGFORD:
10  Q.  Ms. Moss, you had just told us that you were angry about
11  not being able to work at the absentee -- the new absentee
12  department.  And the question we left off on is:  Did this
13  impact your work in other ways?
14  A.  Well, I am a hard worker, and I am going to do my job,
15  but it did impact the environment that I had to work in and
16  it -- and it impacted me.  So it was hard for me to work the
17  way that I know I can.
18              It was extremely hard because I instantly felt
19  like a pariah in the office.  Like, we weren't -- I would go
20  in the break room, you know, everyone would leave.  No more
21  doing our brows in the bathroom.  Like, everybody just -- it
22  was just a different type of environment.
23              And I -- I would often have panic attacks because
24  we would get calls and people would mention it.  People
25  would send it in the emails so the whole office can see the

1  terrible lies that are being told with my name blasted and
2  my mom's.  And I -- you know, it was very hard.  It was very
3  hard for me to remain professional and not break down, not
4  cry.  It -- it really changed me.  And it -- and it made it
5  very difficult for me to do my job.
6  Q.  How long did that go on for?
7  A.  Until it, like, came to a head, and I could not -- I
8  couldn't do it anymore.  I felt like I was spiraling.
9  Like -- like, it felt like some days I was in the bathroom
10 crying most of the time.  I would be late a lot by a few
11 minutes because for that three-block walk I was -- I was
12 afraid.  I was afraid someone would do something to me and
13 leave me dying on the street.  So I would have to just wait
14 until I would see someone familiar that I knew was going to
15 my building.  And once they parked and paid for parking, I
16 would kind of get out and, you know, walk behind them.
17            It was embarrassing.  I was often embarrassed
18 when, you know, the office listens to the commissioner's
19 meeting, like we always do, we're interested in what's going
20 on, and there are lines of people repeating the same thing,
21 like, you know:  Why is Shaye' not fired?  Where is Ruby?
22            And it was so embarrassing because everyone is
23 playing it at their cubicle, so you, like, hear it in, like,
24 this robot, you know, unison.  And, you know, get the looks
25 and -- and it's a big building.  A lot of -- a lot of

# Excerpted

1    Obviously I look totally different than the pictures before
2    because I have gained, like, 70 pounds.  I realized that I
3    stress eat and I cry a lot, and I am just this whole new
4    messed-up person.
5    Q.  When you say you don't go out, does that include with
6    your family?
7    A.  Definitely not.  I don't want anyone to see my mom and I
8    together.  And they're going to recognize us, like they
9    have.  I don't want that for her or myself.
10   Q.  Do you still use social media?
11   A.  No.  No.  Unh-unh.  I -- I -- like, I still post and
12   things like that, but after that blond hair, all you are
13   going to see on my Instagram is pictures of my two-year-old
14   kitty, Darius, or my five-month-old kitten, Emilio.  That's
15   it.
16   Q.  Why did all of that change?
17   A.  Because people are messaging me, calling, texting,
18   online saying that I need to die, they're going to kill me,
19   they want to kill my mom, they know where we are, they know
20   where we sleep, and we should die.
21   Q.  Ms. Moss, were you scared?
22   A.  Yes.  Extremely scared.  I am always scared.  I -- yeah.
23   I am not that fearless person anymore.  I am -- I am always
24   afraid, and I don't trust anybody.  I think everybody --
25   because I don't know who they are.  Like, we don't separate

1   them by color things, or this.  It can be anybody, look just
2   like me, that loves the people that spread lies about me and
3   they want to harm me.  So I don't -- I don't trust anyone.
4   I don't -- I am not going nowhere.
5   Q.  What are you most scared of?
6   A.  I am most scared of my son finding me and/or my mom
7   hanging in front of our house in a tree or, like, having to
8   get news at school that his momma was killed; that's what I
9   am most afraid of.
10          I'm sorry.
11  Q.  Did this all change your relationship with your friends?
12  A.  Yes.  Yes.
13          THE COURT:  Why don't you just take a minute.
14          THE WITNESS:  I'm sorry.
15          Yes, sir.  It changed my relationship with all my
16  friends.  All of my friends before December 3, 2020, are no
17  longer around.  I just pushed them away, and some of them
18  just stayed away.  I -- I don't want to cause anybody any
19  harm.  I don't want to have my picture taken and someone is
20  with me, and now they want to harm them.  Like, I just had
21  to -- I had to remove myself from everything.
22          Like, my ten-year -- over ten-year relationship,
23  like, I just -- I just had to block him.  I just had to -- I
24  don't want nobody to feel how I feel and go through what I
25  go through every day, so I just, you know, cut everybody

1     off.  I pushed everybody away.  I just secluded myself.
2     BY MR. LANGFORD:
3     Q.  And when you secluded yourself, what were you doing?
4     A.  Looking at all the messages.  Looking at the comments
5     from the different TV shows that were aired speaking about
6     me and my mom, reading them.  I would read the messages.  I
7     would try to -- and I would get so down and out from -- from
8     all of the negative stuff so I would order me something,
9     like -- I am going to order a platter from Red Lobster, it
10    will make me feel better.  And -- and then I will overeat,
11    and I will fall asleep, and I will have nightmares, and I
12    wake up thinking about it.
13          And now I'm looking at it again, to see maybe if
14    somebody, one person has changed their mind, has realized,
15    like, the truth, you know, stood up for me.  Like, all of
16    the people that I work with, everybody who does this job,
17    like, know if you on the election that nothing that was said
18    makes sense, zero, it's -- it's -- it's impossible.  And I
19    just was on a -- on, like, this pattern of cry, eat, sleep,
20    cry, eat, sleep.  Like, just stuck.
21    Q.  Did you go outside?
22    A.  No.  I don't even walk my dog.  No.  Not going outside.
23    Q.  You said you were having nightmares?
24    A.  Yes.
25    Q.  What was your worst nightmare?

**CERTIFICATE**

      I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings to the best of my ability.

      This certificate shall be considered null and void if the transcript is disassembled and/or photocopied in any manner by any party without authorization of the signatory below.

    Dated this 12th day of December, 2023.

    <u>/s/ Elizabeth Saint-Loth, RPR, FCRR</u>
    Official Court Reporter