```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
RUBY FREEMAN, et al.,               )  Civil Action
               Plaintiffs,          )  No. 21-3354
vs.                                 )
                                    )
RUDOLPH GIULIANI,                   )  December 11, 2023
                                    )  9:05 a.m.
               Defendant.           )  Washington, D.C.
  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

* <u>**Morning Session**</u> *

**TRANSCRIPT OF TRIAL**
**(Jury Selection)**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

**APPEARANCES:**

FOR PLAINTIFFS:      MICHAEL GOTTLIEB
                     MERYL CONANT GOVERNSKI
                     ANNIE HOUGHTON-LARSEN
                     Willkie Farr & Gallagher LLP
                     1875 K Street, Suite 100
                     Washington, DC 20006
                     (202) 303-1016
                     Email: mgottlieb@willkie.com
                     Email: mgovernski@willkie.com

                     VON A. DuBOSE
                     DuBose Miller
                     75 14th Street NE
                     Atlanta, GA 30309
                     (404) 720-8111
                     Email:  miller@dubosemiller.com

                     JOHN LANGFORD
                     Protect Democracy
                     555 W. 5th Street
                     Los Angeles, CA 90013
                     (919) 619-9819
                     Email: john.langford@protectdemocracy.org


                     *(Appearances Continued)*

**APPEARANCES**:   (Continued)


FOR DEFENDANT:
                    JOSEPH D. SIBLEY, IV
                    Camara & Sibley LLP
                    1108 Lavaca Street
                    Suite 110263
                    Austin, TX 78701
                    (713) 966-6789
                    Email: sibley@camarasibley.com




Court Reporter:  ELIZABETH SAINT-LOTH, RPR, FCRR
                    Official Court Reporter
                    Washington, D.C.  20001


            Proceedings reported by machine shorthand.
        Transcript produced by computer-aided transcription.

1              **P R O C E E D I N G**

2              THE COURTROOM DEPUTY:  Your Honor, this is Civil

3     Action 21-3354, Ruby Freeman, et al., versus Rudolph

4     Giuliani.

5              Would the parties please come forward to the

6     lectern and identify yourselves for the record.  We'll start

7     with plaintiffs' counsel first this morning.

8              MR. GOTTLIEB:  Good morning, Your Honor.

9     Mike Gottlieb from Willkie, Farr & Gallagher on behalf of

10    the plaintiffs.  With me at counsel's table are Meryl

11    Governski and Annie Houghton-Larsen, also from Willkie, Farr

12    & Gallagher; Von DuBose from DuBose Miller; John Langford

13    from Protect Democracy; and Ms. Freeman and Ms. Moss, the

14    plaintiffs in this case.

15             THE COURT:  All right.  And that's everybody at

16    the table?

17             MR. GOTTLIEB:  That is, Your Honor.  We do have

18    one pending pro hac motion that --

19             THE COURT:  I saw that.  And so I just wanted to

20    make sure that Ruth Whitney -- where you have the pending

21    pro hac vice motion, are you expecting Ruth Whitney also to

22    be sitting at counsel table?

23             MR. GOTTLIEB:  We would like to just for purposes

24    of this morning's jury selection, Your Honor.

25             THE COURT:  All right.  And who are all of the

```
 1    other people sitting back there?

 2              MR. GOTTLIEB:  These are also members of the team

 3    from Willkie, Farr & Gallagher, Protect Democracy, and --

 4    yes, from Protect Democracy and Willkie, Farr & Gallagher.

 5              THE COURT:  Okay.  You are going to run out of

 6    room at your table.

 7              Okay.  Well, clearly, everybody sitting at counsel

 8    table, I have to introduce.  When I saw the pro hac vice

 9    motion for Ruth Whitney, I wondered whether you needed me to

10    add that to the voir dire question?  Or no?

11              MR. GOTTLIEB:  We could add it to the voir dire

12    question, Your Honor.  But let me confer for one moment, if

13    I may.

14              THE COURT:  I'd prefer not, but --

15              MR. GOTTLIEB:  Okay.  Your Honor, we are fine with

16    her not sitting at the table.  We'll figure it out.

17              THE COURT:  Okay.  Perfect.

18              And then there are a couple of other preliminary

19    matters that I wanted to review.

20              First of all, given the fact that -- Mr. Sibley,

21    you hadn't read the entire standing order, as we discovered

22    at the pretrial conference when your client wasn't present,

23    I wanted to make sure that everybody had read the trial

24    order; and, in particular, paragraph 10 of the trial order

25    which makes clear that all names of prospective jurors on
```

1    the venire list and their related private information is

2    confidential.  Release, disclosure of that information

3    without court order is punishable by contempt.

4              So, Mr. Gottlieb, have the plaintiffs reviewed

5    that and understand that?

6              MR. GOTTLIEB:  We have, Your Honor.  We do

7    understand it.

8              THE COURT:  And, Mr. Sibley?

9              MR. SIBLEY:  Yes, Your Honor.

10             THE COURT:  Of course, we haven't had you announce

11    yourself.  I got distracted by precisely who was going to be

12    sitting at counsel table.

13             Mr. Sibley, you can state your name for the

14    record.

15             MR. SIBLEY:  Joe Sibley, Your Honor, for the

16    defendant.

17             THE COURT:  And where is your client?

18             MR. SIBLEY:  My understanding is he is trying to

19    get through security.  Obviously, he was not here when he

20    was required to be here.  But --

21             THE COURT:  I am generally punctual.  You can just

22    advise Mr. Giuliani of that.

23             MR. SIBLEY:  I understand, Your Honor.

24             THE COURT:  I may have already advised him of that

25    in prior conferences.

```
 1                    Mr. Coates, could you just check to see if he is

 2        in the security line?

 3                    THE COURTROOM DEPUTY:  Sure.

 4                    THE COURT:  All right.  As to the confidentiality

 5        of all of the names and associated private information --

 6                    MR. SIBLEY:  Yes, Your Honor.

 7                    THE COURT:  -- on the venire list -- do you

 8        understand that?

 9                    MR. SIBLEY:  Yes, Your Honor.

10                    THE COURT:  Have you advised your client of that?

11                    MR. SIBLEY:  Yes, Your Honor.

12                    THE COURT:  Okay.  Good.  Thank you.  You may be

13        seated.

14                    MR. SIBLEY:  And I will be advising him when he

15        appears today.

16                    THE COURT:  All right.  Thank you.  I appreciate it.

17                    Just a couple other preliminary matters.

18                    First of all, I know that there are going to be

19        videotape depositions being played during the plaintiffs'

20        case in chief.  Are you going to have transcripts of the

21        deposition designated -- designations to produce?

22                    MR. GOTTLIEB:  We do have transcripts of the

23        designations, Your Honor.

24                    THE COURT:  It's just a question because my court

25        reporters generally do not take -- write down everything
```

1    that's being said in a videotape deposition.  If you had an
2    actor, you know, as the mechanism for admitting the evidence
3    to the jury from the transcript, then the court reporter
4    does take everything down.  But with a videotape deposition
5    I would rather have the transcript put into evidence and,
6    then, it will be before the jury and will be part of the
7    record of the case without my court reporter having to take
8    down the videotaped transcript.
9          I don't know whether I saw exhibit numbers for the
10   transcripts of the videotaped depositions, but I think you
11   can just make them "A" under the -- whatever exhibit number
12   there is.
13         MR. GOTTLIEB:  I know we have them prepared in a
14   binder already, Your Honor, so we'll make sure that we have
15   got them marked appropriately.
16         THE COURT:  Okay.  Good.
17         Mr. Sibley, any objection to that?
18         MR. SIBLEY:  No objection, Your Honor.
19         THE COURT:  Okay.  So that's one little logistical
20   matter I wanted to take up.
21         Another issue that has been communicated to me,
22   through the person in the courthouse who handles press
23   communications, is that the press has asked for access to
24   the admitted exhibits.
25         Generally, the Court doesn't maintain control of

1    the exhibits.  I just wondered, Mr. Gottlieb, whether you

2    have a mechanism that you have discussed with Mr. Sibley for

3    making publicly available to the media or anybody else who

4    wants to look at it, to the admitted exhibits.

5              MR. GOTTLIEB:  We have not discussed that, Your

6    Honor, but we can confer and see if we can come up with

7    something.

8              THE COURT:  Okay.  All right.  Why don't you all

9    do that.  And then certainly, you know, I would appreciate

10   it if you make sure that any exhibits that are admitted that

11   are going to be made publicly accessible, that redactions

12   are made to private phone numbers, email addresses, and so

13   on.

14             MR. GOTTLIEB:  Of course, Your Honor.

15             THE COURT:  Okay.  All right.  So with that --

16   Mr. Coates, did they find Mr. Giuliani in the security line?

17             (Whereupon, the Court and staff confer.)

18             THE COURT:  Okay.

19             MR. SIBLEY:  Your Honor, may I inquire of the

20   Court, is there any --

21             THE COURT:  Why don't you come to the microphone,

22   please.

23             MR. SIBLEY:  Is there any mechanism that we could

24   use to try to avoid this security line and maybe -- is there

25   an alternative entrance maybe that we can get Mr. Giuliani

```
 1    in for the duration of trial that might --

 2              THE COURT:  I think he just has to get here early

 3    enough to go through the security line.  But my courtroom

 4    deputy will talk to the CSOs at the entrance to make sure

 5    that he is not delaying proceedings by targeted arriving at

 6    the courthouse so that the security line is delaying him.

 7              MR. SIBLEY:  Thank you, Your Honor.

 8              MR. GOTTLIEB:  Your Honor, while we have this

 9    time.

10              THE COURT:  Yes.

11              MR. GOTTLIEB:  I've remembered we had not informed

12    the Court yet that -- with the Court's permission, we intend

13    to split, between myself and Mr. DuBose, the opening

14    statements, if that's agreeable.

15              THE COURT:  That's fine.

16              MR. GOTTLIEB:  Thank you.

17              THE COURT:  All the more opportunity for young

18    lawyers to stand up in court.

19              All right.  For the record, Mr. Giuliani has made

20    his appearance at 9:19.

21              Let's bring the prospective jury in.

22              THE COURTROOM DEPUTY:  Yes.

23              THE COURT:  Counsel, I started looking through the

24    venire list.  I am going to ask Mr. Coates to check on a

25    couple:  Line 48, I don't think that that name really
```

1    appears correctly; and line 53, which looks like it has two

2    names.

3         I think we'll be able to start with the beginning

4    while he's checking on that.  But has anybody else noticed

5    anything else that Mr. Coates should check on with the jury

6    office?

7         (No audible response.)

8         THE COURT:  From the plaintiffs?

9         MR. GOTTLIEB:  We don't see anything else, Your

10   Honor.

11        THE COURT:  And, Mr. Sibley?

12        MR. SIBLEY:  I do not, Your Honor.

13        THE COURT:  Okay.

14        (Proceeding pauses while jury is assembled.)

15        THE COURT:  It usually doesn't take this long for

16   the jury to get here.  I think everybody is a little delayed

17   because of the snow.

18        All right.  So we're just going to wait a minute.

19   Mr. Coates is going to check with the jury office about the

20   venire list.  I think we all want to start with a totally

21   accurate venire list.  Given the discrepancies I have seen

22   on those two lines I think we might have to generate a new

23   venire list.

24        (Whereupon, the Court and staff confer.)

25        THE COURT:  Okay.  So on the venire list you

1    have -- even though a new venire list will be generated --

2    line 9 and line 60 are people who have not shown up, so

3    cross those names off.  A new venire list is going to be

4    generated and brought down, but just so you know.

5              Okay.  While we're waiting for the new venire

6    list, we're going to bring the jury in to have them seated.

7              (Whereupon, the prospective jurors enter the

8    courtroom.)

9              THE COURT:  Okay.  Just so the record is clear,

10   the updated venire list has been distributed to the parties.

11   Line 60 has appeared, so line 60 is back on the venire list.

12             And for the other prospective jurors, we're

13   getting some additional chairs, so just give us one second.

14   Thank you.

15             I think we were too generous this morning on our

16   public seating.

17             All right.  Good morning, ladies and gentlemen,

18   welcome to Courtroom 26A.  I know some of you have been

19   waiting outside in the hallway and may have had some

20   difficulty getting here because there was a little snow on

21   the ground this morning, so thank you all for being here and

22   being punctual.

23             I am Judge Howell, and I will be presiding over

24   the trial in this case.  You have all been called to this

25   courtroom for possible selection as a juror in a civil case

1    that's brought by Ruby Freeman and Wandrea ArShaye', who is

2    also known as Shaye' Moss, against the defendant Rudolph W.

3    Giuliani.

4              On behalf of the Court, I want to begin by

5    thanking you all for being here this morning.  And as you

6    may have seen from signs posted in the elevators and the

7    corridors, masks are not required in the courthouse or in

8    this courtroom.  However, you are always welcome to wear a

9    mask, and you are encouraged to do so if you are not feeling

10   particularly well.

11             The Court is happy to provide masks for any of you

12   who may want one; you just have to ask Mr. Coates, my

13   courtroom deputy, and he will provide you with a mask.

14             If at any time during your jury service you have

15   any questions or concerns about your health and safety,

16   please let Mr. Coates know, and we'll try and get an answer

17   to your question.

18             All right.  I am going to begin with some

19   introductions.  As I said, I am Judge Beryl Howell.

20             Seated in front of me at the bench is my courtroom

21   deputy, Elizabeth Saint-Loth.  She is the -- not "deputy,"

22   she is the court reporter.  She is not a news reporter, she

23   is a court reporter.  She's taking down everything that's

24   said during the course of these proceedings.

25             To my right is Mr. Coates, whom you have met.  He

1    is my courtroom deputy.

2              All the way to my right, next to Mr. Coates, is my

3    law clerk, Rachel Bercovitz.

4              I am going to introduce all of the lawyers who you

5    are seeing and the parties in the case in just a few

6    minutes.

7              I am now going to explain the jury selection

8    process so you know what is going to be going on throughout

9    this morning and possibly later into the afternoon.

10             You are here because we must select from among you

11   eight people to serve as jurors to hear a civil case.  The

12   purpose of jury selection is to select jurors who have no

13   prior knowledge of the details of the case and have no bias

14   towards either side in the case.

15             Your role as jurors is fundamental to our system

16   of justice dating back to Medieval England, where a trial by

17   jury provided a method to blunt the power of the king or the

18   queen over an individual freeman.  Over 200 years ago, the

19   framers of our Constitution designed our judiciary to

20   provide for a right to a jury trial in civil cases.  The

21   right to a jury is so important it is incorporated into our

22   Bill of Rights in the Seventh Amendment.

23             Now, our system of justice is designed so that the

24   decision resolving a civil dispute between or among parties

25   is made by fair and impartial citizens in the community

1    based upon the evidence presented in the courtroom and the

2    law as the judge instructs.

3         Serving on a jury is among the important duties

4    and services that we perform as citizens of this country, in

5    addition to voting, serving in the military, and paying

6    taxes.  Thank you all for being here doing your civic duty.

7         The lawyers and I have lists showing your names,

8    your address, your juror number, your age, and your

9    occupation.  These lists are required to be kept

10   confidential.

11        To help the parties learn more about you so they

12   can select the jurors who will hear this case, I will be

13   asking you some questions.  There are no right or wrong

14   answers, only truthful ones that we expect in answer to

15   these questions.

16        You all should have a sheet of paper with a

17   pencil.  If anybody does not have a sheet of paper with a

18   pencil, raise your hand now, please.

19        All right.  Please write the last three digits of

20   your juror number in the upper right-hand corner of the

21   paper -- and that's of your juror number.  It should be on

22   your summons.

23        I am going to be asking you a series of questions

24   that can be answered with a simple yes or no.  If you have a

25   yes answer to a question, just put a mark next to the number

1    of the question on your paper.  You do not have to put down

2    why you have a yes answer.  I will hear your reason for any

3    yes answer after I finish asking the questions.

4          After I have completed asking you the series of

5    questions, I will follow up with each of you individually

6    and outside the hearing of the other prospective jurors

7    about any yes answer that you have checked.

8          To accomplish that, jurors will be reseated

9    outside of the courtroom.  So there is going to be a little

10   bit of musical chairs this morning as we move you around and

11   about so that we can accomplish this jury selection process.

12         Each of you individually will be brought into the

13   courtroom and seated in the very first seat of the jury box

14   to my left, your right, and given a microphone, and you will

15   explain your reason for any yes answer that you have

16   checked.

17         When I am talking to you individually, you will

18   state your juror number.  Upon review of your sheet, I will

19   ask you why you answered any particular question yes.

20   That's when you will have your opportunity to explain to me

21   the reason for any yes answer outside the presence of all of

22   the other prospective juror s.

23         Now, we're going to be asking you what may appear

24   to you to be some personal questions.  It is important that

25   you be entirely straightforward with us in your responses so

1    that we may more easily select the jury for the case.  We're

2    going to be calling you only by your juror number, not by

3    your name.  Many jurors prefer having their number used in

4    open court to protect their privacy; and it is certainly

5    easier for us to keep track of you using a number rather

6    than your full name.

7         Now, when the questioning for each prospective

8    juror ends, I will determine whether that prospective juror

9    should be excused.  Next, the lawyers will have an

10   opportunity to make their selections, and then we will

11   impanel or swear in the jury to hear the case.

12        The jurors selected will receive more instructions

13   about the trial before it begins, and those who are not

14   selected will be excused from the courtroom and may leave

15   the courthouse.

16        So before we begin the questioning, I will now

17   administer the oath.  Will all the prospective jurors please

18   rise, raise your right hand.

19        (Whereupon, the prospective jurors were sworn.)

20        THE COURT:  Thank you.  You may be seated.

21        Now that you have been sworn, we are about to

22   begin a procedure called voir dire.  The term "voir dire" is

23   a legal term that comes from the French language, and it

24   means to speak truthfully.

25        As I mentioned before, I am going to be asking you

1    some questions that the lawyers and I think will be helpful

2    in selecting a fair and impartial jury to hear this case.

3    You are bound by the oath you have just taken to speak

4    truthfully in response to those questions.  Some of the

5    questions I ask may seem to address matters that are

6    personal to you, as I mentioned before, which is why we use

7    your juror numbers, not your name; and also please

8    understand, ladies and gentlemen, it's not my intention or

9    desire, and it is not the desire of the lawyers or the

10   parties they represent, to invade your privacy or embarrass

11   you.  Our only wish is to select the fairest, most impartial

12   jury as possible.

13        Now, each of the parties has a vital interest in

14   this matter and wants to be assured that jurors will have no

15   biases or prejudices about this case and that the verdict

16   will be based only on the law and the evidence.  It's

17   important you be entirely straightforward with us in your

18   responses so we may more easily select such an impartial,

19   unbiased jury to hear this case.

20        As I said, you will have the opportunity to speak

21   to me individually about personal matters outside the

22   presence of the other prospective jurors.  I am going to be

23   speaking to each of you in the order your jury number

24   appears on a randomly drawn list that the lawyers and I

25   have.  So during this whole process you are going to be --

1    Mr. Coates is going to work hard to keep you in order, on

2    this random order that's on the list that we have.

3             As I said, during the time that I am speaking to

4    each prospective juror individually, the rest of you will be

5    seated outside the courtroom.  You will be seated outside

6    the courtroom either in a private corridor behind this

7    courtroom or next door in Courtroom 25A.

8             Please feel free while you are waiting, if you

9    wish, to read any book or magazine that you have brought

10   with you.  Please do not talk about the case or about the

11   voir dire questions I am about to ask you.

12            I must alert you that, unfortunately, there will

13   be times during today and during the trial, if you are

14   selected to serve as a juror, that you will spend some time

15   waiting.  I try my best to keep waiting by jurors to a

16   minimum, but sometimes it just can't be helped; and I

17   thank you in advance for your patience.

18            Now, I am going to begin by briefly describing the

19   case to you.

20            This is a civil case.  Plaintiffs, Ruby Freeman

21   and Wandrea ArShaye' -- known as Shaye' -- Moss, claim that

22   Defendant, Rudolph W. Giuliani, defamed them, intentionally

23   inflicted emotional distress on them, and engaged in a

24   conspiracy with others to do the same.

25            Plaintiffs served as election workers at the State

1    Farm Arena in Fulton County, Georgia, during the 2020

2    presidential election.

3           Mr. Giuliani is the former mayor of New York City,

4    an attorney who has practiced law for decades, and a current

5    media personality with his own radio shows and podcasts.

6           Mr. Giuliani headed the Trump campaign legal team

7    during former President Donald J. Trump's unsuccessful bid

8    for reelection in 2020 and was part of the campaign to

9    undermine the legitimacy of that election in battleground

10   states, like Georgia.

11          Mr. Giuliani publicly and falsely accused

12   plaintiffs of committing various acts of election fraud,

13   including illegally excluding poll watchers under false

14   pretenses, sneaking in and hiding illegal ballots in

15   suitcases under tables, illegally counting ballots multiple

16   times, and passing a USB drive with the intent of changing

17   the vote count in the voting tabulation devices.

18          Ms. Freeman and Ms. Moss allege that

19   Mr. Giuliani's actions have caused them to suffer and

20   continue to suffer extensive emotional and reputational

21   harm, including because Mr. Giuliani's actions made them

22   targets for profane and vile threats.

23          The Court has already determined that Mr. Giuliani

24   is liable for defamation per se, intentional infliction of

25   emotional distress, and civil conspiracy, and that

1    Ms. Freeman and Ms. Moss are entitled to receive

2    compensation including in the form of punitive damages for

3    Mr. Giuliani's willful conduct.

4         The only issue remaining in this trial is for the

5    jury to determine any amount of damages Mr. Giuliani owes to

6    plaintiffs for the damage caused by his conduct.

7         Now I am going to begin asking you questions.

8    Please get your pencils and your paper ready.

9         As a reminder, if you answer yes to any question

10   that I ask, please mark the number of the question on your

11   sheet of paper.  After I finish asking the questions, as I

12   said, you will be reseated outside of this courtroom, and I

13   will bring each of you in individually to explain the reason

14   for any yes answer to any question.

15        I am going to tell you the number of each question

16   I am asking to help you keep track of where you are on the

17   question sheet.  If anybody would like me to repeat a

18   question, don't hesitate to raise your hand.  And if you

19   have any trouble getting my attention, you know, voice,

20   "please repeat," and I will repeat the question for you.

21        Question No. 1:  The plaintiffs in this case are

22   Ruby Freeman and Wandrea' ArShaye' Moss.

23        Please stand, Ms. Moss and Ms. Freeman.

24        Do you know or have you had any contact with

25   Ms. Freeman or Ms. Moss?

1              Thank you very much.  You may be seated.

2              Question 2:  The plaintiffs are represented by

3     Michael Gottlieb and Meryl Governski from the law firm

4     Willkie, Farr & Gallagher, LLP.

5              Please stand.  And you can remaining standing.

6              They're also represented by John Langford from the

7     organization Protect Democracy, and Von DuBose of the law

8     firm DuBose Miller, LLC.

9              Do you know or have you had any contact with

10    Michael Gottlieb, Meryl Governski, John Langford or Von

11    DuBose, the law firms Willkie, Farr & Gallagher or DuBose

12    Miller, LLC, or the organization Protect Democracy?

13             Thank you.  You may all be seated.

14             Yes.  There is also another person at counsel

15    table, Annie Houghton-Larsen.

16             Could you please stand.

17             And do you know or have you had any contact with

18    Annie Houghton-Larsen?

19             Thank you.  You may be seated.

20             The defendant in this case is Rudolph Giuliani.

21             Please stand, Mr. Giuliani.

22             Have you had any contact with Mr. Giuliani, or do

23    you know him personally?

24             Thank you, Mr. Giuliani.  You may be seated.

25             Mr. Giuliani is represented by Joseph Sibley from

1          the law firm Camara & Sibley, LLP.

2                   Do you know or have you had any contact with

3          Mr. Sibley or the law firm Camara & Sibley, LLP?

4                   Thank you, Mr. Sibley.

5                   Question 5:  Please look around you.

6                   Do you know any other member of the prospective

7          jury panel, the courtroom staff, or me?

8                   And for those of you at the far end, feel free to

9          stand up and take a look around.

10                  Question 6:  You may hear testimony from or about

11         a number of people.  The attorneys will now identify for you

12         the names of people who may testify or about whom you may

13         hear testimony.  Listen carefully.  If you know or have had

14         contact with any of the people named, please mark your paper

15         beside No. 6.

16                  Mr. Gottlieb, plaintiffs' counsel may go first.

17                  MR. GOTTLIEB:  From the microphone?

18                  THE COURT:  Yes, please.

19                  MR. GOTTLIEB:  Your Honor, plaintiffs will call as

20         witnesses:  Ms. Ruby Freeman, Ms. Wandrea Shaye' Moss,

21         Ms. Regina Scott, Dr. Ashlee Humphreys, and we'll call the

22         testimony by deposition of Mr. Bernard Kerik, Ms. Christina

23         Bobb, Ms. Frances Watson, Mr. Frank Paul Braun, Mr. Ray

24         Smith, Ms. Jenna Lynn Ellis, and Ms. Jacki Pick.

25                  THE COURT:  Thank you.

```
 1              Mr. Sibley, do you have any names to add to that
 2     list?
 3              MR. SIBLEY:  Yes, Your Honor.
 4              Defendant will call Rudolph Giuliani.  And that's
 5     our only witness.
 6              THE COURT:  Okay.
 7              MR. SIBLEY:  Thank you, Your Honor.
 8              THE COURT:  Thank you.
 9              Question 7:  Based on the information I have given
10     you about this case, have you received, heard, or seen any
11     information from any source before coming to court today
12     about the facts and circumstances of this matter that would
13     make it difficult for you to serve fairly and impartially as
14     a juror in this trial?
15              I will repeat that question.
16              Seven:  Based on the information I have given you
17     about this case, have you received, heard, or seen
18     information from any source before coming to court today
19     about the facts and circumstances of this matter that would
20     make it difficult for you to serve fairly and impartially as
21     a juror in this trial?
22              Question 8:  The lawyers predict that the
23     presentation of evidence in this trial should last this
24     week, but it could run longer.  The jury will sit Monday
25     through Friday generally from about 9:00 a.m. to 5:00 p.m.,
```

1    although the starting and ending times may vary.  The length

2    of the jury deliberations following the presentation of

3    evidence at the trial will be determined by the jury itself.

4            Do you have an urgent or extremely important

5    matter to attend to the next week and a half to two weeks

6    such that you would be faced with a hardship if selected for

7    the jury in this case?

8            Question 9:  Do you have any vision or hearing

9    problems or any other physical or medical problems or any

10   difficulty understanding or reading English that might

11   interfere with your ability to hear or understand what the

12   witnesses say in this case or to give your full attention to

13   this trial?

14           Question 10:  Have you ever been involved as a

15   plaintiff or defendant or as a witness in a case, whether

16   civil, criminal, or administrative?

17           Question 11:  If you have served as a juror in a

18   civil or criminal case, is there anything about that

19   experience that might affect your ability to serve fairly

20   and impartially as a juror in this trial?

21           Question 12:  Have you, any close family member,

22   or close friend ever worked as a lawyer, received legal

23   training, or been employed by a lawyer?

24           Question 13:  Do you have any moral, religious,

25   philosophical or other beliefs that might affect your

1     ability to render a judgment in this case based solely upon

2     the evidence presented during this trial?

3                Question 14:  The jury in this case will resolve

4     the amount of damages on claims of defamation and

5     intentional infliction of emotional distress.

6                Do you have such strong feelings about either type

7     of claim that would make it difficult for you to serve

8     fairly and impartially as a juror in this trial?

9                Question 15:  Do you have such strong feelings

10    about the use of punitive damages to punish or deter

11    wrongful behavior proven in a court of law that those strong

12    feelings would make it difficult for you to serve fairly and

13    impartially as a juror in this trial?

14                Question 16:  Were you employed by or did you work

15    as a volunteer for Donald Trump's 2020 presidential

16    campaign?

17                Question 17:  Do you believe that Joseph R.

18    Biden's election as President of the United States in 2020

19    was illegitimate?

20                A PROSPECTIVE JUROR:  Repeat that, please.

21                THE COURT:  Do you believe that Joseph R. Biden's

22    election as President of the United States in 2020 was

23    illegitimate?

24                Question 18:  Do you or have you ever followed

25    Mr. Giuliani on social media, including the Twitter/X handle

1    @RudyGiuliani; on podcast, radio shows, or television shows?

2              Question 19:  Have you ever used the phrase "Let's

3    go Brandon" or the term or hashtag "WWG1WGA"?

4              Question 20:  You previously heard the names of

5    people who may testify or about whom you may hear testimony.

6              Do you have such strong views about an

7    individual's status as a current or former elected official

8    that it would be difficult for you to give the same fair

9    consideration to that individual's testimony as you would to

10   any other individual?

11             Question 21:  If selected, each juror must hear

12   the evidence in this case and apply the law that I give you

13   without being influenced in your decision by passion or

14   prejudice for or against the plaintiffs or the defendant.

15             Will you have any difficulty following this

16   instruction?

17             Question 22:  Is there anything else about the

18   nature of this case or about the plaintiffs or defendant

19   involved that would make it difficult for you to remain fair

20   and impartial and to render a decision based solely upon the

21   evidence presented?

22             Question 23:  Do you know of any reason or has

23   anything occurred to you during this questioning that might

24   in any way prevent you from following my instructions on the

25   law and being completely fair and impartial as a juror in

```
1       this case?

2               All right.  That completes the questions.

3               Yes.

4               MR. GOTTLIEB:  I apologize, Your Honor.

5               I inadvertently left the name of one witness off

6       of -- who will be testifying; and the name of that witness

7       is Pamela Michelle Branton.

8               THE COURT:  Brandon?

9               MR. GOTTLIEB:  Branton.

10              THE COURT:  Branton.

11              MR. GOTTLIEB:  Branton.

12              THE COURT:  Okay.  That's another name for

13      Question 6.  I'll remind you if you've heard that name.

14              Yes.

15              A PROSPECTIVE JUROR:  Can you repeat Question 10,

16      please?

17              THE COURT:  Yes.

18              Question 10:  Have you ever been involved as a

19      plaintiff or defendant or as a witness in a case, whether

20      criminal, civil, or administrative?

21              A PROSPECTIVE JUROR:  Thank you.

22              THE COURT:  Any other repetitions that anybody

23      would ask for?

24              (No audible response was heard.)

25              THE COURT:  All right.  So now we're going to
```

1    start a little bit of musical chairs where the first ten of

2    you are going to be reseated outside this courtroom in the

3    private corridor; and the rest of you just follow

4    Mr. Coates' directions to the other courtroom where you can

5    wait more comfortably.

6           Let me just tell you that at some point only 14 of

7    you will be brought back into this courtroom for the final

8    stages of jury selection.  This means that those of you who

9    are not brought back into this courtroom among those 14 will

10   likely be excused.  I will not personally be able to excuse

11   you, but Mr. Coates will excuse you.

12          So all of you who I may not see again this morning

13   or during the course of the day, thank you very much for

14   coming to court this morning.  Even if you are not called

15   back among the 14, your appearance here today is very

16   important for us to be able to complete the jury selection

17   process and is much appreciated.

18          Mr. Coates.

19          Please hold on to your pieces of paper.  Those are

20   very important.

21          (Whereupon, the jurors were reassembled.)

22          THE COURT:  We'll take a break.

23          (Whereupon, a recess was taken.)

24          THE COURT:  Before we bring in our first juror, do

25   you all understand how to use our pandemic innovation, our

```
 1     fancy walkie-talkies.

