UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
RUBY FREEMAN, et al.,            )  Civil Action
              Plaintiffs,        )  No. 21-3354
vs.                              )
                                 )
RUDOLPH GIULIANI,                )  December 12, 2023
                                 )  9:03 a.m.
              Defendant.         )  Washington, D.C.
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**\* <u>Morning Session</u> \***
**TRANSCRIPT OF TRIAL**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT JUDGE**

<u>**APPEARANCES**</u>:


FOR PLAINTIFFS:     MICHAEL GOTTLIEB
                    MERYL CONANT GOVERNSKI
                    ANNIE HOUGHTON-LARSEN
                    AARON NATHAN
                    Willkie Farr & Gallagher LLP
                    1875 K Street, Suite 100
                    Washington, DC 20006
                    (202) 303-1016
                    Email: mgovernski@willkie.com


                    VON A. DuBOSE
                    DuBose Miller
                    75 14th Street NE
                    Atlanta, GA 30309
                    (404) 720-8111
                    Email:  miller@dubosemiller.com


                    JOHN LANGFORD
                    Protect Democracy
                    555 W. 5th Street
                    Los Angeles, CA 90013
                    (919) 619-9819
                    Email: john.langford@protectdemocracy.org


***(Appearances Continued)***

<u>APPEARANCES</u>:   (Continued)


FOR DEFENSE:    JOSEPH D. SIBLEY, IV
                Camara & Sibley LLP
                1108 Lavaca Street
                Suite 110263
                Austin, TX 78701
                (713) 966-6789
                Email: sibley@camarasibley.com




Court Reporter:  ELIZABETH SAINT-LOTH, RPR, FCRR
                 Official Court Reporter
                 Washington, D.C.  20001


          Proceedings reported by machine shorthand.
      Transcript produced by computer-aided transcription.

1                  **P R O C E E D I N G**

2              THE COURTROOM DEPUTY:  Your Honor, this is Civil

3       Action 21-3354, Ruby Freeman, et al., versus Rudy Giuliani.

4              Would the parties please come forward to the

5       lectern, identify yourselves for the record.  We'll start

6       with plaintiffs' counsel first this morning.

7              MR. GOTTLIEB:  Good morning, Your Honor.

8       Mike Gottlieb from Willkie Farr & Gallagher on behalf of the

9       plaintiffs.  With me at counsel table again today is Meryl

10      Governski; Annie Houghton-Larsen from Wilke Farr &

11      Gallagher; Von DuBose from DuBose Miller; John Langford from

12      Protect Democracy; and our clients, Ruby Freeman and Shaye

13      Moss.

14             THE COURT:  Good morning.

15             MR. SIBLEY:  Good morning, Your Honor.

16      Joe Sibley on behalf of Defendant Giuliani.

17             THE COURT:  Good morning.

18             All right.  So you-all were busy yesterday after

19      court.  I received two filings.  I'd like to have the jury

20      in the box at the time I tell them to be in the box, so I am

21      not going to be able to address both filings.

22             I do want to start with Mr. Sibley's response to

23      my minute order yesterday to explain the nature of his --

24      which exhibits he's actually objecting to, given the fact

25      that -- as to the six exhibits that he mentioned in his

1   notice there were no objections noted to those exhibits in

2   the joint pretrial statement, which gives a heads-up to all

3   of us.  We are all lawyers, we don't like surprises, we like

4   to be prepared.  I like to have all of the evidence going in

5   as smoothly as possible to save the time of the citizens of

6   the District sitting in the jury box.

7          There were no objections noted in the joint

8   pretrial statement to the six exhibits.  There were a batch

9   admitted yesterday with the consent of the defendant.

10          And so, clearly, given the late raising of

11  objections, we all wanted clarity.  What is the defendant

12  objecting to in terms of those exhibits?

13          I see that there are six exhibits -- 234, 312,

14  335, 336, 338, and 523 -- for which the defendant has raised

15  objections.

16          I have to tell you, Mr. Sibley, I found your

17  filing totally unhelpful citing regrounds raised in

18  Documents 110 and 114.  This docket is huge.  Each of those

19  exhibits deals with a bunch of different things.

20          I don't know what your objection is to those

21  exhibits.  I don't know what those exhibits are.  So your

22  filing, basically, doesn't tell me what aspect of those

23  documents raised 402 or 403 objections as to relevance or

24  how they're prejudicial, why they're objectionable under the

25  rulings of 110 and 114.  It's just virtually unintelligible.

1          I think the best that can be said about that

2     filing, Mr. Sibley, is that at least the plaintiffs and

3     Court have notice that, when those exhibits start being

4     used, you are going to object to them and maybe amplify what

5     the basis for your objections are.

6          Let me just make it clear.  When I said that you

7     don't have to constantly repeat objections as to my

8     evidentiary rulings that have been made, I was relying on

9     Federal Rule of Evidence 103(b), which states:  Once the

10    court rules definitively on the record, either before or at

11    trial, a party need not renew an objection or offer of proof

12    to preserve a claim of error for appeal.

13         Fine.  That's the general rule, so we don't -- we

14    can continue to have expeditious trials without constant

15    reiterating of objections that have already been ruled on.

16         What that rule doesn't cover in situations like

17    the admission of exhibits to which no objection has been

18    raised -- twice by the defendant -- is what objection to

19    those are you trying to preserve.

20         So I think, going forward, you are going to

21    need -- when we're getting to exhibits -- to detail

22    precisely what your objection is, don't refer to a general

23    document.  You have got to -- you have got to explain

24    yourself, otherwise it's really unclear, for purposes of

25    appeal, what you're objecting to or why; and it doesn't tee

1    it up for me to make any kind of ruling.  Your objections

2    have to be intelligible.

3            In addition, your filing reiterated your objection

4    that I already rejected orally during the first day of trial

5    as to Regina Scott and the documents presented with Regina

6    Scott; and I think your objection is that there were really

7    undisclosed expert reports at the outset.  That is an

8    objection that is totally untimely since pretrial motions,

9    as to things like this, were due back in October and should

10   have been part of a pretrial motion.  Totally untimely, and

11   could be considered waived.

12           But in any event, for all of the reasons I gave on

13   the merits, my view is that Regina Scott and the Jensen

14   Hughes reports were basically data collection efforts,

15   collation efforts, and then reporting on that data

16   collection, people who have -- who can read, have reading

17   comprehension, some search skills; that is not expertise.

18   And that testimony and those records do not amount to expert

19   testimony.  So, again, that objection is rejected.

20           Okay.  Let me turn to the plaintiffs' motion

21   in limine.  Stay right where you are because I want to start

22   with you, Mr. Sibley.

23           Plaintiffs' motion in limine indicates, and I

24   quote:  Upon leaving the courthouse, Defendant Giuliani

25   stopped to say to an assembled group of the press:  When I

1    testify, the whole story will be definitively clear that

2    what I said was true and that whatever happened to them,

3    which is unfortunate about other people overreacting,

4    everything I said about them is true.

5                Citing the press report.

6                When asked whether he regretted his actions,

7    Defendant Giuliani stated:  Of course I don't regret it.  I

8    told the truth, they were engaging in changing votes.

9                He said that yesterday, which could support

10   another defamation claim.  Mr. Sibley, do you understand

11   that?  Have you explained that to your client?

12               MR. SIBLEY:  I have, Your Honor.

13               THE COURT:  Okay.

14               MR. SIBLEY:  And I do understand.

15               THE COURT:  So when the reporter pointed out there

16   was no proof of that, Mr. Giuliani stated:  You are damn

17   right there is; stay tuned.

18               Okay.  So let me just say, the disadvantage of

19   entering a default judgment against Mr. Giuliani for

20   discovery failures is not -- the plaintiffs don't have the

21   opportunity to put on all of their evidence about the

22   falsity of Mr. Giuliani's statements.  And maybe that was

23   part of Mr. Giuliani's strategy, to avoid having full and

24   fair examination of the falsity of his statements about the

25   plaintiffs in a court of law before a fair and impartial

1   jury.  So with -- prior stipulations certainly showed his

2   preference to bypass a fair examination of the falsity of

3   his statements.  So that was what he intended, those

4   stipulations.

5           So let me ask you, first off, Mr. Sibley, when you

6   said yesterday in your opening statements that the

7   plaintiffs were good people and did not deserve what

8   happened to them, were you speaking only for yourself, or

9   were you speaking for Mr. Giuliani?

10          MR. SIBLEY:  I believe I am speaking for both of

11  us, Your Honor.

12          THE COURT:  Well, how do you reconcile those

13  statements you made in your opening to this jury with his

14  statements yesterday --

15          MR. SIBLEY:  I am not sure --

16          THE COURT:  -- after court that they engaged in

17  criminal conduct, again?

18          MR. SIBLEY:  I don't know that those statements

19  were made in the way they report it; I don't know that, I

20  wasn't there.  I wasn't with him when these statements were

21  allegedly made.

22          THE COURT:  So Mr. Giuliani is denying that he

23  made those statements to the reporter; is that right?

24          MR. SIBLEY:  I don't know whether he is denying --

25          THE COURT:  Why don't you check?  He is right

 1    there.

 2              MR. SIBLEY:  -- with specificity --

 3              THE COURT:  Why don't you check with Mr. Giuliani.

 4              MR. SIBLEY:  Well, can I get a transcript?  I

 5    guess --

 6              THE COURT:  No, no.

 7              MR. SIBLEY:  -- he --

 8              THE COURT:  Why don't you ask him, did he make

 9    those statements.

10              THE DEFENDANT:  Yes.  Of course I did.

11              THE COURT:  Okay.  So there you go, Mr. Sibley.

12    Of course he did.  He made those statements, that's why I

13    was quoting directly from them.

14              How are we supposed to reconcile that, Mr. Sibley?

15              MR. SIBLEY:  Well, I am not sure how it's

16    reconciled exactly, but --

17              THE COURT:  Okay.

18              MR. SIBLEY:  -- I think there's this

19    conflicting --

20              THE COURT:  Thank you for your honesty.  I just

21    want to make sure I wasn't missing something.

22              MR. SIBLEY:  And in any respect, the Court has

23    already ordered that we can't raise those issues at trial.

24    So I have explained that to him.  I have explained that this

25    trial will not involve trying to prove the truth of any of

1    these statements.

2            THE COURT:  Well, let me ask you one other thing.

3    I mean, they're unreconcilable statements, your opening

4    statements, making causative comments about the plaintiffs

5    versus Mr. Giuliani's quite negative, defamatory statements

6    about them, yet again, after court yesterday,

7    irreconcilable.  But was Mr. Giuliani just playing for the

8    cameras or the media yesterday?

9            MR. SIBLEY:  I am not sure, Your Honor.  I think

10   he is -- I think this has taken a bit of a toll on him.  He

11   is almost 80 years old and, you know, this is very --

12   it's -- you know, it's taking a toll on him.  And I think he

13   was -- you know, sitting here all day in trial at his age is

14   difficult on him.  I have counseled him and talked to him

15   about it.  And I'm -- I can't control everything he does,

16   Your Honor, but I will give you my commitment that I will --

17           THE COURT:  Well, that was going to lead,

18   Mr. Sibley, to my next question.

19           Do you have questions about whether Mr. Giuliani

20   at his age, and the capacity, acuity issues you are raising,

21   do you think that that is an issue in this case?

22           MR. SIBLEY:  I haven't seen that to that level,

23   Your Honor.  I am just saying, you know, that there are

24   health concerns with Mr. Giuliani that make sitting through

25   a multiday trial and the stress of it --

1          THE COURT:  Because from where I sit, so the

2     record is clear, Mr. Giuliani pays close attention.  He is

3     responsive, appropriately, to questions, even when they're

4     not directed at him.  He is following everything I am saying

5     quite closely.  I don't see any of those issues.

6          And I just wanted to be clear, since you were

7     intimating something about his age and the length of the

8     trial and his health, I just want it to be clear that that's

9     not -- based on the record I am seeing, he seems perfectly

10    capable of following instructions should he be given

11    instructions by the Court.

12         But do you have concerns about that, Mr. Sibley?

13    Because that's what the plaintiffs are asking for,

14    instructions about precluding Mr. Giuliani when he testifies

15    or when he gives you instructions about arguments to make

16    about not making certain statements or arguments.

17         So the first thing I want to be clear about is:

18    Can he follow instructions?

19         MR. SIBLEY:  Well, the answer, of course, is yes,

20    I believe he can follow instructions.  But I need to -- it's

21    going to be a day or so before he would get on the stand.

22    And before that happens I think, you know, I need to -- in

23    order to make sure that, you know, we comply with the

24    Court's orders and I don't put him in a situation where we

25    have an unfortunate exchange when he is on the witness

```
 1    stand, I need to make sure that he can appropriately -- will
 2    appropriately follow the Court's orders.
 3                THE COURT:  So let me just ask one other thing.
 4                I mean, it was a fairly blunt question about
 5    whether you believe you will have success in keeping
 6    Mr. Giuliani from speaking about matters he has been
 7    instructed not to; and I think your response is:  You think
 8    you can.
 9                MR. SIBLEY:  I think I can.
10                THE COURT:  Am I understanding that correctly?
11                MR. SIBLEY:  I believe I will in the courtroom.  I
12    can't control what happens outside the courtroom.
13                THE COURT:  Got it.  Got it.
14                MR. SIBLEY:  So what he says outside the
15    courtroom --
16                THE COURT:  And you have already cautioned him
17    that if he keeps making defamatory statements he's just
18    creating an additional --
19                MR. SIBLEY:  I think Mr. Giuliani's well aware of
20    the law of defamation at this point, Your Honor.
21                THE COURT:  All right.  So let me ask one other
22    thing.
23                Mr. Giuliani's public statements that he says he
24    agrees he made them, suggests that he intended to testify
25    that his defamatory statements were true and he did not
```

1      cause plaintiffs harm.  And the plaintiffs say that that

2      testimony should be precluded as contrary to the Court's

3      rulings on default.

4              I just want to make it clear before I hear your

5      position on the plaintiffs' preclusion instruction request,

6      so that we all understand where I'm coming from on this.

7              If Mr. Giuliani takes the stand and makes those

8      arguments, the plaintiffs who have been denied access to

9      discovery of his records and his communications would be

10     obviously severely hamstrung in conducting a thorough and

11     prompt cross-examination, to which they're entitled, of

12     Mr. Giuliani as to those statements to show, at a minimum,

13     he was reckless in continuing to make the statements that

14     they engaged in election fraud, given all of the Georgia

15     official investigations showing those were false statements

16     that he made.  So that's, at best, that he was reckless.

17             And at worst, that he's perjuring himself in order

18     to play to some other audience; that is, his audience for

19     his social media outlets.

20             So would you agree, Mr. Sibley, that that would be

21     grossly unfair to the plaintiffs if he made those statements

22     on the stand when they had been denied access to the

23     information to cross-examine him?

24             MR. SIBLEY:  I would agree that for Mr. Giuliani

25     to provide testimony on liability would be prejudicial to

 1      the plaintiffs given the posture of the case.  I would also

 2      state, though, Your Honor, that during opening presentation

 3      the plaintiffs made presentation regarding liability.

 4      Normally the way it works with the limine is no one

 5      presents -- no one brings this stuff up.  But if they

 6      continue to bring up the issues of liability -- that they

 7      don't have to because that's already been established, then

 8      that's why I had this problem yesterday.  So...

 9              THE COURT:  You know, Mr. Sibley, that's sort of a

10      complicated issue here, about the liability issues.

11      "Liability" meaning did he make false statements about them?

12      Did he defame them?  Because that goes to the punitive

13      damages, just how egregious those false statements were.

14              So I am going to give the plaintiffs leeway on

15      establishing the falsity of those statements and the falsity

16      of the repeated statements even after the Georgia official

17      investigation showing his statements were false, because

18      that's all relevant to punitive damages in addition to the

19      compensatory.  So --

20              MR. SIBLEY:  I agree, Your Honor.  I understand

21      that in order to -- they have to paint the picture --

22              THE COURT:  Exactly.

23              MR. SIBLEY:  -- for the punitive damages.  But

24      there is at some level a cumulative aspect here.  You have

25      already had a default finding of actual malice, that's about

1    as good as it gets in defamation; it's very hard to do.  So

2    I would just -- I mean, may object at some point that it's

3    cumulative because it's going to be more difficult to

4    manage --

5                THE COURT:  And you will make the objections you

6    feel appropriate.  I get it.

7                Okay.  So it's time --

8                MR. SIBLEY:  Your Honor, may I be heard -- 10

9    seconds on the prior issue about the objections.

10               THE COURT:  Make your record.

11               MR. SIBLEY:  The basis is that in the hypothetical

12   world where you granted our objection, we think some of that

13   stuff is irrelevant because it's beyond the scope of the

14   claims; that's it.  I think the law of the case has

15   established what the scope of the claims are.  I just wanted

16   to make sure that we're not accused of trying this by

17   consent or something to the expansion of the claims.  That's

18   really it; it's pretty simple.

19               And I don't want to waste time objecting to things

20   on grounds that the Court has already -- you know, it'd be

21   like if we objected to an amended complaint and the Court

22   granted it, I don't think I should have to object to the

23   expansion of the complaint every time evidence is presented;

24   but I just want to make sure we're -- you know, we don't --

25   be accused of having tried that by consent.  That's all.

```
1              THE COURT:  And I am concerned, Mr. Sibley, about

2     having a clear record for inevitable appeal in this case as

3     to -- so that I have had an opportunity to rule and the

4     Circuit reviewing -- the Circuit panel reviewing this case

5     has the benefit of how I viewed it at the time, you know,

6     for better or for worse.

7              So as to the exhibits, I need to know precisely

8     what the 402 and 403 nature of the objections are.  Anyway,

9     so --

10             MR. SIBLEY:  I understand, Your Honor.  I

11    apologize for my --

12             THE COURT:  -- we're running a little late now.

13             I will deal with the plaintiffs' motion in limine

14    a little later.  I want to bring the jury in.

15             Are the parties ready for the jury?  Plaintiffs?

16             MR. GOTTLIEB:  Yes, Your Honor.

17             THE COURT:  Mr. Sibley?

18             MR. SIBLEY:  Yes, Your Honor.

19             THE COURT:  Okay.  And who is going to be the

20    plaintiffs' next witness?

21             MR. LANGFORD:  I will, Your Honor.

22             THE COURT:  Well, you are not going to be the

23    witness; you are the examiner.

24             Who is your next witness?

25             MR. LANGFORD:  The next witness is going to be
```

```
1    Frank Braun.  He is one of the Georgia investigators.
2              THE COURT:  Okay.  So is that going to be by
3    deposition?
4              MR. LANGFORD:  It will be by deposition, Your
5    Honor.
6              THE COURT:  Okay.
7              MR. LANGFORD:  Your Honor, we can speed things up
8    by handing up the binders now of the deposition designations
9    of the exhibits that will be admitted through the
10   depositions, if that's helpful.  Or we can do it in front of
11   the jury, whatever you prefer.
12             THE COURT:  Why don't we wait until the jury comes
13   in because we're probably going to be in the midst of doing
14   that, and you can explain that.
15             MR. LANGFORD:  Yes.
16             (Whereupon, the jury enters the courtroom.)
17             THE COURT:  Good morning, ladies and gentlemen.  I
18   hope you had a pleasant evening.
19             A JUROR:  Good morning.
20             THE COURT:  I know some of you were here even
21   before eight o'clock this morning.  Thank you for your
22   punctuality this morning.  Sorry for the delay, we had some
23   preliminary legal matters we had to take up.
24             All right.  Could the plaintiffs step forward and
25   tell me who your next witness is, and tell the jury as well.
```

```
1              MR. LANGFORD:  Good morning, Your Honor.

2              Good morning, Ladies and Gentlemen of the Jury.

3              Your Honor --

4              THE COURT:  Would you introduce yourself for the

5    purposes of the jury today.

6              MR. LANGFORD:  Sure.

7              My name is John Langford.  I am counsel for Ruby

8    Freeman and Shaye Moss, along with my colleagues.

9              THE COURT:  And your next witness is?

10             MR. LANGFORD:  Your Honor, plaintiffs now call

11   Mr. Frank Braun.  His testimony will be shown via deposition

12   designation.

13             And before his testimony, I would like to admit

14   the documents that will be referenced in Mr. Braun's

15   testimony as well as the deposition designation transcript.

16             THE COURT:  Okay.  Just one second.

17             Just for the logistics, Mr. Braun's testimony is

18   by video deposition.

19             MR. LANGFORD:  Yes, Your Honor.

20             THE COURT:  So we're going to have his video on.

21   And then, during his deposition, you are going to be

22   discussing certain exhibits with him; is that right?

23             MR. LANGFORD:  Yes, Your Honor.  That's correct.

24             THE COURT:  How are we going to see the exhibits

25   while we're also watching the video?
```

```
1              MR. LANGFORD:  We're not actually going to show

2       the exhibits and the video, we're just going to watch the

3       deposition, but...

4              Sorry.  Oh, we have now put them side by side for

5       everyone's convenience.  We will see the exhibits as we're

6       watching the deposition.

7              THE COURT:  Isn't technology wonderful?

8              MR. LANGFORD:  Yes.

9              THE COURT:  Okay.  I was curious about how that

10      was going to work.  Okay.  Thank you.

11             All right.  So let's move on to the exhibits.  You

12      want to introduce those now or seek their admission now?

13             MR. LANGFORD:  Yes, Your Honor.

14             THE COURT:  And the exhibits are?

15             MR. LANGFORD:  PTX 244, Plaintiffs' Exhibit 279;

16      Plaintiffs' Exhibit 292 --

17             THE COURT:  292, okay.

18             You don't have to keep saying "Plaintiffs'

19      Exhibit," just give me the numbers.

20             MR. LANGFORD:  396.  And then the deposition

21      designation itself is 590.

22             THE COURT:  590.

23             MR. LANGFORD:  Correct.

24             THE COURT:  That's the actual transcript -- just

25      to make sure I understand exactly what it is, that is the
```

1        transcript of what we're going to be seeing on the video?

2               MR. LANGFORD:  That's correct, Your Honor.

3               THE COURT:  Okay.  And, Mr. Sibley, any objection

4        to 244, 279, 292, 396, and 590?

5               MR. SIBLEY:  If it was not on the -- no objection,

6        Your Honor.

7               THE COURT:  Okay.  So 244, 279, 292, 396, and 590

8        will be admitted, no objection.

9               (Plaintiffs' Exhibits 244, 279, 292, 396, and 590

10       admitted.)

11              MR. LANGFORD:  Thank you.

12              THE COURT:  All right.  Let's roll the cameras.

13              (Whereupon, the videotape deposition of

14       FRANK BRAUN was published for the jury.)

15              THE COURT:  Does that conclude Mr. Braun's

16       testimony?

17              MR. LANGFORD:  That does, Your Honor.

18              THE COURT:  Okay.  And just so that I am clear and

19       the jury is clear, one of the exhibits is this entire

20       transcript; is that correct?

21              MR. LANGFORD:  That's correct, Your Honor.

22              THE COURT:  And so that transcript will be

23       available for you to review during your deliberations.

24              All right.  Who is the plaintiffs' third witness?

25              MR. LANGFORD:  Your Honor, plaintiffs now call

```
1    Ms. Frances Watson, whose testimony will also be shown via
2    deposition designation by video.  That video is a little bit
3    shorter; it's about 24, 25 minutes.
4              I would like to just admit the documents that will
5    be referenced during Ms. Watson's testimony.  So pursuant to
6    the parties' agreement and with the Court's permission, I
7    move to admit the following exhibits:  Plaintiffs'
8    Exhibit 27, Plaintiffs' Exhibit 293, and then Plaintiffs'
9    Exhibit 591, which, again, is the deposition transcript of
10   this video.
11             THE COURT:  Any objection, Mr. Sibley?
12             MR. SIBLEY:  I'm sorry.  Can I have Mr. Langford
13   repeat that?
14             THE COURT:  Yes.
15             MR. LANGFORD:  Plaintiffs' Exhibit 27, Plaintiffs'
16   Exhibit 293, and Plaintiffs' Exhibit 591.
17             MR. SIBLEY:  No objection.
18             THE COURT:  Hearing no objection, Plaintiffs'
19   Exhibits 27, 293, and the deposition transcript from the
20   parts of the deposition being played today, 591, will be
21   admitted.
22             (Plaintiffs' Exhibits, 27, 293, and 591 admitted.)
23             MR. LANGFORD:  Thank you, Your Honor.
24             THE COURT:  All right.  Please proceed.
25             (Whereupon, the videotape deposition of
```

```
1       FRANCES WATSON was published for the jury.)

2                   THE COURT:  All right.

3                   MR. LANGFORD:  Your Honor, plaintiffs' next

4       witness is Plaintiff Wandrea ArShaye' Moss.  But before she

5       begins, this might be a good time to take a morning break,

6       if --

7                   THE COURT:  All right.  We will take a break.

8                   Ladies and gentlemen, if you recall from my

9       preliminary instructions, at a deposition, like the ones you

10      have seen this morning, all sides are represented by counsel

11      and have an opportunity for cross-examination.  And then

12      when depositions are shown, as they are at trial, there is

13      also an opportunity for one side to -- both sides to

14      designate portions of the video to be shown, including on

15      cross-examination by the defense counsel who is present.  So

16      what you are being shown now are the designated parts of the

17      deposition that the parties have agreed to be shown here

18      today, just so you are clear about that.

19                  All right.  You are excused.  We'll take a

20      ten-minute break.

21                  (Whereupon, the jury was excused.)

22                  THE COURT:  Just so you know, in my courtroom you

23      do not have to rise for the jury.  I know it's a tradition

24      in some courtrooms.  In my experience, it makes some jurors

25      feel a little bit intimidated and a lot more focused on them
```

```
1     than many jurors like.  In my courtroom, you do not stand
2     for the jury.
3              All right.  Ten minutes.
4              (Whereupon, a recess was taken.)
5              THE COURT:  All right.  Do you want to introduce
6     exhibits first so you don't have to interrupt the
7     examination?
8              MR. LANGFORD:  Yes, Your Honor.  I would like to
9     introduce exhibits first, as well as just address one very
10    small point.
11             THE COURT:  All right.
12             MR. LANGFORD:  Shall we start with the exhibits?
13             THE COURT:  Fine.
14             MR. LANGFORD:  So, Your Honor, I would like to
15    batch admit a set of exhibits that I will reference during
16    Ms. Moss's exam.  And so pursuant to the party's stipulation
17    and agreement, and with the Court's permission, I move to
18    admit the following exhibits:  Plaintiffs' Exhibit 124,
19    Plaintiffs' Exhibit 168, 169, 170, 171, 172, Plaintiffs'
20    Exhibit 174, Plaintiffs' Exhibit 176, 213, 268, 270, 382,
21    398, 400, 413, 498, 519, 556, 557, and 560.
22             THE COURT:  All right.  And none of these are
23    in -- listed in ECF No. 127 of the defendant's response to
24    my minute order from yesterday?
25             MR. LANGFORD:  No, Your Honor, I don't believe
```

```
 1    any of them are.
 2              THE COURT:  I just wanted to make sure.
 3              Okay.  And, Mr. Sibley, any objection?
 4              MR. SIBLEY:  No objection, Your Honor.
 5              THE COURT:  Okay.  They will all be admitted.
 6              MR. LANGFORD:  Thank you, Your Honor.
 7              (Whereupon, Plaintiffs' Exhibits 124, 168-172,
 8    174, 176, 213, 268, 270, 382, 398, 400, 413, 498, 519, 556,
 9    557, and 560 admitted.)
10              MR. LANGFORD:  And then the one small point is
11    that --
12              THE COURT:  Thank you very much.
13              MR. LANGFORD:  -- per our motion in limine last
14    night and the Court's orders, should Mr. Sibley on
15    cross-examination attempt to elicit testimony that goes to
16    proximate causation, we intend to object to that line of
17    cross.
18              THE COURT:  All right.
19              Okay.  Are we ready to bring the jury in?
20              MR. LANGFORD:  Sure.
21              THE COURT:  Mr. Sibley, are you ready?
22              MR. SIBLEY:  Yes, Your Honor.
23              THE COURT:  All right.  Let's bring the jury in.
24              (Whereupon, the jury returns to the courtroom.)
25              THE COURT:  Please call plaintiffs' next witness.
```

```
 1                   MR. LANGFORD:  Your Honor, plaintiffs call
 2        Plaintiff Wandrea ArShaye' Moss.
 3                   THE COURT:  Ms. Moss, please step forward.
 4                   (WANDREA ArSHAYE' MOSS, Plaintiff, sworn.)
 5                   THE COURT:  Good morning.
 6                   THE WITNESS:  Good morning.
 7                   THE COURT:  Ms. Moss, just move that microphone
 8        towards you, and you can stretch it out -- it's quite
 9        flexible -- because we want to make sure we hear you.
10                   All right.  Please proceed.
11                          DIRECT EXAMINATION
12        BY MR. LANGFORD:
13        Q.  Good morning.
14        A.  Good morning.
15        Q.  Ms. Moss, could you please introduce yourself to the
16        jury?
17        A.  Good morning, jury.  My name is Wandrea ArShaye' Moss.
18        Q.  Could you tell us a little bit about yourself?
19        A.  I am -- I am 39 years old.  I am a proud Georgia
20        resident, college graduate, a mother and former election
21        worker, registration officer.
22        Q.  Okay.  We are about to start.  Are you ready?
23        A.  Yes.
24        Q.  Ms. Moss, does November 3, 2020, mean anything to you?
25        A.  November 3, '20 -- no.  It was -- that was the day of
```

 1    the presidential election in 2020.

