```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

 * * * * * * * * * * * * * * *
RUBY FREEMAN, et al.,          ) Civil Action
           Plaintiffs,         ) No. 21-3354
vs.                            )
                               )
RUDOLPH GIULIANI,              ) December 15, 2023
                               ) 9:05 a.m.
           Defendant.          ) Washington, D.C.
 * * * * * * * * * * * * * * *


               TRANSCRIPT OF PROCEEDING
         BEFORE THE HONORABLE BERYL A. HOWELL,
          UNITED STATES DISTRICT COURT JUDGE
```

**APPEARANCES**:


FOR PLAINTIFFS:     MICHAEL GOTTLIEB
                    MERYL CONANT GOVERNSKI
                    ANNIE HOUGHTON-LARSEN
                    Willkie Farr & Gallagher LLP
                    1875 K Street, Suite 100
                    Washington, DC 20006
                    (202) 303-1016
                    Email: mgottlieb@willkie.com
                    Email: mgovernski@willkie.com

                    VON A. DuBOSE
                    DuBose Miller
                    75 14th Street NE
                    Atlanta, GA 30309
                    (404) 720-8111
                    Email:  miller@dubosemiller.com

                    JOHN LANGFORD
                    Protect Democracy
                    555 W. 5th Street
                    Los Angeles, CA 90013
                    (919) 619-9819
                    Email: john.langford@protectdemocracy.org


                    (***Appearances Continued***)

APPEARANCES:   (Continued)


FOR DEFENDANT:
               JOSEPH D. SIBLEY, IV
               Camara & Sibley LLP
               1108 Lavaca Street
               Suite 110263
               Austin, TX 78701
               (713) 966-6789
               Email: sibley@camarasibley.com



Court Reporter:  ELIZABETH SAINT-LOTH, RPR, FCRR
                 Official Court Reporter
                 Washington, D.C.  20001


         Proceedings reported by machine shorthand.
     Transcript produced by computer-aided transcription.

```
 1                    P R O C E E D I N G
 2          THE COURTROOM DEPUTY:  Your Honor, this is Civil
 3   Action 21-3354, Ruby Freeman, et al. versus Rudolph
 4   Giuliani.
 5          Would the parties please come forward to the
 6   lectern and identify yourselves for the record.  We'll start
 7   with plaintiffs' counsel first this morning.
 8          MR. GOTTLIEB:  Good morning, Your Honor.
 9          Mike Gottlieb from Willkie Farr & Gallagher on
10   behalf of the plaintiffs.  With me at counsel's table are
11   Meryl Governski, Annie Houghton-Larsen, Von DuBose from
12   DuBose Miller, John Langford from Protect Democracy, and
13   Ms. Freeman and Ms. Moss.
14          THE COURT:  Yes.  Good morning, all.
15          MR. SIBLEY:  Good morning, Your Honor.
16          Joe Sibley for the defendant.
17          THE COURT:  All right.  Good morning.
18          All right.  All of the jurors are now here.  I am
19   going to bring them out and, then, I just want to talk to
20   you-all for just a couple minutes afterwards.  Okay.
21          (Whereupon, the jury returns to the courtroom.)
22          THE COURT:  Good morning, ladies and gentlemen.
23          I hope you had a relaxing pleasant evening last
24   night.  I see that you are all here now, so I am going to
25   send you back to begin your deliberations.  Thank you.
```

1                    (Whereupon, the jury was excused.)
2                    THE COURT:  All right.  The one thing that I
3       wanted to raise with the lawyers was what thought you have
4       given, if any, and what conferral you have done, if any,
5       about what the final judgment should look like in this case.
6                    Right now we have the default judgment order from
7       August 30.  Now we are going to have the jury verdict on
8       damages.  Each one separately is not a final judgment, so
9       it's going to have to be combined into one.
10                   Have you all given thought or conferred about what
11      the final judgment should look like in this case?
12                   I also appreciate that plaintiffs have made
13      requests for injunctive relief and declaratory relief.  And
14      I don't know whether you want to wait to resolve those
15      issues before a final judgment is entered.
16                   Have you-all thought about that?
17                   If you haven't, I don't want to put you on the
18      spot.  I want every lawyer's best thinking on this -- best
19      thinking after conferral.  I just wanted to raise it in case
20      you-all have.
21                   MR. LANGFORD:  Good morning, Your Honor.
22                   We have not yet conferred so we do need to confer
23      with defense counsel this morning, and we're planning to do
24      that.  But I am happy to preview what we're thinking, if you
25      would like that now, or we can confer and report back to

