# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*, | |
| Plaintiffs, | Civil Action No. 21-3354 (BAH) |
| v. | Judge Beryl A. Howell |
| RUDOLPH W. GIULIANI, | |
| Defendant. | |

## DEFENDANT'S AMENDED NOTICE OF APPEAL

Notice is hereby given that Rudolph W. Giuliani, Defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment [Document 142] entered in this action on December 18, 2023, the Order denying Defendant's renewed motion for judgment as a matter of law [Document 158] entered on April 15, 2024, and the Memorandum Opinion regarding Defendant's renewed motion for judgment as a matter of law [Document 159] entered on April 15, 2024.

CAMARA & SIBLEY LLP

*/s/ Joseph D. Sibley*
Joseph D. Sibley
DC Bar ID: TX0202
sibley@camarasibley.com
Camara & Sibley LLP
1108 Lavaca St.
Suite 110263
Austin, Texas 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of May, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which I understand to have caused service on all counsel of record.

                                                       */s/ Joseph D. Sibley*
                                                       Joseph D. Sibley