# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN<br><br>*and*<br><br>WANDREA' MOSS,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>RUDOLPH W. GIULIANI,<br><br>　　　　*Defendant*. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

## **[PROPOSED] STIPULATED ORDER ON TRIAL TRANSCRIPT REDACTIONS**

IT IS HEREBY STIPULATED AND AGREED by and between the Parties to this Action that:

WHEREAS, on the morning of December 14, 2023, during the charging conference of the trial in the above captioned case, counsel for the Plaintiffs requested that the Court redact portions of the trial transcript consisting of a bench conference during the December 12, 2023 Afternoon Session;

WHEREAS, the Court granted that motion and ordered that redaction, as reflected on pages 32:7–33:21 of the transcript from the December 14, 2023 Morning Session;

WHEREAS, in discussing Plaintiffs' request, the contents of the bench conference were mentioned, as reflected on page 33, lines 4 and 9 of the transcript for the December 14, 2023 Morning Session;

WHEREAS the Parties jointly stipulate, agree, and hereby request that the Court order redacted those additional limited portions of the trial transcript from the December 14, 2023 Morning Session, for the same reasons that justified the underlying redaction request;

WHEREAS the Parties jointly request that the Court redact the following portions of page 33 of the trial transcript from the December 14, 2023 Morning Session:

(1) the last three words in line 4 (33:4); and

(2) the seventh and eighth words in line 9, (33:9);

THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES, ACTING THROUGH THEIR UNDERSIGNED COUNSEL that the parties consent that an order be entered redacting the following portions of page 33 of the transcript from the December 14, 2023 Morning Session of the trial in the above captioned case:

(1) the last three words in line 4 (33:4); and

(2) the seventh and eighth words in line 9, (33:9).

DATED: June 28, 2024

/s/ Michael J. Gottlieb

**WILLKIE FARR & GALLAGHER LLP**
Michael J. Gottlieb (974960)
Meryl C. Governski (1023549)
J. Tyler Knoblett (1672514)
Timothy P. Ryan (1719055)
1875 K Street NW
Washington, DC 20006
Tel: (202) 303-1000
Fax: (202) 303-2000
mgottlieb@willkie.com
mgovernski@willkie.com
jknoblett@willkie.com

**DUBOSE MILLER LLC**
Von A. DuBose*
75 14th Street NE
Suite 2110
Atlanta, GA 30309
Tel: (404) 720-8111
dubose@dubosemiller.com

**UNITED TO PROTECT DEMOCRACY**
Christine Kwon*
555 W. 5th St.
Los Angeles, CA 90013
Tel: (919) 619-9819
Christine.kwon@protectdemocracy.org

- 3 -

| | |
|---|---|
| **WILLKIE FARR & GALLAGHER LLP**<br>Aaron E. Nathan (1047269)<br>M. Annie Houghton-Larsen*<br>787 7th Avenue<br>New York, New York<br>Tel: (212) 728-8164<br>Fax: (212) 728-9164<br>anathan@willkie.com<br>mhoughton-larsen@willkie.com | **UNITED TO PROTECT DEMOCRACY**<br>Sara Chimene-Weiss*<br>7000 N 16th Street Ste. 120, #430<br>Phoenix, AZ 85020<br>Tel: (202) 579-4582<br>sara.chimene-weiss@protectdemocracy.org |
| **UNITED TO PROTECT DEMOCRACY**<br>John Langford*<br>Rachel Goodman*<br>82 Nassau Street, #601<br>New York, NY 10038<br>Tel: (202) 579-4582<br>john.langford@protectdemocracy.org<br>rachel.goodman@protectdemocracy.org<br>**Admitted pro hac vice* | **UNITED TO PROTECT DEMOCRACY**<br>Brittany Marie Williams*<br>15 Main St., Suite 312<br>Watertown, MA 02472<br>Tel: (202) 579-4582<br>brittany.williams@protectdemocracy.org |

*Attorneys for Plaintiffs Ruby Freeman and Wandrea' Moss*

*/s/  Joseph D. Sibley*\*\*_____

**CAMARA & SIBLEY L.L.P.**
Joseph D. Sibley IV
DC Bar ID: TX0202
1108 Lavaca St.
Suite 110263
Austin, TX 78701
Telephone: (713) 966-6789
Fax: (713) 583-1131
Email: sibley@camarasibley.com
\*\*Signature affixed with written authorization

*Attorney for Defendant Rudolph W. Giuliani*

**SO ORDERED.**

Date:_____

                                _____
                                Hon. Beryl A. Howell, United States District Judge
                                United States District Court for the District of Columbia