UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUBY FREEMAN, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>RUDOLPH W. GIULIANI,<br><br>        Defendant. | Civil Action No. 21-3354 (BAH)<br><br>Judge Beryl A. Howell |

## NOTICE OF SATISFACTION OF JUDGMENT

    Plaintiffs Ruby Freeman and Wandrea' ArShaye Moss hereby notify the Court that Defendant, Rudolph W. Giuliani has fully satisfied the Final Judgment entered December 18, 2023. Docket No. 142.

Dated: February 24, 2025

Respectfully submitted,

s/ Aaron E. Nathan
Aaron E. Nathan (1047269)
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000
anathan@willkie.com
*Counsel for Plaintiffs*