# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-7021** | **September Term, 2024** |
| | **1:21-cv-03354-BAH** |
| | **Filed On: February 26, 2025** |

Ruby Freeman and Wandrea' Moss,

    Appellees

  v.

Rudolph W. Giuliani,

    Appellant

### O R D E R

Upon consideration of the joint stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:  /s/
      Scott H. Atchue
      Deputy Clerk