 2               Do you all know how to use that?

 3               Mr. Sibley?

 4               MR. SIBLEY:  I believe so.  Yes, Your Honor.  I

 5     believe pushing the button --

 6               THE COURT:  Just remember to hold fast the center

 7     button so I can hear you.  Okay?

 8               All right.  Let's bring in the first juror.

 9               (Whereupon, a prospective juror enters.)

10               THE COURT:  Good morning, Juror No. 108.  How are

11     you this morning?

12               PROSPECTIVE JUROR:  Good.  Thank you, Your Honor.

13               THE COURT:  Okay.  Good.

14               I see that you didn't mark any affirmative answer

15     on your questionnaire.

16               PROSPECTIVE JUROR:  That's correct.

17               THE COURT:  So let me just follow up with a couple

18     of other kinds of questions.

19               What do you do for a living?

20               PROSPECTIVE JUROR:  I work for a small technology

21     start-up company.  I run the public sector business unit for

22     it.

23               THE COURT:  And how long have you done that?

24               PROSPECTIVE JUROR:  Two years and change.

25               THE COURT:  And what did you do before that?
```

```
 1                    PROSPECTIVE JUROR:  I have done a few other things
 2        in my career.  Prior I was a management consultant.
 3                    THE COURT:  A what?
 4                    PROSPECTIVE JUROR:  A management consultant --
 5                    THE COURT:  Okay.
 6                    PROSPECTIVE JUROR:  -- for the Boston Consulting
 7        Group.  And prior to that I was a naval officer for about
 8        ten years.
 9                    THE COURT:  Okay.  And what is your highest level
10        of education?
11                    PROSPECTIVE JUROR:  I have two graduate degrees.
12                    THE COURT:  In what?
13                    PROSPECTIVE JUROR:  I have an MBA, and I also have
14        a master's in international relations.
15                    THE COURT:  All right.  Just let me see if the
16        lawyers have follow-up.
17                    (Whereupon, a bench conference was held:)
18                    THE COURT:  Any follow-up questions from the
19        plaintiffs?
20                    MS. GOVERNSKI:  None for us, Your Honor.
21                    THE COURT:  And for the defense?
22                    MR. SIBLEY:  No, Your Honor.
23                    THE COURT:  Thank you.
24                    (Whereupon, the bench conference concludes.)
25                    THE COURT:  All right.  Juror No. 108, you may
```

```
1        take your seat outside.
2                PROSPECTIVE JUROR:  Thank you, Your Honor.
3                (Whereupon, the prospective juror was excused;
4        another prospective juror enters.)
5                THE COURT:  Good morning, Juror 483.  How are you
6        this morning?
7                PROSPECTIVE JUROR:  Morning.  Fine.  How are you?
8                THE COURT:  I just to have to get your
9        questionnaire.  Oh, here it is right here.
10               All right.  And Juror No. 483, I see that you have
11       not answered any questions affirmatively, so let me just ask
12       some additional questions about you personally.
13               What do you do for a living?  Do you work outside
14       the home?
15               PROSPECTIVE JUROR:  No.  I keep my grandson.
16               THE COURT:  Oh, you keep your grandson, okay.  And
17       how long have you done that?
18               PROSPECTIVE JUROR:  Since he -- well, he -- he
19       will be two in February.  So...
20               THE COURT:  Okay.  And have you ever worked
21       outside the home?
22               PROSPECTIVE JUROR:  Yes.
23               THE COURT:  And what did you do?
24               PROSPECTIVE JUROR:  I used to file for law firms,
25       a loose-leaf filer.
```

```
 1                 THE COURT:  Can you say that again?
 2                 PROSPECTIVE JUROR:  Loose-leaf filer, if that's
 3      what you want to call it.
 4                 THE COURT:  You were a filer at a law firm?
 5                 PROSPECTIVE JUROR:  Yes.
 6                 THE COURT:  Did you work for more than one law
 7      firm?
 8                 PROSPECTIVE JUROR:  Yes.  I worked for a service
 9      called SEMA [sic].  But this was years ago.
10                 THE COURT:  The service was called Seamans?
11                 PROSPECTIVE JUROR:  SEMA.
12                 THE COURT:  Okay.  Did you actually go to work at
13      the location inside the law firms, or did you work outside
14      the law firms?
15                 PROSPECTIVE JUROR:  Inside.
16                 THE COURT:  Inside, okay.
17                 And do you remember the names of any of the law
18      firms you have worked at?
19                 PROSPECTIVE JUROR:  Morgan Lewis, Fox.  There was
20      a lot of them.  We went to different ones.
21                 THE COURT:  I see.
22                 PROSPECTIVE JUROR:  Those are the ones I can
23      remember off the top of my head.
24                 THE COURT:  Okay.  And when was the last time you
25      worked at a law firm?
```

```
 1                    PROSPECTIVE JUROR:  It's been years, years, and
 2         years.
 3                    THE COURT:  Okay.  Over 20 years, or under 20
 4         years?
 5                    PROSPECTIVE JUROR:  Under.
 6                    THE COURT:  Under 20 years.
 7                    And between the time you worked outside the home
 8         for this filing service and the time you took care of your
 9         grandson, did you do any other work outside the home?
10                    PROSPECTIVE JUROR:  No.
11                    THE COURT:  Okay.  And what is your highest
12         educational level?
13                    PROSPECTIVE JUROR:  Twelfth.
14                    THE COURT:  You graduated from high school?
15                    PROSPECTIVE JUROR:  Yes.
16                    THE COURT:  Okay.  Let me just see if the lawyers
17         have follow-up questions.
18                    (Whereupon, a bench conference was held:)
19                    THE COURT:  Any follow-up from the plaintiffs?
20                    MS. GOVERNSKI:  No, Your Honor.
21                    THE COURT:  Mr. Sibley?
22                    MR. SIBLEY:  I just wanted to inquire as to what
23         kind of law that the law firms practiced that ███████
24         worked at.
25                    THE COURT:  I mean, she may not know.  But do you
```

1    want me to find out more specifically what she did with the

2    paper?

3              MR. SIBLEY:  I was just wondering if it was

4    plaintiffs' firm, defendants, personal injury.  That's what

5    I'm getting at.

6              THE COURT:  Morgan Lewis and some of these law

7    firms that she mentioned are huge.  They do lots of

8    different kind of work, and it was over 20 years ago.  Do

9    you really think it matters?

10             MR. SIBLEY:  I couldn't figure out what law firm

11   it was.  Morgan Lewis, I think, answers it.

12             THE COURT:  And I think they are big enough law

13   firms, based on the example she told me, that they contract

14   out for some kind of document destruction, which is what I

15   am presuming is what she meant.

16             It was over 20 years ago, so do we really need to

17   pursue this?

18             MR. SIBLEY:  No.  I couldn't make out everything

19   she said.  It was unclear, Your Honor.

20             THE COURT:  Okay.  So no further questions?

21             MR. SIBLEY:  No further questions.

22             THE COURT:  Thank you.

23             (Whereupon, the bench conference concludes.)

24             THE COURT:  Thank you, Juror 483.  You may resume

25   your seat.

1            PROSPECTIVE JUROR:  You're welcome.

2            (Whereupon, the prospective juror was excused.)

3            THE COURT:  Okay.  So let me just explain this to

4    the lawyers.

5            Line No. 3, Juror No. 0100 is not here.

6            Is that right, Mr. Coates?

7            THE COURTROOM DEPUTY:  You are correct.

8            THE COURT:  So cross that number out.

9            Juror No. 0061, on line 9, is here.  We thought he

10   was No. 3.  So I think it gets too confusing to replace him.

11   Just so you know, we're going to keep him where he is on

12   line 9, and we're going to go to the juror on line 4, which

13   is 01553.

14           (Whereupon, a prospective juror enters.)

15           THE COURT:  Good morning, Juror 553.

16           Oh, I know.  I should warn you, that rocks back

17   quite far, that juror seat.  How are you this morning?

18           PROSPECTIVE JUROR:  I am very well.  Thank you.

19   How are you?

20           THE COURT:  I am good.

21           All right.  I see that you have marked

22   Question 12, which asks whether you, a close family member,

23   or a close friend ever worked as a lawyer, received legal

24   training, or has been employed by a lawyer.

25           Could you explain your answer to that?

```
 1                    PROSPECTIVE JUROR:  I was a paralegal at Perkins
 2      Coie, a Seattle-based law firm.
 3                    THE COURT REPORTER:  Could you repeat that?
 4                    PROSPECTIVE JUROR:  I was a paralegal with the law
 5      firm of Perkins Coie, a Seattle-based law firm.
 6                    THE COURT:  And were you a paralegal in the
 7      Seattle office or in D.C.?
 8                    PROSPECTIVE JUROR:  I was in the D.C. office.
 9                    THE COURT:  How long were you a paralegal there?
10                    PROSPECTIVE JUROR:  One and a half years.
11                    THE COURT:  And how long ago was that?
12                    PROSPECTIVE JUROR:  That was over a decade ago.
13                    THE COURT:  Okay.  And during your time as a
14      paralegal, did you -- what kind of work did you do?  What
15      types of cases; civil, criminal, or administrative?
16                    PROSPECTIVE JUROR:  My job was actually
17      coordinating the expert witnesses that we had on our roster
18      for our various clients.
19                    THE COURT:  All right.  And is there anything
20      about the work that you did for Perkins Coie that you think
21      would impede your ability to follow my instructions on the
22      law as I give them to you in this case?
23                    PROSPECTIVE JUROR:  No, Your Honor.
24                    THE COURT:  All right.  And did you ever go to
25      court while you were a paralegal at Perkins Coie?
```

```
 1              PROSPECTIVE JUROR:  I did not.

 2              THE COURT:  Okay.  And what have you done -- what

 3     do you do for a living now?

 4              PROSPECTIVE JUROR:  I am a government contractor

 5     doing FOIA and Privacy Acts -- analysis.

 6              THE COURT:  And at what agency do you work?

 7              PROSPECTIVE JUROR:  I am currently at the

 8     Department of Education -- I'm sorry, not -- I'm sorry, in

 9     the Office of Voluntary Education at the Department of

10     Defense.

11              THE COURT:  Department of Defense, okay.

12              How long have you worked at DoD?

13              PROSPECTIVE JUROR:  At DoD, I have been there for

14     about five years now.

15              THE COURT:  All right.  Let me just see if there

16     are any follow-up questions.

17              (Whereupon, a bench conference was held:)

18              THE COURT:  Any follow-up from plaintiffs?

19              MS. GOVERNSKI:  Your Honor, we would like to know

20     a little bit more about the type of experts he prepped and

21     the reports he worked on, a little bit more specificity

22     about the genre of experts.

23              THE COURT:  Okay.  And, Mr. Sibley?

24              MR. SIBLEY:  Yes, Your Honor.

25              My experience with -- if I am recalling the law
```

1     firm correctly, the Perkins Coie law firm, I believe they

2     represent the Democrat Party in litigation.  I am wondering

3     if he worked on any political litigation while he was there.

4                    THE COURT:  Okay.

5                    (Whereupon, the bench conference concludes.)

6                    THE COURT:  So, Juror 553, your work at Perkins

7     Coie was over a decade ago; is that right?

8                    PROSPECTIVE JUROR:  That is correct.

9                    THE COURT:  Do you recall what kind of experts you

10    worked with?

11                   PROSPECTIVE JUROR:  Yes.  It was a wide-ranging

12    group.  Mostly, like, animal law, like, you know, animal

13    migration patterns for a particular client, some Indian

14    gaming organizations, endogamy specialist.

15                   THE COURT:  What kind of?

16                   PROSPECTIVE JUROR:  Endogamy.  That's like culture

17    passed down through generations amongst Indian tribes.

18                   THE COURT:  I learned a new word today.

19                   PROSPECTIVE JUROR:  Some -- it was a lot of

20    specialists in that venue, but mostly environmental and

21    Indian-gaming related.

22                   THE COURT:  Okay.  And did you work on any kinds

23    of political-related litigation?

24                   PROSPECTIVE JUROR:  No.  Not in my group, no.

25                   THE COURT:  Okay.  Thank you.

```
 1              (Whereupon, a bench conference was held:)

 2              THE COURT:  Any follow-up from plaintiffs?

 3              MS. GOVERNSKI:  None here.

 4              THE COURT:  Mr. Sibley?

 5              MR. SIBLEY:  No, Your Honor.

 6              THE COURT:  All right.

 7              (Whereupon, the bench conference concludes.)

 8              THE COURT:  Juror No. 553, you may resume your

 9    seat.

10              (Whereupon, the prospective juror was excused;

11    another prospective juror enters.)

12              THE COURT:  Good morning, Juror No. 1899.  How are

13    you this morning?

14              PROSPECTIVE JUROR:  Very well.  Thank you.

15              THE COURT:  I see you have marked questions -- you

16    put a little circle next to Question 7, so I am going to --

17              PROSPECTIVE JUROR:  No.  That's -- there is a

18    circle.  I had to think about it a little bit but --

19              THE COURT:  If you think about it a little bit, I

20    am going to ask you about it.

21              You also checked Questions 8, 10, put a little

22    mark next to 21 --

23              PROSPECTIVE JUROR:  Right.

24              THE COURT:  -- and a question mark next to 22.

25              I am just going to review those with you in order.
```

```
 1                    PROSPECTIVE JUROR:  Okay.

 2                    THE COURT:  So Question 7 asks whether, based on

 3       the information that I have given to you about the case,

 4       have you received, heard, or seen information from any

 5       source before coming to court today about the facts and

 6       circumstances of this matter that would make it difficult

 7       for you to serve fairly and impartially as a juror in this

 8       case.

 9                    Could you just explain why you had sort of a

10       little squiggle mark next to that?

11                    PROSPECTIVE JUROR:  It just meant think about it.

12       So I decided no.

13                    THE COURT:  That you could be a fair and impartial

14       juror in this case?  And you believe that.

15                    PROSPECTIVE JUROR:  Yeah.

16                    THE COURT:  Okay.  And then Question 8 asks

17       whether you have an urgent or extremely important matter --

18                    PROSPECTIVE JUROR:  Yeah.

19                    THE COURT:  -- to attend to in the next week, week

20       and a half to two weeks that could pose a hardship for you

21       if you are selected to serve as a juror in this case.

22                    PROSPECTIVE JUROR:  Right.  So it's just a timing

23       thing that -- you know, I got this summons months ago.  And

24       my -- my second son and daughter-in-law are, like, eight and

25       a half months pregnant.  And they asked me, like, three
```

1    months ago to come out and help them move before the baby

2    comes, and I have tickets to go on Thursday, come back on

3    Sunday.

4              THE COURT:  This Thursday?

5              PROSPECTIVE JUROR:  Yes.  And there is not, like,

6    room to change it.

7              I would come back to another trial or, you know,

8    I -- I am not trying to get out of serving on the jury, it's

9    just, like, this is kind of time-sensitive.  I wouldn't have

10   made the plans if I -- you just don't know when the trial --

11             THE COURT:  Okay.  Let me just talk to the lawyers

12   for a second.

13             (Whereupon, a bench conference was held:)

14             THE COURT:  Can I just -- do you want me to

15   continue asking questions or -- I mean, Thursday we may be

16   in the middle of jury deliberations.  I don't know if the

17   evidentiary part will be finished.  So --

18             MS. GOVERNSKI:  We have no problem letting him go,

19   and you don't have to ask him more questions from our side.

20             THE COURT:  And, Mr. Sibley?

21             MR. SIBLEY:  I agree with that, Your Honor.

22             THE COURT:  All right.  I am going to strike him

23   for cause.  Thanks.

24             (Whereupon, the bench conference concludes.)

25             THE COURT:  All right.  Given your timing issues,

1    I am going to excuse you.  You may take your things and

2    leave through the back of the courtroom.

3              PROSPECTIVE JUROR:  So just a logistical, do I

4    need to keep calling in?  Like, how do I --

5              THE COURT:  I think the answer to that is yes.

6    And the best person to ask about that would be the jury

7    office.

8              PROSPECTIVE JUROR:  Not -- not Mr. --

9              THE COURT:  He may or may not know.  But you could

10   just go to the fourth floor and ask.

11             PROSPECTIVE JUROR:  Go to the fourth floor.  Okay.

12   Thank you.

13             THE COURT:  Thank you.  And you can go out the

14   back way.  Thank you very much.

15             (Whereupon, the prospective juror was excused;

16   another prospective juror enters.)

17             THE COURT:  Good morning, Juror No. 519.  How are

18   you this morning?

19             PROSPECTIVE JUROR:  Good.  Thank you.

20             THE COURT:  I see that you haven't marked any

21   question with an affirmative answer.  So let me just ask you

22   some other questions about yourself.

23             PROSPECTIVE JUROR:  Sure.

24             THE COURT:  What do you do for a living?

25             PROSPECTIVE JUROR:  I work for the U.S. Forest

1   Service, and I am a director of wilderness and wild and

2   scenic rivers.

3             THE COURT REPORTER:  Wilderness and --

4             THE COURT:  Wilderness and wild and scenic rivers.

5             Okay.  They have some sections that are not

6   involved in wild and scenic rivers?

7             PROSPECTIVE JUROR:  Well, yeah.  We have all sorts

8   of rivers, and Congress designates some as wild and scenic.

9             THE COURT:  Okay.  And how long have you worked

10   for the U.S. Forest Service?

11             PROSPECTIVE JUROR:  Twenty years.

12             THE COURT:  And what is your highest level of

13   education?

14             PROSPECTIVE JUROR:  Graduate degree.

15             THE COURT:  In what?

16             PROSPECTIVE JUROR:  Forestry and urban studies.

17             THE COURT:  And do you have a master's degree in

18   those?

19             PROSPECTIVE JUROR:  Um-hum.

20             THE COURT:  And it's one single master's degree?

21             PROSPECTIVE JUROR:  Yes.

22             THE COURT:  All right.  Let me just see if there

23   is any follow-up.

24             (Whereupon, a bench conference was held:)

25             THE COURT:  Any follow-up from plaintiffs?

```
1              MS. GOVERNSKI:  None from us.

2              THE COURT:  Mr. Sibley?

3              MR. SIBLEY:  No, Your Honor.

4              (Whereupon, the bench conference concludes.)

5              THE COURT:  All right.  Juror No. 519, you can

6    resume your seat.

7              PROSPECTIVE JUROR:  Okay.  Thank you.

8              (Whereupon, the prospective juror was excused;

9    another prospective juror enters.)

10             THE COURT:  Good morning, Juror 408.  How are you

11   this morning?

12             PROSPECTIVE JUROR:  Doing good.

13             THE COURT:  Good.  I see that you have not

14   answered anything affirmatively on your questionnaire, so

15   let me just follow up with some other questions about you.

16             What do you do for a living, Juror No. 408?

17             PROSPECTIVE JUROR:  I work as a cost analyst.

18             THE COURT:  Could you say that again?

19             PROSPECTIVE JUROR:  Oh.  Cost analyst.

20             THE COURT:  Cost analyst, okay.

21             And where do you do that work?

22             PROSPECTIVE JUROR:  So I work as a contractor for

23   the government.  Should I give the specific branch or --

24             THE COURT:  If you can.  Yes, please.

25             PROSPECTIVE JUROR:  Okay.  For the Defense
```

1    Intelligence Agency.

2              THE COURT:  Okay.  And how long have you worked as

3    a cost analyst wherever?

4              PROSPECTIVE JUROR:  So my position was since

5    August of this year.

6              THE COURT:  And have you worked in -- is this the

7    first time you have worked as a cost analyst?

8              PROSPECTIVE JUROR:  Yes.  Cost analyst position,

9    yes.

10             THE COURT:  And what exactly do you do as a cost

11   analyst, if you can generally describe it.

12             PROSPECTIVE JUROR:  Sure.  So, basically, I am

13   given a task where there is an objective to be able to see

14   a, per se, cost.  And so it's an interesting position

15   because I am navigating, communicating with their team and

16   understanding where the components of the cost, and building

17   a breakdown so that they're able to understand and give

18   recommendations as to how they can do better.

19             THE COURT:  And what did you do before you started

20   this job as a cost analyst?

21             PROSPECTIVE JUROR:  So my previous job, I worked

22   as a project engineer at a company, Willow Creek

23   Construction.

24             THE COURT:  Okay.  And how long did you do that?

25             PROSPECTIVE JUROR:  So I did that for about -- I

1   would say about a year and a half, or a year and some

2   change.

3               THE COURT:  All right.  What is your highest

4   educational level?

5               PROSPECTIVE JUROR:  A bachelor's degree.

6               THE COURT:  Okay.  And what did you study with the

7   bachelor's?

8               PROSPECTIVE JUROR:  Psychology.

9               THE COURT:  Okay.  Let me see if there is any

10  follow-up from the lawyers.

11              (Whereupon, a bench conference was held:)

12              THE COURT:  And any follow-up from plaintiffs?

13              MS. GOVERNSKI:  None here, Your Honor.

14              THE COURT:  Mr. Sibley?

15              MR. SIBLEY:  No, Your Honor.

16              (Whereupon, the bench conference concludes.)

17              THE COURT:  Juror No. 408, you can resume your

18  seat.

19              PROSPECTIVE JUROR:  Okay.

20              (Whereupon, the prospective juror was excused;

21  another prospective juror enters.)

22              THE COURT:  Good morning, Juror No. 88.  How are

23  you this morning?

24              PROSPECTIVE JUROR:  I am doing well.  Thank you.

25              THE COURT:  I see you have not marked anything

1     with an affirmative answer on your voir dire question sheet,

2     so let me just ask some other personal questions about you.

3                Do you work outside the house?

4                PROSPECTIVE JUROR:  Yes, I do.  I am a full-time

5     general ledger accountant.

6                THE COURT:  And do you work for yourself or for a

7     particular company or agency?

8                PROSPECTIVE JUROR:  For a nonprofit organization.

9                THE COURT:  And how long have you worked at this

10    nonprofit organization?

11               PROSPECTIVE JUROR:  One and a half years, but I

12    have been working as an accountant in the D.C. area for over

13    25 years.

14               THE COURT:  Okay.  There are lots of nonprofits in

15    D.C.  Does the nonprofit you work for have any political

16    affiliation?

17               PROSPECTIVE JUROR:  It's the Girl Scouts; we sell

18    cookies.

19               THE COURT:  All right.  I am just anticipating a

20    question from the counsel.

21               All right.  And so you've worked for the Girl

22    Scouts for a year and a half.  Okay.

23               And have you -- before you worked for the Girl

24    Scouts, were you a freelance accountant or did you work for

25    any other organizations?

```
 1              PROSPECTIVE JUROR:  In my career, I have worked

 2    for the Washington Chorus, the Congressional Chorus, and the

 3    National Association For the Education of Young Children.

 4              THE COURT:  All right.  Congress has a chorus?

 5    Like singing chorus?

 6              PROSPECTIVE JUROR:  No.  Actually, what it was,

 7    they were workers on Capitol Hill who loved to sing, so they

 8    got together and formed a chorus.  And it's been going for

 9    30 -- more than 30 years, but it has no affiliation with

10    Congress.

11              THE COURT:  All right.  Thank you.  Let me see if

12    the lawyers have follow-up.

13              (Whereupon, a bench conference was held:)

14              THE COURT:  Any follow-up from plaintiffs?

15              MS. GOVERNSKI:  Nothing here, Your Honor.

16              THE COURT:  And, Mr. Sibley?

17              MR. SIBLEY:  No, Your Honor.

18              (Whereupon, the bench conference concludes.)

19              THE COURT:  Thank you, Juror No. 88.  You may

20    resume your seat.

21              PROSPECTIVE JUROR:  Thank you.

22              (Whereupon, the prospective juror was excused;

23    another prospective juror enters.)

24              THE COURT:  Good morning, Juror No. 61.  How are

25    you this morning?
```

```
1              PROSPECTIVE JUROR:  Doing well.  Good morning.

2              THE COURT:  Good morning.  I see you have marked

3    Questions 8, 10, and 12, so I will just review those with

4    you in order.

5              Question 8 asks whether you have an urgent or

6    extremely important matter to attend to in the next two

7    weeks such that you would be faced with a hardship if

8    selected to serve as a juror in this case.

9              Would you explain that?

10             PROSPECTIVE JUROR:  Yes.  I own a small handyman

11   business that I am the owner/operator.  And to take two

12   weeks off of work would put me in a situation where I would

13   lose significant income and need to pay for substantial

14   childcare to -- to accommodate having to take that much time

15   off.

16             THE COURT:  And if the trial lasts only a week,

17   would you have the same hardship?

18             PROSPECTIVE JUROR:  I could manage it, but it --

19   it would definitely be a hardship.

20             THE COURT:  And would that distract you from

21   paying attention during deliberations --

22             PROSPECTIVE JUROR:  It would not.

23             THE COURT:  -- if deliberations stretched over

24   into the next week?

25             PROSPECTIVE JUROR:  I don't believe so, no.
```

```
 1                    THE COURT:  Okay.  And do you have jobs planned

 2        for this week and next?

 3                    PROSPECTIVE JUROR:  For next week, I do, yes.

 4                    THE COURT:  I see.

 5                    PROSPECTIVE JUROR:  The -- the summons for the

 6        jury duty mentioned that I needed to have my schedule

 7        cleared through the 15th, so I have plans post the 15th.

 8                    THE COURT:  I see.

 9                    All right.  Question 10 asks whether you have ever

10        been involved as a plaintiff or defendant or as a witness in

11        a case, whether civil, criminal, or administrative.

12                    Could you explain that?

13                    PROSPECTIVE JUROR:  I was arrested in January 2021

14        on federal conspiracy drug charges, which were later

15        dismissed.  And I have been involved with custody

16        litigation.

17                    THE COURT:  Okay.  And when you were arrested, the

18        charges and the process that followed that, do you believe

19        you were treated fairly?

20                    PROSPECTIVE JUROR:  No.  No, I do not.  I do

21        believe that there was a fair resolution, but I do not

22        believe the process was fair.

23                    THE COURT:  Okay.  Do you think that that would

24        affect your ability to be fair and impartial in this case?

25                    PROSPECTIVE JUROR:  No.
```

```
 1              THE COURT:  Okay.  Question 12 asks whether you,

 2    any close family member, or close friend ever worked as a

 3    lawyer, received legal training, or has been employed by a

 4    lawyer.

 5              PROSPECTIVE JUROR:  Correct.  My father is a

 6    lawyer.

 7              THE COURT:  And do you know what kind of law he

 8    practices?

 9              PROSPECTIVE JUROR:  He does financial -- I -- I --

10    honestly, I don't know.  But it's financial stuff that has

11    to do with investments.  And I -- I don't know what it is,

12    honestly.

13              THE COURT:  Does he practice in Washington, D.C.?

14              PROSPECTIVE JUROR:  No.  He serves as an expert

15    witness in New York State.

16              THE COURT:  Okay.  And is there anything about any

17    conversations you may have had with your father who is a

18    lawyer about legal matters that you think would impede your

19    ability to follow my instructions on the law as I give them

20    to you in this case?

21              PROSPECTIVE JUROR:  No.

22              THE COURT:  All right.  Let me just see if the

23    lawyers have follow-up.

24              (Whereupon, a bench conference was held:)

25              MR. SIBLEY:  Your Honor -- I'm sorry, this is
```

1    Mr. Sibley.  Mr. Giuliani has an emergency and needs to go

2    to the bathroom.  May he be excused to go to the bathroom?

3            THE COURT:  Okay.  We'll take a break and then --

4    we'll take a break right now.  Okay.

5            MR. SIBLEY:  Thank you, Your Honor.

6            (Whereupon, the bench conference concludes.)

7            THE COURT:  Juror No. 061, could you just go back

8    to the -- resume your seat outside for a second.  We're

9    going to take a short five-minute break.

10           (Whereupon, a recess was taken.)

11           THE COURT:  Mr. Sibley, can we proceed, or do you

12   want to wait for Mr. Giuliani?

13           MR. SIBLEY:  I think it's fine to proceed, Your

14   Honor.

15           THE COURT:  Okay.  Perfect.

16           Sorry, Mark.

17           Okay.  I think we were at the point, in any

18   event -- with Juror No. 61, where the parties were going to

19   tell me if they had follow-up questions.  So why don't we

20   just put the mic on, and I will hear from -- any follow-up

21   with that juror, 0061, from plaintiffs?

22           (Whereupon, a bench conference was held:)

23           MS. GOVERNSKI:  Your Honor, we are not necessarily

24   opposed to letting him go, but we also do not think that the

25   testimony will go past this week.  So I think it could go

1    either way.  If he's able to stay this week, I am not sure

2    that's a reason --

3            THE COURT:  Yes.  Except that I have Friday

4    morning booked with criminal matters.  So if they're -- even

5    if the evidentiary part of the trial ends on Thursday and

6    they start deliberations on Friday, it may sweep into next

7    week.  He seemed quite on notice about next week.  Except to

8    the parties.

9            Mr. Sibley, do you have a view?

10           MR. SIBLEY:  I don't really have any follow-up

11   questions, Your Honor.  I agree with counsel that I really

12   can't see this -- I suppose it can be a marathon

13   deliberation.  I think we will be closed with the evidence

14   by Thursday.

15           THE COURT:  All right.

16           MS. GOVERNSKI:  I do have a follow-up question, if

17   we're going to ask a follow-up question.

18           THE COURT:  I will because no one has made a

19   motion to strike him for cause; that's not something that I

20   do on my own.

21           So what's your follow-up question?

22           MS. GOVERNSKI:  My follow-up question would be to

23   understand a little bit more about his -- about the process

24   that he felt was unfair when he was talking about the

25   process that he went through with the charge and that it was

1    an unfair process.

2          THE COURT:  Okay.  I mean, I could, but this is

3    not a criminal case.  I am not sure particularly what you

4    want me to probe him about.

5          MS. GOVERNSKI:  Your Honor, I think based on your

6    concerns regarding his being distracted, we think we would

7    be comfortable with you letting him go for that reason.

8          THE COURT:  Between his childcare and his handyman

9    duties and the loss of income?

10         MS. GOVERNSKI:  Yes, ma'am.  Yes, Your Honor.

11         THE COURT:  And by deliberations on Thursday or

12   even Friday -- he is going to be wanting to get that wrapped

13   up so that he can keep his appointments next week.

14          It's up to you-all.

15         MS. GOVERNSKI:  That makes sense to me.  We would

16   want him focused on the case and not all those other things.

17          THE COURT:  Mr. Sibley?

18         MR. SIBLEY:  Your Honor, I mean, I am not

19   concerned about striking him until next week.  I think he

20   stated that whatever it is next week is work-related.  And

21   it seems like even if it went to Monday, it's probably

22   something he could manage.  Obviously, there are reasons why

23   we have juries and working-class people are on jury duty.

24   If we excused all working-class people, we would never have

25   a jury.  I would not agree to letting him go unless the

```
 1    Court has some view about it.

 2              THE COURT:  And does anybody have a follow-up

 3    about his childcare issues, which he also mentioned?

 4              MS. GOVERNSKI:  Yes, Your Honor.  I would like to

 5    know more about that and whether he would have coverage in

 6    the event that it does -- deliberations do seep into next

 7    week.

 8              THE COURT:  And, Mr. Sibley, you have no other

 9    follow-up?

10              MR. SIBLEY:  I do not, Your Honor.

11              THE COURT:  Okay.

12              (Whereupon, the bench conference concludes.)

13              THE COURT:  So Juror 61 -- 061 is back.

14              (Whereupon, the prospective juror enters.)