 2    Q.  And what were you doing that day?

 3    A.  Working.

 4    Q.  Where were you working?

 5    A.  I was working at State Farm Arena for Fulton County

 6    Registration and Elections Office.

 7    Q.  And how long had you worked for Fulton County

 8    Registrations and Elections Office?

 9    A.  Since 2012.

10    Q.  What was your role when you started in 2012?

11    A.  When I started, I was a temporary worker.  My title then

12    was records and documents clerk.  And I started in the mail

13    room, opening and sorting all the mail for the department.

14    Q.  Did you work in the mail room the whole time?

15    A.  Yes.  That was always one of my tasks, even once I

16    became permanent, yes.

17    Q.  When you started, were you assigned to a particular part

18    of the department?

19    A.  Yes, sir.  I worked in registrations.

20    Q.  And what does registrations do?

21    A.  Basically, the registration side of the department, we

22    are the ones that deal with the voters.  We do everything

23    that the voters require from changing the spelling of your

24    name to sending absentee ballot to someone that can't make

25    it to the polls.

1    Q.  How many years did you work as a temporary election

2    worker?

3    A.  Five years.

4    Q.  And what happened next?

5    A.  Then I was hired as a permanent worker.

6    Q.  How did that feel?

7    A.  When I was hired, it felt great.  I worked really hard

8    for that position, so I was -- I was so excited, I -- I

9    literally dropped to my knees and cried in front of

10   everyone.

11   Q.  Why did you cry?

12   A.  Because I worked really hard, you know, from learning

13   everything that I needed to do in order to become a

14   permanent worker.  I mean, it was like, you know, winning

15   the golden ticket with Willy Wonka.  Like, I was just so

16   proud of myself that -- that I was able to become a

17   permanent employee.

18   Q.  When you were hired as a permanent employee, were you

19   hired into a particular department?

20   A.  Yes.  I was hired on the registration side.

21   Q.  Did your role and responsibilities change?

22   A.  Yes.  As a temporary worker you basically come in and

23   you assist the permanent employees with whatever tasks that

24   they might have.

25              I didn't know at the time, but once you become

 1    permanent they don't just have one task.  A permanent

 2    employee has many tasks, and now I am the one that is

 3    getting temporary workers to come and assist me with my

 4    tasks.

 5    Q.  Did you like your job?

 6    A.  No.  I did not like my job because I loved my job.  I

 7    loved my job so much.

 8    Q.  Why did you love your job?

 9    A.  Well, first of all, the main -- one of the reasons that

10    even got me to try to pursue this job is because I knew that

11    it would make my grandmother proud.  Growing up all of my

12    life hearing stories about how, as a black woman, a lot of

13    the women before me in my family did not have that right.

14    And just as a woman, period, there was a time when women did

15    not have that right.

16           And I knew my grandmother enjoyed, like, telling

17    her friends at the senior center, you know, that her

18    grandbaby is helping with the election, and it made her

19    proud.

20           But the second thing I liked about my job is -- is

21    the absentee.  So with absentee, the mail-in ballots, that

22    is for the elderly, the disabled; people living permanently

23    overseas, the military overseas, people away at college,

24    basically anyone unable to come to the polls.  And I really

25    enjoyed helping them exercise that right when they were in a

1    position feeling like they won't be able to vote because

2    they can't make it, and I like coming through for them and

3    helping them.

4    Q.  You mentioned your grandmother.  Can you tell us a

5    little bit about her?

6    A.  My grandmother is a short, little, sweet but feisty

7    little lady.  She's very, like, into helping and into the

8    neighborhood.  She goes to the different pantries around the

9    city to get food and deliver it to other people who might

10   need food who couldn't go to the pantry.  She is very

11   educated.  She is a retired county worker herself.  She is,

12   like, the best grandmother ever.

13   Q.  And you said that you enjoyed absentee the most.  Is

14   there a particular type of voter that you most enjoyed

15   helping?

16   A.  Yes.  The elderly, disabled, the ones that are in the

17   retirement homes.  You know, they were devastated, a lot of

18   them, once they realized that they're confined to this

19   retirement home, their license has been taken away, they

20   won't be able to make it to the polls.  I enjoy not only,

21   like, saying:  Don't worry about it, I can send you an

22   absentee application.  I will highlight all the parts that

23   you need to fill out.  I will give you my card in the

24   envelope as well.  We going to pay for postage.  If you need

25   help, call me.

```
 1              And also, I would say:  Well, how many other
 2      people do you think that would -- you know, are in that
 3      situation that might need application, and I would like
 4      to -- I would send the applications in bulk to the -- the
 5      different retirement homes and the senior centers so, you
 6      know, they would feel a part of this process, too.  Because
 7      sometimes they're kind of forgotten because now everything
 8      is online, sending email or, like, you know -- they don't
 9      want to do that.  They want to talk to someone, they want to
10      go to the mailbox, you know, how it used to be.  So I enjoy
11      it.  I enjoy doing that for them.
12      Q.  Did you make friends at work?
13      A.  Yes.  They were more like family, though; we were -- we
14      were family at work.
15      Q.  And why is that?
16      A.  Because we -- we worked so many hours.  During election
17      time we worked 7:00 to 7:00, seven days a week.  And we
18      spent more time with them than our real family, celebrate
19      our kids' birthdays together, holidays together, like,
20      outside of the workplace together.  Seemed like we were
21      always working, so they became like family.
22      Q.  Were you working during the COVID-19 pandemic?
23      A.  Yes, sir.  The entire pandemic.
24      Q.  Did things change?
25      A.  As far as the workload on our absentee side, yes.  It
```

```
1    changed drastically.

2    Q.  And why was that?

3    A.  Well, like I said before, usually it's just like the

4    elderly, disabled, people overseas, and college students.

5    So a lot of times when people are celebrating on TV, whoever

6    won the election, we're still in there counting for days

7    because, you know, usually the polls will hit that -- you

8    know, over 51 percent and find the -- find the winner, but

9    during the pandemic, no one wanted to go to the polls, so

10   everyone voted absentee.

11   Q.  You said you worked the 2020 presidential election?

12   A.  Yes.

13   Q.  What was your role during that election?

14   A.  The 2020 presidential election, I was interim absentee

15   super- supervisor.

16   Q.  What is an interim absentee supervisor?

17   A.  Basically it's a temporary position that they created at

18   that time because of the -- the volume of work that we had,

19   so that's what I was.

20   Q.  How did you feel in that position going into Election

21   Day?

22   A.  I was proud.  I was proud.  I was excited.  I was ready

23   to get started.

24          Usually, I am just a part of the team, just

25   helping.  So I was excited to be in charge and able to get
```

1    my team and teach everyone how to use everything; all of the

2    rules, the law, the code book, everything.  I -- it was all

3    on me, and I knew I could do it.

4    Q.  Were the rules important to you?

5    A.  Very, very important.  Every -- every employee has a

6    copy of the election code book, and we have to take so many

7    oaths and everything goes according to that book; so, yes,

8    I -- I learned that from the mail room, that this is -- this

9    is very important, these are the codes, and these are --

10   these are the rules that we have to follow.  There's no

11   question about it.

12   Q.  And you said before you were stationed at State Farm

13   Arena.  What is State Farm Arena?

14   A.  It is the basketball arena.  It's where the -- the Hawks

15   play, the Atlanta Hawks.

16   Q.  Was Election Day a long day?

17   A.  Yes, very long day.

18   Q.  How did that election go?

19   A.  The election went well.  I was so proud of myself and my

20   team, everything was great.  All our numbers -- like,

21   everything was great.

22   Q.  What do you mean "numbers"?

23   A.  Our numbers -- our numbers were good.  Like, so in the

24   mail room, we are responsible of -- mailing out the ballots,

25   so we're responsible for receiving the ballots.  And once

1    the cutoff date to -- like, once Election Day, basically, is

2    the last day you can send in the ballots, the number that I

3    have received needs to be the same number that is on the

4    scanners collectively and also needs to be the same numbers

5    of the physical ballots with the physical envelopes to

6    match, all the numbers the same, that's -- yeah, it's very

7    important.

8    Q.  You said it all -- your numbers were what for the 2020

9    presidential election?

10   A.  Perfect.

11   Q.  Was that your first presidential election as a

12   supervisor?

13   A.  As a supervisor, yes.

14   Q.  And how did that -- how did you feel at the end of the

15   election?

16   A.  I was proud.  I was -- I was so proud.  I knew I made my

17   supervisor proud.  I knew everyone was -- you know, we did

18   great.  We -- you know, I heard it all around, that, you

19   know, it was a great election and they were proud of us.

20   Q.  Ms. Moss, does December 4, 2020, mean anything to you?

21   A.  Yes.  Yes.  December 4, 2020, was the last day I was

22   this bubbly, outgoing, happy Shaye'.  That was the day that

23   everything changed.  Everything in my life changed; the day

24   that I changed.  The day that every -- everything just

25   flipped upside down.

1    Q.  And briefly, what happened that day?

2    A.  On that day lies were spread about me and my mom, saying

3    that we weren't doing our job, we were committing fraud and

4    all these -- just all these crazy lies were spread about us

5    on that day, publicly, everywhere.

6    Q.  So take us through that day.  Do you remember what day

7    of the week it was?

8    A.  December 4th was a Friday in 2020.

9    Q.  You woke up that Friday.  What did you do?

10   A.  I woke up, my normal routine, got ready for work, headed

11   off to work.

12   Q.  What time did you get to work?

13   A.  At 8:00 a.m.

14   Q.  What did you do that morning?

15   A.  It was a normal morning.  I went to my office, you know,

16   go through security, walked into our registration side,

17   spoke to everyone, like -- made coffee, told everyone the

18   coffee is ready, sat in my cubicle, checked my email, made

19   sure my phone was on ready, and got ready to start the day.

20   Q.  And then what happened?

21   A.  And then we worked.  We were preparing for another

22   election coming up, so it was -- we just worked, had a

23   lunch, and worked some more.

24   Q.  And then what happened?

25   A.  Towards the end of the day -- towards the end of the

1    day, it was like buzz around the office because the director

2    was on our side.  When he comes to our side, everyone knows,

3    so everyone is excited.  You know, we all heard that the

4    director was on our side.

5             And my chief, Mr. Jones, came to my cubicle and he

6    said he wanted to see me in his office.  You know, of

7    course, everyone could hear, and they're all looking at me

8    and hanging out the cubicles and smiling and, you know,

9    giving me the thumbs up.  And I head into his office.

10   Q.  You said "our side."  What do you mean "our side"?

11   A.  On the registration side.

12   Q.  Side of what?

13   A.  On the registration side of the Voter Registration and

14   Elections Department.

15   Q.  Got you.

16             So the building?

17   A.  Yeah.  On -- in our department one side is the elections

18   division, and then there is like the front desk; and then

19   the other side is where all the registration offices and

20   everyone is.

21   Q.  And you said people were giving you the thumbs up.  What

22   were you thinking?

23   A.  I mean, I have never missed an election since 2012, so I

24   know how it goes.  Usually after election we'll have, like,

25   a big potluck, and sometimes they'll give plaques and

1      just -- taking the time out to, you know, give thanks and

2      give kudos to the people who are actually away from the

3      office tabulating the ballots.

4              But I'm thinking, like, maybe the least I will

5      get, you know, the plaque and noticed; my team, you know,

6      get noticed.  But the main thing that I was thinking -- I am

7      going to get this position that they created for me that I

8      worked all the pandemic, the interim absentee supervisor;

9      that's what I was thinking.

10     Q.  So you go into the office.  What happened?

11     A.  I go into the office.  And I have to close the door

12     behind me, and I notice I am the only one cheesing and

13     looking happy.  And then I am shown these videos, these

14     lies, these -- everything that's been going on that I had no

15     clue about.

16     Q.  I want to show you our first exhibit.

17             MR. LANGFORD:  Your Honor, I'm confirming that

18     Plaintiff's Exhibit 237 has been admitted into evidence.

19             THE COURT:  Is that from yesterday?

20             MR. LANGFORD:  Yes, Your Honor.  I'm sorry.  There

21     will be a few of those.

22             THE COURT:  Okay.  Yes.

23             Any objection, Mr. Sibley?

24             MR. SIBLEY:  I'm sorry.  Which exhibit number,

25     again, Your Honor?

```
 1                    MR. LANGFORD:  237.

 2                    MR. SIBLEY:  No objection, Your Honor.

 3                    MR. LANGFORD:  Mr. Spalding, can we pull that up

 4       and publish it to the jury?

 5                    (Whereupon, an exhibit was published.)

 6       BY MR. LANGFORD:

 7       Q.  Ms. Moss, it will be in your binder and on your screen.

 8                    Ms. Moss, what is the date of this tweet?

 9       A.  December 3, 2020.

10       Q.  Have you watched the video?

11       A.  Yes, sir.

12       Q.  When did you first see this?

13       A.  In Mr. Jones' office with Mr. Jones and Mr. Barron.

14       Q.  The video in this tweet is Plaintiffs' Exhibit 560,

15       which we just admitted into evidence.

16                    MR. LANGFORD:  I would like to publish that to the

17       jury now.

18                    THE COURT:  Yes, you may publish.

19                    MR. LANGFORD:  Mr. Spalding, can you pull this up.

20       And for the record, we're just going to play a clip of it,

21       which is time-marked 000 to the 36-second mark.

22                    (Whereupon, an exhibit was published.)

23       BY MR. LANGFORD:

24       Q.  And, Ms. Moss, who is the woman in blond braids?

25       A.  That is me.  That's me.
```

1    Q.  If we look at 237, which is behind 560, do you see where

2    Mr. Giuliani says:  Watch.  Video footage from Georgia shows

3    suitcases filled with ballots pulled from under a table

4    after supervisors told poll workers to leave room and four

5    people stayed behind to keep counting votes.

6              Is that what people were seeing in the video

7    showed?

8    A.  Yes.

9    Q.  Is that true?

10   A.  No.

11   Q.  Were those even suitcases?

12   A.  No.

13   Q.  Who are the supervisors he is referring to?

14   A.  Me.

15   Q.  What does the video actually show?

16   A.  The video shows us working very hard to make sure every

17   vote is counted.

18   Q.  Sitting in your supervisor's office watching this on

19   December 4th, what were you thinking?

20   A.  I didn't know what to think.  I was so confused and

21   shocked and -- I didn't know what to think.  I was

22   dumbfounded.

23   Q.  Did you learn anything in your supervisor's office?

24   A.  Yes.  I learned that I had been receiving all types of

25   hateful, racist, violent, nasty, negative messages, yeah.

```
1    Q.  Ms. Moss, could you turn to Plaintiffs' Exhibit 268 in

2    your binder.

3    A.  (Witness complied.)

4         MR. LANGFORD:  Your Honor, Plaintiff's Exhibit 268

5    has been admitted into evidence.

6         Mr. Spalding, could you please pull that up and

7    publish it to the jury.

8         (Whereupon, an exhibit was published.)

9    BY MR. LANGFORD:

10   Q.  Ms. Moss, what are we looking at?

11   A.  The messages that I was just speaking of.

12   Q.  Who is ArShaye'?

13   A.  That's me.  That's my middle name.

14   Q.  Do you know this person messaging you?

15   A.  No.

16   Q.  What's the date of these messages?

17   A.  December 4, 2020.

18   Q.  I want to direct your attention to where this person is

19   accusing you of treason, treasonous acts.

20        What did you understand "treason" meant?

21   A.  That -- threats -- I had no clue.  I didn't know what it

22   meant.  I thought it was just some old-time words from

23   like -- I don't know.  I was thinking about like maybe Paul

24   Revere.  I don't know, Bridgerton or some type of stuff.  I

25   didn't know what it was, I just know it was, like, an older
```

 1    word.  I didn't know, like, what it exactly meant.

 2    Q.  Did you try to learn what "treason" meant?

 3    A.  No.  I was not -- that was not my thought, to learn what

 4    it meant.  I just wanted to know if whatever that was, can

 5    people just think I did that and hang me.  Like, they kept

 6    telling me that it's punishable by death, and they can --

 7    they can hang me, they can hang my mom; that was my -- that

 8    was concern.

 9    Q.  Looking at your phone that day, how many -- do you know

10    how many messages you had received?

11    A.  It's too many to count.  I don't -- I don't know.

12                MR. LANGFORD:  Okay.  Let's take that down.

13    BY MR. LANGFORD:

14    Q.  What was the rest of your workday like?

15    A.  Well --

16                MR. SIBLEY:  Your Honor, objection.  Vague as to

17    the day that he is referring to.  Is it December 4th?  I am

18    just not sure which day she's referring to, the question.

19                THE COURT:  You can just clarify that in your

20    question.

21                MR. LANGFORD:  Sure.

22    BY MR. LANGFORD:

23    Q.  What was the rest of your workday like on December 4th?

24    A.  On December 4th, that same day, after I left out of the

25    office and everything, it was -- I was just confused.  I

1    was, like, immediately fearful from reading all of these

2    things.  I went back to my cubicle.  No one was smiling.  No

3    one, like -- it was just a total flip, like, a total change.

4    I was trying to work, but I could not concentrate.  I was

5    looking -- I was looking at the messages.  I was reading

6    them.  I was trying to figure out what and why and -- and,

7    like -- it didn't make sense, any sense at all.

8    Q.  Were people still talking about you that evening,

9    December 4, 2020?

10   A.  Yes.

11   Q.  I am going to show you our next exhibit.

12            MR. LANGFORD:  Your Honor, this is Plaintiffs'

13   Exhibit 251, which has been admitted into evidence.

14            Mr. Spalding has pulled it up, if we could publish

15   that to the jury.

16            THE COURT:  251?

17            MR. LANGFORD:  251.

18            THE COURT:  Yes.  It's been admitted.  It can be

19   published.

20            (Whereupon, an exhibit was published.)

21   BY MR. LANGFORD:

22   Q.  Ms. Moss, this is a December 4, 2020, episode of

23   Mr. Giuliani's show, which he called *Common Sense*.  We're

24   not going to watch the whole episode, but just two seconds.

25            So for the record, we're first going to watch

```
1    Plaintiffs' Exhibit 251 from 9 minutes and 43 seconds to 10

2    minutes and 19 seconds.

3              THE COURT:  And what's the date of this?

4              MR. LANGFORD:  This is from December 4, 2020.

5              THE COURT:  And where is Common Sense?  I mean,

6    how do you access that?  Is it on television?  What is it?

7              MR. LANGFORD:  It's on Rumble.  It's on

8    rudygiulianics.com.  It was often --

9              THE COURT:  So it's only online?

10             MR. LANGFORD:  As far as I know, this was only

11   online.

12             THE COURT:  Okay.  I think it's important for the

13   jury to understand access, where these things are accessed.

14   When we see something that says "television," you know, Fox

15   News, we know how it's accessible; but other things, I think

16   it's important to be clear how it's accessible.

17             Okay.  Proceed.

18             (Whereupon, an exhibit was published.)

19             MR. LANGFORD:  For the record, we're now going to

20   watch Plaintiffs' Exhibit 251 from 18 minutes and 44 seconds

21   to 18 minutes and 50 seconds.

22             (Whereupon, an exhibit was published.)

23   BY MR. LANGFORD:

24   Q.  Ms. Moss, what's your reaction watching that video?

25   A.  My reaction is:  How can someone with so much power go
```

1    public and talk about things that he obviously has no clue

2    about?  It's -- I mean, it's just obvious that it's lies.

3    And my reaction is -- is, like, it's hurtful.  It's untrue.

4    It's unfair.

5    Q.  Ms. Moss, is any of it, what he said, true?

6    A.  No.  Nothing he said was true.

7    Q.  What did the video that he's talking about actually

8    show?

9    A.  It showed us working.

10   Q.  So what was the night of December 4, 2020 like?

11   A.  Well, it was just a lot of confusion, a lot of fear.

12          I have to walk about three blocks from my job to

13   the parking lot, and I was just afraid from -- from hearing

14   all of the violent things that people were saying that they

15   want to do or have the right to do.  I had to go home and --

16   and sit with that and -- and continue to read them as they

17   come in.  It was -- it was a lot of -- it was very

18   emotional.  I felt lost.  I felt confused.  I was a mess.

19   Q.  You said messages were still coming in?

20   A.  Yes.

21          MR. LANGFORD:  Your Honor, I'm confirming that

22   Plaintiffs' Exhibit 128 has been admitted into evidence.

23          THE COURT:  Mr. Coates, has it been admitted?

24          THE COURTROOM DEPUTY:  Yes, it has, Your Honor.

25          THE COURT:  Okay.  It may be published.

```
 1                    (Whereupon, an exhibit was published.)

 2       BY MR. LANGFORD:

 3       Q.  Ms. Moss, this is a December 4th message to your

 4       Facebook Messenger.  We'll let everyone read this message

 5       for themselves.

 6               Is this the kind of message you were getting that

 7       night?

 8       A.  Yes.

 9               MR. LANGFORD:  Your Honor, I would like to confirm

10       that Plaintiffs' Exhibit 124 has been admitted into

11       evidence.

12               THE COURT:  And, Mr. Coates?

13               THE COURTROOM DEPUTY:  It's admitted, Your Honor.

14               THE COURT:  It has been admitted?

15               THE COURTROOM DEPUTY:  Yes.

16               THE COURT:  Okay.  It has been admitted; it may be

17       published.

18               MR. LANGFORD:  Let's publish this to the jury.

19                    (Whereupon, an exhibit was published.)

20       BY MR. LANGFORD:

21       Q.  Ms. Moss, what is this?

22       A.  It's more messages.  It's more messages to my Facebook.

23       Q.  What's the date on all of these?

24       A.  December 4, 2020.

25       Q.  Can you read that top message?
```

1     A.  "Be glad it's 2020 and not 1920."

2     Q.  Do you remember this?

3     A.  I will never forget it.

4     Q.  How do you feel -- how did you feel reading that?

5     A.  It was hurtful.  I mean, everybody knows exactly what a

6     black woman would be doing in 1920.  I mean, it's -- it's

7     hurtful.  It's hurtful that that's the way these people feel

8     that -- I'm, like, breaking my back to make sure their vote

9     counts.  It's just hurtful.

10          MR. LANGFORD:  Okay.  We can take that down.

11    BY MR. LANGFORD:

12    Q.  That was all Friday, December 4, 2020?

13    A.  Yes, sir.

14    Q.  What did you do after that?

15    A.  Well, on -- on Saturday, December 5th, the following

16    day, I -- I went into my hair salon, and I asked my stylist

17    to make it so that the same person that she just saw walk in

18    here is not the same person that's about to leave.  I asked

19    her to just cut my hair, and I died it, like, this

20    strawberry-blondish color.

21          MR. LANGFORD:  Your Honor, Plaintiffs' Exhibit 556

22    has been admitted into evidence.

23          THE COURT:  Which number?

24          MR. LANGFORD:  556.

25          THE COURT:  Yes.  It may be published.

```
 1                    MR. LANGFORD:  We will publish this to the jury.

 2                    (Whereupon, an exhibit was published.)

 3     BY MR. LANGFORD:

 4     Q.  Ms. Moss, do you recognize this photo?

 5     A.  Yes, sir.

 6     Q.  What is this?

 7     A.  That's a picture that I took on Election Day, 2020,

 8     coming back from lunch.

 9                    MR. LANGFORD:  Your Honor, Plaintiffs' Exhibit 557

10     has also been admitted into evidence.

11                    THE COURT:  Yes.  It may be published.

12                    MR. LANGFORD:  Let's publish that beside 556.

13                    (Whereupon, an exhibit was published.)

14     BY MR. LANGFORD:

15     Q.  Ms. Moss, do you recognize this photo?

16     A.  Yes.

17     Q.  What is this?

18     A.  That's me the very next day, the puffy face from crying

19     all night.  That's me.

20     Q.  Why did you change your hair?

21     A.  Because everyone knew -- everyone knew who I was.  They

22     were, like, saying my whole government name, nickname, momma

23     name.  Like, everyone knew who I was.  Everyone knew where I

24     worked.  Everyone knew, you know, everything.  And -- and

25     people aren't afraid to come up to you and -- and, you know,
```

 1    accuse you of the lies that they have heard.

 2              I was afraid for my life.  Like, I literally felt

 3    like someone is going to come and attempt to hang me, and

 4    there is nothing that anyone will be able to do about it.