1    Your Honor.
2             THE COURT:  Well, why don't you preview it now.
3             MR. LANGFORD:  Sure.
4             So we would ask that the Court enter a final money
5    judgment that combines with the default liability judgment
6    and reserve the injunctive relief for once the parties have
7    had an opportunity to brief that, and we think that's
8    appropriate.
9             And separately, we're going to ask that the Court
10   waive the automatic 30-day stay of enforcement of the money
11   judgment so that we can begin to pursue enforcement if a
12   verdict comes back in the plaintiffs' favor.
13            THE COURT: All right.  Have you prepared a
14   proposed order that would look like what you are requesting?
15            MR. LANGFORD:  We have not yet, but we will do
16   that promptly.
17            THE COURT:  Okay.  Well, that's a good preview for
18   me and for Mr. Sibley.
19            Now I would like you all to confer.  I would like
20   your authority for having a final judgment that doesn't
21   include all the different parts of the final judgment in it.
22   The D.C. Circuit is no different from any other court.  If
23   they're going to have an appeal on one aspect of the case,
24   they want the whole thing in front of them.  So I think
25   their preference, if I were in their shoes, would be to have

1    everything all in one order.
2            If you are going to pursue injunctive relief or
3    declaratory relief, then it might delay the money judgment
4    altogether.  Also, in looking at the injunctive relief you
5    have requested in terms of essentially -- I think it's
6    pretty broad.
7            You want me to enjoin the defendant and prohibit
8    him and his co-conspirators from publishing further
9    defamatory statements concerning plaintiffs.  That would be
10   fairly -- that's what you requested in the pretrial
11   statement.  That would be asking for injunctive relief
12   against people who aren't standing in front of me.
13           So on its face I can tell you right now I would be
14   very skeptical of that.
15           MR. LANGFORD:  We took note of that at the
16   pretrial conference as Your Honor indicated.
17           THE COURT:  I have already indicated that.  Okay.
18           MR. LANGFORD:  Yes.  But we will offer a narrower
19   proposed --
20           THE COURT:  And just as we are previewing what
21   your request is, your request to prohibit Mr. Giuliani from
22   publishing further defamatory statements concerning the
23   plaintiffs given what happened just this week --
24           MR. LANGFORD:  Yes.
25           THE COURT:  -- what likelihood of success would

1   you think that injunctive relief would have?
2           And then do you expect me -- for the rest of
3   Mr. Giuliani's life or mine having to have hearings with
4   Mr. Giuliani for violating that injunctive order?
5           That's not something I contemplate.  I don't think
6   Mr. Giuliani wants to appear in front of me any more than I
7   want to see him.  So what kind of -- I am a little skeptical
8   about that injunctive relief as well.
9           MR. LANGFORD:  We understand.
10          We are thinking about all of these issues and have
11  a potential solution for some of this.  We're working on
12  that now.
13          THE COURT:  If you want to start enforcing this
14  money judgment as fast as possible --
15          MR. LANGFORD:  I understand.
16          THE COURT:  I thought perhaps all of these other
17  wishes, which are not unreasonable in a defamation case as
18  to Mr. Giuliani, but it might slow down seeking enforcement
19  of your money judgment.
20          Okay.  With that preview, I will expect the
21  conferral process to go on and a proposed order as promptly
22  as possible if the jury comes back today.
23          All right.  You are all excused.
24          MR. DuBOSE:  May we have a conference?
25          THE COURT:  Sure.

1             (A bench conference was held as follows:)

2             MR. DuBOSE:  So, Judge, yesterday we were informed
3    that Mr. Harrison Floyd, who is a codefendant of
4    Mr. Giuliani's in the Fulton RICO case, made an appearance
5    here in the courtroom.  Of course he was the subject of a
6    long revocation motion by the Fulton DA a couple of weeks
7    ago for comments he made threatening to Ms. Freeman.  And
8    his closest codefendant in that case quite likely may get
9    the same based on some comments he said about -- probably a
10   couple days ago, comments made on Twitter:  F'ing
11   Ms. Freeman's life up.  So there are some concerns --

12            THE COURT:  I am so sorry, Ms. Freeman.  That is
13   just terrible.

14            MR. DuBOSE:  It is.  Of course, once we learned
15   that he was in the courtroom, we made adjustments as to our
16   security.

17            The question I have today is if we could get a
18   little extra time after you're informed that there is a
19   verdict.  We don't want them to sit here at the courthouse,
20   so we would prefer them to go off site.  And we were
21   hoping -- very close --

22            THE COURT:  For them, the plaintiffs?

23            MR. DuBOSE:  Correct.  Correct.  They will be very
24   close, but able to get here within 10, 15 minutes or so.
25   But we would prefer not to have them here.

```
 1                  The question is whether we will have 10 or 15
 2     minutes after you are informed to get them back to the
 3     courthouse?
 4                  THE COURT:  Yes.
 5                  MR. DuBOSE:  Okay.
 6                  THE COURT:  We won't have the jury come in to read
 7     the verdict until all the parties are here, and it takes you
 8     however long it takes you to get here.
 9                  MR. DuBOSE:  Okay.
10                  THE COURT:  10 to 15 minutes is not unusual.
11     Okay?
12                  MR. DuBOSE:  That's it.  Thank you, Judge.
13                  (Whereupon, the bench conference concludes.)
14                  THE COURT:  Anything further?
15                  MR. DuBOSE:  No, Your Honor.
16                  THE COURT:  Mr. Sibley?
17                  MR. SIBLEY:  No, Your Honor.
18                  THE COURT:  All right.
19                  (Whereupon, the Court recessed while the jury
20     deliberated, 9:18 a.m.)
21                  THE COURT:  All right. We have received a note
22     from the jury.  It says, "The jury has reached a unanimous
23     decision."
24                  I am going to bring the jury in to report the
25     verdict.  Does anyone want the jury polled?
```