15              THE COURT:  Juror 061, I have a couple of

16    follow-up questions.  You'd mentioned that among your

17    hardships, one would be childcare issues.  Could you explain

18    that?

19              PROSPECTIVE JUROR:  If we have to be here -- I

20    have to have my daughter dropped off at -- I am a single

21    father, so I have to have my daughter dropped off at 8:30,

22    and I need to pick her up at about 3:15 from school.  She is

23    in 5th grade.

24              THE COURT:  Is that during this week as well?

25              PROSPECTIVE JUROR:  She is with her mother for the
```

1    first part of the week, Monday, Tuesday; but Wednesday,

2    Thursday, Friday, yes.

3              THE COURT:  Okay.  Because we're -- as I said,

4    we're going to be sitting until five o'clock.  Can your

5    daughter's mother pick her up?

6              PROSPECTIVE JUROR:  If need be, I can make

7    arrangements.  But as mentioned, it is a hardship, and it

8    will probably end up costing me money.  So...

9              THE COURT:  And when you say you are a handyman,

10   could you explain what kind of handyman jobs you do.

11             PROSPECTIVE JUROR:  Sure.  I have a business

12   called District -- the District Handyman.  I do small jobs

13   in people's homes, usually -- next week I am repairing

14   drywall in a basement after flood damage.  I hang pictures,

15   do painting, you know, small handyman stuff.  I'm a one-man

16   operation.

17             THE COURT:  Okay.  And you mentioned that the

18   process that you went through recently with the criminal

19   justice system was one where you didn't think you were

20   treated fairly.  Does that spill over into your general view

21   of the justice system generally, or just the criminal

22   justice system?

23             PROSPECTIVE JUROR:  I don't know exactly how to

24   answer that because the criminal justice system -- I believe

25   it works if you can afford it.  And my big problem is with

1    the criminal justice system.  And I was arrested with no

2    evidence by a SWAT team -- by ICE, DEA, D.C. narcotics, DCPD

3    and D- -- I don't know -- Homeland Security came and swatted

4    me with no evidence while I made lunch for my

5    eight-year-old.  So I think this was something very broken

6    in the criminal system.

7              As far as the civil system, I have no opinion

8    whatsoever.

9              THE COURT:  All right.

10             (Whereupon, a bench conference was held:)

11             THE COURT:  Okay.  Any other follow-up?

12             MS. GOVERNSKI:  Your Honor, we would move to

13   strike at this point.  We think those childcare issues are

14   untenable.

15             THE COURT:  And, Mr. Sibley?

16             MR. SIBLEY:  Your Honor, I don't believe they're

17   untenable.  If need be, his child's mother can take care of

18   her.  Next week the child's mother has the child on Monday,

19   Tuesday.  Even if it did go into next week, it's something

20   that wouldn't affect him.

21             THE COURT:  I am going to grant the motion to

22   strike for cause.  He said from the beginning he's

23   maintained persistently and consistently that this would be

24   a hardship to him; and that is a juror who is going to be

25   impatient with the distraction and -- being distracted by

1    his other obligations and duties, so I am going to grant the

2    motion to strike for cause.

3                    (Whereupon, the bench conference concludes.)

4                    THE COURT:  Juror No. 61, you are excused.  You

5    may leave the courthouse.

6                    PROSPECTIVE JUROR:  Okay.  Thank you.

7                    (Whereupon, the prospective juror was excused;

8    another prospective juror enters.)

9                    THE COURT:  Good morning, Juror No. 511.  How are

10   you this morning?

11                   PROSPECTIVE JUROR:  I am good.

12                   THE COURT:  Okay.  I see you have marked

13   Question 10, which asks whether you have ever been involved

14   as a plaintiff or a defendant or as a witness in a case,

15   whether civil, criminal, or administrative.

16                   Could you explain that?

17                   PROSPECTIVE JUROR:  I was a plaintiff in a civil

18   case that was an -- an accident.

19                   THE COURT:  And how long ago was that?

20                   PROSPECTIVE JUROR:  I am thinking it may be 10 or

21   11 years ago.

22                   THE COURT:  Okay.

23                   And, Mr. Coates, can you make sure that microphone

24   is on?

25                   Okay.  If you could just --

```
1                    PROSPECTIVE JUROR:  Yes.  Ten or -- ten or eleven

2       years ago.

3                    THE COURT:  Okay.  And were you pleased with the

4       outcome of that lawsuit?

5                    PROSPECTIVE JUROR:  I prevailed.

6                    THE COURT:  Okay.  And what was the accident?

7                    PROSPECTIVE JUROR:  I fell going into a bathroom

8       in a public building.  And it wasn't -- it was a bathroom

9       that had -- I guess, repurposed, it was actually for little

10      children; and there was nothing that said you had to step

11      down.  And when I opened the door, I stepped like you would

12      normally step; and I went down on my head and my back.

13                   THE COURT:  I see.

14                   Juror No. 511, do you work outside the home?

15                   PROSPECTIVE JUROR:  No, I don't.

16                   THE COURT:  Have you ever worked outside the home?

17                   PROSPECTIVE JUROR:  Yes.

18                   THE COURT:  Okay.  And when did you stop working

19      outside the home?

20                   PROSPECTIVE JUROR:  I think probably nine -- 2010,

21      or -- it may even be earlier.

22                   THE COURT:  And did you retire?

23                   PROSPECTIVE JUROR:  I'm sorry?

24                   THE COURT:  Did you retire?

25                   PROSPECTIVE JUROR:  Yes.
```

```
1              THE COURT:  And what did you do when you were
2      working before you retired --
3              PROSPECTIVE JUROR:  I was -- I was an
4      international educational consultant.
5              THE COURT:  And how long did you do that?
6              PROSPECTIVE JUROR:  For about 45 years.
7              THE COURT:  What is your highest education level?
8              PROSPECTIVE JUROR:  I'm sorry?
9              THE COURT:  What is your highest education level?
10             PROSPECTIVE JUROR:  I have a bachelor's and
11     master's.
12             THE COURT:  And what is your master's in?
13             PROSPECTIVE JUROR:  In education.
14             THE COURT:  Okay.  Let me just see if there is any
15     follow-up from the lawyers.
16             (Whereupon, a bench conference was held:)
17             THE COURT:  Any follow-up from plaintiffs?
18             MS. GOVERNSKI:  None from us, Your Honor.
19             THE COURT:  And, Mr. Sibley?
20             MR. SIBLEY:  No, Your Honor.
21             (Whereupon, the bench conference concludes.)
22             THE COURT:  All right.  Juror No. 511, you may
23     resume your seat.
24             PROSPECTIVE JUROR:  Thank you.
25             (Whereupon, the prospective juror was excused;
```

```
 1          another prospective juror enters.)

 2                   THE COURT:  And good morning, Juror No. 909.

 3                   PROSPECTIVE JUROR:  Hi.  Good morning.

 4                   THE COURT:  How are you this morning?

 5                   PROSPECTIVE JUROR:  I am good.  Thank you.

 6                   How are you?

 7                   THE COURT:  I am good.  Thanks for asking.

 8                   I see you have marked Question 10, which asks

 9          whether you have ever been involved as a plaintiff or

10          defendant or as a witness in a case, whether civil,

11          criminal, or administrative.

12                   Can you explain that.

13                   PROSPECTIVE JUROR:  Yes.  I believe it was 2010.

14          I had an ex-boyfriend that became a stalker, and so I had to

15          file for a restraining order; and then there was a bit of a

16          court case, and he served some time.

17                   THE COURT:  And your ex-boyfriend served time?

18                   PROSPECTIVE JUROR:  Yes.  Yes.

19                   THE COURT:  Okay.  After that.

20                   And did you have to testify in a court?

21                   PROSPECTIVE JUROR:  I don't believe so.  I think I

22          offered some written testimony that was submitted, but I

23          didn't -- I don't recall that, doing that.

24                   THE COURT:  And after that, did that resolve the

25          problem?
```

```
 1                PROSPECTIVE JUROR:  Yes.  Yes.

 2                THE COURT:  Okay.  Juror No. 909, what do you do

 3      for a living?

 4                PROSPECTIVE JUROR:  I work for a medical device

 5      company.  I do government relations.

 6                THE COURT:  And how long have you done that?

 7                PROSPECTIVE JUROR:  For that company, about three

 8      years.  Actually, I think it's three years today.

 9                THE COURT:  Okay.  And before you worked for this

10      company, what did you do?

11                PROSPECTIVE JUROR:  I did political fundraising

12      and nonprofit --

13                THE COURT:  Could you say that again?

14                PROSPECTIVE JUROR:  Political and nonprofit

15      fundraising.

16                THE COURT:  Okay.  And when you say "political

17      fundraising," could you explain in a little bit more detail

18      what you did?

19                PROSPECTIVE JUROR:  Sure.  There were a handful of

20      Republican members of Congress that I fundraised for, and

21      nonprofit clients that were connected to -- nonprofits in

22      D.C., like the Congressional Baseball Game, things like

23      that.

24                THE COURT:  And how long did you do political

25      fundraising?
```

```
1              PROSPECTIVE JUROR:  I did that for -- well, I only
2       did the political part for about a year, at most; but I
3       worked at that fundraising company for about three years.
4              THE COURT:  Okay.  And how long ago was that?
5              PROSPECTIVE JUROR:  I would have started about six
6       years ago, if my math is right.
7              THE COURT:  Okay.  And what is your highest level
8       of education?
9              PROSPECTIVE JUROR:  I have a bachelor's degree.
10             THE COURT:  Okay.  Let me see if there is any
11      follow-up.  Thank you.
12             (Whereupon, a bench conference was held:)
13             THE COURT:  Any follow-up from the plaintiffs?
14             MS. GOVERNSKI:  Yes, Your Honor.  We would like to
15      know about -- a little bit more about which fundraising
16      candidate she did, as well as the nonprofit.
17             THE COURT:  She said Republican candidates.  Do
18      you need to know more detail than that?
19             MS. GOVERNSKI:  Maybe state, federal level.  Just
20      a little more detail.  And a little more detail about what
21      the nonprofits were.
22             THE COURT:  Okay.
23             MS. GOVERNSKI:  Thank you.
24             THE COURT:  Mr. Sibley?
25             MR. SIBLEY:  Nothing from me, Your Honor.
```

```
 1                    (Whereupon, the bench conference concludes.)

 2                    THE COURT:  All right.  So, Juror No. 909, with

 3          respect to your political fundraising, I think you said

 4          Republican members of Congress; did I hear that correctly?

 5                    PROSPECTIVE JUROR:  Yes.  Yeah.

 6                    THE COURT:  So you were doing political

 7          fundraising at the federal level, or did you also work at

 8          the state or local level?

 9                    PROSPECTIVE JUROR:  Federal only.

10                    THE COURT:  Federal only.

11                    And what nonprofits did you do fundraising for?

12                    PROSPECTIVE JUROR:  So it was the Congressional

13          Baseball Game, which I am forgetting the name of kind of the

14          overarching for that.  But it was also the foundation to

15          eradicate Duchenne.  And then it was --

16                    THE COURT:  Eradicate what?

17                    PROSPECTIVE JUROR:  Duchenne.  It's a type of

18          muscular dystrophy that impacts boys.  And those were my two

19          big clients, and then I supported some of my other coworkers

20          with their clients.

21                    THE COURT:  Okay.  And were the other clients

22          politically affiliated?

23                    PROSPECTIVE JUROR:  Only in the sense that we

24          would invite members of Congress and their staff to events

25          sometimes, but not politically motivated.
```

```
 1              THE COURT:  Is it fair to say that the fundraising

 2     organization that you worked for focused more on the

 3     Republican side of Congress rather than the Democratic or

 4     independent side?

 5              PROSPECTIVE JUROR:  Correct, yes.

 6              THE COURT:  And are the members of Congress for

 7     whom you did fundraising or the Republican candidates for

 8     whom you did fundraising, are they still in Congress?

 9              PROSPECTIVE JUROR:  One of them, yes.

10              THE COURT:  And who is that?

11              PROSPECTIVE JUROR:  Congressman Jodey Arrington

12     from Texas.

13              THE COURT:  Okay.  Thank you.

14              (Whereupon, a bench conference was held:)

15              THE COURT:  Any follow-up?

16              MS. GOVERNSKI:  Your Honor, just to clarify, did

17     she check the box regarding whether she would hold people in

18     positions of power any differently?

19              THE COURT:  No.

20              MS. GOVERNSKI:  Okay.  No further questions from

21     us, Your Honor.

22              THE COURT:  Mr. Sibley?

23              MR. SIBLEY:  No, Your Honor.

24              THE COURT:  Thank you.

25              (Whereupon, the bench conference concludes.)
```

```
1              THE COURT:  Juror No. 909, you can resume your
2      seat.  Thank you.
3              PROSPECTIVE JUROR:  Thank you.
4              (Whereupon, the prospective juror was excused;
5      another prospective juror enters.)
6              THE COURT:  And good morning, Juror No. 906.  How
7      are you this morning?
8              PROSPECTIVE JUROR:  Well, thank you.
9              THE COURT:  I see you have marked Question 8 and
10     Question 12, which I will review with you.
11             Question 8 asks whether you have an urgent or
12     extremely important matter to attend to in the next two
13     weeks such that you would be faced with a hardship if
14     selected to serve as a juror in this case.
15             Could you explain that?
16             PROSPECTIVE JUROR:  I have family vacation.  We
17     would be leaving on December 21st.
18             THE COURT:  All right.  And are you traveling far?
19             PROSPECTIVE JUROR:  To Southern Illinois.
20             THE COURT:  Okay.
21             PROSPECTIVE JUROR:  Feels far.
22             THE COURT:  All right.  And then Question 12 asks
23     whether you, a close family member, or a close friend ever
24     worked as a lawyer, received legal training, or has been
25     employed by a lawyer.
```

```
 1                  Could you explain that?

 2                  PROSPECTIVE JUROR:  Yes.  My father is an

 3      attorney, a recently retired attorney, and I worked for him

 4      after college.

 5                  THE COURT:  You worked for what?

 6                  PROSPECTIVE JUROR:  I worked for him after

 7      college.

 8                  THE COURT:  Okay.  For how long did you work for

 9      him after college?

10                  PROSPECTIVE JUROR:  Several months.

11                  THE COURT:  Okay.  And did your father practice

12      law in Washington, D.C.?

13                  PROSPECTIVE JUROR:  Yes.

14                  THE COURT:  And what kind of law did he practice?

15                  PROSPECTIVE JUROR:  Federal government

16      contracting.

17                  THE COURT:  Okay.  And so did he -- was he a

18      litigator that ever went to court?

19                  PROSPECTIVE JUROR:  Yes.  Occasionally he would go

20      to court, but primarily it was filings.

21                  THE COURT:  Okay.  And did you ever go with him to

22      watch him in court?

23                  PROSPECTIVE JUROR:  No.

24                  THE COURT:  Okay.  What do you do for a living?

25                  PROSPECTIVE JUROR:  I am a mechanical engineer.  I
```

```
 1        work for a trade association.

 2                THE COURT:  And how long have you done that?

 3                PROSPECTIVE JUROR:  Fourteen years.

 4                THE COURT:  Okay.  And what is your highest level

 5        of education?

 6                PROSPECTIVE JUROR:  I am getting my master's right

 7        now.

 8                THE COURT:  In what?

 9                PROSPECTIVE JUROR:  Energy policy and climate.

10        Johns Hopkins, right next door.

11                THE COURT:  How convenient.

12                PROSPECTIVE JUROR:  Yes.

13                THE COURT:  Okay.  And is there anything about --

14        any discussions you may have had with your father when he

15        was practicing or what you learned when you worked for him

16        after college that would impede your ability to follow my

17        instructions on the law as I give them to you in this case?

18                PROSPECTIVE JUROR:  No.

19                THE COURT:  Let me see if there is follow up.

20                (Whereupon, a bench conference was held:)

21                THE COURT:  Any follow-up from plaintiffs?

22                MS. GOVERNSKI:  Nothing from us.  I sincerely hope

23        we're not here on the 21st.

24                THE COURT:  Me too.

25                Mr. Sibley?
```

```
 1                    MR. SIBLEY:  No, Your Honor.

 2                    (Whereupon, the bench conference concludes.)

 3                    THE COURT:  Juror 906, you may resume your seat.

 4                    (Whereupon, the prospective juror was excused;

 5     another prospective juror enters.)

 6                    THE COURT:  Good morning, Juror 678.  Feel free to

 7     put your bag down or put it on the chair next to you.  It's

 8     a little crowded there in the chair with your bags and all.

 9                    I see you have marked Questions 8; 10 you sort of

10     crossed out, but I will ask you about that; Question 18; and

11     Question 22.  I will follow up with you in order on each of

12     those questions.

13                    Question 8 asks whether you have an urgent or

14     extremely important matter to attend to in the next two

15     weeks that would make -- so that you would have -- would be

16     faced with a hardship if you were selected to serve as a

17     juror in the case.

18                    Could you explain that?

19                    PROSPECTIVE JUROR:  Yeah.  I have a broken

20     kneecap.  I am in a knee immobilizer, and I have an

21     appointment with the doctor next week to hopefully get me to

22     a place where I can move my knee.  That's on Wednesday.  I

23     mean, obviously, if -- you know --

24                    THE COURT:  All right.  Is there -- is it

25     uncomfortable for you to sit for long periods --
```

```
1              PROSPECTIVE JUROR:  No.  It's just uncomfortable

2       to walk and everything, so I was really hoping to make that

3       appointment.

4              THE COURT:  Okay.  I think you should be able to.

5              PROSPECTIVE JUROR:  Okay.

6              THE COURT:  All right.  Question 10 -- it was sort

7       of scribbled out, but I'm just going to follow up with you

8       about that.  It asked whether you have ever been involved as

9       a plaintiff, defendant, or as a witness in case, whether

10      civil, criminal, or administrative.

11             PROSPECTIVE JUROR:  I was a juror in a civil case.

12             THE COURT:  And how long ago were you a juror?

13             PROSPECTIVE JUROR:  That was probably 15 years

14      ago.

15             THE COURT:  Okay.  And is there anything about

16      your experience --

17             PROSPECTIVE JUROR:  No.  That's why I crossed it

18      out.  I misunderstood the question.  So...

19             THE COURT:  Okay.  You also marked Question 18,

20      which asked whether you have ever followed Mr. Giuliani on

21      social media, including the Twitter/X handle @RudyGiuliani,

22      on podcast, radio shows, or television shows.

23             PROSPECTIVE JUROR:  I am a journalist, so yes, I

24      followed Mr. Giuliani in the aftermath of the 2020 election.

25             THE COURT:  And where are you a journalist?
```

1              PROSPECTIVE JUROR:  I work for Al Jazeera English,

2       here in D.C.

3              THE COURT:  Okay.  And so have you covered -- have

4       you focused on covering Mr. Giuliani or just followed him?

5              PROSPECTIVE JUROR:  We were covering all of the

6       efforts to, I guess, undo the 2020 election.

7              THE COURT:  Okay.

8              PROSPECTIVE JUROR:  So I was following to see what

9       he was saying about things.  We watched -- I watched, you

10      know, mostly press conferences with him and others that were

11      on the witness list, and I covered the hearing with the --

12      the plaintiffs.

13             THE COURT:  Okay.  That leads me to Question 22,

14      which asks if there is anything about the nature of the

15      case, about the plaintiffs or defendant involved that would

16      make it difficult for you to remain fair and impartial and

17      to render your decision based solely upon the evidence

18      presented.

19             Could you explain your answer to that?

20             PROSPECTIVE JUROR:  Yeah.  I mean, I would do my

21      very best to remain impartial, but the totality of what I

22      covered in those months and on January 6th -- I have some

23      pretty strong feelings about what happened and -- and about

24      some of the characters involved.

25             THE COURT:  Okay.  Thank you.  Let me just hear

```
 1     from the lawyers.
 2                 (Whereupon, a bench conference was held:)
 3                 THE COURT:  Mr. Sibley?
 4                 MR. SIBLEY:  Yes, Your Honor.  I have a lot of
 5     questions.
 6                 THE COURT:  Do you have follow-up, or do you have
 7     a motion?
 8                 MR. SIBLEY:  I would move to strike.
 9                 THE COURT:  Okay.  Let me just see.
10                 Plaintiffs, any objection?
11                 MS. GOVERNSKI:  No objection.
12                 THE COURT:  All right.  I am going to grant the
13     motion to strike.
14                 (Whereupon, the bench conference concludes.)
15                 THE COURT:  Juror No. 678, you are excused.  You
16     may leave through the back door of the courtroom.
17                 (Whereupon, the prospective juror was excused;
18     another prospective juror enters.)
19                 THE COURT:  Good morning, Juror No. 373.  Feel
20     free to put your things on the other chair if that would
21     make you more comfortable.  You have a lot of different
22     items there with you.
23                 Juror 373, I see you haven't answered any question
24     affirmatively, so let me just ask you some other questions
25     about you personally.
```

```
1                    What do you do for a living?
2                    PROSPECTIVE JUROR:  I work part-time at a trade
3      association and an online web store.
4                    THE COURT:  You work at a trade association
5      part-time, and where else?
6                    PROSPECTIVE JUROR:  Online web store.
7                    THE COURT:  Okay.  And the online web store, is
8      that your own website?
9                    PROSPECTIVE JUROR:  No.
10                   THE COURT:  The web store?
11                   PROSPECTIVE JUROR:  No.  There is two of us.
12                   THE COURT:  There are two of you?
13                   PROSPECTIVE JUROR:  Um-hum.
14                   THE COURT:  All right.  And what do you sell on
15     the online web store?
16                   PROSPECTIVE JUROR:  Souvenir hemp seed.
17                   THE COURT:  Souvenir.  Did you say "souvenir"?
18                   PROSPECTIVE JUROR:  Yes.
19                   THE COURT:  What is a souvenir hemp seed?
20                   PROSPECTIVE JUROR:  It's a collector's item.
21                   THE COURT:  Okay.  And they're hemp seeds?
22                   PROSPECTIVE JUROR:  Yes.
23                   THE COURT:  To plant?
24                   PROSPECTIVE JUROR:  Yes.
25                   THE COURT:  And how long have you been doing that?
```

```
 1                 PROSPECTIVE JUROR:  Two -- three years.

 2                 THE COURT:  All right.  And you work part-time at

 3      a trade association.  What is the trade association?

 4                 PROSPECTIVE JUROR:  The Sheet Metal and

 5      Air-Conditioning Contractors National Association.

 6                 THE COURT:  Oh, that's a new one.

 7                 PROSPECTIVE JUROR:  Right.

 8                 THE COURT:  We've got all sorts of associations in

 9      town.

10                 PROSPECTIVE JUROR:  Oh, yes.

11                 THE COURT:  That's a new one.

12                 Sheet metal?

13                 PROSPECTIVE JUROR:  Sheet metal and

14      air-conditioning contractors, yes.

15                 THE COURT:  Okay.  And how long have you worked at

16      the Sheet Metal and Air-Conditioning Association?

17                 PROSPECTIVE JUROR:  Five years.

18                 THE COURT:  Okay.  And what do you do there?

19                 PROSPECTIVE JUROR:  I am in their governmental

20      affairs department.

21                 THE COURT:  And in governmental affairs, what

22      precisely do you do?

23                 PROSPECTIVE JUROR:  I work on their SEC compliance

24      reports.

25                 THE COURT:  Okay.  And so are you mostly in the
```

```
1       office doing paperwork, as opposed to going out and --

2                   PROSPECTIVE JUROR:  Yes.

3                   THE COURT:  -- meeting with members of Congress?

4                   PROSPECTIVE JUROR:  I am not a registered

5       lobbyist, no.

6                   THE COURT:  Okay.  And what is your highest

7       educational level?

8                   PROSPECTIVE JUROR:  Associate's degree.

9                   THE COURT:  All right.  Let me just see if there

10      is follow-up.

11                  (Whereupon, a bench conference was held:)

12                  THE COURT:  Any follow-up from plaintiffs?

13                  MS. GOVERNSKI:  None here, Your Honor.

14                  THE COURT:  Mr. Sibley?

15                  MR. SIBLEY:  No, Your Honor.

16                  (Whereupon, the bench conference concludes.)

17                  THE COURT:  All right.  Juror 373, you may resume

18      your seat.

19                  (Whereupon, the prospective juror was excused;

20      another prospective juror enters.)

21                  THE COURT:  If you can just take that very first

22      seat in the jury box.  Thank you.

23                  PROSPECTIVE JUROR:  Good morning.

24                  THE COURT:  Good morning.  Juror No. 735 --

25                  PROSPECTIVE JUROR:  I am 735.
```

```
 1                    THE COURT:  -- I see that you haven't marked
 2        anything on your sheet.  Let me just ask you some personal
 3        questions about yourself so we can get to know you a little
 4        better.
 5                    And do you work outside the home?
 6                    PROSPECTIVE JUROR:  Yes, I do.  I work for a law
 7        firm.
 8                    THE COURT:  Okay.  What do you do for a law firm?
 9                    PROSPECTIVE JUROR:  I am a legal administrative
10        assistant.
11                    THE COURT:  And do you work for specific lawyers
12        at the law firm?
13                    PROSPECTIVE JUROR:  I work each -- we're called
14        LAAs.  We're assigned a team of several attorneys.  I work
15        for four different attorneys --
16                    THE COURT:  For four different attorneys.
17                    PROSPECTIVE JUROR:  -- in different practice
18        groups.
19                    THE COURT:  Okay.  And what firm do you work at?
20                    PROSPECTIVE JUROR:  Venable.
21                    THE COURT:  And how long have you worked there?
22                    PROSPECTIVE JUROR:  Thirteen years.
23                    THE COURT:  Okay.  And for the different practice
24        groups that you work on, are any of those practice groups
25        litigating groups?
```

```
1              PROSPECTIVE JUROR:  No.

2              THE COURT:  So what are the practice groups?

3              PROSPECTIVE JUROR:  I work for the FDA, government

4    contracts, and nonprofit.

5              THE COURT:  Nonprofit.

6              Do you have occasion to do work on -- for

7    nonprofits that are politically affiliated in any way?

8              PROSPECTIVE JUROR:  No.

9              THE COURT:  Okay.  And is there anything about

10   your long-time work at Venable that you think would impede

11   your ability to follow my instructions on the law as I give

12   them to you in this case?

13             PROSPECTIVE JUROR:  No.

14             THE COURT:  Okay.  And as a legal administrator,

15   what are the types of duties that you perform for the

16   attorneys?

17             PROSPECTIVE JUROR:  It's like a legal secretary.

18             THE COURT:  Okay.  So do you prepare documents

19   or --

20             PROSPECTIVE JUROR:  So I prepare correspondence; I

21   do client billing; time entry, expenses, travel

22   arrangements, et cetera.

23             THE COURT:  Okay.  Thank you.  Let me see if there

24   is any follow-up.

25             (Whereupon, a bench conference was held:)
```

1          THE COURT:  Any follow-up from plaintiffs?

2          MS. GOVERNSKI:  None here, Your Honor.

3          THE COURT:  Mr. Sibley?

4          MR. SIBLEY:  No, Your Honor.

5          (Whereupon, the bench conference concludes.)

6          THE COURT:  All right.  Juror No. 735, you may

7   resume your seat.

8          (Whereupon, the prospective juror was excused;

9   another prospective juror enters.)

10          THE COURT:  Good morning, Juror No. 848.  How are

11   you this morning?

12          PROSPECTIVE JUROR:  I am fine.  Good morning.

13          THE COURT:  And feel free to put your coat down on

14   the chair next to you to if you'd be more comfortable.

15          I see that you haven't marked anything with an

16   affirmative answer.  Let me just ask some follow-up

17   questions to learn a little bit more about you.

18          So, Juror No. 848, do you work outside the home?

19          PROSPECTIVE JUROR:  Excuse me?

20          THE COURT:  Do you work outside the home?

21          PROSPECTIVE JUROR:  No, ma'am.

22          THE COURT:  Okay.  And do you take care of anybody

23   at home?

24          PROSPECTIVE JUROR:  No.

25          THE COURT:  Okay.  And have you ever worked

1     outside the home?

2              PROSPECTIVE JUROR:  Yes, I have.

3              THE COURT:  And when did you stop working outside

4     the home?

5              PROSPECTIVE JUROR:  In '04.

6              THE COURT:  Did you retire?

7              PROSPECTIVE JUROR:  I got hurt.

8              THE COURT:  Say that again.

9              PROSPECTIVE JUROR:  I got hurt on the job.

10             THE COURT:  You got hurt on the job?

11             PROSPECTIVE JUROR:  Yes.

12             THE COURT:  I see.

13             So are you home on disability?

14             PROSPECTIVE JUROR:  Yes.

15             THE COURT:  Okay.  And what did you do for a

16    living when you were working --

17             PROSPECTIVE JUROR:  Daycare.

18             THE COURT:  You worked in daycare?

19             PROSPECTIVE JUROR:  Yes, ma'am.

20             THE COURT:  And how long did you do that?

21             PROSPECTIVE JUROR:  Since 14.

22             THE COURT:  You worked in daycare for 14 --

23             PROSPECTIVE JUROR:  Yes.  I started at a summer

24    job, but there were other jobs, too.  But I liked the

25    daycare.

```
1                    THE COURT:  Okay.  But you liked working best in

2          daycare?

3                    PROSPECTIVE JUROR:  With kids, yes.

4                    THE COURT:  And what were the -- what was the age

5          of the kids in daycare?

6                    PROSPECTIVE JUROR:  It was from, like, two months

7          until they started school, and three to five.

8                    THE COURT:  Okay.  And what other kinds of jobs

9          did you have?

10                   PROSPECTIVE JUROR:  The water company, reading the

11         meters.  At the hotel, was a hostess in a hotel, restaurant;

12         and daycare.

13                   THE COURT:  And since you have stopped working,

14         how do you spend your time?

15                   PROSPECTIVE JUROR:  I watch movies a lot.  I like

16         movies.  And I have my grandkids sometimes.

17                   THE COURT:  Okay.  How many grandkids do you have?

18                   PROSPECTIVE JUROR:  I have four.  I lost three.

19                   THE COURT:  You lost three grandkids?

20                   PROSPECTIVE JUROR:  Yes.  In the fire, 2021; it

21         was on Iverson Street, in Maryland.  It's three girls that

22         was in the fire.

23                   THE COURT:  And those three girls who died in the

24         fire were your grandchildren?

25                   PROSPECTIVE JUROR:  Yes, ma'am.  The baby
```

```
 1      perished.

 2                 THE COURT:  I am so sorry to hear about that.

 3                 All right.  And what is your highest educational

 4      level?

 5                 PROSPECTIVE JUROR:  Twelfth.

 6                 THE COURT:  You graduated from high school?

 7                 PROSPECTIVE JUROR:  Yes.  I did a little bit of

 8      community college, nursing.

 9                 THE COURT:  All right.  Let me see if there are

10      follow-up questions.

11                 (Whereupon, a bench conference was held:)

12                 THE COURT:  Any follow-up questions from

13      plaintiffs?

14                 MS. GOVERNSKI:  Not here, Your Honor.

15                 THE COURT:  From Mr. Sibley?

16                 MR. SIBLEY:  Yes, Your Honor.

17                 I am just wondering with respect to the injury,

18      was there a lawsuit over it?  Did she make a worker's comp

19      claim?  I am just wondering if there were any proceedings

20      over that, kind of, what the disposition was, if any?

21                 THE COURT:  Do we want to know what the disability

22      is?