 5              MR. LANGFORD:  Okay.  We can take this down.

 6    BY MR. LANGFORD:

 7    Q.  Were people continuing to talk about you around

 8    Christmas?

 9    A.  Yes.

10    Q.  I would like to show you another exhibit.

11              MR. LANGFORD:  Your Honor, Plaintiffs' Exhibit 006

12    has been admitted into evidence.

13              THE COURT:  Mr. Coates?

14              THE COURTROOM DEPUTY:  Yes, Your Honor.

15              THE COURT:  It may be published.

16              MR. LANGFORD:  And, Your Honor, we will watch a

17    clip of this video, which is an episode of Mr. Giuliani's

18    show *Common Sense,* again, which is available on

19    Rudygiulianics and Rumble and other online platforms.  This

20    aired on Christmas Day, 2020.  And for the record, the clip

21    we will watch is from 28 minutes and 31 seconds to

22    29 minutes and 31 seconds.

23              (Whereupon, an exhibit was published.)

24    BY MR. LANGFORD:

25    Q.  Was any of that true?

1    A.  No.

2    Q.  Did you create a false story that there was a water main

3    break?

4    A.  No, I didn't.

5    Q.  Did you get everybody out and check to make sure there

6    was nobody in the room before scanning ballots?

7    A.  No.  No.  Never.

8    Q.  Did you count ballots multiple times?

9    A.  No.

10   Q.  Did you steal the election?

11   A.  No, sir.

12   Q.  What does the video actually show?

13   A.  It showed us working, same procedure that I have done

14   for years, just working.

15           MR. LANGFORD:  We can take that down.

16   BY MR. LANGFORD:

17   Q.  That was Mr. Giuliani's Christmas Day show, 2020.

18           How were the holidays that year?

19   A.  That was the worst Christmas that I have ever had.

20   Q.  After Christmas 2020, did you have to go back to work?

21   A.  Yep.  That next Monday.

22   Q.  That was hard for you to say.  Why was that hard?

23   A.  Because I just -- in the midst of all of this, my goal

24   was still to make sure that everything was ready for our

25   next election and everything went smoothly, that everyone

 1   knew their tasks.  Like, I was still -- I was still working

 2   hard.

 3   Q.  So in the midst of this, you went back to work.  Was

 4   anything coming up?

 5   A.  Yes.  I had an election in January.

 6   Q.  Do you remember when that was scheduled for?

 7   A.  Yes, sir.  January 5, 2021.

 8   Q.  How was it dealing with going back to work?

 9   A.  I mean, I was terrified.  I had so many emotions going

10   on, but I care for the voters, so I was ready.  I was ready

11   for another election.

12   Q.  You said the election was scheduled for January 5, 2021?

13   A.  (Nodding affirmatively.)

14   Q.  Did things return to normal after that?

15   A.  Things never returned to normal.

16   Q.  How would you briefly sum up what's happened to you

17   since then?

18   A.  I mean, every single aspect of my life has changed.  I

19   am literally not even that same person that was smiling on

20   those selfies.  Like, everything has changed.  Everything is

21   turned upside down.  Everything is -- is different.

22   Q.  Ms. Moss, are you still working at the Fulton County

23   Department of Elections and Registrations?

24   A.  No.

25   Q.  When did you leave?

1    A.  I left in April 2022.

2    Q.  And how old were you when you left?

3    A.  Thirty-eight.

4    Q.  Had you ever planned on leaving?

5    A.  No.  No.  I wanted to -- I wanted to retire as a county

6    worker, like my grandma, make her proud, and my mom proud,

7    but I didn't make it.

8            MR. LANGFORD:  Your Honor, Plaintiffs' Exhibit 588

9    has been admitted and contains factual stipulations to which

10   the parties agree.  For the record, the parties have

11   stipulated that for the years 2013 to 2021 Ms. Moss's pretax

12   income was $259,953; and that includes $36,961, which was

13   pretaxed income for 2021.

14   BY MR. LANGFORD:

15   Q.  Ms. Moss, you told us that when you walked into your

16   supervisor's office on December 4th, you were hoping for a

17   promotion.  Did you ever get that promotion?

18   A.  Nope.

19   Q.  Why do you think you didn't get that promotion?

20   A.  I don't know.  I don't know why they wouldn't give me

21   the -- the job when I was the first person in that position

22   interim, when I was just doing it the year before.  Like, I

23   don't know why I didn't get the job; but I still had to

24   write standard operating procedure so that the new person

25   can know their job.  I still had to step in and help when

1    they needed me.  It was basically, like, you know, I know

2    you didn't do anything wrong, but it's the way it looks, so

3    I was like put in the back, answer the phone, help what we

4    need, and shut up.

5    Q.  Did there come a time when the elections department was

6    reorganized in 2021?

7    A.  Yes.  Right away.  Usually absentee is just a task.

8    Most of the times whoever works in the mail room, you are

9    going to be on the absentee -- absentee team, that's going

10   to be one of your tasks because you are getting the ballots

11   every day in the mail, and you are keeping up with the daily

12   counts, sending them to the Secretary of State, you are

13   giving them credit for voting and -- so that was just a task

14   that usually -- for elections.  You know, they're all year.

15   So you would have that task when it's time for elections.

16        But after all this, they decided to take absentee

17   and make it an entire department.  They hired a director,

18   they hired a chief, they hired a supervisor, a manager, and

19   absentee officers.

20   Q.  Did you apply to work there?

21   A.  For sure, yes.

22   Q.  Did you get hired to work there?

23   A.  No.

24   Q.  Did you learn why?

25   A.  I was just under the impression that I would never touch

1   another ballot again.

2   Q.  Why were you under that impression?

3   A.  Because I was basically told as much.  Because they

4   didn't hire me; that -- that's why.  But they needed me to

5   teach the new people that were hired to make more than me in

6   that position.  It's kind of obvious.

7   Q.  And who did get the job?

8   A.  Other people that I trained.

9   Q.  How did it feel?

10  A.  It felt like a slap in the face.  I mean, I have always

11  done absentee.  I started off doing absentee, that's why I

12  was so good at it.  I didn't bounce around to help, you

13  know, different permanent workers.  I enjoyed that, and I

14  wanted to know where does the mail go?  What do you do?

15  Where -- how does this work?  And I worked my way up until I

16  learned it.

17          And so it was -- it was a slap in the face.  You

18  know, I felt that I am being judged and my job is taken away

19  from me, the things that I love is taken away because --

20  because of the lies; and that -- that have been debunked,

21  but they are powerful people.

22  Q.  Were you angry?

23  A.  Yes.  I was angry.  I was hurt.  I was still confused.

24  And I was -- I was still fearful of everything, everything

25  about it.

1  Q.  Did this impact your work in other ways?

2  A.  Yes.  Yes, it did.

3          (Whereupon, electronic difficulties were

4  addressed, and a recess was taken.)

5          THE COURT:  Ms. Moss, can you resume the stand.

6          (Whereupon, the jury returns to the courtroom.)

7          THE COURT:  All right.  Please proceed.

8          MR. LANGFORD:  Thank you, Your Honor.

9  BY MR. LANGFORD:

10  Q.  Ms. Moss, you had just told us that you were angry about

11  not being able to work at the absentee -- the new absentee

12  department.  And the question we left off on is:  Did this

13  impact your work in other ways?

14  A.  Well, I am a hard worker, and I am going to do my job,

15  but it did impact the environment that I had to work in and

16  it -- and it impacted me.  So it was hard for me to work the

17  way that I know I can.

18          It was extremely hard because I instantly felt

19  like a pariah in the office.  Like, we weren't -- I would go

20  in the break room, you know, everyone would leave.  No more

21  doing our brows in the bathroom.  Like, everybody just -- it

22  was just a different type of environment.

23          And I -- I would often have panic attacks because

24  we would get calls and people would mention it.  People

25  would send it in the emails so the whole office can see the

1    terrible lies that are being told with my name blasted and

2    my mom's.  And I -- you know, it was very hard.  It was very

3    hard for me to remain professional and not break down, not

4    cry.  It -- it really changed me.  And it -- and it made it

5    very difficult for me to do my job.

6    Q.  How long did that go on for?

7    A.  Until it, like, came to a head, and I could not -- I

8    couldn't do it anymore.  I felt like I was spiraling.

9    Like -- like, it felt like some days I was in the bathroom

10   crying most of the time.  I would be late a lot by a few

11   minutes because for that three-block walk I was -- I was

12   afraid.  I was afraid someone would do something to me and

13   leave me dying on the street.  So I would have to just wait

14   until I would see someone familiar that I knew was going to

15   my building.  And once they parked and paid for parking, I

16   would kind of get out and, you know, walk behind them.

17          It was embarrassing.  I was often embarrassed

18   when, you know, the office listens to the commissioner's

19   meeting, like we always do, we're interested in what's going

20   on, and there are lines of people repeating the same thing,

21   like, you know:  Why is Shaye' not fired?  Where is Ruby?

22          And it was so embarrassing because everyone is

23   playing it at their cubicle, so you, like, hear it in, like,

24   this robot, you know, unison.  And, you know, get the looks

25   and -- and it's a big building.  A lot of -- a lot of

1   departments are there, like, 9-1-1 is there, the property

2   tax, the -- the tag office, vital records.  And I have been

3   there for years, everybody knows Shaye'.  I was kind of, you

4   know, an outgoing, like, bubbly person.  So it just was so

5   embarrassing.  It was so embarrassing, and -- and I couldn't

6   handle it.  I couldn't take it.  And I just had to -- I had

7   to leave because that's not how I want to -- I couldn't do

8   my job like that.  I couldn't help anybody.  I had to figure

9   out how I could help myself.

10  Q.  Before you left your job while this is all going on, did

11  you consider applying for other jobs?

12  A.  Yes.  You know, I -- I did not want to leave and just be

13  stuck.  You know, I still have a child to raise.  I figured

14  maybe if I get out of that environment where I don't have to

15  hear about voting or election or fraud or any of that ever,

16  that it would be better.

17            So I -- I know someone that was hired for

18  Chick-fil-A, working corporate, in the corporate office; and

19  the salary was -- it was similar, it was a little less than

20  ours, but it was very similar.  So I -- I applied.

21  Q.  Tell us about that interview.  I'm sorry.  Did you have

22  an interview?

23  A.  Um-hum.  Yes.  I did get an interview.

24  Q.  Tell us about it.

25  A.  Well, the interview was in the middle of the day.  So I

 1      went to work, and I used my vacation leave for a couple

 2      hours in the middle of the day so I can go to the

 3      Chick-fil-A about ten minutes from the office.  And the

 4      interview -- when I got there, that location was closed, and

 5      it was a lot of Chick-fil-A employees giving interviews all

 6      around the restaurant.  We were just in there.  So I was

 7      dressed up.  I had my notebook with my resumes, and I was

 8      excited.  I was ready.

 9              And I had an interview.  It was a great interview.

10      During that interview I realized that, you know, since I do

11      not have any type of restaurant skills or anything like

12      that, that I basically -- I am going to have to hit the

13      fries or get on the front counter.  And I had made it up in

14      my mind that I will.  I mean, this is the -- this is what I

15      have to do.  I am just going to have to start at the bottom

16      making, you know, minimum wage.  And if I can work my way up

17      there at registration, I can work my way up here.  And I was

18      motivated.

19              Then when the interview came to a close, the --

20      the guy interviewing me turned his laptop around and was --

21      showed me an article of me, my face plastered on it,

22      "fraud," big letters, and the video that's been going

23      around.  And he was like:  Well, you know, and the last

24      question, tell me about this.  Is this you?  Is this true?

25      Can I -- I need to know what's -- what's going on.  And we

1    do a Google background search of everyone and all of this

2    stuff.

3              And it kind of just like -- the more he was

4    talking, the more I really -- I just tuned it out, and I was

5    so shocked.  I was so embarrassed.  Now my heart is racing

6    and I am in fear because other people can hear you.  We're

7    not in here alone, and -- and I just had to leave.  I just

8    left.  And I went back to registration and -- and continued

9    to work, was all I could do.

10   Q.  What year was that?

11   A.  2021.

12   Q.  Ms. Moss, I just want to come back to one point, which

13   is:  You said you left your job in April of 2022?

14   A.  Yes, sir.

15   Q.  And about how much money were you making when you left?

16   A.  Before taxes, it was, like, between 34, 36,000 a year.

17   Q.  And, Ms. Moss, we've talked about how this impacted your

18   job, your career.  I want to talk about how it impacted you

19   personally and on an emotional level.

20             Did this impact you on an emotional level?

21   A.  Yes.

22   Q.  Ms. Moss, where did you grow up?

23   A.  I grew up in the Metro Atlanta area.

24             MR. LANGFORD:  Your Honor, I would like to pull up

25   a demonstrative that the defendant does not object to.  This

1    is a family photo.

2              THE COURT:  All right.  Do you have an exhibit

3    number for it?

4              MR. LANGFORD:  We are not going to admit this into

5    evidence.  This is just to show the jury -- we can add to

6    our exhibit list and --

7              THE COURT:  If something is shown to the jury, it

8    has to be admitted --

9              MR. LANGFORD:  Yes, Your Honor.

10             THE COURT:  -- if it's something like this.  So

11   why not admit it?

12             MR. LANGFORD:  We can admit it, Your Honor.  I

13   guess we'll have to mark this as Plaintiffs' Exhibit 604.

14             THE COURT:  All right.  And, Mr. Sibley, do you

15   have any objection to marking it?

16             MR. SIBLEY:  Of course not, Your Honor.

17             THE COURT:  All right.  I would like the record to

18   be complete.

19             MR. LANGFORD:  Yes, your Honor.  We were just

20   trying to be careful with family photos is all.

21             THE COURT:  604 is admitted.

22             MR. LANGFORD:  May we publish this to the jury?

23             THE COURT:  Yes.  It's published.

24             (Plaintiffs' Exhibit 604 admitted and published.)

25   BY MR. LANGFORD:

```
 1    Q.  Ms. Moss, do you recognize this photo?

 2    A.  Yes.

 3    Q.  Who is pictured here?

 4    A.  My mom and my daddy.

 5            MR. LANGFORD:  We can leave that up for a minute.

 6    BY MR. LANGFORD:

 7    Q.  What was it like growing up in Georgia?

 8    A.  It was wonderful growing up in Georgia.  We have a -- a

 9    lot of history there, so there is a lot of festivals and

10    events surrounding that.  It was nice.  It's somewhere we

11    get all four seasons.  We're very big on the -- the

12    different sports teams around Georgia.  Like, my family are

13    die-hard Braves fans and Falcons fans.  And I -- I -- I

14    loved growing up in Georgia.  It's a big sense of community,

15    a lot of down-home cooking, just perfect southern life.

16            MR. LANGFORD:  Okay.  We can take down that

17    exhibit.

18    BY MR. LANGFORD:

19    Q.  Ms. Moss, what was high school like?

20    A.  High school was kind of rough for me, just a little bit.

21    I -- I moved a lot -- well, we moved a lot during that time;

22    but other than that, high school was pretty good.

23    Q.  How would you describe yourself in high school?

24    A.  Silly, goofy, always trying to make people laugh.  Very

25    outgoing, very -- very sociable.  I remember taking a
```

1    picture with the Beta Club.  I was not in the Beta Club, but

2    I was in the picture.  I just -- I enjoyed life.

3    Q.  Why were you in the picture in the Beta Club?

4    A.  Because I was helping them do something, and they were

5    taking their pictures, and I was just getting in the

6    picture.  I didn't know that it was going to be the picture

7    for the yearbook, and they didn't -- you know, they didn't

8    put me out, so I loved it.

9    Q.  And when did you graduate from high school?

10   A.  In 2002.

11   Q.  And you said you went to college.  What college did you

12   go to?

13   A.  The Fort Valley State University.

14   Q.  And what was your degree in?

15   A.  Business administration.

16   Q.  When did you graduate?

17   A.  In 2008.

18   Q.  And what was your first full-time job out of college?

19   A.  At Fulton County Voter Registration and Elections

20   Office.

21   Q.  So how would you describe your life before December

22   2020?

23   A.  Before December 2020, my life was lit.  Like -- my life

24   was great.  I was always out, very sociable.  I wasn't

25   afraid of going out alone.  It was -- it was great.  I could

```
1    not wait.  You know, most holidays the kids are out of

2    school and we're off of work, or we have to go to work and

3    they're out of school.  So I could not wait for the holidays

4    when they're at school and I'm off of work so I can have,

5    you know, a momma's day, the spa or just dinner by myself, a

6    movie by myself.  Like, I -- my life was lit.

7    Q.  Were you active on social media?

8    A.  Yes.  I was very active on Instagram.  And everyone -- I

9    took a selfie, at least one every day.  I am posting a

10   picture of myself every day, videos with the Snapchat

11   filter.  Me and my coworkers, you know, all the time.  I

12   was -- I was active on Instagram.

13   Q.  Were you anxious?

14   A.  Anxious?  No, not at all.

15   Q.  You said -- did you have panic attacks?

16   A.  No.  Never.

17   Q.  Trouble sleeping?

18   A.  No.

19   Q.  Did that all change?

20   A.  Yes.

21   Q.  And how did it change?

22   A.  It changed because I now am very anxious.  I have, like,

23   these nonstop anxious sweats.  I have a lot of dark moments.

24   I no longer go out.  I -- I will not be caught out anywhere

25   alone, ever.  Like, a hermit crab now.  I don't do anything.
```

```
1    Obviously I look totally different than the pictures before
2    because I have gained, like, 70 pounds.  I realized that I
3    stress eat and I cry a lot, and I am just this whole new
4    messed-up person.
5    Q.  When you say you don't go out, does that include with
6    your family?
7    A.  Definitely not.  I don't want anyone to see my mom and I
8    together.  And they're going to recognize us, like they
9    have.  I don't want that for her or myself.
10   Q.  Do you still use social media?
11   A.  No.  No.  Unh-unh.  I -- I -- like, I still post and
12   things like that, but after that blond hair, all you are
13   going to see on my Instagram is pictures of my two-year-old
14   kitty, Darius, or my five-month-old kitten, Emilio.  That's
15   it.
16   Q.  Why did all of that change?
17   A.  Because people are messaging me, calling, texting,
18   online saying that I need to die, they're going to kill me,
19   they want to kill my mom, they know where we are, they know
20   where we sleep, and we should die.
21   Q.  Ms. Moss, were you scared?
22   A.  Yes.  Extremely scared.  I am always scared.  I -- yeah.
23   I am not that fearless person anymore.  I am -- I am always
24   afraid, and I don't trust anybody.  I think everybody --
25   because I don't know who they are.  Like, we don't separate
```

1    them by color things, or this.  It can be anybody, look just

2    like me, that loves the people that spread lies about me and

3    they want to harm me.  So I don't -- I don't trust anyone.

4    I don't -- I am not going nowhere.

5    Q.  What are you most scared of?

6    A.  I am most scared of my son finding me and/or my mom

7    hanging in front of our house in a tree or, like, having to

8    get news at school that his momma was killed; that's what I

9    am most afraid of.

10          I'm sorry.

11   Q.  Did this all change your relationship with your friends?

12   A.  Yes.  Yes.

13          THE COURT:  Why don't you just take a minute.

14          THE WITNESS:  I'm sorry.

15          Yes, sir.  It changed my relationship with all my

16   friends.  All of my friends before December 3, 2020, are no

17   longer around.  I just pushed them away, and some of them

18   just stayed away.  I -- I don't want to cause anybody any

19   harm.  I don't want to have my picture taken and someone is

20   with me, and now they want to harm them.  Like, I just had

21   to -- I had to remove myself from everything.

22          Like, my ten-year -- over ten-year relationship,

23   like, I just -- I just had to block him.  I just had to -- I

24   don't want nobody to feel how I feel and go through what I

25   go through every day, so I just, you know, cut everybody

1    off.  I pushed everybody away.  I just secluded myself.

2    BY MR. LANGFORD:

3    Q.  And when you secluded yourself, what were you doing?

4    A.  Looking at all the messages.  Looking at the comments

5    from the different TV shows that were aired speaking about

6    me and my mom, reading them.  I would read the messages.  I

7    would try to -- and I would get so down and out from -- from

8    all of the negative stuff so I would order me something,

9    like -- I am going to order a platter from Red Lobster, it

10   will make me feel better.  And -- and then I will overeat,

11   and I will fall asleep, and I will have nightmares, and I

12   wake up thinking about it.

13            And now I'm looking at it again, to see maybe if

14   somebody, one person has changed their mind, has realized,

15   like, the truth, you know, stood up for me.  Like, all of

16   the people that I work with, everybody who does this job,

17   like, know if you on the election that nothing that was said

18   makes sense, zero, it's -- it's -- it's impossible.  And I

19   just was on a -- on, like, this pattern of cry, eat, sleep,

20   cry, eat, sleep.  Like, just stuck.

21   Q.  Did you go outside?

22   A.  No.  I don't even walk my dog.  No.  Not going outside.

23   Q.  You said you were having nightmares?

24   A.  Yes.

25   Q.  What was your worst nightmare?

1   A.  My worst nightmare was that I would open my door to,

2   like, go to work and it would be a crowd, like the crowd

3   that was in my mom's house or the crowd that was at my

4   grandmother's house looking for me.  It would be a crowd at

5   my door with nooses and, like -- and my dreams, like, they

6   had pitchforks and signs and the sticks with fire on the

7   end, like, just they're -- they're going to get me, they're

8   going to get me.  And in my dream it was, like, political

9   people wanting to get me, officers, like, people in power,

10  and mayors, and, like -- and they have that right, that's

11  how -- in my dream it was they could do that because of who

12  they are; I am a nobody.

13  Q.  Did you ever seek treatment for what you were going

14  through?

15  A.  Yes, I did.

16  Q.  When did you first seek treatment?

17  A.  In 2021, in -- around June.

18  Q.  Why did you wait until the summer of 2021?

19  A.  Because I -- I never grew up or never been around anyone

20  who goes to therapy.  It's something you see people on TV

21  do.  Like, I just couldn't relate to that.

22          You know, when I would talk to people in my

23  community or my -- or family, that was not the go-to.

24  That -- I wasn't raised that way, so I was not sure about

25  it.  I didn't know how it works.  I didn't know what to

```
1    expect.  So it took for me to be at a point where I felt
2    like -- there is nothing else that I could do, I have -- I
3    have to try.  What -- what do you have to lose?  Like,
4    something has got to change.
5    Q.  You said that was in the summer of 2021?
6    A.  Yes.
7    Q.  Were you diagnosed with anything?
8    A.  Acute stress disorder, yeah.
9    Q.  And tell us about that appointment.
10   A.  Well, that appointment -- like I said, it was my first
11   time.  I didn't know what to expect, except for what I seen
12   on TV.
13         And basically, when I got there, the lady asked
14   me:  Well, why are you here today?  How -- what could we do
15   for you today?
16         And it was such a, like, broad question that I --
17   I unloaded everything on this -- on this poor lady.  I told
18   her everything, all the lies, everything that's been
19   happening with my mom, with my child, my grandson [sic], at
20   my job, all my feelings, all my night- -- I told her
21   everything.  And just the look of shock on her face, the
22   look of, like, disbelief, it -- it kind of scared me.  I
23   felt bad that I -- I had to unleash all of this on this
24   lady.  And I'm like, she's probably going to be, like,
25   messed up like how I am from -- from hearing all of this and
```

1    going through this.

2              And I just -- I just said to myself:  Oh -- oh,

3    no.  I -- I am not doing that anymore.  I -- I never want to

4    have to just put everything out.  I -- I did not like the

5    way it feel.  I -- yeah.  I felt bad for even having to

6    release that on -- on the therapist.

7    Q.  Did you ever seek treatment again?

8    A.  I did eventually.  It was -- it was a long time -- it

9    was a long time after that, like -- like September of 2022,

10   is I think when I went back.

11   Q.  And did that appointment result in a diagnosis?

12   A.  Yes.  It was worse then.  They diagnosed me with major

13   depressive disorder with acute distress.

14   Q.  Do you continue to struggle with these issues?

15   A.  What did you say?

16   Q.  Do you continue to struggle with these issues?

17   A.  Yes.

18   Q.  Are you seeing anyone now?

19   A.  Yes.

20   Q.  Are you still suffering from major depressive disorder?

21   A.  Yes.

22   Q.  Do you think you will ever be able to stop going to

23   counseling?

24   A.  I don't know.  My therapist says that it is okay not to

25   be okay.  Nothing will happen overnight.  Everything takes

1     baby steps; it's going to take hard work.  So I don't know

2     if I will -- I'll be in therapy forever.  I mean, I hope

3     not, I pray not.

4     Q.  Ms. Moss, we've talked about how this impacted your

5     career and your emotional and metal health.

6          What about your family?

7     A.  Yes.  It has had a very negative impact on my mom, my

8     grandmom, and my son.

9     Q.  I want to talk about them.  So how did it impact your

10    grandmom?

11    A.  Well, it impacted my grandmom because people started to

12    send pizzas to her home, like, a lot of pizzas from, like,

13    every pizza company in the area.  And they would show up,

14    one after the other, and, like, they would have things,

15    like, the pizza is for "Ms. Nig," last name "Ro."  And --

16    and just really nasty toppings, and racist type of names.

17          And they would go to her door, one after the other

18    after the other and wanted her to pay for these pizzas that

19    these people have ordered and sent to my home -- my

20    grandmother's home, that's -- that's where I lived forever.

21          And, you know, even after all of the negative

22    stuff with the pizzas and them trying to have her pay for

23    all of these things, people literally came to her -- oh,

24    Lord.  People literally came to her doorstep -- like I said,

25    she's a little old sweet lady.  She has this little diamond

1   type of window at the top of her door where you can see out.

2   I can see out, but she's like five-foot tall, she can't see

3   out.  So she just opens the door for everybody, just opens

4   the door.

5          And she called me distraught.  I learned that

6   people come to her home saying that they know that I am

7   there, they have the right to come in and arrest me, I have

8   committed fraud and treason and -- you know, I actually had

9   to just -- I called the police.  I called the police for

10  her.  She's screaming on the phone:  Shaye', Shaye', what's

11  going on?  Shaye'.

12         Like, freaking me out.  Never heard her sound like

13  that.  She's the strongest woman I know.  And I had to

14  learn -- I had to call the police.  And -- and they came

15  back again.  But the second time she did not open the door.

16  She would just talk to them through the door.  You know:

17  Shaye' is not here, go away.

18         It -- it impacted her.  I felt -- I felt bad.  My

19  grandmother has lived through all of this racist crap.  I

20  mean, we're from Georgia.  You know, there's -- there's

21  still miles and miles of cotton fields as we're traveling to

22  the beach in Florida.  Like, it -- it is a part of -- it's

23  history, but I -- I just felt bad she had to go through

24  this.