1              Plaintiffs?
2              (No audible response was heard.)
3              THE COURT:  No.
4              Mr. Sibley?
5              MR. SIBLEY:  No, Your Honor.
6              THE COURT:  Good.  Let's bring the jury in.
7              Good afternoon, ladies and gentlemen of the jury.
8              I have received your note that you have reached a
9     verdict.  Who on the jury is your spokesperson as
10    foreperson?
11             Okay.  So I am going to have Mr. Coates give you
12    the microphone.  And then you can -- do you have your
13    envelope with the verdict form in it?
14             If you could open up the envelope and please read
15    and deliver, otherwise known as "publish," your verdict.
16             You can just read the verdict form with the jury's
17    unanimous decision.
18             THE FOREPERSON:  Did you want me to stand or just
19    sit?
20             THE COURT:  I see you have your cane.  You may
21    remain seated.
22             THE FOREPERSON:  Thank you.
23             We, the jury, unanimously find the following on
24    the questions submitted to us:
25             Under compensatory damages, defamation claim, the

1  amount of compensatory damages for Ms. Ruby Freeman is --
2  caused by Mr. Giuliani and his co-conspirators is
3  $16,171,000.
4           The amount of compensation, compensatory damages
5  for Ms. Shaye' Moss for defamation caused by Mr. Giuliani
6  and his co-conspirators is the amount of $16,998,000.
7           For intentional infliction of emotional distress,
8  the amount of compensatory damages for Ms. Ruby Freeman for
9  emotional distress caused by Mr. Giuliani and his
10 co-conspirators is $20 million.
11          The amount of compensatory damages for Ms. Shaye'
12 Moss for emotional distress inflicted by Mr. Giuliani and
13 his co-conspirators is $20 million.
14          Punitive damages, the amount of those for both --
15 that are awarded to both Ms. Freeman and Ms. Moss for
16 Mr. Giuliani's conduct is $75 million.
17          THE COURT:  Thank you very much.
18          Ladies and gentlemen, you have been a very
19 conscientious jury.  You have been here on time, you have
20 paid attention through some difficult testimony over the
21 course of the last week.
22          On behalf of the District Court for the District
23 of Columbia I want to thank you very much for your service
24 here this week.  Enjoy your weekend.  You are now excused.
25          (Whereupon, the jury was excused.)

```
 1              THE COURT:  All right.  So based on the
 2   conversation we had earlier today, have the parties
 3   conferred about how you'd like to proceed?
 4              MR. GOTTLIEB:  We have, Your Honor.
 5              We have met and conferred throughout the course of
 6   the day.  We haven't come to a resolution on that.  But we
 7   just spoke.  And what Mr. Sibley and I thought we would
 8   propose was if the parties can continue to discuss how to
 9   proceed over the weekend and submit something to Your Honor
10   on Monday, we think we may have a way to proceed by then.
11              THE COURT:  All right.  And also precisely what
12   kind of a declarative or injunctive relief, in addition
13   to -- by my total, $148,169,000, which doesn't include the
14   $237,113 in legal fees that Mr. Giuliani has also been
15   ordered to pay in connection with the discovery motions in
16   this case.
17              I would like to know whether you would just like
18   one order entered or whether we have to wait on filing a
19   final order until we litigate the nature of the declaratory
20   and injunctive relief.  Why don't I hear from you-all by 2
21   p.m. on Monday about that.
22              Everybody have a good weekend.
23              MR. GOTTLIEB:  Thank you, Your Honor.
24              THE COURT:  I take it there is nothing further
25   today.
```

```
1            MR. GOTTLIEB:  Nothing further from us.
2            THE COURT:  Mr. Sibley, anything further from you?
3            MR. SIBLEY:  No, Your Honor.
4            THE COURT:  Okay.  Good.  You are all excused.
5            (Whereupon, the proceeding concludes.)
6                           * * * * *
7                           **CERTIFICATE**
8
9            I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
10   certify that the foregoing constitutes a true and accurate
11   transcript of my stenographic notes, and is a full, true,
12   and complete transcript of the proceedings to the best of my
13   ability.
14            This certificate shall be considered null and void
15   if the transcript is disassembled and/or photocopied in any
16   manner by any party without authorization of the signatory
17   below.
18
19       Dated this 16th day of December, 2023.
20       /s/ Elizabeth Saint-Loth, RPR, FCRR
         Official Court Reporter
21
22
23
24
25
```