23                 MR. SIBLEY:  I am not asking what the nature of

24      the injury is.  I guess I am just asking did she file a

25      claim over it.
```

```
1              Did she get worker's comp?  I am just wondering if
2    she was a sort of quasi plaintiff in that sense.
3              THE COURT:  Okay.  I will find out.
4              (Whereupon, the bench conference concludes.)
5              THE COURT:  Juror 848, when you left work did you
6    file a workman's compensation claim or something else to
7    claim disability?
8              PROSPECTIVE JUROR:  Disability -- I have been --
9              THE COURT:  And could you put the microphone up.
10             PROSPECTIVE JUROR:  Sorry.  I had been
11   accidentally hit in a drive-by shooting, and it hit me
12   twice.  Like in my knee, I have a bullet in it.  I am glad
13   they didn't amputate it.  If they had took it out, they
14   would have amputated.  And then my hip.
15             THE COURT:  And did you get hit twice in the same
16   drive-by shooting or twice in two different drive-by
17   shootings?
18             PROSPECTIVE JUROR:  The same.
19             THE COURT:  The same.
20             PROSPECTIVE JUROR:  I was walking to my mom's
21   house.
22             THE COURT:  All right.  And when did -- that
23   happened in --
24             PROSPECTIVE JUROR:  That happened in 2002.
25             THE COURT:  I see.
```

```
1              And after that, it made it difficult for you to

2       work in daycare anymore?

3              PROSPECTIVE JUROR:  Yes, ma'am.  To stand.  And

4       then I have problems with my knee if I stand too long or too

5       much, and I'm active with the children.  And I love the

6       children.

7              THE COURT:  And after you were shot in the

8       drive-by shooting, were there any further criminal

9       prosecutions of the people who shot you --

10             PROSPECTIVE JUROR:  We didn't know who it was.

11             THE COURT:  Could you say that again?

12             PROSPECTIVE JUROR:  We didn't know who it was.  I

13      didn't know who it was.  They never found them.

14             THE COURT:  I see.

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Okay.  Thank you.

17             (Whereupon, a bench conference was held:)

18             THE COURT:  Okay.  Well, I never expected that.

19             Any further questions from the plaintiff?

20             MS. GOVERNSKI:  Not from us.

21             THE COURT:  Mr. Sibley, any other follow-up?

22             MR. SIBLEY:  No, Your Honor.

23             (Whereupon, the bench conference concludes.)

24             THE COURT:  All right.  Juror No. 848, you may

25      resume your seat.  Thank you.
```

```
 1                    PROSPECTIVE JUROR:  Thank you.
 2                    (Whereupon, the prospective juror was excused;
 3          another prospective juror enters.)
 4                    THE COURT:  Good morning, Juror 312.  How are you
 5          this morning?
 6                    PROSPECTIVE JUROR:  Good.  How are you?
 7                    THE COURT:  Good.
 8                    I see you have marked Question 5, which asks
 9          whether you know any other member of the prospective jury
10          panel, the courtroom staff, or me.
11                    PROSPECTIVE JUROR:  Yes.
12                    THE COURT:  And who do you know?
13                    PROSPECTIVE JUROR:  One of the jurors -- potential
14          jurors.  It's ███████████████.
15                    THE COURT:  Oh, we don't need to mention names.
16                    PROSPECTIVE JUROR:  Oh.
17                    THE COURT:  How do you know?  Was that juror
18          sitting behind you on the benches?
19                    PROSPECTIVE JUROR:  Yes.  Yeah, I think so.
20                    THE COURT:  And how do you know that person?
21                    PROSPECTIVE JUROR:  He is our financial advisor
22          for the last five years.
23                    THE COURT:  Okay.  So you know that juror pretty
24          well?
25                    PROSPECTIVE JUROR:  Yeah.  We're not, like, social
```

```
1     friends, but yeah.

2            THE COURT:  And if you were both selected to serve

3     on a jury together, is there anything about your

4     relationship with that other prospective juror that you

5     think would influence you in whatever decision you have to

6     make as a juror?

7            PROSPECTIVE JUROR:  No.

8            THE COURT:  Okay.  Juror No. 312, what do you do

9     for a living?

10           PROSPECTIVE JUROR:  I am a consultant in web

11    project management.

12           THE COURT:  Do you work for yourself or for a

13    company?

14           PROSPECTIVE JUROR:  No.  For a company.  It's Booz

15    Allen Hamilton.

16           THE COURT:  And how long have you worked at Booz

17    Allen?

18           PROSPECTIVE JUROR:  Eight years.

19           THE COURT:  Have you always had the same job at

20    Booz Allen?

21           PROSPECTIVE JUROR:  Yes.

22           THE COURT:  Okay.  And do you have any advanced

23    degrees?  What's your highest level of education?

24           PROSPECTIVE JUROR:  Bachelor's.

25           THE COURT:  Okay.  And what is your bachelor's in?
```

```
1              PROSPECTIVE JUROR:  Management studies.

2              THE COURT:  And the web project management that

3     you do for Booz Allen, is that for Booz Allen specifically

4     or for Booz Allen's clients?

5              PROSPECTIVE JUROR:  For their clients.

6              THE COURT:  And are any of the clients politically

7     affiliated?

8              PROSPECTIVE JUROR:  No.

9              THE COURT:  Is it mostly government agencies?

10             PROSPECTIVE JUROR:  It -- it's the United States

11    Postal Service.

12             THE COURT:  Okay.  I will just see if there are

13    any follow-up questions.

14             (Whereupon, a bench conference was held:)

15             THE COURT:  Any follow-up from plaintiffs?

16             MS. GOVERNSKI:  None here, Your Honor.

17             THE COURT:  Mr. Sibley?

18             MR. SIBLEY:  No, Your Honor.

19             THE COURT:  And I am at -- so with this qualified

20    juror, we are at 13.  And that means the next person would

21    be the 14 qualified jurors, so then we can move to

22    peremptory challenges.

23             Is that consistent with your count, Mr. Gottlieb?

24             MS. GOVERNSKI:  Yes.

25             THE COURT:  Okay.  And, Mr. Sibley?
```

```
 1                    MR. SIBLEY:  It looks like it, Your Honor, yes.

 2                    THE COURT:  Do you want to do a count just to

 3      double-check?

 4                    MR. SIBLEY:  If I may.

 5                    I can confirm the next juror would be 14, based on

 6      the pool so far, Your Honor.

 7                    THE COURT:  Okay.  Good.  Thanks.

 8                    (Whereupon, the bench conference concludes.)

 9                    THE COURT:  All right.  Juror No. 312, could you

10      resume your seat?  Thank you.

11                    (Whereupon, the prospective juror was excused;

12      another prospective juror enters.)

13                    THE COURT:  742.

14                    Good morning, Juror No. 742.  How are you this

15      morning?

16                    PROSPECTIVE JUROR:  I am well.  Thank you.

17                    THE COURT:  Feel free to put your things down on

18      the chair next to you, if you want.

19                    I see you have marked Questions 8 and 12.  So I

20      will just review those with you in order.

21                    Question 8 asks whether you have an urgent or

22      extremely important matter to attend to in the next week or

23      two such that you would be faced with a hardship if selected

24      to serve on the jury in this case.

25                    Could you explain that?
```

```
 1              PROSPECTIVE JUROR:  On Thursday I am in a

 2    conference at work.  And then next week I have annual leave.

 3    I don't know if that counts, and it's your threshold, but I

 4    wanted to bring that to your attention.

 5              THE COURT:  And what's happening this Thursday?

 6              PROSPECTIVE JUROR:  It's a conference I am

 7    running.

 8              THE COURT:  You are running a conference?

 9              PROSPECTIVE JUROR:  Yes.  At work.

10              THE COURT:  And what kind of conference is?

11              PROSPECTIVE JUROR:  It's a Five Eyes

12    intelligence-sharing conference.

13              THE COURT:  That sounds like it could be

14    important.

15              So by running the conference, do you mean to

16    suggest that your presence is required there?

17              PROSPECTIVE JUROR:  I mean, it would be great,

18    since I have been working on it for two years.  But I am

19    sure colleagues would step in.  They -- they won't be happy,

20    but that's just how it works, I guess.

21              THE COURT:  Okay.  Let me just check with counsel.

22              (Whereupon, a bench conference was held:)

23              THE COURT:  We do have a number of other jurors,

24    so we could put him out of his misery if the parties were

25    agreeable.  I mean, it's not like it's a conference on, you
```

1    know, hotel management or something; it sounds quite

2    important.

3              MS. GOVERNSKI:  I agree, Your Honor.

4              THE COURT:  So do I have a motion, Mr. Sibley?

5              MR. SIBLEY:  I'm sorry.  I just want to verify, is

6    it this Thursday or next Thursday?

7              THE COURT:  This Thursday.  I can clarify that,

8    but I was understanding the conference is on this Thursday;

9    and he is on annual leave next week.

10             MR. SIBLEY:  If it's this Thursday, I agree to

11   release.  I maybe misheard.

12             THE COURT:  And plaintiffs concur?

13             MS. GOVERNSKI:  We do.

14             THE COURT:  All right.  I will clarify that.  But

15   if it's this Thursday I am going to excuse him.

16             MS. GOVERNSKI:  Thank you.

17             (Whereupon, the bench conference concludes.)

18             THE COURT:  Just to clarify, the conference is

19   this Thursday?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  All right.  I am going to excuse you,

22   and thank you.

23             PROSPECTIVE JUROR:  Thank you.

24             THE COURT:  You can leave through the back door of

25   the courtroom -- or maybe the front door of the courtroom.

```
 1              (Whereupon, the prospective juror was excused;
 2      another prospective juror enters.)
 3              THE COURT:  Good morning, Juror No. 861.
 4              Do you want to take that off your shoulder so you
 5      will be more comfortable?  Feel free.  That looks more
 6      comfortable.
 7              So, Juror No. 861, I see you have marked
 8      Questions 12 and 18, which I will review with you in order.
 9              Question 12 asks whether you, any close family
10      member, or a close friend ever worked as a lawyer, received
11      legal training, or has been employed by a lawyer.
12              Could you explain that?
13              PROSPECTIVE JUROR:  I have several close friends
14      who are -- who are lawyers.
15              THE COURT:  Could you just say that again?
16              PROSPECTIVE JUROR:  I have several close friends
17      who are lawyers.
18              THE COURT:  Okay.  Do you know what kind of law
19      your close friends practice?
20              PROSPECTIVE JUROR:  No.
21              THE COURT:  Okay.  Have you ever visited court to
22      watch them in court?
23              PROSPECTIVE JUROR:  No.
24              THE COURT:  Okay.  And is there anything about
25      conversations you may have had with your close friends who
```

1    are lawyers about the law that you think would impede your

2    ability to follow my instructions on the law as I give them

3    to you in this case?

4                PROSPECTIVE JUROR:  No.

5                THE COURT:  And then Question 18 asks whether you

6    have ever followed Mr. Giuliani on social media, including

7    the Twitter/X handle @RudyGiuliani, on his podcasts, radio

8    shows, or television shows.

9                Could you explain that.

10               PROSPECTIVE JUROR:  Only on -- only on television

11   news shows.  Not -- not his shows, per se, but only on news

12   shows.

13               THE COURT:  On news shows?

14               PROSPECTIVE JUROR:  Yes.

15               THE COURT:  And when was the last time you saw him

16   on a news show?

17               PROSPECTIVE JUROR:  I cannot remember.  I -- I

18   monitor the news regularly, and I cannot remember the last

19   time I saw him.

20               THE COURT:  Was it within the last five years

21   or --

22               PROSPECTIVE JUROR:  Within the last year.

23               THE COURT:  Within the last year?

24               PROSPECTIVE JUROR:  Certainly.

25               THE COURT:  Okay.  And when you say you monitor

1    the news, do you watch a particular news show most

2    regularly?

3              PROSPECTIVE JUROR:  No.  I watch the nightly news,

4    and international news, *BBC*, nightly news, yes.

5              THE COURT:  Okay.  And do you recall what

6    Mr. Giuliani was talking about on the news or what the news

7    was talking about Mr. Giuliani regarding?

8              PROSPECTIVE JUROR:  Yes.  It was regarding this

9    case, yes.

10             THE COURT:  Okay.  And based on that, do you feel

11   that it would affect your ability to be a fair and impartial

12   juror in this case?

13             PROSPECTIVE JUROR:  No.

14             THE COURT:  Okay.  Juror No. 861, what do you do

15   for a living?

16             PROSPECTIVE JUROR:  I am a security analyst for

17   the federal government.

18             THE COURT:  And how long have you done that?

19             PROSPECTIVE JUROR:  Over 20 years.

20             THE COURT:  Okay.  And when you say "the federal

21   government," is there a particular agency for which you

22   work?

23             PROSPECTIVE JUROR:  CIA.

24             THE COURT:  And what is your highest educational

25   level?

```
 1                     PROSPECTIVE JUROR:  I have a master's degree.

 2                     THE COURT:  In what?

 3                     PROSPECTIVE JUROR:  International security

 4       studies.

 5                     THE COURT:  International security --

 6                     PROSPECTIVE JUROR:  -- security studies.

 7                     THE COURT:  -- studies, okay.

 8                     PROSPECTIVE JUROR:  Um-hum.

 9                     THE COURT:  Let me just see if there is follow-up.

10                     (Whereupon, a bench conference was held:)

11                     THE COURT:  Any follow-up from plaintiffs?

12                     MS. GOVERNSKI:  None here, Your Honor.

13                     THE COURT:  And, Mr. Sibley?

14                     MR. SIBLEY:  Yes, Your Honor.  I have a few.

15                     One is:  Has he formed any opinions or beliefs

16       about this case or the facts of this case on the basis of

17       his -- whatever news coverage he watched.

18                     Secondly, as a security analyst with the Central

19       Intelligence Agency, was he in any way involved in the

20       January 6th attack investigation?  And with respect to that,

21       did he form any opinions about Mr. Giuliani?

22                     THE COURT:  Okay.

23                     (Whereupon, the bench conference concludes.)

24                     THE COURT:  So, Juror No. 861, based on your

25       recollection of the news report regarding Mr. Giuliani that
```

1    you saw in the last year, have you formed any opinions or

2    views about Mr. Giuliani?

3              PROSPECTIVE JUROR:  No.

4              THE COURT:  And based on your job as a security

5    analyst at the CIA, did you have occasion to work on any of

6    the security aspects of January 6, 2021?

7              PROSPECTIVE JUROR:  No.

8              THE COURT:  And based on any of the work that you

9    have done as a security analyst, has that made you form any

10   opinions or views about Mr. Giuliani?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  Okay.  Let me see if there is any

13   follow-up.

14             (Whereupon, a bench conference was held:)

15             THE COURT:  Did I capture everything you wanted to

16   cover, Mr. Sibley?

17             MR. SIBLEY:  Yes, Your Honor.

18             THE COURT:  Do you have any other follow-up?

19             MR. SIBLEY:  I don't, Your Honor.

20             THE COURT:  Do the plaintiffs have any follow-up?

21             MS. GOVERNSKI:  We do not.

22             THE COURT:  All right.  So I think this is No. 14

23   because I take it there are no motions with respect to this

24   juror; is that correct?

25             From the plaintiffs?

```
 1                    MS. GOVERNSKI:  That's right.

 2                    THE COURT:  And, Mr. Sibley?

 3                    MR. SIBLEY:  Yes, Your Honor.

 4                    THE COURT:  Yes, Your Honor, that is correct?

 5                    MR. SIBLEY:  That is correct.

 6                    THE COURT:  All right.  So I think what we'll do

 7       is we'll take a ten-minute break.  Don't leave because I

 8       want to go over a few things I want to cover in the

 9       preliminary instructions before -- I will do that after we

10       have exercised peremptories.  We'll go straight to the

11       peremptories.

12                    What I typically do in a civil case where I have

13       the 14 jurors is I put the 14 jurors against whom you are

14       going to exercise your peremptories in the jury box, but I

15       can put them in the gallery.

16                    Do you have a preference?

17                    MS. GOVERNSKI:  We prefer the jury box, Your

18       Honor.

19                    THE COURT:  Mr. Sibley?

20                    MR. SIBLEY:  I think we would prefer the gallery,

21       Your Honor.

22                    THE COURT:  You would prefer the gallery -- just

23       have them seated back there?

24                    MR. SIBLEY:  I think it's strange when jurors are

25       in the box and eliminated.  It's fine.  Whatever the Court's
```

1    preference is.

2              THE COURT:  Okay.  Well, I will put them in the

3    gallery, if that's your preference.  I don't think it makes

4    that big of a difference.  We'll just move the people

5    sitting in the gallery over to the right.  All right.

6              MR. SIBLEY:  Your Honor, may we take a restroom

7    break in conjunction with the preemptory exercise?

8              THE COURT:  Before we exercise peremptories?

9              MR. SIBLEY:  Yes, Your Honor.

10             THE COURT:  Yes.  Okay.  Thanks.

11             (Whereupon, the bench conference concludes.)

12             THE COURT:  All right.  Juror No. 861, you can

13   resume your seat.

14             Mr. Coates, if I could just speak to you.

15             THE COURTROOM DEPUTY:  Okay.  Sure.

16             THE COURT:  We're going to be reseating the

17   14 qualified jurors on my left side of the courtroom.  So

18   could everybody sitting on the left side of the courtroom

19   just move to the right.  We have our 14 qualified jurors.

20             If you could take the 14 qualified jurors and

21   reseat them in the gallery.  If you can do that.

22             While you're doing that, we're taking a

23   five-minute break.

24             MR. SIBLEY:  Yes, Your Honor.

25             THE COURT:  Okay.  Five-minute break.

```
 1                    (Whereupon, a recess was taken.)

 2                    THE COURT:  Okay.  Plaintiffs ready, defense ready

 3          to bring the prospective jury in for the exercise of

 4          peremptories?

 5                    MR. GOTTLIEB:  We're ready, Your Honor.

 6                    THE COURT:  Mr. Sibley?

 7                    MR. SIBLEY:  Yes, Your Honor.

 8                    THE COURT:  All right.  Bring the jury in.

 9                    (Whereupon, selected prospective jurors return.)

10                    THE COURT:  All right.  Ladies and gentlemen,

11          we're now at the stage of the jury selection process where

12          we get to sit quietly while the lawyers make their final

13          selection of the jury that will hear this case.  So as we

14          sit quietly, the lawyers are going to be working very hard.

15                    (Whereupon, counsel exercised peremptories.)

16                    THE COURT:  So, ladies and gentlemen, just so you

17          know where we are in the process, it goes in rounds.  And we

18          are at the last round, which is always, in my experience,

19          the longest one.  So just be patient.

20                    Now Mr. Coates and I have to collate all of the

21          parties' choices, so just give us an extra minute.

22                    (Whereupon, the Court and staff confer.)