25         Like, she's told me about when she took my mom to

1    see *Mary Poppins* in the movie theaters as a little girl, and

2    how they had to go through the back, and people were sitting

3    on them and throwing drinks and throwing popcorn, and they

4    had to sit strong and -- just watch the movie and held their

5    heads up high.  And I feel like, man, how did my job, me

6    trying to just do my job, bring this to her door?  Yeah.  It

7    impacted my grandma in a major way.

8    Q.  Ms. Moss, just so we're clear, when did all of that

9    happen?

10   A.  That happened in 2021, like, on New Year's Day.

11   Q.  What happened on New Year's Day?  Which of those

12   happened?

13   A.  When they came to her home, trying to make a citizen's

14   arrest.

15   Q.  And the pizzas were --

16   A.  Like, the days after.  Like, within -- within the week.

17   Within the week before, you know, days before, days after,

18   in that time.

19   Q.  Days after of January 1, 2021?

20   A.  Yeah.  Yes.

21   Q.  The jury will hear from your mom, so let's turn to your

22   son.

23          Before we talk about that, could you tell us just

24   a very little bit about him, introduce him.

25   A.  Well, at that time my son was 14.  He was getting ready

 1     to start high school.  He is a very outgoing, sweet -- and

 2     sweet kid.  He loves video games, and he is a bookworm.  He

 3     loves to read.  He reads -- I hope you don't get mad at me.

 4     I think it's -- he read these books called *Mongols*.  And

 5     he's great.  He is, like -- he is, like, my little best

 6     friend.  He is -- he is really a good kid.

 7                     MR. LANGFORD:  Your Honor, I would like to mark

 8     for identification Plaintiffs' Exhibit 605 -- I'm sorry,

 9     606.

10                     Assuming there is no objection to this.

11                     MR. SIBLEY:  No.

12                     THE COURT:  Hearing no objection, 606 will be

13     admitted.

14                     (Plaintiffs' Exhibit 606 admitted.)

15                     MR. LANGFORD:  I would like to publish this to the

16     jury.

17                     THE COURT:  And it may be published.

18                     (Whereupon, an exhibit was published.)

19     BY MR. LANGFORD:

20     Q.  Ms. Moss, do you recognize this photo?

21     A.  Yes.

22     Q.  Who is pictured here?

23     A.  My mommy and my baby.

24     Q.  Remind us how old he was on December -- in December

25     2020?

1    A.  In December 2020, he was 14.

2    Q.  And how old is he here?

3    A.  I think he was about seven.  He is seven years old in

4    this picture.

5    Q.  Was he in school in December 2020?

6    A.  Yes.  In December 2020 it was the ending of his first

7    semesters of 9th grade, and all the kids were virtual.

8    Q.  How was school going that year?

9    A.  School was going -- going pretty good.  He has never

10   been like a straight-A student, but he was maintaining good

11   grades.

12   Q.  Were things different -- was that the year of the COVID

13   pandemic?

14   A.  Right, um-hum, yes.

15   Q.  When everyone was remote?

16   A.  Correct.

17   Q.  So was anything different about that year for him?

18   A.  Yes.  It was -- it was kind of difficulty being that it

19   was his first year in high school, that mean it's his first

20   year with multiple teachers -- you know, and big school.  So

21   it was different because he had to, like, instantly figure

22   out how to use this Chromebook, you know, and go to every

23   class and do everything he needed to do while momma was

24   working 7:00 to 7:00, seven days a week.

25   Q.  How was he connecting to the internet?

1    A.  Well, unfortunately, I could not afford Wi-Fi.  So his

2    phone had a -- the hot spot, and he would use the hot spot

3    from his cell phone in order to use the Chromebook to go to

4    class.

5    Q.  Whose phone was that?

6    A.  It was my old phone.

7    Q.  So you said things were going well up until December

8    2020.  Did that change?

9    A.  Yes.  For my son it did.  Yes, it changed.

10          At that time he had my old cell phone because he

11   needed a phone now.  You know, he just turned 14 in August.

12   He is going to be at home all day, every day, like, by

13   himself, and I need to check on him and he needed a way to

14   go to class.  So he had the phone, but once the lies and all

15   the things were spread about us, the people found my phone

16   number, which was now his phone.  So they constantly called

17   him, they constantly messaged, it would knock him out of the

18   class, and the teacher would not let you back in, you know,

19   you can't keep coming out, in and out, in and out the Zoom.

20   And his grades started to -- started to decline.

21          Around December 4th, through, like, the 15th, that

22   is the time -- even now, right now, that's the time when the

23   kids take finals.  You know, it's the end of the semester.

24   So it's very important that you -- you take those finals,

25   and that was around the time when he couldn't even stay in

1    class because of all of the calls.

2    Q.  What date did he start receiving messages?

3    A.  On December 3rd.

4    Q.  How did you find out?

5    A.  I found out because when I got off of work on

6    December 4th, as I was engulfed in all of the lies and

7    messages and, you know, comments on the post, I was very

8    emotional.  I was talking to my best friend at the time.

9    And after I got off the phone, he came in the room because

10   he heard me crying and was saying, you know:  What's --

11   what's wrong?  What's going on?

12           And unfortunately, I had to -- it was -- I had to

13   tell him.  I had to explain that, you know -- I try to do it

14   the momma way, and, you know, people aren't happy with the

15   outcome of the election and they're just upset right now and

16   they're saying a lot of mean things, and they just don't

17   know how an election is ran.  And this will -- you know,

18   this will go away, it won't last forever.

19           And that's when he said:  Is that why people been

20   calling me all day and all last night?

21           He woke up to all of these messages and all of

22   this.  And I just immediately took his phone and started to

23   look at that stuff.

24   Q.  Did you listen to some of those messages?

25   A.  Unfortunately, we listened to them together.  I just --

 1     I wasn't -- I guess I wasn't thinking it would be that --

 2     like that.  I wasn't prepared, and I pressed play, and yes,

 3     we listened to the messages.

 4             MR. LANGFORD:  Your Honor, Plaintiffs'

 5     Exhibits 270, 275, and 278 have all been admitted into

 6     evidence.

 7             THE COURTROOM DEPUTY:  Yes.

 8             THE COURT:  And they may be published.

 9             MR. LANGFORD:  Thank you, Your Honor.

10             Mr. Spalding, can you please play Plaintiffs'

11     Exhibit 270.

12             (Whereupon, an exhibit was published.)

13     BY MR. LANGFORD:

14     Q.  Ms. Moss, do you remember hearing that message that

15     night?

16     A.  Yes, sir.

17             MR. LANGFORD:  Mr. Spalding, can you please play

18     Plaintiffs' Exhibit 275.

19             (Whereupon, an exhibit was published.)

20     BY MR. LANGFORD:

21     Q.  Do you remember hearing that message that night?

22     A.  Yes.

23             MR. LANGFORD:  Could you please play Exhibit 278.

24             (Whereupon, an exhibit was published.)

25     BY MR. LANGFORD:

1    Q.  Do you remember hearing that message that night?

2    A.  Yes.

3    Q.  Did the messages continue after that?

4    A.  Yes.

5    Q.  People ever call more than once?

6    A.  Definitely.  Yes.

7    Q.  Did you listen to some of those messages?

8    A.  Yes, sir.

9           MR. LANGFORD:  Your Honor, Plaintiffs' Exhibit 381

10   and 382 have also been submitted into evidence.

11          THE COURT:  They may be published.

12          MR. LANGFORD:  Mr. Spalding, can you please pay

13   Plaintiffs' Exhibit 381.

14          (Whereupon, an exhibit was published.)

15   BY MR. LANGFORD:

16   Q.  That was a January 16, 2021, message.  Do you remember

17   that?

18   A.  Yes.

19          MR. LANGFORD:  Mr. Spalding, can you now play

20   Plaintiffs' Exhibit 382.

21          (Whereupon, an exhibit was published.)

22   BY MR. LANGFORD:

23   Q.  That was another January 16, 2021, message.  Do you

24   remember that?

25   A.  Yes.

```
1    Q.  Did this stuff impact your son at school?

2    A.  Yes.  He is a boy, so I believe their instinct is to try

3    to protect their mom, and he didn't tell me that, you know,

4    it was making it extremely difficult for class, and, like --

5    he didn't mention it at all, so I am thinking it -- you

6    know, it wasn't that bad, something that we can handle.  But

7    at the finals, when grades came out, he failed every class

8    in the 9th grade.

9    Q.  How do you feel about what happened to him?

10   A.  He didn't deserve that.  He -- he did not have to -- I

11   felt bad.  You know, I just had to -- I had to talk to him.

12   I had to let him know -- because he -- he didn't understand,

13   like -- he knows mom has worked in election forever.  It's

14   just him and I, so I talk to him about everything.

15            And I have had many elections where we have to do

16   recounts.  Most elections, the county just wanted a recount,

17   but he -- he didn't understand how the two tie in together,

18   how we go from -- you want a recount, you are not satisfied

19   with the election to now you all kind of N-words and you and

20   your momma need to hang.  Like, I had to -- I had to tell

21   him, like, racism is real.  And, you know, it comes out.

22   And it was just -- I can't even describe it.  I felt like --

23   like the worst mom ever to allow him to have to hear this,

24   have to experience this day after day after day.  Now he's a

25   kid that, he don't even want social media.  It's unfair.
```

```
1    Q.  Is it important to you to be a good mom?

2    A.  It's extremely important to me.  My family is so small,

3    and it's all I know, are good moms.  You know, grandmother,

4    she is a great mom; she has five kids.  My mom was the

5    oldest.  And out of every one, my mom was the only one to

6    have a child, and she only had me.  So, of course, I want to

7    follow in my mom's footsteps, my grandmom footsteps, my

8    great-grandmom footsteps.

9           My grandmother and her sister are college

10   graduates.  You know, I just -- it's very important to me

11   and my legacy and my family.

12   Q.  And how do you feel about what happened to your

13   grandmother and your mom?

14   A.  I feel like it's my fault, maybe if I would have just

15   been satisfied with working in the mail room, being a temp

16   worker then nothing -- didn't move up, stay where you at,

17   stay where you quiet, you know, don't want nothing more than

18   that, then maybe it would not have happened to me.

19   Q.  Ms. Moss, did you hear Mr. Giuliani's attorney yesterday

20   when he said in his opening that he is sorry about what

21   happened to you?

22   A.  Yes, I did.

23   Q.  Did you hear him say that you and your mom are good

24   people?

25   A.  Yes.
```

1    Q.  Has Mr. Giuliani ever apologized to you?

2    A.  No.

3    Q.  Is Mr. Giuliani still spreading lies about you?

4    A.  Yes.  He was just spreading lies about us last night.

5              MR. SIBLEY:  Your Honor, I object.  This is --

6              THE COURT:  Overruled.

7              MR. SIBLEY:  -- it violates the Court's limine --

8    but okay.

9    BY MR. LANGFORD:

10   Q.  What do you mean he was spreading lies about you last

11   night?

12   A.  He said --

13             MR. SIBLEY:  I would like permission to voir dire

14   the witness, Your Honor.  How does she --

15             THE COURT:  Why don't we just pick up the phones.

16             (A bench conference was held as follows:)

17             THE COURT:  All right.  From plaintiffs' counsel,

18   how much longer do you have?

19             MR. LANGFORD:  Your Honor, about five to ten

20   minutes.

21             THE COURT:  Okay.  So I want to finish her up

22   before lunch.

23             Okay.  So, Mr. Sibley, I will hear from you.

24             MR. SIBLEY:  Okay.  So this is not a claim that

25   was made in the case, and it's liable to open the door to

1    the thing you told the jury not to do, which is not to look

2    up press coverage from this case.

3           How is it not unduly prejudicial?  She doesn't

4    have personal knowledge.  She didn't hear him say it.

5           THE COURT:  Well, she can talk about -- this all

6    goes, to my mind, to punitive damages in this case and how

7    this is continuing.  And even though the -- it was in the

8    press, it doesn't have to be disclosed that it came in the

9    press.

10          If you want to inquire how she found out about it,

11   you can, but I don't think plaintiffs' counsel is going to

12   do that.  If you want him to establish a foundation and then

13   talk about how Mr. Giuliani admitted that he made the

14   statements this morning before the jury came in, you can

15   have the plaintiffs' counsel establish all of that

16   foundation, if that is the nature of your objection,

17   Mr. Sibley; but I think where plaintiffs' counsel is going

18   is she's going to summarize what he said.  And given his

19   admission in Court this morning that he said it, I think she

20   can say that.

21          It establishes for punitive damages purposes how

22   he continues to make defamatory statements; and so that

23   explains why her emotional distress continues to today.  So

24   it goes not just to punitive damages but the emotional

25   distress she continues to suffer.

```
 1              MR. SIBLEY:  So, Your Honor, I would say there is
 2    no nonhearsay basis.  And to the extent the Court is using
 3    this morning's proceeding to -- which cited alleged
 4    statements made from Her Honor's mouth -- I don't know what
 5    they were exactly, how they were recited.  We don't have a
 6    paper document for that.  But I just -- again, Your Honor,
 7    we'd note the objection.  It's unduly prejudicial for the
 8    reasons we stated.
 9              THE COURT:  And why would it be unduly
10    prejudicial, because he is continuing to make the statements
11    today?
12              MR. SIBLEY:  Because it's --
13              THE COURT:  Last night, as of last night?
14              MR. SIBLEY:  Because the source of the knowledge
15    is the proceedings before the jury had come out, where Her
16    Honor --
17              MR. LANGFORD:  They're accurate, Your Honor.
18              THE COURT:  And how are you planning on presenting
19    this?
20              MR. LANGFORD:  It was going to be just a quick
21    question, Your Honor.  There wasn't going to be much.
22              THE COURT:  Okay.  The objection is overruled.
23              (Whereupon, the bench conference concludes.)
24              THE COURT:  Proceed.
25              MR. LANGFORD:  Thank you, Your Honor.
```

1    BY MR. LANGFORD:

2    Q.  You said the last time he spread lies about you was last

3    night.  What do you mean?

4    A.  Last night after court, Mr. Giuliani exited the

5    courtroom and told a reporter that he does not regret

6    anything he has done to us because he is telling the truth

7    that we changed votes.

8    Q.  How did you find out about that?

9    A.  Well, when we walked into our hotel, there was a huge TV

10   right there with -- it was right there, it was on the TV.

11   And I tried not to look, walked towards the elevator, looked

12   to the left where the bar and restaurant -- it was another

13   TV.

14          So by the time I got to my room, I am like, what

15   in the world?  What did he say?  Like, I'm thinking maybe he

16   finally for once had something good, but -- yeah, I saw it

17   online, the interview that he did with -- I think Mr. Moran

18   or something.  And that's what he said.  That's how he

19   feels.

20   Q.  Are you still impacted by all of this today?

21   A.  Yes.  Very much so.

22   Q.  How?

23   A.  In different ways.  In different ways.  I could, you

24   know, give examples.  Like, for one, I live in a

25   neighborhood where you have to turn off the main street onto

1     another street and then turn into my subdivision, and then

2     there is a lot of turns to get to my home, which is in the

3     back of the subdivision.

4            And most of the times, almost every day, almost --

5     when I'm picking up my son, we're going to school, if

6     somebody turns from that main street onto the street and

7     then they'll make another turn, like behind me, I see them

8     making a turn when I make a turn, and then they'll make a

9     turn into my neighborhood, once I am in my neighborhood if

10    they make two more turns, the same turn that I am making, I

11    am pulling over, putting the car in park, and I'm stopping.

12    My heart is racing, my son is like:  They're not following

13    us, we're fine.  But I know -- I don't know, I feel like I

14    am being followed all the time.

15           Like, when I go and get my nails done, I have to

16    be your last client.  Like, I don't want anyone else in

17    here.  I had to leave my other nail shop that I have been

18    going to since before college because they have TVs all on

19    different stations.  And, you know, so I have to go, like,

20    this new one, like, 50 minutes away.  When I get my hair

21    braided down, I need to be your last client.  I don't want

22    anybody in there.  You know, so it's difficult.

23           Like, I go to my son's football game, and I make

24    sure I have people around me.  Like, now he's in his senior

25    year, because of everything that's happened, you know, this

1     is his first year of being able to play football.  He is on

2     a varsity team, of course.  He's -- he's great on the field.

3     But I always make sure that someone is with me.  You know, I

4     am human.  I will get into the game and people saying like:

5     Shaye', we're about to leave.

6                And I'm like:  Okay.  You know, my baby is in.  My

7     baby is on the field.

8                And once the game is over, I get up and walk up

9     the bleachers until this -- like, the tunnel where the

10    concession stands and the exit is.  And it's, like, I just

11    have this overwhelming fear, like -- like, something is

12    about to happen right now.  It's, like, my heart races so

13    bad, like it is now.  And I just start sweating so badly and

14    I just -- I just feel like everybody is looking at me,

15    everybody is watching me because people -- people aren't

16    afraid to just take your picture, to just record you.

17               So I -- I had an anxiety attack, a panic attack.

18    Like, I just -- I feel myself falling towards the ground,

19    like, slowly as I'm trying to get out of there, and -- and

20    all I can see is this police officer.  And I am trying my

21    best to get to the officer, and I basically, like, kind of

22    fall in her arms.  And I am just crying, and I am

23    apologizing, like:  I'm so sorry, but I need -- I need your

24    help.  I need you to help me.  I can't -- I need to just --

25    just walk me to my car, just help me.

1    And -- and that happens a lot.  I don't

2    like going -- I don't like going anywhere.  I don't like

3    that feeling.  It's like a serious fear, like I can't

4    breathe.

5    And I made it to my car, but then it's like I am

6    crying hysterically, like -- like, I can't shake that fear.

7    So I -- so then I call different people to see who I can

8    talk to, just talk to me.  And the phone will play through

9    the radio so you could just drive and just -- just have to

10   get somebody to help me through it.  I have to pull over.

11   Sometimes I have to just throw up.  Like, it is the worst

12   feeling, and I can't shake it.

13   Even at home, like, the depression is just -- I

14   can't -- I can't get out of the feeling that somebody is

15   going to act upon the things that they're messaging me

16   because they have never stopped.  They have never -- they

17   have never stopped saying these -- these things and what

18   they're going to do.

19   Q.  Did you ever have an anxiety attack before December 3,

20   2020.

21   A.  No.  I didn't even know what it was.  I was explaining

22   what I'm going through with my therapist, and she informed

23   me that a lot of people go through that.  And she told me

24   what it was; that was a panic attack.  You know, she was

25   asking how much do I have them.  And, you know, I am

1   learning about it while -- while going through it.

2   Q.  And you said that your son's football games, you try to

3   keep people around you; is that what you testified?

4   A.  Well, people with me.  Like, I want to go with someone,

5   but when we go, I am not going to sit if there is, like, a

6   group of people.  I want to go to a spot on the bleachers

7   where nobody is right there, like, nobody is on that whole

8   part.

9   Q.  Do you still find yourself alone sometimes?

10  A.  Yes.  Once I am home and, you know, my son and the dog

11  goes to sleep, yeah, I find myself alone.

12  Q.  What happens?

13  A.  It just feels like I am trapped under somebody's boot,

14  like, of power that I can't do anything.  I feel helpless.

15  I feel -- I feel like I am in a dark place and the only

16  thing that's surrounding me are the lies and conspiracies

17  that they have made up, like, that's all around me.  Like, I

18  am in a slump of loneliness, sadness, and -- and negativity.

19          And I look, I know -- you know, I -- I look at

20  the -- at the things that are said to me online.  I know

21  people always say, you know:  I don't care what nobody

22  thinks about me.

23          That's easier said than done.  I care what people

24  think about me, and what they think about the process of the

25  election, about -- about all of that.  I -- I care.  And so

1    I look, and I am still in that cycle of eat, sleep, cry,

2    look online, eat to make you feel better, go to sleep

3    because you ate too much, wake up, look again, cry.  Sadly,

4    that's my life.

5              MR. LANGFORD:  No further questions, Your Honor.

6              THE COURT:  All right.  We are now going to take

7    our lunch break.

8              We'll take a little bit more of a longer lunch

9    break today until two o'clock, since it's almost 12:50.  So

10   thank you.

11             Do not talk about the case among yourselves or

12   with anybody else.

13             (Whereupon, the jury was excused.)

14             THE COURT:  All right.  The jury has until two

15   o'clock, but you all do not.  We'll come back to address the

16   plaintiffs' motion in limine filed last night, say 1:30.

17   Hopefully you all are using the cafeteria's online ordering

18   system so you can eat something before that.

19             All right.

20             (Whereupon, a recess was taken.)

21             (Whereupon, the afternoon session was reported by

22   JANICE DICKMAN, and is bound under separate cover.)

23                        *  *  *  *  *

24

25

**INDEX**

| WITNESS | PAGE |
|---|---|
| FRANK BRAUN | 20 |
| FRANCES WATSON | 22 |
| WANDREA ArSHAYE' MOSS | 25 |

**E-X-H-I-B-I-T-S**

| | |
|---|---|
| Plaintiffs' 244 | 20 |
| Plaintiffs' 279 | 20 |
| Plaintiffs' 292 | 20 |
| Plaintiffs' 396 | 20 |
| Plaintiffs' 590 | 20 |
| Plaintiffs' 27 | 21 |
| Plaintiffs' 293 | 21 |
| Plaintiffs' 591 | 21 |
| Plaintiffs' 124 | 24 |
| Plaintiffs' 168-172 | 24 |
| Plaintiffs' 174 | 24 |
| Plaintiffs' 176 | 24 |
| Plaintiffs' 213 | 24 |
| Plaintiffs' 268 | 24 |
| Plaintiffs' 270 | 24 |
| Plaintiffs' 382 | 24 |
| Plaintiffs' 398 | 24 |
| Plaintiffs' 400 | 24 |
| Plaintiffs' 413 | 24 |
| Plaintiffs' 498 | 24 |
| Plaintiffs' 519 | 24 |
| Plaintiffs' 556 | 24 |
| Plaintiffs' 557 | 24 |
| Plaintiffs' 560 | 24 |
| Plaintiffs' 604 | 58 |
| Plaintiffs' 606 | 71 |

## CERTIFICATE

I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings to the best of my ability.

This certificate shall be considered null and void if the transcript is disassembled and/or photocopied in any manner by any party without authorization of the signatory below.

Dated this 12th day of December, 2023.

/s/ Elizabeth Saint-Loth, RPR, FCRR
Official Court Reporter

1

## $

**$259,953** [1] - 50:12
**$36,961** [1] - 50:12

## '

**'20** [1] - 25:25

## /

**/s** [1] - 89:14

## 0

**000** [1] - 37:21
**006** [1] - 47:11

## 1

**1** [1] - 70:19
**10** [2] - 15:8, 42:1
**100** [1] - 1:14
**103(b** [1] - 5:9
**110** [2] - 4:18, 4:25
**110263** [1] - 2:4
**1108** [1] - 2:4
**114** [2] - 4:18, 4:25
**12** [1] - 1:5
**124** [4] - 23:18, 24:7, 44:10, 88:12
**127** [1] - 23:23
**128** [1] - 43:22
**12:50** [1] - 87:9
**12th** [1] - 89:13
**14** [3] - 70:25, 72:1, 73:11
**14th** [1] - 1:18
**15th** [1] - 73:21
**16** [2] - 76:16, 76:23
**168** [1] - 23:19
**168-172** [2] - 24:7, 88:12
**169** [1] - 23:19
**170** [1] - 23:19
**171** [1] - 23:19
**172** [1] - 23:19
**174** [3] - 23:20, 24:8, 88:13
**176** [3] - 23:20, 24:8, 88:13
**18** [2] - 42:20, 42:21
**1875** [1] - 1:14
**19** [1] - 42:2
**1920** [2] - 45:1, 45:6
**1:30** [1] - 87:16

## 2

**20** [6] - 88:2, 88:8,

88:8, 88:9, 88:9, 88:10
**20001** [1] - 2:10
**20006** [1] - 1:14
**2002** [1] - 60:10
**2008** [1] - 60:17
**2012** [3] - 26:9, 26:10, 35:23
**2013** [1] - 50:11
**202** [1] - 1:15
**2020** [30] - 25:24, 26:1, 31:11, 31:14, 33:8, 33:20, 33:21, 34:8, 37:9, 39:17, 41:9, 41:22, 42:4, 43:10, 44:24, 45:1, 45:12, 46:7, 47:20, 48:17, 48:20, 60:22, 60:23, 63:16, 71:25, 72:1, 72:5, 72:6, 73:8, 85:20
**2021** [13] - 49:7, 49:12, 50:11, 50:13, 51:6, 57:11, 65:17, 65:18, 66:5, 70:10, 70:19, 76:16, 76:23
**2022** [3] - 50:1, 57:13, 67:9
**2023** [2] - 1:5, 89:13
**21** [3] - 88:10, 88:11, 88:11
**21-3354** [2] - 1:3, 3:3
**213** [3] - 23:20, 24:8, 88:14
**22** [1] - 88:3
**234** [1] - 4:13
**237** [3] - 36:18, 37:1, 38:1
**24** [17] - 21:3, 88:12, 88:12, 88:13, 88:13, 88:14, 88:14, 88:15, 88:15, 88:16, 88:16, 88:17, 88:17, 88:18, 88:18, 88:19, 88:19
**244** [5] - 19:15, 20:4, 20:7, 20:9, 88:8
**25** [2] - 21:3, 88:4
**251** [5] - 41:13, 41:16, 41:17, 42:1, 42:20
**268** [5] - 23:20, 24:8, 39:1, 39:4, 88:14
**27** [5] - 21:8, 21:15, 21:19, 21:22, 88:10
**270** [5] - 23:20, 24:8, 75:5, 75:11, 88:15
**275** [2] - 75:5, 75:18
**278** [2] - 75:5, 75:23
**279** [5] - 19:15, 20:4, 20:7, 20:9, 88:8
**28** [1] - 47:21

## 3

**29** [1] - 47:22
**292** [6] - 19:16, 19:17, 20:4, 20:7, 20:9, 88:9
**293** [5] - 21:8, 21:16, 21:19, 21:22, 88:11

## 3

**3** [5] - 25:24, 25:25, 37:9, 63:16, 85:19
**303-1016** [1] - 1:15
**30309** [1] - 1:18
**31** [2] - 47:21, 47:22
**312** [1] - 4:13
**335** [1] - 4:14
**336** [1] - 4:14
**338** [1] - 4:14
**34** [1] - 57:16
**36,000** [1] - 57:16
**36-second** [1] - 37:21
**381** [2] - 76:9, 76:13
**382** [5] - 23:20, 24:8, 76:10, 76:20, 88:15
**39** [1] - 25:19
**396** [5] - 19:20, 20:4, 20:7, 20:9, 88:9
**398** [3] - 23:21, 24:8, 88:16
**3rd** [1] - 74:3