23                    THE COURTROOM DEPUTY:  Ladies and Gentlemen of the

24          jury panel, when you hear your jury ID number called, please

25          have a seat in the jury box.
```

```
1              0312, would you please have a seat in Juror Seat
2         No. 8, please.
3                   Juror ID No. 0848, please have a seat in Juror
4         Seat No. 7.
5                   Juror ID No. 1735, would you please have a seat in
6         Juror Seat No. 6.
7                   Would Juror ID No. 0088 please have a seat in
8         Juror Seat No. 5.
9                   And would Juror ID No. 0408, please have a seat in
10        Juror Seat No. 4.
11                  Would Juror ID No. 0519 please have a seat in
12        Juror Seat No. 3.
13                  Would Juror ID No. 0483 please have a seat in
14        Juror Seat No. 2.
15                  And Juror ID No. 0108 please have a seat in Juror
16        Seat No. 1.
17                  THE COURT:  All right.  Let me just speak to the
18        lawyers for a second.
19                  (Whereupon, a bench conference was held:)
20                  THE COURT:  Are the plaintiffs satisfied with the
21        jury?
22                  MS. GOVERNSKI:  We are, Your Honor.
23                  THE COURT:  Mr. Sibley, are you satisfied with the
24        jury?
25                  MR. SIBLEY:  Yes, Your Honor.
```

1           THE COURT:  All right.  I am now going to

2     administer the oath to them.  Since it's already been a long

3     morning for them, I think I will give them their preliminary

4     instructions after lunch, unless you would like me to do it

5     right now.

6           MR. GOTTLIEB:  We're fine with that, Your Honor.

7           THE COURT:  Mr. Sibley?

8           MR. SIBLEY:  Yes, Your Honor, we're fine with

9     that.

10          THE COURT:  Okay.  And then before -- when I

11    excuse them for lunch, if you could stay for a few minutes,

12    I just want to review how I am going to instruct them in the

13    preliminary instructions based on some of the last-minute

14    filings on jury instructions.  All right?  Thank you.

15          (Whereupon, the bench conference concludes.)

16          THE COURT:  All right.  Ladies and gentlemen, I am

17    now going to administer the oath to you.  If you could

18    please rise, raise your right hands.

19          (Whereupon, the jurors were sworn.)

20          THE COURT:  All right.  The remainder of the

21    prospective jurors are excused.  You may leave the

22    courthouse.  Thank you very much for coming this morning.

23          Mr. Coates can excuse the prospective jurors

24    waiting in Courtroom 25.

25          I must give you preliminary instructions before we

1    start the trial; but since it is right at lunchtime, I am

2    going to excuse you until 1:30 for lunch.  Mr. Coates will

3    show you where to go, but be back at 1:30.  We can't start

4    without every single one of you.  He is going to show you

5    exactly where to go, where the jury room is, he is going to

6    give you juror badges.  I will see you back here at 1:30.

7    You are excused.

8              (Whereupon, the jury was excused.)

9              THE COURT:  All right.  So for the preliminary

10   instructions, given the posture of this case with the

11   default judgment and just moving on to damages, and based on

12   the parties' filings, I do plan to go into a little bit more

13   of what the situation is here than I do normally in

14   preliminary instructions which is, generally, just sort of

15   general logistical matters, and so on.

16              I saw from the filings that the parties made last

17   night, the night before -- I can't remember precisely when

18   they came in it's been a free flow of filings.  This is what

19   I planned to cover in the preliminary instructions.  I am

20   going to talk about the claims that are established:

21   Defamation, intentional infliction of emotional distress,

22   and civil conspiracy.  I am going to talk about the facts to

23   assume, which I will tell them I will repeat again at the

24   end of the trial at final instructions.

25              I am then going to talk about damages and talk

1    about how -- with respect to the defamation claim, the

2    plaintiffs are presumed to be harmed.  And then as to the

3    intentional infliction of emotional distress, I am going to

4    talk about how the plaintiffs have to show by a

5    preponderance of the evidence that they suffered damages in

6    the form of emotional distress; and that plaintiffs' burden

7    is, then, only to provide a reasonable basis from which they

8    can estimate their damages.  And then I am going to talk

9    about the preponderance of the evidence burden and what that

10   means with respect to the IIED claim.

11           And then with respect to the civil conspiracy, I

12   am just going to talk about what that means for purposes of

13   damages.  And then I am going to go to the logistical parts

14   of the trial, the more standard preliminary instructions.

15           Any objection from the plaintiffs?

16           I know that there was a debate to put in

17   "preponderance."  I think the defendants want the

18   preponderance; it does apply to the IIED.  I think I am just

19   going to set that up for the jury from the outset.

20           MR. GOTTLIEB:  No objection, Your Honor.

21           THE COURT:  Mr. Sibley?

22           MR. SIBLEY:  Yes, Your Honor.  I think my

23   remembrance of the -- it's been a few nights since we put

24   that in.  But I believe future damages -- I believe

25   preponderance applies to future damages; I think that's what

1    we agreed to.

2             THE COURT:  I think I am not talking about future

3    damages in the preliminary instructions.

4             MR. SIBLEY:  Okay.

5             THE COURT:  Because I really don't want to give

6    the final instructions in the preliminary, so I think I am

7    going to keep that for the final instruction.

8             MR. SIBLEY:  You are right.  That's a final

9    instruction.

10            THE COURT:  Do you want me to talk about the

11   damages, Mr. Sibley?

12            MR. SIBLEY:  Not just yet.

13            THE COURT:  Okay.  That's what I would think.

14            All right.  With that, I will see you at 1:30.

15            Whereupon, a luncheon recess was taken.

16            (Whereupon, the afternoon session was reported by

17   LISA MOREIRA, and is bound under separate cover.)

18                           **CERTIFICATE**

19            I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
     certify that the foregoing constitutes a true and accurate
20   transcript of my stenographic notes, and is a full, true,
     and complete transcript of the proceedings to the best of my
21   ability.
              This certificate shall be considered null and void
22   if the transcript is disassembled and/or photocopied in any
     manner by any party without authorization of the signatory
23   below.

24       Dated this 16th day of December, 2023.

25       /s/ Elizabeth Saint-Loth, RPR, FCRR
         Official Court Reporter

**'**

**'04** [1] - 79:5

**/**

**/s** [1] - 102:25

**0**

**0061** [2] - 35:9, 52:21
**0088** [1] - 98:7
**0100** [1] - 35:5
**0108** [1] - 98:15
**01553** [1] - 35:13
**0312** [1] - 98:1
**0408** [1] - 98:9
**0483** [1] - 98:13
**0519** [1] - 98:11
**061** [3] - 52:7, 55:13, 55:15
**0848** [1] - 98:3

**1**

**1** [2] - 20:21, 98:16
**10** [12] - 4:24, 24:14, 27:15, 27:18, 39:21, 49:3, 50:9, 58:13, 58:20, 61:8, 69:9, 70:6
**100** [1] - 1:14
**108** [2] - 29:10, 30:25
**11** [3] - 1:5, 24:17, 58:21
**110263** [1] - 2:5
**1108** [1] - 2:4
**12** [9] - 24:21, 35:22, 49:3, 51:1, 66:10, 66:22, 87:19, 90:8, 90:9
**13** [2] - 24:24, 86:20
**14** [14] - 25:3, 28:6, 28:9, 28:15, 79:21, 79:22, 86:21, 87:5, 94:22, 95:13, 96:17, 96:19, 96:20
**14th** [1] - 1:18
**15** [2] - 25:9, 70:13
**15th** [2] - 50:7
**16** [1] - 25:14
**16th** [1] - 102:24
**17** [1] - 25:17
**1735** [1] - 98:5
**18** [5] - 25:24, 69:10, 70:19, 90:8, 91:5
**1875** [1] - 1:14
**1899** [1] - 39:12
**19** [1] - 26:2
**1:30** [4] - 100:2, 100:3,

100:6, 102:14

**2**

**2** [2] - 21:2, 98:14
**20** [7] - 26:4, 33:3, 33:6, 34:8, 34:16, 92:19
**200** [1] - 13:18
**20001** [1] - 2:10
**20006** [1] - 1:14
**2002** [1] - 82:24
**2010** [2] - 59:20, 61:13
**202** [1] - 1:15
**2020** [7] - 19:1, 19:8, 25:15, 25:18, 25:22, 70:24, 71:6
**2021** [3] - 50:13, 80:20, 94:6
**2023** [2] - 1:5, 102:24
**21** [2] - 26:11, 39:22
**21-3354** [2] - 1:3, 3:3
**21st** [2] - 66:17, 68:23
**22** [4] - 26:17, 39:24, 69:11, 71:13
**23** [1] - 26:22
**25** [2] - 47:13, 99:24
**25A** [1] - 18:7
**26A** [1] - 11:18

**3**

**3** [3] - 35:5, 35:10, 98:12
**30** [2] - 48:9
**303-1016** [1] - 1:15
**30309** [1] - 1:18
**312** [3] - 84:4, 85:8, 87:9
**373** [3] - 72:19, 72:23, 75:17
**3:15** [1] - 55:22

**4**

**4** [2] - 35:12, 98:10
**404** [1] - 1:19
**408** [3] - 44:10, 44:16, 46:17
**45** [1] - 60:6
**48** [1] - 9:25
**483** [3] - 31:5, 31:10, 34:24

**5**

**5** [3] - 22:5, 84:8, 98:8
**511** [3] - 58:9, 59:14, 60:22
**519** [2] - 42:17, 44:5

**53** [1] - 10:1
**553** [3] - 35:15, 38:6, 39:8
**555** [1] - 1:21
**5:00** [1] - 23:25
**5th** [2] - 1:21, 55:23

**6**

**6** [5] - 22:10, 22:15, 27:13, 94:6, 98:6
**60** [3] - 11:2, 11:11
**61** [4] - 48:24, 52:18, 55:13, 58:4
**619-9819** [1] - 1:22
**678** [2] - 69:6, 72:15
**6th** [2] - 71:22, 93:20

**7**

**7** [4] - 23:9, 39:16, 40:2, 98:4
**713** [1] - 2:6
**720-8111** [1] - 1:19
**735** [3] - 75:24, 75:25, 78:6
**742** [2] - 87:13, 87:14
**75** [1] - 1:18
**78701** [1] - 2:5

**8**

**8** [12] - 23:22, 39:21, 40:16, 49:3, 49:5, 66:9, 66:11, 69:9, 69:13, 87:19, 87:21, 98:2
**848** [4] - 78:10, 78:18, 82:5, 83:24
**861** [5] - 90:3, 90:7, 92:14, 93:24, 96:12
**88** [2] - 46:22, 48:19
**8:30** [1] - 55:21

**9**

**9** [4] - 11:2, 24:8, 35:9, 35:12
**90013** [1] - 1:22
**906** [2] - 66:6, 69:3
**909** [4] - 61:2, 62:2, 64:2, 66:1
**919** [1] - 1:22
**966-6789** [1] - 2:6
**9:00** [1] - 23:25
**9:05** [1] - 1:5
**9:19** [1] - 9:20

**A**

**a.m** [2] - 1:5, 23:25
**ability** [11] - 24:11, 24:19, 25:1, 36:21, 50:24, 51:19, 68:16, 77:11, 91:2, 92:11, 102:21
**able** [7] - 10:3, 28:10, 28:16, 45:13, 45:17, 53:1, 70:4
**access** [1] - 7:23
**accessible** [1] - 8:11
**accident** [2] - 58:18, 59:6
**accidentally** [1] - 82:11
**accommodate** [1] - 49:14
**accomplish** [2] - 15:8, 15:11
**accountant** [3] - 47:5, 47:12, 47:24
**accurate** [1] - 10:21, 102:19
**accused** [1] - 19:11
**Action** [2] - 1:3, 3:3
**actions** [2] - 19:19, 19:21
**active** [1] - 83:5
**actor** [1] - 7:2
**Acts** [1] - 37:5
**acts** [1] - 19:12
**add** [3] - 4:10, 4:11, 23:1
**addition** [1] - 14:5
**additional** [2] - 11:13, 31:12
**address** [2] - 14:8, 17:5
**addresses** [1] - 8:12
**administer** [3] - 16:17, 99:2, 99:17
**administrative** [8] - 24:16, 27:20, 36:15, 50:11, 58:15, 61:11, 70:10, 76:9
**administrator** [1] - 77:14
**admitted** [3] - 7:24, 8:4, 8:10
**admitting** [1] - 7:2
**advance** [1] - 18:17
**advanced** [1] - 85:22
**advise** [1] - 5:22
**advised** [2] - 5:24, 6:10
**advising** [1] - 6:14
**advisor** [1] - 84:21
**affairs** [1] - 74:20,

74:21
**affect** [5] - 24:19, 24:25, 50:24, 57:20, 92:11
**affiliated** [3] - 64:22, 77:7, 86:7
**affiliation** [2] - 47:16, 48:9
**affirmatively** [3] - 31:11, 44:14, 72:24
**afford** [1] - 56:25
**aftermath** [1] - 70:24
**afternoon** [2] - 13:9, 102:16
**age** [2] - 14:8, 80:4
**agencies** [1] - 86:9
**Agency** [2] - 45:1, 93:19
**agency** [3] - 37:6, 47:7, 92:21
**ago** [16] - 13:18, 32:9, 34:8, 34:16, 36:11, 36:12, 38:7, 40:23, 41:1, 58:19, 58:21, 59:2, 63:4, 63:6, 70:12, 70:14
**agree** [5] - 41:21, 53:11, 54:25, 89:3, 89:10
**agreeable** [2] - 9:14, 88:25
**agreed** [1] - 102:1
**aided** [1] - 2:12
**Air** [2] - 74:5, 74:16
**air** [1] - 74:14
**Air-Conditioning** [2] - 74:5, 74:16
**air-conditioning** [1] - 74:14
**al** [2] - 1:3, 3:3
**Al** [1] - 71:1
**alert** [1] - 18:12
**allege** [1] - 19:18
**Allen** [5] - 85:15, 85:17, 85:20, 86:3
**Allen's** [1] - 86:4
**alternative** [1] - 8:25
**Amendment** [1] - 13:22
**amount** [2] - 20:5, 25:4
**amputate** [1] - 82:13
**amputated** [1] - 82:14
**analysis** [1] - 37:5
**analyst** [12] - 44:17, 44:19, 44:20, 45:3, 45:7, 45:8, 45:11, 45:20, 92:16, 93:18, 94:5, 94:9
**Angeles** [1] - 1:22

**animal** [2] - 38:12
**Annie** [3] - 3:11, 21:15, 21:18
**ANNIE** [1] - 1:13
**announce** [1] - 5:10
**annual** [2] - 88:2, 89:9
**answer** [18] - 12:16, 14:14, 14:25, 15:2, 15:3, 15:7, 15:15, 15:21, 20:9, 20:14, 29:14, 35:25, 42:5, 42:21, 47:1, 56:24, 71:19, 78:16
**answered** [5] - 14:24, 15:19, 31:11, 44:14, 72:23
**answers** [2] - 14:14, 34:11
**anticipating** [1] - 47:19
**apologize** [1] - 27:4
**appear** [1] - 15:23
**appearance** [2] - 9:20, 28:15
**Appearances** [1] - 1:25
**APPEARANCES** [2] - 1:11, 2:1
**appeared** [1] - 11:11
**applies** [1] - 101:25
**apply** [2] - 26:12, 101:18
**appointment** [2] - 69:21, 70:3
**appointments** [1] - 54:13
**appreciate** [2] - 6:16, 8:9
**appreciated** [1] - 28:17
**appropriately** [1] - 7:15
**area** [1] - 47:12
**Arena** [1] - 19:1
**arrangements** [2] - 56:7, 77:22
**arrested** [3] - 50:13, 50:17, 57:1
**Arrington** [1] - 65:11
**arriving** [1] - 9:5
**ArShaye'** [3] - 12:1, 18:21, 20:22
**Ashlee** [1] - 22:21
**aspects** [1] - 94:6
**assembled** [1] - 10:14
**assigned** [1] - 76:14
**assistant** [1] - 76:10
**associate's** [1] - 75:8
**associated** [1] - 6:5
**association** [5] - 68:1,

73:3, 73:4, 74:3
**Association** [3] - 48:3, 74:5, 74:16
**associations** [1] - 74:8
**assume** [1] - 100:23
**assured** [1] - 17:14
**Atlanta** [1] - 1:18
**attack** [1] - 93:20
**attend** [6] - 24:5, 40:19, 49:6, 66:12, 69:14, 87:22
**attention** [4] - 20:19, 24:12, 49:21, 88:4
**attorney** [3] - 19:4, 67:3
**attorneys** [5] - 22:11, 76:14, 76:15, 76:16, 77:16
**audible** [2] - 10:7, 27:24
**August** [1] - 45:5
**Austin** [1] - 2:5
**authorization** [1] - 102:22
**available** [1] - 8:3
**avoid** [1] - 8:24

## B

**baby** [2] - 41:1, 80:25
**bachelor's** [6] - 46:5, 46:7, 60:10, 63:9, 85:24, 85:25
**badges** [1] - 100:6
**bag** [1] - 69:7
**bags** [1] - 69:8
**ballots** [2] - 19:14, 19:15
**Baseball** [2] - 62:22, 64:13
**based** [19] - 14:1, 17:16, 23:9, 23:16, 25:1, 26:20, 34:13, 36:2, 36:5, 40:2, 54:5, 71:17, 87:5, 92:10, 93:24, 94:4, 94:8, 99:13, 100:11
**basement** [1] - 56:14
**basis** [2] - 93:16, 101:7
**bathroom** [4] - 52:2, 59:7, 59:8
**battleground** [1] - 19:9
**BBC** [1] - 92:4
**became** [1] - 61:14
**BEFORE** [1] - 1:9
**begin** [6] - 12:4, 12:18, 16:16, 16:22,

18:18, 20:7
**beginning** [2] - 10:3, 57:22
**begins** [1] - 16:13
**behalf** [2] - 3:9, 12:4
**behavior** [1] - 25:11
**behind** [2] - 18:6, 84:18
**beliefs** [2] - 24:25, 93:15
**below** [1] - 102:23
**bench** [51] - 12:20, 30:17, 30:24, 33:18, 34:23, 37:17, 38:5, 39:1, 39:7, 41:13, 41:24, 43:24, 44:4, 46:11, 46:16, 48:13, 48:18, 51:24, 52:6, 52:22, 55:12, 57:10, 58:3, 60:16, 60:21, 63:12, 64:1, 65:14, 65:25, 68:20, 69:2, 72:2, 72:14, 75:11, 75:16, 77:25, 78:5, 81:11, 82:4, 83:17, 83:23, 86:14, 87:8, 88:22, 89:17, 93:10, 93:23, 94:14, 96:11, 98:19, 99:15
**benches** [1] - 84:18
**Bercovitz** [1] - 13:3
**Bernard** [1] - 22:22
**BERYL** [1] - 1:9
**Beryl** [1] - 12:19
**beside** [1] - 22:15
**best** [5] - 18:15, 42:6, 71:21, 80:1, 102:20
**better** [2] - 45:18, 76:4
**between** [4] - 9:13, 13:24, 33:7, 54:8
**bias** [1] - 13:13
**biases** [1] - 17:15
**bid** [1] - 19:7
**Biden's** [2] - 25:18, 25:21
**big** [4] - 34:12, 56:25, 64:19, 96:4
**Bill** [1] - 13:22
**billing** [1] - 77:21
**binder** [1] - 7:14
**bit** [13] - 15:10, 28:1, 37:20, 37:21, 39:18, 39:19, 53:23, 61:15, 62:17, 63:15, 78:17, 81:7, 100:12
**blunt** [1] - 13:17
**Bobb** [1] - 22:23
**book** [1] - 18:9
**booked** [1] - 53:4
**Booz** [6] - 85:14,

85:16, 85:20, 86:3, 86:4
**Boston** [1] - 30:6
**bound** [2] - 17:3, 102:17
**box** [7] - 15:13, 65:17, 75:22, 95:14, 95:17, 95:25, 97:25
**boyfriend** [2] - 61:14, 61:17
**boys** [1] - 64:18
**branch** [1] - 44:23
**Brandon** [2] - 26:3, 27:8
**Branton** [4] - 27:7, 27:9, 27:10, 27:11
**Braun** [1] - 22:23
**break** [8] - 28:22, 52:3, 52:4, 52:9, 95:7, 96:7, 96:23, 96:25
**breakdown** [1] - 45:17
**briefly** [1] - 18:18
**bring** [8] - 9:21, 11:6, 20:13, 28:24, 29:8, 88:4, 97:3, 97:8
**broken** [2] - 57:5, 69:19
**brought** [6] - 11:4, 12:1, 15:12, 18:9, 28:7, 28:9
**building** [2] - 45:16, 59:8
**bullet** [1] - 82:12
**burden** [2] - 101:6, 101:9
**business** [3] - 29:21, 49:11, 56:11
**button** [2] - 29:5, 29:7

## C

**CA** [1] - 1:22
**Camara** [3] - 2:4, 22:1, 22:3
**campaign** [3] - 19:6, 19:8, 25:16
**candidate** [1] - 63:16
**candidates** [2] - 63:17, 65:7
**cannot** [2] - 91:17, 91:18
**Capitol** [1] - 48:7
**capture** [1] - 94:15
**care** [3] - 33:8, 57:17, 78:22
**career** [2] - 30:2, 48:1
**carefully** [1] - 22:13
**case** [63] - 3:14, 6:20, 7:7, 11:24, 11:25,

13:5, 13:11, 13:13, 13:14, 14:12, 16:1, 16:11, 17:2, 17:15, 17:19, 18:10, 18:19, 18:20, 20:21, 21:20, 23:10, 23:17, 24:7, 24:12, 24:15, 24:18, 25:1, 25:3, 26:12, 26:18, 27:1, 27:19, 36:22, 40:3, 40:8, 40:14, 40:21, 49:8, 50:11, 50:24, 51:20, 54:3, 54:16, 58:14, 58:18, 61:10, 61:16, 66:14, 68:17, 69:17, 70:9, 70:11, 71:15, 77:12, 87:24, 91:3, 92:9, 92:12, 93:16, 95:12, 97:13, 100:10
**cases** [2] - 13:20, 36:15
**caused** [2] - 19:19, 20:6
**center** [1] - 29:6
**Central** [1] - 93:18
**certainly** [3] - 8:9, 16:4, 91:24
**CERTIFICATE** [1] - 102:18
**certificate** [1] - 102:21
**certify** [1] - 102:19
**cetera** [1] - 77:22
**chair** [5] - 69:7, 69:8, 72:20, 78:14, 87:18
**chairs** [3] - 11:13, 15:10, 28:1
**challenges** [1] - 86:22
**change** [3] - 29:24, 41:6, 46:2
**changing** [1] - 19:16
**characters** [1] - 71:24
**charge** [1] - 53:25
**charges** [2] - 50:14, 50:18
**check** [7] - 6:1, 9:24, 10:5, 10:19, 65:17, 87:3, 88:21
**checked** [3] - 15:7, 15:16, 39:21
**checking** [1] - 10:4
**chief** [1] - 6:20
**child** [1] - 57:18
**child's** [2] - 57:17, 57:18
**childcare** [5] - 49:14, 54:8, 55:3, 55:17, 57:13
**children** [3] - 59:10, 83:5, 83:6
**Children** [1] - 48:3

3

**choices** [1] - 97:21
**Chorus** [2] - 48:2
**chorus** [3] - 48:4, 48:5, 48:8
**Christina** [1] - 22:22
**CIA** [2] - 92:23, 94:5
**circle** [2] - 39:16, 39:18
**circumstances** [3] - 23:12, 23:19, 40:6
**citizens** [2] - 13:25, 14:4
**City** [1] - 19:3
**civic** [1] - 14:6
**civil** [20] - 11:25, 13:11, 13:20, 13:24, 18:20, 19:25, 24:16, 24:18, 27:20, 36:15, 50:11, 57:7, 58:15, 58:17, 61:10, 70:10, 70:11, 95:12, 100:22, 101:11
**Civil** [2] - 1:3, 3:2
**claim** [8] - 18:21, 25:7, 81:19, 81:25, 82:6, 82:7, 101:1, 101:10
**claims** [2] - 25:4, 100:20
**clarify** [4] - 65:16, 89:7, 89:14, 89:18
**class** [2] - 54:23, 54:24
**clear** [2] - 4:25, 11:9
**cleared** [1] - 50:7
**clearly** [1] - 4:7
**clerk** [1] - 13:3
**client** [5] - 4:22, 5:17, 6:10, 38:13, 77:21
**clients** [8] - 36:18, 62:21, 64:19, 64:20, 64:21, 86:4, 86:5, 86:6
**climate** [1] - 68:9
**close** [14] - 24:21, 24:22, 35:22, 35:23, 51:2, 66:23, 90:9, 90:10, 90:13, 90:16, 90:19, 90:25
**closed** [1] - 53:13
**coat** [1] - 78:13
**Coates** [18] - 6:1, 8:16, 9:24, 10:5, 10:19, 12:12, 12:16, 12:25, 13:2, 18:1, 28:11, 28:18, 35:6, 58:23, 96:14, 97:20, 99:23, 100:2
**Coates'** [1] - 28:4
**Coie** [6] - 36:2, 36:5, 36:20, 36:25, 38:1,
38:7
**collate** [1] - 97:20
**colleagues** [1] - 88:19
**collector's** [1] - 73:20
**college** [5] - 67:4, 67:7, 67:9, 68:16, 81:8
**COLUMBIA** [1] - 1:1
**comfortable** [5] - 54:7, 72:21, 78:14, 90:5, 90:6
**comfortably** [1] - 28:5
**coming** [5] - 23:11, 23:18, 28:14, 40:5, 99:22
**committing** [1] - 19:12
**communicated** [1] - 7:21
**communicating** [1] - 45:15
**communications** [1] - 7:23
**community** [2] - 13:25, 81:8
**comp** [2] - 81:18, 82:1
**company** [10] - 29:21, 45:22, 47:7, 62:5, 62:7, 62:10, 63:3, 80:10, 85:13, 85:14
**compensation** [2] - 20:2, 82:6
**complete** [2] - 28:16, 102:20
**completed** [1] - 15:4
**completely** [1] - 26:25
**completes** [1] - 27:2
**compliance** [1] - 74:23
**components** [1] - 45:16
**computer** [1] - 2:12
**computer-aided** [1] - 2:12
**CONANT** [1] - 1:12
**concerned** [1] - 54:19
**concerns** [2] - 12:15, 54:6
**concludes** [25] - 30:24, 34:23, 38:5, 39:7, 41:24, 44:4, 46:16, 48:18, 52:6, 55:12, 58:3, 60:21, 64:1, 65:25, 69:2, 72:14, 75:16, 78:5, 82:4, 83:23, 87:8, 89:17, 93:23, 96:11, 99:15
**concur** [1] - 89:12
**Conditioning** [2] - 74:5, 74:16
**conditioning** [1] - 74:14
**conduct** [2] - 20:3, 20:6
**confer** [5] - 4:12, 8:6, 8:17, 10:24, 97:22
**conference** [60] - 4:22, 30:17, 30:24, 33:18, 34:23, 37:17, 38:5, 39:1, 39:7, 41:13, 41:24, 43:24, 44:4, 46:11, 46:16, 48:13, 48:18, 51:24, 52:6, 52:22, 55:12, 57:10, 58:3, 60:16, 60:21, 63:12, 64:1, 65:14, 65:25, 68:20, 69:2, 72:2, 72:14, 75:11, 75:16, 77:25, 78:5, 81:11, 82:4, 83:17, 83:23, 86:14, 87:8, 88:2, 88:6, 88:8, 88:10, 88:12, 88:15, 88:22, 88:25, 89:8, 89:17, 89:18, 93:10, 93:23, 94:14, 96:11, 98:19, 99:15
**conferences** [2] - 5:25, 71:10
**confidential** [2] - 5:2, 14:10
**confidentiality** [1] - 6:4
**confirm** [1] - 87:5
**confusing** [1] - 35:10
**Congress** [10] - 43:8, 48:4, 48:10, 62:20, 64:4, 64:24, 65:3, 65:6, 65:8, 75:3
**Congressional** [3] - 48:2, 62:22, 64:12
**Congressman** [1] - 65:11
**conjunction** [1] - 96:7
**connected** [1] - 62:21
**consideration** [1] - 26:9
**considered** [1] - 102:21
**consistent** [1] - 86:23
**consistently** [1] - 57:23
**conspiracy** [5] - 18:24, 19:25, 50:14, 100:22, 101:11
**constitutes** [1] - 102:19
**Constitution** [1] - 13:19
**Construction** [1] -
45:23
**consultant** [4] - 30:2, 30:4, 60:4, 85:10
**Consulting** [1] - 30:6
**contact** [6] - 20:24, 21:9, 21:17, 21:22, 22:2, 22:14
**contempt** [1] - 5:3
**continue** [2] - 19:20, 41:15
**Continued** [1] - 1:25
**continued** [1] - 2:1
**contract** [1] - 34:13
**contracting** [1] - 67:16
**contractor** [2] - 37:4, 44:22
**Contractors** [1] - 74:5
**contractors** [1] - 74:14
**contracts** [1] - 77:4
**control** [1] - 7:25
**convenient** [1] - 68:11
**conversations** [2] - 51:17, 90:25
**cookies** [1] - 47:18
**coordinating** [1] - 36:17
**corner** [1] - 14:20
**correct** [8] - 29:16, 35:7, 38:8, 51:5, 65:5, 94:24, 95:4, 95:5
**correctly** [3] - 10:1, 38:1, 64:4
**correspondence** [1] - 77:20
**corridor** [2] - 18:6, 28:3
**corridors** [1] - 12:7
**cost** [10] - 44:17, 44:19, 44:20, 45:3, 45:7, 45:8, 45:10, 45:14, 45:16, 45:20
**costing** [1] - 56:8
**counsel** [11] - 3:7, 3:22, 4:7, 5:12, 9:23, 21:14, 22:16, 47:20, 53:11, 88:21, 97:15
**counsel's** [1] - 3:10
**count** [3] - 19:17, 86:23, 87:2
**counting** [1] - 19:15
**country** [1] - 14:4
**counts** [1] - 88:3
**County** [1] - 19:1
**couple** [5] - 4:18, 6:17, 9:25, 29:17, 55:15
**course** [4] - 5:10,
8:14, 12:24, 28:13