## 4

**4** [9] - 33:20, 33:21, 39:17, 41:9, 41:22, 42:4, 43:10, 44:24, 45:12
**400** [3] - 23:21, 24:8, 88:16
**402** [2] - 4:23, 16:8
**403** [2] - 4:23, 16:8
**404** [1] - 1:19
**413** [3] - 23:21, 24:8, 88:17
**43** [1] - 42:1
**44** [1] - 42:20
**498** [3] - 23:21, 24:8, 88:17
**4th** [9] - 34:8, 38:19, 40:17, 40:23, 40:24, 44:3, 50:16, 73:21, 74:6

## 5

**5** [2] - 49:7, 49:12
**50** [2] - 42:21, 83:20
**51** [1] - 31:8
**519** [3] - 23:21, 24:8, 88:18

## 523

**523** [1] - 4:14
**555** [1] - 1:22
**556** [6] - 23:21, 24:8, 45:21, 45:24, 46:12, 88:18
**557** [4] - 23:21, 24:9, 46:9, 88:19
**560** [5] - 23:21, 24:9, 37:14, 38:1, 88:19
**58** [1] - 88:20
**588** [1] - 50:8
**590** [6] - 19:21, 19:22, 20:4, 20:7, 20:9, 88:10
**591** [5] - 21:9, 21:16, 21:20, 21:22, 88:11
**5th** [2] - 1:22, 45:15

## 6

**604** [4] - 58:13, 58:21, 58:24, 88:20
**605** [1] - 71:8
**606** [4] - 71:9, 71:12, 71:14, 88:20
**619-9819** [1] - 1:23

## 7

**70** [1] - 62:2
**71** [1] - 88:20
**713** [1] - 2:5
**720-8111** [1] - 1:19
**75** [1] - 1:18
**78701** [1] - 2:5
**7:00** [4] - 30:17, 72:24

## 8

**80** [1] - 10:11
**8:00** [1] - 34:13

## 9

**9** [1] - 42:1
**9-1-1** [1] - 55:1
**90013** [1] - 1:22
**919** [1] - 1:23
**966-6789** [1] - 2:5
**9:03** [1] - 1:5
**9th** [2] - 72:7, 77:8

## A

**a.m** [2] - 1:5, 34:13
**AARON** [1] - 1:13
**ability** [1] - 89:7
**able** [9] - 3:21, 27:16, 29:1, 29:20, 31:25, 47:4, 53:11, 67:22,

84:1
**absentee** [19] - 26:24, 28:21, 29:13, 29:22, 30:25, 31:10, 31:14, 31:16, 36:8, 51:7, 51:9, 51:16, 51:19, 52:11, 53:11
**access** [4] - 13:8, 13:22, 42:6, 42:13
**accessed** [1] - 42:13
**accessible** [2] - 42:15, 42:16
**according** [1] - 32:7
**accurate** [2] - 81:17, 89:4
**accuse** [1] - 47:1
**accused** [2] - 15:16, 15:25
**accusing** [1] - 39:19
**act** [1] - 85:15
**Action** [2] - 1:3, 3:3
**actions** [1] - 7:6
**active** [3] - 61:7, 61:8, 61:12
**acts** [1] - 39:19
**actual** [2] - 14:25, 19:24
**acuity** [1] - 10:20
**acute** [2] - 66:8, 67:13
**add** [1] - 58:5
**addition** [2] - 6:3, 14:18
**additional** [1] - 12:18
**address** [3] - 3:21, 23:9, 87:15
**addressed** [1] - 53:4
**administration** [1] - 60:15
**admission** [3] - 5:17, 19:12, 80:19
**admit** [8] - 18:13, 21:4, 21:7, 23:15, 23:18, 58:4, 58:11, 58:12
**admitted** [30] - 4:9, 17:9, 20:8, 20:10, 21:21, 21:22, 24:5, 24:9, 36:18, 37:15, 39:5, 41:13, 41:18, 43:22, 43:23, 44:10, 44:13, 44:14, 44:16, 45:22, 46:10, 47:12, 50:9, 58:8, 58:21, 58:24, 71:13, 71:14, 75:5, 80:13
**affirmatively** [1] - 49:13
**afford** [1] - 73:1
**afraid** [9] - 43:13, 46:25, 47:2, 54:12,

60:25, 62:24, 63:9, 84:16
**afternoon** [1] - 87:21
**age** [3] - 10:13, 10:20, 11:7
**agree** [4] - 13:20, 13:24, 14:20, 50:10
**agreed** [1] - 22:17
**agreement** [2] - 21:6, 23:17
**agrees** [1] - 12:24
**aided** [1] - 2:13
**aired** [2] - 47:20, 64:5
**al** [2] - 1:3, 3:3
**alleged** [1] - 81:3
**allegedly** [1] - 8:21
**allow** [1] - 77:23
**almost** [4] - 10:11, 83:4, 87:9
**alone** [5] - 57:7, 60:25, 61:25, 86:9, 86:11
**amended** [1] - 15:21
**amount** [1] - 6:18
**amplify** [1] - 5:4
**Angeles** [1] - 1:22
**angry** [2] - 52:22, 52:23, 53:10
**Annie** [1] - 3:10
**ANNIE** [1] - 1:12
**answer** [2] - 11:19, 51:3
**anxiety** [2] - 84:17, 85:19
**anxious** [4] - 61:13, 61:14, 61:22, 61:23
**anyway** [1] - 16:8
**apologize** [1] - 16:11
**apologized** [1] - 79:1
**apologizing** [1] - 84:23
**appeal** [3] - 5:12, 5:25, 16:2
**APPEARANCES** [2] - 1:10, 2:1
**Appearances** [1] - 1:25
**application** [2] - 29:22, 30:3
**applications** [1] - 30:4
**applied** [1] - 55:20
**apply** [1] - 51:20
**applying** [1] - 55:11
**appointment** [3] - 66:9, 66:10, 67:11
**appropriate** [1] - 15:6
**appropriately** [3] - 11:3, 12:1, 12:2
**April** [2] - 50:1, 57:13
**area** [2] - 57:23, 68:13

**Arena** [3] - 26:5, 32:13
**arena** [1] - 32:14
**arguments** [3] - 11:15, 11:16, 13:8
**arms** [1] - 84:22
**arrest** [2] - 69:7, 70:14
**ArShaye'** [6] - 22:4, 25:2, 25:4, 25:17, 39:12, 88:4
**article** [1] - 56:21
**asleep** [1] - 64:11
**aspect** [3] - 4:22, 14:24, 49:18
**assembled** [1] - 6:25
**assigned** [1] - 26:17
**assist** [2] - 27:23, 28:3
**assuming** [1] - 71:10
**ate** [1] - 87:3
**Atlanta** [3] - 1:18, 32:15, 57:23
**attack** [4] - 84:17, 85:19, 85:24
**attacks** [2] - 53:23, 61:15
**attempt** [2] - 24:15, 47:3
**attention** [2] - 11:2, 39:18
**attorney** [1] - 78:19
**audience** [2] - 13:18
**August** [1] - 73:11
**Austin** [1] - 2:5
**authorization** [1] - 89:10
**available** [2] - 20:23, 47:18
**avoid** [1] - 7:23
**aware** [1] - 12:19

## B

**baby** [4] - 68:1, 71:23, 84:6, 84:7
**background** [1] - 57:1
**bad** [7] - 66:23, 67:5, 69:18, 69:23, 77:6, 77:11, 84:13
**badly** [1] - 84:13
**ballot** [2] - 26:24, 52:1
**ballots** [10] - 28:21, 32:24, 32:25, 33:2, 33:5, 36:3, 38:3, 48:6, 48:8, 51:10
**bar** [1] - 82:12
**Barron** [1] - 37:13
**based** [1] - 11:9
**basis** [3] - 5:5, 15:11, 81:2
**basketball** [1] - 32:14
**batch** [2] - 4:8, 23:15

**bathroom** [2] - 53:21, 54:9
**beach** [1] - 69:22
**became** [2] - 26:16, 30:21
**become** [3] - 27:13, 27:16, 27:25
**BEFORE** [1] - 1:8
**begins** [1] - 22:5
**behalf** [2] - 3:8, 3:16
**behind** [5] - 36:12, 38:1, 38:5, 54:16, 83:7
**below** [1] - 89:11
**bench** [2] - 79:16, 81:23
**benefit** [1] - 16:5
**BERYL** [1] - 1:8
**beside** [1] - 46:12
**best** [7] - 5:1, 13:16, 29:12, 71:5, 74:8, 84:21, 89:6
**Beta** [3] - 60:1, 60:3
**better** [4] - 16:6, 55:16, 64:10, 87:2
**between** [1] - 57:16
**beyond** [1] - 15:13
**big** [6] - 35:25, 54:25, 56:22, 59:11, 59:14, 72:20
**binder** [2] - 37:7, 39:2
**binders** [1] - 17:8
**birthdays** [1] - 30:19
**bit** [8] - 10:10, 21:2, 22:25, 25:18, 29:5, 59:20, 70:24, 87:8
**black** [2] - 28:12, 45:6
**blasted** [1] - 54:1
**bleachers** [2] - 84:9, 86:6
**block** [2] - 54:11, 63:23
**blocks** [1] - 43:12
**blond** [2] - 37:24, 62:12
**blondish** [1] - 45:20
**blunt** [1] - 12:4
**book** [3] - 32:2, 32:6, 32:7
**books** [1] - 71:4
**bookworm** [1] - 71:2
**boot** [1] - 86:13
**bottom** [1] - 56:15
**bounce** [1] - 52:12
**bound** [1] - 87:22
**box** [3] - 3:20, 4:6
**boy** [1] - 77:2
**braided** [1] - 83:21
**braids** [1] - 37:24

**BRAUN** [2] - 20:14, 88:2
**Braun** [2] - 17:1, 18:11
**Braun's** [3] - 18:14, 18:17, 20:15
**Braves** [1] - 59:13
**break** [8] - 22:5, 22:7, 22:20, 48:3, 53:20, 54:3, 87:7, 87:9
**breaking** [1] - 45:8
**breathe** [1] - 85:4
**Bridgerton** [1] - 39:24
**briefly** [2] - 34:1, 49:16
**bring** [5] - 14:6, 16:14, 24:19, 24:23, 70:6
**brings** [1] - 14:5
**broad** [1] - 66:16
**brows** [1] - 53:21
**bubbly** [2] - 33:22, 55:4
**building** [3] - 35:16, 54:15, 54:25
**bulk** [1] - 30:4
**bunch** [1] - 4:19
**business** [1] - 60:15
**busy** [1] - 3:18
**but..** [1] - 19:3
**buzz** [1] - 35:1
**BY** [30] - 25:12, 37:6, 37:23, 39:9, 40:13, 40:22, 41:21, 42:23, 44:2, 44:20, 45:11, 46:3, 46:14, 47:6, 47:24, 48:16, 50:14, 53:9, 58:25, 59:6, 59:18, 64:2, 71:19, 75:13, 75:20, 75:25, 76:15, 76:22, 79:9, 82:1
**bypass** [1] - 8:2

## C

**CA** [1] - 1:22
**cafeteria's** [1] - 87:17
**Camara** [1] - 2:3
**cameras** [2] - 10:8, 20:12
**capable** [1] - 11:10
**capacity** [1] - 10:20
**car** [3] - 83:11, 84:25, 85:5
**card** [1] - 29:23
**care** [4] - 49:10, 86:21, 86:23, 86:25
**career** [2] - 57:18, 68:5
**careful** [1] - 58:20
**case** [9] - 10:21, 14:1,

15:14, 16:2, 16:4, 79:25, 80:2, 80:6, 87:11
**caught** [1] - 61:24
**causation** [1] - 24:16
**causative** [1] - 10:4
**cautioned** [1] - 12:16
**celebrate** [1] - 30:18
**celebrating** [1] - 31:5
**cell** [2] - 73:3, 73:10
**center** [1] - 28:17
**centers** [1] - 30:5
**certain** [2] - 11:16, 18:22
**certainly** [1] - 8:1
**CERTIFICATE** [1] - 89:1
**certificate** [1] - 89:8
**certify** [1] - 89:4
**change** [10] - 27:21, 30:24, 41:3, 46:20, 61:19, 61:21, 62:16, 63:11, 66:4, 73:8
**changed** [12] - 31:1, 33:23, 33:24, 49:18, 49:20, 54:4, 61:22, 63:15, 64:14, 73:9, 82:7
**changing** [2] - 7:8, 26:23
**charge** [1] - 31:25
**check** [4] - 8:25, 9:3, 48:5, 73:13
**checked** [1] - 34:18
**cheesing** [1] - 36:12
**Chick** [3] - 55:18, 56:3, 56:5
**Chick-fil-A** [3] - 55:18, 56:3, 56:5
**chief** [2] - 35:5, 51:18
**child** [3] - 55:13, 66:19, 78:6
**Christmas** [5] - 47:8, 47:20, 48:17, 48:19, 48:20
**Chromebook** [2] - 72:22, 73:3
**Circuit** [1] - 16:4
**cited** [1] - 81:3
**citing** [2] - 4:17, 7:5
**citizen's** [1] - 70:13
**citizens** [1] - 4:5
**city** [1] - 29:9
**Civil** [2] - 1:3, 3:2
**claim** [3] - 5:12, 7:10, 79:24
**claims** [3] - 15:14, 15:15, 15:17
**clarify** [1] - 40:19
**clarity** [1] - 4:11

3

**class** [7] - 72:23, 73:4, 73:14, 73:18, 74:1, 77:4, 77:7
**clear** [13] - 5:6, 7:1, 11:2, 11:6, 11:8, 11:17, 13:4, 16:2, 20:18, 20:19, 22:18, 42:16, 70:8
**clearly** [1] - 4:10
**clerk** [1] - 26:12
**client** [3] - 7:11, 83:16, 83:21
**clients** [1] - 3:12
**clip** [3] - 37:20, 47:17, 47:20
**close** [3] - 11:2, 36:11, 56:19
**closed** [1] - 56:4
**closely** [1] - 11:5
**Club** [3] - 60:1, 60:3
**clue** [3] - 36:15, 39:21, 43:1
**coates** [3] - 43:23, 44:12, 47:13
**code** [2] - 32:2, 32:6
**codes** [1] - 32:9
**coffee** [2] - 34:17, 34:18
**collation** [1] - 6:15
**colleagues** [1] - 18:8
**collection** [2] - 6:14, 6:16
**collectively** [1] - 33:4
**college** [8] - 25:20, 28:23, 31:4, 60:11, 60:18, 78:9, 83:18
**color** [2] - 45:20, 63:1
**COLUMBIA** [1] - 1:1
**coming** [7] - 13:6, 29:2, 34:22, 43:19, 46:8, 49:4, 73:19
**comments** [3] - 10:4, 64:4, 74:7
**commissioner's** [1] - 54:18
**commitment** [1] - 10:16
**committed** [1] - 69:8
**committing** [1] - 34:3
**Common** [3] - 41:23, 42:5, 47:18
**communications** [1] - 13:9
**community** [2] - 59:14, 65:23
**company** [1] - 68:13
**compensatory** [1] - 14:19
**complaint** [2] - 15:21, 15:23

**complete** [2] - 58:18, 89:6
**complicated** [1] - 14:10
**complied** [1] - 39:3
**comply** [1] - 11:23
**comprehension** [1] - 6:17
**computer** [1] - 2:13
**computer-aided** [1] - 2:13
**CONANT** [1] - 1:12
**concentrate** [1] - 41:4
**concern** [1] - 40:8
**concerned** [1] - 16:1
**concerns** [2] - 10:24, 11:12
**concession** [1] - 84:10
**conclude** [1] - 20:15
**concludes** [1] - 81:23
**conduct** [1] - 8:17
**conducting** [1] - 13:10
**conference** [2] - 79:16, 81:23
**confined** [1] - 29:18
**confirm** [1] - 44:9
**confirming** [2] - 36:17, 43:21
**conflicting** [1] - 9:19
**confused** [4] - 38:20, 40:25, 43:18, 52:23
**confusion** [1] - 43:11
**connecting** [1] - 72:25
**consent** [3] - 4:9, 15:17, 15:25
**consider** [1] - 55:11
**considered** [2] - 6:11, 89:8
**conspiracies** [1] - 86:16
**constant** [1] - 5:14
**constantly** [3] - 5:7, 73:16, 73:17
**constitutes** [1] - 89:4
**contains** [1] - 50:9
**continue** [6] - 5:14, 14:6, 43:16, 67:14, 67:16, 76:3
**Continued** [1] - 1:25
**continued** [2] - 2:1, 57:8
**continues** [3] - 80:22, 80:23, 80:25
**continuing** [4] - 13:13, 47:7, 80:7, 81:10
**contrary** [1] - 13:2
**control** [2] - 10:15, 12:12

**convenience** [1] - 19:5
**cooking** [1] - 59:15
**copy** [1] - 32:6
**corporate** [2] - 55:18
**correct** [6] - 18:23, 19:23, 20:2, 20:20, 20:21, 72:16
**correctly** [1] - 12:10
**cotton** [1] - 69:21
**counsel** [7] - 3:6, 3:9, 18:7, 22:10, 22:15, 79:17, 80:11, 80:15, 80:17
**counseled** [1] - 10:14
**counseling** [1] - 67:23
**count** [2] - 40:11, 48:8
**counted** [1] - 38:17
**counter** [1] - 56:13
**counting** [2] - 31:6, 38:5
**counts** [2] - 45:9, 51:12
**County** [4] - 26:5, 26:7, 49:22, 60:19
**county** [3] - 29:11, 50:5, 77:16
**couple** [1] - 56:1
**course** [6] - 7:7, 9:10, 9:12, 11:19, 35:7, 58:16, 78:6, 84:2
**court** [6] - 3:19, 5:10, 7:25, 8:16, 10:6, 82:4
**COURT** [122] - 1:1, 1:9, 3:14, 3:17, 7:13, 7:15, 8:12, 8:16, 8:22, 8:25, 9:3, 9:6, 9:8, 9:11, 9:17, 9:20, 10:2, 10:17, 11:1, 12:3, 12:10, 12:13, 12:16, 12:21, 14:9, 14:22, 15:5, 15:10, 16:1, 16:12, 16:17, 16:19, 16:22, 17:2, 17:6, 17:12, 17:17, 17:20, 18:4, 18:9, 18:16, 18:20, 18:24, 19:7, 19:9, 19:14, 19:17, 19:22, 19:24, 20:3, 20:7, 20:12, 20:15, 20:18, 20:22, 21:11, 21:14, 21:18, 21:24, 22:2, 22:7, 22:22, 23:5, 23:11, 23:13, 23:22, 24:2, 24:5, 24:12, 24:18, 24:21, 24:23, 24:25, 25:3, 25:5, 25:7, 36:19, 36:22, 37:18,

40:19, 41:16, 41:18, 42:3, 42:5, 42:9, 42:12, 43:23, 43:25, 44:12, 44:14, 44:16, 45:23, 45:25, 46:11, 47:13, 47:15, 53:5, 53:7, 58:2, 58:7, 58:10, 58:14, 58:17, 58:21, 58:23, 63:13, 71:12, 71:17, 75:8, 76:11, 79:6, 79:15, 79:17, 79:21, 80:5, 81:9, 81:13, 81:18, 81:22, 81:24, 87:6, 87:14
**Court** [10] - 2:9, 2:10, 5:3, 9:22, 11:11, 15:20, 15:21, 80:19, 81:2, 89:14
**Court's** [7] - 11:24, 12:2, 13:2, 21:6, 23:17, 24:14, 79:7
**courthouse** [1] - 6:24
**COURTROOM** [6] - 3:2, 43:24, 44:13, 44:15, 47:14, 75:7
**courtroom** [9] - 12:11, 12:12, 12:15, 17:16, 22:22, 23:1, 24:24, 53:6, 82:5
**courtrooms** [1] - 22:24
**cover** [2] - 5:16, 87:22
**coverage** [1] - 80:2
**COVID** [1] - 72:12
**COVID-19** [1] - 30:22
**coworkers** [1] - 61:11
**crab** [1] - 61:25
**crap** [1] - 69:19
**crazy** [1] - 34:4
**create** [1] - 41:22
**created** [2] - 31:17, 36:7
**creating** [1] - 12:18
**credit** [1] - 51:13
**cried** [1] - 27:9
**criminal** [1] - 8:17
**cross** [6] - 13:11, 13:23, 22:11, 22:15, 24:15, 24:17
**cross-examination** [4] - 13:11, 22:11, 22:15, 24:15
**cross-examine** [1] - 13:23
**crowd** [4] - 65:2, 65:3, 65:4
**cry** [7] - 27:11, 54:4, 62:3, 64:19, 64:20, 87:1, 87:3

**crying** [5] - 46:18, 54:10, 74:10, 84:22, 85:6
**cubicle** [4] - 34:18, 35:5, 41:2, 54:23
**cubicles** [1] - 35:8
**cumulative** [2] - 14:24, 15:3
**curious** [1] - 19:9
**cut** [2] - 45:19, 63:25
**cutoff** [1] - 33:1
**cycle** [1] - 87:1

## D

**D.C** [2] - 1:6, 2:10
**daddy** [1] - 59:4
**daily** [1] - 51:11
**damages** [6] - 14:13, 14:18, 14:23, 80:6, 80:21, 80:24
**damn** [1] - 7:16
**Darius** [1] - 62:14
**dark** [2] - 61:23, 86:15
**data** [2] - 6:14, 6:15
**date** [6] - 33:1, 37:8, 39:16, 42:3, 44:23, 74:2
**Dated** [1] - 89:13
**days** [8] - 30:17, 31:6, 54:9, 70:16, 70:17, 70:19, 72:24
**DC** [1] - 1:14
**deal** [2] - 16:13, 26:22
**dealing** [1] - 49:8
**deals** [1] - 4:19
**death** [1] - 40:6
**debunked** [1] - 52:20
**December** [33] - 1:5, 33:20, 33:21, 34:8, 37:9, 38:19, 39:17, 40:17, 40:23, 40:24, 41:9, 41:22, 42:4, 43:10, 44:3, 44:24, 45:12, 45:15, 50:16, 60:21, 60:23, 63:16, 71:24, 72:1, 72:5, 72:6, 73:7, 73:21, 74:3, 74:6, 85:19, 89:13
**decided** [1] - 51:16
**decline** [1] - 73:20
**defamation** [2] - 7:10, 12:20, 15:1
**defamatory** [4] - 10:5, 12:17, 12:25, 80:22
**defame** [1] - 14:12
**default** [3] - 7:19, 13:3, 14:25
**defendant** [5] - 4:9,

4:11, 4:14, 5:18, 57:25
**Defendant** [4] - 1:6, 3:16, 6:24, 7:7
**DEFENDANT** [1] - 9:10
**defendant's** [1] - 23:23
**defense** [1] - 22:15
**DEFENSE** [1] - 2:3
**definitely** [2] - 62:7, 76:6
**definitively** [2] - 5:10, 7:1
**degree** [1] - 60:14
**delay** [1] - 17:22
**deliberations** [1] - 20:23
**deliver** [1] - 29:9
**Democracy** [2] - 1:21, 3:12
**demonstrative** [1] - 57:25
**denied** [2] - 13:8, 13:22
**denying** [2] - 8:22, 8:24
**department** [8] - 26:13, 26:18, 26:21, 27:19, 35:17, 51:5, 51:17, 53:12
**Department** [2] - 35:14, 49:23
**departments** [1] - 55:1
**deposition** [18] - 17:3, 17:4, 17:8, 18:11, 18:15, 18:18, 18:21, 19:3, 19:6, 19:20, 20:13, 21:2, 21:9, 21:19, 21:20, 21:25, 22:9, 22:17
**depositions** [2] - 17:10, 22:12
**depression** [1] - 85:13
**depressive** [2] - 67:13, 67:20
**DEPUTY** [6] - 3:2, 43:24, 44:13, 44:15, 47:14, 75:7
**describe** [3] - 59:23, 60:21, 77:22
**deserve** [2] - 8:7, 77:10
**designate** [1] - 22:14
**designated** [1] - 22:16
**designation** [4] - 18:12, 18:15, 19:21, 21:2
**designations** [1] - 17:8

**desk** [1] - 35:18
**detail** [1] - 5:21
**devastated** [1] - 29:17
**diagnosed** [2] - 66:7, 67:12
**diagnosis** [1] - 67:11
**diamond** [1] - 68:25
**DICKMAN** [1] - 87:22
**die** [3] - 59:13, 62:18, 62:20
**die-hard** [1] - 59:13
**died** [1] - 45:19
**different** [16] - 4:19, 29:8, 30:5, 49:21, 52:13, 53:22, 59:12, 62:1, 64:5, 72:12, 72:17, 72:21, 82:23, 83:19, 85:7
**difficult** [5] - 10:14, 15:3, 54:5, 77:4, 83:22
**difficulties** [1] - 53:3
**difficulty** [1] - 72:18
**dinner** [1] - 61:5
**dire** [1] - 79:13
**DIRECT** [1] - 25:11
**direct** [1] - 39:18
**directed** [1] - 11:4
**directly** [1] - 9:13
**director** [3] - 35:1, 35:4, 51:17
**disabled** [3] - 28:22, 29:16, 31:4
**disadvantage** [1] - 7:18
**disassembled** [1] - 89:9
**disbelief** [1] - 66:22
**disclosed** [1] - 80:8
**discovery** [2] - 7:20, 13:9
**discussing** [1] - 18:22
**disorder** [3] - 66:8, 67:13, 67:20
**distraught** [1] - 69:5
**distress** [3] - 67:13, 80:23, 80:25
**District** [1] - 4:6
**DISTRICT** [3] - 1:1, 1:1, 1:9
**division** [1] - 35:18
**docket** [1] - 4:18
**document** [2] - 5:23, 81:6
**Documents** [1] - 4:18
**documents** [5] - 4:23, 6:5, 18:14, 21:4, 26:12
**dog** [2] - 64:22, 86:10
**done** [5] - 48:13,

52:11, 82:6, 83:15, 86:23
**door** [11] - 36:11, 65:1, 65:5, 68:17, 69:1, 69:3, 69:4, 69:15, 69:16, 70:6, 79:25
**doorstep** [1] - 68:24
**down** [11] - 33:25, 40:12, 45:10, 47:5, 48:15, 49:21, 54:3, 59:15, 59:16, 64:7, 83:21
**down-home** [1] - 59:15
**drastically** [1] - 31:1
**dream** [2] - 65:8, 65:11
**dreams** [1] - 65:5
**dressed** [1] - 56:7
**drinks** [1] - 70:3
**drive** [1] - 85:9
**dropped** [1] - 27:9
**DuBose** [4] - 1:17, 1:17, 3:11
**due** [1] - 6:9
**dumbfounded** [1] - 38:22
**during** [12] - 6:4, 14:2, 18:21, 20:23, 21:5, 23:15, 30:16, 30:22, 31:9, 31:13, 56:10, 59:21
**dying** [1] - 54:13