**Court** [13] - 2:9, 2:10, 7:25, 8:17, 8:20, 9:12, 10:24, 12:4, 12:11, 19:23, 55:1, 97:22, 102:25
**COURT** [494] - 1:1, 1:10, 3:15, 3:19, 3:25, 4:5, 4:14, 4:17, 5:8, 5:10, 5:17, 5:21, 5:24, 6:4, 6:7, 6:10, 6:12, 6:16, 6:24, 7:16, 7:19, 8:8, 8:15, 8:18, 8:21, 9:2, 9:10, 9:15, 9:17, 9:23, 10:8, 10:11, 10:13, 10:15, 10:25, 11:9, 16:20, 22:18, 22:25, 23:6, 23:8, 25:21, 27:8, 27:10, 27:12, 27:17, 27:22, 27:25, 28:22, 28:24, 29:6, 29:10, 29:13, 29:17, 29:23, 29:25, 30:3, 30:5, 30:9, 30:12, 30:15, 30:18, 30:21, 30:23, 30:25, 31:5, 31:8, 31:16, 31:20, 31:23, 32:1, 32:4, 32:6, 32:10, 32:12, 32:16, 32:21, 32:24, 33:3, 33:6, 33:11, 33:14, 33:16, 33:19, 33:21, 33:25, 34:6, 34:12, 34:20, 34:22, 34:24, 35:3, 35:8, 35:15, 35:20, 36:3, 36:6, 36:9, 36:11, 36:13, 36:19, 36:24, 37:2, 37:6, 37:11, 37:15, 37:18, 37:23, 38:4, 38:6, 38:9, 38:15, 38:18, 38:22, 38:25, 39:2, 39:4, 39:6, 39:8, 39:12, 39:15, 39:19, 39:24, 40:2, 40:13, 40:16, 40:19, 41:4, 41:11, 41:14, 41:20, 41:22, 41:25, 42:5, 42:9, 42:13, 42:17, 42:20, 42:24, 43:3, 43:4, 43:9, 43:12, 43:15, 43:17, 43:20, 43:22, 43:25, 44:2, 44:5, 44:10, 44:13, 44:18, 44:20, 44:24, 45:2, 45:6, 45:10, 45:19, 45:24, 46:3, 46:6, 46:9, 46:12, 46:14, 46:17, 46:22, 46:25,

47:6, 47:9, 47:14, 47:19, 48:4, 48:11, 48:14, 48:16, 48:19, 48:24, 49:2, 49:16, 49:20, 49:23, 50:1, 50:4, 50:8, 50:17, 50:23, 51:1, 51:7, 51:13, 51:16, 51:22, 52:3, 52:7, 52:11, 52:15, 53:3, 53:15, 53:18, 54:2, 54:8, 54:11, 54:17, 55:2, 55:8, 55:11, 55:13, 55:15, 55:24, 56:3, 56:9, 56:17, 57:9, 57:11, 57:15, 57:21, 58:4, 58:9, 58:12, 58:19, 58:22, 59:3, 59:6, 59:13, 59:16, 59:18, 59:22, 59:24, 60:1, 60:5, 60:7, 60:9, 60:12, 60:14, 60:17, 60:19, 60:22, 61:2, 61:4, 61:7, 61:17, 61:19, 61:24, 62:2, 62:6, 62:9, 62:13, 62:16, 62:24, 63:4, 63:7, 63:10, 63:13, 63:17, 63:22, 63:24, 64:2, 64:6, 64:10, 64:16, 64:21, 65:1, 65:6, 65:10, 65:13, 65:15, 65:19, 65:22, 65:24, 66:1, 66:6, 66:9, 66:18, 66:20, 66:22, 67:5, 67:8, 67:11, 67:14, 67:17, 67:21, 67:24, 68:2, 68:4, 68:8, 68:11, 68:13, 68:19, 68:21, 68:24, 69:3, 69:6, 69:24, 70:4, 70:6, 70:12, 70:15, 70:19, 70:25, 71:3, 71:7, 71:13, 71:25, 72:3, 72:6, 72:9, 72:12, 72:15, 72:19, 73:4, 73:7, 73:10, 73:12, 73:14, 73:17, 73:19, 73:21, 73:23, 73:25, 74:2, 74:6, 74:8, 74:11, 74:15, 74:18, 74:21, 74:25, 75:3, 75:6, 75:9, 75:12, 75:14, 75:17, 75:21, 75:24, 76:1, 76:8, 76:11, 76:16, 76:19, 76:21, 76:23, 77:2, 77:5, 77:9, 77:14, 77:18, 77:23, 78:1, 78:3, 78:6,

78:10, 78:13, 78:20, 78:22, 78:25, 79:3, 79:6, 79:8, 79:10, 79:12, 79:15, 79:18, 79:20, 79:22, 80:1, 80:4, 80:8, 80:13, 80:17, 80:19, 80:23, 81:2, 81:6, 81:9, 81:12, 81:15, 81:21, 82:3, 82:5, 82:9, 82:15, 82:19, 82:22, 82:25, 83:7, 83:11, 83:14, 83:16, 83:18, 83:21, 83:24, 84:4, 84:7, 84:12, 84:15, 84:17, 84:20, 84:23, 85:2, 85:8, 85:12, 85:16, 85:19, 85:22, 85:25, 86:2, 86:6, 86:9, 86:12, 86:15, 86:17, 86:19, 86:25, 87:2, 87:7, 87:9, 87:13, 87:17, 88:5, 88:8, 88:10, 88:13, 88:21, 88:23, 89:4, 89:7, 89:12, 89:14, 89:18, 89:21, 89:24, 90:3, 90:15, 90:18, 90:21, 90:24, 91:5, 91:13, 91:15, 91:20, 91:23, 91:25, 92:5, 92:10, 92:14, 92:18, 92:20, 92:24, 93:2, 93:5, 93:7, 93:9, 93:11, 93:13, 93:22, 93:24, 94:4, 94:8, 94:12, 94:15, 94:18, 94:20, 94:22, 95:2, 95:4, 95:6, 95:19, 95:22, 96:2, 96:8, 96:10, 96:12, 96:16, 96:25, 97:2, 97:6, 97:8, 97:10, 97:16, 98:17, 98:20, 98:23, 99:1, 99:7, 99:10, 99:16, 99:20, 100:9, 101:21, 102:2, 102:5, 102:10, 102:13
**court** [21] - 5:3, 6:24, 7:3, 7:7, 9:18, 12:22, 12:23, 16:4, 23:11, 23:18, 25:11, 28:14, 36:25, 40:5, 61:16, 61:20, 67:18, 67:20, 67:22, 90:21, 90:22
**Court's** [2] - 9:12, 95:25
**courthouse** [6] - 7:22, 9:6, 12:7, 16:15, 58:5, 99:22

**Courtroom** [3] - 11:18, 18:7, 99:24
**COURTROOM** [6] - 3:2, 6:3, 9:22, 35:7, 96:15, 97:23
**courtroom** [27] - 9:3, 11:8, 11:25, 12:8, 12:13, 12:20, 13:1, 14:1, 15:9, 15:13, 16:14, 18:5, 18:6, 18:7, 20:12, 22:7, 28:2, 28:4, 28:7, 28:9, 42:2, 72:16, 84:10, 89:25, 96:17, 96:18
**cover** [4] - 94:16, 95:8, 100:19, 102:17
**coverage** [2] - 55:5, 93:17
**covered** [3] - 71:3, 71:11, 71:22
**covering** [2] - 71:4, 71:5
**coworkers** [1] - 64:19
**Creek** [1] - 45:22
**criminal** [16] - 24:16, 24:18, 27:20, 36:15, 50:11, 53:4, 54:3, 56:18, 56:21, 56:24, 57:1, 57:6, 58:15, 61:11, 70:10, 83:8
**cross** [2] - 11:3, 35:8
**crossed** [2] - 69:10, 70:17
**crowded** [1] - 69:8
**CSOs** [1] - 9:4
**culture** [1] - 38:16
**current** [2] - 19:4, 26:7
**custody** [1] - 50:15

# D

**D.C** [11] - 1:6, 2:10, 36:7, 36:8, 47:12, 47:15, 51:13, 57:2, 62:22, 67:12, 71:2
**damage** [2] - 20:6, 56:14
**damages** [13] - 20:2, 20:5, 25:4, 25:10, 100:11, 100:25, 101:5, 101:8, 101:13, 101:24, 101:25, 102:3, 102:11
**Dated** [1] - 102:24
**dating** [1] - 13:16
**daughter** [3] - 40:24, 55:20, 55:21
**daughter's** [1] - 56:5

**daughter-in-law** [1] - 40:24
**daycare** [8] - 79:17, 79:18, 79:22, 79:25, 80:2, 80:5, 80:12, 83:2
**DC** [1] - 1:14
**DCPD** [1] - 57:2
**DEA** [1] - 57:2
**debate** [1] - 101:16
**decade** [2] - 36:12, 38:7
**decades** [1] - 19:4
**December** [3] - 1:5, 66:17, 102:24
**decided** [1] - 40:12
**decision** [5] - 13:24, 26:13, 26:20, 71:17, 85:5
**defamation** [4] - 19:24, 25:4, 100:21, 101:1
**defamed** [1] - 18:22
**default** [1] - 100:11
**DEFENDANT** [1] - 2:3
**defendant** [13] - 5:16, 12:2, 21:20, 23:4, 24:15, 26:14, 26:18, 27:19, 50:10, 58:14, 61:10, 70:9, 71:15
**Defendant** [2] - 1:6, 18:22
**defendants** [2] - 34:4, 101:17
**defense** [2] - 30:21, 97:2
**Defense** [3] - 37:10, 37:11, 44:25
**definitely** [1] - 49:19
**degree** [7] - 43:14, 43:17, 43:20, 46:5, 63:9, 75:8, 93:1
**degrees** [2] - 30:11, 85:23
**delayed** [1] - 10:16
**delaying** [2] - 9:5, 9:6
**deliberation** [1] - 53:13
**deliberations** [7] - 24:2, 41:16, 49:21, 49:23, 53:6, 54:11, 55:6
**Democracy** [6] - 1:21, 3:13, 4:3, 4:4, 21:7, 21:12
**Democrat** [1] - 38:2
**Democratic** [1] - 65:3
**Department** [3] - 37:8, 37:9, 37:11
**department** [1] - 74:20

**deposition** [4] - 6:21, 7:1, 7:4, 22:22
**depositions** [2] - 6:19, 7:10
**DEPUTY** [6] - 3:2, 6:3, 9:22, 35:7, 96:15, 97:23
**deputy** [5] - 9:4, 12:13, 12:21, 13:1
**describe** [1] - 45:11
**describing** [1] - 18:18
**designated** [1] - 6:21
**designates** [1] - 43:8
**designations** [2] - 6:21, 6:23
**designed** [2] - 13:19, 13:23
**desire** [1] - 17:9
**destruction** [1] - 34:14
**detail** [4] - 62:17, 63:18, 63:20
**details** [1] - 13:13
**deter** [1] - 25:10
**determine** [2] - 16:8, 20:5
**determined** [2] - 19:23, 24:3
**device** [1] - 62:4
**devices** [1] - 19:17
**died** [1] - 80:23
**difference** [1] - 96:4
**different** [8] - 32:20, 34:8, 72:21, 76:15, 76:16, 76:17, 76:23, 82:16
**differently** [1] - 65:18
**difficult** [9] - 23:13, 23:20, 25:7, 25:12, 26:8, 26:19, 40:6, 71:16, 83:1
**difficulty** [3] - 11:20, 24:10, 26:15
**digits** [1] - 14:19
**dire** [6] - 4:10, 4:11, 16:22, 18:11, 47:1
**directions** [1] - 28:4
**director** [1] - 43:1
**disability** [4] - 79:13, 81:21, 82:7, 82:8
**disassembled** [1] - 102:22
**disclosure** [1] - 5:2
**discovered** [1] - 4:21
**discrepancies** [1] - 10:21
**discussed** [2] - 8:2, 8:5
**discussions** [1] - 68:14

5

**dismissed** [1] - 50:15
**disposition** [1] - 81:20
**dispute** [1] - 13:24
**distract** [1] - 49:20
**distracted** [3] - 5:11, 54:6, 57:25
**distraction** [1] - 57:25
**distress** [6] - 18:23, 19:25, 25:5, 100:21, 101:3, 101:6
**distributed** [1] - 11:10
**DISTRICT** [3] - 1:1, 1:1, 1:10
**District** [2] - 56:12
**doctor** [1] - 69:21
**document** [1] - 34:14
**documents** [1] - 77:18
**DoD** [2] - 37:12, 37:13
**Donald** [2] - 19:7, 25:15
**done** [8] - 29:23, 30:1, 31:17, 37:2, 62:6, 68:2, 92:18, 94:9
**door** [6] - 18:7, 59:11, 68:10, 72:16, 89:24, 89:25
**double** [1] - 87:3
**double-check** [1] - 87:3
**down** [12] - 6:25, 7:4, 7:8, 11:4, 12:23, 15:1, 38:17, 59:11, 59:12, 69:7, 78:13, 87:17
**Dr** [1] - 22:21
**drawn** [1] - 17:24
**drive** [5] - 19:16, 82:11, 82:16, 83:8
**drive-by** [4] - 82:11, 82:16, 83:8
**dropped** [2] - 55:20, 55:21
**drug** [1] - 50:14
**drywall** [1] - 56:14
**DuBose** [9] - 1:17, 1:17, 3:12, 9:13, 21:7, 21:8, 21:11
**Duchenne** [2] - 64:15, 64:17
**duration** [1] - 9:1
**during** [15] - 6:19, 12:14, 12:24, 17:25, 18:3, 18:13, 19:1, 19:7, 25:2, 26:23, 28:13, 36:13, 49:21, 55:24
**duties** [4] - 14:3, 54:9, 58:1, 77:15
**duty** [3] - 14:6, 50:6, 54:23

**dystrophy** [1] - 64:18

**E**

**early** [1] - 9:2
**easier** [1] - 16:5
**easily** [2] - 16:1, 17:18
**education** [8] - 30:10, 43:13, 60:7, 60:9, 60:13, 63:8, 68:5, 85:23
**Education** [3] - 37:8, 37:9, 48:3
**educational** [6] - 33:12, 46:4, 60:4, 75:7, 81:3, 92:24
**efforts** [1] - 71:6
**eight** [4] - 13:11, 40:24, 57:5, 85:18
**eight-year-old** [1] - 57:5
**either** [4] - 13:14, 18:6, 25:6, 53:1
**elected** [1] - 26:7
**election** [8] - 18:25, 19:2, 19:9, 19:12, 25:18, 25:22, 70:24, 71:6
**elevators** [1] - 12:6
**eleven** [1] - 59:1
**eliminated** [1] - 95:25
**ELIZABETH** [2] - 2:9, 102:19
**Elizabeth** [2] - 12:21, 102:25
**Ellis** [1] - 22:24
**Email** [5] - 1:15, 1:16, 1:19, 1:23, 2:6
**email** [1] - 8:12
**embarrass** [1] - 17:10
**emergency** [1] - 52:1
**emotional** [7] - 18:23, 19:20, 19:25, 25:5, 100:21, 101:3, 101:6
**employed** [6] - 24:23, 25:14, 35:24, 51:3, 66:25, 90:11
**encouraged** [1] - 12:9
**end** [3] - 22:8, 56:8, 100:24
**ending** [1] - 24:1
**endogamy** [2] - 38:14, 38:16
**ends** [2] - 16:8, 53:5
**energy** [1] - 68:9
**engaged** [1] - 18:23
**engineer** [2] - 45:22, 67:25
**England** [1] - 13:16
**English** [2] - 24:10,

71:1
**enter** [1] - 11:7
**enters** [19] - 29:9, 31:4, 35:14, 39:11, 42:16, 44:9, 46:21, 48:23, 55:14, 58:8, 61:1, 66:5, 69:5, 72:18, 75:20, 78:9, 84:3, 87:12, 90:2
**entire** [1] - 4:21
**entirely** [2] - 15:25, 17:17
**entitled** [1] - 20:1
**entrance** [2] - 8:25, 9:4
**entry** [1] - 77:21
**environmental** [1] - 38:20
**eradicate** [2] - 64:15, 64:16
**established** [1] - 100:20
**estimate** [1] - 101:8
**et** [3] - 1:3, 3:3, 77:22
**event** [2] - 52:18, 55:6
**events** [1] - 64:24
**evidence** [15] - 7:2, 7:5, 14:1, 17:16, 23:23, 24:3, 25:2, 26:12, 26:21, 53:13, 57:2, 57:4, 71:17, 101:5, 101:9
**evidentiary** [2] - 41:17, 53:5
**ex** [2] - 61:14, 61:17
**ex-boyfriend** [2] - 61:14, 61:17
**exactly** [3] - 45:10, 56:23, 100:5
**example** [1] - 34:13
**except** [2] - 53:3, 53:7
**excluding** [1] - 19:13
**excuse** [9] - 28:10, 28:11, 42:1, 78:19, 89:15, 89:21, 99:11, 99:23, 100:2
**excused** [27] - 16:9, 16:14, 28:10, 31:3, 35:2, 39:10, 42:15, 44:8, 46:20, 48:22, 52:2, 54:24, 58:4, 58:7, 60:25, 66:4, 69:4, 72:15, 72:17, 75:19, 78:8, 84:2, 87:11, 90:1, 99:21, 100:7, 100:8
**exercise** [4] - 95:14, 96:7, 96:8, 97:3
**exercised** [2] - 95:10, 97:15

**exhibit** [2] - 7:9, 7:11
**exhibits** [4] - 7:24, 8:1, 8:4, 8:10
**expect** [1] - 14:14
**expected** [1] - 83:18
**expecting** [1] - 3:21
**expenses** [1] - 77:21
**experience** [4] - 24:19, 37:25, 70:16, 97:18
**expert** [2] - 36:17, 51:14
**experts** [3] - 37:20, 37:22, 38:9
**explain** [21] - 13:7, 15:15, 15:20, 20:13, 35:3, 35:25, 40:9, 49:9, 50:12, 55:17, 56:10, 58:16, 61:12, 62:17, 66:15, 67:1, 69:18, 71:19, 87:25, 90:12, 91:9
**extensive** [1] - 19:20
**extra** [1] - 97:21
**extremely** [6] - 24:4, 40:17, 49:6, 66:12, 69:14, 87:22
**Eyes** [1] - 88:11

**F**

**faced** [5] - 24:6, 49:7, 66:13, 69:16, 87:23
**fact** [1] - 4:20
**facts** [5] - 23:12, 23:19, 40:5, 93:16, 100:22
**fair** [12] - 13:25, 17:2, 26:8, 26:19, 26:25, 40:13, 50:21, 50:22, 50:24, 65:1, 71:16, 92:11
**fairest** [1] - 17:11
**fairly** [8] - 23:13, 23:20, 24:19, 25:8, 25:12, 40:7, 50:19, 56:20
**false** [1] - 19:13
**falsely** [1] - 19:11
**family** [6] - 24:21, 35:22, 51:2, 66:16, 66:23, 90:9
**fancy** [1] - 29:1
**far** [6] - 22:8, 35:17, 57:7, 66:18, 66:21, 87:6
**Farm** [1] - 19:1
**Farr** [7] - 1:13, 3:9, 3:11, 4:3, 4:4, 21:4, 21:11

**fast** [1] - 29:6
**father** [6] - 51:5, 51:17, 55:21, 67:2, 67:11, 68:14
**FCRR** [3] - 2:9, 102:19, 102:25
**FDA** [1] - 77:3
**February** [1] - 31:19
**federal** [8] - 50:14, 63:19, 64:7, 64:9, 64:10, 67:15, 92:17, 92:20
**feelings** [4] - 25:6, 25:9, 25:12, 71:23
**fell** [1] - 59:7
**felt** [1] - 53:24
**few** [6] - 13:5, 30:1, 93:14, 95:8, 99:11, 101:23
**figure** [2] - 4:16, 34:10
**file** [4] - 31:24, 61:15, 81:24, 82:6
**filer** [2] - 31:25, 32:2, 32:4
**filing** [1] - 33:8
**filings** [5] - 67:20, 99:14, 100:12, 100:16, 100:18
**final** [6] - 28:7, 97:12, 100:24, 102:6, 102:7, 102:8
**financial** [3] - 51:9, 51:10, 84:21
**fine** [8] - 4:15, 9:15, 31:7, 52:13, 78:12, 95:25, 99:6, 99:8
**finish** [2] - 15:3, 20:11
**finished** [1] - 41:17
**fire** [3] - 80:20, 80:22, 80:24
**firm** [18] - 21:3, 21:8, 22:1, 22:3, 32:4, 32:7, 32:25, 34:4, 34:10, 36:2, 36:5, 38:1, 76:7, 76:8, 76:12, 76:19
**firms** [8] - 21:11, 31:24, 32:13, 32:14, 32:18, 33:23, 34:7, 34:13
**first** [3] - 3:7, 4:20, 6:18, 15:13, 22:16, 28:1, 28:24, 29:8, 45:7, 56:1, 75:21
**Five** [1] - 88:11
**five** [9] - 37:14, 52:9, 56:4, 74:17, 80:7, 84:22, 91:20, 96:23, 96:25
**five-minute** [3] - 52:9,

6

96:23, 96:25
**flood** [1] - 56:14
**floor** [2] - 42:10, 42:11
**flow** [1] - 100:18
**focused** [3] - 54:16, 65:2, 71:4
**FOIA** [1] - 37:5
**follow** [59] - 15:5, 28:3, 29:17, 30:16, 30:18, 33:17, 33:19, 36:21, 37:16, 37:18, 39:2, 43:23, 43:25, 44:15, 46:10, 46:12, 48:12, 48:14, 51:19, 51:23, 52:19, 52:20, 53:10, 53:16, 53:17, 53:21, 53:22, 55:2, 55:9, 55:16, 57:11, 60:15, 60:17, 63:11, 63:13, 65:15, 68:16, 68:19, 68:21, 69:11, 70:7, 72:6, 75:10, 75:12, 77:11, 77:24, 78:1, 78:16, 81:10, 81:12, 83:21, 86:13, 86:15, 91:2, 93:9, 93:11, 94:13, 94:18, 94:20
**follow-up** [47] - 30:16, 30:18, 33:17, 33:19, 37:16, 37:18, 39:2, 43:23, 43:25, 46:10, 46:12, 48:12, 48:14, 51:23, 52:19, 52:20, 53:10, 53:16, 53:17, 53:21, 53:22, 55:2, 55:9, 55:16, 57:11, 60:15, 60:17, 63:11, 63:13, 65:15, 68:21, 72:6, 75:10, 75:12, 77:24, 78:1, 78:16, 81:10, 81:12, 83:21, 86:13, 86:15, 93:9, 93:11, 94:13, 94:18, 94:20
**followed** [6] - 25:24, 50:18, 70:20, 70:24, 71:4, 91:6
**following** [4] - 24:2, 26:15, 26:24, 71:8
**FOR** [3] - 1:1, 1:12, 2:3
**foregoing** [1] - 102:19
**Forest** [2] - 42:25, 43:10
**forestry** [1] - 43:16
**forgetting** [1] - 64:13
**form** [4] - 20:2, 93:21, 94:9, 101:6
**formed** [3] - 48:8,

93:15, 94:1
**former** [3] - 19:3, 19:7, 26:7
**forward** [1] - 3:5
**foundation** [1] - 64:14
**four** [3] - 76:15, 76:16, 80:18
**fourteen** [1] - 68:3
**fourth** [2] - 42:10, 42:11
**Fox** [1] - 32:19
**framers** [1] - 13:19
**Frances** [1] - 22:23
**frank** [1] - 22:23
**fraud** [1] - 19:12
**free** [8] - 18:8, 22:8, 69:6, 72:20, 78:13, 87:17, 90:5, 100:18
**freelance** [1] - 47:24
**FREEMAN** [1] - 1:3
**freeman** [1] - 13:18
**Freeman** [10] - 3:3, 3:13, 12:1, 18:20, 19:18, 20:1, 20:22, 20:23, 20:25, 22:20
**French** [1] - 16:23
**Friday** [5] - 23:25, 53:3, 53:6, 54:12, 56:2
**friend** [5] - 24:22, 35:23, 51:2, 66:23, 90:10
**friends** [5] - 85:1, 90:13, 90:16, 90:19, 90:25
**front** [2] - 12:20, 89:25
**full** [4] - 16:6, 24:12, 47:4, 102:20
**full-time** [1] - 47:4
**Fulton** [1] - 19:1
**fundamental** [1] - 13:15
**fundraised** [1] - 62:20
**fundraising** [12] - 62:11, 62:15, 62:17, 62:25, 63:3, 63:15, 64:3, 64:7, 64:11, 65:1, 65:7, 65:8
**future** [2] - 101:24, 101:25, 102:2

## G

**GA** [1] - 1:18
**Gallagher** [7] - 1:13, 3:9, 3:12, 4:3, 4:4, 21:4, 21:11
**gallery** [6] - 95:15, 95:20, 95:22, 96:3, 96:5, 96:21

**Game** [2] - 62:22, 64:13
**gaming** [2] - 38:14, 38:21
**general** [3] - 47:5, 56:20, 100:15
**generally** [7] - 5:21, 6:25, 7:25, 23:25, 45:11, 56:21, 100:14
**generate** [1] - 10:22
**generated** [2] - 11:1, 11:4
**generations** [1] - 38:17
**generous** [1] - 11:15
**genre** [1] - 37:22
**Gentlemen** [1] - 97:23
**gentlemen** [5] - 11:17, 17:8, 97:10, 97:16, 99:16
**Georgia** [2] - 19:1, 19:10
**Girl** [3] - 47:17, 47:21, 47:23
**girls** [2] - 80:21, 80:23
**Giuliani** [31] - 3:4, 5:22, 8:16, 8:25, 9:19, 12:3, 18:22, 19:3, 19:6, 19:11, 19:23, 20:5, 21:20, 21:21, 21:22, 21:24, 21:25, 23:4, 25:25, 52:1, 52:12, 70:20, 70:24, 71:4, 91:6, 92:6, 92:7, 93:21, 93:25, 94:2, 94:10
**GIULIANI** [1] - 1:5
**Giuliani's** [3] - 19:19, 19:21, 20:3
**given** [9] - 4:20, 10:21, 15:14, 23:9, 23:16, 40:3, 41:25, 45:13, 100:10
**glad** [1] - 82:12
**GOTTLIEB** [24] - 1:12, 3:8, 3:17, 3:23, 4:2, 4:11, 4:15, 5:6, 6:22, 7:13, 8:5, 8:14, 9:8, 9:11, 9:16, 10:9, 22:17, 22:19, 27:4, 27:9, 27:11, 97:5, 99:6, 101:20
**Gottlieb** [7] - 3:9, 5:4, 8:1, 21:3, 21:10, 22:16, 86:23
**government** [8] - 37:4, 44:23, 62:5, 67:15, 77:3, 86:9, 92:17, 92:21
**governmental** [2] -

74:19, 74:21
**Governski** [3] - 3:11, 21:3, 21:10
**GOVERNSKI** [39] - 1:12, 30:20, 33:20, 37:19, 39:3, 41:18, 44:1, 46:13, 48:15, 52:23, 53:16, 53:22, 54:5, 54:10, 54:15, 55:4, 57:12, 60:18, 63:14, 63:19, 63:23, 65:16, 65:20, 68:22, 72:11, 75:13, 78:2, 81:14, 83:20, 86:16, 86:24, 89:3, 89:13, 89:16, 93:12, 94:21, 95:1, 95:17, 98:22
**grade** [1] - 55:23
**graduate** [2] - 30:11, 43:14
**graduated** [2] - 33:14, 81:6
**grandchildren** [1] - 80:24
**grandkids** [3] - 80:16, 80:17, 80:19
**grandson** [3] - 31:15, 31:16, 33:9
**grant** [3] - 57:21, 58:1, 72:12
**great** [1] - 88:17
**ground** [1] - 11:21
**Group** [1] - 30:7
**group** [2] - 38:12, 38:24
**groups** [5] - 76:18, 76:24, 76:25, 77:2
**guess** [4] - 59:9, 71:6, 81:24, 88:20

## H

**hac** [3] - 3:18, 3:21, 4:8
**half** [7] - 24:5, 36:10, 40:20, 40:25, 46:1, 47:11, 47:22
**hallway** [1] - 11:19
**Hamilton** [1] - 85:15
**hand** [4] - 14:18, 14:20, 16:18, 20:18
**handful** [1] - 62:19
**handle** [3] - 25:25, 70:21, 91:7
**handles** [1] - 7:22
**hands** [1] - 99:18
**handyman** [5] - 49:10, 54:8, 56:9, 56:10, 56:15
**Handyman** [1] - 56:12

**hang** [1] - 56:14
**happy** [2] - 12:11, 88:19
**hard** [2] - 18:1, 97:14
**hardship** [10] - 24:6, 40:20, 49:7, 49:17, 49:19, 56:7, 57:24, 66:13, 69:16, 87:23
**hardships** [1] - 55:17
**harm** [1] - 19:21
**harmed** [1] - 101:2
**hashtag** [1] - 26:3
**head** [2] - 32:23, 59:12
**headed** [1] - 19:6
**health** [1] - 12:15
**hear** [18] - 13:11, 14:12, 15:2, 16:11, 17:2, 17:19, 22:10, 22:13, 24:11, 26:5, 26:11, 29:7, 52:20, 64:4, 71:25, 81:2, 97:13, 97:24
**heard** [6] - 23:10, 23:17, 26:4, 27:13, 27:24, 40:4
**hearing** [2] - 15:6, 24:8, 71:11
**held** [25] - 30:17, 33:18, 37:17, 39:1, 41:13, 43:24, 46:11, 48:13, 51:24, 52:22, 57:10, 60:16, 63:12, 65:14, 68:20, 72:2, 75:11, 77:25, 81:11, 83:17, 86:14, 88:22, 93:10, 94:14, 98:19
**help** [3] - 14:11, 20:16, 41:1
**helped** [1] - 18:16
**helpful** [1] - 17:1
**hemp** [3] - 73:16, 73:19, 73:21
**hereby** [1] - 102:19
**hesitate** [1] - 20:18
**Hi** [1] - 61:3
**hiding** [1] - 19:14
**high** [2] - 33:14, 81:6
**highest** [12] - 30:9, 33:11, 43:12, 46:3, 60:7, 60:9, 63:7, 68:4, 75:6, 81:3, 85:23, 92:24
**Hill** [1] - 48:7
**hip** [1] - 82:14
**hit** [3] - 82:11, 82:15
**hold** [3] - 28:19, 29:6, 65:17
**home** [14] - 31:14, 31:21, 33:7, 33:9, 59:14, 59:16, 59:19,

76:5, 78:18, 78:20,
78:23, 79:1, 79:4,
79:13
**Homeland** [1] - 57:3
**homes** [1] - 56:13
**honestly** [2] - 51:10,
51:12
**Honor** [96] - 3:2, 3:8,
3:17, 3:24, 4:12,
4:15, 5:6, 5:9, 5:15,
5:23, 6:6, 6:9, 6:11,
6:23, 7:14, 7:18, 8:6,
8:14, 8:19, 9:7, 9:8,
10:10, 10:12, 22:19,
23:3, 23:7, 27:4,
29:4, 29:12, 30:20,
30:22, 31:2, 33:20,
34:19, 36:23, 37:19,
37:24, 39:5, 41:21,
44:3, 46:13, 46:15,
48:15, 48:17, 51:25,
52:5, 52:14, 52:23,
53:11, 54:5, 54:10,
54:18, 55:4, 55:10,
57:12, 57:16, 60:18,
60:20, 63:14, 63:25,
65:16, 65:21, 65:23,
69:1, 72:4, 75:13,
75:15, 78:2, 78:4,
81:14, 81:16, 83:22,
86:16, 86:18, 87:1,
87:6, 89:3, 93:12,
93:14, 94:17, 94:19,
95:3, 95:4, 95:18,
95:21, 96:6, 96:9,
96:24, 97:5, 97:7,
98:22, 98:25, 99:6,
99:8, 101:20, 101:22
**HONORABLE** [1] - 1:9
**hope** [1] - 68:22
**hopefully** [1] - 69:21
**hoping** [1] - 70:2
**Hopkins** [1] - 68:10
**hostess** [1] - 80:11
**hotel** [3] - 80:11, 89:1
**Houghton** [3] - 3:11,
21:15, 21:18
**HOUGHTON** [1] - 1:13
**Houghton-Larsen** [3]
- 3:11, 21:15, 21:18
**HOUGHTON-**
**LARSEN** [1] - 1:13
**house** [2] - 47:3,
82:21
**Howell** [2] - 11:23,
12:19
**HOWELL** [1] - 1:9
**huge** [1] - 34:7
**hum** [3] - 43:19,
73:13, 93:8

**Humphreys** [1] -
22:21
**hurt** [3] - 79:7, 79:9,
79:10

**I**

**ICE** [1] - 57:2
**ID** [8] - 97:24, 98:3,
98:5, 98:7, 98:9,
98:11, 98:13, 98:15
**identify** [2] - 3:6,
22:11
**IIED** [2] - 101:10,
101:18
**illegal** [1] - 19:14
**illegally** [2] - 19:13,
19:15
**illegitimate** [2] -
25:19, 25:23
**Illinois** [1] - 66:19
**immobilizer** [1] -
69:20
**impacts** [1] - 64:18
**impanel** [1] - 16:11
**impartial** [11] - 13:25,
17:2, 17:11, 17:18,
26:20, 26:25, 40:13,
50:24, 71:16, 71:21,
92:11
**impartially** [6] - 23:13,
23:20, 24:20, 25:8,
25:13, 40:7
**impatient** [1] - 57:25
**impede** [5] - 36:21,
51:18, 68:16, 77:10,
91:1
**important** [14] - 13:21,
14:3, 15:24, 17:17,
24:4, 28:16, 28:20,
40:17, 49:6, 66:12,
69:14, 87:22, 88:14,
89:2
**inadvertently** [1] -
27:5
**including** [6] - 19:13,
19:21, 20:2, 25:25,
70:21, 91:6
**income** [2] - 49:13,
54:9
**incorporated** [1] -
13:21
**independent** [1] - 65:4
**Indian** [3] - 38:13,
38:17, 38:21
**Indian-gaming** [1] -
38:21
**individual** [2] - 13:18,
26:10
**individual's** [2] - 26:7,

26:9
**individually** [6] - 15:5,
15:12, 15:17, 17:21,
18:4, 20:13
**inflicted** [1] - 18:23
**infliction** [4] - 19:24,
25:5, 100:21, 101:3
**influence** [1] - 85:5
**influenced** [1] - 26:13
**information** [9] - 5:1,
5:2, 6:5, 23:9, 23:11,
23:16, 23:18, 40:3,
40:4
**informed** [1] - 9:11
**injury** [3] - 34:4,
81:17, 81:24
**innovation** [1] - 28:25
**inquire** [2] - 8:19,
33:22
**inside** [3] - 32:13,
32:15, 32:16
**instruct** [1] - 99:12
**instruction** [3] -
26:16, 102:7, 102:9
**instructions** [19] -
16:12, 26:24, 36:21,
51:19, 68:17, 77:11,
91:2, 95:9, 99:4,
99:13, 99:14, 99:25,
100:10, 100:14,
100:19, 100:24,
101:14, 102:3, 102:6
**instructs** [1] - 14:2
**Intelligence** [2] - 45:1,
93:19
**intelligence** [1] -
88:12