### E

**easier** [1] - 86:23
**eat** [6] - 62:3, 64:19, 64:20, 87:1, 87:2, 87:18
**ECF** [1] - 23:23
**educated** [1] - 29:11
**efforts** [2] - 6:14, 6:15
**egregious** [1] - 14:13
**eight** [2] - 17:21, 50:3
**either** [1] - 5:10
**elderly** [3] - 28:22, 29:16, 31:4
**Election** [4] - 31:20, 32:16, 33:1, 46:7
**election** [32] - 13:14, 25:20, 26:1, 27:1, 28:18, 30:16, 31:6, 31:11, 31:13, 31:14, 32:6, 32:18, 32:19, 33:9, 33:11, 33:15, 33:19, 34:22, 35:23, 35:24, 48:10, 48:25, 49:5, 49:11, 49:12, 55:15, 64:17, 74:15,

74:17, 77:13, 77:19, 86:25
**elections** [6] - 35:17, 51:5, 51:14, 51:15, 77:15, 77:16
**Elections** [5] - 26:6, 26:8, 35:14, 49:23, 60:19
**electronic** [1] - 53:3
**elevator** [1] - 82:11
**elicit** [1] - 24:15
**Elizabeth** [1] - 89:14
**ELIZABETH** [2] - 2:9, 89:3
**Email** [4] - 1:15, 1:19, 1:23, 2:6
**email** [2] - 30:8, 34:18
**emails** [1] - 53:25
**embarrassed** [2] - 54:17, 57:5
**embarrassing** [4] - 54:17, 54:22, 55:5
**Emilio** [1] - 62:14
**emotional** [7] - 43:18, 57:19, 57:20, 68:5, 74:8, 80:23, 80:24
**emotions** [1] - 49:9
**employee** [4] - 27:17, 27:18, 28:2, 32:5
**employees** [2] - 27:23, 56:5
**end** [5] - 33:14, 34:25, 65:7, 73:23
**ending** [1] - 72:6
**engaged** [2] - 8:16, 13:14
**engaging** [1] - 7:8
**engulfed** [1] - 74:6
**enjoy** [3] - 29:20, 30:10, 30:11
**enjoyed** [6] - 28:16, 28:25, 29:13, 29:14, 52:13, 60:2
**entering** [1] - 7:19
**enters** [1] - 17:16
**entire** [2] - 20:19, 30:23, 51:17
**entitled** [1] - 13:11
**envelope** [1] - 29:24
**envelopes** [1] - 33:5
**environment** [3] - 53:15, 53:22, 55:14
**episode** [3] - 41:22, 41:24, 47:17
**error** [1] - 5:12
**establish** [2] - 80:12, 80:15
**established** [2] - 14:7, 15:15
**establishes** [1] -

80:21
**establishing** [1] - 14:15
**et** [2] - 1:3, 3:3
**evening** [2] - 17:18, 41:8
**event** [1] - 6:12
**events** [1] - 59:10
**eventually** [1] - 67:8
**everywhere** [1] - 34:5
**evidence** [15] - 4:4, 7:21, 15:23, 36:18, 37:15, 39:5, 41:13, 43:22, 44:11, 45:22, 46:10, 47:12, 58:5, 75:6, 76:10
**Evidence** [1] - 5:9
**evidentiary** [1] - 5:8
**exactly** [6] - 9:16, 14:22, 19:25, 40:1, 45:5, 81:5
**exam** [1] - 23:16
**EXAMINATION** [1] - 25:11
**examination** [7] - 7:24, 8:2, 13:11, 22:11, 22:15, 23:7, 24:15
**examine** [1] - 13:23
**examiner** [1] - 16:23
**examples** [1] - 82:24
**except** [1] - 66:11
**exchange** [1] - 11:25
**excited** [5] - 27:8, 31:22, 31:25, 35:3, 56:8
**excused** [3] - 22:19, 22:21, 87:13
**exercise** [1] - 28:25
**exhibit** [24] - 36:16, 36:24, 37:5, 37:22, 39:8, 41:11, 41:20, 42:18, 42:22, 44:1, 44:19, 46:2, 46:13, 47:10, 47:23, 58:2, 58:6, 59:17, 71:18, 75:12, 75:19, 75:24, 76:14, 76:21
**Exhibit** [36] - 19:15, 19:16, 19:19, 21:8, 21:9, 21:15, 21:16, 23:18, 23:19, 23:20, 36:18, 37:14, 39:1, 39:4, 41:13, 42:1, 42:20, 43:22, 44:10, 45:21, 46:9, 47:11, 50:8, 58:13, 58:24, 71:8, 71:14, 75:11, 75:18, 75:23, 76:9, 76:13, 76:20

5

**exhibits** [27] - 3:24, 3:25, 4:1, 4:8, 4:12, 4:13, 4:19, 4:21, 5:3, 5:17, 5:21, 16:7, 17:9, 18:22, 18:24, 19:2, 19:5, 19:11, 19:14, 20:19, 21:7, 23:6, 23:9, 23:12, 23:15, 23:18
**Exhibits** [5] - 20:9, 21:19, 21:22, 24:7, 75:5
**EXHIBITS** [1] - 88:7
**exit** [1] - 84:10
**exited** [1] - 82:4
**expansion** [2] - 15:17, 15:23
**expect** [2] - 66:1, 66:11
**expeditious** [1] - 5:14
**experience** [2] - 22:24, 77:24
**expert** [2] - 6:7, 6:18
**expertise** [1] - 6:17
**explain** [4] - 3:23, 5:23, 17:14, 74:13
**explained** [3] - 7:11, 9:24
**explaining** [1] - 85:21
**explains** [1] - 80:23
**extent** [1] - 81:2
**extremely** [4] - 53:18, 62:22, 77:4, 78:2

**F**

**face** [5] - 46:18, 52:10, 52:17, 56:21, 66:21
**Facebook** [2] - 44:4, 44:22
**fact** [1] - 3:24
**factual** [1] - 50:9
**failed** [1] - 77:7
**failures** [1] - 7:20
**fair** [3] - 7:24, 7:25, 8:2
**fairly** [1] - 12:4
**Falcons** [1] - 59:13
**fall** [2] - 64:11, 84:22
**falling** [1] - 84:18
**false** [5] - 13:15, 14:11, 14:13, 14:17, 48:2
**falsity** [5] - 7:22, 7:24, 8:2, 14:15
**familiar** [1] - 54:14
**family** [18] - 28:13, 30:13, 30:14, 30:18, 30:21, 58:1, 58:20, 59:12, 62:6, 65:23,

**fans** [2] - 59:13
**far** [2] - 30:25, 42:10
**Farm** [3] - 26:5, 32:12, 32:13
**Farr** [3] - 1:13, 3:8, 3:10
**fault** [1] - 78:14
**FCRR** [3] - 2:9, 89:3, 89:14
**fear** [5] - 43:11, 57:6, 84:11, 85:3, 85:6
**fearful** [2] - 41:1, 52:24
**fearless** [1] - 62:23
**Federal** [1] - 5:9
**feelings** [1] - 66:20
**feisty** [1] - 29:6
**felt** [17] - 27:7, 43:18, 47:2, 52:10, 52:18, 53:18, 54:8, 54:9, 66:1, 66:23, 67:5, 69:18, 69:23, 77:11, 77:22
**festivals** [1] - 59:9
**few** [2] - 36:21, 54:10
**Fi** [1] - 73:1
**field** [2] - 84:2, 84:7
**fields** [1] - 69:21
**figure** [3] - 41:6, 55:8, 72:21
**figured** [1] - 55:13
**fil** [3] - 55:18, 56:3, 56:5
**filed** [1] - 87:16
**filing** [4] - 4:17, 4:22, 5:2, 6:3
**filings** [2] - 3:19, 3:21
**fill** [1] - 29:23
**filled** [1] - 38:3
**filter** [1] - 61:11
**finally** [1] - 82:16
**finals** [3] - 73:23, 73:24, 77:7
**fine** [3] - 5:13, 23:13, 83:13
**finish** [1] - 79:21
**fire** [1] - 65:6
**fired** [1] - 54:21
**first** [19] - 3:6, 6:4, 8:5, 11:17, 23:6, 23:9, 28:9, 33:11, 36:16, 37:12, 41:25, 50:21, 60:18, 65:16, 66:10, 72:6, 72:19, 84:1
**five** [5] - 27:3, 62:14, 69:2, 78:4, 79:19
**five-foot** [1] - 69:2
**five-month-old** [1] - 62:14

**flexible** [1] - 25:9
**flip** [1] - 41:3
**flipped** [1] - 33:25
**Florida** [1] - 69:22
**focused** [1] - 22:25
**follow** [5] - 11:18, 11:20, 12:2, 32:10, 78:7
**followed** [1] - 83:14
**following** [6] - 11:4, 11:10, 21:7, 23:18, 45:15, 83:12
**follows** [1] - 79:16
**food** [2] - 29:9, 29:10
**foot** [1] - 69:2
**footage** [1] - 38:2
**football** [3] - 83:23, 84:1, 86:2
**footsteps** [2] - 78:7, 78:8
**FOR** [3] - 1:1, 1:11, 2:3
**foregoing** [1] - 89:4
**forever** [4] - 68:2, 68:20, 74:18, 77:13
**forget** [1] - 45:3
**forgotten** [1] - 30:7
**former** [1] - 25:20
**Fort** [1] - 60:13
**forward** [4] - 3:4, 5:20, 17:24, 25:3
**foundation** [2] - 80:12, 80:16
**four** [2] - 38:4, 59:11
**Fox** [1] - 42:14
**Frances** [1] - 21:1
**FRANCES** [2] - 22:1, 88:3
**Frank** [2] - 17:1, 18:11
**FRANK** [2] - 20:14, 88:2
**fraud** [5] - 13:14, 34:3, 55:15, 56:22, 69:8
**freaking** [1] - 69:12
**Freeman** [3] - 3:3, 3:12, 18:8
**FREEMAN** [1] - 1:3
**Friday** [3] - 34:8, 34:9, 45:12
**friend** [2] - 71:6, 74:8
**friends** [5] - 28:17, 30:12, 63:11, 63:16
**fries** [1] - 56:13
**front** [5] - 17:10, 27:9, 35:18, 56:13, 63:7
**full** [3] - 7:23, 60:18, 89:5
**full-time** [1] - 60:18
**Fulton** [4] - 26:5, 26:7,

49:22, 60:19

**G**

**GA** [1] - 1:18
**gained** [1] - 62:2
**Gallagher** [3] - 1:13, 3:8, 3:11
**game** [3] - 83:23, 84:4, 84:8
**games** [2] - 71:2, 86:2
**general** [2] - 5:13, 5:22
**gentlemen** [2] - 17:17, 22:8
**Gentlemen** [1] - 18:2
**Georgia** [10] - 13:14, 14:16, 17:1, 25:19, 38:2, 59:7, 59:8, 59:12, 59:14, 69:20
**girl** [1] - 70:1
**GIULIANI** [1] - 1:5
**Giuliani** [23] - 3:3, 3:16, 6:24, 7:7, 7:16, 7:19, 8:9, 8:22, 9:3, 10:7, 10:19, 10:24, 11:2, 11:14, 12:6, 13:7, 13:12, 13:24, 38:2, 79:1, 79:3, 80:13, 82:4
**Giuliani's** [9] - 7:22, 7:23, 10:5, 12:19, 12:23, 41:23, 47:17, 48:17, 78:19
**given** [6] - 3:24, 4:10, 11:10, 13:14, 14:1, 80:18
**glad** [1] - 45:1
**go-to** [1] - 65:23
**goal** [1] - 48:23
**golden** [1] - 27:15
**goofy** [1] - 59:24
**Google** [1] - 57:1
**Gottlieb** [1] - 3:8
**GOTTLIEB** [3] - 1:11, 3:7, 16:16
**government** [1] - 46:22
**GOVERNSKI** [1] - 1:12
**Governski** [1] - 3:10
**grade** [2] - 72:7, 77:8
**grades** [3] - 72:11, 73:20, 77:7
**graduate** [3] - 25:20, 60:9, 60:16
**graduates** [1] - 78:10
**grandbaby** [1] - 28:18
**grandma** [2] - 50:6, 70:7

**grandmom** [2] - 68:8, 68:10, 68:11, 78:7, 78:8
**grandmother** [9] - 28:11, 28:16, 29:4, 29:6, 29:12, 69:19, 78:3, 78:9, 78:13
**grandmother's** [2] - 65:4, 68:20
**grandson** [1] - 66:19
**granted** [2] - 15:12, 15:22
**great** [12] - 27:7, 32:20, 32:21, 33:18, 33:19, 56:9, 60:24, 60:25, 71:5, 78:4, 78:8, 84:2
**great-grandmom** [1] - 78:8
**grew** [2] - 57:23, 65:19
**grossly** [1] - 13:21
**ground** [2] - 84:18
**grounds** [1] - 15:20
**group** [2] - 6:25, 86:6
**grow** [1] - 57:22
**growing** [4] - 28:11, 59:7, 59:8, 59:14
**guess** [3] - 9:5, 58:13, 75:1
**guy** [1] - 56:20

**H**

**hair** [5] - 45:16, 45:19, 46:20, 62:12, 83:20
**hamstrung** [1] - 13:10
**handing** [1] - 17:8
**handle** [2] - 55:6, 77:6
**hang** [5] - 40:5, 40:7, 47:3, 77:20
**hanging** [2] - 35:8, 63:7
**happy** [3] - 33:22, 36:13, 74:14
**hard** [14] - 15:1, 27:7, 27:12, 38:16, 48:22, 49:2, 53:14, 53:16, 53:18, 54:2, 54:3, 59:13, 68:1
**harm** [4] - 13:1, 63:3, 63:19, 63:20
**hateful** [1] - 38:25
**Hawks** [2] - 32:14, 32:15
**head** [2] - 35:9, 54:7
**headed** [1] - 34:10
**heads** [2] - 4:2, 70:5
**heads-up** [1] - 4:2
**health** [3] - 10:24, 11:8, 68:5

**hear** [12] - 13:4, 25:9, 35:7, 54:23, 55:15, 57:6, 70:21, 77:23, 78:19, 78:23, 79:23, 80:4
**heard** [6] - 15:8, 33:18, 35:3, 47:1, 69:12, 74:10
**hearing** [8] - 21:18, 28:12, 43:13, 66:25, 71:12, 75:14, 75:21, 76:1
**heart** [3] - 57:5, 83:12, 84:12
**held** [2] - 70:4, 79:16
**help** [10] - 29:25, 50:25, 51:3, 52:12, 55:8, 55:9, 84:24, 84:25, 85:10
**helpful** [1] - 17:10
**helping** [7] - 28:18, 28:25, 29:3, 29:7, 29:15, 31:25, 60:4
**helpless** [1] - 86:14
**hereby** [1] - 89:3
**hermit** [1] - 61:25
**herself** [1] - 29:11
**high** [8] - 59:19, 59:20, 59:22, 59:23, 60:9, 70:5, 71:1, 72:19
**highlight** [1] - 29:22
**himself** [2] - 13:17, 73:13
**hire** [1] - 52:4
**hired** [11] - 27:5, 27:7, 27:18, 27:19, 27:20, 51:17, 51:18, 51:22, 52:5, 55:17
**history** [2] - 59:9, 69:23
**hit** [2] - 31:7, 56:12
**holidays** [4] - 30:19, 48:18, 61:1, 61:3
**home** [12] - 29:19, 43:15, 59:15, 68:12, 68:19, 68:20, 69:6, 70:13, 73:12, 83:2, 85:13, 86:10
**homes** [2] - 29:17, 30:5
**honesty** [1] - 9:20
**Honor** [75] - 3:2, 3:7, 3:15, 7:12, 8:11, 10:9, 10:16, 10:23, 12:20, 14:2, 14:20, 15:8, 16:10, 16:16, 16:18, 16:21, 17:5, 17:7, 18:1, 18:3, 18:10, 18:19, 18:23,

19:13, 20:2, 20:6, 20:17, 20:21, 20:6, 21:23, 22:3, 23:8, 23:14, 23:25, 24:4, 24:6, 24:22, 25:1, 36:17, 36:20, 36:25, 37:2, 39:4, 40:16, 41:12, 43:21, 43:24, 44:9, 44:13, 45:21, 46:9, 47:11, 47:14, 47:16, 50:8, 53:8, 57:24, 58:9, 58:12, 58:16, 58:19, 71:7, 75:4, 75:9, 76:9, 79:5, 79:14, 79:19, 81:1, 81:6, 81:16, 81:17, 81:21, 81:25, 87:5
**Honor's** [1] - 81:4
**HONORABLE** [1] - 1:8
**hope** [3] - 17:18, 68:2, 71:3
**hopefully** [1] - 87:17
**hoping** [1] - 50:16
**hot** [2] - 73:2
**hotel** [1] - 82:9
**HOUGHTON** [1] - 1:12
**Houghton** [1] - 3:10
**HOUGHTON-LARSEN** [1] - 1:12
**Houghton-Larsen** [1] - 3:10
**hours** [2] - 30:16, 56:2
**house** [3] - 63:7, 65:3, 65:4
**HOWELL** [1] - 1:8
**huge** [2] - 4:18, 82:9
**Hughes** [1] - 6:14
**hum** [2] - 55:23, 72:14
**human** [1] - 84:4
**hurt** [1] - 52:23
**hurtful** [5] - 43:3, 45:5, 45:7, 45:9
**hypothetical** [1] - 15:11
**hysterically** [1] - 85:6

**I**

**identification** [1] - 71:8
**identify** [1] - 3:5
**immediately** [2] - 41:1, 74:22
**impact** [7] - 53:1, 53:13, 53:15, 57:20, 68:7, 68:9, 77:1
**impacted** [8] - 53:16, 57:17, 57:18, 68:4, 68:11, 69:18, 70:7,

82:20
**impartial** [1] - 7:25
**important** [10] - 32:4, 32:5, 32:9, 33:7, 42:12, 42:16, 73:24, 78:1, 78:2, 78:10
**impossible** [1] - 64:18
**impression** [2] - 51:25, 52:2
**include** [1] - 62:5
**includes** [1] - 50:12
**including** [1] - 22:14
**income** [2] - 50:12, 50:13
**INDEX** [1] - 88:1
**indicates** [1] - 6:23
**inevitable** [1] - 16:2
**information** [1] - 13:23
**informed** [1] - 85:22
**inquire** [1] - 80:10
**Instagram** [3] - 61:8, 61:12, 62:13
**instantly** [2] - 53:18, 72:21
**instinct** [1] - 77:2
**instructed** [1] - 12:7
**instruction** [1] - 13:5
**instructions** [7] - 11:10, 11:11, 11:14, 11:15, 11:18, 11:20, 22:9
**intelligible** [1] - 6:2
**intend** [1] - 24:16
**intended** [2] - 8:3, 12:24
**interested** [1] - 54:19
**interim** [4] - 31:14, 31:16, 36:8, 50:22
**internet** [1] - 72:25
**interrupt** [1] - 23:6
**interview** [10] - 55:21, 55:22, 55:23, 55:25, 56:4, 56:9, 56:10, 56:19, 82:17
**interviewing** [1] - 56:20
**interviews** [1] - 56:5
**intimating** [1] - 11:7
**intimidated** [1] - 22:25
**introduce** [6] - 18:4, 19:12, 23:5, 23:9, 25:15, 70:24
**investigation** [1] - 14:17
**investigations** [1] - 13:15
**investigators** [1] - 17:1
**involve** [1] - 9:25

**irreconcilable** [1] - 10:7
**irrelevant** [1] - 15:13
**issue** [3] - 10:21, 14:10, 15:9
**issues** [7] - 9:23, 10:20, 11:5, 14:6, 14:10, 67:14, 67:16
**it'd** [1] - 15:20
**itself** [1] - 19:21
**IV** [1] - 2:3

**J**

**JANICE** [1] - 87:22
**January** [6] - 49:5, 49:7, 49:12, 70:19, 76:16, 76:23
**Jensen** [1] - 6:13
**job** [25] - 28:5, 28:6, 28:7, 28:8, 28:10, 28:20, 34:3, 43:12, 50:21, 50:23, 50:25, 52:7, 52:18, 53:14, 54:5, 55:8, 55:10, 57:13, 57:18, 60:18, 64:16, 66:20, 70:5, 70:6
**jobs** [1] - 55:11
**Joe** [1] - 3:16
**JOHN** [1] - 1:21
**John** [2] - 3:11, 18:7
**john.langford@ protectdemocracy. org** [1] - 1:23
**joint** [2] - 4:2, 4:7
**Jones** [2] - 35:5, 37:13
**Jones'** [1] - 37:13
**JOSEPH** [1] - 2:3
**JUDGE** [1] - 1:9
**judged** [1] - 52:18
**judgment** [1] - 7:19
**June** [1] - 65:17
**JUROR** [1] - 17:19
**jurors** [2] - 22:24, 23:1
**Jury** [1] - 18:2
**jury** [40] - 3:19, 4:6, 8:1, 8:13, 16:14, 16:15, 17:11, 17:12, 17:16, 17:25, 18:5, 20:14, 20:19, 22:1, 22:21, 22:23, 23:2, 24:19, 24:23, 24:24, 25:16, 25:17, 37:4, 37:17, 39:7, 41:15, 42:13, 44:18, 46:1, 53:6, 58:5, 58:7, 58:22, 70:21, 71:16, 80:1, 80:14, 81:15, 87:13, 87:14

**K**

**keep** [4] - 19:18, 38:5, 73:19, 86:3
**keeping** [2] - 12:5, 51:11
**keeps** [1] - 12:17
**kept** [1] - 40:5
**kid** [3] - 71:2, 71:6, 77:25
**kids** [4] - 61:1, 72:7, 73:23, 78:4
**kids'** [1] - 30:19
**kill** [2] - 62:18, 62:19
**killed** [1] - 63:8
**kind** [12] - 6:1, 30:7, 44:6, 52:6, 54:16, 55:3, 57:3, 59:20, 66:22, 72:18, 77:19, 84:21
**kitten** [1] - 62:14
**kitty** [1] - 62:14
**knees** [1] - 27:9
**knock** [1] - 73:17
**knowledge** [2] - 80:4, 81:14
**knows** [4] - 35:2, 45:5, 55:3, 77:13
**kudos** [1] - 36:2

**L**

**ladies** [2] - 17:17, 22:8
**Ladies** [1] - 18:2
**lady** [5] - 29:7, 66:13, 66:17, 66:24, 68:25
**LANGFORD** [116] - 1:21, 16:21, 16:25, 17:4, 17:7, 17:15, 18:1, 18:6, 18:10, 18:19, 18:23, 19:1, 19:8, 19:13, 19:15, 19:20, 19:23, 20:2, 20:11, 20:17, 20:21, 20:25, 21:15, 21:23, 22:3, 23:8, 23:12, 23:14, 23:25, 24:6, 24:10, 24:13, 24:20, 25:1, 25:12, 36:17, 36:20, 37:1, 37:3, 37:6, 37:16, 37:19, 37:23, 39:4, 39:9, 40:12, 40:13, 40:21, 40:22, 41:12, 41:17, 41:21, 42:4, 42:7, 42:10, 42:19, 42:23, 43:21, 44:2, 44:9, 44:18, 44:20, 45:10, 45:11, 45:21, 45:24, 46:1, 46:3, 46:9,

46:12, 46:14, 47:5,
47:6, 47:11, 47:16,
47:24, 48:15, 48:16,
50:8, 50:14, 53:8,
53:9, 57:24, 58:4,
58:9, 58:12, 58:19,
58:22, 58:25, 59:5,
59:6, 59:16, 59:18,
64:2, 71:7, 71:15,
71:19, 75:4, 75:9,
75:13, 75:17, 75:20,
75:23, 75:25, 76:9,
76:12, 76:15, 76:19,
76:22, 79:9, 79:19,
81:17, 81:20, 81:25,
82:1, 87:5
**Langford** [3] - 3:11,
18:7, 21:12
**laptop** [1] - 56:20
**Larsen** [1] - 3:10
**LARSEN** [1] - 1:12
**last** [17] - 24:13, 33:2,
33:21, 56:23, 68:15,
74:18, 74:20, 79:4,
79:10, 81:13, 82:2,
82:4, 83:16, 83:21,
87:16
**late** [3] - 4:10, 16:12,
54:10
**laugh** [1] - 59:24
**Lavaca** [1] - 2:4
**law** [4] - 7:25, 12:20,
15:14, 32:2
**lawyers** [1] - 4:3
**lead** [1] - 10:17
**learn** [5] - 38:23, 40:2,
40:3, 51:24, 69:14
**learned** [4] - 32:8,
38:24, 52:16, 69:5
**learning** [2] - 27:12,
86:1
**least** [3] - 5:2, 36:4,
61:9
**leave** [12] - 38:4,
45:18, 49:25, 53:20,
54:13, 55:7, 55:12,
56:1, 57:7, 59:5,
83:17, 84:5
**leaving** [2] - 6:24, 50:4
**lectern** [1] - 3:5
**leeway** [1] - 14:14
**left** [9] - 40:24, 50:1,
50:2, 53:12, 55:10,
57:8, 57:13, 57:15,
82:12
**legacy** [1] - 78:11
**legal** [1] - 17:23
**length** [1] - 11:7
**less** [1] - 55:19
**letters** [1] - 56:22

**level** [4] - 10:22,
14:24, 57:19, 57:20
**liability** [5] - 13:25,
14:3, 14:6, 14:10,
14:11
**liable** [1] - 79:25
**license** [1] - 29:19
**lies** [16] - 34:2, 34:4,
36:14, 43:2, 47:1,
52:20, 54:1, 63:2,
66:18, 73:14, 74:6,
79:3, 79:4, 79:10,
82:2, 86:16
**life** [11] - 28:12, 33:23,
47:2, 49:18, 59:15,
60:2, 60:21, 60:23,
61:6, 87:4
**limine** [7] - 6:21, 6:23,
14:4, 16:13, 24:13,
79:7, 87:16
**line** [1] - 24:16
**lines** [1] - 54:20
**list** [1] - 58:6
**listed** [1] - 23:23
**listen** [2] - 74:24, 76:7
**listened** [2] - 74:25,
75:3
**listens** [1] - 54:18
**lit** [2] - 60:23, 61:6
**literally** [5] - 27:9,
47:2, 49:19, 68:23,
68:24
**live** [1] - 82:24
**lived** [2] - 68:20, 69:19
**living** [1] - 28:22
**LLP** [2] - 1:13, 2:3
**Lobster** [1] - 64:9
**location** [1] - 56:4
**logistics** [1] - 18:17
**loneliness** [1] - 86:18
**look** [13] - 38:1, 62:1,
63:1, 66:21, 66:22,
74:23, 80:1, 82:11,
86:19, 87:1, 87:2,
87:3
**looked** [1] - 82:11
**looking** [11] - 35:7,
36:13, 39:10, 40:9,
41:5, 64:4, 64:13,
65:4, 84:14
**looks** [2] - 51:2, 54:24
**Lord** [1] - 68:24
**Los** [1] - 12:14
**lose** [1] - 66:3
**lost** [1] - 43:18
**LOTH** [2] - 2:9, 89:3
**Loth** [1] - 89:14
**love** [2] - 28:8, 52:19
**loved** [2] - 28:6, 28:7,
59:14, 60:8