**intelligence-sharing**
- 88:12
**intend** [1] - 9:12
**intent** [1] - 19:16
**intention** [1] - 17:8
**intentional** [4] - 19:24,
25:5, 100:21, 101:3
**intentionally** [1] -
18:22
**interest** [1] - 17:13
**interesting** [1] - 45:14
**interfere** [1] - 24:11
**international** [5] -
30:14, 60:4, 92:4,
93:3, 93:5
**introduce** [2] - 4:8,
13:4
**introductions** [1] -
12:19
**invade** [1] - 17:10
**investigation** [1] -
93:20
**investments** [1] -

51:11
**invite** [1] - 64:24
**involved** [12] - 24:14,
26:19, 27:18, 43:6,
50:10, 50:15, 58:13,
61:9, 70:8, 71:15,
71:24, 93:19
**issue** [2] - 7:21, 20:4
**issues** [4] - 41:25,
55:3, 55:17, 57:13
**item** [1] - 73:20
**items** [1] - 72:22
**itself** [1] - 24:3
**IV** [1] - 2:3
**Iverson** [1] - 80:21

**J**

**Jacki** [1] - 22:24
**January** [4] - 50:13,
71:22, 93:20, 94:6
**Jazeera** [1] - 71:1
**Jenna** [1] - 22:24
**job** [8] - 36:16, 45:20,
45:21, 79:9, 79:10,
79:24, 85:19, 94:4
**jobs** [5] - 50:1, 56:10,
56:12, 79:24, 80:8
**Jodey** [1] - 65:11
**Joe** [1] - 5:15
**JOHN** [1] - 1:20
**John** [3] - 3:12, 21:6,
21:10
**john.langford@**
**protectdemocracy.**
**org** [1] - 1:23
**Johns** [1] - 68:10
**Joseph** [3] - 21:25,
25:17, 25:21
**JOSEPH** [1] - 2:3
**journalist** [2] - 70:23,
70:25
**judge** [1] - 14:2
**JUDGE** [1] - 1:10
**Judge** [2] - 11:23,
12:19
**judgment** [2] - 25:1,
100:11
**judiciary** [1] - 13:19
**juries** [1] - 54:23
**Juror** [59] - 29:10,
30:25, 31:5, 31:10,
34:24, 35:5, 35:9,
35:15, 38:6, 39:8,
39:12, 42:17, 44:5,
44:10, 44:16, 46:17,
46:22, 48:19, 48:24,
52:18, 55:13, 55:15,
58:9, 59:14, 60:22,
61:2, 62:2, 64:2,

66:6, 69:6, 72:15,
72:19, 72:23, 75:24,
78:6, 78:10, 78:18,
82:5, 83:24, 84:4,
85:8, 87:14, 90:3,
90:7, 92:14, 93:24,
98:1, 98:3, 98:6,
98:7, 98:8, 98:9,
98:10, 98:11, 98:12,
98:13, 98:14, 98:15
**juror** [88] - 11:25,
14:8, 14:20, 14:21,
15:18, 15:22, 16:2,
16:8, 17:7, 18:4,
18:14, 23:14, 23:21,
24:17, 24:20, 25:8,
25:13, 26:11, 26:25,
28:24, 29:8, 29:9,
31:3, 31:4, 35:2,
35:12, 35:14, 35:17,
39:10, 39:11, 40:7,
40:14, 40:21, 42:15,
42:16, 44:8, 44:9,
46:20, 46:21, 48:22,
48:23, 49:8, 52:7,
52:21, 55:14, 57:24,
58:4, 58:7, 58:8,
60:25, 61:1, 66:1,
66:4, 66:5, 66:14,
69:3, 69:4, 69:5,
69:17, 70:11, 70:12,
72:17, 72:18, 75:17,
75:19, 75:20, 78:8,
78:9, 84:2, 84:3,
84:17, 84:23, 85:4,
85:6, 86:20, 87:5,
87:9, 87:11, 87:12,
90:1, 90:2, 92:12,
94:24, 96:12, 98:3,
98:5, 100:6
**JUROR** [295] - 25:20,
27:15, 27:21, 29:12,
29:16, 29:20, 29:24,
30:1, 30:4, 30:6,
30:11, 30:13, 31:2,
31:7, 31:15, 31:18,
31:22, 31:24, 32:2,
32:5, 32:8, 32:11,
32:15, 32:19, 32:22,
33:1, 33:5, 33:10,
33:13, 33:15, 35:1,
35:18, 36:1, 36:4,
36:8, 36:10, 36:12,
36:16, 36:23, 37:1,
37:4, 37:7, 37:13,
38:8, 38:11, 38:16,
38:19, 38:24, 39:14,
39:17, 39:23, 40:1,
40:11, 40:15, 40:18,
40:22, 41:5, 42:3,
42:8, 42:11, 42:19,

8

42:23, 42:25, 43:7,
43:11, 43:14, 43:16,
43:19, 43:21, 44:7,
44:12, 44:17, 44:19,
44:22, 44:25, 45:4,
45:8, 45:12, 45:21,
45:25, 46:5, 46:8,
46:19, 46:24, 47:4,
47:8, 47:11, 47:17,
48:1, 48:6, 48:21,
49:1, 49:10, 49:18,
49:22, 49:25, 50:3,
50:5, 50:13, 50:20,
50:25, 51:5, 51:9,
51:14, 51:21, 55:19,
55:25, 56:6, 56:11,
56:23, 58:6, 58:11,
58:17, 58:20, 59:1,
59:5, 59:7, 59:15,
59:17, 59:20, 59:23,
59:25, 60:3, 60:6,
60:8, 60:10, 60:13,
60:24, 61:3, 61:5,
61:13, 61:18, 61:21,
62:1, 62:4, 62:7,
62:11, 62:14, 62:19,
63:1, 63:5, 63:9,
64:5, 64:9, 64:12,
64:17, 64:23, 65:5,
65:9, 65:11, 66:3,
66:8, 66:16, 66:19,
66:21, 67:2, 67:6,
67:10, 67:13, 67:15,
67:19, 67:23, 67:25,
68:3, 68:6, 68:9,
68:12, 68:18, 69:19,
70:1, 70:5, 70:11,
70:13, 70:17, 70:23,
71:1, 71:5, 71:8,
71:20, 73:2, 73:6,
73:9, 73:11, 73:13,
73:16, 73:18, 73:20,
73:22, 73:24, 74:1,
74:4, 74:7, 74:10,
74:13, 74:17, 74:19,
74:23, 75:2, 75:4,
75:8, 75:23, 75:25,
76:6, 76:9, 76:13,
76:17, 76:20, 76:22,
77:1, 77:3, 77:8,
77:13, 77:17, 77:20,
78:12, 78:19, 78:21,
78:24, 79:2, 79:5,
79:7, 79:9, 79:11,
79:14, 79:17, 79:19,
79:21, 79:23, 80:3,
80:6, 80:10, 80:15,
80:18, 80:20, 80:25,
81:5, 81:7, 82:8,
82:10, 82:18, 82:20,
82:24, 83:3, 83:10,

83:12, 83:15, 84:1,
84:6, 84:11, 84:13,
84:16, 84:19, 84:21,
84:25, 85:7, 85:10,
85:14, 85:18, 85:21,
85:24, 86:1, 86:5,
86:8, 86:10, 87:16,
88:1, 88:6, 88:9,
88:11, 88:17, 89:20,
89:23, 90:13, 90:16,
90:20, 90:23, 91:4,
91:10, 91:14, 91:17,
91:22, 91:24, 92:3,
92:8, 92:13, 92:16,
92:19, 92:23, 93:1,
93:3, 93:6, 93:8,
94:3, 94:7, 94:11
**jurors** [31] - 4:25,
11:7, 11:12, 13:11,
13:12, 13:15, 14:12,
15:6, 15:8, 16:3,
16:12, 16:17, 16:19,
17:14, 17:22, 18:15,
28:21, 84:13, 84:14,
86:21, 88:23, 95:13,
95:24, 96:17, 96:19,
96:20, 97:9, 99:19,
99:21, 99:23
**jury** [58] - 3:24, 7:3,
7:6, 9:21, 10:5,
10:14, 10:16, 10:19,
11:6, 12:14, 13:7,
13:12, 13:17, 13:20,
13:21, 14:3, 15:11,
15:13, 16:1, 16:11,
17:2, 17:12, 17:19,
17:23, 20:5, 22:7,
23:24, 24:2, 24:3,
24:7, 25:3, 28:8,
28:16, 41:8, 41:16,
42:6, 50:6, 54:23,
54:25, 75:22, 84:9,
85:3, 87:24, 95:14,
95:17, 97:3, 97:8,
97:11, 97:13, 97:24,
97:25, 98:21, 98:24,
99:14, 100:5, 100:8,
101:19
**Jury** [1] - 1:9
**justice** [7] - 13:16,
13:23, 56:19, 56:21,
56:22, 56:24, 57:1

## K

**keep** [10] - 16:5, 18:1,
18:15, 20:16, 31:15,
31:16, 35:11, 42:4,
54:13, 102:7
**kept** [1] - 14:9
**Kerik** [1] - 22:22

**kids** [2] - 80:3, 80:5
**kind** [14] - 33:23, 34:8,
34:14, 36:14, 38:9,
38:15, 41:9, 51:7,
56:10, 64:13, 67:14,
81:20, 88:10, 90:18
**kinds** [3] - 29:18,
38:22, 80:8
**king** [1] - 13:17
**knee** [4] - 69:20,
69:22, 82:12, 83:4
**kneecap** [1] - 69:20
**knowledge** [1] - 13:13
**known** [2] - 12:2,
18:21

## L

**LAAs** [1] - 76:14
**Ladies** [1] - 97:23
**ladies** [5] - 11:17,
17:8, 97:10, 97:16,
99:16
**LANGFORD** [1] - 1:20
**Langford** [3] - 3:12,
21:6, 21:10
**language** [1] - 16:23
**LARSEN** [1] - 1:13
**Larsen** [3] - 3:11,
21:15, 21:18
**last** [14] - 14:19,
23:23, 32:24, 84:22,
91:15, 91:18, 91:20,
91:22, 93:23, 94:1,
97:18, 99:13, 100:16
**last-minute** [1] - 99:13
**lasts** [1] - 49:16
**Lavaca** [1] - 2:4
**law** [44] - 13:3, 14:2,
17:16, 19:4, 21:3,
21:7, 21:11, 22:1,
22:3, 25:11, 26:12,
26:25, 31:24, 32:4,
32:6, 32:13, 32:14,
32:17, 32:25, 33:23,
34:6, 34:10, 34:12,
36:2, 36:4, 36:5,
36:22, 37:25, 38:1,
38:12, 40:24, 51:7,
51:19, 67:12, 67:14,
68:17, 76:6, 76:8,
76:12, 77:11, 90:18,
91:1, 91:2
**lawsuit** [2] - 59:4,
81:18
**lawyer** [12] - 24:22,
24:23, 35:23, 35:24,
51:3, 51:4, 51:6,
51:18, 66:24, 66:25,
90:10, 90:11

**kids** column...

**lawyers** [24] - 9:18,
13:4, 14:7, 16:9,
17:1, 17:9, 17:24,
23:22, 30:16, 33:16,
35:4, 41:11, 46:10,
48:12, 51:23, 60:15,
72:1, 76:11, 90:14,
90:17, 91:1, 97:12,
97:14, 98:18
**leads** [1] - 71:13
**leaf** [2] - 31:25, 32:2
**learn** [2] - 14:11,
78:17
**learned** [2] - 38:18,
68:15
**leave** [9] - 16:14, 42:2,
58:5, 72:16, 88:2,
89:9, 89:24, 95:7,
99:21
**leaving** [1] - 66:17
**lectern** [1] - 3:6
**ledger** [1] - 47:5
**left** [5] - 15:14, 27:5,
82:5, 96:17, 96:18
**legal** [11] - 16:23,
19:6, 24:22, 35:23,
51:3, 51:18, 66:24,
76:9, 77:14, 77:17,
90:11
**legitimacy** [1] - 19:9
**length** [1] - 24:1
**letting** [4] - 41:18,
52:24, 54:7, 54:25
**level** [15] - 30:9, 33:12,
43:12, 46:4, 60:7,
60:9, 63:7, 63:19,
64:7, 64:8, 68:4,
75:7, 81:4, 85:23,
92:25
**Lewis** [3] - 32:19,
34:6, 34:11
**liable** [1] - 19:24
**likely** [1] - 28:10
**line** [15] - 6:2, 8:16,
8:24, 9:3, 9:6, 9:25,
10:1, 11:2, 11:11,
35:5, 35:9, 35:12
**lines** [1] - 10:22
**LISA** [1] - 102:17
**list** [16] - 5:1, 6:7,
9:24, 10:20, 10:21,
10:23, 10:25, 11:1,
11:3, 11:6, 11:10,
11:11, 17:24, 18:2,
23:2, 71:11
**listen** [1] - 22:13
**lists** [2] - 14:7, 14:9
**litigating** [1] - 76:25
**litigation** [4] - 38:2,
38:3, 38:23, 50:16

**litigator** [1] - 67:18
**living** [11] - 29:19,
31:13, 37:3, 42:24,
44:16, 62:3, 67:24,
73:1, 79:16, 85:9,
92:15
**LLC** [2] - 21:8, 21:12
**LLP** [5] - 1:13, 2:4,
21:4, 22:1, 22:3
**lobbyist** [1] - 75:5
**local** [1] - 64:8
**location** [1] - 32:13
**logistical** [4] - 7:19,
42:3, 100:15, 101:13
**long-time** [1] - 77:10
**longest** [1] - 97:19
**look** [3] - 8:4, 22:5,
22:9
**looking** [1] - 9:23
**looks** [3] - 10:1, 87:1,
90:5
**loose** [2] - 31:25, 32:2
**loose-leaf** [2] - 31:25,
32:2
**Los** [1] - 1:22
**lose** [1] - 49:13
**loss** [1] - 54:9
**lost** [2] - 80:18, 80:19
**Loth** [2] - 12:21,
102:25
**LOTH** [2] - 2:9, 102:19
**love** [1] - 83:5
**loved** [1] - 48:7
**lunch** [4] - 57:4, 99:4,
99:11, 100:2
**luncheon** [1] - 102:15
**lunchtime** [1] - 100:1
**Lynn** [1] - 22:24

## M

**ma'am** [5] - 54:10,
78:21, 79:19, 80:25,
83:3
**machine** [1] - 2:12
**magazine** [1] - 18:9
**maintain** [1] - 7:25
**maintained** [1] - 57:23
**man** [1] - 56:15
**manage** [2] - 49:18,
54:22
**management** [6] -
30:2, 30:4, 85:11,
86:1, 86:2, 89:1
**manner** [1] - 102:22
**marathon** [1] - 53:12
**mark** [7] - 14:25,
20:10, 22:14, 29:14,
39:22, 39:24, 40:10
**Mark** [1] - 52:16

**marked** [16] - 7:15, 35:21, 39:15, 42:20, 46:25, 49:2, 58:12, 61:8, 66:9, 69:9, 70:19, 76:1, 78:15, 84:8, 87:19, 90:7
**Maryland** [1] - 80:21
**mask** [2] - 12:9, 12:13
**masks** [2] - 12:7, 12:11
**master's** [7] - 30:14, 43:17, 43:20, 60:11, 60:12, 68:6, 93:1
**math** [1] - 63:6
**matter** [11] - 7:20, 17:14, 23:12, 23:19, 24:5, 40:6, 40:17, 49:6, 66:12, 69:14, 87:22
**matters** [8] - 4:19, 6:17, 17:5, 17:21, 34:9, 51:18, 53:4, 100:15
**mayor** [1] - 19:3
**MBA** [1] - 30:13
**mean** [9] - 33:25, 41:15, 54:2, 54:18, 69:23, 71:20, 88:15, 88:17, 88:25
**means** [5] - 16:24, 28:8, 86:20, 101:10, 101:12
**meant** [2] - 34:15, 40:11
**mechanical** [1] - 67:25
**mechanism** [3] - 7:2, 8:2, 8:23
**media** [5] - 8:3, 19:5, 25:25, 70:21, 91:6
**medical** [2] - 24:9, 62:4
**Medieval** [1] - 13:16
**meeting** [1] - 75:3
**member** [7] - 22:6, 24:21, 35:22, 51:2, 66:23, 84:9, 90:10
**members** [6] - 4:2, 62:20, 64:4, 64:24, 65:6, 75:3
**mention** [1] - 84:15
**mentioned** [8] - 16:25, 17:6, 34:7, 50:6, 55:3, 55:16, 56:7, 56:17
**MERYL** [1] - 1:12
**Meryl** [3] - 3:10, 21:3, 21:10
**met** [1] - 12:25
**Metal** [2] - 74:4, 74:16

**metal** [2] - 74:12, 74:13
**meters** [1] - 80:11
**method** [1] - 13:17
**mgottlieb@willkie.com** [1] - 1:15
**mgovernski@willkie.com** [1] - 1:16
**mic** [1] - 52:20
**MICHAEL** [1] - 1:12
**Michael** [2] - 21:3, 21:10
**Michelle** [1] - 27:7
**microphone** [5] - 8:21, 15:14, 22:17, 58:23, 82:9
**middle** [1] - 41:16
**might** [6] - 9:1, 10:22, 24:10, 24:19, 24:25, 26:23
**migration** [1] - 38:13
**Mike** [1] - 3:9
**military** [1] - 14:5
**Miller** [4] - 1:17, 3:12, 21:8, 21:12
**miller@dubosemiller.com** [1] - 1:19
**minimum** [1] - 18:16
**minute** [7] - 10:18, 52:9, 95:7, 96:23, 96:25, 97:21, 99:13
**minutes** [2] - 13:6, 99:11
**misery** [1] - 88:24
**misheard** [1] - 89:11
**misunderstood** [1] - 70:18
**mom's** [1] - 82:20
**moment** [1] - 4:12
**Monday** [4] - 23:24, 54:21, 56:1, 57:18
**money** [1] - 56:8
**monitor** [2] - 91:18, 91:25
**months** [6] - 40:23, 40:25, 41:1, 67:10, 71:22, 80:6
**moral** [1] - 24:24
**MOREIRA** [1] - 102:17
**Morgan** [3] - 32:19, 34:6, 34:11
**morning** [51] - 3:7, 3:8, 11:15, 11:17, 11:21, 12:5, 13:9, 15:10, 28:12, 28:14, 29:10, 29:11, 31:5, 31:6, 31:7, 35:15, 35:17, 39:12, 39:13, 42:17, 42:18, 44:10,

44:11, 46:22, 46:23, 48:24, 48:25, 49:1, 49:2, 53:4, 58:9, 58:10, 61:2, 61:3, 61:4, 66:6, 66:7, 69:6, 72:19, 75:23, 75:24, 78:10, 78:11, 78:12, 84:4, 84:5, 87:14, 87:15, 90:3, 99:3, 99:22
**Morning** [1] - 1:7
**morning's** [1] - 3:24
**Moss** [9] - 3:13, 12:2, 18:21, 19:18, 20:1, 20:22, 20:23, 20:25, 22:20
**most** [3] - 17:11, 63:2, 92:1
**mostly** [5] - 38:12, 38:20, 71:10, 74:25, 86:9
**mother** [4] - 55:25, 56:5, 57:17, 57:18
**motion** [9] - 3:18, 3:21, 4:9, 53:19, 57:21, 58:2, 72:7, 72:13, 89:4
**motions** [1] - 94:23
**motivated** [1] - 64:25
**move** [8] - 15:10, 41:1, 57:12, 69:22, 72:8, 86:21, 96:4, 96:19
**movies** [2] - 80:15, 80:16
**moving** [1] - 100:11
**MR** [91] - 3:8, 3:17, 3:23, 4:2, 4:11, 4:15, 5:6, 5:9, 5:15, 5:18, 5:23, 6:6, 6:9, 6:11, 6:14, 6:22, 7:13, 7:18, 8:5, 8:14, 8:19, 8:23, 9:7, 9:8, 9:11, 9:16, 10:9, 10:12, 22:17, 22:19, 23:3, 23:7, 27:4, 27:9, 27:11, 29:4, 30:22, 33:22, 34:3, 34:10, 34:18, 34:21, 37:24, 39:5, 41:21, 44:3, 46:15, 48:17, 51:25, 52:5, 52:13, 53:10, 54:18, 55:10, 57:16, 60:20, 63:25, 65:23, 69:1, 72:4, 72:8, 75:15, 78:4, 81:16, 81:23, 83:22, 86:18, 87:1, 87:4, 89:5, 89:10, 93:14, 94:17, 94:19, 95:3, 95:5, 95:20, 95:24, 96:6,

96:9, 96:24, 97:5, 97:7, 98:25, 99:6, 99:8, 101:20, 101:22, 102:4, 102:8, 102:12
**MS** [38] - 30:20, 33:20, 37:19, 39:3, 41:18, 44:1, 46:13, 48:15, 52:23, 53:16, 53:22, 54:5, 54:10, 54:15, 55:4, 57:12, 60:18, 63:14, 63:19, 63:23, 65:16, 65:20, 68:22, 72:11, 75:13, 78:2, 81:14, 83:20, 86:16, 86:24, 89:3, 89:13, 89:16, 93:12, 94:21, 95:1, 95:17, 98:22
**multiple** [1] - 19:15
**muscular** [1] - 64:18
**musical** [2] - 15:10, 28:1
**must** [4] - 13:10, 18:12, 26:11, 99:25

## N

**name** [10] - 5:13, 9:25, 16:3, 16:6, 17:7, 27:5, 27:6, 27:12, 27:13, 64:13
**named** [1] - 22:14
**names** [10] - 4:25, 6:5, 10:2, 11:3, 14:7, 22:12, 23:1, 26:4, 32:17, 84:15
**narcotics** [1] - 57:2
**National** [2] - 48:3, 74:5
**nature** [3] - 26:18, 71:14, 81:23
**naval** [1] - 30:7
**navigating** [1] - 45:15
**NE** [1] - 1:18
**necessarily** [1] - 52:23
**need** [8] - 34:16, 42:4, 49:13, 55:22, 56:6, 57:17, 63:18, 84:15
**needed** [2] - 4:9, 50:6
**needs** [1] - 52:1
**never** [2] - 54:24, 83:13, 83:18
**New** [2] - 19:3, 51:15
**new** [7] - 10:22, 11:1, 11:3, 11:5, 38:18, 74:6, 74:11
**news** [15] - 12:22, 91:11, 91:13, 91:16, 91:18, 92:1, 92:3, 92:4, 92:6, 93:17,

93:25
**next** [36] - 13:2, 14:25, 16:9, 18:7, 24:5, 39:16, 39:22, 39:24, 40:10, 40:19, 49:6, 49:24, 50:2, 50:3, 53:6, 53:7, 54:13, 54:19, 54:20, 55:6, 56:13, 57:18, 57:19, 66:12, 68:10, 69:7, 69:14, 69:21, 78:14, 86:20, 87:5, 87:18, 87:22, 88:2, 89:6, 89:9
**night** [2] - 100:17
**nightly** [2] - 92:3, 92:4
**nights** [1] - 101:23
**nine** [1] - 59:20
**none** [9] - 30:20, 39:3, 44:1, 46:13, 60:18, 75:13, 78:2, 86:16, 93:12
**nonprofit** [9] - 47:8, 47:10, 47:15, 62:12, 62:14, 62:21, 63:16, 77:4, 77:5
**nonprofits** [5] - 47:14, 62:21, 63:21, 64:11, 77:7
**normally** [2] - 59:12, 100:13
**notes** [1] - 102:20
**nothing** [4] - 48:15, 59:10, 63:25, 68:22
**notice** [1] - 53:7
**noticed** [1] - 10:4
**null** [1] - 102:21
**number** [16] - 7:11, 14:8, 14:20, 14:21, 14:25, 15:18, 16:2, 16:3, 16:5, 17:23, 20:10, 20:15, 22:11, 35:8, 88:23, 97:24
**numbers** [2] - 7:9, 8:12, 17:7
**nursing** [1] - 81:8

## O

**o'clock** [1] - 56:4
**oath** [4] - 16:17, 17:3, 99:2, 99:17
**objection** [6] - 7:17, 7:18, 72:10, 72:11, 101:15, 101:20
**objective** [1] - 45:13
**obligations** [1] - 58:1
**obviously** [3] - 5:19, 54:22, 69:23
**occasion** [1] - 77:6,

94:5
**occasionally** [1] - 67:19
**occupation** [1] - 14:9
**occurred** [1] - 26:23
**OF** [2] - 1:1, 1:8
**offered** [1] - 61:22
**office** [6] - 10:6, 10:19, 36:7, 36:8, 42:7, 75:1
**Office** [1] - 37:9
**officer** [1] - 30:7
**Official** [1] - 2:10
**official** [2] - 26:7, 102:25
**old** [1] - 57:5
**one** [21] - 3:18, 4:12, 7:19, 11:13, 12:12, 27:5, 32:6, 36:10, 43:20, 47:11, 53:18, 55:17, 56:15, 56:19, 65:9, 74:6, 74:11, 84:13, 93:15, 97:19, 100:4
**one-man** [1] - 56:15
**ones** [3] - 14:14, 32:20, 32:22
**online** [4] - 73:3, 73:6, 73:7, 73:15
**open** [1] - 16:4
**opened** [1] - 59:11
**opening** [1] - 9:13
**operation** [1] - 56:16
**opinion** [1] - 57:7
**opinions** [4] - 93:15, 93:21, 94:1, 94:10
**opportunity** [4] - 9:17, 15:20, 16:10, 17:20
**opposed** [2] - 52:24, 75:1
**order** [13] - 4:21, 4:24, 5:3, 17:23, 18:1, 18:2, 39:25, 49:4, 61:15, 69:11, 87:20, 90:8
**organization** [5] - 21:7, 21:12, 47:8, 47:10, 65:2
**organizations** [2] - 38:14, 47:25
**outcome** [1] - 59:4
**outset** [1] - 101:19
**outside** [25] - 11:19, 15:6, 15:9, 15:21, 17:21, 18:5, 20:12, 28:2, 31:1, 31:13, 31:21, 32:13, 33:7, 33:9, 47:3, 52:8, 59:14, 59:16, 59:19, 76:5, 78:18, 78:20,

79:1, 79:3
**overarching** [1] - 64:14
**owes** [1] - 20:5
**own** [4] - 19:5, 49:10, 53:20, 73:8
**owner/operator** [1] - 49:11

**P**

**p.m** [1] - 23:25
**painting** [1] - 56:15
**Pamela** [1] - 27:7
**pandemic** [1] - 28:25
**panel** [3] - 22:7, 84:10, 97:24
**paper** [9] - 14:16, 14:17, 14:21, 15:1, 20:8, 20:11, 22:14, 28:19, 34:2
**paperwork** [1] - 75:1
**paragraph** [1] - 4:24
**paralegal** [6] - 36:1, 36:4, 36:6, 36:9, 36:14, 36:25
**part** [9] - 7:6, 19:8, 41:17, 53:5, 56:1, 63:2, 73:2, 73:5, 74:2
**part-time** [3] - 73:2, 73:5, 74:2
**particular** [6] - 4:24, 15:19, 38:13, 47:7, 92:1, 92:21
**particularly** [2] - 12:10, 54:3
**parties** [11] - 3:5, 11:10, 13:5, 13:24, 14:11, 17:10, 17:13, 52:18, 53:8, 88:24, 100:16
**parties'** [2] - 97:21, 100:12
**parts** [1] - 101:13
**Party** [1] - 38:2
**party** [1] - 102:22
**passed** [1] - 38:17
**passing** [1] - 19:16
**passion** [1] - 26:13
**past** [1] - 52:25
**patience** [1] - 18:17
**patient** [1] - 97:19
**patterns** [1] - 38:13
**Paul** [1] - 22:23
**pauses** [1] - 10:14
**pay** [1] - 49:13
**paying** [2] - 14:5, 49:21
**pencil** [2] - 14:17,

14:18
**pencils** [1] - 20:8
**pending** [2] - 3:18, 3:20
**people** [12] - 4:1, 11:2, 13:11, 22:11, 22:12, 22:14, 26:5, 54:23, 54:24, 65:17, 83:9, 96:4
**people's** [1] - 56:13
**per** [3] - 19:24, 45:14, 91:11
**peremptories** [6] - 95:10, 95:11, 95:14, 96:8, 97:4, 97:15
**peremptory** [1] - 86:22
**perfect** [2] - 4:17, 52:15
**perform** [2] - 14:4, 77:15
**periods** [1] - 69:25
**perished** [1] - 81:1
**Perkins** [6] - 36:1, 36:5, 36:20, 36:25, 38:1, 38:6
**permission** [1] - 9:12
**persistently** [1] - 57:23
**person** [5] - 7:22, 21:14, 42:6, 84:20, 86:20
**personal** [6] - 15:24, 17:6, 17:21, 34:4, 47:2, 76:2
**personality** [1] - 19:5
**personally** [4] - 21:23, 28:10, 31:12, 72:25
**philosophical** [1] - 24:25
**phone** [1] - 8:12
**photocopied** [1] - 102:22
**phrase** [1] - 26:2
**physical** [1] - 24:9
**pick** [2] - 55:22, 56:5
**Pick** [1] - 22:24
**pictures** [1] - 56:14
**pieces** [1] - 28:19
**place** [1] - 69:22
**plaintiff** [9] - 24:15, 27:19, 50:10, 58:14, 58:17, 61:9, 70:9, 82:2, 83:19
**Plaintiffs** [1] - 1:3, 18:20
**plaintiffs** [39] - 3:10, 3:14, 5:4, 10:8, 18:25, 19:12, 20:6, 20:21, 21:2, 22:19,

26:14, 26:18, 30:19, 33:19, 37:18, 39:2, 43:25, 46:12, 48:14, 52:21, 60:17, 63:13, 68:21, 71:12, 71:15, 72:10, 75:12, 78:1, 81:13, 86:15, 89:12, 93:11, 94:20, 94:25, 97:2, 98:20, 101:2, 101:4, 101:15
**PLAINTIFFS** [1] - 1:12
**plaintiffs'** [5] - 3:7, 6:19, 22:16, 34:4, 101:6
**plan** [1] - 100:12
**planned** [2] - 50:1, 100:19
**plans** [2] - 41:10, 50:7
**plant** [1] - 73:23
**played** [1] - 6:19
**pleased** [1] - 59:3
**podcast** [2] - 26:1, 70:22
**podcasts** [2] - 19:5, 91:7
**point** [3] - 28:6, 52:17, 57:13
**policy** [1] - 68:9
**political** [10] - 38:3, 38:23, 47:15, 62:11, 62:14, 62:16, 62:24, 63:2, 64:3, 64:6
**political-related** [1] - 38:23
**politically** [4] - 64:22, 64:25, 77:7, 86:6
**poll** [1] - 19:13
**pool** [1] - 87:6
**pose** [1] - 40:20
**position** [3] - 45:4, 45:8, 45:14
**positions** [1] - 65:18
**possible** [2] - 11:25, 17:12
**possibly** [1] - 13:9
**post** [1] - 50:7
**Postal** [1] - 86:11
**posted** [1] - 12:6
**posture** [1] - 100:10
**potential** [1] - 84:13
**power** [2] - 13:17, 65:18
**practice** [8] - 51:13, 67:11, 67:14, 76:17, 76:23, 76:24, 77:2, 90:19
**practiced** [2] - 19:4, 33:23
**practices** [1] - 51:8
**practicing** [1] - 68:15

**precisely** [3] - 5:11, 74:22, 100:17
**predict** [1] - 23:22
**preemptory** [1] - 96:7
**prefer** [5] - 4:14, 16:3, 95:17, 95:20, 95:22
**preference** [3] - 95:16, 96:1, 96:3
**pregnant** [1] - 40:25
**prejudice** [1] - 26:14
**prejudices** [1] - 17:15
**preliminary** [12] - 4:18, 6:17, 95:9, 99:3, 99:13, 99:25, 100:9, 100:14, 100:19, 101:14, 102:3, 102:6
**prepare** [2] - 77:18, 77:20
**prepared** [1] - 7:13
**preponderance** [5] - 101:5, 101:9, 101:17, 101:18, 101:25
**prepped** [1] - 37:20
**presence** [3] - 15:21, 17:22, 88:16
**present** [1] - 4:22
**presentation** [2] - 23:23, 24:2
**presented** [4] - 14:1, 25:2, 26:21, 71:18
**President** [3] - 19:7, 25:18, 25:22
**presidential** [2] - 19:2, 25:15
**presiding** [1] - 11:23
**press** [3] - 7:22, 7:23, 71:10
**presumed** [1] - 101:2
**presuming** [1] - 34:15
**pretenses** [1] - 19:14
**pretrial** [1] - 4:22
**pretty** [2] - 71:23, 84:23
**prevailed** [1] - 59:5
**prevent** [1] - 26:24
**previous** [1] - 45:21
**previously** [1] - 26:4
**primarily** [1] - 67:20
**privacy** [2] - 16:4, 17:10
**Privacy** [1] - 37:5
**private** [5] - 5:1, 6:5, 8:12, 18:6, 28:3
**pro** [3] - 3:18, 3:21, 4:8
**probe** [1] - 54:4
**problem** [3] - 41:18, 56:25, 61:25

11

**problems** [3] - 24:9, 83:4
**procedure** [1] - 16:22
**proceed** [2] - 52:11, 52:13
**proceeding** [1] - 10:14
**Proceedings** [1] - 2:12
**proceedings** [4] - 9:5, 12:24, 81:19, 102:20
**process** [12] - 13:8, 15:11, 17:25, 28:17, 50:18, 50:22, 53:23, 53:25, 54:1, 56:18, 97:11, 97:17
**produce** [1] - 6:21
**produced** [1] - 2:12
**profane** [1] - 19:22
**project** [3] - 45:22, 85:11, 86:2
**prosecutions** [1] - 83:9
**PROSPECTIVE** [295] - 25:20, 27:15, 27:21, 29:12, 29:16, 29:20, 29:24, 30:1, 30:4, 30:6, 30:11, 30:13, 31:2, 31:7, 31:15, 31:18, 31:22, 31:24, 32:2, 32:5, 32:8, 32:11, 32:15, 32:19, 32:22, 33:1, 33:5, 33:10, 33:13, 33:15, 35:1, 35:18, 36:1, 36:4, 36:8, 36:10, 36:12, 36:16, 36:23, 37:1, 37:4, 37:7, 37:13, 38:8, 38:11, 38:16, 38:19, 38:24, 39:14, 39:17, 39:23, 40:1, 40:11, 40:15, 40:18, 40:22, 41:5, 42:3, 42:8, 42:11, 42:19, 42:23, 42:25, 43:7, 43:11, 43:14, 43:16, 43:19, 43:21, 44:7, 44:12, 44:17, 44:19, 44:22, 44:25, 45:4, 45:8, 45:12, 45:21, 45:25, 46:5, 46:8, 46:19, 46:24, 47:4, 47:8, 47:11, 47:17, 48:1, 48:6, 48:21, 49:1, 49:10, 49:18, 49:22, 49:25, 50:3, 50:5, 50:13, 50:20, 50:25, 51:5, 51:9, 51:14, 51:21, 55:19, 55:25, 56:6, 56:11, 56:23, 58:6,

58:11, 58:17, 58:20, 59:1, 59:5, 59:7, 59:15, 59:17, 59:20, 59:23, 59:25, 60:3, 60:6, 60:8, 60:10, 60:13, 60:24, 61:3, 61:5, 61:13, 61:18, 61:21, 62:1, 62:4, 62:7, 62:11, 62:14, 62:19, 63:1, 63:5, 63:9, 64:5, 64:9, 64:12, 64:17, 64:23, 65:5, 65:9, 65:11, 66:3, 66:8, 66:16, 66:19, 66:21, 67:2, 67:6, 67:10, 67:13, 67:15, 67:19, 67:23, 67:25, 68:3, 68:6, 68:9, 68:12, 68:18, 69:19, 70:1, 70:5, 70:11, 70:13, 70:17, 70:23, 71:1, 71:5, 71:8, 71:20, 73:2, 73:6, 73:9, 73:11, 73:13, 73:16, 73:18, 73:20, 73:22, 73:24, 74:1, 74:4, 74:7, 74:10, 74:13, 74:17, 74:19, 74:23, 75:2, 75:4, 75:8, 75:23, 75:25, 76:6, 76:9, 76:13, 76:17, 76:20, 76:22, 77:1, 77:3, 77:8, 77:13, 77:17, 77:20, 78:12, 78:19, 78:21, 78:24, 79:2, 79:5, 79:7, 79:9, 79:11, 79:14, 79:17, 79:19, 79:21, 79:23, 80:3, 80:6, 80:10, 80:15, 80:18, 80:20, 80:25, 81:5, 81:7, 82:8, 82:10, 82:18, 82:20, 82:24, 83:3, 83:10, 83:12, 83:15, 84:1, 84:6, 84:11, 84:13, 84:16, 84:19, 84:21, 84:25, 85:7, 85:10, 85:14, 85:18, 85:21, 85:24, 86:1, 86:5, 86:8, 86:10, 87:16, 88:1, 88:6, 88:9, 88:11, 88:17, 89:20, 89:23, 90:13, 90:16, 90:20, 90:23, 91:4, 91:10, 91:14, 91:17, 91:22, 91:24, 92:3, 92:8, 92:13, 92:16, 92:19, 92:23, 93:1, 93:3, 93:6, 93:8, 94:3, 94:7,