**loves** [3] - 63:2, 71:2,
71:3
**lunch** [5] - 34:23,
46:8, 79:22, 87:7,
87:8

## M

**machine** [1] - 2:12
**mad** [1] - 71:3
**mail** [10] - 26:12,
26:13, 26:14, 28:21,
32:8, 32:24, 51:8,
51:11, 52:14, 78:15
**mail-in** [1] - 28:21
**mailbox** [1] - 30:10
**mailing** [1] - 32:24
**main** [5] - 28:9, 36:6,
48:2, 82:25, 83:6
**maintaining** [1] -
72:10
**major** [3] - 67:12,
67:20, 70:7
**malice** [1] - 14:25
**man** [1] - 70:5
**manage** [1] - 15:4
**manager** [1] - 51:18
**manner** [1] - 89:10
**mark** [3] - 37:21,
58:13, 71:7
**marked** [1] - 37:21
**marking** [1] - 58:15
**Mary** [1] - 70:1
**match** [1] - 33:6
**matters** [2] - 12:6,
17:23
**mayors** [1] - 65:10
**mean** [23] - 10:3, 12:4,
15:2, 25:24, 27:14,
32:22, 33:20, 35:10,
35:23, 42:5, 43:2,
45:5, 45:6, 49:9,
49:18, 52:10, 56:14,
68:2, 69:20, 72:19,
74:16, 79:10, 82:3
**meaning** [1] - 14:11
**meant** [5] - 39:20,
39:22, 40:1, 40:2,
40:4
**media** [5] - 10:8,
13:19, 61:7, 62:10,
77:25
**meeting** [1] - 54:19
**mention** [2] - 53:24,
77:5
**mentioned** [2] - 3:25,
29:4
**merits** [1] - 6:13
**MERYL** [1] - 1:12
**Meryl** [1] - 3:9

**mess** [1] - 43:18
**message** [9] - 44:3,
44:4, 44:6, 44:25,
75:14, 75:21, 76:1,
76:16, 76:23
**messaged** [1] - 73:17
**messages** [17] -
38:25, 39:11, 39:16,
40:10, 41:5, 43:19,
44:22, 64:4, 64:6,
74:2, 74:7, 74:21,
74:24, 75:3, 76:3,
76:7
**messaging** [3] -
39:14, 62:17, 85:15
**messed** [2] - 62:4,
66:25
**messed-up** [1] - 62:4
**Messenger** [1] - 44:4
**metal** [1] - 68:5
**Metro** [1] - 57:23
**mgovernski@willkie**
**.com** [1] - 1:15
**MICHAEL** [1] - 1:11
**microphone** [1] - 25:7
**middle** [3] - 39:13,
55:25, 56:2
**midst** [3] - 17:13,
48:23, 49:3
**might** [4] - 22:5,
27:24, 29:9, 30:3
**Mike** [1] - 3:8
**miles** [2] - 69:21
**military** [1] - 28:23
**Miller** [2] - 1:17, 3:11
**miller@**
**dubosemiller.com**
[1] - 1:19
**mind** [3] - 56:14,
64:14, 80:6
**minimum** [2] - 13:12,
56:16
**minute** [5] - 3:23,
22:20, 23:24, 59:5,
63:13
**minutes** [12] - 21:3,
23:3, 42:1, 42:2,
42:20, 42:21, 47:21,
47:22, 54:11, 56:3,
79:20, 83:20
**missed** [1] - 35:23
**missing** [1] - 9:21
**mom** [21] - 34:2, 40:7,
50:6, 59:4, 62:7,
62:19, 63:6, 64:6,
66:19, 68:7, 69:25,
70:21, 77:3, 77:13,
77:23, 78:1, 78:4,
78:5, 78:13, 78:23
**mom's** [3] - 54:2, 65:3,

78:7
**moments** [1] - 61:23
**momma** [1] - 46:22,
63:8, 72:23, 74:14,
77:20
**momma's** [1] - 61:5
**mommy** [1] - 71:23
**moms** [1] - 78:3
**Monday** [1] - 48:21
**money** [1] - 57:15
**Mongols** [1] - 71:4
**month** [1] - 62:14
**Moran** [1] - 82:17
**morning** [22] - 3:6,
3:7, 3:14, 3:15, 3:17,
17:17, 17:19, 17:21,
17:22, 18:1, 18:2,
22:5, 22:10, 25:5,
25:6, 25:13, 25:14,
25:17, 34:14, 34:15,
80:14, 80:19
**Morning** [1] - 1:7
**morning's** [1] - 81:3
**Moss** [37] - 3:13, 18:8,
22:4, 25:2, 25:3,
25:7, 25:15, 25:17,
25:24, 33:20, 37:7,
37:8, 37:24, 39:1,
39:10, 41:22, 42:24,
43:5, 44:3, 44:21,
46:4, 46:15, 49:22,
50:15, 53:5, 53:10,
57:12, 57:17, 57:22,
59:1, 59:19, 62:21,
68:4, 70:8, 71:20,
75:14, 78:19
**MOSS** [1] - 25:4, 88:4
**Moss's** [2] - 23:16,
50:11
**most** [10] - 29:13,
29:14, 51:8, 54:10,
61:1, 63:5, 63:6,
63:9, 77:16, 83:4
**mother** [1] - 25:20
**motion** [6] - 6:10,
6:20, 6:23, 16:13,
24:13, 87:16
**motions** [1] - 6:8
**motivated** [1] - 56:18
**mouth** [1] - 81:4
**move** [5] - 19:11, 21:7,
23:17, 25:7, 78:16
**moved** [2] - 59:21
**movie** [3] - 61:6, 70:1,
70:4
**MR** [161] - 3:7, 3:15,
7:12, 7:14, 8:10,
8:15, 8:18, 8:24, 9:2,
9:4, 9:7, 9:15, 9:18,
9:22, 10:9, 10:22,

8

11:19, 12:9, 12:11, 12:14, 12:19, 13:24, 14:20, 14:23, 15:8, 15:11, 16:10, 16:16, 16:18, 16:21, 16:25, 17:4, 17:7, 17:15, 18:1, 18:6, 18:10, 18:19, 18:23, 19:1, 19:8, 19:13, 19:15, 19:20, 19:23, 20:2, 20:5, 20:11, 20:17, 20:21, 20:25, 21:12, 21:15, 21:17, 21:23, 22:3, 23:8, 23:12, 23:14, 23:25, 24:4, 24:6, 24:10, 24:13, 24:20, 24:22, 25:1, 25:12, 36:17, 36:20, 36:24, 37:1, 37:2, 37:3, 37:6, 37:16, 37:19, 37:23, 39:4, 39:9, 40:12, 40:13, 40:16, 40:21, 40:22, 41:12, 41:17, 41:21, 42:4, 42:7, 42:10, 42:19, 42:23, 43:21, 44:2, 44:9, 44:18, 44:20, 45:10, 45:11, 45:21, 45:24, 46:1, 46:3, 46:9, 46:12, 46:14, 47:5, 47:6, 47:11, 47:16, 47:24, 48:15, 48:16, 50:8, 50:14, 53:8, 53:9, 57:24, 58:4, 58:9, 58:12, 58:16, 58:19, 58:22, 58:25, 59:5, 59:6, 59:16, 59:18, 64:2, 71:7, 71:11, 71:15, 71:19, 75:4, 75:9, 75:13, 75:17, 75:20, 75:23, 75:25, 76:9, 76:12, 76:15, 76:19, 76:22, 79:5, 79:7, 79:9, 79:13, 79:19, 79:24, 81:1, 81:12, 81:14, 81:17, 81:20, 81:25, 82:1, 87:5
**multiday** [1] - 10:25
**multiple** [2] - 48:8, 72:20

## N

**N-words** [1] - 77:19
**nail** [1] - 83:17
**nails** [1] - 83:15
**name** [8] - 18:7, 25:17, 26:24, 39:13, 46:22, 46:23, 54:1, 68:15

**names** [1] - 68:16
**nasty** [2] - 38:25, 68:16
**NATHAN** [1] - 1:13
**nature** [3] - 3:23, 16:8, 80:16
**NE** [1] - 1:18
**need** [20] - 5:11, 5:21, 11:20, 11:22, 12:1, 16:7, 29:10, 29:23, 29:24, 30:3, 51:4, 56:25, 62:18, 73:13, 77:20, 83:21, 84:23, 84:24
**needed** [6] - 27:13, 51:1, 52:4, 72:23, 73:11, 73:13
**needs** [2] - 33:3, 33:4
**negative** [5] - 10:5, 38:25, 64:8, 68:7, 68:21
**negativity** [1] - 86:18
**neighborhood** [4] - 29:8, 82:25, 83:9
**never** [14] - 35:23, 45:3, 48:7, 49:15, 51:25, 61:16, 65:19, 67:3, 69:12, 72:9, 85:16, 85:17
**New** [2] - 70:10, 70:11
**new** [5] - 50:24, 52:5, 53:11, 62:3, 83:20
**News** [1] - 42:15
**news** [1] - 63:8
**next** [13] - 10:18, 16:20, 16:24, 16:25, 17:25, 18:9, 22:3, 24:25, 27:4, 41:11, 46:18, 48:21, 48:25
**nice** [1] - 59:10
**nickname** [1] - 46:22
**Nig** [1] - 68:15
**night** [16] - 24:14, 43:10, 44:7, 46:19, 66:20, 74:20, 75:15, 75:22, 76:1, 79:4, 79:11, 81:13, 82:3, 82:4, 87:16
**nightmare** [2] - 64:25, 65:1
**nightmares** [2] - 64:11, 64:23
**nobody** [6] - 48:6, 63:24, 65:12, 86:7, 86:21
**none** [1] - 23:22
**nonhearsay** [1] - 81:2
**nonstop** [1] - 61:23
**nooses** [1] - 65:5
**normal** [4] - 34:10,

34:15, 49:14, 49:15
**normally** [1] - 14:4
**note** [1] - 81:7
**notebook** [1] - 56:7
**noted** [2] - 4:1, 4:7
**notes** [1] - 89:5
**nothing** [7] - 43:6, 47:4, 64:17, 66:2, 67:25, 78:16, 78:17
**notice** [3] - 4:1, 5:3, 36:12
**noticed** [2] - 36:5, 36:6
**November** [2] - 25:24, 25:25
**nowhere** [1] - 63:4
**null** [1] - 89:8
**number** [6] - 33:2, 33:3, 36:24, 45:23, 58:3, 73:16
**numbers** [8] - 19:19, 32:20, 32:22, 32:23, 33:4, 33:6, 33:8

## O

**o'clock** [3] - 17:21, 87:9, 87:15
**oaths** [1] - 32:7
**object** [6] - 5:4, 15:2, 15:22, 24:16, 57:25, 79:5
**objected** [1] - 15:21
**objecting** [4] - 3:24, 4:12, 5:25, 15:19
**objection** [27] - 4:20, 5:11, 5:17, 5:18, 5:22, 6:3, 6:6, 6:8, 6:19, 15:12, 20:3, 20:5, 20:8, 21:11, 21:17, 21:18, 24:3, 24:4, 36:23, 37:2, 40:16, 58:15, 71:10, 71:12, 80:16, 81:7, 81:22
**objectionable** [1] - 4:24
**objections** [12] - 4:1, 4:7, 4:11, 4:15, 4:23, 5:5, 5:7, 5:15, 6:1, 15:5, 15:9, 16:8
**obvious** [2] - 43:2, 52:6
**obviously** [3] - 13:10, 43:1, 62:1
**October** [1] - 6:9
**OF** [2] - 1:1, 1:8
**offer** [1] - 5:11
**office** [18] - 34:15, 35:1, 35:6, 35:9,

36:3, 36:10, 36:11, 37:13, 38:18, 38:23, 40:25, 50:16, 53:19, 53:25, 54:18, 55:2, 55:18, 56:3
**Office** [3] - 26:6, 26:8, 60:20
**officer** [3] - 25:21, 84:20, 84:21
**officers** [2] - 51:19, 65:9
**offices** [1] - 35:19
**Official** [1] - 2:10
**official** [3] - 13:15, 14:16, 89:14
**often** [3] - 42:8, 53:23, 54:17
**old** [12] - 10:11, 25:19, 39:22, 50:2, 62:13, 62:14, 68:25, 71:24, 72:2, 72:3, 73:6, 73:10
**old-time** [1] - 39:22
**older** [1] - 39:25
**oldest** [1] - 78:5
**once** [13] - 5:9, 26:15, 27:25, 29:18, 32:25, 33:1, 54:15, 73:14, 76:5, 82:16, 83:9, 84:8, 86:10
**one** [30] - 10:2, 12:3, 12:21, 14:4, 14:5, 17:1, 18:16, 20:19, 22:13, 23:9, 24:10, 26:15, 28:1, 28:2, 28:9, 31:9, 35:17, 36:12, 41:2, 41:3, 51:10, 57:12, 61:9, 64:14, 68:14, 68:17, 78:5, 82:24, 83:20
**ones** [3] - 22:9, 26:22, 29:16
**online** [9] - 30:8, 42:9, 42:11, 47:19, 62:18, 82:17, 86:20, 87:2, 87:17
**open** [3] - 65:1, 69:15, 79:25
**opening** [6] - 8:6, 8:13, 10:3, 14:2, 26:13, 78:20
**opens** [2] - 69:3
**operating** [1] - 50:24
**opportunity** [4] - 7:21, 16:3, 22:11, 22:13
**orally** [1] - 6:4
**order** [9] - 3:23, 11:23, 13:17, 14:21, 23:24, 27:13, 64:8, 64:9, 73:3

**ordered** [2] - 9:23, 68:19
**ordering** [1] - 87:17
**orders** [3] - 11:24, 12:2, 24:14
**otherwise** [1] - 5:24
**outcome** [1] - 74:15
**outgoing** [4] - 33:22, 55:4, 59:25, 71:1
**outlets** [1] - 13:19
**outset** [1] - 6:7
**outside** [5] - 12:12, 12:14, 30:20, 64:21, 64:22
**overeat** [1] - 64:10
**overnight** [1] - 67:25
**overreacting** [1] - 7:3
**overruled** [2] - 79:6, 81:22
**overseas** [3] - 28:23, 31:4
**overwhelming** [1] - 84:11

## P

**PAGE** [1] - 88:1
**paid** [1] - 54:15
**paint** [1] - 14:21
**pandemic** [5] - 30:22, 30:23, 31:9, 36:8, 72:13
**panel** [1] - 16:4
**panic** [4] - 53:23, 61:15, 84:17, 85:24
**pantries** [1] - 29:8
**pantry** [1] - 29:10
**paper** [1] - 81:6
**pariah** [1] - 53:19
**park** [1] - 83:11
**parked** [1] - 54:15
**parking** [2] - 43:13, 54:15
**part** [7] - 6:10, 7:23, 26:17, 30:6, 31:24, 69:22, 86:8
**particular** [3] - 26:17, 27:19, 29:14
**parties** [5] - 3:4, 16:15, 22:17, 50:10
**parties'** [1] - 21:6
**parts** [3] - 21:20, 22:16, 29:22
**party** [2] - 5:11, 89:10
**party's** [1] - 23:16
**pattern** [1] - 64:19
**Paul** [1] - 39:23
**pay** [4] - 29:24, 68:18, 68:22, 76:12
**pays** [1] - 11:2

**people** [56] - 6:16, 7:3, 8:7, 28:22, 28:23, 29:9, 30:2, 31:4, 31:5, 35:21, 36:2, 38:5, 38:6, 40:5, 41:8, 43:14, 45:7, 46:25, 47:7, 52:5, 52:8, 52:21, 53:24, 54:20, 57:6, 59:24, 62:17, 63:2, 64:16, 65:9, 65:20, 65:22, 68:11, 68:19, 68:23, 68:24, 69:6, 70:2, 73:15, 74:14, 74:19, 76:5, 78:24, 83:24, 84:4, 84:15, 85:7, 85:23, 86:3, 86:4, 86:6, 86:21, 86:23
**per** [1] - 24:13
**percent** [1] - 31:8
**perfect** [2] - 33:10, 59:15
**perfectly** [1] - 11:9
**period** [1] - 28:14
**perjuring** [1] - 13:17
**permanent** [9] - 26:16, 27:5, 27:14, 27:17, 27:18, 27:23, 28:1, 52:13
**permanently** [1] - 28:22
**permission** [3] - 21:6, 23:17, 79:13
**person** [11] - 39:14, 39:18, 45:17, 45:18, 49:19, 50:21, 50:24, 55:4, 62:4, 62:23, 64:14
**personal** [1] - 80:4
**personally** [1] - 57:19
**phone** [16] - 34:19, 40:9, 51:3, 69:10, 73:2, 73:3, 73:5, 73:6, 73:10, 73:11, 73:14, 73:15, 73:16, 74:9, 74:22, 85:8
**phones** [1] - 79:15
**photo** [5] - 46:4, 46:15, 58:1, 59:1, 71:20
**photocopied** [1] - 89:9
**photos** [1] - 58:20
**physical** [2] - 33:5
**pick** [1] - 79:15
**picking** [1] - 83:5
**picture** [11] - 14:21, 46:7, 60:1, 60:2, 60:3, 60:6, 61:10, 63:19, 72:4, 84:16

**pictured** [2] - 59:3, 71:22
**pictures** [3] - 60:5, 62:1, 62:13
**pitchforks** [1] - 65:6
**pizza** [2] - 68:13, 68:15
**pizzas** [5] - 68:12, 68:18, 68:22, 70:15
**place** [1] - 86:15
**Plaintiff** [3] - 22:4, 25:2, 25:4
**Plaintiff's** [2] - 36:18, 39:4
**plaintiffs** [19] - 3:9, 5:2, 7:20, 7:25, 8:7, 10:4, 11:13, 13:1, 13:8, 13:21, 14:1, 14:3, 14:14, 16:15, 17:24, 18:10, 20:25, 25:1
**Plaintiffs** [1] - 1:3
**PLAINTIFFS** [1] - 1:11
**Plaintiffs'** [64] - 19:15, 19:16, 19:18, 20:9, 21:7, 21:8, 21:15, 21:16, 21:18, 21:22, 23:18, 23:19, 23:20, 24:7, 37:14, 39:1, 41:12, 42:1, 42:20, 43:22, 44:10, 45:21, 46:9, 47:11, 50:8, 58:13, 58:24, 71:8, 71:14, 75:4, 75:10, 75:18, 76:9, 76:13, 76:20, 88:8, 88:8, 88:9, 88:9, 88:10, 88:10, 88:11, 88:11, 88:12, 88:12, 88:13, 88:13, 88:14, 88:14, 88:15, 88:15, 88:16, 88:16, 88:17, 88:17, 88:18, 88:18, 88:19, 88:19, 88:20, 88:20
**plaintiffs'** [14] - 3:6, 6:20, 6:23, 13:5, 16:13, 16:20, 20:24, 22:3, 24:25, 79:17, 80:11, 80:15, 80:17, 87:16
**planned** [1] - 50:4
**planning** [1] - 81:18
**plaque** [1] - 36:5
**plaques** [1] - 35:25
**plastered** [1] - 56:21
**platforms** [1] - 47:19
**platter** [1] - 64:9
**play** [10] - 13:18, 32:15, 37:20, 75:2, 75:10, 75:17, 75:23,

76:19, 84:1, 85:8
**played** [1] - 21:20
**playing** [2] - 10:7, 54:23
**pleasant** [1] - 17:18
**point** [6] - 12:20, 15:2, 23:10, 24:10, 57:12, 66:1
**pointed** [1] - 7:15
**police** [4] - 69:9, 69:14, 84:20
**political** [1] - 65:8
**poll** [1] - 38:4
**polls** [5] - 26:25, 28:24, 29:20, 31:7, 31:9
**poor** [1] - 66:17
**popcorn** [1] - 70:3
**Poppins** [1] - 70:1
**portions** [1] - 22:14
**position** [8] - 13:5, 27:8, 29:1, 31:17, 31:20, 36:7, 50:21, 52:6
**possible** [1] - 4:5
**post** [2] - 62:11, 74:7
**postage** [1] - 29:24
**posting** [1] - 61:9
**posture** [1] - 14:1
**potluck** [1] - 35:25
**pounds** [1] - 62:2
**power** [3] - 42:25, 65:9, 86:14
**powerful** [1] - 52:21
**pray** [1] - 68:3
**precisely** [2] - 5:22, 16:7
**precluded** [1] - 13:2
**precluding** [1] - 11:14
**preclusion** [1] - 13:5
**prefer** [1] - 17:11
**preference** [1] - 8:2
**prejudicial** [5] - 4:24, 13:25, 80:3, 81:7, 81:10
**preliminary** [2] - 17:23, 22:9
**prepared** [2] - 4:4, 75:2
**preparing** [1] - 34:21
**present** [1] - 22:15
**presentation** [2] - 14:2, 14:3
**presented** [2] - 6:5, 15:23
**presenting** [1] - 81:18
**presents** [1] - 14:5
**preserve** [2] - 5:12, 5:19

**presidential** [5] - 26:1, 31:11, 31:14, 33:9, 33:11
**press** [5] - 6:25, 7:5, 80:2, 80:8, 80:9
**pressed** [1] - 75:2
**pretax** [1] - 50:11
**pretaxed** [1] - 50:13
**pretrial** [4] - 4:2, 4:8, 6:8, 6:10
**pretty** [3] - 15:18, 59:22, 72:9
**problem** [1] - 14:8
**procedure** [2] - 48:13, 50:24
**proceed** [5] - 21:24, 25:10, 42:17, 53:7, 81:24
**proceeding** [1] - 81:3
**Proceedings** [1] - 2:12
**proceedings** [2] - 81:15, 89:6
**process** [2] - 30:6, 86:24
**produced** [1] - 2:13
**professional** [1] - 54:3
**promotion** [3] - 50:17, 50:19
**prompt** [1] - 13:11
**proof** [2] - 5:11, 7:16
**property** [1] - 55:1
**Protect** [2] - 1:21, 3:12
**protect** [1] - 77:3
**proud** [13] - 25:19, 27:16, 28:11, 28:19, 31:22, 32:19, 33:16, 33:17, 33:19, 50:6
**prove** [1] - 9:25
**provide** [1] - 13:25
**proximate** [1] - 24:16
**PTX** [1] - 19:15
**public** [2] - 12:23, 43:1
**publicly** [1] - 34:5
**publish** [10] - 37:4, 37:16, 37:18, 39:7, 41:14, 44:18, 46:1, 46:12, 58:22, 71:15
**published** [30] - 20:14, 22:1, 37:5, 37:22, 39:8, 41:19, 41:20, 42:18, 42:22, 43:25, 44:1, 44:17, 44:19, 45:25, 46:2, 46:11, 46:13, 47:15, 47:23, 58:23, 58:24, 71:17, 71:18, 75:8, 75:12, 75:19, 75:24, 76:11, 76:14, 76:21

**puffy** [1] - 46:18
**pull** [5] - 37:3, 37:19, 39:6, 57:24, 85:10
**pulled** [2] - 38:3, 41:14
**pulling** [1] - 83:11
**punctuality** [1] - 17:22
**punishable** [1] - 40:6
**punitive** [6] - 14:12, 14:18, 14:23, 80:6, 80:21, 80:24
**purposes** [3] - 5:24, 18:5, 80:21
**pursuant** [2] - 21:5, 23:16
**pursue** [1] - 28:10
**pushed** [2] - 63:17, 64:1
**put** [6] - 7:21, 11:24, 19:4, 51:3, 60:8, 67:4
**putting** [1] - 83:11

## Q

**questions** [3] - 10:19, 11:3, 87:5
**quick** [1] - 81:20
**quiet** [1] - 78:17
**quite** [3] - 10:5, 11:5, 25:8
**quote** [1] - 6:24
**quoting** [1] - 9:13

## R

**races** [1] - 84:12
**racing** [2] - 57:5, 83:12
**racism** [1] - 77:21
**racist** [3] - 38:25, 68:16, 69:19
**radio** [1] - 85:9
**raise** [2] - 9:23, 55:13
**raised** [5] - 4:14, 4:17, 4:23, 5:18, 65:24
**raising** [2] - 4:10, 10:20
**ran** [1] - 74:17
**reaction** [3] - 42:24, 42:25, 43:3
**read** [7] - 6:16, 43:16, 44:4, 44:25, 64:6, 71:3, 71:4
**reading** [5] - 6:16, 41:1, 41:5, 45:4, 64:6
**reads** [1] - 71:3
**ready** [14] - 16:15, 24:19, 24:21, 25:22,

31:22, 34:10, 34:18,
34:19, 48:24, 49:10,
56:8, 70:25
**real** [2] - 30:18, 77:21
**realized** [4] - 29:18,
56:10, 62:2, 64:14
**really** [10] - 5:24, 6:6,
15:18, 27:7, 27:12,
28:24, 54:4, 57:4,
68:16, 71:6
**reasons** [3] - 6:12,
28:9, 81:8
**received** [3] - 3:19,
33:3, 40:10
**receiving** [3] - 32:25,
38:24, 74:2
**recess** [3] - 23:4, 53:4,
87:20
**recited** [1] - 81:5
**reckless** [2] - 13:13,
13:16
**recognize** [5] - 46:4,
46:15, 59:1, 62:8,
71:20
**reconcile** [2] - 8:12,
9:14
**reconciled** [1] - 9:16
**record** [13] - 3:15, 5:10,
11:2, 11:9, 15:10,
16:2, 37:20, 41:25,
42:19, 47:20, 50:10,
58:17, 84:16
**records** [4] - 6:18,
13:9, 26:12, 55:2
**recount** [2] - 77:16,
77:18
**recounts** [1] - 77:16
**Red** [1] - 64:9
**refer** [1] - 5:22
**reference** [1] - 23:15
**referenced** [2] - 18:14,
21:5
**referring** [3] - 38:13,
40:17, 40:18
**regarding** [1] - 14:3
**Regina** [2] - 6:5, 6:13
**Registration** [3] -
26:6, 35:13, 60:19
**registration** [9] -
25:21, 26:21, 27:20,
34:16, 35:11, 35:13,
35:19, 56:17, 57:8
**Registrations** [2] -
26:8, 49:23
**registrations** [2] -
26:19, 26:20
**regret** [2] - 7:7, 82:5
**regretted** [1] - 7:6
**regrounds** [1] - 4:17
**reiterated** [1] - 6:3