94:11
**prospective** [55] - 4:25, 9:21, 11:7, 11:12, 15:6, 15:22, 16:7, 16:8, 16:17, 16:19, 17:22, 18:4, 22:6, 29:9, 31:3, 31:4, 35:2, 35:14, 39:10, 39:11, 42:15, 42:16, 44:8, 44:9, 46:20, 46:21, 48:22, 48:23, 55:14, 58:7, 58:8, 60:25, 61:1, 66:4, 66:5, 69:4, 69:5, 72:17, 72:18, 75:19, 75:20, 78:8, 78:9, 84:2, 84:3, 84:9, 85:4, 87:11, 87:12, 90:1, 90:2, 97:3, 97:9, 99:21, 99:23
**protect** [1] - 16:4
**Protect** [6] - 1:21, 3:13, 4:3, 4:4, 21:7, 21:12
**proven** [1] - 25:11
**provide** [4] - 12:11, 12:13, 13:20, 101:7
**provided** [1] - 13:17
**psychology** [1] - 46:8
**public** [3] - 11:16, 29:21, 59:8
**publicly** [3] - 8:3, 8:11, 19:11
**punctual** [2] - 5:21, 11:22
**punish** [1] - 25:10
**punishable** [1] - 5:3
**punitive** [2] - 20:2, 25:10
**purpose** [1] - 13:12
**purposes** [2] - 3:23, 101:12
**pursue** [1] - 34:17
**pushing** [1] - 29:5
**put** [19] - 7:5, 14:25, 15:1, 39:16, 39:21, 49:12, 52:20, 69:7, 72:20, 78:13, 82:9, 87:17, 88:24, 95:13, 95:15, 96:2, 101:16, 101:23

## Q

**qualified** [5] - 86:19, 86:21, 96:17, 96:19, 96:20
**quasi** [1] - 82:2
**queen** [1] - 13:18

**questioning** [3] - 16:7, 16:16, 26:23
**questionnaire** [3] - 29:15, 31:9, 44:14
**Questions** [5] - 39:21, 49:3, 69:9, 87:19, 90:8
**questions** [41] - 12:15, 14:13, 14:15, 14:23, 15:3, 15:5, 15:24, 17:1, 17:4, 17:5, 18:11, 20:7, 20:11, 27:2, 29:18, 30:18, 31:11, 31:12, 33:17, 34:20, 34:21, 37:16, 39:15, 41:15, 41:19, 42:22, 44:15, 47:2, 52:19, 53:11, 55:16, 65:20, 69:12, 72:5, 72:24, 76:3, 78:17, 81:10, 81:12, 83:19, 86:13
**quietly** [2] - 97:12, 97:14
**quite** [3] - 35:17, 53:7, 89:1

## R

**Rachel** [1] - 13:3
**radio** [4] - 19:5, 26:1, 70:22, 91:7
**raise** [4] - 14:18, 16:18, 20:18, 99:18
**random** [1] - 18:2
**randomly** [1] - 17:24
**ranging** [1] - 38:11
**rather** [3] - 7:5, 16:5, 65:3
**ray** [1] - 22:23
**read** [3] - 4:21, 4:23, 18:9
**reading** [2] - 24:10, 80:10
**ready** [4] - 20:8, 97:2, 97:5
**really** [7] - 9:25, 34:9, 34:16, 53:10, 53:11, 70:2, 102:5
**reason** [7] - 15:2, 15:15, 15:21, 20:13, 26:22, 53:2, 54:7
**reasonable** [1] - 101:7
**reasons** [1] - 54:22
**reassembled** [1] - 28:21
**recalling** [1] - 37:25
**receive** [2] - 16:12, 20:1
**received** [8] - 23:10,

23:17, 24:22, 35:23, 40:4, 51:3, 66:24, 90:10
**recently** [2] - 56:18, 67:3
**recess** [4] - 28:23, 52:10, 97:1, 102:15
**recollection** [1] - 93:25
**recommendations** [1] - 45:18
**record** [5] - 3:6, 5:14, 7:7, 9:19, 11:9
**redactions** [1] - 8:11
**reelection** [1] - 19:8
**regarding** [5] - 54:6, 65:17, 92:7, 92:8, 93:25
**Regina** [1] - 22:21
**registered** [1] - 75:4
**regularly** [2] - 91:18, 92:2
**related** [4] - 5:1, 38:21, 38:23, 54:20
**relations** [2] - 30:14, 62:5
**relationship** [1] - 85:4
**release** [2] - 5:2, 89:11
**religious** [1] - 24:24
**remain** [3] - 26:19, 71:16, 71:21
**remainder** [1] - 99:20
**remaining** [2] - 20:4, 21:5
**remember** [6] - 29:6, 32:17, 32:23, 91:17, 91:18, 100:17
**remembered** [1] - 9:11
**remembrance** [1] - 101:23
**remind** [1] - 27:13
**reminder** [1] - 20:9
**render** [3] - 25:1, 26:20, 71:17
**repairing** [1] - 56:13
**repeat** [8] - 20:17, 20:20, 23:15, 25:20, 27:15, 36:3, 100:23
**repetitions** [1] - 27:22
**replace** [1] - 35:10
**report** [1] - 93:25
**reported** [2] - 2:12, 102:16
**REPORTER** [2] - 36:3, 43:3
**Reporter** [3] - 2:9, 2:10, 102:25
**reporter** [5] - 7:3, 7:7, 12:22, 12:23
**reporters** [1] - 6:25

**reports** [2] - 37:21, 74:24
**represent** [2] - 17:10, 38:2
**represented** [3] - 21:2, 21:6, 21:25
**Republican** [5] - 62:20, 63:17, 64:4, 65:3, 65:7
**repurposed** [1] - 59:9
**reputational** [1] - 19:20
**required** [4] - 5:20, 12:7, 14:9, 88:16
**reseat** [1] - 96:21
**reseated** [3] - 15:8, 20:12, 28:2
**reseating** [1] - 96:16
**resolution** [1] - 50:21
**resolve** [2] - 25:3, 61:24
**resolving** [1] - 13:24
**respect** [7] - 64:3, 81:17, 93:20, 94:23, 101:1, 101:10, 101:11
**response** [3] - 10:7, 17:4, 27:24
**responses** [2] - 15:25, 17:18
**rest** [2] - 18:4, 28:3
**restaurant** [1] - 80:11
**restraining** [1] - 61:15
**restroom** [1] - 96:6
**resume** [14] - 34:24, 39:8, 44:6, 46:17, 48:20, 52:8, 60:23, 66:1, 69:3, 75:17, 78:7, 83:25, 87:10, 96:13
**retire** [3] - 59:22, 59:24, 79:6
**retired** [2] - 60:2, 67:3
**return** [1] - 97:9
**review** [8] - 4:19, 15:18, 39:25, 49:3, 66:10, 87:20, 90:8, 99:12
**reviewed** [1] - 5:4
**right-hand** [1] - 14:20
**Rights** [1] - 13:22
**rise** [2] - 16:18, 99:18
**rivers** [4] - 43:2, 43:4, 43:6, 43:8
**rocks** [1] - 35:16
**role** [1] - 13:15
**room** [3] - 4:6, 41:6, 100:5
**roster** [1] - 36:17
**round** [1] - 97:18

**rounds** [1] - 97:17
**RPR** [3] - 2:9, 102:19, 102:25
**RUBY** [1] - 1:3
**Ruby** [5] - 3:3, 12:1, 18:20, 20:22, 22:20
**RUDOLPH** [1] - 1:5
**Rudolph** [5] - 3:3, 12:2, 18:22, 21:20, 23:4
**RudyGiuliani** [3] - 26:1, 70:21, 91:7
**run** [3] - 4:5, 23:24, 29:21
**running** [3] - 88:7, 88:8, 88:15
**Ruth** [3] - 3:20, 3:21, 4:9

## S

**safety** [1] - 12:15
**SAINT** [2] - 2:9, 102:19
**Saint** [2] - 12:21, 102:25
**SAINT-LOTH** [2] - 2:9, 102:19
**Saint-Loth** [2] - 12:21, 102:25
**satisfied** [2] - 98:20, 98:23
**saw** [7] - 3:19, 4:8, 7:9, 91:15, 91:19, 94:1, 100:16
**scenic** [4] - 43:2, 43:4, 43:6, 43:8
**schedule** [1] - 50:6
**school** [4] - 33:14, 55:22, 80:7, 81:6
**Scott** [1] - 22:21
**Scouts** [3] - 47:17, 47:22, 47:24
**scribbled** [1] - 70:7
**se** [3] - 19:24, 45:14, 91:11
**Seamans** [1] - 32:10
**Seat** [8] - 98:1, 98:4, 98:6, 98:8, 98:10, 98:12, 98:14, 98:16
**seat** [27] - 15:13, 31:1, 34:25, 35:17, 39:9, 44:6, 46:18, 48:20, 52:8, 60:23, 66:2, 69:3, 75:18, 75:22, 78:7, 83:25, 87:10, 96:13, 97:25, 98:1, 98:3, 98:5, 98:7, 98:9, 98:11, 98:13, 98:15

**seated** [12] - 6:13, 11:6, 12:20, 15:13, 16:20, 18:5, 21:1, 21:13, 21:19, 21:24, 95:23
**seating** [1] - 11:16
**Seattle** [3] - 36:2, 36:5, 36:7
**Seattle-based** [2] - 36:2, 36:5
**SEC** [1] - 74:23
**second** [5] - 11:13, 40:24, 41:12, 52:8, 98:18
**secondly** [1] - 93:18
**secretary** [1] - 77:17
**sections** [1] - 43:5
**sector** [1] - 29:21
**security** [14] - 5:19, 6:2, 8:16, 8:24, 9:3, 9:6, 92:16, 93:3, 93:5, 93:6, 93:18, 94:4, 94:6, 94:9
**Security** [1] - 57:3
**see** [51] - 6:1, 8:6, 10:9, 28:12, 29:14, 30:15, 31:10, 32:21, 33:16, 35:21, 37:15, 39:15, 42:20, 43:22, 44:13, 45:13, 46:9, 46:25, 48:11, 49:2, 50:4, 50:8, 51:22, 53:12, 58:12, 59:13, 60:14, 61:8, 63:10, 66:9, 68:19, 69:9, 71:8, 72:9, 72:23, 75:9, 76:1, 77:23, 78:15, 79:12, 81:9, 82:25, 83:14, 84:8, 86:12, 87:19, 90:7, 93:9, 94:12, 100:6, 102:14
**seed** [2] - 73:16, 73:19
**seeds** [1] - 73:21
**seeing** [1] - 13:5
**seem** [1] - 17:5
**seep** [1] - 55:6
**select** [6] - 13:10, 13:12, 14:12, 16:1, 17:11, 17:18
**selected** [12] - 16:12, 16:14, 18:14, 24:6, 26:11, 40:21, 49:8, 66:14, 69:16, 85:2, 87:23, 97:9
**selecting** [1] - 17:2
**Selection** [1] - 1:9
**selection** [9] - 3:24, 11:25, 13:7, 13:12, 15:11, 28:8, 28:16,

97:11, 97:13
**selections** [1] - 16:10
**sell** [2] - 47:17, 73:14
**SEMA** [2] - 32:9, 32:11
**sense** [3] - 54:15, 64:23, 82:2
**sensitive** [1] - 41:9
**separate** [1] - 102:17
**series** [2] - 14:23, 15:4
**serve** [14] - 13:11, 18:14, 23:13, 23:20, 24:19, 25:7, 25:12, 40:7, 40:21, 49:8, 66:14, 69:16, 85:2, 87:24
**served** [4] - 18:25, 24:17, 61:16, 61:17
**serves** [1] - 51:14
**Service** [3] - 43:1, 43:10, 86:11
**service** [4] - 12:14, 32:8, 32:10, 33:8
**services** [1] - 14:4
**serving** [3] - 14:3, 14:5, 41:8
**Session** [1] - 1:7
**session** [1] - 102:16
**set** [1] - 101:19
**Seven** [1] - 23:16
**Seventh** [1] - 13:22
**several** [4] - 67:10, 76:14, 90:13, 90:16
**shall** [1] - 102:21
**sharing** [1] - 88:12
**Shaye'** [3] - 12:2, 18:21, 22:20
**Sheet** [2] - 74:4, 74:16
**sheet** [9] - 14:16, 14:17, 15:18, 20:11, 20:17, 47:1, 74:12, 74:13, 76:2
**shooting** [3] - 82:11, 82:16, 83:8
**shootings** [1] - 82:17
**short** [1] - 52:9
**shorthand** [1] - 2:12
**shot** [2] - 83:7, 83:9
**shoulder** [1] - 90:4
**show** [5] - 91:16, 92:1, 100:3, 100:4, 101:4
**showing** [1] - 14:7
**shown** [1] - 11:2
**shows** [11] - 19:5, 26:1, 70:22, 91:8, 91:11, 91:12, 91:13
**SIBLEY** [69] - 2:3, 5:9, 5:15, 5:18, 5:23, 6:6, 6:9, 6:11, 6:14, 7:18, 8:19, 8:23, 9:7, 10:12, 23:3, 23:7,

29:4, 30:22, 33:22, 34:3, 34:10, 34:18, 34:21, 37:24, 39:5, 41:21, 44:3, 46:15, 48:17, 51:25, 52:5, 52:13, 53:10, 54:18, 55:10, 57:16, 60:20, 62:5, 65:23, 69:1, 72:4, 72:8, 75:15, 78:4, 81:16, 81:23, 83:22, 86:18, 87:1, 87:4, 89:5, 89:10, 93:14, 94:17, 94:19, 95:3, 95:5, 95:20, 95:24, 96:6, 96:9, 96:24, 97:7, 98:25, 99:8, 101:22, 102:4, 102:8, 102:12
**Sibley** [49] - 2:4, 4:20, 5:8, 5:13, 5:15, 7:17, 8:2, 10:11, 21:25, 22:1, 22:3, 22:4, 23:1, 29:3, 33:21, 37:23, 39:4, 41:20, 44:2, 46:14, 48:16, 52:1, 52:11, 53:9, 54:17, 55:8, 57:15, 60:19, 63:24, 65:22, 68:25, 72:3, 75:14, 78:3, 81:15, 83:21, 86:17, 86:25, 89:4, 93:13, 94:16, 95:2, 95:19, 97:6, 98:23, 99:7, 101:21, 102:11
**sibley@**
**camarasibley.com**
[1] - 2:6
**sic]** [1] - 32:9
**side** [6] - 13:14, 41:19, 65:3, 65:4, 96:17, 96:18
**signatory** [1] - 102:22
**significant** [1] - 49:13
**signs** [1] - 12:6
**simple** [1] - 14:24
**sincerely** [1] - 68:22
**sing** [1] - 48:7
**singing** [1] - 48:5
**single** [3] - 43:20, 55:20, 100:4
**sit** [4] - 23:24, 69:25, 97:12, 97:14
**sitting** [9] - 3:22, 4:1, 4:7, 4:16, 5:12, 56:4, 84:18, 96:5, 96:18
**situation** [2] - 49:12, 100:13
**six** [1] - 63:5
**small** [4] - 29:20, 49:10, 56:12, 56:15

13

**Smith** [1] - 22:24
**sneaking** [1] - 19:14
**snow** [2] - 10:17, 11:20
**so...** [3] - 31:19, 56:8, 70:18
**social** [4] - 25:25, 70:21, 84:25, 91:6
**solely** [3] - 25:1, 26:20, 71:17
**sometimes** [3] - 18:16, 64:25, 80:16
**son** [1] - 40:24
**sorry** [9] - 37:8, 51:25, 52:16, 59:23, 60:8, 81:2, 82:10, 89:5
**sort** [5] - 40:9, 69:9, 70:6, 82:2, 100:14
**sorts** [2] - 43:7, 74:8
**sounds** [2] - 88:13, 89:1
**source** [3] - 23:11, 23:18, 40:5
**Southern** [1] - 66:19
**souvenir** [4] - 73:16, 73:17, 73:19
**speaking** [2] - 17:23, 18:3
**specialist** [1] - 38:14
**specialists** [1] - 38:20
**specific** [2] - 44:23, 76:11
**specifically** [2] - 34:1, 86:3
**specificity** [1] - 37:21
**spend** [2] - 18:14, 80:14
**spill** [1] - 56:20
**split** [1] - 9:13
**squiggle** [1] - 40:10
**staff** [6] - 8:17, 10:24, 22:7, 64:24, 84:10, 97:22
**stage** [1] - 97:11
**stages** [1] - 28:8
**stalker** [1] - 61:14
**stand** [8] - 9:18, 20:23, 21:5, 21:16, 21:21, 22:9, 83:3, 83:4
**standard** [1] - 101:14
**standing** [2] - 4:21, 21:5
**start** [8] - 3:6, 10:3, 10:20, 28:1, 29:21, 53:6, 100:1, 100:3
**start-up** [1] - 29:21
**started** [5] - 9:23, 45:19, 63:5, 79:23, 80:7

**starting** [1] - 24:1
**State** [2] - 18:25, 51:15
**state** [4] - 5:13, 15:18, 63:19, 64:8
**statements** [1] - 9:14
**States** [3] - 25:18, 25:22, 86:10
**states** [1] - 19:10
**STATES** [2] - 1:1, 1:10
**status** [1] - 26:7
**stay** [2] - 53:1, 99:11
**stenographic** [1] - 102:20
**step** [3] - 59:10, 59:12, 88:19
**stepped** [1] - 59:11
**still** [1] - 65:8
**stop** [2] - 59:18, 79:3
**stopped** [1] - 80:13
**store** [5] - 73:3, 73:6, 73:7, 73:10, 73:15
**straight** [1] - 95:10
**straightforward** [2] - 15:25, 17:17
**strange** [1] - 95:24
**Street** [5] - 1:14, 1:18, 1:21, 2:4, 80:21
**stretched** [1] - 49:23
**strike** [7] - 41:22, 53:19, 57:13, 57:22, 58:2, 72:8, 72:13
**striking** [1] - 54:19
**strong** [5] - 25:6, 25:9, 25:11, 26:6, 71:23
**studies** [5] - 43:16, 86:1, 93:4, 93:6, 93:7
**study** [1] - 46:6
**stuff** [2] - 51:10, 56:15
**submitted** [1] - 61:22
**substantial** [1] - 49:13
**suffer** [2] - 19:19, 19:20
**suffered** [1] - 101:5
**suggest** [1] - 88:16
**suitcases** [1] - 19:15
**Suite** [2] - 1:14, 2:5
**summer** [1] - 79:23
**summons** [3] - 14:22, 40:23, 50:5
**Sunday** [1] - 41:3
**supported** [1] - 64:19
**suppose** [1] - 53:12
**SWAT** [1] - 57:2
**swatted** [1] - 57:3
**swear** [1] - 16:11
**sweep** [1] - 53:6
**sworn** [3] - 16:19,

16:21, 99:19
**system** [9] - 13:15, 13:23, 56:19, 56:21, 56:22, 56:24, 57:1, 57:6, 57:7

# T

**table** [8] - 3:10, 3:16, 3:22, 4:6, 4:8, 4:16, 5:12, 21:15
**tables** [1] - 19:15
**tabulation** [1] - 19:17
**talkies** [1] - 29:1
**targeted** [1] - 9:5
**targets** [1] - 19:22
**task** [1] - 45:13
**taxes** [1] - 14:6
**team** [5] - 4:2, 19:6, 45:15, 57:2, 76:14
**technology** [1] - 29:20
**television** [4] - 26:1, 70:22, 91:8, 91:10
**ten** [5] - 28:1, 30:8, 59:1, 95:7
**ten-minute** [1] - 95:7
**term** [5] - 16:22, 16:23, 26:3
**testify** [3] - 22:12, 26:5, 61:20
**testifying** [1] - 27:6
**testimony** [7] - 22:10, 22:13, 22:22, 26:5, 26:9, 52:25, 61:22
**Texas** [1] - 65:12
**thanking** [1] - 12:5
**THE** [500] - 1:1, 1:9, 3:2, 3:15, 3:19, 3:25, 4:5, 4:14, 4:17, 5:8, 5:10, 5:17, 5:21, 5:24, 6:3, 6:4, 6:7, 6:10, 6:12, 6:16, 6:24, 7:16, 7:19, 8:8, 8:15, 8:18, 8:21, 9:2, 9:10, 9:15, 9:17, 9:22, 9:23, 10:8, 10:11, 10:13, 10:15, 10:25, 11:9, 16:20, 22:18, 22:25, 23:6, 23:8, 25:21, 27:8, 27:10, 27:12, 27:17, 27:22, 27:25, 28:22, 28:24, 29:6, 29:10, 29:13, 29:17, 29:23, 29:25, 30:3, 30:5, 30:9, 30:12, 30:15, 30:18, 30:21, 30:23, 30:25, 31:5, 31:8, 31:16, 31:20, 31:23, 32:1, 32:4, 32:6,

32:10, 32:12, 32:16, 32:21, 32:24, 33:3, 33:6, 33:11, 33:14, 33:16, 33:19, 33:21, 33:25, 34:6, 34:12, 34:20, 34:22, 34:24, 35:3, 35:7, 35:8, 35:15, 35:20, 36:3, 36:6, 36:9, 36:11, 36:13, 36:19, 36:24, 37:2, 37:6, 37:11, 37:15, 37:18, 37:23, 38:4, 38:6, 38:9, 38:15, 38:18, 38:22, 38:25, 39:2, 39:4, 39:6, 39:8, 39:12, 39:15, 39:19, 39:24, 40:2, 40:13, 40:16, 40:19, 41:4, 41:11, 41:14, 41:20, 41:22, 41:25, 42:5, 42:9, 42:13, 42:17, 42:20, 42:24, 43:3, 43:4, 43:9, 43:12, 43:15, 43:17, 43:20, 43:22, 43:25, 44:2, 44:5, 44:10, 44:13, 44:18, 44:20, 44:24, 45:2, 45:6, 45:10, 45:19, 45:24, 46:3, 46:6, 46:9, 46:12, 46:14, 46:17, 46:22, 46:25, 47:6, 47:9, 47:14, 47:19, 48:4, 48:11, 48:14, 48:16, 48:19, 48:24, 49:2, 49:16, 49:20, 49:23, 50:1, 50:4, 50:8, 50:17, 50:23, 51:1, 51:7, 51:13, 51:16, 51:22, 52:3, 52:7, 52:11, 52:15, 53:3, 53:15, 53:18, 54:2, 54:8, 54:11, 54:17, 55:2, 55:8, 55:11, 55:13, 55:15, 55:24, 56:3, 56:9, 56:17, 57:9, 57:11, 57:15, 57:21, 58:4, 58:9, 58:12, 58:19, 58:22, 59:3, 59:6, 59:13, 59:16, 59:18, 59:22, 59:24, 60:1, 60:5, 60:7, 60:9, 60:12, 60:14, 60:17, 60:19, 60:22, 61:2, 61:4, 61:7, 61:17, 61:19, 61:24, 62:2, 62:6, 62:9, 62:13, 62:16, 62:24, 63:4, 63:7, 63:10, 63:13, 63:17, 63:22,

63:24, 64:2, 64:6, 64:10, 64:16, 64:21, 65:1, 65:6, 65:10, 65:13, 65:15, 65:19, 65:22, 65:24, 66:1, 66:6, 66:9, 66:18, 66:20, 66:22, 67:5, 67:8, 67:11, 67:14, 67:17, 67:21, 67:24, 68:2, 68:4, 68:8, 68:11, 68:13, 68:19, 68:21, 68:24, 69:3, 69:6, 69:24, 70:4, 70:6, 70:12, 70:15, 70:19, 70:25, 71:3, 71:7, 71:13, 71:25, 72:3, 72:6, 72:9, 72:12, 72:15, 72:19, 73:4, 73:7, 73:10, 73:12, 73:14, 73:17, 73:19, 73:21, 73:23, 73:25, 74:2, 74:6, 74:8, 74:11, 74:15, 74:18, 74:21, 74:25, 75:3, 75:6, 75:9, 75:12, 75:14, 75:17, 75:21, 75:24, 76:1, 76:8, 76:11, 76:16, 76:19, 76:21, 76:23, 77:2, 77:5, 77:9, 77:14, 77:18, 77:23, 78:1, 78:3, 78:6, 78:10, 78:13, 78:20, 78:22, 78:25, 79:3, 79:6, 79:8, 79:10, 79:12, 79:15, 79:18, 79:20, 79:22, 80:1, 80:4, 80:8, 80:13, 80:17, 80:19, 80:23, 81:2, 81:6, 81:9, 81:12, 81:15, 81:21, 82:3, 82:5, 82:9, 82:15, 82:19, 82:22, 82:25, 83:7, 83:11, 83:14, 83:16, 83:18, 83:21, 83:24, 84:4, 84:7, 84:12, 84:15, 84:17, 84:20, 84:23, 85:2, 85:8, 85:12, 85:16, 85:19, 85:22, 85:25, 86:2, 86:6, 86:9, 86:12, 86:15, 86:17, 86:19, 86:25, 87:2, 87:7, 87:9, 87:13, 87:17, 88:5, 88:8, 88:10, 88:13, 88:21, 88:23, 89:4, 89:7, 89:12, 89:14, 89:18, 89:21, 89:24, 90:3, 90:15, 90:18, 90:21, 90:24, 91:5,

91:13, 91:15, 91:20,
91:23, 91:25, 92:5,
92:10, 92:14, 92:18,
92:20, 92:24, 93:2,
93:5, 93:7, 93:9,
93:11, 93:13, 93:22,
93:24, 94:4, 94:8,
94:12, 94:15, 94:18,
94:20, 94:22, 95:2,
95:4, 95:6, 95:19,
95:22, 96:2, 96:8,
96:10, 96:12, 96:15,
96:16, 96:25, 97:2,
97:6, 97:8, 97:10,
97:16, 97:23, 98:17,
98:20, 98:23, 99:1,
99:7, 99:10, 99:16,
99:20, 100:9,
101:21, 102:2,
102:5, 102:10,
102:13
**thinking** [1] - 58:20
**thirteen** [1] - 76:22
**threats** [1] - 19:22
**three** [11] - 14:19,
40:25, 62:7, 62:8,
63:3, 74:1, 80:7,
80:18, 80:19, 80:21,
80:23
**threshold** [1] - 88:3
**throughout** [1] - 13:8
**Thursday** [16] - 41:2,
41:4, 41:15, 53:5,
53:14, 54:11, 56:2,
88:1, 88:5, 89:6,
89:7, 89:8, 89:10,
89:15, 89:19
**tickets** [1] - 41:2
**time-sensitive** [1] -
41:9
**timing** [2] - 40:22,
41:25
**today** [8] - 6:15, 18:13,
23:11, 23:18, 28:15,
38:18, 40:5, 62:8
**together** [2] - 48:8,
85:3
**took** [2] - 33:8, 82:13
**top** [1] - 32:23
**totality** [1] - 71:21
**totally** [1] - 10:20
**towards** [1] - 13:14
**town** [1] - 74:9
**track** [2] - 16:5, 20:16
**trade** [5] - 68:1, 73:2,
73:4, 74:3
**training** [5] - 24:23,
35:24, 51:3, 66:24,
90:11
**Transcript** [1] - 2:12

**TRANSCRIPT** [1] - 1:8
**transcript** [6] - 7:3,
7:5, 7:8, 102:20,
102:20, 102:22
**transcription** [1] -
2:12
**transcripts** [3] - 6:20,
6:22, 7:10
**travel** [1] - 77:21
**traveling** [1] - 66:18
**treated** [2] - 50:19,
56:20
**trial** [25] - 4:23, 4:24,
9:1, 11:24, 13:16,
13:20, 16:13, 18:13,
20:4, 23:14, 23:21,
23:23, 24:3, 24:13,
24:20, 25:2, 25:8,
25:13, 41:7, 41:10,
49:16, 53:5, 100:1,
100:24, 101:14
**TRIAL** [1] - 1:8
**tribes** [1] - 38:17
**trouble** [1] - 20:19
**true** [2] - 102:19,
102:20
**Trump** [1] - 19:6
**Trump's** [2] - 19:7,
25:15
**truthful** [1] - 14:14
**truthfully** [2] - 16:24,
17:4
**try** [3] - 8:24, 12:16,
18:15
**trying** [2] - 5:18, 41:8
**Tuesday** [2] - 56:1,
57:19
**twelfth** [2] - 33:13,
81:5
**twenty** [1] - 43:11
**twice** [3] - 82:12,
82:15, 82:16
**Twitter/X** [3] - 25:25,
70:21, 91:7
**two** [19] - 10:1, 10:22,
24:5, 29:24, 30:11,
31:19, 40:20, 49:6,
49:11, 64:18, 66:12,
69:14, 73:11, 73:12,
74:1, 80:6, 82:16,
87:23, 88:18
**TX** [1] - 2:5
**type** [3] - 25:6, 37:20,
64:17
**types** [2] - 36:15,
77:15
**typically** [1] - 95:12

**U**

**U.S** [2] - 42:25, 43:10
**um-hum** [3] - 43:19,
73:13, 93:8
**unbiased** [1] - 17:19
**unclear** [1] - 34:19
**uncomfortable** [2] -
69:25, 70:1
**under** [7] - 7:11,
19:13, 19:15, 33:3,
33:5, 33:6, 102:17
**undermine** [1] - 19:9
**undo** [1] - 71:6
**unfair** [2] - 53:24, 54:1
**unfortunately** [1] -
18:12
**unit** [1] - 29:21
**United** [3] - 25:18,
25:22, 86:10
**UNITED** [2] - 1:1, 1:10
**unless** [2] - 54:25,
99:4
**unsuccessful** [1] -
19:7
**untenable** [2] - 57:14,
57:17
**up** [66] - 7:20, 8:6,
9:18, 11:2, 15:5,
22:9, 29:17, 29:21,
30:16, 30:18, 33:17,
33:19, 37:16, 37:18,
39:2, 43:23, 43:25,
44:15, 46:10, 46:12,
48:12, 48:14, 51:23,
52:19, 52:20, 53:10,
53:16, 53:17, 53:21,
53:22, 54:13, 54:14,
55:2, 55:9, 55:16,
55:22, 56:5, 56:8,
57:11, 60:15, 60:17,
63:11, 63:13, 65:15,
68:19, 68:21, 69:11,
70:7, 72:6, 75:10,
75:12, 77:24, 78:1,
78:16, 81:10, 81:12,
82:9, 83:21, 86:13,
86:15, 93:9, 93:11,
94:13, 94:18, 94:20,
101:19
**updated** [1] - 11:10
**upper** [1] - 14:20
**urban** [1] - 43:16
**urgent** [6] - 24:4,
40:17, 49:5, 66:11,
69:13, 87:21
**USB** [1] - 19:16

**V**

**vacation** [1] - 66:16
**various** [2] - 19:12,
36:18
**vary** [1] - 24:1
**Venable** [2] - 76:20,
77:10
**venire** [12] - 5:1, 6:7,
9:24, 10:20, 10:21,
10:23, 10:25, 11:1,
11:3, 11:5, 11:10,
11:11
**venue** [1] - 38:20
**verdict** [1] - 17:15
**verify** [1] - 89:5
**versus** [1] - 3:3
**vice** [2] - 3:21, 4:8
**videotape** [3] - 6:19,
7:1, 7:4
**videotaped** [2] - 7:8,
7:10
**view** [3] - 53:9, 55:1,
56:20
**views** [3] - 26:6, 94:2,
94:10
**vile** [1] - 19:22
**vision** [1] - 24:8
**visited** [1] - 90:21
**vital** [1] - 17:13
**voice** [1] - 20:19
**void** [1] - 102:21
**voir** [6] - 4:10, 4:11,
16:22, 18:11, 47:1
**Voluntary** [1] - 37:9
**volunteer** [1] - 25:15
**VON** [1] - 1:17
**Von** [3] - 3:12, 21:7,
21:10
**vote** [1] - 19:17
**voting** [2] - 14:5,
19:17
**vs** [1] - 1:4

**W**

**wait** [3] - 10:18, 28:5,
52:12
**waiting** [6] - 11:5,
11:19, 18:8, 18:15,
99:24
**walk** [1] - 70:2
**walkie** [1] - 29:1
**walkie-talkies** [1] -
29:1
**walking** [1] - 82:20
**Wandrea** [3] - 12:1,
18:21, 22:20
**Wandrea'** [1] - 20:22
**wants** [2] - 8:4, 17:14

**warn** [1] - 35:16
**Washington** [6] - 1:6,
1:14, 2:10, 48:2,
51:13, 67:12
**watch** [5] - 67:22,
80:15, 90:22, 92:1,
92:3
**watched** [3] - 71:9,
93:17
**watchers** [1] - 19:13
**water** [1] - 80:10
**Watson** [1] - 22:23
**wear** [1] - 12:8
**web** [7] - 73:3, 73:6,
73:7, 73:10, 73:15,
85:10, 86:2
**website** [1] - 73:8
**Wednesday** [2] - 56:1,
69:22
**week** [25] - 23:24,
24:5, 40:19, 49:16,
49:24, 50:2, 50:3,
52:25, 53:1, 53:7,
54:13, 54:19, 54:20,
55:7, 55:24, 56:1,
56:13, 57:18, 57:19,
69:21, 87:22, 88:2,
89:9
**weeks** [6] - 24:5,
40:20, 49:7, 49:12,
66:13, 69:15
**welcome** [3] - 11:18,
12:8, 35:1
**whatsoever** [1] - 57:8
**Whitney** [3] - 3:20,
3:21, 4:9
**whole** [1] - 17:25
**wide** [1] - 38:11
**wide-ranging** [1] -
38:11
**wild** [4] - 43:1, 43:4,
43:6, 43:8
**wilderness** [3] - 43:1,
43:3, 43:4
**willful** [1] - 20:3
**Willkie** [7] - 1:13, 3:9,
3:11, 4:3, 4:4, 21:4,
21:11
**Willow** [1] - 45:22
**wish** [2] - 17:11, 18:9
**witness** [11] - 23:5,
24:15, 27:5, 27:6,
27:19, 50:10, 51:15,
58:14, 61:10, 70:9,
71:11
**witnesses** [3] - 22:20,
24:12, 36:17
**wondered** [2] - 4:9,
8:1
**wondering** [5] - 34:3,

38:2, 81:17, 81:19,
82:1
**word** [1] - 38:18
**work-related** [1] -
54:20
**worker's** [2] - 81:18,
82:1
**workers** [2] - 18:25,
48:7
**working-class** [2] -
54:23, 54:24
**workman's** [1] - 82:6
**works** [2] - 56:25,
88:20
**wrapped** [1] - 54:12
**write** [2] - 6:25, 14:19
**written** [1] - 61:22
**wrongful** [1] - 25:11
**WWG1WGA** [1] - 26:3

## Y

**year** [9] - 45:5, 46:1,
47:22, 57:5, 63:2,
91:22, 91:23, 94:1
**years** [35] - 13:18,
29:24, 30:8, 32:9,
33:1, 33:2, 33:3,
33:4, 33:6, 34:8,
34:16, 36:10, 37:14,
43:11, 47:11, 47:13,
48:9, 58:21, 59:2,
60:6, 62:8, 63:3,
63:6, 68:3, 70:13,
74:1, 74:17, 76:22,
84:22, 85:18, 88:18,
91:20, 92:19
**York** [2] - 19:3, 51:15
**you-all** [1] - 54:14
**Young** [1] - 48:3
**young** [1] - 9:17
**yourself** [5] - 5:11,
42:22, 47:6, 76:3,
85:12
**yourselves** [1] - 3:6