**reiterating** [1] - 5:15
**rejected** [2] - 6:4, 6:19
**relate** [1] - 65:21
**relationship** [3] -
63:11, 63:15, 63:22
**release** [1] - 67:6
**relevance** [1] - 4:23
**relevant** [1] - 14:18
**relying** [1] - 5:8
**remain** [1] - 54:3
**remember** [9] - 34:6,
45:2, 49:6, 59:25,
75:14, 75:21, 76:1,
76:16, 76:24
**remind** [1] - 71:24
**remote** [1] - 72:15
**remove** [1] - 63:21
**renew** [1] - 5:11
**reorganized** [1] - 51:6
**repeat** [2] - 5:7, 21:13
**repeated** [1] - 14:16
**repeating** [1] - 54:20
**report** [2] - 7:5, 8:19
**reported** [2] - 2:12,
87:21
**reporter** [3] - 7:15,
8:23, 82:5
**Reporter** [3] - 2:9,
2:10, 89:14
**reporting** [1] - 6:15
**reports** [2] - 6:7, 6:14
**represented** [1] -
22:10
**request** [1] - 13:5
**require** [1] - 26:23
**resident** [1] - 25:20
**respect** [1] - 9:22
**response** [3] - 3:22,
12:7, 23:23
**responsibilities** [1] -
27:21
**responsible** [2] -
32:24, 32:25
**responsive** [1] - 11:3
**rest** [2] - 40:14, 40:23
**restaurant** [3] - 56:6,
56:11, 82:12
**result** [1] - 67:11
**resume** [1] - 53:5
**resumes** [1] - 56:7
**retire** [1] - 50:5
**retired** [1] - 29:11
**retirement** [3] - 29:17,
29:19, 30:5
**return** [1] - 49:14
**returned** [1] - 49:15
**returns** [2] - 24:24,
53:6
**Revere** [1] - 39:24

**review** [1] - 20:23
**reviewing** [2] - 16:4
**rise** [1] - 22:23
**Ro** [1] - 68:15
**robot** [1] - 54:24
**role** [3] - 26:10, 27:21,
31:13
**roll** [1] - 20:12
**room** [11] - 26:13,
26:14, 32:8, 32:24,
38:4, 48:6, 51:8,
53:20, 74:9, 78:15,
82:14
**rough** [1] - 59:20
**routine** [1] - 34:10
**RPR** [3] - 2:9, 89:3,
89:14
**RUBY** [1] - 1:3
**Ruby** [4] - 3:3, 3:12,
18:7, 54:21
**RUDOLPH** [1] - 1:5
**Rudy** [1] - 3:3
**Rudygiulianics** [1] -
47:19
**rudygiulianics.com**
[1] - 42:8
**Rule** [1] - 5:9
**rule** [3] - 5:13, 5:16,
16:3
**ruled** [1] - 5:15
**rules** [4] - 5:10, 32:2,
32:4, 32:10
**ruling** [1] - 6:1
**rulings** [3] - 4:25, 5:8,
13:3
**Rumble** [2] - 42:7,
47:19
**running** [1] - 16:12

## S

**sadly** [1] - 87:3
**sadness** [1] - 86:18
**Saint** [1] - 89:14
**SAINT** [2] - 2:9, 89:3
**Saint-Loth** [1] - 89:14
**SAINT-LOTH** [2] - 2:9,
89:3
**salary** [1] - 55:19
**salon** [1] - 45:16
**sat** [1] - 34:18
**satisfied** [2] - 77:18,
78:15
**Saturday** [1] - 45:15
**save** [1] - 4:5
**saw** [2] - 45:17, 82:16
**scanners** [1] - 33:4
**scanning** [1] - 48:6
**scared** [6] - 62:21,
62:22, 63:5, 63:6,

66:22
**scheduled** [2] - 49:6,
49:12
**school** [17] - 59:19,
59:20, 59:22, 59:23,
60:9, 61:2, 61:3,
61:4, 63:8, 71:1,
72:5, 72:8, 72:9,
72:19, 72:20, 77:1,
83:5
**scope** [2] - 15:13,
15:15
**Scott** [3] - 6:5, 6:6,
6:13
**screaming** [1] - 69:10
**screen** [1] - 37:7
**search** [2] - 6:17, 57:1
**seasons** [1] - 59:11
**secluded** [2] - 64:1,
64:3
**second** [3] - 18:16,
28:20, 69:15
**seconds** [8] - 15:9,
41:24, 42:1, 42:2,
42:20, 42:21, 47:21,
47:22
**Secretary** [1] - 51:12
**security** [1] - 34:16
**see** [21] - 4:13, 11:5,
18:24, 19:5, 35:6,
37:12, 38:1, 42:14,
53:25, 54:14, 62:7,
62:13, 64:13, 65:20,
69:1, 69:2, 70:1,
83:7, 84:20, 85:7
**seeing** [4] - 11:9, 20:1,
38:6, 67:18
**seek** [4] - 19:12,
65:13, 65:16, 67:7
**selfie** [1] - 61:9
**selfies** [1] - 49:20
**semester** [1] - 73:23
**semesters** [1] - 72:7
**send** [5] - 29:21, 30:4,
33:2, 53:25, 68:12
**sending** [3] - 26:24,
30:8, 51:12
**senior** [3] - 28:17,
30:5, 83:24
**sense** [4] - 41:7,
59:14, 64:18
**Sense** [3] - 41:23,
42:5, 47:18
**sent** [1] - 68:19
**separate** [2] - 62:25,
87:22
**September** [1] - 67:9
**serious** [1] - 85:3
**session** [1] - 87:21
**Session** [1] - 1:7

**set** [1] - 23:15
**seven** [4] - 30:17,
72:3, 72:24
**severely** [1] - 13:10
**shake** [2] - 85:6, 85:12
**shall** [2] - 23:12, 89:8
**Shaye** [3] - 3:12, 18:8
**Shaye'** [8] - 33:22,
54:21, 55:3, 69:10,
69:11, 69:17, 84:5
**shock** [1] - 66:21
**shocked** [2] - 38:21,
57:5
**shop** [1] - 83:17
**short** [1] - 29:6
**shorter** [1] - 21:3
**shorthand** [1] - 2:12
**show** [13] - 13:12,
19:1, 36:16, 38:15,
41:11, 41:23, 43:8,
47:10, 47:18, 48:12,
48:17, 58:5, 68:13
**showed** [5] - 8:1, 38:7,
43:9, 48:13, 56:21
**showing** [2] - 13:15,
14:17
**shown** [8] - 18:11,
21:1, 22:12, 22:14,
22:16, 22:17, 36:13,
58:7
**shows** [3] - 38:2,
38:16, 64:5
**shut** [1] - 51:4
**SIBLEY** [45] - 2:3,
3:15, 7:12, 7:14,
8:10, 8:15, 8:18,
8:24, 9:2, 9:4, 9:7,
9:15, 9:18, 9:22,
10:9, 10:22, 11:19,
12:9, 12:11, 12:14,
12:19, 13:24, 14:20,
14:23, 15:8, 15:11,
16:10, 16:18, 20:5,
21:12, 21:17, 24:4,
24:22, 36:24, 37:2,
40:16, 58:16, 71:11,
79:5, 79:7, 79:13,
79:24, 81:1, 81:12,
81:14
**Sibley** [24] - 2:3, 3:16,
4:16, 5:2, 6:22, 7:10,
8:5, 9:11, 9:14,
10:18, 11:12, 13:20,
14:9, 16:1, 16:17,
20:3, 21:11, 24:3,
24:14, 24:21, 36:23,
58:14, 79:23, 80:17
**Sibley's** [1] - 3:22
**sibley@**
**camarasibley.com**

[1] - 2:6
**sic** [1] - 66:19
**side** [17] - 19:4, 22:13, 26:21, 27:20, 30:25, 34:16, 35:2, 35:4, 35:10, 35:11, 35:12, 35:13, 35:17, 35:19
**sides** [2] - 22:10, 22:13
**signatory** [1] - 89:10
**signs** [1] - 65:6
**silly** [1] - 59:24
**similar** [2] - 55:19, 55:20
**simple** [1] - 15:18
**single** [1] - 49:18
**sister** [1] - 78:9
**sit** [4] - 11:1, 43:16, 70:4, 86:5
**sitting** [5] - 4:6, 10:13, 10:24, 38:18, 70:2
**situation** [2] - 11:24, 30:3
**situations** [1] - 5:16
**six** [3] - 3:25, 4:8, 4:13
**skills** [2] - 6:17, 56:11
**slap** [2] - 52:10, 52:17
**sleep** [6] - 62:20, 64:19, 64:20, 86:11, 87:1, 87:2
**sleeping** [1] - 61:17
**slowly** [1] - 84:19
**slump** [1] - 86:18
**small** [3] - 23:10, 24:10, 78:2
**smiling** [3] - 35:8, 41:2, 49:19
**smoothly** [2] - 4:5, 48:25
**Snapchat** [1] - 61:10
**so..** [1] - 14:8
**sociable** [2] - 59:25, 60:24
**social** [4] - 13:19, 61:7, 62:10, 77:25
**someone** [10] - 26:24, 30:9, 42:25, 47:3, 54:12, 54:14, 55:17, 63:19, 84:3, 86:4
**sometimes** [4] - 30:7, 35:25, 85:11, 86:9
**somewhere** [1] - 59:10
**son** [9] - 63:6, 68:8, 70:22, 70:25, 73:9, 77:1, 83:5, 83:12, 86:10
**son's** [2] - 83:23, 86:2
**sorry** [11] - 17:22, 19:4, 21:12, 36:20,

36:24, 55:21, 63:10, 63:14, 71:8, 78:20, 84:23
**sort** [1] - 14:9
**sorting** [1] - 26:13
**sound** [1] - 69:12
**source** [1] - 81:14
**southern** [1] - 59:15
**spa** [1] - 61:5
**Spalding** [8] - 37:3, 37:19, 39:6, 41:14, 75:10, 75:17, 76:12, 76:19
**speaking** [6] - 8:8, 8:9, 8:10, 12:6, 39:11, 64:5
**specificity** [1] - 9:2
**speed** [1] - 17:7
**spelling** [1] - 26:23
**spent** [1] - 30:18
**spiraling** [1] - 54:8
**sports** [1] - 59:12
**spot** [3] - 73:2, 86:6
**spread** [5] - 34:2, 34:4, 63:2, 73:15, 82:2
**spreading** [3] - 79:3, 79:4, 79:10
**stand** [6] - 11:21, 12:1, 13:7, 13:22, 23:1, 53:5
**standard** [1] - 50:24
**stands** [1] - 84:10
**start** [11] - 3:5, 3:22, 5:3, 6:21, 23:12, 25:22, 34:19, 56:15, 71:1, 74:2, 84:13
**started** [10] - 26:10, 26:11, 26:12, 26:17, 31:23, 52:11, 68:11, 73:20, 74:22
**state** [1] - 14:2
**State** [5] - 26:5, 32:12, 32:13, 51:12, 60:13
**statement** [2] - 4:2, 4:8
**statements** [32] - 7:22, 7:24, 8:3, 8:6, 8:13, 8:14, 8:18, 8:20, 8:23, 9:9, 9:12, 10:1, 10:3, 10:4, 10:5, 11:16, 12:17, 12:23, 12:25, 13:12, 13:13, 13:15, 13:21, 14:11, 14:13, 14:15, 14:16, 14:17, 80:14, 80:22, 81:4, 81:10
**states** [1] - 5:9
**STATES** [2] - 1:1, 1:9
**stationed** [1] - 32:12

**stations** [1] - 83:19
**stay** [5] - 6:21, 7:17, 73:25, 78:16, 78:17
**stayed** [2] - 38:5, 63:18
**steal** [1] - 48:10
**stenographic** [1] - 89:5
**step** [3] - 17:24, 25:3, 50:25
**steps** [1] - 68:1
**sticks** [1] - 65:6
**still** [20] - 31:6, 41:8, 43:19, 48:24, 49:1, 49:22, 50:23, 50:25, 52:23, 52:24, 55:13, 62:10, 62:11, 67:20, 69:21, 79:3, 82:20, 86:9, 87:1
**stipulated** [1] - 50:11
**stipulation** [1] - 23:16
**stipulations** [3] - 8:1, 8:4, 50:9
**stood** [1] - 64:15
**stop** [1] - 67:22
**stopped** [3] - 6:25, 85:16, 85:17
**stopping** [1] - 83:11
**stories** [1] - 28:12
**story** [2] - 7:1, 48:2
**straight** [1] - 72:10
**straight-A** [1] - 72:10
**strategy** [1] - 7:23
**strawberry** [1] - 45:20
**strawberry-blondish** [1] - 45:20
**Street** [4] - 1:14, 1:18, 1:22, 2:4
**street** [5] - 54:13, 82:25, 83:1, 83:6
**stress** [3] - 10:25, 62:3, 66:8
**stretch** [1] - 25:8
**strong** [1] - 70:4
**strongest** [1] - 69:13
**struggle** [2] - 67:14, 67:16
**stuck** [2] - 55:13, 64:20
**student** [1] - 72:10
**students** [1] - 31:4
**stuff** [8] - 14:5, 15:13, 39:24, 57:2, 64:8, 68:22, 74:23, 77:1
**stylist** [1] - 45:16
**subdivision** [2] - 83:1, 83:3
**submitted** [1] - 76:10
**success** [1] - 12:5
**suffer** [1] - 80:25

**suffering** [1] - 67:20
**suggests** [1] - 12:24
**suitcases** [2] - 38:3, 38:11
**Suite** [2] - 1:14, 2:4
**sum** [1] - 49:16
**summarize** [1] - 80:18
**summer** [2] - 65:18, 66:5
**super** [1] - 31:15
**supervisor** [7] - 31:15, 31:16, 33:12, 33:13, 33:17, 36:8, 51:18
**supervisor's** [3] - 38:18, 38:23, 50:16
**supervisors** [2] - 38:4, 38:13
**support** [1] - 7:9
**supposed** [1] - 9:14
**surprises** [1] - 4:3
**surrounding** [2] - 59:10, 86:16
**sweating** [1] - 84:13
**sweats** [1] - 61:23
**sweet** [4] - 29:6, 68:25, 71:1, 71:2
**sworn** [1] - 25:4
**system** [1] - 87:18

# T

**table** [2] - 3:9, 38:3
**tabulating** [1] - 36:3
**tag** [1] - 55:2
**tall** [1] - 69:2
**task** [4] - 28:1, 51:7, 51:13, 51:15
**tasks** [6] - 26:15, 27:23, 28:2, 28:4, 49:1, 51:10
**tax** [1] - 55:2
**taxes** [1] - 57:16
**teach** [2] - 32:1, 52:5
**teacher** [1] - 73:18
**teachers** [1] - 72:20
**team** [6] - 32:24, 32:1, 32:20, 36:5, 51:9, 84:2
**teams** [1] - 59:12
**technology** [1] - 19:7
**tee** [1] - 5:25
**television** [2] - 42:6, 42:14
**temp** [1] - 78:15
**temporary** [5] - 26:11, 27:1, 27:22, 28:3, 31:17
**ten** [6] - 22:20, 23:3, 56:3, 63:22, 79:19
**ten-minute** [1] - 22:20

**ten-year** [2] - 63:22
**terms** [1] - 4:12
**terrible** [1] - 54:1
**terrified** [1] - 49:9
**testified** [1] - 86:3
**testifies** [1] - 11:14
**testify** [2] - 7:1, 12:24
**testimony** [12] - 6:18, 6:19, 13:2, 13:25, 18:11, 18:13, 18:15, 18:17, 20:16, 21:1, 21:5, 24:15
**texting** [1] - 62:17
**THE** [131] - 1:1, 1:8, 3:2, 3:14, 3:17, 7:13, 7:15, 8:12, 8:16, 8:22, 8:25, 9:3, 9:6, 9:8, 9:10, 9:11, 9:17, 9:20, 10:2, 10:17, 11:1, 12:3, 12:10, 12:13, 12:16, 12:21, 14:9, 14:22, 15:5, 15:10, 16:1, 16:12, 16:17, 16:19, 16:22, 17:2, 17:6, 17:12, 17:17, 17:20, 18:4, 18:9, 18:16, 18:20, 18:24, 19:7, 19:9, 19:14, 19:17, 19:22, 19:24, 20:3, 20:7, 20:12, 20:15, 20:18, 20:22, 21:11, 21:14, 21:18, 21:24, 22:2, 22:7, 22:22, 23:5, 23:11, 23:13, 23:22, 24:2, 24:5, 24:12, 24:18, 24:21, 24:23, 24:25, 25:3, 25:5, 25:6, 25:7, 36:19, 36:22, 37:18, 40:19, 41:16, 41:18, 42:3, 42:5, 42:9, 42:12, 43:23, 43:24, 43:25, 44:12, 44:13, 44:14, 44:15, 44:16, 45:23, 45:25, 46:11, 47:13, 47:14, 47:15, 53:5, 53:7, 58:2, 58:7, 58:10, 58:14, 58:17, 58:21, 58:23, 63:13, 63:14, 71:12, 71:17, 75:7, 75:8, 76:11, 79:6, 79:15, 79:17, 79:21, 80:5, 81:9, 81:13, 81:18, 81:22, 81:24, 87:6, 87:14
**theaters** [1] - 70:1
**themselves** [1] - 44:5
**therapist** [3] - 67:6, 67:24, 85:22

**therapy** [2] - 65:20, 68:2
**thinking** [10] - 35:22, 36:4, 36:6, 36:9, 38:19, 39:23, 64:12, 75:1, 77:5, 82:15
**thinks** [1] - 86:22
**third** [1] - 20:24
**thirty** [1] - 50:3
**thirty-eight** [1] - 50:3
**thorough** [1] - 13:10
**threats** [1] - 39:21
**three** [2] - 43:12, 54:11
**three-block** [1] - 54:11
**throw** [1] - 85:11
**throwing** [2] - 70:3
**thumbs** [2] - 35:9, 35:21
**ticket** [1] - 27:15
**tie** [1] - 77:17
**time-marked** [1] - 37:21
**title** [1] - 26:11
**today** [10] - 3:9, 18:5, 21:20, 22:18, 66:14, 66:15, 80:23, 81:11, 82:20, 87:9
**together** [6] - 30:19, 30:20, 62:8, 74:25, 77:17
**toll** [2] - 10:10, 10:12
**took** [5] - 46:7, 61:9, 66:1, 69:25, 74:22
**top** [2] - 44:25, 69:1
**toppings** [1] - 68:16
**total** [2] - 41:3
**totally** [4] - 4:17, 6:8, 6:10, 62:1
**touch** [1] - 51:25
**towards** [5] - 25:8, 34:25, 82:11, 84:18
**tradition** [1] - 22:23
**trained** [1] - 52:8
**TRANSCRIPT** [1] - 1:8
**Transcript** [1] - 2:13
**transcript** [11] - 9:4, 18:15, 19:24, 20:1, 20:20, 20:22, 21:9, 21:19, 89:5, 89:6, 89:9
**transcription** [1] - 2:13
**trapped** [1] - 86:13
**traveling** [1] - 69:21
**treason** [4] - 39:19, 39:20, 40:2, 69:8
**treasonous** [1] - 39:19
**treatment** [3] - 65:13, 65:16, 67:7

**tree** [1] - 63:7
**trial** [8] - 5:11, 6:4, 9:23, 9:25, 10:13, 10:25, 11:8, 22:12
**TRIAL** [1] - 1:8
**trials** [1] - 5:14
**tried** [2] - 15:25, 82:11
**trouble** [1] - 61:17
**true** [10] - 7:2, 7:4, 12:25, 38:9, 43:5, 43:6, 47:25, 56:24, 89:4, 89:5
**trust** [2] - 62:24, 63:3
**truth** [4] - 7:8, 9:25, 64:15, 82:6
**try** [7] - 28:10, 40:2, 64:7, 66:3, 74:13, 77:2, 86:2
**trying** [12] - 5:19, 9:25, 15:16, 41:4, 41:6, 58:20, 59:24, 68:22, 70:6, 70:13, 84:19, 84:20
**tuned** [2] - 7:17, 57:4
**tunnel** [1] - 84:9
**turn** [10] - 6:20, 39:1, 70:21, 82:25, 83:1, 83:7, 83:8, 83:9, 83:10
**turned** [3] - 49:21, 56:20, 73:11
**turns** [3] - 83:2, 83:6, 83:10
**TV** [7] - 31:5, 64:5, 65:20, 66:12, 82:9, 82:10, 82:13
**TVs** [1] - 83:18
**tweet** [2] - 37:8, 37:14
**twice** [1] - 5:18
**two** [7] - 3:19, 41:24, 62:13, 77:17, 83:10, 87:9, 87:14
**two-year-old** [1] - 62:13
**TX** [1] - 2:5
**type** [6] - 29:14, 39:24, 53:22, 56:11, 68:16, 69:1
**types** [1] - 38:24

## U

**um-hum** [2] - 55:23, 72:14
**unable** [1] - 28:24
**unclear** [1] - 5:24
**under** [6] - 4:24, 38:3, 51:25, 52:2, 86:13, 87:22
**undisclosed** [1] - 6:7

**unduly** [3] - 80:3, 81:7, 81:9
**unfair** [3] - 13:21, 43:4, 77:25
**unfortunate** [2] - 7:3, 11:25
**unfortunately** [3] - 73:1, 74:12, 74:25
**unh** [2] - 62:11
**unh-unh** [1] - 62:11
**unhelpful** [1] - 4:17
**unintelligible** [1] - 4:25
**unison** [1] - 54:24
**UNITED** [2] - 1:1, 1:9
**University** [1] - 60:13
**unleash** [1] - 66:23
**unloaded** [1] - 66:17
**unreconcilable** [1] - 10:3
**untimely** [2] - 6:8, 6:10
**untrue** [1] - 43:3
**up** [53] - 4:2, 6:1, 14:5, 14:6, 17:7, 17:8, 17:23, 28:11, 34:9, 34:10, 34:22, 35:9, 35:21, 37:3, 37:19, 39:6, 41:14, 46:25, 49:4, 49:16, 51:4, 51:11, 52:15, 56:7, 56:13, 56:16, 56:17, 57:22, 57:23, 57:24, 59:5, 59:7, 59:8, 59:14, 62:4, 64:12, 64:15, 65:19, 66:25, 68:13, 70:5, 73:7, 74:21, 78:16, 79:15, 79:21, 80:2, 83:5, 84:8, 85:11, 86:17, 87:3
**upset** [1] - 74:15
**upside** [2] - 33:25, 49:21

## V

**vacation** [1] - 56:1
**vague** [1] - 40:16
**Valley** [1] - 60:13
**varsity** [1] - 84:2
**versus** [2] - 3:3, 10:5
**via** [2] - 18:11, 21:1
**video** [21] - 18:18, 18:20, 18:25, 19:2, 20:1, 21:2, 21:10, 22:14, 37:10, 37:14, 38:2, 38:6, 38:15, 38:16, 42:24, 43:7, 47:17, 48:12, 56:22,

71:2
**videos** [2] - 36:13, 61:10
**videotape** [2] - 20:13, 21:25
**view** [1] - 6:13
**viewed** [1] - 16:5
**violates** [1] - 79:7
**violent** [2] - 38:25, 43:14
**virtual** [1] - 72:7
**virtually** [1] - 4:25
**vital** [1] - 55:2
**void** [1] - 89:8
**voir** [1] - 79:13
**volume** [1] - 31:18
**VON** [1] - 1:17
**Von** [1] - 3:11
**vote** [3] - 29:1, 38:17, 45:8
**voted** [1] - 31:10
**voter** [1] - 29:14
**Voter** [2] - 35:13, 60:19
**voters** [3] - 26:22, 26:23, 49:10
**votes** [3] - 7:8, 38:5, 82:7
**voting** [2] - 51:13, 55:15
**vs** [1] - 1:4

## W

**wage** [1] - 56:16
**wait** [5] - 17:12, 54:13, 61:1, 61:3, 65:18
**waived** [1] - 6:11
**wake** [2] - 64:12, 87:3
**walk** [7] - 43:12, 45:17, 54:11, 54:16, 64:22, 84:8, 84:25
**walked** [4] - 34:16, 50:15, 82:9, 82:11
**WANDREA** [2] - 25:4, 88:4
**Wandrea** [3] - 22:4, 25:2, 25:17
**Washington** [3] - 1:6, 1:14, 2:10
**waste** [1] - 15:19
**watch** [8] - 19:2, 38:2, 41:24, 41:25, 42:20, 47:16, 47:21, 70:4
**watched** [1] - 37:10
**watching** [5] - 18:25, 19:6, 38:18, 42:24, 84:15
**water** [1] - 48:2
**Watson** [1] - 21:1

**WATSON** [2] - 22:1, 88:3
**Watson's** [1] - 21:5
**ways** [4] - 53:1, 53:13, 82:23
**week** [5] - 30:17, 34:7, 70:16, 70:17, 72:24
**whole** [7] - 7:1, 26:14, 41:24, 46:22, 53:25, 62:3, 86:7
**Wi** [1] - 73:1
**Wi-Fi** [1] - 73:1
**Wilke** [1] - 3:10
**Willkie** [2] - 1:13, 3:8
**Willy** [1] - 27:15
**window** [1] - 69:1
**winner** [1] - 31:8
**winning** [1] - 27:14
**WITNESS** [3] - 25:6, 63:14, 88:1
**witness** [12] - 11:25, 16:20, 16:23, 16:24, 16:25, 17:25, 18:9, 20:24, 22:4, 24:25, 39:3, 79:14
**woke** [3] - 34:9, 34:10, 74:21
**woman** [5] - 28:12, 28:14, 37:24, 45:6, 69:13
**women** [2] - 28:13, 28:14
**won** [1] - 31:6
**wonderful** [2] - 19:7, 59:8
**Wonka** [1] - 27:15
**word** [1] - 40:1
**words** [2] - 39:22, 77:19
**workday** [2] - 40:14, 40:23
**worker** [10] - 25:21, 26:11, 27:2, 27:5, 27:14, 27:22, 29:11, 50:6, 53:14, 78:16
**workers** [3] - 28:3, 38:4, 52:13
**workload** [1] - 30:25
**workplace** [1] - 30:20
**works** [3] - 14:4, 51:8, 65:25
**world** [2] - 15:12, 82:15
**worry** [1] - 29:21
**worse** [2] - 16:6, 67:12
**worst** [6] - 13:17, 48:19, 64:25, 65:1, 77:23, 85:11
**write** [1] - 50:24

## Y

**year** [15] - 48:18, 50:22, 51:14, 57:10, 57:16, 62:13, 63:22, 72:8, 72:12, 72:17, 72:19, 72:20, 83:25, 84:1
**Year's** [2] - 70:10, 70:11
**yearbook** [1] - 60:7
**years** [8] - 10:11, 25:19, 27:1, 27:3, 48:14, 50:11, 55:3, 72:3
**yesterday** [12] - 3:18, 3:23, 4:9, 7:9, 8:6, 8:14, 10:6, 10:8, 14:8, 23:24, 36:19, 78:19
**you-all** [1] - 3:18
**yourself** [8] - 5:24, 8:8, 18:4, 25:15, 25:18, 59:23, 64:3, 86:9
**yourselves** [2] - 3:5, 87:11

## Z

**zero** [1] - 64:18
**Zoom** [1] - 73:19